# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                    Case No.: 1:05−cv−07097
                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, September 13, 2010:


MINUTE entry before Honorable Marvin E. Aspen:Any responses to Defendant WMC's motion to establish alternative procedures for rescission claimed by plaintiff under 15 U.S.C. 1634 [3718] and to require plainitff to proceed with rescission (Case No. 06C2639 Gburek v. Argent Mortgage, et al) are to be filed on or before 10/6/2010. Defendant to reply by 10/21/2010. The motion hearing set for 9/16/10 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.