**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION TO CORRECT LIST OF PLAINTIFFS WHO HAVE
OPTED OUT OF BORROWER CLASS SETTLEMENT**

WHEREAS, on June 29, 2010, the Court issued a Final Order and Judgment approving the settlement entered into between the Ameriquest Defendants and the Borrower Class Plaintiffs (Docket No. 3628, the "Borrower Class Settlement"); and

WHEREAS, attached as Exhibit A to the Final Order and Judgment is a list identifying those class members who properly opted out of the Borrower Class Settlement (the "Opt-Out List"); and

WHEREAS, the parties have recently discovered that several plaintiffs who filed notices opting out of the Borrower Class Settlement were inadvertently omitted from the Opt-Out List; and

WHEREAS, these plaintiffs and the Ameriquest Defendants now desire to correct the Opt-Out List to ensure that all of the plaintiffs who properly filed opt-out notices are included on the Opt-Out List; and

WHEREAS, good cause exists to correct the Opt-Out List to ensure that it includes a full and complete listing of all of the plaintiffs who properly filed opt-out notices;

NOW THEREFORE, the undersigned hereby stipulate that the Opt-Out List shall be corrected so as to include the following plaintiffs:

1.     John Darius Powell and Sylvia Marie Dailey, plaintiffs in the action entitled

*Powell et al. v. Ameriquest Mortgage Co.*, Case No. 06-3585 (N.D. Ill);

2.     Darrin and Ida Drew, plaintiffs in the action entitled *Drew v. ACC Capital*

*Holdings, et al.*, Case No. 07-6234 (N.D. Ill);

3.     Camille J. Gburek, plaintiff in the actions entitled *Gburek v. Ameriquest*

*Mortgage Co,* Case No. 06-02637 (N.D. Ill.) and *Gburek v. Argent Mortgage, et al.*, Case No.

06-02639 (N.D. Ill.);

4.     Truman Rogers, plaintiff in the action entitled *Rogers v. Town & Country Credit,*

*et al.*, Case No. 06-02736 (N.D. Ill.); and

5.     Gordon and Nola Howard, plaintiffs in the action entitled *Howard v. Ameriquest*

*Mortgage Co, et al.*, 07-0095 (N.D. Ill).


Dated:  September 14, 2010                    By:/s/ Bernard E. LeSage_____

*Attorneys for Ameriquest Mortgage Company;*
*AMC Mortgage Services, Inc.; Town & Country*
*Credit Corporation; Ameriquest Capital*
*Corporation; Town & Country Title Services, Inc.;*
*and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: September 14, 2010      By: /s/ Keith J. Keogh

*Attorneys for Camille J. Gburek, Truman Rogers, Gordon Howard and Nola Howard*

Keith J. Keogh
Keogh Law, LTD.
101 N. Wacker Dr. Ste. 605
Chicago, Il 60606


DATED: September 14, 2010      By: /s/ Lauren E. Bartlett

*Attorneys for John Darius Powell and Sylvia Marie Dailey*

Lauren E. Bartlett
Staff Attorney
Southeast Louisiana Legal Services
1010 Common St., Suite 1400A
New Orleans, LA 70112


DATED: September 14, 2010      By: /s/ Kevin L. Oberdorfer

*Attorneys for Darrin and Ida Drew*

Kevin L. Oberdorfer
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019

## <u>CERTIFICATE OF SERVICE</u>

I, Bernard E. LeSage, hereby certify that on this 14th day of September 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage