**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

| | | |
|---|---|---|
| TERRY A. BOTHWELL, and CHERYL A. BOTHWELL, | ) ) ) | Case No. 06 C 4716 (N.D. Ill.) |
| Plaintiffs, | ) ) ) | Originally Case No. 06 CV 175 (N.D. Ind.) |
| v. | ) ) | MDL #1715 |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST FUNDING II, LLC, CITIMORTGAGE, INC., and DOES 1-5, | ) ) ) ) | Lead Case No. 05-cv-07097 Judge Marvin E. Apsen <br><br> **JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO: See attached service list.**

      **PLEASE TAKE NOTICE** that on Tuesday, September 28, 2011 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, in room 1801 of the United States District Court for the Northern District of Illinois, and then and there present, **PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT,** *INSTANTER*, a copy of which is hereby served upon you.

                                                                                         s/Cathleen M. Combs
                                                                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
     & LATTURNER, LLC
120 S. LaSalle Street, 18th floor

Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Cathleen M. Combs, hereby certify that on September 20, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jonathan N. Ledsky<br>jledsky@vbhlc.com | Samuel R. Ardery<br>Bunger & Robertson<br>226 S. College Square |
| Craig Allen Varga<br>cvarga@vbhlc.com | P.O. Box 910<br>Bloomington, IN 47402 |
| Bernard LeSage<br>blesage@buchalter.com | |

            s/ Cathleen M. Combs
            Cathleen M. Combs