IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: THE BORROWER CLASS ACTION SETTLEMENT | (Centralized before the Honorable Marvin E. Aspen) |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, October 21, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the ***Motion to Refer Attorney's Fee Claim Arising in Borrower Class Case for Resolution by Judge Daniel Weinstein (ret.) at JAMS,*** a copy of which is hereby served upon you.

Respectfully submitted,

Dated: September 21, 2010

/s/ Gary Klein
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

*One of Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 21st day of September, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system. The foregoing document was also sent by first class mail on September 21, 2010 to the following:

    Theresa I. Wigginton, Esq.
    The Law Office of Theresa I. Wigginton, P.A.
    1463 Oakfield Drive, Suite 122
    Brandon, Florida 33511

    Nicholas J. Taldone, Esq.
    Law Offices of Nicholas J. Taldone
    2536 Countryside Boulevard, Suite 100 E
    Clearwater, Florida 33763

                                                  */s/ Gary Klein*
                                                  Gary Klein