# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                 Plaintiff,

v.                                          Case No.: 1:05–cv–07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2010:

     MINUTE entry before Honorable Morton Denlow:Magistrate Judge Telephonic Status hearing held on 9/22/2010 and continued to 10/20/2010 at 02:00 PM. Ameriquest to forward to the Third–Party Defendants' their written settlement demand on or by 10/7/2010. Third–Party Defendants to make their written offer to Ameriquest on or by 10/28/2010. Ameriquest to submit written settlement offers to Plaintiffs on or by 11/11/2010. Copies of the demands and offers are to be sent to Judge Denlow at the time they are made.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.