# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Centralized before The Honorable Marvin E. Aspen <br><br> Magistrate Judge Denlow |

### THIRD-PARTY DEFENDANT, BUYOWNER TITLE, INC.'S
### MOTION TO ORDER ITEMIZATION OF DAMAGES AND SETTLEMENT DEMAND

Third-Party Defendant, BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., (hereinafter "BuyOwner") by its attorneys Danny L. Worker and Siobhán M. Murphy of Lewis Brisbois Bisgaard & Smith LLP, moves this Honorable Court to issue an Order requiring Plaintiffs, Christopher and Bleu Thompson (the "Thompsons") to submit written itemization of damages and settlement demand to Defendant/Third-Party Defendant, Argent Mortgage Company ("Argent") and Third-Party Defendant, BuyOwner, and in support thereof, states as follows:

1. On August 8, 2008, the Thompsons, through their attorneys, The Real Estate Law Group ("RELG"), filed suit in the Southern District of Florida against Argent alleging *inter alia,* Truth-in-Lending violations, *Thompson v. Deutsche Bank Nat'l Trust Co., et al.*, 08-CV-61296. (A copy of the underlying complaint is attached hereto as **Exhibit A)**.

2. In turn, Argent filed a Third-Party Complaint against BuyOwner. (A copy of the third-party complaint is attached hereto as **Exhibit B)**.

3. On October 3, 2008, RELG filed a Motion to Withdraw as counsel stating that they could no longer represent the Thompsons because the Thompsons could not be located or contacted.

4824-0339-2007.1

Specifically, RELG stated that they had sent letters to the Thompsons' last known address and called their last known telephone number, yet was unable to reach their client. (A copy of RELG's Motion is attached hereto as **Exhibit C**).

4. On October 14, 2008, the District Court in Florida granted RELG's Motion. (A copy of the Court's Order is attached hereto as **Exhibit D**).

5. On January 7, 2009, Defendant, Argent filed a Motion to Transfer the matter to the Northern District of Illinois for consolidation with the instant Multi-District Litigation ("MDL") action. (A copy of the Motion to Transfer is attached hereto as **Exhibit E**).

6. On February 18, 2009, the District Court granted the Motion to Transfer and the matter was transferred. (A copy of the Court's Order is attached hereto as **Exhibit F**).

7. To date, no appearance has been filed on behalf of the Thompsons in the MDL and they are currently unrepresented.

8. On July 29, 2010, this Court issued an Order requiring all Plaintiffs to submit written itemization of damages and settlement demand to Ameriquest by August 19, 2010. (A copy of the Court's Order is attached hereto as **Exhibit G**).

9. Counsel for BuyOwner has spoken with counsel for Ameriquest who confirmed that the Thompsons have not submitted an itemization of damages or a settlement demand. (A copy of correspondence attached hereto as **Exhibit H**).

10. BuyOwner has sent correspondence to both the Thompsons and their previous attorney asking that they contact BuyOwner to initiate potential settlement discussion. Neither has contacted BuyOwner or responded in any way. (A copy of correspondence attached hereto as **Exhibit I**).

11. BuyOwner has spoken with counsel for Ameriquest in attempt to locate the Thompsons. Ameriquest currently has no information regarding the Thompsons whereabouts.

12. In order to move this case toward resolution, BuyOwner seeks on Order for this Court specifically requiring the Thompsons to submit a written itemization of damages to both Defendant/Third-Party Plaintiff Argent and Third-Party Defendant BuyOwner within thirty (30) days.

WHEREFORE, Third Party Defendant Buy-Owner respectfully requests that this Court order Christopher and Bleu Thompson to submit an itemization of their damages and settlement demand to Defendant/Third-Party Plaintiff Argent and to Third-Party Defendant BuyOwner within thirty (30) days.

        Respectfully submitted,

        BUYOWNER TITLE, INC

        By: /s/ Siobhán M. Murphy
           One of Its attorneys

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778