**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation; A TITLE ESCROW COMPANY, INC., an Illinois corporation; ATM CORPORATION OF AMERICA, a Pennsylvania corporation; AVALON ABSTRACT CORP., a New York corporation; B & S SERVICES, LLC, a limited liability company; BLACKSTONE NATIONAL TITLE, LLC, a limited liability company; CAROLYN T. DALEY, an individual; CESAR GAITAN, an individual; CHICAGO TITLE COMPANY; CLOSENET, LLC, a Michigan limited liability company; COMMONWEALTH LAND TITLE COMPANY, a California corporation; COMPLETE TITLE SOLUTIONS, INC., a Florida corporation; DAVID B. CARROLL, P.C., a professional corporation; ASSOCIATED LAND TITLE, LLC; DEWRELL SACKS, LLP, a limited liability partnership; DEY SMITH & COLLIER LLC, Connecticut limited liability company; EQUITY SETTLEMENT SERVICES, INC., a New York corporation; FIDELITY NATIONAL TITLE COMPANY, a | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 1715

Lead Case No.05-CV-07097

(Centralized before The Honorable Marvin E. Aspen)

- 7 -

EXHIBIT
B

California corporation; FIDELITY NATIONAL )
TITLE INSURANCE COMPANY, a California )
corporation; FIRST CHOICE SIGNING )
SERVICE, LLC, a California limited liability )
company; FIRST MERIT SETTLEMENT )
SERVICES, INC., a Pennsylvania corporation; )
GAIL A. MANY, an individual; GORDON )
VIDELL, an individual; GUADALUPE CRUZ, )
JR., an individual; HEIGHTS TITLE )
AGENCY, Inc., a Ohio corporation; HOLLER )
& HOLLER, LLC, a Connecticut limited )
liability company; HOME-LAND TITLE & )
ABSTRACT CO., INC., a Mississippi )
corporation; ILENE K. CHAPEL, an individual;)
INDIANA TITLE NETWORK COMPANY, an )
Indiana corporation; JACKIE A. MARTINEZ, )
an individual; JOHN WEBER & )
ASSOCIATES, P.C., a New York professional )
corporation; JOSHUA HILTIBIDAL, an )
individual; LAW OFFICE OF ANTHONY A. )
SENERCHIA, SR. P.C., a Massachusetts )
professional corporation; LAW OFFICE OF )
JOSEPH E. NEALON, a limited liability )
company; LAW OFFICES OF DANIEL J. )
NIGRO, P.C., a professional corporation; LAW )
OFFICES OF GREGORY T. LATTANZI, )
LLC, a limited liability company; LAW )
OFFICES OF JONATHAN P. ASH; LAW )
OFFICES OF JOSEPH J. D'AGOSTINO, JR., )
LLC, a Connecticut limited liability company; )
LAW OFFICES OF MARC D. FOLEY, P.C., a )
Massachusetts professional corporation; LAW )
OFFICES OF MORRIS I. OLMER; LAW )
TITLE INSURANCE COMPANY, INC., an )
Illinois corporation; LAWYERS TITLE )
INSURANCE CORPORATION, a Virginia )
corporation; LEE S. JACOBOWITZ, ESQ., an )
individual; LYNNE A. LOVE, an individual; )
MACKINNON & TAVANO, LLC, a )
Connecticut limited liability company; )
MARTIN M. HOCHMAN, an individual; )
MICHAEL HOGAN, an individual; MIKE )
SMITH, an individual; MORTGAGE )
INFORMATION SERVICES, INC., an Ohio )
corporation; NATIONAL REAL ESTATE )
INFORMATION SERVICES OF NEW )
JERSEY, INC., a New Jersey corporation; )

- 8 -

NATIONAL REAL ESTATE INFORMATION )
SERVICES, a Pennsylvania limited partnership; )
NATIONS TITLE AGENCY OF ILLINOIS, )
INC., an Illinois corporation; NATIONS TITLE )
AGENCY OF MICHIGAN, INC., a Michigan )
corporation; NATIONS TITLE AGENCY OF )
MISSOURI, INC., a Missouri corporation; )
NEW VISION TITLE AGENCY, LLC, a New )
Jersey limited liability company; NIGRO )
ASSOCIATES, LLC, a Massachusetts limited )
liability company; PAUL D. BOUDREAU, an )
individual; PERROTTA, CAHN & PRIETO, )
P.C., a Georgia professional corporation; CA )
DOC SIGNERS, a business entity form )
unknown; PORTNOY AND GREENE, P.C., a )
Massachusetts professional corporation; )
RESIDENTIAL TITLE SERVICES, INC., an )
Illinois corporation; RESOURCE TITLE, LLC, )
a Maryland limited liability company; ROY W. )
WALLER, an individual; SCHOP & )
PLESKOW, LLP, a New York limited liability )
partnership; SCOTT DRIER, an individual; )
SCOTT L. BRISCO, an individual; SCOTT )
PARKHURST, an individual; SHANE )
DELORENZE, an individual; SHEILA )
DOLAN, an individual; SIERRA TITLE )
COMPANY OF CAMERON AND WILLACY )
COUNTIES, a Texas corporation; SPECIALTY )
TITLE SERVICES, INC., an Illinois )
corporation; STEWART TITLE OF SEATTLE, )
LLC, a limited liability company; SUPERIOR )
CLOSING SERVICES, LLC, a Connecticut )
limited liability company; SYNODI VIDELL & )
GREEN, LLC, a Connecticut limited liability )
company; TAPALIAN & TADROS, P.C., a )
professional corporation; TEK TITLE, LLC, an )
Illinois limited liability company; TEXAS )
NATIONS TITLE AGENCY, INC.; THE )
MATLUSKY FIRM, LLC, a Delaware limited )
liability company; TIA M. MARTIN, an )
individual; STUART H. SCHOENFELD, Esq., )
an individual; TOWNE & COUNTRY LAND )
TITLE AGENCY, Inc., an Ohio corporation; )
TRANSTAR NATIONAL TITLE, a Texas )
corporation; TRISTAR TITLE, LLC, an Illinois )
limited liability company; ELAYNE )
PALANCIA, an individual; TURNKEY TITLE )

- 9 -

CORPORATION, a Florida corporation;   )
VITAL SIGNING, INC., a California   )
corporation; WILLIAM J. PETZ, an individual; )
5 STAR AMERICAN INC.; A AMERICAN   )
FINANCIAL GROUP, INC.; ABSOLUTE   )
TITLE SERVICES, INC.; ACCESS TITLE,   )
LLC; ACRO MORTGAGE LLC;   )
ADVANTAGE EQUITY SERVICES, INC.;   )
ADVISOR MORTGAGE LLC; ALLEN A.   )
CURRIER; ALLIED HOME MORTGAGE   )
CAPITAL CORP.; ALPHA MORTGAGE   )
LENDING; AMERICAN ELITE FINANCIAL )
INC.; AMERICAN PIONEER TITLE   )
INSURANCE COMPANY; AMERICAN   )
RESIDENTIAL MORTGAGE; AMERICARE )
MORTGAGE CORPORATION; AMSTAR   )
MORTGAGE CORP.; B & P MORTGAGE,   )
INC.; BANKERS TITLE & ESCROW   )
AGENCY, INC.; BATTERSBY TITLE, INC.; )
BEACON MORTGAGE SERVICES LLC;   )
BLS FUNDING CORP.; CBC COMPANIES;   )
CHICAGO MORTGAGE ACCEPTANCE;   )
CHICAGO TITLE INSURANCE COMPANY; )
CHICAGO TITLE OF MICHIGAN; CHOICE )
TITLE AGENCY, INC.; CISLO TITLE   )
COMPANY; CITYWIDE MORTGAGE PROS,)
INC.; CITYWIDE TITLE CORPORATION;   )
CLASSIC HOME MORTGAGE CORP.;   )
COLONIAL TITLE & ESCROW INC.;   )
COMMONWEALTH LAND TITLE   )
INSURANCE COMPANY; CONNECTICUT   )
ATTORNEYS TITLE INSURANCE   )
COMPANY; CONNECTICUT CLOSING   )
SERVICES; CROSS COUNTRY LENDERS   )
LLC; CROWN MORTGAGE CORP.;   )
DESAUTELS, MAHONEY & KOHN, LLC;   )
DIRECT BANC MORTGAGE LLC; DREAM )
HOUSE MORTGAGE CORP.; EDEN ROCK )
MORTGAGE CORP.; ELDRIDGE   )
MORTGAGE COMPANY INC.; ENVISION )
MORTGAGE SOLUTIONS INC.; EQUITY   )
SETTLEMENT SERVICES, INC.; EQUITY   )
SOLUTIONS INC.; FAIRFIELD MORTGAGE)
INC.; FAIRWAY FINANCIAL GROUP LLC; )
FIDELITY NATIONAL TITLE INSURANCE )
COMPANY; FIDELITY NATIONAL TITLE   )
INSURANCE COMPANY OF NEW YORK;   )

- 10 -

FIDELITY TITLE AND ESCROW, INC.;    )
FIRST AMERICAN TITLE INSURANCE    )
COMPANY; FIRST USA FUNDING LLC;    )
FRANK J. MANNI; FREEDOM MORTGAGE )
TEAM, INC.; GENESIS MORTGAGE CORP.; )
GOLDMAN GRUDER & WOODS, LLC;    )
GRAND MORTGAGE CORPORATION;    )
GREAT AMERICAN MORTGAGE CORP.;    )
GREAT LAKES MORTGAGE CO., LLC;    )
GREAT LAKES NATIONAL MORTGAGE    )
BANC INC.; GREAT LAKES NATIONAL    )
MORTGAGE CO.; GREENWICH    )
MORTGAGE CORP.; HAMILTON    )
MORTGAGE CO.; HEIGHTS TITLE    )
AGENCY, INC.; HILLARD N. EINBINDER;    )
HWB INC.; ILLINOIS MORTGAGE    )
FUNDING CORP.; INTEGRITY 1ST    )
MORTGAGE; INVESTMENT MORTGAGE    )
GROUP; JONES, DAMIA, KAUFMAN,    )
BOROFSKY & DEPAUL LLC; TIMOTHY P. )
KENNEDY; L & S MORTGAGE LLC; LAKE )
FRONT MORTGAGE INC.; LANDSEL    )
TITLE AGENCY, INC.; LAW OFFICES OF    )
BORNER, SCOLA, BARUTI & VANCINI    )
P.C.; LAW OFFICES OF MORRIS I. OLMER; )
LAW OFFICES OF WILLIAM A. SNIDER;    )
LAW TITLE INSURANCE COMPANY;    )
LAWYERS TITLE INSURANCE    )
CORPORATION; LAW TITLE INSURANCE )
AGENCY, INC.; LIBERTY FUNDING    )
SERVICES INC.; LIBERTY TITLE &    )
ESCROW COMPANY, INC.; LIETO &    )
GREENBERG LLP; MANSFIELD    )
MORTGAGE SERVICES INC.; MEDICI &    )
SCIACCA, P.C.; METROPOLITAN TITLE    )
COMPANY; MICHIGAN LAND TITLE    )
AGENCY, INC.; MICHIGAN TRUST TITLE    )
AGENCY, LLC; MIDLAND TITLE    )
SECURITY, INC.; MIDWEST LAND TITLE    )
COMPANY; MORTGAGE DEPOT;    )
MORTGAGE GUARANTEE & TITLE    )
COMPANY; MORTGAGE PROS USA;    )
NATIONS TITLE AGENCY OF ILLINOIS;    )
NATIONS TITLE AGENCY OF MICHIGAN, )
INC.; NATIONWIDE MORTGAGE;    )
NORTHWEST TITLE AND ESCROW CORP.;)
OHIO BAR TITLE INSURANCE COMPANY; )

