UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61296-CIV-COHN/SELTZER

CHRISTOPHER THOMPSON and
BLEU THOMPSON,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, IN TRUST FOR
THE REGISTERED HOLDERS OF ARGENT
SECURITIES, INC., ASSET BACKED PASS
THROUGH CERTIFICATES, SERIES 2006-M-2,
ARGENT MORTGAGE COMPANY, LLC
And CITI RESIDENTIAL LENDING, INC.,,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

The law firm of REAL ESTATE LAW GROUP. PLLC. ("RELG"), as counsel for the Plaintiffs, CHRISTOPHER and BLEU THOMPSON, moves the Court for an Order permitting the immediate withdrawal as counsel for Plaintiffs, and as grounds states as follows:

1. The undersigned attorney and the law firm of RELG have attempted to contact the Plaintiffs in order to move forward with the proceedings in this matter. Specifically, counsel for the Plaintiffs has mailed letters and documents to the Plaintiff and has attempted to reach the Plaintiffs by calling their last known telephone number provided to RELG by the Plaintiffs to obtain information regarding the Plaintiffs' whereabouts.

2. The undersigned counsel and the law firm of RELG are no longer able to properly represent the Plaintiffs without being able to contact them.


EXHIBIT C

3. There has developed between the Plaintiffs and the undersigned counsel an irreconcilable difference, which has made it impossible for the undersigned counsel to continue in their representation of the Plaintiffs.

4. Any further correspondence or pleadings in this case should be directed to the most recently obtained address of the Plaintiffs to wit: 9828 NW 15th Street, Pembroke Pines, FL 33024.

WHEREFORE, the undersigned counsel respectfully moves this Court enter an Order granting the immediate withdrawal as counsel for the Plaintiffs, CHRISTOPHER AND BLEU THOMPSON, from any and all further proceedings in this action, and that the law firm of REAL ESTATE LAW GROUP, PLLC, be relieved of any and all further responsibilities in this matter as to the Plaintiffs, and to stay the action to permit the Plaintiffs to obtain new counsel.

Dated: October 3, 2008.

/s/ Kirsten E. Franklin
Kirsten E. Franklin, Florida Bar No.: 624322
kfranklin@therelg.com
REAL ESTATE LAW GROUP, PLLC
1975 E. Sunrise Blvd., Suite 850
Ft. Lauderdale, Florida 33304
Telephone: (954) 315-5240
Facsimile: (954) 944-1897
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Kirsten E. Franklin

## SERVICE LIST

### Thompson v. Deutsche Bank, et al.
### Case No.: 08-61296-CIV-COHN/SELTZER
### United States District Court, Southern District of Florida

Steven Ellison, Esq.
Broad and Cassel
1 North Clematis Street, Suite 500
West Palm Beach, Florida 33401
Telephone: 561-832-3300
Facsimile: 561-655-1109
Email: sellison@broadandcassel.com
Attorneys for Defendants, Citi Residential,
 Argent Mortgage and Deutsche Bank