UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61296-CIV-COHN/SELTZER

CHRISTOPHER THOMPSON and
BLEU THOMPSON,

    Plaintiffs,

vs.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee in Trust for the
Registered Holders of Deutsche Bank
Securities, Inc., Asset-Backed Pass-Through
Securities, Series 2006-M2, ARGENT MORTGAGE
COMPANY, LLC and CITI RESIDENTIAL
LENDING, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

**THIS CAUSE** is before the Court on a Motion to Withdraw as Counsel for Plaintiffs filed by the Real Estate Law Group, PLLC [DE 18]. The Court has considered the Motion and the record in this case. It is hereby

**ORDERED AND ADJUDGED** that the Motion to Withdraw as Counsel for Plaintiffs filed by the Real Estate Law Group, PLLC [DE 18] is **GRANTED**. The Real Estate Law Group, PLLC shall have no further responsibility for the handling of this case. It is further

**ORDERED AND ADJUDGED** that Plaintiffs shall proceed **PRO SE** and all further correspondence and pleadings shall be directed to Christopher Thompson and Bleu Thompson at 9828 NW 15th Street, Pembroke Pines, FL 33024 until substitute counsel files a notice of appearance on their behalf.



**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of October, 2008.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Christopher Thompson and Bleu Thompson
9828 NW 15th Street
Pembroke Pines, FL 33024