# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | MDL Docket No. 1715 |

## MOTION TO TRANSFER PURSUANT TO 28 U.S.C. SECTION 1407

Defendants Deutsche Bank National Trust Company, as Trustee in Trust for the Registered Holders of Argent Securities, Asset-Backed Pass-Through Certificates, Series 2006-M2, Argent Mortgage Company, LLC and Citi Residential Lending, Inc. hereby request the Multidistrict Litigation Panel to transfer *Thompson, et al. v. Deutsche Bank National Trust Company, et al.* (United States District Court for the Southern District of Florida, Case No. 08-CV-61296), a potential "Tag Along" action that involves common questions of fact with actions previously transferred under Section 28 U.S.C. § 1407, to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. The grounds for the Motion are fully set forth in the attached Memorandum.

///

///



BN 2499967v1

DATED: January 7, 2009

Respectfully submitted,

By: *[signature]*
Bernard E. LeSage
*Attorneys for Defendants Deutsche National Trust Company, As Trustee, in Trust for the Registered Holders of Argent Securities Inc., Asset Backed Pass-Through Certificates, Series 2006-M2; Argent Mortgage Company, LLC and Citi Residential Lending, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400