A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Feb 18, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 30, 2009

FILED
CLERK'S OFFICE

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

Filed: 2/18/09
Judge: Aspen
09cv1149  dmkf

## CONDITIONAL TRANSFER ORDER (CTO-54)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 350 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 18, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



EXHIBIT
F

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ CYNTHIA MERCADO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 25, 2009

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

### SCHEDULE CTO-54 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLORIDA SOUTHERN<br>FLS 0  08-61296 | Christopher Thompson, et al. v. Deutsche Bank National Trust Co., 09cv1149 et al. |
| KANSAS<br>KS 5  08-4046 | Cheryl E. Evans v. Ameriquest Mortgage Co., et al. 09cv1150 |

| BKY<br>DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| MASSACHUSETTS<br>MA 1  07-1174 | Jesus Diaz, Jr., et al. v. Ameriquest Mortgage Co., et al. 09cv1151 |