## Meghan Tepas - RE: In re Ameriquest Mortgage Co. 05-CV-7097

| | |
|---|---|
| **From:** | "Newman, Brian H." <bnewman@buchalter.com> |
| **To:** | "Meghan Tepas" <mtepas@lbbslaw.com> |
| **Date:** | 9/15/2010 8:48 PM |
| **Subject:** | RE: In re Ameriquest Mortgage Co. 05-CV-7097 |

Hi Meghan---Correct, we have not received any settlement demand or itemization of damages from them. If I do hear anything from them, I will let you know.

Thanks,

Brian Newman | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213) 891-5573 | Cell Phone: (310) 993-4881 | Direct Fax: (213) 630-5848 | Switchboard: (213) 891-0700 | bnewman@buchalter.com | www.buchalter.com | Bio

---

**From:** Meghan Tepas [mailto:mtepas@lbbslaw.com]
**Sent:** Wednesday, September 15, 2010 11:47 AM
**To:** Newman, Brian H.
**Subject:** In re Ameriquest Mortgage Co. 05-CV-7097

Brian:

Please allow this email to confirm our telephone conversation earlier this month in which you stated that the underlying plaintiffs in the Ameriquest multi-district litigation, Christopher and Bleu Thompson, have not submitted an itemization of damages or settlement demand to Ameriquest. If this has changed, please let us know as soon as possible.

Thank you,

Meghan Tepas

Meghan E. Tepas
Attorney at Law



EXHIBIT H

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams St. Suite 300, Chicago, IL 60661
Direct: (312) 463.3370 | Main: (312) 345.1718 | Fax: (312)345.1778
mtepas@lbbslaw.com | www.lbbslaw.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**