IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION TO CORRECT LIST OF PLAINTIFFS WHO HAVE OPTED OUT OF BORROWER CLASS SETTLEMENT**

WHEREAS, on June 29, 2010, the Court issued a Final Order and Judgment approving the settlement entered into between the Ameriquest Defendants and the Borrower Class Plaintiffs (Docket No. 3628, the "Borrower Class Settlement"); and

WHEREAS, attached as Exhibit A to the Final Order and Judgment is a list identifying those class members who properly opted out of the Borrower Class Settlement (the "Opt-Out List"); and

WHEREAS, the parties have recently discovered that several plaintiffs who filed notices opting out of the Borrower Class Settlement were inadvertently omitted from the Opt-Out List; and

WHEREAS, these plaintiffs and the Ameriquest Defendants now desire to correct the Opt-Out List to ensure that all of the plaintiffs who properly filed opt-out notices are included on the Opt-Out List; and

WHEREAS, good cause exists to correct the Opt-Out List to ensure that it includes a full and complete listing of all of the plaintiffs who properly filed opt-out notices;

NOW THEREFORE, the undersigned hereby stipulate that the Opt-Out List shall be corrected so as to include the following plaintiffs:

1. Nancy Elder Coleman and Robert L. Elder, plaintiffs in the action entitled *Coleman v. Ameriquest Mortgage Co.*, No. 07-cv-03577 (N.D. Ill.) [docket no. 1784]

2. George Willis Jones, Jr., plaintiff in the action entitled *Jones v. Argent Mortgage Co.*, No. 06-cv-04038 (N.D. Ill.) [docket no. 357]

3. Lynn Julien and Denise Julien, plaintiffs in the action entitled *Julien v. Ameriquest Mortgage Co.*, No. 06-cv-04037 (N.D. Ill.) [docket no. 357]

4. Annette M. Lindsey, plaintiff in the action entitled *Lindsey v. Ameriquest Mortgage Co.*, No. 07-cv-00308 (N.D. Ill.) [docket no. 357]

5. Mary L. Westmoreland, plaintiff in the action entitled *Westmoreland v. Ameriquest Mortgage Co.*, No. 07-cv-04872 (N.D. Ill.) [docket no. 1785]

Dated: September 22, 2010

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: September 22, 2010

By: /s/ Charles M. Baird

*Attorneys for Nancy Elder Coleman, Robert L. Elder, George Willis Jones, Jr., Lynn Julien, Denise Julien, Annette M. Lindsey and Mary L. Westmoreland*

Charles M. Baird
Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
Ph: (404) 522-9485

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 22nd day of September 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        By: /s/  Bernard E. LeSage