## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE:  AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) | Lead Case No. 05-cv-07097 |
|  | ) |  |
| THIS DOCUMENT RELATES TO: | ) ) | Centralized before Judge Marvin E. Aspen |
|  | ) |  |
|  | ) |  |
| Jerry & Sylvia Robertson, et al.,v. Ameriquest Mortgage Company, et al. Case No. 09-cv-3686 | ) ) ) | |

### AMENDED JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Jerry and Sylvia Robertson, Ruby & Kenneth Williams and Causby Holt, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against Defendants Ameriquest, AMC and ACC in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiff Causby Holt's claims against Defendant Chase Home Finance, LLC.  Additionally, this *Amended Joint Stipulation of Dismissal* is not intended to amend and/or supplement the previously filed-dismissal of Plaintiffs Ruby and Kenneth Williams filed on March 22, 2010, whereby Plaintiffs Ruby and Kenneth Williams dismissed their claims against all Defendants, including but not limited to AHMSI. Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 24th day of September, 2010.

/s/ William H. Robertson V

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.Robertson@beasleyallen.com


/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

## CERTIFICATE OF SERVICE

I further certify that on this 24th day of September, 2010 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL