## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS AND THE FOLLOWING INVIDIDUAL ACTIONS: | ) Lead Case No. 05 cv 7097 ) ) Centralized before Judge Marvin E. ) Aspen |
| *William Yeaman and Pamela Yeaman v. Ameriquest, et al.,* 06 cv 6967 (N.D. Ill) | ) ) |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Now Comes Plaintiffs WILLIAM YEAMAN and PAMELA YEAMAN, by and through their attorneys The Brooks Law Firm to move this Court for leave to file their First Amended Complaint for the purpose of dismissing claims against a prior holder of the subject mortgage and adding two new parties who have acquired an interest in the loan. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action seeking to enforce their election to rescind a home refinance loan and for damages arising out of fraudulent conduct of the Ameriquest Mortgage Company in originating the loan.

2. Plaintiffs originally named Ameriquest, AMC Mortgage Services, Inc., and Ameriquest Mortgage Securities, Inc. as defendants to the action.

3. Since the filing of this action it appears to Plaintiffs as though Ameriquest Mortgage Securities, Inc. sold its interest in the loan to American Home Mortgage Servicing, Inc. and Deutsche Bank National Trust Company, as trustee of a mortgage backed security trust.

4. Plaintiffs now seek leave to amend their complaint to dismiss Ameriquest Mortgage Securities from this action as it appears that it no longer has any interest in the subject loan.

5. Plaintiff also seeks to amend their complaint to add AHMSI and Deutsche Bank and to allege damages and injury arising from AHMSI and Deutsche Bank's conduct since obtaining an interest in the loan.

6. A copy of Plaintiffs' proposed pleading is attached hereto as an exhibit.

7. Fed. R. Civ. Pro. Rule 15(a) requires this Court to freely give leave when justice so requires. No party will be unduly prejudiced by the filing of Plaintiffs' amended pleading.

WHEREFORE Plaintiffs respectfully request this Court grant them leave to file the proposed First Amended Complaint.

Respectfully Submitted,

\_\_\_\_/s/ Lloyd Brooks\_\_\_\_
One of Plaintiffs' Attorneys

State Bar No. 6271994
Lloyd J. Brooks
**THE BROOKS LAW FIRM**
18110 Dixie Highway, Suite 2N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorneys for William and Pamela Yeaman***