# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS AND THE FOLLOWING INVIDIDUAL ACTIONS: | MDL No. 1715 <br> Lead Case No. 05 cv 7097 <br> Centralized before Judge Marvin E. Aspen |
| *William Yeaman and Pamela Yeaman v. Ameriquest, et al.*, 06 cv 6967 (N.D. Ill) | |

## NOTICE OF MOTION

To:     See Attached Service List

**Please Take Notice** that on Tuesday, October 12, 2010 at 10:30 a.m., I shall appear before the Honorable Judge Aspen, or in any judge sitting in his stead, in Room 2568 in the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, Illinois and there and then present **Plaintiffs' Motion, Pursuant to Fed. R. Civ. Pro. Rule 15(a), for Leave to File First Amended Complaint**, a copy of which is hereby served upon you.


Lloyd Brooks - State Bar No. 6271994  
**THE BROOKS LAW FIRM**                                    ____/s/ Lloyd Brooks_____  
18110 Dixie Highway, Suite 2N                     Individual Plaintiffs' Attorney  
Homewood, Illinois 60430  
(708) 841-8000 Telephone  
(708) 841-8080 Facsimile


## Certificate of Service

     I, Lloyd Brooks, hereby certify that on September 29, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


____/s/ Lloyd Brooks_____