**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | |
| _____ | ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) | Lead Case No. 05-cv-07097 Centralized before the Honorable Marvin E. Aspen |
| Third-Party Plaintiffs, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) | |

**MOTION TO WITHDRAW**

Attorney Cheryl A. Morrison, counsel of record for Third-Party Defendant, Midwest Home Funding, LLC, respectfully requests leave to withdraw pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois. In support thereof, Attorney Cheryl A. Morrison, states as follows:

1. That Third-Party Defendant, Midwest Home Funding, LLC, entered into an agreement with Attorney Cheryl A. Morrison to represent it relative to the matters pending herein.

2. That subsequent to such agreement, Midwest Home Funding, LLC, has ceased operations and discharged Attorney Cheryl A. Morrison's representation.

3. That a copy of this Notice and Motion have been served on Midwest Home Funding, LLC, at its last known address.

WHEREFORE, Attorney Cheryl A. Morrison respectfully request that this Court grant her leave to withdraw her appearance on behalf of Midwest Home Funding, LLC.

Respectfully Submitted,

CHERYL A. MORRISON


    /s/ Cheryl A. Morrison


Cheryl A. Morrison (ARDC #6283738)
Law Office of Cheryl A. Morrison
19065 Hickory Creek Drive, Suite 150
Mokena, Illinois 60448
(708) 479-8855 (ph)
(708) 479-8877 (fax)
cheryl@camlawoffice.com

CERTIFICATE OF SERVICE

I, Cheryl A. Morrison, an attorney, certify that a true and correct copy of the foregoing Motion was filed electronically and served on all counsel of record by operation of this Court's electronic filing system, on this 30th day of September, 2010. I further certify that a true and correct copy of the foregoing Motion has been served on Defendant Midwest Home Funding, LLC, by hand delivery and by email on this 30th day of September, 2010.

    /s/ Cheryl A. Morrison