# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br> Third-Party Plaintiffs, ) <br> v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation, ) <br> et al., ) <br> ) <br> Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

## NOTICE OF MOTION

To:    SEE CERTIFICATE OF SERVICE

  Please take notice that on **Tuesday, October 5, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Marvin E. Aspen, or any other judge sitting in his place and stead, in courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois and present Attorney Cheryl A. Morrison's Motion to Withdraw, a copy of which is attached hereto.

                        Respectfully submitted,

                        CHERYL A. MORRISON


                    By:     /s/ Cheryl A. Morrison

Cheryl A. Morrison (ARDC #6283738)
Law Office of Cheryl A. Morrison
19065 Hickory Creek Drive, Suite 150
Mokena, Illinois 60448
(708) 479-8855 (ph)
(708) 479-8877 (fax)
cheryl@camlawoffice.com

CERTIFICATE OF SERVICE

      I, Cheryl A. Morrison, an attorney, certify that a true and correct copy of the foregoing Notice and Motion therein described were filed electronically and served on all counsel of record by operation of this Court's electronic filing system, on this 30th day of September, 2010.  I further certify that a true and correct copy of the foregoing Motion has been served on Defendant Midwest Home Funding, LLC, by hand delivery and by email on this 30th day of September, 2010.

                                            /s/ Cheryl A. Morrison