

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Cheryl A. Morrison

FIRM: Law Office of Cheryl A. Morrison

STREET ADDRESS: 19065 Hickory Creek Drive, Suite 150

CITY/STATE/ZIP: Mokena, Illinois 60448

PHONE NUMBER: 708.479.8855

E-MAIL ADDRESS: cheryl@camlawoffice.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6283738

If you have previously filed an appearance with this Court using a different name, enter that name: Cheryl A. Perry

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05 cv 07097 | Ameriquest MDL | Aspen |
| | | |
| | | |
| | | |
| | | |

/s/ Cheryl A. Morrison                                                                 9/30/10
_____                    _____
Attorney's Signature                                                                              Date