**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before The ) Honorable Marvin E. Aspen) ) |

**MOTION FOR LEAVE TO BE REMOVED FROM THE SERVICE LIST
PURSUANT TO DISMISSAL OF THIRD-PARTY DEFENDANTS
JOSEPH D'AUGUSTINO, TIMOTHY P. KENNEDY, ESQ., CONNECTICUT CLOSING
SERVICES, LLC, AND PORTNOY & GREENE, P.C.**

Tribler Orpett & Meyer, P.C., counsel for Third-Party Defendants, Joseph D'Augustino, Timothy P. Kennedy, Esq. and Connecticut Closing Services, LLC, and Portnoy & Greene, P.C., hereby moves this honorable court for leave to have Tribler, Orpett & Meyer, P.C. and the attorneys of record, Sarah Abrams and Harlene Matyas, removed from the service list in the above captioned action. In support of its motion, Tribler Orpett & Meyer, P.C. states the following:

1. On September 29, 2010, Joseph D'Augustino, Connecticut Closing Services, LLC, and Portnoy & Greene, P.C., were dismissed as third-party defendants with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. [Docket No. 3745].

2. On September 30, 2010, Timothy P. Kennedy Esq. was dismissed as a third-party defendant with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. [Docket No. 3750].

3. Because the parties represented by Tribler, Orpett & Meyer, P.C., are no longer parties to the above captioned lawsuit, Tribler, Orpett & Meyer, P.C., and its attorneys, Sarah Abrams and Harlene Matyas, should be removed from the service list.

WHEREFORE, counsel for Third-Party Defendants, Joseph D'Augustino, Timothy P. Kennedy, Esq. and Connecticut Closing Services, LLC, and Portnoy & Greene, P.C., Tribler Orpett & Meyer, P.C., respectfully requests that this court grant its motion to remove Tribler, Orpett & Meyer, P.C. and attorneys of record, Sarah Abrams and Harlene Matyas, from the service list in the above captioned matter.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By: /s/ Sarah M. Abrams
One of the Attorneys for Third-Party Defendants, Joseph D'Augustino, Timothy P. Kennedy, Esq. and Connecticut Closing Services, LLC, and Portnoy & Greene, P.C.

Harlene G. Matyas
Sarah M. Abrams
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

## CERTIFICATE OF SERVICE

I, Sarah M. Abrams, certify that on October 1, 2010, a true and correct copy of the foregoing documents was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Sarah M. Abrams*
      an attorney

TRIBLER ORPETT & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400
(312) 201-6410