# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before The ) Honorable Marvin E. Aspen) ) |

## NOTICE OF MOTION

To:     All Counsel of Record

**PLEASE TAKE NOTICE** that on **October 7, 2010** at **10:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his or her stead in **Courtroom 2568** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall present the following Motion for Leave to be Removed from the Service List Pursuant to Dismissal of Third-Party Defendants Joseph D'Augustino, Timothy P. Kennedy, ESQ., Connecticut Closing Services, LLC, and Portnoy & Greene, P.C, attached hereto.

TRIBLER ORPETT & MEYER, P.C.

By:   /s/ Sarah M. Abrams
One of the Attorneys for Third-Party
Defendants, Joseph D'Augustino, Timothy
P. Kennedy, Esq. and Connecticut Closing
Services, LLC, and Portnoy & Greene, P.C.

Harlene G. Matyas
Sarah M. Abrams
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

**CERTIFICATE OF SERVICE**

  I, Sarah M. Abrams, certify that on October 1, 2010, a true and correct copy of the foregoing documents was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


              By: */s/ Sarah M. Abrams*
                  an attorney


TRIBLER ORPETT & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400
(312) 201-6410