# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 10/4/2010 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Tribler Orpett & Meyer, P.C., counsel for third-party defendants, Joseph D'Augustino, Timothy P. Kennedy, Esq., and Connecticut Closing Services, LLC and Porthoy & Greene P.C.,'s motion (3751) for leave to be removed from the service list is granted. Sarah Abrams and Harlee Mayas are withdrawn as counsel. The motion hearing se for 10/7/10 is stricken.

.,

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|