## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                            Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, October 5, 2010:


        MINUTE entry before Honorable Marvin E. Aspen:Plaintiff William Yeaman and
Pamela Yeaman's (Case No. 06 C 6967) Motion for leave to file [3743] first amended
commplaint is granted. Motion terminated. Ameriquest Mortgage Securities Inc.
Defendants American Home Mortgage Servicing Inc and Deutsch Bank National Trust
Compny, as trustee of a mortgage backed security trust dded. The motion hearing set for
10/12/10 is stricken. Judicial staff mailed notice(gl, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.