**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| NANCY SALAZAR and JACOB SALAZAR, as Representatives of the Estate of Christopher Roop, and SARAH ROOP, <br><br>Plaintiffs,<br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Backed Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 07 C 1347<br>(Originally 06 C 218 (W.D. Mich.))<br><br>Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097<br><br>**JURY DEMANDED** |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
NANCY SALAZAR, JACOB SALAZAR, AND SARAH ROOP**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Nancy Salazar and Jacob Salazar, as Representatives of the Estate of Christopher Roop, and Sarah Roop pursuant to Rule 83.17 of the Northern District of Illinois.

1

In support of this motion, Counsel state the following:

1. A conflict of interest (not involving counsel's fees) has arisen.

2. If this court desires further details about counsel's reason for requesting leave to withdraw, counsel is willing to provide those details *in camera*.

3. Notice of this motion has been sent by certified mail and email to plaintiffs' last known addresses.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)