**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| NANCY SALAZAR and JACOB SALAZAR, ) <br> as Representatives of the Estate of Christopher ) <br> Roop, and SARAH ROOP, ) <br> ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC; ) <br> EMC MORTGAGE CORPORATION; LASALLE ) <br> BANK, N.A., BEAR STERNS MORTGAGE ) <br> CAPITAL CORPORATION, Asset Backed ) <br> Securities I LLCAsset Backed Certificates, Series ) <br> 2005-AQ1; and DOES 1-5, ) <br> ) <br> ) <br> Defendants. ) | <br><br><br><br> 07 C 1347 <br> (Originally 06 C 218 (W.D. Mich.)) <br><br><br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br><br><br> **JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:    SEE ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **Tuesday, October 26, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS NANCY SALAZAR, JACOB SALAZAR, AND SARAH ROOP,** a copy of which is hereby served upon you.

                    s/ Cathleen M. Combs
                    Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on October 12, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent *via* U.S. Mail to those parties without email addresses.

Bernard E. LeSage
blesage@buchalter.com

Richard Gottlieb
rgottlieb@dykema.com

Renee Zipprich
rzipprich@dykema.com

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

                                                      s/Cathleen M. Combs
                                                      Cathleen M. Combs