**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| TERRY A. BOTHWELL, and ) <br> CHERYL A. BOTHWELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> AMERIQUEST FUNDING II, LLC, ) <br> FAY SERVICING, LLC, and DOES 1-5, ) <br> ) <br> Defendants. ) | Case No. 06 C 4716 (N.D. Ill.) <br><br> (Originally Case No. 06 CV 175 <br> (N.D. Ind.)) <br><br> MDL #1715 <br> Lead Case No. 05-cv-07097 <br> Judge Marvin E. Apsen <br><br> **JURY DEMANDED** |

**SUGGESTION OF DEATH**

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the

parties that Plaintiff Terry A. Bothwell passed away on or about September 17, 2010.

                                           s/ Cathleen M. Combs
                                           Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on October 13, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchalter.com<br><br>Jonathan N. Ledsky<br>jledsky@vbhlc.com<br><br>Craig Allen Varga<br>cvarga@vbhlc.com<br><br>Samuel R. Ardery<br>Bunger & Robertson<br>226 South College Square<br>P.O. Box 910<br>Bloomington, IN 47402 | Fay Servicing, LLC<br>c/o Registered Agent<br>Business Filings, Inc.<br>600 S. Second St. #103<br>Springfield, IL 62704 |

s/Cathleen M. Combs
Cathleen M. Combs
