## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE NON-BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 323.] | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY COMPLAINT [DOCKET #859] AGAINST CREDIT REPORTING AGENCY THIRD-PARTY DEFENDANTS

WHEREAS Plaintiffs Adolph Peter Kurt Burggraff, Raymond Quarterman, Thomas J. Klutho and Mary Forrest on behalf of the putative class(es) of non-borrowers identified in the Consolidated Complaint For Claims Of Non-Borrowers [Docket #323] (collectively, the "Non-Borrower Plaintiffs") have agreed to dismiss without prejudice the class action allegations made against Defendant and Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") [Docket #3247];

WHEREAS on May 5, 2008, the Court granted the Individual Plaintiff's Motion To Voluntarily Dismiss [Docket #2121] "First Offer Of Credit" Fair Credit Reporting Act Cases, Case No. 05 C 1218 and 06 C 2472, with prejudice [Docket #2134];

WHEREAS on December 16, 2009 the Court entered the Order Of Dismissal Without Prejudice Of Non-Borrower Class Plaintiffs' Class Allegations [Docket #3274];

WHEREAS the Court on June 29, 2010, granted final approval of the class settlement between the parties [Docket #3628];

WHEREAS pursuant to the class settlement, the Non-Borrower Plaintiffs dismissed without prejudice their class action claims against Ameriquest as alleged in the Consolidated Complaint For Claims Of Non-Borrowers [Docket #3247];

WHEREAS on or about, July 5, 2007, Ameriquest filed a Third-Party Complaint [Docket #859] against Trans Union, LLC and Trans Union Corporation; ChoicePoint Precision Marketing Inc.;  and Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services (collectively the "Credit Reporting Agency Third-Party Defendants");

IT IS HEREBY STIPULATED AND AGREED by Ameriquest and the Credit Reporting Agency Third-Party Defendants, through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): (a) Ameriquest's claims against each of the Credit Reporting Agency Third-Party Defendants are hereby dismissed without prejudice; (b) each party shall bear his, her, or its own costs and expenses, including attorneys' fees; and (c) all parties hereby waive any right of appeal.

DATED: October 13, 2010              Respectfully submitted,

By:       /s/ Bernard E. LeSage       

*Attorneys for Ameriquest Mortgage Company and Ameriquest Capital Corporation*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700

By:  /s/ Robert J. Schuckit        

*Attorneys for Trans Union, LLC and Trans Union Corporation*

Robert J. Schuckit, Esq.
William R. Brown, Esq.
Schuckit & Associates

4545 Northwestern Drive
Zionsville, IN 46077

By:  /s/ Jon R. Fetterolf        

*Attorneys for ChoicePoint Precision Marketing Inc.*

Jon R. Fetterolf, Esq.
Williams & Connolly
725 Twelfth Street N.W.
Washington, D.C. 20005

By: /s/ Cindy Hanson

*Attorneys for Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services*

Cindy Hanson, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

## **CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 13th day of October 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____ /s/ Bernard E. LeSage _____

BN 7208848v1