**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO *ASENCIO AND ALICIA SALAZAR V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 08-CV-3875 | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS IN CONNECTION WITH *ASENCIO AND ALICIA SALAZAR V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 08-CV-3875**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") and Third-Party Defendants NETCO, Inc., Specialty Title Services, Inc., and Stewart Title Guaranty Company[1] (collectively referred to herein as "Third-Party Defendants") hereby stipulate to the dismissal, without prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Third-Party Defendants with respect to the claims asserted by Asencio and Alicia Salazar (plaintiffs in the action *Salazar et al. v. Argent Mortgage Company et al.,* Case No. 08-cv-3875 (N.D. Ill)). All other claims by Argent in the Fifth Amended Consolidated Third-Party Complaint against Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

---

[1] Service of the Fifth Amended Consolidated Third-Party Complaint on Access Mortgage Group, Inc. and Midwest Equity Financial Services has not been completed and no appearance has been filed by either of them.

1

DATED: October 14, 2010                Respectfully submitted,

                                       By:  /s/ Thomas J. Wiegand
                                       *Attorneys for Argent Mortgage Company, LLC*
                                       Thomas J. Wiegand, Esq.
                                       WINSTON & STRAWN, LLP
                                       35 W. Wacker Drive
                                       Chicago, IL 60601-9703
                                       Telephone: (312) 558-5947
                                       twiegand@winston.com

DATED: October 14, 2010                Respectfully submitted,

                                       By:  /s/ Steven S. Elliott
                                       *Attorneys for NETCO, Inc.*
                                       Steven S. Elliott, Esq.
                                       Davis, Eoff & Elliott LLC
                                       12 East Exchange Street 8th Floor
                                       Akron, Ohio 44308
                                       Telephone: (330) 434-6600

DATED: October 14, 2010                Respectfully submitted,

                                       By:  /s/ Kevin J. Clancy
                                       *Attorneys for Specialty Title Services, Inc.*
                                       Kevin J. Clancy, Esq.
                                       Lowis & Gellen
                                       200 West Adams, Suite 1900
                                       Chicago, IL 60606
                                       Telephone: (312) 364-2500

DATED: October 14, 2010                Respectfully submitted,

                                       By:  /s/ Michael Andolina, Esq.
                                       *Attorneys for Stewart Title Guaranty Company*
                                       Michael C. Andolina, Esq.
                                       Sidley Austin LLP
                                       One South Dearborn
                                       Chicago, Illinois  60603
                                       Telephone: (312) 853-7000

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas J. Wiegand, hereby certify that on this 14th day of October 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Thomas J. Wiegand