UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.1.1**
Eastern Division

Ameriquest Mortgage Company, et al.
                            Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2010:

      MINUTE entry before Honorable Marvin E. Aspen: Theresa Wiggington, Esq. and Nicholas Taladone, Esq.'s request in its letter of 9/30/10 that they be excused from the electronic filing requirement because they believe this is the only document that will be needed to be filed in this case is granted. Any further documents, if any, are to be filed via the electronic filing system. Any responses to the motion for reconsideration of Order granting Roddy Klein & Ryan's motion to refer attorney's fees claim arising in borrower's class action for resolution by Judge Daniel Weinstein at Jams are to be filed on or before 10/25/10. Any replies to be filed by 11/1/10. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.