UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>FERRARA, et al. v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 07-6867 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**ROBERT & MARLINNA VIGIL'S**
**NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs Robert & Marlinna Vigil and defendants Deutsche Bank National Trust Company, in its own capacity and as trustee for Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2005-R2, and Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2005-R2 ("Defendants"), stipulate to the voluntary dismissal of the Vigil's claims in the above captioned case against Defendants with prejudice. The Vigils and the other plaintiffs are not dismissing their claims against the remaining defendants.

**IT IS SO STIPULATED**

Date:  October 14, 2010         **THE LAW OFFICES OF DANIEL HARRIS**

                                            /s/ Anthony P. Valach, Jr.
                                Counsel for Plaintiffs


Date:  October 14, 2010         **BUCHALTER NEMER**

                                            /s/ Joanne Davies
                                Counsel for Defendants

## **CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 14th day of October, 2010, a true and correct copy **ROBERT & MARLINNA VIGIL'S NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION** was served, via the Court's electronic filing system, upon counsel of record.

                                                  /s/ Anthony Valach
                                                    Anthony Valach