**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>Burrell, et al. v. Ameriquest Mortgage Co., et al.<br>Case No. ILN 1:07-06091 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, plaintiffs Janice Burrell, Gladys Fuller, Willie Chaney and Shirley Chaney, Angela Tardie, Robert Coburn and Deborah Coburn, Willie Mitchell and Lisa Mitchell hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: October 14, 2010 | Respectfully submitted, |
| By: /s/ Ken Riemer | By: /s/ Bernard E. LeSage |
| *Attorneys for Plaintiffs Janice Burrell, Gladys Fuller, Willie Chaney and Shirley Chaney, Angela Tardie, Robert Coburn and Deborah Coburn, Willie Mitchell and Lisa Mitchell* | *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.* |
| Ken Riemer, Esq.<br>Underwood & Riemer, PC<br>21 South Section Street<br>PO Box 969<br>Fairhope, Alabama 36533<br>Telephone: (251) 432-9212 | Bernard E. LeSage, Esq.<br>Sarah K. Andrus, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 14th day of October 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          By: /s/ Bernard E. LeSage