IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>Daniels, et al. v. Ameriquest Mortgage Co., et al.<br>Case No. ILN 1:07-06709 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, plaintiffs Stanley Daniels and Gladys Daniels hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: October 14, 2010

Respectfully submitted,

By:  /s/  Ken Riemer

*Attorneys for Plaintiffs Stanley Daniels and Gladys Daniels*

Ken Riemer, Esq.
Underwood & Riemer, PC
21 South Section Street
PO Box 969
Fairhope, Alabama 36533
Telephone: (251) 432-9212

By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 14th day of October 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                          By: /s/  Bernard E. LeSage