*Law Offices of*
# Nicholas J. Taldone, Esquire
ଌ Also admitted in New York, New Jersey, and California ଊ
ଌ Attorney at Law · Certified Mediator ଊ
Phone: (727) 712-1400 ଌ Facsimile: (727) 725-3689
E-mail - taldonelaw@msn.com
www.taldonelaw.com

**FILED**
SEP 30 2010
MIC... CLERK ...BBINS

September 30, 2010

Clerk's Office
U.S. District Court
219 South Dearborn Street       05C7097
Chicago, IL 60604

In Re: Ameriquest Mortgage Co. Lending Practices Litigation
MDL No. 1715

Dear Clerk:

Enclosed please find a Motion for Reconsideration of Order Granting Roddy Klein & Ryans' Motion to Refer Attorneys Fees Claim Arising In Borrower's Class Action for Resolution by Judge Daniel Weinstein at JAMS. We would request to be excused from the electronic filing requirement because we believe this is the only document that we will need to file in this case. If we need to file additional documents, we will obtain pro hac vice status and file electronically.

We are sending a courtesy copy of this motion to Judge Aspen for his consideration.

Sincerely,

Nicholas J. Taldone

NJT/psh

Enclosure

cc: Honorable Marvin E. Aspen
    Gary Klein, Esq.

2536 Countryside Boulevard ଌ Suite 100 E ଊ Clearwater, Florida 33763-1607