IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>)<br>)<br>Gregory Day, et al.,v. )<br>Ameriquest Mortgage Company, et al. )<br>Case No. 08-cv-5933 ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Gregory Day; Avery Griffin; Michael and Lucretia Wyatt; Burnie Springer; Dayone Easley; Barbara Anderson-Shelton; James and LaRonda Craw; Joan Neal; Sylvia Andrews and Kenneth and Tina Comeaux; and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against Defendants Ameriquest, AMC and ACC in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiff Gregory Day's claims against Defendant Chase Home Finance, LLC (Chase); Plaintiffs Michael and Lucretia Wyatt, and Plaintiff Barbara Anderson-Shelton's claims against Defendant CitiMortgage a/k/a Citi Financial Mortgage Company (Citi); Plaintiffs James and LaRonda Craw's claims against Defendant GMAC Mortgage Corporation (GMAC); Plaintiff Sylvia Andrews' claims against Defendant Merrill Lynch Mortgage Lending,

Inc. (Merrill Lynch); and Plaintiff Burnie Springer and Plaintiff Dayone Easley's claims against Defendant American Home Mortgage Servicing, Inc. (AHMSI). Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 18th day of October, 2010.

/s/ William H. Robertson V

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.Robertson@beasleyallen.com


/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I further certify that on this 18th day of October, 2010 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL
