## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| Karen Mobley, et al.,v. Ameriquest Mortgage Company, et al. Case No. 08-cv-5930 | ) ) ) | |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Karen Mobley; Jerry and Jeanne McCrum; Larry Jennings; Earl Pitts; Raoul Jackson; Valinda Baker; Ida Epps; Arthur Fleming; Teresa and Charlie Moore; Charlie and Bonita Love; and Nancy Connell; and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against Defendants Ameriquest, AMC and ACC in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiffs Jerry and Jeanne McCrums' claims against Defendant CitiMortgage (Citi); Plaintiff Nancy Connell's claims against Defendant Bank of America (BOA); and Plaintiff Raoul Jackson; Plaintiff Valinda Baker; and Plaintiff Ida Epps' claims against Defendant American Home Mortgage Servicing, Inc. (AHMSI). Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 18th day of October, 2010.

*/s/ William H. Robertson V*

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.Robertson@beasleyallen.com

*/s/ Bernard E. LeSage*

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

## CERTIFICATE OF SERVICE

I further certify that on this 18th day of October, 2010 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL