**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO *NATALIE CLEMONS V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 09-CV-0452 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS IN CONNECTION WITH *NATALIE CLEMONS V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 09-CV-0452**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") and Third-Party Defendant Lawyers Title Insurance Company[1] ("Third-Party Defendant") hereby stipulates to the dismissal, without prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Third-Party Defendant with respect to the claims asserted by Natalie Clemons (plaintiff in the action *Clemons v. Argent Mortgage Company et al.,* Case No. 09-cv-0452 (N.D. Ill)). All other claims by Argent in the Fifth Amended Consolidated Third-Party Complaint against Third-Party Defendant, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

---

[1] Service of the Fifth Amended Consolidated Third-Party Complaint on Wilson Title Agency, LLC and Classic Mortgage Solutions has not been completed and no appearance has been filed by either of them.

DATED: October 18, 2010  Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*
Thomas J. Wiegand, Esq. (twiegand@winston.com)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5947

DATED: October 18, 2010  Respectfully submitted,

By: /s/ Albert E. Fowerbaugh, Jr.
*Attorneys for Lawyers Title Insurance Corporation*
Albert E. Fowerbaugh, Jr., Esq.
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, IL 60602
Telephone: (312) 696-4440

**CERTIFICATE OF SERVICE**

    I, Thomas J. Wiegand, hereby certify that on this 18th day of October 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                     By: /s/ Thomas J. Wiegand