# EXHIBIT A

Case: 1:05-cv-07097 Document #: 3794-1 Filed: 10/19/10 Page 1 of 11 PageID #:44752

3794 C

FROM : THE WISNIEWSKI        FAX NO. : 847-487-4304        Jul. 23 2004 03:05PM P1

To: Ameriquest Mortgage Company
ATTN: Correspondence
Fax # 714-347-5037

Re: Canceling 3rd party Authorization to obtain Information and Letter of Confirmation.

From: TASHA L. WISNIEWSKI
Loan # [Redacted]
phone # 847-487-4304 Home
       # 847-276-1656 Cell

7/22/04

Tasha L. Wisniewski

CONFIDENTIAL                                OO-ECLG0043417

FROM : THE WISNIEWSKI     FAX NO. : 847-487-4304     Jul. 23 2004 03:06PM P2

Please Cancel Joseph A. Wisniewski, from 3rd party Authorization to obtain Information. This is Strictly my loan. Please Send a letter of Confirmation to address below.

Thank You,
TASHA L. Wisniewski
*Tasha L. Wisniewski*

Loan # ~~[redacted]~~

7/22/04

~~Address:~~ 1195 Larkdale Row
Wauconda IL. 60084

Redacted

CONFIDENTIAL     OO-ECLG0043418

# EXHIBIT B

July 28, 2004

Tasha Wisniewski
1195 Larkdale Row
Wauconda, IL 60084

Redacted

Re: Third Party Authorization
Loan Number: ████████
Property Address: 1195 Larkdale Row
Wauconda, IL 60084

Dear Mrs. Wisniewski:

Thank you for your recent correspondence to Ameriquest Mortgage Company.

Please provide us with a Quit Claim Deed, to remove Joseph A. Wisniewski as a third party obligor on the above referenced loan.

For information on your mortgage loan, visit www.myameriquestloan.com. If you have additional questions or concerns, please contact our Customer Care Department at (800) 430-5262, Monday through Friday, 6:00 a.m. to 6:00 p.m., Pacific Time.

Sincerely,

Customer Care Department

X11/053536

CONFIDENTIAL

OO-ECLG0043419

# EXHIBIT C

November 19, 2006

Tasha Wisniewski
1195 Larkdale Row
Wauconda, IL 60084

Re:     Third Party Authorization            Redacted
Loan Number:   [redacted]
Property Address:   1195 Larkdale Row
                          Wauconda, IL 60084

Dear Mrs. Wisniewski:

Thank you for your recent correspondence to Ameriquest Mortgage Company.

Please provide us with a Quit Claim Deed, to remove Joseph A. Wisniewski as a third party obligor on the above referenced loan.

For information on your mortgage loan, visit www.myameriquestloan.com. If you have additional questions or concerns, please contact our Customer Care Department at (800) 430-5262, Monday through Friday, 6:00 a.m. to 6:00 p.m., Pacific Time.

Sincerely,

Customer Care Department

X11/053536

# EXHIBIT D

# QUIT CLAIM DEED
## ILLINOIS STATUTORY

MAIL TO:
Tasha L. Wisniewski
1195 Larkdale Row
Wauconda, IL 60084

NAME & ADDRESS OF TAXPAYER:
Tasha L. Wisniewski
1195 Larkdale Row
Wauconda, IL 60084

Image# 041235060003 Type: DQC
Recorded: 03/20/2007 at 11:47:50 AM
Receipt#: 2007-00012627
Total Amt: $39.00 Page 1 of 3
IL Rental Housing Fund: $10.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

File **6155561**

RECORDER'S STAMP

516690 1 of 3

THE GRANTOR(S) __Joseph A. Wisniewski, divorced not since remarried__
of the __Village__ of __Wauconda__ County of __Lake__ State of __Illinois__
for and in consideration of __Ten and no/100——————————————__ DOLLARS
and other good and valuable considerations in hand paid,
CONVEY(S) AND QUIT CLAIM(S) to __Tasha L. Wisniewski__

(GRANTEE'S ADDRESS) __1195 Larkdale Row__
of the __Village__ of __Wauconda__ County of __Lake__ State of __Illinois__
all interest in the following described real estate situated in the County of __Lake__, in the State of Illinois,
to wit:

LOT 3 IN BLOCK 2 IN LARKDALE UNIT 7, BEING A SUBDIVISION OF PART OF THE
WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 23, TOWNSHIP 44 NORTH,
RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT
THEREOF RECORDED JULY 27, 1962 AS DOCUMENT NO. 1157005 IN BOOK 37 OF
PLATS, PAGE 45, IN LAKE COUNTY, ILLINOIS.

