# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

| | | |
|---|---|---|
| JOSEPH A. WISNIEWSKI and TASHA WISNIEWSKI, | ) ) ) ) ) | 06-cv-2697 |
| Plaintiffs, | | |
| TOWN & COUNTRY CREDIT CORP., WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2004-MCW1, and DOES 1-5, | ) ) ) ) ) ) ) ) | Transferred for pre-trial proceedings to MDL 1715, Lead Case No. 05-cv-07097 <br><br> Judge Marvin E. Aspen <br><br> **JURY DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Tuesday, November 9, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF JOSEPH A. WISNIEWSKI,** a copy of which is hereby served upon you.

              s/Cathleen M. Combs
              Cathleen M. Combs

Daniel A. Edelman
James O. Latturner
EDELMAN, COMBS, LATTURNER

1

& GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on October 19, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

                                      s/Cathleen M. Combs
                                      Cathleen M. Combs