UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 20, 2010:

MINUTE entry before Honorable Marvin E. Aspen:Attorney James O. Latturner; Cathleen M. Combs and Daniel A. Edelman's Motion to withdraw as attorney [47] for plaintiffs (Case No. 07C1347 Salazar, et al v. Argent Mortgage, et al) is granted. Motion terminated. Attorney James O. Latturner; Cathleen M. Combs and Daniel A. Edelman terminated as counsel for Plaintiffs Sarah Roop, Nancy Salazar, Jacob Salazar Plaintiffs are given 60 days to find other counsel, and file a suppplemental appearance. The motion hearing set for 10/26/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.