UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                         Plaintiff,

v.                                       Case No.: 1:05−cv−07097
                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                         Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 20, 2010:

    MINUTE entry before Honorable Marvin E. Aspen: Pursuant to joint stipulation of dismissal (3793) and Rule 41 of the Federal Rules of Civil Procedure, Third−Party Plaintiff Argent Mortgage Company, LLC and Third−Party Defendants Lawyers Title Insurance Company stipulate to the dismissal, without prejudice, of Argent's claims in the Fifth Amended Consolidated Third−Party Complaint against Third−Party Defendant with respect to the claims asserted by Natalie Clemons, Case No. 09 C 452). All other claims by Argent in the Fifth Amended Consolidated Third−Party Complaint against Third−Party Defendant, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.