# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: <br><br> PAMELA BROWN, et al. v. AMERIQUEST MORTGAGE COMPANY, et al. (Case No.: 07-cv-4890, N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*

Plaintiffs Pamela Brown, Harvey Clark, Clint & Christi Dorn, Michael & Lori Gruhlke and Steven Steel & Dawn Peil respectfully more this Court, pursuant to Fed.R.Civ.P. 15(a), for leave to file and a Second Amended Complaint and to have it deemed filed *instanter*. A copy of their proposed Third Amended Complaint is attached hereto as Appendix A. In support of their motion, plaintiffs state as follows:

1. Plaintiffs filed a Second Amended Complaint against defendant Ameriquest Mortgage Company, it affiliates and the assignees of Plaintiffs' loans in May 2009 to rescind their mortgages recover damages for violations of state law.

2. Plaintiffs seek to add the full and correct legal names of the entities that hold ownership interests in plaintiffs' loan and the current servicers of plaintiffs' loans.

3. The amendments will not prejudice any party to this action and will correctly identify the already named defendants who hold ownership in the plaintiffs' loans. This constitutes good cause for granting plaintiffs leave to amend their complaints.

4. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." *See Barry Aviation Inc. v. Land O'Lakes Municipal Airport Commission*, 377 F.3d 682, 687 (7th Cir. 2004) ("The federal rule policy of deciding cases on the basis of substantive rights involved rather than on technicalities requires that plaintiff be given every opportunity to cure a formal defect in his pleading"); *Liu v. T&H Machine, Inc.*, 191 F.3d 790, 794 (7th Cir. 1999) ("Leave to amend is to be 'freely given when justice so requires.'").

5. There is no reason to deny leave to amend. The amendments are sought at a very early stage of the litigation, are done in good faith and would not cause any prejudice to the defendants who were named in the original complaint or the newly named defendants. *See Bethany Pharmaceutical Co. v. QVC, Inc.*, 241 F.3d 854, 860 (7th Cir. 2001) ("A court should allow amendment of a pleading except when there is undue delay, bad faith, dilatory motive on the part of the movant … [and] undue prejudice to the opposing party by virtue of the allowance of the amendment"); *Orlowski v. Dominic's Finer Foods, Inc.*, 937 F.Supp. 723, 732 (N.D. Ill. 1996). ("The purpose of this liberal standard is to allow plaintiffs to present, and have the court decide, a case on its merits").

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Amended Complaint, a copy of which is attached as Appendix A, (b) deeming the Amended Complaint filed instanter and (c) granting any further or other relief that the Court deems just.

Date:   October 21, 2010            Respectfully submitted by:


                                          /s/ Anthony P. Valach, Jr.
                                          Counsel for the Plaintiffs

                                          THE LAW OFFICES OF DANIEL HARRIS
                                          Daniel Harris
                                          Anthony Valach
                                          150 N. Wacker Dr., Suite 3000
                                          Chicago, IL 60606
                                          Telephone: (312) 960-1802
                                          Facsimile: (312) 960-1936
                                          lawofficedh@yahoo.com
                                          anthonyvalach@sbcglobal.net


## CERTIFICATE OF SERVICE

       I, Anthony P. Valach, Jr., hereby certify that on this 21th day of October 2010, a true and correct copy PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER* was served, via the Court's electronic filing system, upon counsel of record.


                                          /s/ Anthony Valach
                                          Anthony Valach