UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>PAMELA BROWN, et al. v. AMERIQUEST MORTGAGE COMPANY, et al. (Case No.: 07-cv-4890, N.D. Ill.) | Centralized before the<br>Honorable Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

    PLEASE TAKE NOTICE that on the 28th day of October, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin Aspen in Courtroom 2568, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER***, a copy of which is attached hereto.

    Respectfully submitted by:

    /s/ Anthony P. Valach, Jr.
    Counsel for the Plaintiffs

    Daniel Harris, Esq.
    Anthony Valach, Esq.
    The Law Offices of Daniel Harris
    150 N. Wacker Drive, Suite 3000
    Chicago, IL 60606
    Phone: (312) 960-1802
    Fax: (312) 960-1936
    lawofficedh@yahoo.com

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 21st day of October 2010, a true and correct copy of **PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDEND COMPLAINT,** *INSTANTER* was served, via the Court's electronic filing system, upon counsel of record.

                                              /s/ Anthony Valach
                                                 Anthony Valach