ARDC No. 6288138

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., | ) NO: 05-CV-07097 <br> ) <br> ) Honorable Marvin E. Aspen <br> ) Honorable Magistrate Morton Denlow <br> ) |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Michael M. Fenwick and hereby respectfully requests leave to withdraw his appearance as counsel for the Third Party Defendant, Perrotta, Cahn & Prieto, P.C. Third Party Defendant will continue to be represented by various counsel of the firm of Patton & Ryan, LLC, who have previously filed an appearance in this matter.

Respectfully submitted,

/s/ Michael M. Fenwick

Michael M. Fenwick, ARDC No. 6288138
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 - FAX