ARDC No. 6288138

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., | ) NO: 05-CV-07097 <br> ) <br> ) Honorable Marvin E. Aspen <br> ) Honorable Magistrate Morton Denlow <br> ) |

NOTICE OF MOTION

TO: Attorneys of Record
(See CM/ECF List)

On October 27, 2010 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Morton Denlow or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at Room 1350 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached Motion to Withdraw as Counsel, for hearing instanter.

Name SmithAmundsen LLC
Address 150 North Michigan Avenue, Suite 3300
City/State/Zip Chicago, IL 60601

Atty. No. 6288138
Attorney for Defendant
Telephone (312) 894-3200

PROOF OF SERVICE BY DELIVERY

I,_____, the attorney/non-attorney certify that on the _____ day of _____, _____, I served this notice by delivering a copy personally to each person to whom it is directed.

Date_____, _____

_____
Signature/Certification

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2010, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above attorneys and a copy of same will be mailed if attorney is a non-participant of the CM/ECF system.

/s/ Michael M. Fenwick