# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| BEVERLY CHILDRES,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., and DOES 1-5,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 06 C 4722<br><br>Originally 06 C 12673 (E.D. Mich.)<br><br>Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097<br><br>**JURY DEMANDED** |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the parties that Plaintiff Beverly Childres passed away on or about June 30, 2010.

            s/ Cathleen M. Combs
            Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Cathleen M. Combs, hereby certify that on October 26, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Keven H. Breck
Clark Hill
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Bernard E. LeSage
Buchalter Nemer
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

Joanne N. Davies
Buchalter Nemer, PC
18400 Von Karman Ave.
Suite 800
Irvine, CA 92612

                s/Cathleen M. Combs
                Cathleen M. Combs