# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 10/26/2010 |
| **CASE TITLE** | In Re: IN RE: AMERIQUEST MORTGAGE CO. | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance [3803] is granted. Michael M. Fenwick is granted leave to withdraw his appearance as counsel for the Third Party Defendant, Perrotta, Cahn & Prieto, P.C. No appearance is required on the 10/27/2010 notice date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|