U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERIQUEST MORTGAGE COMPANY, et al, | ) | |
| | ) | |
| Defendants and Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-cv-07097 |
| | ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, et al, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## TURNKEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MAKE SETTLEMENT OFFER

Third-Party Defendant Turnkey Title Corporation ("Turnkey"), respectfully requests an extension of time for Turnkey to submit its settlement offer to Third-Party Plaintiff, Ameriquest Mortgage Company ("Ameriquest"), through and including November 5, 2010. In further support of this motion, Turnkey state as follows:

1.     A mediation involving opt-out plaintiffs represented by the Harris Firm, Ameriquest and third-party defendants, including Turnkey, is scheduled for December 14 – 15, 2010. Turnkey was party to only a single transaction among the many that will be part of the Harris Firm mediation proceedings.

2.     By order dated September 22, 2010, this Court required, in advance of the Harris Firm mediation that: (i) Ameriquest to provide its written settlement demand to third-party defendants on or before October 7, 2010; (ii) third-party defendants to submit their written settlement offers to Ameriquest on or before October 28, 2010; and (iii) Ameriquest to submit written settlement offers to opt-out plaintiffs on or before November 11, 2010.

3.     As a result of the claims made against it in this litigation, Turnkey has tendered a claim to its insurance company. Any offer of settlement by Turnkey must be approved and authorized by the insurance company. Counsel for the insurance company has informed counsel for Turnkey that authority to make a settlement offer cannot be obtained by October 28, 2010.

4.      Thus, Turnkey seeks additional time to tender its settlement offer to Ameriquest, through and including November 5, 2010.

5.      Turnkey does not seek this extension to unnecessarily delay these proceedings, and Ameriquest will not be prejudiced by the extension sought.

6.      Counsel for Ameriquest has agreed to Turnkey's request for an extension of time, through and including November 5, 2010, to submit its written settlement offer.

WHEREFORE, Turnkey Title Corporation, by agreement of Ameriquest, respectfully requests that this Court grant Turnkey an extension of time, through and including November 5, 2010, in which to submit a written settlement offer to Ameriquest.

Dated: October 28, 2010

Respectfully Submitted,

| | |
|---|---|
| TURNKEY TITLE CORPORATION<br><br>By:    s/ Heather J. Macklin<br>One of its Attorneys<br><br>Heather J. Macklin 06269846<br>Barack Ferrazzano Kirschbaum &<br>  Nagelberg LLP<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Telephone (312) 984-3100<br>Facsimile  (312) 984-3150 | |