U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, et al, | )<br>) |
| Defendants and Third-Party Plaintiffs, | )<br>) |
| v. | ) No. 05-cv-07097<br>) |
| NORTHWEST TITLE AND ESCROW CORPORATION, et al, | )<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on **November 3, 2010**, at **9:15 a.m.**, I shall appear before the Honorable Judge Morton Denlow, or any judge sitting in his stead, in Courtroom 1350 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Turnkey's Unopposed Motion for Extension of Time to Make Settlement Offer.

Dated: October 28, 2010    Respectfully submitted,

/s/ Heather J. Macklin
Heather J. Macklin
BARACK, FERRAZZANO, KIRSCHBAUM,
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100

## CERTIFICATE OF SERVICE

I, Heather J. Macklin, hereby certify that on this 28th day of December 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Heather J. Macklin
Heather J. Macklin
Attorneys for Defendant
Turnkey Title Corporation

547128 v1