# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1. I am a principal of the law firm Goldberg Kohn Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter. Goldberg Kohn, and specifically myself, Steven A. Levy, and Kathryn B. Walter, have been appointed by this Court to act as Liaison Counsel for all of the Third-Party Defendants in this matter.

2. I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3. Through September 30, 2010, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $3,952.49.[1] A print out of an Invoice

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this total the amounts that correspond to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, drafting a motion for judgment against certain Third-Party Defendants that have not paid amounts owed for previous fees, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

2438907v6 10/29/2010 3:00:49 PM

**EXHIBIT A**

6312.002

showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court and are comparable to the rates charged by other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the costs associated with this matter. See Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of October, 2010.

_____
David J. Chizewer

# EXHIBIT 1

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES
Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

OCTOBER 29, 2010
6312.002/197042
PAGE 1

REGARDING: LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/10 | Telephone conference with TPD buyowner counsel re invoice (.30); prepare invoice for TPD Buyowner (.20); review all ecf emails and correspondence re payments (.50) | NXB+ | 1.00 | 185.00 |
| 07/09/10 | Review payments received from TPD (.50); update charts (1.00) | NXB+ | 1.50 | 277.50 |
| 07/12/10 | Review and strategize on current issues in case including settlement and document production | DJC | 0.30 | 150.00 |
| 07/12/10 | Review emails from TPDs re strategy and correspond with DJC re same | KBW | 1.10 | 401.50 |
| 07/14/10 | Conference with KBW on settlement issues and document production issues | DJC | 0.50 | 250.00 |
| 07/14/10 | Confer with DJC re strategy | KBW | 1.00 | 365.00 |
| 07/14/10 | Email communications with team re non-paid TPD project per KBW (.20); review ecf filings (.30) | NXB+ | 0.50 | 92.50 |
| 07/15/10 | Review pro forma for accuracy | KBW | 0.30 | 109.50 |
| 07/15/10 | Voice message to counsel for Richmond Title per her voicemail (.30); review the liaison fee charts to see who paid in the March-June 2009 charts that has not paid in July - September 2009 chart (2.70) | NXB+ | 3.00 | 555.00 |
| 07/16/10 | Review correspondence from G. Jansen re mediation with Blinn plaintiffs and respond to same | KBW | 0.20 | 73.00 |
| 07/16/10 | Finalize chart of TPD we have been granted judgment against and review payment prior payment history per KBW request | NXB+ | 2.00 | 370.00 |


EXHIBIT 1

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

OCTOBER 29, 2010
6312.002/197042
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/21/10 | Review all copies of checks from accounting (1.00); update charts re paid TPD (1.50); email KBW re TPD that overpaid (.50) | NXB+ | 3.00 | 555.00 |
| 07/23/10 | Update charts with payments received from TPD (1.00); email communications with KBW re TPD payments (.10) | NXB+ | 1.10 | 203.50 |
| 07/27/10 | Review recent pleadings | KBW | 0.10 | 36.50 |
| 07/30/10 | Draft Motion for Fees and supporting documentation | KBW | 1.30 | 474.50 |
| 07/30/10 | Provide courtesy copy to judge re liaison fees | NXB+ | 0.50 | 92.50 |
| 08/02/10 | Attention to correspondence from Third Party Defendants re mediation issues | KBW | 0.10 | 36.50 |
| 08/03/10 | Review to do list and correspond with NXB re same | KBW | 0.90 | 328.50 |
| 08/09/10 | Review settlement papers to address strategic issues for class TPDs | KBW | 0.10 | 36.50 |
| 08/10/10 | Review settlement pleadings to prepare to discuss strategic issues | KBW | 0.40 | 146.00 |
| 08/11/10 | Confer with DJC re strategy issues | KBW | 1.30 | 474.50 |
| 08/12/10 | Prepare for and conference with KBW re strategy on Third-Party Defendant claims and class action settlement | DJC | 0.50 | 250.00 |
| 08/12/10 | Discuss strategic issues with DJC and correspond with TPDs re same | KBW | 0.50 | 182.50 |
| 08/17/10 | Prepare chart of new liaison fees for April-June 2010 | NXB+ | 4.00 | 740.00 |
| 08/18/10 | Finalize chart of liaison fees for April-June 2010 (1.20); email communications with KBW re same (.30) | NXB+ | 1.50 | 277.50 |
| 08/25/10 | Email exchanges re Beasley Plaintiffs settlement discussions | DJC | 0.20 | 100.00 |
| 08/25/10 | Review correspondence from B. Newman and forward same to TPDs | KBW | 0.20 | 73.00 |
| 08/27/10 | Draft correspondence to TPDs re Beasley Allen Settlement | KBW | 0.40 | 146.00 |
| 09/29/10 | Correspond with Third Party Defendants | KBW | 0.20 | 73.00 |
| 09/30/10 | Draft correspondence to B. LeSage | KBW | 0.20 | 73.00 |

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000 FAX 312.332.2196 WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300 CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

OCTOBER 29, 2010
6312.002/197042
PAGE 3

| | |
|---|---:|
| TOTAL FOR SERVICES | $ 7,128.00 |

+ DENOTES PARALEGAL

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---:|
| Copying | 0.50 |
| Search Fees - - VENDOR: Pacer Service Center | 15.60 |
| Westlaw Invoice #821095659 July 31, 2010 | 156.89 |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ 172.99 |
| TOTAL THIS STATEMENT | $ 7,300.99 |

**PREVIOUS STATEMENTS OUTSTANDING**

| BILL NO. | DATE | FEES | COSTS | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---|---|---:|---:|---:|---:|---:|
| 191622 | 01/21/10 | 32,645.00 | 10,997.26 | 16,335.69 | 0.00 | 27,306.57 |
| 193640 | 04/28/10 | 29,478.00 | 2,866.41 | 0.00 | 0.00 | 32,344.41 |
| 195426 | 07/22/10 | 6,049.50 | 1,414.62 | 0.00 | 0.00 | 7,464.12 |
| | | TOTAL AMOUNT OUTSTANDING | | | $ | 67,115.10 |
| | | TOTAL AMOUNT DUE | | | $ | 74,416.09 |