IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Tuesday, November 30, 2010 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present our **Motion to Approve Fees and Expenses and Supporting Documentation Detailing Liaison Counsel to Third-Party Defendants' Fees and Expenses from July 1, 2010 through September 30, 2010**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated: October 29, 2010

By: /s/ David J. Chizewer
*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN BELL LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

## CERTIFICATE OF SERVICE

I, David J. Chizewer, hereby certify that on this 29th day of October, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer