**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE NON-BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 323.] | |

**[PROPOSED] ORDER APPROVING STIPULATED DISMISSAL WITHOUT
PREJUDICE OF COMPLAINT AGAINST THIRD PARTY CREDIT DEFENDANTS**

On October 13, 2010 Defendants and Third Party Plaintiffs Ameriquest Mortgage Company and Ameriquest Capital Corporation (collectively, "Ameriquest") and the Third Party Credit Defendants TransUnion, LLC, ChoicePoint Precision Marketing, Inc., and Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services (collectively the "Credit Reporting Agency Third-Party Defendants") submitted the "Stipulated Dismissal Without Prejudice of Third-Party Complaint [Docket #859] Against Credit Reporting Agency Third-Party Defendants" [Docket #3763];

This Court, having reviewed the "Stipulated Dismissal Without Prejudice of Third-Party Complaint [Docket #859] Against Credit Reporting Agency Third-Party Defendants" [Docket #3763] and good cause appearing therefore:

- 1 -

IT IS HEREBY ORDERED THAT:

The Third Party Complaint filed by Ameriquest against the Credit Reporting Agency

Third-Party Defendants [Docket #859] is dismissed without prejudice.


_____

The Honorable Marvin E. Aspen

## <u>CERTIFICATE OF SERVICE</u>

I, Bernard E, LeSage, hereby certify that on this 8th day of November 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:       /s/  Bernard E. LeSage

BN 7588260v1