**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE NON-BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 323.] | |

**AMENDED [PROPOSED] ORDER APPROVING STIPULATED DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AGAINST THIRD PARTY CREDIT DEFENDANTS**

On October 13, 2010 Defendants and Third Party Plaintiffs Ameriquest Mortgage Company and Ameriquest Capital Corporation (collectively, "Ameriquest") and the Third Party Credit Defendants TransUnion, LLC, TransUnion Corporation, ChoicePoint Precision Marketing, Inc., and Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services (collectively the "Credit Reporting Agency Third-Party Defendants") submitted the "Stipulated Dismissal Without Prejudice of Third-Party Complaint [Docket #859] Against Credit Reporting Agency Third-Party Defendants" [Docket #3763]; [1]

This Court, having reviewed the "Stipulated Dismissal Without Prejudice of Third-Party Complaint [Docket #859] Against Credit Reporting Agency Third-Party Defendants" [Docket #3763] and good cause appearing therefore:

---

[1] Ameriquest submits this Amended [Proposed] Order Approving Stipulated Dismissal Without Prejudice of Complaint Against Third Party Credit Defendants to amend document #3817 filed 11/8/10 as Ameriquest inadvertently left off Third Party defendant TransUnion Corporation.

- 1 -

IT IS HEREBY ORDERED THAT:

The Third Party Complaint filed by Ameriquest against the Credit Reporting Agency Third-Party Defendants [Docket #859] is dismissed without prejudice.

_____
The Honorable Marvin E. Aspen

- 3 -

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 9th day of November, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the addressees on the attached Service List.

By: /s/ Bernard E. LeSage

- 3 -

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

### SERVICE LIST

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Cheryl Talley
1577 Deer Path Lane
Franklin Grove, IL 61031

Cynthia Casteel
705 9th Street, NW
Huntsville, AL 35805

Daniel J Whitaker
113 Daventry Drive
Calera, AL 35040

David J. Tarpley
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville, TN 37201

Estella Byrd
910 Woodall Lane
Huntsville, AL 35816

Gregory Day
6345 Stablewood Way
Lithonia, GA 30058

Jackie Champion
1372 Myrick Road
Elmore, AL 36025

John Cseh
12800 Shaker Boulevard , Suite U12
Cleveland, OH 44120

John J. McDonough
Cozen O'Connor
45 Broadway, Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 1/2 N. Main St., Suite 2
London, KY 40741

John Robert King
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, TX 78601

Jonathan Lee Riches
#40948-018
Lexington
P. 0. Box 14500
Lexington, KY 40512

Joseph Abruscato
607 East Barksdale Drive
Mobile, AL 36606

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

Janice Long
2400 Scarlette Lane, Southeast
Conyers, GA 30013

Lisa Parker
425 Water Street
Prattville, AL 36067

BN 7588260v2

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

### SERVICE LIST (cont.)

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334-3174

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Robert W. Smyth , Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603

Steven S. Elliott
12 E. Exchange Street, 8th Floor
Akron, OH 44310

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

William Champion
1372 Myrick Road
Elmore, AL 36025

BN 7588260v2