# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| _____ ) | Lead Case No. 05-CV-7097 |
| **Individual Case Information:** ) | |
| ) | |
| CAMILLE J. GBUREK, (06 C 2639, N.D.Ill) ) | |
| Plaintiff, ) | Centralized before the Honorable |
| v. ) | |
| ) | |
| ARGENT MORTGAGE, ) | Marvin E. Aspen |
| Defendant. ) | |

## NOTICE OF MOTION

TO: Counsel of Record

**PLEASE TAKE NOTICE** that on **December 2, 2010, at 10:30 a.m.**, I shall appear before the **Honorable Marvin E. Aspen in Room 2568** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY**, a copy of which is attached hereto.

Respectfully submitted,

/s/ Keith J. Keogh
*Counsel for Plaintiff*

Keith J. Keogh
Ainat Margalit
KEOGH LAW, LTD.
101 N. Wacker, Dr., Ste. 605
Chicago, Il. 60606
312.726.1092/312.726.1093 (fax)
Keith@KeoghLaw.com

## CERTIFICATE OF SERVICE

I certify that on November 15, 2010, I served the foregoing to ECF counsel of record via the ECF system for the Northern District of Illinois.

/s/ Keith J. Keogh