Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/16/2010 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

We received a packet of documents from Mr. Gilbert Dickerson and filed his letter to us with the Clerk's office today, 11/116/10.  Having reviewed those materials, it appears that Mr. Dickerson already received a settlement payment from the settlement administrator.  To the extent that Mr. Dickerson seeks to have his claim reevaluated, we are not in a position to do so.  Nonetheless, we will forward on the packet of materials he sent to Lead Counsel for the Borrower Class and perhaps they can assist him.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|

05C7097 In Re: Ameriquest Mortgage, et al