MHN

Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois

FILED
NOV 16 2010
11-16-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05C7097

Gilbert Dickerson
19644 Terrace ave. apt.2N
Lynwood IL. 60411

    Honorable Marvin E. Aspen I am writing you to ask for your help. I have been trying to get help but no one will help me because I don't have a lot of money and I don't know a lot about the laws of our great country. I was lead to believe we my wife and I would receive TILA Rescission payment from this call action suit because our home was taken from us. Me and my wife are disable and have been from the beginning of the loan. After losing our home my wife has had breast cancer and I congestive heart failure it was to much pressure on us both. Ever where we have try to get help everyone turn us a way, you are the last chance we have to right this wrong. All I am asking is if you would look over the papers I am sending and see how they took our home from us and help us believe in justice for all again. You are our last hope please help us.

Sincerely
Gilbert Dickerson

P.S. We didn't receive the legal notice until Feb. 23, 2010 after it was to late to do anything about it.