Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

Mailing Date: 10/15/20

**IMPORTANT SETTLEMENT DOCUMENT ENCLOSED**

*0004293613*

96846 - 1/1 : 193895

FILED
NOV 16 2010
11-16-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05C 7097

**T272/P183*******AUTO**3-DIGIT 604
GILBERT DICKERSON
19644 TERRACE AVE APT 2N
LYNWOOD IL 60411-1355

Re: IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION MDL No. 1715

The amount of your settlement payment is based on a number of factors. Information about your mortgage loan from the best available records was used to evaluate which of the claims in this case apply to your loan transaction. The distribution plan has been approved by court order and cannot be contested based on individual circumstances.

The number of points assigned to your claim was based on the court approved distribution plan and your class assignments. Your settlement payment is based on the relationship between the number of points assigned to your claim and the total number of points assigned on the more than 170,000 claims that were filed in this case.

The available settlement pool will be fully distributed. No funds will revert to Ameriquest or any other Defendant.

If you have questions about the potential tax consequences of your award, we recommend that you contact your tax advisor. If you have any questions regarding the information in this letter, please visit the Settlement website at http://www.ameriquestmdlsettlement.com or send your questions, along with a copy of this letter, to the Settlement Administrator, P.O. Box 2278, Faribault, MN 55021-2413. You may also call 1-877-872-3812 for additional information. Reissue requests must be submitted in writing to the Settlement Administrator.

PLEASE CASH THIS CHECK IMMEDIATELY. If your check is not cashed within one hundred eighty (180) days from the date on the check, it will become null and void and your right to receive the class settlement payment will be lost.

Sincerely,
Ameriquest MDL Settlement Administrator