05CV7097   October 20, 2010

MHN

To: Hon. Marvin E. Aspen,

FILED
NOV 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir,

    I'm sending a letter of thanks and gratitude. It is for your hard work of a case of fairness that was taken away of many individuals. I'm only one man in a group of 170,000. Wrongfully deceived and betrayed. Fortunately, we had right and justice on our side. So many of us lost alot, some little, some others everything.

    A company, run by people that had given their word of true and loyalty, then lied behind our backs. I was taught by my dad and grand-pa. That a man's word must hold true because, it's your honor, your trust and your belief as a human being. For if that is lost, then what has man become? I honor them on my word, and you honor your loyalty, and the people and the country you serve. →

I just wanted to say thank you. For myself and all the others in the case. You made the right choice Sir - Your Honor. For all the ones that served before you and you - in the seat of judgement and right - I thank you - A simple man with pen in hand.

Sincerely,
Carl D. Bowles
CARL D. BOWLES

MDL #1715
Lead case #05-CV-07097

15 First Pick Rd.
Apt #L-27
Eureka Springs, AR
Eureka Springs, AR 72632

Hon. Marvin E. Aspen
United State District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago Illinois
60604-1702

(Confidential)