

Mozell Hurley
762 Brittany Ct
Stone Mountain GA 30083

Honorable Marvin E. Aspen
United States District Court
Northern District of Illinois
219 Dearborn Street
Chicago, IL 60604

Class Counsel: Kelly M. Dermody & Rachel Geman/Lieff Cabraser, Heimann & Bernstien LLP; Gary Klien/Shennan Kavanaugh, Roddy Klien & Ryan; Jill Bowman/James Hoyer et.al.

Dear Court Representative:

I am requesting the amount of $1000 (One Thousand Dollars) to be sent to Claimant: Mozell Sims Hurley Address: 762 Brittany Court, Stone Mountain, Georgia 30083 as fair settlement in Claims of:

MDL No. 1715 Lead Case No 05-cv-07097 Centralized before the Honrable Marvin E. Aspen In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

I have been defrauded in the settlement of $22 Million - 7.33 Million (for Attorney fees and cost not to exceed) - $200, 000 Foreclosure Prevntion Counseling, Class Representatives-payment not to exceed $7,500; Court Settlement Distribution that was distributed among 170,0000+ claimants. I received $52.10, which is an insult.

I have been defrauded by not receiving the amount equivalent that should have been distributed evenly and fairly by the courts after the stated amount that Court Attorneys who brought legal action for the claimants received their costs & fees. To be defrauded once by unfair business practices of the mortgage lending companies and then defrauded again by the people who claimed to represent your interests is not the legal practice of the Court in which this suit was brought.

*In lieu of joining the class action suit that is to be brought by other claimants for having been defrauded in the Settlement Actions of the case for the claimants, I will receive the amount of $1000.00.*

*Thanks for your timely and due diligence in this matter.*

Sincerely,

Mozell Sims Hurley/Claimant

October 29, 2010

c: Settlement Administrator   P. O. Box 2278   Faribault, MN  55021-2413

Attachment (1) : copy of Ameriquest MDL Settlement Administrator Ltr c/o Rust Consulting, Inc.   P. O. Box 2278   Faribault, MN  55021-2413

Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

**IMPORTANT SETTLEMENT DOCUMENT ENCLOSED**

*0005849390*

17275 - 1/1 : 34584

**T55/P163****AUTO**SCH 3-DIGIT 300
MOZELL HURLEY
762 BRITTANY CT
STONE MOUNTAIN GA 30083-6034

Re: IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION MDL No. 1715

The amount of your settlement payment is based on a number of factors. Information about your mortgage loan from the best available records was used to evaluate which of the claims in this case apply to your loan transaction. The distribution plan has been approved by court order and cannot be contested based on individual circumstances.

The number of points assigned to your claim was based on the court approved distribution plan and your class assignments. Your settlement payment is based on the relationship between the number of points assigned to your claim and the total number of points assigned on the more than 170,000 claims that were filed in this case.

The available settlement pool will be fully distributed. No funds will revert to Ameriquest or any other Defendant.

If you have questions about the potential tax consequences of your award, we recommend that you contact your tax advisor. If you have any questions regarding the information in this letter, please visit the Settlement website at http://www.ameriquestmdlsettlement.com or send your questions, along with a copy of this letter, to the Settlement Administrator, P.O. Box 2278, Faribault, MN 55021-2413. You may also call 1-877-872-3812 for additional information. Reissue requests must be submitted in writing to the Settlement Administrator.

PLEASE CASH THIS CHECK IMMEDIATELY. If your check is not cashed within one hundred eighty (180) days from the date on the check, it will become null and void and your right to receive the class settlement payment will be lost.

Sincerely,
Ameriquest MDL Settlement Administrator

Mozell Hurley
762 Brittany Ct
Stone Mountain GA 30083



RECEIVED
NOV 02 2010 TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Honorable Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604