10/20/2010 MHh

Dear Sir,   05C7097

FILED
OCT 20 2010
10-20-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

It has been a year since I have sent in my claim in under No 1755. Lead case no. 05CU7097.

Dec 8 2009, Jan 8 2010, and March 8 2010 I have called and wrote with no no answer just but so it do.

This was the dates I sent.

I want Justice no money no fame.

Larry Hp
1926 S. Tam Pakway
C/o, IL 60620

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

00099660

Larry Hayes
1929 S Tom Pkwy
Chicago, IL 60616-5207

*[Handwritten margin notes: Ameriquest / 05-CV-07097 / Thomas Wlegord / Attend]*

**Please Print:**

Borrower No. 1 (Name): **Larry Hayes**

Social Security No.: **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**

Borrower No. 2 (Name): _____

Social Security No.: _____

**Borrower No. 1 Mailing Address:**

Street: **PO Box 4533**

City: **Chicago** State: **IL** Zip Code: **60680**

**Borrower No. 2 Mailing Address:**

Street: _____

City: _____ State: _____ Zip Code: _____

**Address of the Property on which your Loan was written (if different):**

Street: **621 So Plymouth Ct Apt 208**

City: **Chicago** State: **IL** Zip Code: **60605**

Loan Number: _____

Date of Loan(s): ___/___/___

## II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

Date: **3/9/2010**

Signature of Borrower No. 1: *[signed]*

Print Name of Borrower No. 1: **Larry Hayes**

Date: ___/___/___

Signature of Borrower No. 2: _____

Print Name of Borrower No. 2: _____

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION**
**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**




Larry Hayes
1929 S. Tan Parkway
Chicago IL 60616

Hon. Marvin E. Aspen
United State District Court
Northern District of IL
219 S. Dearborn St Chicago IL 60604

