**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION RE: DISMISSAL OF THIRD-PARTY DEFENDANT PAUL D. BOUDREAU**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company, LLC and Third-Party Defendant Paul D. Boudreau hereby stipulate to the dismissal, with prejudice, of Ameriquest's Fifth Amended Consolidated Third-Party Complaint with respect to the claims against Paul D. Boudreau relating specifically to the claims asserted by plaintiffs Ronald and Barbara Belliveau (plaintiffs in the action of *Belliveau, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06746 (N.D. Ill.)). The parties shall bear their own costs and attorneys' fees.

DATED: December 7, 2010

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: December 7, 2010

Respectfully submitted,

By: /s/ Charles S. Ofstein

*Attorneys for Paul D. Boudreau*

Charles S. Ofstein
DONOHUE, BROWN, MATHEWSON & SMYTH
140 South Dearborn Street
Suite 700
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 7th day of December 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/Bernard E. LeSage