# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Denlow |

## **41(b) MOTION TO DISMISS**

Defendant, Third Party Defendant, BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., ("BuyOwner") by its attorneys and pursuant to Federal Rule of Civil Procedure 41(b), moves this Honorable Court to Dismiss Plaintiff, Christopher and Bleu Thompson's ("the Thompsons") Complaint, and in support thereof, states as follows:

1.  On July 29, 2010, this Court issued an Order requiring all Plaintiffs to submit written itemization of damages and settlement demand to Ameriquest by August 19, 2010. (A copy of the Court's order is attached hereto as **Exhibit A**). The Thompsons failed to comply with this Court's order.

2.  On September 22, 2010, Third Party Defendant filed a motion seeking an order that the Thompsons submit an itemization of damages and settlement offer within thirty (30) days.

3.  On September 27, 2010, this Court granted Third Party Defendant's motion and ordered the Thompsons to submit an itemization of damages and settlement offer to Defendant/Third Party Plaintiff, Argent and Third Party Defendant, BuyOwner on or before October 27, 2010. (A copy of the Court's order is attached hereto as **Exhibit B**).

4.  Once again, the Thompsons failed to comply with this Court's order and did not submit neither an itemization of damages nor a settlement demand.

5. BuyOwner has sent correspondence to both the Thompsons and their previous attorney asking that they contact BuyOwner to initiate potential settlement discussions. Neither of them have contacted BuyOwner or responded in anyway. (A copy of the correspondence is attached hereto as **Exhibit C**).

6. Rule 41(b) of the Federal Rules of Civil Procedure states:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subsection (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 operates as an adjudication on the merits.

7. This case was transferred to this Court on October 14, 2008. The Thompsons have failed to file an appearance in the MDL proceedings and have continually failed to comply with this Court's orders.

WHEREFORE, Third Party Defendant, BUYOWNER TITLE, INC., respectfully requests that this Court dismiss Christopher and Bleu Thompson's Complaint with prejudice.

Respectfully submitted,

BUYOWNER TITLE, INC

By: /s/ Siobhán M. Murphy
     One of Its attorneys

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778

4823-3077-3511.1                                    2