# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                      Plaintiff,

v.                                    Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 27, 2010:

        MINUTE entry before Honorable Marvin E. Aspen:Third−Party defendant, BuyOwner Title Inc.'s motion to order itemization of damages and settlement demand (375) is granted. Motion terminated. Christopher and Bleu Thompson are ordered to submit an itemization of their damages and settlement demand to defendant/third−party plaintiff Argent and to Third−Party Defendant BuyOwner within thirty days. The motion hearing set for 9/28/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

