# EXHIBIT C

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

550 West Adams Street, Suite 300
Chicago, IL 60661
Telephone: 312.345.1718
Fax: 312.345.1778
www.lbbslaw.com

SIOBHÁN M. MURPHY
DIRECT DIAL: 312.463.3325
E-MAIL: smurphy@lbbslaw.com

June 17, 2010

File No.
6234-7541

**VIA U.S. MAIL**

Christopher and Bleu Thompson
9828 NW 15th Street
Pembroke Pines, FL 33024

Kirsten Franklin
Real Estate Law Group PLLC
PO Box 669
Miami, FL 33131

Catherine Sheckle
Edelman, Combs, Latturner & Goodwin, LLC
120 S LaSalle St. 18th Floor
Chicago, IL 60603

Re: Thompson v. Ameriquest Mortgage Co.

Dear Mr. and Mrs. Thompson:

We are writing in reference to the lawsuit you filed against Ameriquest Mortgage Company in August 2008. We represent BuyOwner Title who was brought into this litigation as a Third Party Defendant. It is our understanding that Kirsten Franklin has withdrawn as your counsel and you are proceeding *pro se*. We would like to speak with you, or any newly retained counsel, as soon as possible in an effort to resolve this matter. Please find our contact information above and contact us at your earlier convenience.

Very truly yours,

Siobhán M. Murphy of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SMM:met

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4839-3929-4214.1


EXHIBIT C