**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| NORMAN MARTIN and CHRISTINE MARTIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> JPMC SPECIALTY MORTGAGE, LLC, f/k/a ) <br> WM SPECIALTY MORTGAGE, LLC, CHASE ) <br> HOME FINANCE, LLC, and DOES 1-5, ) <br> ) <br> Defendant. ) | 07 C 324 <br><br> (Originally 06 C 194 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097) <br><br> **JURY DEMANDED** |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
NORMAN MARTIN AND CHRISTINE MARTIN**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Norman Martin and Christine Martin pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1. A conflict (not involving counsel's fees) has arisen.

2. If this court desires further details about counsel's reason for requesting leave

1

to withdraw, counsel is willing to provide those details *in camera*.

3. Notice of this motion has been sent by regular and certified U.S. mail to plaintiffs' last known address.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs Norman Martin and Christine Martin and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2