**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |
| NORMAN MARTIN and CHRISTINE MARTIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> JPMC SPECIALTY MORTGAGE, LLC, f/k/a ) <br> WM SPECIALTY MORTGAGE, LLC, CHASE ) <br> HOME FINANCE, LLC, and DOES 1-5, ) <br> ) <br> Defendant. ) | 07 C 324 <br><br> (Originally 06 C 194 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097) <br><br> **JURY DEMANDED** |

**MOTION TO WITHDRAW MOTION TO WITHDRAW REPRESENTATION OF
PLAINTIFFS NORMAN MARTIN AND CHRISTINE MARTIN**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their motion to withdraw their appearances on behalf of plaintiffs Norman Martin and Christine Martin. In support of this motion, Counsel state the following:

1. The apparent conflict (not involving counsel's fees) between Plaintiffs and their counsel has been resolved.

1

2.   If this court desires further details about the now-resolved conflict, counsel is willing to provide those details *in camera*.

3.   Therefore, Plaintiffs' counsel request that its motion to withdraw representation of Plaintiffs Norman Martin and Christine Martin (document # 3847) be withdrawn.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their motion to withdraw their appearances on behalf of plaintiffs Norman Martin and Christine Martin.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2