# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

| | | |
|---|---|---|
| NORMAN MARTIN and CHRISTINE MARTIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 07 C 324<br><br>(Originally 06 C 194 (W.D. Mich.))<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)<br><br>**JURY DEMANDED** |
| Plaintiffs, | | |
| v. | | |
| AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC, f/k/a WM SPECIALTY MORTGAGE, LLC, CHASE HOME FINANCE, LLC, and DOES 1-5, | | |
| Defendant. | | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Tuesday, December 28, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS NORMAN MARTIN AND CHRISTINE MARTIN,** a copy of which is hereby served upon you.

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Cathleen M. Combs, hereby certify that on December 16, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy was sent by U.S. mail to parties without email addresses.

| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchalter.com | Michael G. Salemi<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash, 22nd Floor |
| Mark D. van der Laan<br>Dykema Gossett, PLLC<br>300 Ottawa Avenue, N.W.<br>Suite 700<br>Grand Rapids, MI 49503 | Chicago, IL 60611 |

                                               s/Cathleen M. Combs
                                               Cathleen M. Combs