IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION, | ) | |
| _____ | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | No. 05 C 7097 |
| et. al., | ) | |
| | ) | Judge Aspen |
| Plaintiffs, | ) | presiding |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| NORTHWEST TITLE ESCROW CORP., | ) | |
| et. al., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Third Party Defendant Midwest Home Funding, LLC, by its attorneys, John J. Lydon, pursuant to Local Rules 83.17 of the United States District Court for the Northern District of Illinois , respectfully move this court to allow attorneys John J. Lydon to withdraw as counsel of record for Third Party Defendant Midwest Home Funding, LLC, and in support thereof state as follows:

1.      John J. Lydon filed his appearance for Third Party Defendant Midwest Home Funding, LLC ("Midwest Home").

2.      Midwest Home has ceased operation, gone out of business and discharged counsel.

3.      Counsel seeks to withdraw pursuant Local Rule 83.51.16(a)(4) because Midwest Home has terminated the services of counsel.

4.      Counsel also seeks to withdraw pursuant to Local Rule 83.51.16(b)(1)(F).

WHEREFORE, counsel John J. Lydon and Nazia J. Hasan seek to withdraw as counsel in this matter for Third Party Defendant Midwest Home Funding, LLC.

Respectfully submitted,
Gomberg, Sharfman, Gold & Ostler, P.C.,

Date: December 20, 2010               By: _____/s/ John J. Lydon_____
                                           One of its attorneys

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1410
Chicago, Illinois 60604
(312) 332-6194

CERTIFICATE OF SERVICE


   I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on December 20, 2010 and via certified mail to:

     Mr. Robert C. Perry
     Midwest Home Funding, LLC
     2200 S. Main Street Suite 304
     Lombard, IL 60148

by depositing in the post box at 208 S. LaSalle St., Chicago, Illinois, or before 5:00 p.m. on December 20, 2010.


           /s/ John J. Lydon