IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) | |
| _____ | ) | |
| AMERIQUEST MORTGAGE COMPANY, et. al., | ) ) | No. 05 C 7097 |
| | ) | Judge Aspen |
| Plaintiffs, | ) | presiding |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST TITLE ESCROW CORP., et. al., | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: SEE CERTIFICATE OF SERVICE

Please take notice that on **Tuesday, December 28, 2010,** at 10:30 a.m., counsel for Third Party Defendant Midwest Home Funding, LLC, will appear before the Hon. Marvin Aspen, in Courtroom 2568, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present the Motion to Withdraw as Counsel.

                                                 Respectfully submitted,
                                                 Gomberg, Sharfman, Gold & Ostler, P.C.,

Date: December 20, 2010                            By:     /s/ John J. Lydon    
                                                                         One of its attorneys

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1410
Chicago, Illinois 60604
(312) 332-6194

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on December 20, 2010 and via certified mail to:

      Mr. Robert C. Perry
      Midwest Home Funding, LLC
      2200 S. Main Street Suite 304
      Lombard, IL 60148

by depositing in the post box at 208 S. LaSalle St., Chicago, Illinois, or before 5:00 p.m. on December 20, 2010.

                                                                           /s/ John J. Lydon