IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before Judge Marvin E. Aspen |
| Estella Byrd, et al., v. Ameriquest Mortgage Company, et al. Case No. 08-cv-2628; | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Kevin & Debbie Genry; and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of their claims against Defendant American Home Mortgage Servicing, Inc. in the above styled case in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 22nd day of December, 2010.

/s/ *William H. Robertson V*
WILLIAM H. ROBERTSON, V

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

/s/ *Bernard E. LeSage*

Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400


/s/ Simon A. Fleischmann
**Simon A. Fleischmann**

One of the Attorneys for American Home Mortgage Services, Inc.
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0462
sfleischmann@lockelord.com

## CERTIFICATE OF SERVICE

    I further certify that on this 22nd day of December, 2010 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL
