IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: Ameriquest Mortgage Co.,** * | |
| **Mortgage Lending Practices Litigation.** * | |
| * | |
| * | **MDL No. 1715** |
| * | |
| * | **Lead Case No. 05-CV-07097** |
| **THIS DOCUMENT RELATES TO:** * | |
| * | **Centralized before the Honorable** |
| *Wilbert Cooley et al. v. Ameriquest* * | **Marvin E. Aspen** |
| *Mortgage Company, et al* * | |
| Case No. 07 C 7182 * | |

## **RENEWED MOTION TO WITHDRAW**

**COME NOW** the undersigned attorneys for Wilbert Cooley and Kandee Cooley and move this Honorable Court to allow them to withdraw as counsel for these plaintiffs, and state the following as grounds for said withdrawal:

1. A dispute has arisen between the plaintiffs, Wilbert and Kandee Cooley which causes a conflict of interest for the undersigned and his law firm.

2. The Cooleys are presently seeking a divorce which is presently pending in the Circuit Court of Mobile County, Alabama.

3. The undersigned and his law firm have received conflicting and irreconcilable instructions form the Plaintiffs regarding how the case should be handled.

4. Mr. and Mrs. Cooley have conflicting views as to how to proceed in this case and this renders it impossible for this firm to continue to represent either one of them in this case.

5. If required, counsel will submit further details for an *in camera* review.

**WHEREFORE**, the undersigned request that they be allowed to withdraw as attorneys of

1

record for Wilbert Cooley and Kandee Cooley in the above referenced matter.

**RESPECTFULLY** submitted this 12th day of January 2011.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL36533-0969
Telephone:   251.990.5558
Facsimile:    251.990.0626

s/  James D. Patterson
James D. Patterson, (PATJ6485)
Underwood & Riemer, PC
P.O. Box 969
Fairhope, AL 36533-0969
Telephone:   251.990.5558
Facsimile:    251.990.0626

s/ Kenneth J. Riemer
Kenneth J. Riemer  (RIEMK8712)
Underwood & Riemer, PC
Post Office Box 1206
Mobile, AL 36633-1206
Telephone:    251.432.9212
Facsimile:     251.433.7172

CERTIFICATE OF SERVICE

       I hereby certify that on January12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and by postage prepaid U.S. First Class Mail to the following:

Kandee Cooley
616 Hinson Ave.
Prichard, AL   36610

Wilbert Cooley
1070 Zurich St.
Mobile AL 36608

                                                /s Earl P. Underwood, Jr.
                                                Earl P. Underwood, Jr.