**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

| | |
|---|---|
| JOSEPH A. MIKOWSKI and ) <br> PATRICIA J. MIKOWSKI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, N.A.., as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass Through Certificates, Series 2005-R3 Under ) <br> the Pooling and Servicing Agreement Dated as of ) <br> April 1, 2005, Without Recourse, AMERICAN ) <br> HOME MORTGAGE SERVICING, INC., and ) <br> DOES 1-5, ) <br> ) <br> Defendants. ) | 06 C 1737 <br><br> Originally 05 C 411 (N.D. Ind.) <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br><br><br><br><br><br><br><br> **JURY DEMANDED** |

**MOTION TO WITHDRAW REPRESENTATION OF
PLAINTIFFS JOSEPH A. MIKOWSKI AND PATRICIA J. MIKOWSKI**

Counsel for plaintiffs, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Joseph A. Mikowski and Patricia J. Mikowski pursuant to Rule 83.17 of the Northern District of Illinois.

1

In support of this motion, Counsel state the following:

1. Plaintiff Joseph A. Mikowski passed away on or about March 28, 2007. Plaintiffs' counsel filed a Suggestion of Death on October 26, 2009.

2. Notice of this motion has been sent by regular and certified mail to plaintiff Patricia Mikowski's last known address.

3. Despite repeated attempts, counsel has been unable to contact plaintiff Patricia Mikowski.

4. This communication breakdown between plaintiffs and counsel has made it unreasonably difficult to represent plaintiffs.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2