**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |
| BEVERLY CHILDRES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> AMERIQUEST MORTGAGE SECURITIES, ) <br> INC., AMC MORTGAGE SERVICES, ) <br> INC., and DOES 1-5, ) <br> ) <br> Defendants. ) | 06 C 4722 <br><br> Originally 06 C 12673 (E.D. Mich.) <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br> **JURY DEMANDED** |

## MOTION TO SUBSTITUTE PARTY

Counsel for plaintiff hereby move to substitute Vaneisha Childres as plaintiff for Beverly Childres.

In support of this motion, plaintiff states:

1. Beverly Childres passed away on or about June 30, 2010.

2. Counsel for plaintiffs filed a Suggestion of Death of Beverly Childres on October 26, 2010.

3. On January 3, 2011, Vaneisha Childres obtained an order from the Macomb County, Michigan probate court, case no. 10-201277-PE, assigning her authorization to sign a settlement agreement on behalf of Beverly Childres's estate and to receive settlement funds on

behalf of Beverly Childres's estate.

WHEREFORE, plaintiff respectfully requests that the Court enter an order substituting Vaneisha Childres for Beverly Childres as plaintiff in this matter.

        Respectfully submitted,

        s/Cathleen M. Combs
        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200