# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| BEVERLY CHILDRES, | ) ) | 06 C 4722 |
| Plaintiff, | ) ) | |
| | ) | Originally 06 C 12673 (E.D. Mich.) |
| v. | ) ) | Transferred to Judge Aspen for |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., and DOES 1-5, | ) ) ) ) ) | pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

      **PLEASE TAKE NOTICE** that on **Thursday, January 27, 2011at 10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **MOTION TO SUBSTITUTE PARTY**, which was electronically filed and served upon you through the Court's CM/ECF system.

                                              s/Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603

(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on January 24, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kevin H. Breck
Clark Hill
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Bernard E. LeSage
Buchalter Nemer
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

Joanne N. Davies
Buchalter Nemer, PC
18400 Von Karman Ave.
Suite 800
Irvine, CA 92612

                                                                                   s/Cathleen M. Combs
                                                                                    Cathleen M. Combs