IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715 |
| THIS DOCUMENT RELATES TO CASE NUMBER: 1:07-C-6713 | ) ) ) ) | |
| JOYCE WILLIAMS, | ) ) | |
| Plaintiff, | ) ) ) | CASE NUMBER: 1:07-C-6713 |
| v. | ) ) | Alabama Southern District No. CV-07-753 |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:** Heritage Title, LLC
1717 Alliant Avenue, Ste. 5
Louisville, KY 40299

**PLEASE TAKE NOTICE** that on **February 10, 2011 at 10:30 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Aspen or any judge sitting in his or her stead in **Courtroom 2568** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present by telephone on **the following motion attached hereto as Exhibit A.**

Respectfully submitted this, the 31st day of January, 2010.

/s/ James D. Patterson_____
James D. Patterson, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 31st day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and by US mail to the following:

Heritage Title, LLC
1717 Alliant Avenue, Ste. 5
Louisville, KY  40299

/s/  James D. Patterson
James D. Patterson, Esq.