Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:     (907) 258-0801
e-mail: timdooley@ak.net
            barbdooley@ak.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-7097 |
| THIS DOCUMENT RELATES TO: | Centralized before the<br>Honorable Marvin E. Aspen |
| PLAINTIFF REQUEST FOR AN ORDER THAT PLAINTIFF IS NOT PART OF THE MDL OR, THAT PLAINTIFF WILL BE PERMITTED TO OPT-OUT OF THE CLASS | |

## ENTRY OF APPEARANCE

     COMES NOW the Law Office of Tim Dooley and enters its appearance as attorney for Plaintiffs, Donald and Kewanna Ellis. Any documents with reference to the above-captioned matter may be served on the Defendant at the Law Office of Tim Dooley, 921 West 6th Avenue, Suite 200, Anchorage, Alaska 99501.

     DATED this 4TH day of February, 2011 at Anchorage, Alaska.

Case: 1:05-cv-07097 Document #: 3874 Filed: 02/04/11 Page 2 of 2 PageID #:45001

By: /s/ Timothy D. Dooley
Attorney for Don and Kewanna Ellis

Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:    (907) 258-0801
e-mail: timdooley@ak.net
            barbdooley@ak.net

**Certificate of Service**

I, Timothy D. Dooley, certify that on this 4th day of February, 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Timothy D. Dooley