- 11 -

BN 3652437v1

OHIO LENDING SOLUTIONS; OLD )
REPUBLIC NATIONAL TITLE INSURANCE )
COMPANY; OXFORD HOME MORTGAGE )
LLC; P & L MORTGAGE, INC.; PAN )
AMERICAN FUNDING GROUP INC.; )
PARADISE FINANCIAL SERVICES LLC; )
PATRIOT TITLE COMPANY, INC.; )
PERROTTA, CAHN & PRIETO, P.C.; )
PRECISION FINANCIAL INC.; PREMIER )
TITLE AND ESCROW COMPANY, INC.; )
PRIME PLUS MORTGAGE; QUALITY )
TITLE AGENCY, INC.; REAGLE SEARCH & )
SIGNATURE SERVICES, LLC; REPUBLIC )
TITLE COMPANY; RESIDENTIAL TITLE )
SERVICES, INC.; SEARCH2CLOSE OF )
COLUMBUS, LLC; SETTE & BONADIES, )
P.C.; FRED SETTE; STEWART TITLE )
GUARANTY COMPANY; STEWART TITLE )
INSURANCE COMPANY; STEWART TITLE )
OF ILLINOIS; SUPREME FUNDING )
MORTGAGE SERVICES INC.; KERRY A. )
SUMNER; TAYLOR ABSTRACT )
COMPANY; THE MORTGAGE EDGE INC.; )
THE MORTGAGE STORE; TICOR TITLE )
INSURANCE COMPANY; TITLE SOURCE, )
INC.; TITLE WORKS, INC.; TITLE-TECH )
NETWORKS, INC.; TOP CHOICE )
MORTGAGE LLC; TOP FLITE FINANCIAL )
INC.; TOWER FINANCIAL GROUP INC.; )
TRANSNATION TITLE INSURANCE )
COMPANY; TRAVIS MORTGAGE LLC; )
TRIUNION TITLE, LLC; UNION )
MORTGAGE SERVICES OF CLEVELAND, )
INC.; UNIVERSAL HOME LENDING INC.; )
WILLIAM HAJJ MORTGAGE COMPANY )
LLC; and ESCROWS, INC., a Michigan )
corporation d/b/a THE CLOSING OFFICE )
a/k/a MICHIGAN TITLE COMPANY; )
JUDSON HOLMES CO., a Michigan )
corporation d/b/a PREFERRED LENDING )
GROUP; ALABAMA REAL ESTATE LOAN )
SERVICES; ALAMO TITLE COMPANY; )
ALL FLORIDA TITLE; AMERI TITLE; )
AMERICAN TITLE SERVICES, INC.; )
ANCHOR TITLE, LLC; BORNER SCOLA )
BARUTI VANCINI & SMITH PC; )
BRIDGESPAN TITLE; CONSOLIDATED )

- 12 -

TITLE; CRESENT TITLE; CT MORTGAGE    )
INFORMATION SERVICES; DATA    )
SEARCH; ASSOCIATED LAND TITLE, LLC;)
EQUITITLE LLC; FIRST SUBURBAN TITLE )
COMPANY; GEOFFREY B. GINN &    )
ASSOC.; HERITAGE TITLE; INTEGRITY    )
CLOSING SERVICE; JACOBOWITZ &    )
POTOSKY; CANDICE LANIER; LAW    )
OFFICES OF NICHOLAS BARRETT; LAW    )
OFFICES OF GEORGE T. CROWLEY; LSI –  )
FIDELITY TITLE; PETER MARCHELOS;    )
NATIONS TITLE AGENCY OF THE    )
CAROLINAS; PRECISE TITLE AND    )
ESCROW; PRINCE BROTHERS, INC.;    )
PROGRESSIVE LAND TITLE; RESOURCE    )
PARTNERS, INC.; RICHMOND TITLE    )
SERVICES LP; SCOTT E. LAWRENCE,    )
ESQ.; STEWART TITLE SMI TEXAS; TITLE )
ASSOCIATES; TITLE SPECIALISTS, INC.;   )
UDX; MIDWEST HOME FUNDING, LLC;    )
AMERICA'S DISCOUNT MORTGAGE;    )
STATESIDE FUNDING, LLC; DUNNRITE    )
MORTGAGE COMPANY, INC.;    )
LONGHORN MORTGAGE, LLC; ACCESS    )
MORTGAGE CORP., ATTORNEYS TITLE    )
INSURANCE FUND; BANKERS TRUST CO. )
OF CALIFORNIA NATIONAL    )
ASSOCIATION; BOBBITT & ASSOCIATES; )
BUYOWNER TITLE OF SOUTH FLORIDA,  )
INC.; CHICAGO TITLE INSURANCE CO.;    )
CLASSIC MORTGAGE SOLUTIONS; DANA )
CAPITAL GROUP, INC.; DAYSTAR    )
LENDING SERVICE; ELECTRONIC    )
CLOSING SERVICES, INC.; FIRST    )
AMERICAN; FIRST SOURCE FINANCIAL;  )
GARFIELD MORTGAGE CORP.; JOEL    )
WILLIAMS LAW OFFICES; K.E.L. TITLE    )
INSURANCE AGENCY; LANDAMERICA    )
COMMONWEALTH; LANDAMERICA    )
LAWYERS TITLE; LAW OFFICES OF    )
RUSSO & WINCHOFF; LEGAL EASE, INC.; )
LEXINGTON & CONCORD; MIDWEST    )
EQUITY FINANCIAL SERVICES;    )
NATIONAL REAL ESTATE; NETCO, INC.;   )
NETCO TITLE INSURANCE CO.;    )
NETWORK CLOSING SERVICES, INC.;    )
NEW VISION PA LAND TRANSFER; NPC;   )

- 13 -

OLDSTONE TITLE AGENCY, LLC;               )
PRESIDENTIAL TITLE, INC.;                  )
PROFESSIONAL MOBILE CLOSERS; RELI, )
INC.; RILI, INC. TITLE & CLOSING           )
PROFESSIONALS; SECURITY UNION             )
TITLE INSURANCE CO.; SILK ABSTRACT )
CO.; TAMAYO FINANCIAL SERVICE, INC.;)
THE CHEATHAM GROUP; THE                    )
MORTGAGE WORKS; TICOR TITLE               )
INSURANCE COMPANY OF FLORIDA;             )
TITLE GROUP; TITLE PROCESS GROUP;         )
TITLE TECH SERVICES, INC.; UNITED          )
GENERAL TITLE INSURANCE CO.;               )
WILSON TITLE AGENCY, LLC and DOES 1 )
through 100 inclusive,                      )

                Third-Party Defendants.

---

## FIFTH AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Defendants and third-party plaintiffs Ameriquest Mortgage Company ("Ameriquest"),

Town & Country Credit Corporation ("Town & Country") and Argent Mortgage Company LLC

("Argent") allege as follows:

### The Parties

1.      Ameriquest is a Delaware corporation with its principal place of business in
California.

2.      Argent is a Delaware limited liability company with its principal place of business
in California.

3.      Town & Country is a Delaware corporation with its principal place of business in
California.

4.      Ameriquest, Town & Country and Argent bring this Third-Party Complaint
against the Closing Agents, Title Companies and Title Underwriters (collectively referred to
hereinafter as the "Title Defendants") listed on Exhibits A and Exhibit B hereto. Ameriquest,
Town & Country and Argent are informed and believe and thereon allege that at all relevant

- 14 -

BN 3652437v1

times each of the Closing Agents and Title Companies, listed in the entries on Exhibits A and B hereto, was acting within the course and scope of its agency relationship with the Title Underwriter when closing the loans described in Exhibits A and B hereto. On information and belief, the Closing Agents and Title Companies were acting within the course and scope of their actual and apparent authority in providing the closing services, as shown by, *inter alia*, the issuance of Closing Protection Letters in the Title Underwriter's name and on the Title Underwriter's letterhead; providing closing services as an "approved" agent on behalf of the Title Company and/or Title Underwriter and with the Title Company's or Title Underwriter's express approval; the Title Company's or Title Underwriter's utilization of supervisory authority and audit responsibilities over the Closing Agent's activities; and because of the integral nature of the closings to the Title Company and/or Title Underwriter's business, the Closing Agent conducted closings as part of the Title Company's or Title Underwriters' relationship with the Closing Agent.

5.　　Argent also brings this Third-Party Complaint against the mortgage brokers ("Broker Defendants") listed on Exhibit B attached hereto.

6.　　Ameriquest, Town & Country and Argent are at times ignorant of the true names and capacities, whether individual, corporate, associate, employee, agent or otherwise, of third-party defendant DOES 1 though 100, inclusive, and therefore sue said third-party defendants by such fictitious names. Ameriquest, Town & Country and Argent are informed and believe and thereon allege that each of the third-party defendants designated herein as a fictitiously named third-party defendant is, in some manner, responsible for the events and happenings referred to, and caused the damage to Ameriquest and/or Town & Country and/or Argent as herein alleged. Ameriquest, Town & Country and Argent will amend their Third-Party Complaint to allege the true names and capacities of those third-party defendants when such information is ascertained.

7.　　The Court has jurisdiction over this matter, pursuant to Rule 14 of the Federal Rules of Civil Procedure.

- 15 -

BN 3652437v1

8.      Venue is proper in this judicial district because Ameriquest's, Town & Country's and Argent's claims against the Title Defendants and Broker Defendants arise directly out of claims asserted by the plaintiffs listed in Exhibit A and Exhibit B hereto against Ameriquest, Town & Country and Argent in this Court.

<u>General Allegations for Ameriquest's, Town & Country's and Argent's Claims Against The Title Defendants</u>

9.      Each of the plaintiffs listed in Exhibits A and B hereto has filed a lawsuit against Ameriquest, Town & Country or Argent alleging, among other things, that Ameriquest, Town & Country and Argent violated TILA by their own acts or those of their agents and affiliates, by failing to provide the plaintiff with a complete and accurate Notice of Right to Cancel form and/or the HUD-1 Settlement Statement, failing to provide the correct number of copies of the Notice of Right to Cancel form and/or failing to provide accurate and complete information at the closing of plaintiffs' loans. Plaintiffs' suits also allege, *inter alia*, that Ameriquest, Town & Country and Argent and their agents and affiliates made misrepresentations regarding loan terms, engaged in bait and switch tactics and/or failed to make proper disclosures. Plaintiffs' claims arise primarily out of the events that occurred at loan closings which were documented by and the responsibility of the Title Defendants and/or the Broker Defendants.

10.      On or about the dates set forth in Exhibits A and B hereto, Ameriquest, Town & Country and Argent and each of the Title Defendants entered into an agreement wherein the Title Defendants agreed to close Ameriquest, Town & Country and Argent loans in exchange for consideration to be paid from the loan proceeds. These agreements took various forms including but not limited to Escrow Lending Instructions, Closing Agent Agreements and Closing Instructions.

11.      The Title Defendants also issued "Closing Protection Letters", among other documents, whereby the Title Underwriters agreed to reimburse the lenders for actual loss incurred by the lenders in connection with the closings conducted by the Closing Agents and/or Title Companies including the failure of the Closing Agent and/or Title Companies to comply

- 16 -

with the lender's written closing instructions, as well as acts of fraud or dishonesty by the Closing Agent and/or Title Companies in the handling of the lender's funds or documents in connection with a closing.

12.    The Title Underwriters also issued final title policies whereby the Title Underwriters insure the validity and lien priority of the mortgages provided to Ameriquest, Town & Country and Argent.

13.    The Title Defendants thus owed contractual duties to Ameriquest, Town & Country and Argent pursuant to the above-described agreements.

14.    By agreeing to serve as closing agents, escrow agents, title agents and/or title underwriters on the transactions underlying Ameriquest's, Town & Country's and Argent's mortgages to plaintiffs, the Title Defendants warranted, among other things, that they would comply with Ameriquest's, Town & Country's and Argent's instructions including but not limited to accurately complete a "Notice of Right to Cancel" form with respect to each loan that they closed and provide Ameriquest's, Town & Country's and Argent's borrower(s) with the correct number of copies of the completed form and have each borrow sign TILA disclosures prior to executing the mortgage and note.

15.    Pursuant to closing instructions provided by Ameriquest, Town & Country and Argent, a Closing Protection Letter was to be issued by the Title Defendants for each loan in which they participated. On information and belief, Closing Protection Letters were issued for each loan listed in Exhibits A & B hereto. On information and belief, some Title Defendants deny that a Closing Protection letter was issued and deny that any contractual obligations exist for loans in which they participated as a Closing Agent, Title Company or Underwriter.

16.    Additionally or alternatively to their contractual duties, the Title Defendants, who were at all relevant times in the business of supplying information and services for the guidance and use of others in their business dealings, assumed and owed general duties of care to Ameriquest, Town & Country and Argent including to exercise ordinary care as Closing Agents, Title Companies and Title Underwriters on Ameriquest's, Town & Country's and Argent's

- 17 -

mortgage transactions with plaintiffs. Ameriquest, Town & Country and Argent are informed and believe and thereon allege that the Title Defendants had independent duties to act as reasonable Closing Agents, Title Companies and Title Underwriters in accordance with the standards of care generally applicable to professionals rendering services of those types, regardless of the contractual terms of the agreements between them.