STEWART TITLE COMPANY
2055 W. Army Trail Road, Suite 110
Addison, IL 60101
630-889-4000

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Permanent Index Number(s): __09-23-301-003__
Property Address: __1195 LARKDALE ROW, WAUCONDA, IL 60084__
Grantors Grantees Address:
Dated this __3rd__ day of __March__ 20 __07__. (Seal)
JOSEPH A. WISNIEWSKI (Seal)
(Seal) (Seal)

NOTE: PLEASE TYPE OR PRINT NAME BELOW ALL SIGNATURES

1 OF 3 PGS

STATE OF ILLINOIS } ss.
County of Cook }

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, CERTIFY THAT __Joseph A. Wisniewski__ personally known to me to be the same person __ whose name __ is __ subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that __ he __ signed, sealed and delivered the instrument as __ his __ free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal, this __3rd__ day of __March__, 20__07__.

My commission expires on __11-8__, 20__08__.

_____
Notary Public

**OFFICIAL SEAL**
**JILL M ROSSOL**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/08

IMPRESS SEAL HERE

__Cook__ COUNTY - ILLINOIS TRANSFER STAMP

* If Grantor is also Grantee you may want to strike Release & Waiver of Homestead Rights.

NAME AND ADDRESS OF PREPARER:
Earl J. Roloff
1060 Lake Street
Hanover Park, IL 60133

EXEMPT UNDER PROVISIONS OF PARAGRAPH __E__ SECTION 4,
REAL ESTATE TRANSFER ACT
DATE: __03/03/07__

_____
Signature of Buyer, Seller or Representative

** This conveyance must contain the name and address of the Grantee for tax billing purposes: (55 ILCS 5/3-5020) and name and address of the person preparing the instrument: (55 ILCS 5/3-5022).

QUIT CLAIM DEED
ILLINOIS STATUTORY

FROM

TO

2

STATEMENT BY GRANTOR AND GRANTEE

THE GRANTOR OR HIS AGENT AFFIRMS THAT, TO THE BEST OF HIS KNOWLEDGE, THE NAME OF THE GRANTEE SHOWN ON THE DEED OR ASSIGNMENT OF BENEFICIAL INTEREST IN A LAND TRUST IS EITHER A NATURAL PERSON, AN ILLINOIS CORPORATION OR FOREIGN CORPORATION AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, A PARTNERSHIP AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, OR OTHER ENTITY RECOGNIZED AS A PERSON AND AUTHORIZED TO DO BUSINESS OR ACQUIRE TITLE TO REAL ESTATE UNDER THE LAWS OF THE STATE ILLINOIS.

Dated 3/3, 07 SIGNATURE [signature]
Grantor or ~~Agent~~

Subscribed and sworn to before
me by the said [signature]
this 13th day of March
2007
Notary Public [signature].

"OFFICIAL SEAL"
Cyndi L. Parker
Notary Public, State of Illinois
My Commission Exp. 10/01/2009

THE GRANTOR OR HIS AGENT AFFIRMS AND VERIFIES THAT THE NAME OF THE GRANTEES SHOWN ON THE DEED OR ASSIGNMENT OF BENEFICIAL INTEREST IN A LAND TRUST IS EITHER A NATURAL PERSON, AN ILLINOIS CORPORATION OR FOREIGN CORPORATION AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, OR OTHER ENTITY RECOGNIZED AS A PERSON AND AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE UNDER THE LAWS OF THE STATE OF ILLINOIS.,

Dated 3/3, 07 SIGNATURE [signature]
Grantee or ~~Agent~~

Subscribed and sworn to before
me by the said [signature]
this 13 day of March
2007
Notary Public [signature].

"OFFICIAL SEAL"
Cyndi L. Parker
Notary Public, State of Illinois
My Commission Exp. 10/01/2009

NOTE: Any person who knowingly submits a false statement concerning the identity of a grantee shall be quilty of Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attached to deed of ABI to recorded in Cook County, Illinois, if except under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

3 OF 3 PGS.