17.     The general duties assumed and/or owed by the Title Defendants to Ameriquest, Town & Country and Argent included, but were not limited to, the following:

- The Title Defendants were to supervise all aspects of the escrow, title and closing processes for the Ameriquest, Town & Country and Argent loans identified in Exhibits A and B hereto including to properly prepare, execute and deliver necessary closing documents;

- The Title Defendants were to communicate to Ameriquest, Town & Country and Argent their knowledge of any material facts acquired or which should have been acquired in the course of their duties and to disclose all facts that might materially affect Ameriquest's, Town & Country's or Argent's interests in the transactions with plaintiffs;

- The Title Defendants were to disclose to Ameriquest, Town & Country and Argent whether the transaction was in compliance with all written and oral instructions and for Ameriquest and Town & Country loans, the Title Defendants certified pursuant to an affidavit that the loan documents were properly signed and dated, the recession notice was properly completed, and copies of all documents were provided to the borrowers; and

- The Title Defendants were to exercise care in procuring and providing material information and documents related to the closing, title, escrows and loans especially where the Title Defendants knew Ameriquest's, Town & Country's and Argent's intended use of such information.

BN 3652437v1

18. The claims alleged against Ameriquest, Town & Country and Argent in each of the plaintiffs' lawsuits relate to duties that should have been performed in accordance with the applicable standards of care by each of the Title Defendants, with respect to the particular loan(s) that they were hired to close. Thus, to the extent that any of the plaintiffs received inaccurate, incomplete, or misleading information or documents, including the Notice of Right to Cancel form and the HUD-1 Settlement Statement, or an incorrect number of copies of documents or forms, or were not provided with TILA disclosures in advance of executing their mortgage and note, and Title Defendants failed to discover and correct or disclose any such deficiencies, these failures are attributable to the conduct of the Title Defendant(s) and in breach of the duties owed to Ameriquest, Town & Country and Argent pursuant to their general duties of care and pursuant to the terms of the agreements among Ameriquest, Town & Country, Argent and the Title Defendants.

### General Allegations for Argent's Claims Against The Mortgage Brokers

19. Plaintiffs' suits also allege, *inter alia*, that Argent made misrepresentations regarding loan terms, engaged in bait and switch tactics, and failed to make proper disclosures (including the Notice of Right to Cancel and HUD-1 Settlement Statement. These claims primarily arise out of the presentation of loan terms and events that occurred at loan closings.

20. Argent, however, is a wholesale mortgage lender. By definition, a wholesale lender has no involvement in the presentation of loan terms or the loan closing. Argent likewise has no involvement in collecting loan payments or otherwise servicing loans. Instead, Argent's involvement in the loan process is limited to funding loans originated by independent mortgage brokers and closed by independent Closing Agents and Title Underwriters, each of whom are individually responsible for ensuring that the origination, title and closing process is effectuated in compliance with all aspects of applicable law. Further, the Broker Defendants are responsible for selecting the Title Defendants.

21. Argent enters into "Mortgage Broker Agreements" whereby the independent Broker Defendants agreed, *inter alia*, to the "full, accurate and truthful disclosure" of all "facts,

- 19 -

information or documentation" that might affect the loan process, agreed to comply with all rules and regulations regarding the application and processing of a loan, and agreed to indemnify and hold harmless the lender (Argent) against claims made by the borrower. On information and belief, Mortgage Broker Agreements were executed with each of the Broker Defendants identified in Exhibit B.

22.     In addition, each of the Broker Defendants, who at all relevant times were in the business of supplying information and services for the guidance and use of others in their business dealings, owed general duties to Argent to meet the standard of care applicable to brokers of residential mortgage loans. These duties to Argent included but were not limited to: providing truthful and accurate information related to the borrowers' loan applications and eligibility and the closing of plaintiffs' loan; not omitting any material facts related to plaintiffs' loan application and eligibility and the closing of plaintiffs' loans; and verifying material facts concerning the plaintiffs' loan application and eligibility for the loan and verifying that loan closing documents were accurate and truthful.

23.     Each of the plaintiffs' listed on Exhibit B engaged a Broker Defendant in order to apply for and obtain a loan from Argent. The Broker Defendants subsequently selected the Title Defendants to close the loans. The Broker Defendants and Title Defendants, as more fully described above, are wholly responsible for any alleged misrepresentations, improper tactics, or failed disclosures that may be found to have occurred in the process of obtaining a loan from Argent.

### First Cause of Action

### (Breach of Contract—Ameriquest and Town & Country Against the Title Defendants)

24.     Ameriquest and Town & Country re-allege paragraphs 1 through 23 inclusive, and incorporates the same by reference.

25.     Ameriquest and Town & Country and each of the respective Title Defendants entered into a valid and enforceable contract or contracts. Ameriquest and Town & Country fully performed their duties under the contract(s).

BN 3652437v1

26. The contracts required, among other things, that each of the Title Defendants would provide the plaintiff with a complete and accurate Notice of Right to Cancel form and/or the HUD-1 Settlement Statement, provide the correct number of copies of the Notice of Right to Cancel form and/or provide accurate and complete information at the closing of plaintiffs' loans, among other obligations.

27. In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Title Defendants who were responsible for closing the loans in question breached the contract with respect to their duty to provide the plaintiff with a complete and accurate Notice of Right to Cancel form and/or the HUD-1 Settlement Statement, the correct number of copies of the Notice of Right to Cancel form and/or accurate and complete information at the closing of plaintiffs' loans, among other breaches.

28. Ameriquest and Town & Country have suffered damages in an amount according to proof, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Ameriquest and Town & Country. Also, Ameriquest and Town & Country have each suffered damage to reputation and goodwill as a direct result of the Title Defendants' conduct, in an amount to be proven at trial.

<u>Second Cause of Action</u>

**(Negligence—Ameriquest and Town & Country Against the Title Defendants)**

29. Ameriquest and Town & Country re-allege paragraphs 1 through 28 inclusive, and incorporates the same by reference.

30. The Title Defendants owed duties to Ameriquest and Town & Country to act in accordance with industry standards as Closing Agents, Title Companies and Title Underwriters in connection with the closing of each loan listed on Exhibit A by agreeing to act as Closing Agents, Title Companies and Title Underwriters for Ameriquest and Town & Country. The Title Defendants were thus required to act with ordinary skill and care required of professionals performing services of the type provided to Ameriquest and Town & Country in performing their closing, title, escrow and underwriter duties.

- 21 -

31. The Title Defendants owed duties to Ameriquest and Town & Country to: supervise all aspects of the escrow, title and closing processes for Ameriquest's and Town & Country's mortgages including to properly prepare, execute and deliver necessary closing, title and escrow documents; communicate their knowledge of any material facts acquired in the course of their agency and disclose all facts that might materially affect Ameriquest's and Town & Country's interests in the transactions with plaintiffs; disclose whether the transaction was in compliance with all written and oral instructions from Ameriquest and Town & Country; and exercise care in procuring and providing information on issues where the Title Defendants knew the intended use of such information by Ameriquest and Town & Country.

32. In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Title Defendants breached their duties to Ameriquest and Town & Country by failing to adequately supervise the loan closing process by, among other things, failing to properly prepare, execute and deliver all necessary closing, title and escrow documents including, but not limited to, properly preparing and delivering the Notice of Right to Cancel form to plaintiffs.

33. The Title Defendants also breached their duties to Ameriquest and Town & Country by failing to communicate to Ameriquest and Town & Country that they had provided inadequate or inaccurate information to plaintiffs during the closing of plaintiffs' transactions with Ameriquest and Town & Country despite knowing that such information might materially affect Ameriquest's and Town & Country's interests in the transactions.

34. The Title Defendants additionally breached their duties to Ameriquest and Town & Country by failing to disclose that the transaction was not in compliance with the closing, title and escrow instructions.

35. The Title Defendants' breaches of their duties of care induced Ameriquest and Town & Country to fund loans that they would not have otherwise funded.

36. It was foreseeable that Ameriquest and Town & Country would be harmed if the Title Defendants failed to perform any of the duties described above, in particular, the Title Defendants were aware that any failure to properly prepare, execute and deliver title, escrow and

- 22 -

closing documents, such as the Notice of Right to Cancel among other documents, would expose Ameriquest and Town & Country to liability or otherwise materially affect Ameriquest's and Town & Country interests.

37.    As a direct result of the negligence of the Title Defendants, Ameriquest and Town & Country have suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Ameriquest and Town & Country in connection with the lawsuits.

### Third Cause of Action

### (Negligent Misrepresentation – Ameriquest and Town & Country Against Title Defendants)

38.    Ameriquest and Town & Country re-allege paragraphs 1-37 inclusive, and incorporates the same by reference.

39.    The Title Defendants made false representations of fact to Ameriquest and Town & Country by, among other things, representing to Ameriquest and Town & Country that all closing, title and escrow documents were properly prepared, executed and delivered and that the transactions were completed in accordance with instructions.    Among other things, Title Defendants reported that the Notices of Right to Cancel were properly prepared and executed, and that a correct number of copies were delivered.    In the event that plaintiffs' allegations are proved true, such reports by Title Defendants were misrepresentations of fact.

40.    In addition, because Title Defendants owed a duty to disclose all material facts that may affect Ameriquest's and Town & Country 's interests, Title Defendants misrepresented facts by concealing material facts which were susceptible to the Title Defendants' knowledge. Among other things, Title Defendants failed to report that the Notices of Right to Cancel were not properly prepared, executed and delivered and, in the event that plaintiffs' allegations are proved true, the failure of Title Defendants to report such facts amount to misrepresentations of fact.

- 23 -

41.     In making the above-described misrepresentations Title Defendants were careless or negligent in ascertaining the truth of the statements made.

42.     Title Defendants omitted the above-described facts with knowledge that they had a duty to disclose such material facts.

43.     Title Defendants intended to induce Ameriquest and Town & Country to rely on its representations and to fund the loans to plaintiffs.

44.     Ameriquest and Town & Country justifiably relied on the Title Defendants' representations and, as a consequence, funded the loans to plaintiffs.

45.     As a direct result of the negligent misrepresentations of the Title Defendants, Ameriquest and Town & Country have suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Ameriquest and Town & Country in connection with the lawsuits.

### Fourth Cause of Action

### (Breach of Contact – Argent Against Title Defendants)

46.     Argent re-alleges paragraphs 1 through 45 inclusive, and incorporates the same by reference.

47.     Argent and each of the Title Defendants entered into a valid and enforceable contract or contracts. Argent fully performed its duties under the contract(s).

48.     The contracts required, among other things, that each of the Title Defendants would provide the plaintiff with a complete and accurate Notice of Right to Cancel form and/or the HUD-1 Settlement Statement, provide the correct number of copies of the Notice of Right to Cancel form and/or provide accurate and complete information at the closing of plaintiffs' loans, among other obligations.

49.     In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Title Defendants who were responsible for closing the loans in question breached the contract with respect to their duty to provide the plaintiff with a complete and accurate Notice of Right to

BN 3652437v1

Cancel form and/or the HUD-1 Settlement Statement, the correct number of copies of the Notice of Right to Cancel form and/or accurate and complete information at the closing of plaintiffs' loans, among other breaches.

50.     Argent has suffered damages in an amount according to proof, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent. Argent has also suffered damage to its reputation and goodwill as a direct result of the Title Defendants' conduct, in an amount to be proven at trial.

### Fifth Cause of Action

### (Breach of Contract – Argent Against Broker Defendants)

51.     Argent re-alleges paragraphs 1 through 50 inclusive, and incorporates the same by reference.

52.     Argent and each of the Broker Defendants listed on Exhibit B entered into a valid and enforceable contract and Argent fully performed its duties under this contract.

53.     The contract required, among other things, that the Broker Defendants would provide "full, accurate and truthful disclosure" of all "facts, information or documentation" that might affect the loan process and agree to comply with all rules and regulations regarding the application and processing of a loan.

54.     The contract further required the Broker Defendants to indemnify Argent and hold it harmless against claims made by borrowers.

55.     In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Broker Defendants breached their contracts.

56.     Argent has suffered damages in an amount according to proof, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent. Argent has also suffered damage to its reputation and goodwill as a direct result of the Broker Defendants' conduct, in an amount to be proven at trial.

- 25 -

## Sixth Cause of Action

### (Negligence – Argent Against Title Defendants)

57.    Argent re-alleges paragraphs 1 through 56 inclusive, and incorporates the same by reference.

58.    The Title Defendants owed duties to Argent to act in accordance with industry standards as closing, title and escrow agents and as title underwriters in connection with the closing of each loan listed on Exhibit B by agreeing to act as Closing Agents, Title Companies and Title Underwriters for Argent. The Title Defendants were thus required to act with ordinary skill and care required of professionals performing services of the type provided to Argent in performing their closing, title, escrow and underwriter duties.

59.    The Title Defendants owed duties to Argent to: supervise all aspects of the title, escrow and closing processes for Argent's mortgages including to properly prepare, execute and deliver necessary closing, title and escrow documents; communicate their knowledge of any material facts acquired in the course of their agency and disclose all facts that might materially affect Argent's interests in the transactions with plaintiffs; disclose whether the transaction was in compliance with all written and oral instructions from Argent; and exercise care in procuring and providing information on issues where the Title Defendants knew the intended use of such information by Argent.

60.    In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Title Defendants breached their duties to Argent by failing to adequately supervise the loan closing process by, among other things, failing to properly prepare, execute and deliver all necessary closing, title and escrow documents including, but not limited to, properly preparing and delivering the Notice of Right to Cancel form to plaintiffs.

61.    The Title Defendants also breached their duties to Argent by failing to communicate to Argent that they had provided inadequate or inaccurate information to plaintiffs during the closing of plaintiffs' transactions with Argent despite knowing that such information might materially affect Argent's interests in the transactions.

- 26 -

62.    The Title Defendants additionally breached their duties to Argent by failing to disclose that the transaction was not in compliance with the closing, title and escrow instructions.

63.    The Title Defendants' breaches of their duties of care induced Argent to fund loans that it would not have otherwise funded.

64.    It was foreseeable that Argent would be harmed if the Title Defendants failed to perform any of the duties described above, in particular, the Title Defendants were aware that any failure to properly prepare, execute and deliver escrow, title and closing documents, such as the Notice of Right to Cancel among other documents, would expose Argent to liability or otherwise materially affect Argent's interests.

65.    As a direct result of the negligence of the Title Defendants, Argent has suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent in connection with the lawsuits.

### Seventh Cause of Action

**(Negligence – Argent Against Broker Defendants)**

66.    Argent re-alleges paragraphs 1 through 65 inclusive, and incorporates the same by reference.

67.    The Broker Defendants owed general duties to Argent to act in accordance with standards of care applicable to professionals providing mortgage loan brokerage services in connection with the negotiation, preparation of materials, and closing of the loans listed on Exhibit B. The Title Defendants were thus required to act with ordinary skill and care in performing their mortgage broker duties and generally meet the standard of care in the mortgage loan industry.

68.    The duties the Broker Defendants owed to Argent included but were not limited to: providing truthful and accurate information related to the borrowers' loan applications and eligibility and the closing of plaintiffs' loans; not omitting any material facts related to plaintiffs' loan application and eligibility and the closing of plaintiffs' loans; and verifying material facts

- 27 -

concerning the plaintiffs' loan applications and eligibility for the loans and verifying that loan closing documents were accurate and truthfully prepared, executed and delivered.

69.     In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Broker Defendants breached their duties to Argent by, among other acts, failing to provide truthful and accurate information to Argent concerning the plaintiffs' eligibility for the loans, failing to provide truthful and accurate information concerning the whether the loans identified in Exhibit B were properly closed including proper and accurate preparation, execution and delivery of all necessary loan and closing documents, and omitting material information such as, failing to notify Argent that all necessary loan and closing documents were properly prepared, executed and delivered.

70.     The Broker Defendants' breaches of their duties of care induced Argent to fund and close loans that it would not have otherwise funded.

71.     It was foreseeable by Broker Defendants that Argent would be harmed by the Broker Defendants' actions because Argent would loan funds to borrowers based on inaccurate or incomplete information leaving Argent at risk for claims of liability based on the funding and closing of such loans.

72.     As a direct result of the negligence of the Broker Defendants, Argent has suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent in connection with the lawsuits.

### Eighth Cause of Action

### (Negligent Misrepresentation – Argent Against Title Defendants)

73.     Argent re-alleges paragraphs 1-72 inclusive, and incorporates the same by reference.

74.     In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Title Defendants made false representations of fact to Argent by, among other things, representing to Argent that all closing, title and escrow documents were properly prepared,

- 28 -

executed and delivered and that the transactions were completed in accordance with instructions. Among other things, Title Defendants reported that the Notices of Right to Cancel were properly prepared, executed and delivered and, in the event that plaintiffs' allegations are proved true, such reports by Title Defendants were misrepresentations of fact.

75.    In addition, because Title Defendants owed a duty to disclose all material facts that may affect Argent's interests, Title Defendants misrepresented facts by concealing material facts which were susceptible to knowledge.  Among other things, Title Defendants failed to report that the Notices of Right to Cancel were not properly prepared, executed and delivered and, in the event that plaintiffs' allegations are proved true, the failure of Title Defendants to report such facts amount to misrepresentations of fact.

76.    In making the above-described misrepresentations the Title Defendants were careless or negligent in ascertaining the truth of the statements made.

77.    Title Defendants omitted the above-described facts with knowledge that they had a duty to disclose such material facts.

78.    Title Defendants intended to induce Argent to rely on its representations and to fund the loans to plaintiffs.

79.    Argent justifiably relied on the Title Defendants' representations in funding the loans to plaintiffs.

80.    As a direct result of the negligent misrepresentations of the Title Defendants, Argent has suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent in connection with the lawsuits.

## Ninth Cause of Action

### (Negligent Misrepresentation – Argent Against Broker Defendants)

81.    Argent re-alleges paragraphs 1-80 inclusive, and incorporates the same by reference.

BN 3652437v1

82.     In the event that the allegations in any of plaintiffs' lawsuits are proven to be true, the Broker Defendants false representations of fact to Argent by, among other things, representing to Argent that all closing, title and escrow documents were properly prepared, executed and delivered and that the transactions were completed in accordance with instructions. The Broker Defendants also made false representations of fact to Argent by, among other things, representing to Argent that the plaintiffs' were eligible for the loans identified in Exhibit B.

83.     In addition, because Broker Defendants owed a duty to disclose all material facts that may affect Argent's interests, Broker Defendants misrepresented facts by concealing material facts which were susceptible to knowledge.  Among other things, in the event that plaintiffs' allegations are proved true, Broker Defendants failed to report that the Notices of Right to Cancel were not properly prepared, executed and delivered which failure amounts to misrepresentations of fact.

84.     In making the above-described misrepresentations the Broker Defendants were careless or negligent in ascertaining the truth of the statements made.

85.     Broker Defendants omitted the above-described facts with knowledge that they had a duty to disclose such material facts.

86.     Broker Defendants intended to induce Argent to rely on its representations and to fund the loans to plaintiffs.

87.     Argent justifiably relied on the Title Defendants' representations by agreeing to fund loans it would not have otherwise funded.

88.     As a direct result of the negligent misrepresentations of the Title Defendants, Argent has suffered damages in an amount to be proven at trial, but in no event less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded to each of the plaintiffs against Argent in connection with the lawsuits.

WHEREFORE, Ameriquest, Town & Country and Argent pray for judgment against the Broker Defendants and Title Defendants as follows:

BN 3652437v1

1.     For monetary damages in an amount according to proof at trial, but no less than any judgment, settlement, attorneys' fees, costs, or other equitable relief that is awarded in favor of plaintiffs, or any of them, against Ameriquest, Town & Country, Argent, and their affiliates;

2.     For their reasonable attorneys' fees and costs of suit;

3.     For punitive and exemplary damages;

4.     For prejudgment interest; and

5.     For such other relief as the Court may deem just and proper.

DATED: May 23, 2009

Respectfully submitted,

By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

By:  /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600
 Facsimile:  (312) 558-5700

BN 3652437v1

**EXHIBIT A**

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Abrams, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-04258 (N.D. Ill.), filed July 27, 2007 | Alice and Melvin Abrams | Heritage Title | Stewart Title Guaranty Company | April 26, 2004 |
| *Abruscato, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-CV-04548 (N.D. Ill.), filed on July 11, 2008 | Joseph Abruscato | Heritage Title, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | March 28, 2005 |
| | Harry G. Bodin, Jr. | Fidelity National Title Insurance Company; National Real Estate | Fidelity National Title Insurance Company | March 24, 2003 |
| | Jessie and Mary Floyd | First American | Stewart Title Guaranty Company | January 24, 2006 |
| *Adams, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-01626 (N.D. Ill.), filed January 22, 2007 | Glenn and Laverne Adams | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Insurance Title | February 9, 2004 |
| *Adams, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-CV-00180 (N.D. Ill.), filed on June 27, 2007 | Julie and Todd Adams | Blackstone National Title, LLC; Law Offices of Daniel J. Nigro; First American Title Insurance Company | First American Title Insurance Company | May 14, 2005 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Addison v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04728 (N.D. Ill.), filed June 5, 2006 | Suzette Addison | ATM Corporation of America, a Pennsylvania corporation; and Scott Drier, an individual | Old Republic Title Insurance Company | August 6, 2004 |
| *Adkins v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04741 (N.D. Ill.), filed August 31, 2006 | Sherry and James Adkins | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | December 31, 2004 |
| *Allgood v. Ameriquest Mortgage Co, et al.*, Case No. 08-CV-07279 (N.D. Ill.), filed on October 30, 2008 | Kellie H. Allgood | Heritage Title; Fidelity National Title Insurance Company | Fidelity National Title Insurance Company | November 2, 2005 |
| *Anderson et al v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-03125 (N.D. Ill.), filed February 9, 2006 | John W. Anderson Jr. | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | July 24, 2003 |
| | Benjamin and Manuel Barboza | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | April 22, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Beverley and Kathy Bessette | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | September 12, 2003 |
| | John and Maryann Iwanczenko | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | January 15, 2003 |
| | Keith Jensen | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | December 10, 2004 |
| | Pearl and Roosevelt Oliver | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | January 21, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | John Pokorny Jr. | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | July 20, 2004 |
| | Rachel and Shaun O'Rourke | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | April 8, 2004 |
| | Sonia Spence-English | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | August 8, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Dennis and Brenda Holmes | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | February 11, 2003 |
| | Patricia and Michael Szynal | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title | January 24, 2004 |
| *Anderson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01981 (N.D. Ill.), filed April 7, 2006 | Dean and Diane Anderson | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | June 28, 2004 |
| *Anderson, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-05064 (N.D. Ill.), filed September 5, 2007 | Pkanita Bonner | Heritage Title | Stewart Title Guaranty Company | July 24, 2004 |
| | Randolph Carpenter | Heritage Title | Stewart Title Guaranty Company | May 10, 2005 |
| | James and Lisa Hardin | Heritage Title | Stewart Title Guaranty Company | June 23, 2005 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Anderson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01981 (N.D. Ill.), filed April 7, 2006 | Dean and Diane Anderson | Heritage Title | Ticor Title Insurance Company | March 3, 2005 |
| *Anthony, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-05581 (N.D. Ill.), filed August 16, 2007 | Roosevelt and Florita Harris | Heritage Title | Stewart Title Guaranty Company | September 24, 2004 |
|  | Harold and Willie May Howard | Heritage Title | Stewart Title Guaranty Company | May 28, 2005 |
|  | Hattie Jones | Heritage Title | Stewart Title Guaranty Company | August 15, 2005 |
| *Anthony, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-01748 (N.D. Ill.), filed February 21, 2007 | Patrina and Derek Anthony | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | May 17, 2005 |
| *Applegate, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04867 (N.D. Ill.), filed September 8, 2006 | Linda and Thomas Applegate | Turnkey Title Corporation, a Florida corporation | Attorneys Title Insurance Fund | December 3, 2003 |
| *Archer, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00328 (N.D. Ill.), filed December 4, 2006 | Carolyn and Carlos Archer | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | January 18, 2005 |
| *Bailey, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-01733 (N.D. Ill.), filed March 14, 2005 | Wray and Wendy Bailey | Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | February 5, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Juan Garcia | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | August 12, 2004 |
| | Colin Holloway | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | June 3, 2004 |
| | Jeffrey and Ellen Kozlowski | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | June 2, 2004 |
| | Bruce and Deborah Lauzier | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | August 20, 2004 |
| | Scott A. Leblanc | Synodi Videll & Green, LLC, a Connecticut limited liability company | Chicago Title Insurance Company | March 20, 2004 |
| | Carlos Martinez | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | June 3, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Winston and Norma Patterson | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | January 26, 2004 |
| | Gregory and Kelly Smayda | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | September 18, 2003 |
| | Justin and Cynthia Thompson | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | November 17, 2004 |
| | Armando and Anne Valeriano | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | June 18, 2004 |
| | Stephen Wilson | Vital Signing, Inc., a California corporation | Stewart Title Guaranty Company | August 23, 2003 |
| | Alfred Carbone | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | February 20, 2004 |
| | Samuel Greene | The Law Offices of William A. Snider | Ticor Title | March 14, 2003 |
| | Denise and Richard Hack | The Law Offices of William A. Snider | Stewart Title Guaranty Company | December 31, 2002 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Jason Hasapes | The Law Offices of William A. Snider | Ticor Title Insurance Company | January 14, 2004 |
| | Maurice and Pearl Huggins | The Law Offices of William A. Snider | Ticor Title Insurance Company | August 31, 2003 |
| | Edward and Ruth Kobialka | The Law Offices of William A. Snider | Lawyers Title Insurance Company | November 27, 2002 |
| | Timothy Lehan | The Law Offices of William A. Snider | Ticor Title Insurance Company | July 1, 2003 |
| | David and Lucinda Milardo | The Law Offices of William A. Snider | Ticor Title Insurance Company | May 31, 2004 |
| | Catherine Niese | The Law Offices of William A. Snider | Ticor Title Insurance Company | March 26, 2004 |
| | Nels Nordquist | The Law Offices of William A. Snider | Stewart Title Guaranty Company | October 16, 2002 |
| | Robert Muro | The Law Offices of William A. Snider | Ticor Title Insurance Company | May 23, 2003 |
| | Harold Peterson | The Law Offices of William A. Snider | Ticor Title Insurance Company | August 4, 2007 |
| | Peter and Victoria Sulinski | The Law Offices of William A. Snider | Ticor Title Insurance Company | September 22, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Beth and Leon Witham | The Law Offices of William A. Snider | Ticor Title Insurance Company | December 22, 2003 |
| | Elizabeth Zevallos | The Law Offices of William A. Snider | Ticor Title Insurance Company | August 4, 2004 |
| *Balark, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02430 (N.D. Ill.), filed May 1, 2006 | Eric Balark and Michelle McMiller | Tristar Title, LLC, an Illinois limited liability company; and Tia M. Martin, an individual | Ticor Title Insurance Company | May 13, 2005 |
| *Ballard, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-04992 (N.D. Ill.), filed on July 23, 2008 | Beverly Ballard | Title Tech Services, Inc.; Stewart Title Guaranty Company | Stewart Title Guaranty Company | March 15, 2005 |
| | Sue Cannon | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | August 24, 2005 |
| | Sheila Hann and Thomas Smith | Stewart Title SMI Texas; Title Tech Services, Inc.; Stewart Title Guaranty Company | Title Tech Services, Inc | December 22, 2005 |
| | Armin P. and Rita Hegenheiser

Loan # 0142951342 | First American Title Insurance Company; Mortgage Information Services | First American Title Insurance Company | February 17, 2006 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Armin P. and Rita Hegenheiser<br><br>Loan # 0104510565 | Title Tech Services, Inc.; Stewart Title Guaranty Company | Title Tech Services, Inc | January 24, 2005 |
| | Susan Hudgins | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | May 12, 2005 |
| | Burns O. and Diane S. Kendricks | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | April 20, 2005 |
| | Luther Marbury, Jr | RILI, Inc. Title and Closing; Stewart Title Guaranty Company | Stewart Title Guaranty Company | May 26, 2005 |
| | Michelle McNamara | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company; Stewart Title SMI Texas | Stewart Title Guaranty Company | February 21, 2006 |
| | Cory and Yulanda O'Neal | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | June 20, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Julie Wise Jeffrey Wise | Alabama Real Estate Loan Services, LLC; Stewart Title Guaranty Company | Stewart Title Guaranty Company | June 8, 2005 |
| *Banuelos, et al. v. Ameriquest Mortgage Co., Case No.* 08-CV-02680 (N.D. Ill.), filed May 14, 2008 | Pedro and Celia Banuelos | Tristar Title, LLC | Ticor Title Insurance Company | May 18, 2005 |
| | Michelle and Trayviss Gallant | Mortgage Information Services, Inc. | First American Title Insurance Company | June 7, 2005 |
| *Barber, et al. v. Ameriquest Capital Corp., et al.,* Case No. 06-CV-01735 (N.D. Ill.), filed November 10, 2004; Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | George and Crisella Barber | Scott L. Brisco, an individual | United General Title Insurance Company | January 15, 2003 |
| | Debra Holloway | Elayne Palancia, an individual | First American Title Insurance Company | June 3, 2004 |
| | Laurence Osten | Turnkey Title Corporation, a Florida corporation | Attorneys Title Insurance Fund, Inc. | February 5, 2004 |
| *Barletta v. Ameriquest Mortgage Co, et al.,* Case No. 06-CV-04560 (N.D. Ill.), filed August 23, 2006 | Pam Barletta | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | February 21, 2004 |
| *Beane, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-01346 (N.D. Ill.), filed December 26, 2006 | Virginia and Robert Beane | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer | January 13, 2004 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Beaudoin v. Ameriquest Mortgage Co.*, Case No. 07-CV-00133 (N.D. Ill.), filed October 27, 2006 | Carol A. Beaudoin | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | October 3, 2005 |
| *Becker v. JM Closing Services, et al.*, Case No. 07-CV-00115 (N.D. Ill.), filed August 22, 2006<br><br>Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Barbara Ann Becker | First Merit Settlement Services, Inc., a Pennsylvania corporation | Old Republic National Title Insurance Company | August 23, 2005 |
| *Belcher, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-03124 (N.D. Ill.), filed February 8, 2006 | Monique M. Belcher | Holler & Holler, LLC, a Connecticut limited liability company; Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Services | September 13, 2004 |
| | Madge and Edgar Bryan | Holler & Holler, LLC, a Connecticut limited liability company; Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 4, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Sonia Joseph | Holler & Holler, LLC, a Connecticut limited liability company; Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 19, 2004 |
| | Debra Jenkins | ATM Corporation of America, a Pennsylvania corporation | Commonwealth Land Title Insurance Company | September 14, 2004 |
| *Belford v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-03426 (N.D. Ill.), filed April 17, 2006 | Dennis E. Belford | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | August 31, 2005 |
| *Belliveau, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06746 (N.D. Ill.), filed August 28, 2006 | Ronald and Barbara Belliveau | Paul D. Boudreau, an individual | Stewart Title | October 10, 2003 |
| | Irving Ziviak | Geoffery B. Ginn and Associates | First American Title Insurance Company | January 11, 2006 |
| *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02469 (N.D. Ill), filed January 23, 2006 | Roger and Lyn Belval | Law Offices of Gregory T. Lattanzi, LLC, a limited liability company | Stewart Title Guaranty Company | January 9, 2004 |
| | Cynthia Belcher and Christopher Ellis | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | January 24, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Laurie and Robert Iulo | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | October 20, 2003 and July 7, 2004 |
| | Jay and Melissa Alvarez | TranStar National Title, a Texas corporation | Stewart Title Guaranty Company | October 17, 2003 and October 19, 2004 |
| | Kristen and Frank Olschefski | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | August 24, 2004 |
| | Henry and Joan Owen | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | December 9, 2003 |
| | Guy and Pauline Passarello | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | December 19, 2002 |
| | Luz Santiago | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | November 15, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Gary and Kelly Steinmiller | B & S Services, LLC, a limited liability company; and Vital Signing, Inc., a California corporation | B&S Services, LLC | March 21, 2003 |
| | Jay and Sherri Valentin | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Services | September 13, 2004 |
| | Gloria J. Therrien | Vital Signing, Inc., a California corporation | Fidelity National Title Insurance Company of New York | July 18, 2003 and May 12, 2004 |
| | Charles Humphrey | Vital Signing, Inc., a California corporation | First American Title Company | October 29, 2003 and June 10, 2004 |
| | Wray and Wendy Bailey | Mortgage Information Services, Inc., an Ohio corporation | First American Title Company | May 8, 2004 |
| | Charles J. Matas | Mortgage Information Services, Inc., an Ohio corporation | First American Title Company | May 5, 2004 |
| | Lorraine and Austin Warner | Vital Signing, Inc., a California corporation; | First American Title Insurance Company | November 10, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Sherri Valentin | The Law Offices of William A. Snider; Mortgage Information Services, Inc., an Ohio corporation | First American Title Company | November 12, 2003 and September 16, 2004 |
| *Bennison, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-02775 (N.D. Ill.), filed March 20, 2007 | Mark and Maria Bennison | ATM Corporation of America, a Pennsylvania corporation | Stewart Title Insurance Company | February 8, 2006 |
| | Christopher Lancaster | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | May 13, 2005 |
| | Idalia Martinez | Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Insurance Company | April 21, 2003 |
| | Antonio Oliveira | Law Offices of Nicholas Barrett and Associates | Stewart Guaranty Company | June 23, 2004 |
| *Bergquist v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01438 (N.D. Ill.), filed March 15, 2006 | Sandra Bergquist | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | December 28, 2004 |
| *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05708 (N.D. Ill.), filed August 21, 2006 | John P. Lang | Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Title Insurance Company | June 8, 2004 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| | John and Cheryl Marino | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | June 14, 2004 |
| | Rita and Bruce Correia | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | June 5, 2004 |
| | David and Rachel Nason | Law Offices of William A. Snider | Ticor Title Insurance Company | November 5, 2004 |
| *Besterfield v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02676 (N.D. Ill.), filed May 12, 2006 | James Besterfield | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | January 11, 2005 |
| *Billings, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01849 (N.D. Ill.), filed April 4, 2006 | Jacob and Taylor Billings | Tristar Title, LLC, an Illinois limited liability company; and Guadalupe Cruz, Jr., an individual | Ticor Title Insurance Company | February 16, 2005 |
| *Black, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00129 (N.D. Ill.), filed October 12, 2006 | Junior Terrance Black & Rene Campbell | Mortgage Information Services, Inc., an Ohio corporation; John Weber & Associates, P.C., a New York professional corporation | Chicago Title Insurance Company | June 21, 2005 and July 13, 2004 |
| | Ismael Vega and Yolanda I. Rivera | Lee S. Jacobowitz, Esq., an individual | United General Title Insurance Company | September 23, 2004 and May 29, 2003 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| | Luz Gomez | Equity Settlement Services, Inc., a New York corporation; Vital Signing, Inc.; and Peter Marchelos | American Pioneer Title Insurance Company | October 16, 2003; December 2, 2004; December 3, 2003 and October 28, 2002 |
| | Albert and Marlene Roldan | Mortgage Information Services, Inc., an Ohio corporation; and Martin M. Hochman, an individual | First American Title Insurance Company of New York | April 22, 2004; October 4, 2004; April 29, 2004 and January 5, 2005 |
| | Cheryl and Arnold Jones | Lee S. Jacobowitz, Esq., an individual; and National Real Estate Information Services of New Jersey, Inc., a New Jersey corporation | United General Title Insurance Company | July 13, 2005 |
| *Blackburn, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00309 (N.D. Ill.), filed July 17, 2006 | Sherry and Joseph Frank Blackburn | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | November 19, 2004 |
| *Booher v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-01339 (N.D. Ill.), filed January 5, 2007 | Steven Booher | Nations Title Agency of Missouri, Inc., a Missouri corporation | United General Title Insurance Company | July 7, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Frank and Martha White | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance | December 17, 2003 |
| | Timothy and Francis Adamowicz | The Matlusky Firm, LLC, a Delaware limited liability company; and Resource Title, LLC, a Maryland limited liability company | American Pioneer Title Insurance Company | December 22, 2003 |
| | Christopher Bourassa | Blackstone National Title, LLC, a limited liability company; and Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Title Insurance Company | October 15, 2004 |
| | Venitra Brown | Mortgage Information Services, Inc., an Ohio corporation | Mortgage Information Services, Inc | October 24, 2003 |
| | Vaughn DeBold | Turnkey Title Corporation, a Florida corporation | Attorneys Title Insurance Fund | November 24, 2003 |
| | Gregory and Marcell DeMeo | Law Offices of Jonathan P. Ash | First American Title Insurance Company | August 24, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | James Devlin | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | February 18, 2004 |
| | Timothy and Cynthia Dion | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | January 10, 2004 |
| | Karen Dudeck | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | February 12, 2004 |
| | Christopher Gabrielli | Tapalian & Tadros, P.C., a professional corporation | Stewart Title Guaranty Company | June 23, 2004 |
| | Patricia Masson | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | April 23, 2005 |
| | John and Kathleen O'Callaghan | Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Title Insurance Company | October 12, 2004 |
| | Michael Russo | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | December 27, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Frank and Linda Shea | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | July 7, 2004 |
| | Scott Ventola and Steven Bourassa | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | September 23, 2005 |
| | Joshua Wilgoren | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | September 8, 2005 |
| *Bothwell, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04716 (N.D. Ill.), filed May 8, 2006 | Terry and Cheryl Bothwell | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | September 20, 2005 |
| *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02471 (N.D. Ill.), filed January 23, 2006 | Michael Bowe | Synodi Videll & Green, LLC, a Connecticut limited liability company; and Gordon Videll, an individual | Chicago Title Insurance Company | March 24, 2004 |
| | Mauro Troetti | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | September 3, 2004 |
| | Herbert and Anne Randall | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | February 19, 2004 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| | Anthony and Deborah Morin | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | April 21, 2004 |
| | Tricia and Gary Safferstein | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | July 21, 2004 |
| | Jo-Ann Rosemary Lowman | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | March 18, 2004 |
| | Dean A. Cocchiola | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Corporation | February 4, 2004 |
| | Drucie Bathin | The Law Offices of William A. Snider | Ticor Title Insurance Company | April 15, 2003 |
| | Kevin Copeland | The Law Offices of William A. Snider | Ticor Title Insurance Company | January 7, 2004 |
| | Wilfred and Barbara Desrosiers | The Law Offices of William A. Snider | Ticor Title Insurance Company | June 30, 2004 |
| *Boyd, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-05066 (N.D. Ill.), filed August 3, 2007 | Sharon Boyd | Heritage Title | Stewart Title Guaranty Company | March 8, 2005 |
| | Emanuel and Virginia Brown | Heritage Title | Stewart Title Guaranty Company | May 16, 2005 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| | Juliette and Chester Jones | Heritage Title | Stewart Title Guaranty Company | January 6, 2005 |
| | Clarice Mallory | Heritage Title | Stewart Title Guaranty Company | October 12, 2004 |
| | Pauline Ruffin | Heritage Title | Stewart Title Guaranty Company | May 3, 2005 |
| | Jamie and May Tillman | Heritage Title | Stewart Title Guaranty Company | June 21, 2005 |
| *Bradley, et a. v. Ameriquest Mortgage Co., Inc.,* Case No. 08-CV-03011 (N.D. Ill.), filed on April 8, 2008 | Doretha Bradley | Heritage Title; Stewart Title Guaranty Company | Stewart Title Guaranty Company | December 15, 2004 |
| | James and Addie Butler | Stewart Title Guaranty Company; Heritage Title | Stewart Title Guaranty Company | March 3, 2005 |
| | Joseph and Josie Byrd | Stewart Title Guaranty Company; Heritage Title | Stewart Title Guaranty Company | March 3, 2005 |
| | Henry and Hattie Collins | Stewart Title Guaranty Company; Title Tech Services, Inc. | Stewart Title Guaranty Company | July 19, 2005 |
| | Justin and Heather Higgins | Northwest Title & Escrow Corp.; Ticor Title Insurance Company of Florida | Ticor Title Insurance Company of Florida | February 3, 2008 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Christine Means | Stewart Title Guaranty Company; Heritage Title | Stewart Title Guaranty Company | June 16, 2005 |
| | Wallace Resmondo | Stewart Title Guaranty Company; Heritage Title | Stewart Title Guaranty Company | December 16, 2004 |
| | Joe Riley | United General Title Insurance Company; The Cheatham Group | United General Title Insurance Company | April 7, 2006 |
| | Linda Robinson | Stewart Title Guaranty Company; Alabama Real Estate Loan Services | Stewart Title Guaranty Company | November 11, 2005 |
| | Edward and Eleanor Smith | The Cheatham Group; United General Title Insurance Company | United General Title Insurance Company | April 11, 2006 |
| *Bricker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04528 (N.D. Ill.), filed August 21, 2006 | Anthony and Michelle Bricker | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | July 21, 2004 |
| *Brissett, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00130 (N.D. Ill.), filed October 4, 2006 | Rudolph Greaves and Marcia Hall-Greaves | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | January 24, 2005 |
| | Sean and Patricia Wells | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | September 2, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Pearl Sullivan | Lee S. Jacobowitz, Esq., an individual; National Real Estate Information Services of New Jersey, Inc., a New Jersey corporation; and Carolyn T. Daley, an individual | United General Title Insurance Company | January 17, 2004 |
| *Britt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00351 (N.D. Ill.), filed January 18, 2007 | Robert and Tammy Britt | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | December 16, 2004 |
| *Brown et al. v. Ameriquest Capital Corp., et al.*, Case No. 06-CV-01730 (N.D. Ill.), filed on March 28, 2005<br><br>Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Tonya Sumner Brown | Turnkey Title Corporation, a Florida corporation | Attorneys Title Insurance Company | April 22, 2004 |
| | Guadalupe Hernandez | Sierra Title Company of Cameron and Willacy Counties, a Texas corporation | United General Title Insurance Company | January 28, 2004 |
| | Kevin and Maria Cusanelli | Superior Closing Services, LLC, a Connecticut limited liability company; and Dey Smith Collier LLC, Connecticut limited liability company | Fidelity National Title Insurance Company of New York | October 16, 2003 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Brown v. Ameriquest Mortgage Co., et al.*, Case No. 05-CV-04723 (N.D. Ill.), filed August 17, 2005 | Dorothy Brown | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | August 24, 2004 |
| *Brown, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-05585 (N.D. Ill.), filed August 28, 2007 | Louis Brown | Heritage Title | Stewart Title Guaranty Company | February 18, 2005 |
| | Lillie Johnson | Heritage Title | Stewart Title Guaranty Company | January 7, 2005 |
| | Richard and Cheryl Poe | Heritage Title | Stewart Title Guaranty Company | July 22, 2005 |
| | Larry and Nancy Stearley | Heritage Title | Stewart Title Guaranty Company | April 15, 2005 |
| *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 05-CV-05111 (N.D. Ill.), filed September 6, 2005 | Kenneth and Monica Brown | Tek Title, LLC, an Illinois limited liability company | Lawyers Title Insurance Corporation | December 10, 2004 |
| *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02830 (N.D. Ill.), filed May 19, 2006 | Calvin and Dora Brown | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | February 16, 2004 |
| *Buck, et al. v. Ameriquest Mortgage Co., et al.* Case No. 07-CV-04874 (N.D., Ill.), filed August 29, 2007 | Bruce and Shannon Buck | Northwest Title and Escrow Corp. | American Pioneer Title Insurance Company | May 27, 2004 |
| | Stephanie and Todd Brown | CT Mortgage Information Services | Mortgage Information Services | February 28, 2003 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Buckner v. Ameriquest Mortgage Co., et al.*, Case No. 05-CV-06808 (N.D. Ill.), filed December 1, 2005 | Jacqueline Buckner | Tristar Title, LLC, an Illinois limited liability company; and Sheila Dolan, an individual | Ticor Title Insurance Company | June 23, 2004 |
| *Bumpers, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00553 (N.D. Ill.), filed January 29, 2007 | Henry and Elizabeth Bumpers | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Company | February 27, 2004 |
| *Burgess, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-06748 (N.D. Ill.), filed August 22, 2006 | Ernest and Peggy Burgess | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | January 9, 2004 |
| | Sarah Chaumley | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | April 29, 2004 |
| *Burrell et al v. Ameriquest Mortgage Company*, Case No. 07-CV-06091 (N.D. Ill.), filed September 9, 2007 | Shirley and Willie Chaney | Heritage Title | Stewart Title Guaranty Company | November 11, 2004 |
| | Gladys Fuller | Richmond Title Services, L.P. | Stewart Title Guaranty Company | May 17, 2005 |
| | Lisa and Willie Mitchell | Heritage Title | Stewart Title Guaranty Company | June 16, 2005 |
| | Angela Tardie | Heritage Title | Stewart Title Guaranty Company | March 14, 2005 |
| *Burris, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00123 (N.D. Ill.), filed October 23, 2006 | Brett and Christine Burris | Northwest Title and Escrow Corporation, a Minnesota corporation | First American Title Insurance Company | March 15, 2005 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Bush, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00321 (N.D. Ill.), filed November 15, 2006 | Jeffrey and Deborah Bush | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | October 18, 2005 |
| *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-07282 (N.D. Ill.), filed on November 10, 2008 | Efigenio Arrieta | Mortgage Information Services, Inc.; CT Mortgage Information Services | First American Title Insurance Company | September 23, 2005 |
| | Freddie Butler, Jr. | Mortgage Information Services, Inc.; CT Mortgage Information Services | First American Title Insurance Company | September 6, 2005 |
| | John Hawker | Mortgage Information Services, Inc.; Dewrell Sacks, LLP | First American Title Insurance Company | April 15, 2006 |
| | Cynthia Phillips | Mortgage Information Services, Inc.; Dewrell Sacks, LLP | First American Title Insurance Company | April 12, 2006 |
| | Debra and Lonnie K. Phifer | Mortgage Information Services, Inc.; CT Mortgage Information Services | First American Title Insurance Company | October 21, 2005 |
| *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.), filed August 21, 2006 | Stephanie and James Butt | Tapalian & Tadros, P.C., a professional corporation | LandAmerica Commonwealth | November 30, 2005 |
| | Leonor C. Ramos | Tapalian & Tadros, P.C., a professional corporation | Lawyers Title Insurance Corporation | July 28, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Joshua U. Aisiku | Tapalian & Tadros, P.C., a professional corporation | | April 12, 2005 |
| | Brian M. O'Donnell | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | November 1, 2004 |
| | Gary Braz | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | January 18, 2005 |
| | Karen Bowles | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | September 21, 2005 |
| *Byrd, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-CV-02628 (N.D. Ill.), filed on March 24, 2008 | Cecil Abernathy | United General Title Insurance Company | United General Title Insurance Company | February 13, 2006 |
| | Edward and Barbara Abrams | Title Tech Services, Inc.; Stewart Title Guaranty Company; | Stewart Title Insurance Company | April 22, 2005 |
| | Estella Byrd | Richmond Title Services, LP; Stewart Title Guaranty Co. | Stewart Title Insurance Company | March 25, 2005 |
| | Holland Cox, III | United General Title Insurance Company | United General Title Insurance Company | March 19, 2007 |
| | Kevin and Debbie Genry | Title Tech Services, Inc.; Stewart Title Guaranty Company; | Stewart Title Insurance Company | April 25, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Dorothy Holloway | ATM Corporation of America; Stewart Title Guaranty Company | Stewart Title Insurance Company | January 6, 2006 |
| | Rena Jackson | Reli, Inc.; Stewart Title Guaranty Co. | Stewart Title Insurance Company | November 30,2005 |
| | George Trotter | Legal Ease, Inc.; United General Title Insurance Company | United General Title Insurance Company | March 16, 2006 |
| | Kimberly and Jamey Watkins | First American Title Insurance Company | First American Title Insurance Company | November 21, 2005 |
| | Jessie and Annie Williams | United General Title Insurance Company | United General Title Insurance Company | March 10, 2006 |
| *Campau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00118 (N.D. Ill.), filed October 13, 2006 | Thomas and Kathryn Campau | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | December 8, 2004 |
| *Campbell v. Johnnie Ross, et al.*, Case No. 05-CV-00107 (M.D. Ga.), filed on July 1, 2005 | Johnnie Ross | Dewrell Sacks, LLP, a limited liability partnership | Chicago Title Insurance Company | September 23, 2004 |
| Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Charles Meadows | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | March 30, 2005 |
| | Joseph and Nicole Riggins | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | March 12, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Capasso v. Ameriquest Mortgage Co.*, Case No. 06-CV-04044 (N.D. Ill.), filed on March 14, 2006<br><br>Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Kerri Capasso | New Vision Title Agency, LLC, a New Jersey limited liability company | New Jersey Title Insurance Company | August 3, 2005 |
| *Carlson, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05702 (N.D. Ill.), filed on July 27, 2006<br><br>Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Raymond and Rebecca Carlson | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | May 13, 2003 |
| | Patrick Galvan | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | December 9, 2003 |
| | Robert and Debra Peabody | Northwest Title and Escrow Corporation, a Minnesota corporation | Amerian Pioneer Title Insurance Company | September 18, 2001 |
| *Carney v. Ameriquest Mortgage Co.*, Case No. 06-CV-02478 (N.D. Ill.), filed February 10, 2006 | Veronica I. Carney | Law Offices of Daniel J. Nigro, P.C., a professional corporation | First American Title Insurance Company | April 16, 2004 |
| *Carter, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-03425 (N.D. Ill.), filed April 6, 2006 | James and Evie Carter | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | August 10, 2005 |
| *Cashen, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04683 (N.D. Ill.), filed August 30, 2006 | Daniel and Donna Cashen | Nations Title Agency of Illinois, Inc., an Illinois corporation | The Guarantee Title & Trust Company | December 16, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Champion, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-03960 (N.D. Ill.), filed on May 30, 2008 | Quincy L. Alexander | Title Tech Services, Inc. | Stewart Title Insurance Company | April 23, 2005 |
| | Brenda L. Bryant | Heritage Title | Stewart Title Insurance Company | April 20, 2005 |
| | William and Jackie Champion | Mortgage Information Services, Inc. | First American Title Insurance Company | November 22, 2005 |
| | Scott Davis | Title Tech Services, Inc. | Stewart Title Insurance Company | April 23, 2005 |
| | Nelson and Celia Dupree | Richmond Title Services, LP | Stewart Title Insurance Company | September 9, 2006 |
| | Donna Gunn | Alabama Real Estate Loan Services | Stewart Title Insurance Company | September 6, 2005 |
| | Thomas E. Jordan, Sr. (two loans) | Title Tech Services, Inc. | Stewart Title Insurance Company | June 10, 2004 |
| | Jennifer H. Love | Alabama Real Estate Loan Services | First American Title Insurance Company | September 22, 2005 |
| | Rhonda M. McCloud (fka Rhonda D. Maloy) | Mortgage Information Services, Inc. | Stewart Title Insurance Company | July 23, 2005 |
| | John B. Parker | Title Tech Services, Inc. | Stewart Title Insurance Company | March 21, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Johnny Pitts | Alabama Real Estate Loan Services | Stewart Title Insurance Company | September 10, 2005 |
| | Stephen and Rita Rutland | ATM Corporation of America | Stewart Title Insurance Company | March 14, 2006 |
| | Larry and Mildred Townsend (two loans) | Heritage Title | Stewart Title Insurance Company | June 30, 2004 |
| | Michael and Shirley White | Title Tech Services, Inc. | Stewart Title Insurance Company | April 19, 2005 |
| Chandler, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00310 (N.D. Ill.), filed September 29, 2006 | Anthony and Lorainne Raia | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | April 3, 2004 |
| | Jennifer Chandler | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company | October 12, 2005 |
| Chesebro, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-00174 (N.D. Ill.), filed November 1, 2007 | Michael and Roseann Chesebro | Northwest Title and Escrow Corp. | First American Title Insurance Company | February 25, 2005 |
| Childres v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04722 (N.D. Ill.), filed June 16, 2006 | Beverly Childres | Northwest Title and Escrow Corporation, a Minnesota corporation | First American Title Insurance Company | June 17, 2005 |
| Churchill, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01026 (N.D. Ill.), filed December 15, 2006 | Dale and Kelley Churchill | Associated Land Title, LLC | Transnation Title Insurance Company | January 14, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Clarke, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04201 (N.D. Ill.), filed August 3, 2006 | Christopher and Karie Clarke | Tristar Title, LLC, an Illinois limited liability company; and Lynne A. Love, an individual | Ticor Title Insurance Company | March 24, 2005 |
| *Clay v. Ameriquest Mortgage Co.,et al.*, Case No. 06-CV-07191 (N.D. Ill.), filed December 29, 2006 | Mildred Clay | CT Mortgage Information Services | First American Title Insurance Company | September 9, 2004 |
| *Cleveland v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04306 (N.D. Ill.), filed August 9, 2006 | Robert Ivan Cleveland | Blackstone National Title, LLC, a limited liability company; Geoffrey B. Ginn and Associates | Transnation Title Insurance Company | October 31, 2003 and November 5, 2003; February 14, 2006 |
| *Cole, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-06043 (N.D. Ill.), filed April 5, 2006 | Robert and Brenda Cole | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | July 12, 2005 |
| *Coleman v. Ameriquest Mortgage Co.*, Case No. 07-CV-03577 (N.D. Ill.), filed February 13, 2007 | Nancy Coleman (two loans) | CT Mortgage Information Services | First American Title Insurance Company; and Lawyers Title Insurance Corp. | January 22, 2005 |
| *Coleman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-02459 (N.D. Ill.), May 3, 2007 | Arthur and Ethelyn Coleman (2 loans) | Richmond Title Services | Stewart Title Guaranty Company; and Lawyers Title Insurance Corp. | November 23, 2005 |
| *Cooley et al., v. Ameriquest Mortgage,Inc. et al.,*Case No. 07-CV-07182 (N.D. Ill.), filed December 20, 2007 | Kandee and Wilbert Cooley | LSI – Fidelity Title & Escrow | Chicago Title Insurance Company | July 14, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| _Corbin, et al. v. Ameriquest Mortgage Co., et al._, Case No. 08-CV-07284 (N.D. Ill.), filed on November 10, 2008 | Ted A. Corbin | United General Title Insurance Company | First American Title Insurance Company | April 6, 2006 |
| | Pamela D. Johnson | Mortgage Information Services, Inc.; CT Mortgage Information Services; First American Title Insurance Co. | First American Title Insurance Company | February 26, 2005 |
| _Correia, et al. v. Ameriquest Mortgage Co._, Case No. 07-CV-00109 (N.D. Ill.), filed September 29, 2006 | Michael and Susan Correia (2 loans) | Law Office of Joseph E. Nealon, a limited liability company | Old Republic National Title Insurance Company; and First American Title Insurance Company | February 19, 2005 |
| _Craddock v. Ameriquest Mortgage Co._, Case No. 07-CV-03937 (N.D. Ill.), filed April 13, 2007 | Margaret Craddock | Heritage Title | Stewart Title Guaranty Company | April 15, 2004 |
| _Curtis, et al. v. Ameriquest Mortgage Co., et al._, Case No. 08-CV-04549 (N.D. Ill.), filed on March 25, 2008 | Joseph G. and Elizabeth Curtis | Ticor Title Insurance Company; Law Office of William A. Snider | Ticor Title Insurance Company | November 5, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *D'Ambrogi, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-01742 (N.D. Ill.), filed on August 19, 2005<br><br>Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Kathryn and William Birkholz | National Real Estate Information Services, a Pennsylvania limited partnership | Old Republic National Title Insurance Company | July 21, 1999 and September 2001 |
| *Damm, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-04032 (N.D. Ill.), filed March 21, 2006 | Isabel Rivera and Nathan Noble | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | June 18, 2004 |
| | Mark and Heather Saucier | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | October 7, 2003 |
| | Patricia M. Tierney | Holler & Holler, LLC, a Connecticut limited liability company; and Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | July 23, 2004 |
| | Artur B. Monteiro | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | November 12, 2004 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| | Wayne and Leigh Mumford | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | September 27, 2004 |
| | Thomas A. Sollitto | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 16, 2004 |
| | Michael and Maria Osten | Law Offices of William Snider | Ticor Title Insurance Company | April 25, 2003 |
| *Daneau v. Ameriquest Mortgage Co.*, Case No. 06-CV-01925 (N.D. Ill.), filed December 21, 2005 | Richard Daneau | Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Title Insurance Company | September 13, 2003 |
| *Daniels, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-06709 (N.D. Ill.), filed October 3, 2007 | Stanley and Gladys Daniels | Heritage Title, LLC | Stewart Title Insurance Company | September 1, 2004 |
| *Davis, et al. v. Ameriquest Mortgage Co.*, Case No. 07-00525 (N.D. Ill.), filed January 26, 2007 | Sonja and Donya Davis | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | December 14, 2004 |
| *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05933 (N.D. Ill.), filed August 15, 2008 | Barbara Anderson-Shelton | Mortgage Information Services, Inc.; CT Mortgage Information Services | First American Title Insurance Company | January 9, 2006 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Sylvia Andrews | Mortgage Information Services, Inc.; CT Mortgage Information Services | First American Title Insurance Company | June 10, 2005 |
| | James and Loronda Craw | ATM Corporation of America | Old Republic National Title Insurance Company | June 25, 2005 |
| | Gregory Day | Mortgage Information Services; CT Mortgage Information Services | First American Title Insurance Company | August 9, 2005 |
| | Dayone Easley | Mortgage Information Services; CT Mortgage Information Services | First American Title Insurance Company | August 17, 2005 |
| | Avery Griffin | Mortgage Information Services; CT Mortgage Information Services; Title Process Group | Stewart Title Insurance Company | October 20, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Joan Neal | Mortgage Information Services, Inc.; CT Mortgage Information Services, Dewrell Sacks, LLP; Title Group | First American Title Insurance Company | April 11, 2006 |
| | Burnie Springer | Mortgage Information Services; CT Mortgage Information Services; Title Process Group | First American Title Insurance Company | November 1, 2005 |
| | Michael and Lucretia Wyatt | Phillip Bobbitt, Esq. (Bobbitt & Associates) | United General Title Insurance Company | February 23, 2007 |
| *Dearden v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02912 (N.D. Ill.), filed May 25, 2006 | Scott K. Dearden | Stewart Title of Seattle, LLC, a limited liability company; Law Offices of Daniel J. Nigro, P.C., a professional corporation; and Shane DeLorenze, an individual | Stewart Title Insurance Company | June 19, 2004 |
| *Demers, et al. v. Ameriquest Mortgage Co*, Case No. 07-CV-01029 (N.D. Ill.), filed December 22, 2006 | Dawn Demers | Nicholas Barrett and Associates | Stewart Title Insurance Company | January 13, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Derda, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-03517 (N.D. Ill.), filed on November 14, 2006 | Cindy and Paul Derda | Integrity Closing Service | American Pioneer Title Insurance Company | November 12, 2003 |
| *Diaz, et al., v. Ameriquest Mortgage Co., et al.*, Case No. 09-CV-01151 (N.D. Ill.), filed on April 23, 2007 | Jesus Diaz, Jr. and Karen Diaz | Turnkey Title Corporation; Attorneys' Title Insurance Fund, Inc. | Attorneys' Title Insurance Fund, Inc. | November 22, 2003 |
| *Dickerson v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-03252 (N.D. Ill.), filed on December 21, 2007 | Mark Dickerson | K.E.L. Title Insurance Agency; Security Union Title Insurance Company | Chicago Title Insurance Company | September 24, 2005 |
| *Dickerson v. Royal Mortgage Services, AMC Mortgage Services, Inc., Ameriquest Mortgage Co*, Case No. 07-CV-03580 (N.D. Ill.), filed on March 20, 2007 | Dionne Dickerson | Cislo Title Company | First American Title Insurance Company | October 31, 2002 |
| *Diggins v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-07017 (N.D. Ill.), filed December 19, 2006 | Janet Diggins | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | September 3, 2004 and May 11, 2005 |
| *Doherty, et al. v. Town & Country Credit Corp.*, Case No. 06-CV-01739 (N.D. Ill.), filed on March 17, 2005 <br><br> Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Thomas and Elvie Doherty | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | December 24, 2002 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Doolittle, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 05-CV-05033 (N.D. Ill.), filed August 31, 2005 | Edward and Babette Doolittle | Tristar Title, LLC, an Illinois limited liability company; and Cesar Gaitan, an individual | Ticor Title Insurance Company | August 2, 2004 |
| *Dortch, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-05282 (N.D. Ill.), filed July 26, 2007 | David and Jennifer Albritton | Heritage Title | Stewart Title Guaranty Company | January 19, 2005 |
| | Cleophus and Dessie Grimes | Heritage Title | Stewart Title Guaranty Company | July 1, 2004 |
| | Renosha and Dereck King | Heritage Title | Stewart Title Guaranty Company | June 17, 2004 |
| | Bernard and Dinah Lambert | Heritage Title | First American Title Insurance Company | June 23, 2004 |
| *Drew, et al. v. ACC Capital Holdings, et al.*, Case No. 07-06234 (N.D. Ill.), filed September 10, 2007 | Darrin and Ida Drew (2 loans) | Lee Jacobowitz | United General Title Insurance Company; and First American Title Insurance Company | February 17, 2004 |
| *Duchene v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-06750 (N.D. Ill.), filed August 25, 2006 | David John Duchene | Northwest Title & Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company | October 19, 2005 |
| *Duhamel, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05705 (N.D. Ill.), filed July 28, 2006 | Sandra L. Duhamel | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | January 13, 2005 |
| | Darlene L. Mandeville | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | September 16, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Linda Barrett | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | July 30, 2005 |
| | Krystyna Kudyba | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | August 4, 2005 |
| | James H. Bailey | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | January 13, 2005 |
| | Richard Lenahan | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | November 9, 2005 |
| | Kenneth G. Burton | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | November 7, 2005 |
| | Michael L. Pepper | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | January 13, 2005 |
| | James E. Dorney | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | November 25, 2005 |
| | Paul and Guilhermina Aguiar | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | July 28, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Dennis and Lisa Isom | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | June 7, 2005 |
| | Anthony N. Lepore | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | January 1, 2005 |
| *Dumas, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00108 (N.D. Ill.), filed October 24, 2006 | Brenda and Floyd Dumas | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | May 14, 2005 |
| *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.), filed November 30, 2005 | Humberto Adrian | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 4, 2004 |
| | Gevaisa and Ronald General | The Law Offices of William A. Snider | Ticor Title Insurance Company | March 12, 2004 |
| | Charlie and Myland Juano | The Law Offices of William A. Snider | Ticor Title Insurance Company | October 1, 2004 |
| | Audrey Lyles | The Law Offices of William A. Snider | Ticor Title Insurance Company | March 29, 2004 |
| | John and Lisa Potter | The Law Offices of William A. Snider | Ticor Title Insurance Company | May 24, 2003 |
| | Jan and Mathias Rondeau | The Law Offices of William A. Snider | Ticor Title Insurance Company | September 30, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Thomas Sherman | The Law Offices of William A. Snider | First American Title Insurance Company | June 23, 2004 |
| | Joanne and Jose Soto | The Law Offices of William A. Snider | Ticor Title Insurance Company | June 24, 2004 |
| | Steve and Suellen Walz | The Law Offices of William A. Snider | Ticor Title Insurance Company | October 24, 2003 |
| | Calvin Duncan | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | July 20, 2004 |
| | Roger Shelton | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | November 30, 2004 |
| | Nicole Rankin | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | September 16, 2004 |
| | Shawn and Yvonne Jennings | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | June 3, 2004 |
| | James and Donna Dugan | Synodi Videll & Green, LLC, a Connecticut limited liability company | Chicago Title Insurance Company | August 16, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Beverly Howlett | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 23, 2004 |
| | Donna Stewart | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | July 30, 2004 |
| | Todd Tofil and Corinne Robar | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | June 17, 2004 |
| | John and Kristen Grammatico | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 18, 2004 |
| | Joseph and Nadine Fernandez | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | July 7, 2004 |
| | Sandra and Carlos Silva | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | June 8, 2004 |
| | Ricardo Richards and Twinewa Young | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 4, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | David Lallier | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | January 30, 2004 |
| | Michael Olynciw | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | November 13, 2002 |
| | Leebert and Evelyn Williams | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | December 23, 2003 |
| | Joseph and Bonita Vaughn | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | November 3, 2003 |
| | Edward Zilli | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | April 6, 2004 |
| | Frank Inzitari | Superior Closing Services, LLC, a Connecticut limited liability company; and Keith A. Kathaway, an individual | First American Title Insurance Company | October 21, 2003 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Sharon Vitti | Law Offices of Gregory T. Lattanzi, LLC, a limited liability company | Stewart Title Guaranty Company | September 23, 2003 |
| | Sallie Booth | Superior Closing Services, LLC, a Connecticut limited liability company | Commonwealth Land Title Insurance Company | March 17, 2003 |
| | Janet M. Edwards | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | August 6, 2004 |
| *Dungan, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04547 (N.D. Ill.), filed on June 20, 2008 | Johnathon and Michelle Dungan | Heritage Title; Stewart Title Guaranty Company | Stewart Title Insurance Company | July 7, 2005 |
| | Jack and Rhonda Fuller | Stewart Title SMI Texas; Re/Source Partners, Inc.; Stewart Title Guaranty Company | Stewart Title Insurance Company | February 10, 2006 |
| | Erwin and Lillian Grayson Loan #0124514761 | Anchor Title, LLC; Commonwealth Land Title Insurance Company | Commonwealth Land Title Insurance Company | June 22, 2005 |
| | Erwin and Lillian Grayson Loan #015367722 | United General Title Insurance Company | United General Title Insurance Company | November 22, 2006 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Danny and Pamela Mallory | Heritage Title; Stewart Title Guaranty Company | Stewart Title Guaranty Company | May 24, 2005 |
| | Robert and Marjorie Morgan | Anchor Title, LLC; Commonwealth Land Title Insurance Company | Commonwealth Land Title Insurance Company | August 23, 2005 |
| *Dunn, et al. v. Deutsche National Bank Trust Co. as Trustee of Ameriquest Mortgage Securities, Inc., et al.*, Case No. 08-CV-03961 (N.D. Ill.), filed on January 2, 2008 | Raymond and Linda Dunn | Geoffrey B. Ginn & Associates, P.C.; First American Title Insurance Company | First American Title Insurance Company | February 18, 2005 |
| *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-06191 (N.D. Ill.), filed November 1, 2007 | Gwen Faust | Schop & Pleskow, LLP, a New York limted liability partnership | Ticor Title Insurance Company | April 11, 2005 |
| | Richard Janeway | Title Specialists, Inc. | Old Republic National Title Insurance Company | December 16, 2004 |
| | Linda Moss | CT Mortgage Information Services | | August 19, 2005 |
| | Paul and Wanda Newbolt | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | January 20, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Marcia Nowik | CT Mortgage Information Services | First American Title Insurance Company | November 24, 2004 |
| *Enix, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00907 (N.D. Ill.), filed October 12, 2006 | Michael and Michelle Enix | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | October 21, 2004 |
| *Etienne v. Ameriquest Mortgage Co.*, Case No. 07-CV-00134 (N.D. Ill.), filed October 31, 2006 | Isha P. Etienne | Law Offices of Daniel J. Nigro, P.C., a professional corporation | Old Republic National Title Insurance Company | August 19, 2004 |
| *Evans v. Ameriquest Mortgage Co., et al.*, Case No. 09-CV-01150 (N.D. Ill.), filed on March 24, 2008 | Cheryl E. Evans | Northwest Title & Escrow Corp.; Ticor Title Insurance Company of Florida | Ticor Title Insurance Company | October 19, 2005 |
| *Eyre v. Ameriquest Mortgage Co.*, Case No. 06-CV-01926 (N.D. Ill.), filed December 21, 2005 | Maria S. Eyre | Nicholas Barret Esq. | Stewart Title Insurance Company | April 9, 2004 |
| *Fagnant, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00331 (N.D. Ill.), filed November 15, 2006 | Richard Fagnant | ATM Corporation of America, a Pennsylvania corporation | Old Republic National Title Insurance Company | December 23, 2004 |
| | James Townes | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | June 23, 2006 |
| *Ferrara et al v. AmeriQuest Mortgage Company et al*, Case No. 07-CV-06867 | Mariam Haskins | Equititle, LLC | First American Title Insurance Company | January 26, 2005 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| (N.D. Ill.), filed December 5, 2007 | Donald and Wanda Martindell | Indiana Title Nework Company, an Indiana corporation | Fidelity National Title Insurance Company | February 3, 2005 |
| | Gene McDonald | Scott E. Lawrence, Atty at Law | First American Title Insurance Company | October 20, 2005 |
| | Robert Vigil | ATM Corporation of America, a Pennsylvania corporation | Stewart Title Guaranty Company | January 7, 2005 |
| *Filian, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02826 (N.D. Ill.), filed May 19, 2006 | Carlos and Alicia Margarita Filian | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | March 12, 2004 |
| *Fitzgerald, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-03123 (N.D. Ill.), filed February 6, 2006 | Susan and William Fitzgerald | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | June 10, 2004 |
| | Thomas Gilbert | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | July 24, 2004 |
| | Lorenzo and Johanna Taylor | Superior Closing Services, LLC, a Connecticut limited liability company | First American Title Insurance Company | June 23, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Fitzner, et al. v. Ameriquest Mortgage Co., Deutsche Bank National Trust Co., Ameriquest Mortgage Securities,* Case No. 06-CV-04042 (N.D. Ill.), filed on April 4, 2006 | Kenneth and Dawn Fitzner | Northwest Title and Escrow Corporation | Old Republic National Title Insurance Company | June 23, 2004 |
| *Fleming, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-01340 (N.D. Ill.), filed January 19, 2007 | Brian and Vicki Fleming | Northwest Title and Escrow Corporation, a Minnesota corporation | Old Republic National Title Insurance Company | January 21, 2004 |
| *Fonseca, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-01750 (N.D. Ill.), filed February 12, 2007 | Cliff and Debora Fonseca | Northwest Title and Escrow Corporation, a Minnesota corporation | New Century Mortgage Corp. | December 9, 2004 |
| *Fox v. Ameriquest Mortgage Co.,* Case No. 07-CV-03938 (N.D. Ill.), filed April 17, 2007 | Michael A. Fox | Prince Brothers Inc. | Fidelity National Title | April 23, 2004 |
| *Freeberg, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-06717 (N.D. Ill.), filed December 5, 2006 | Marianne and Oscar Freeberg | Tek Title, LLC, an Illinois limited liability company | Lawyers Title Insurance Corporation | September 13, 2004 |
| | Cecilia Rowan | Northwest Title and Escrow Corporation, a Minnesota corporation | Old Republic National Title Insurance Company | March 31, 2005 |
| *Fuller, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-00291 (N.D. Ill.), filed January 17, 2007 | Kurt and Nancy Fuller | Fidelity National Title Insurance Company, a California corporation | Fidelity National Title Insurance Company | June 15, 2004 |

| **Underlying Case** | **Name of Borrower Plaintiff(s)** | **Title Defendant(s)** | **Underwriter** | **Date of Agreement with Ameriquest and/or Argent** |
|---|---|---|---|---|
| *Furgeson v. Ameriquest Mortgage Co., et al.*, Case No. 04-CV-07627 (N.D. Ill.), filed November 23, 2004 | Marie Furgeson | Northwest Title and Escrow Corporation, a Minnesota corporation | Old Republic National Title Insurance Company | March 21, 2003 |
| *Gburek v. Ameriquest Mortgage Co.*, Case No. 06-CV-02637 (N.D. Ill.), filed May 11, 2006 | Camille Gburek | Absolute Title Services, Inc.; Vital Signing, Inc., a California corporation | Stewart Title Insurance Company | February 9, 2004; August 7, 2002 and June 19, 2003 |
| *Geis, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01716 (N.D. Ill.), filed March 29, 2006 | Douglas and Evelyn Geis | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | April 19, 2005 |
| *Gelman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04684 (N.D. Ill.), filed August 30, 2006 | Carl and Hope Gelman | Complete Title Solutions, Inc., a Florida corporation | Commonwealth Land Title Insurance Company | June 23, 2004 |
| *Gerbig, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04868 (N.D. Ill.), filed September 8, 2006 | Karen Gerbig and Mary Christine Huston | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | March 2004 |
| *German, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-05582 (N.D. Ill.), filed on August 16, 2007 | Eddie German | Heritage Title | Stewart Title Guaranty Company | August 24, 2005 |
| | Paul and Diane Howell | Heritage Title | Stewart Title Guaranty Company | April 29, 2005 |
| | Patrick and Laurie Jaye | Richmond Title Services, L.P. | Stewart Title Guaranty Company | August 4, 2005 |
| | Christine Mitchell | Heritage Title | Stewart Title Guaranty Company | July 22, 2004 |

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| | Ricky and Melinda Owen | Heritage Title | Stewart Title Guaranty Company | November 23, 2004 |
| | Jennifer Simmons | Heritage Title | Stewart Title Guaranty Company | November 17, 2004 |
| *Gillespie v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-03427 (N.D. Ill.), filed April 3, 2006 | Cindy Gillespie | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | August 22, 2005 |
| *Giuditta v. Ameriquest Mortgage Co.*, Case No. 07-CV-00112 (N.D. Ill.), filed September 29, 2006 | Edward V. Giuditta | Tapalian & Tadros, P.C., a professional corporation | Commonwealth Land Title Insurance Company | April 26, 2005 |
| *Goodell, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-03583 (N.D. Ill.), filed on March 26, 2007 | Lee and Rebecca Goodell | Alamo Title Company | Alamo Title Insurance | March 23, 2005 |
| *Gordon v. Deutsche Bank National Trust Co., Ameriquest Mortgage Co.*, Case No. 08-CV-02355 (N.D. Ill.), filed on April 10, 2008 | Elizabeth Gordon | CT Mortgage Information Services; Mortgage Information Services, Inc.; First American Title Insurance Co. | First American Title Insurance Company | August 12, 2004 |
| *Grabowski v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02549 (N.D. Ill.), filed May 8, 2006 | Peter Grabowski | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | June 17, 2004 |
| *Gray, et al. v. Ameriquest Mortgage Co., Deutsche Bank Trust*, Case No. 07-CV-07181 (N.D. Ill.), filed on November 1, 2007 | George and Bobbie Gray | Resource Partners, Inc. | First American Title Insurance Company | November 30, 2005 |
| | John Grayson | Resource Partners, Inc. | Stewart Title Guaranty Company | February 14, 2006 |