Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:    (907) 258-0801
e-mail: timdooley@ak.net
           barbdooley@ak.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | MDL No. 1715 |
| LITIGATION | ) | Lead Case No. 05-7097 |
| | ) | |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Centralized before the |
| | ) | Honorable Marvin E. Aspen |
| PLAINTIFF REQUEST FOR AN ORDER | ) | |
| THAT PLAINTIFF IS NOT PART OF THE MDL | ) | |
| OR, THAT PLAINTIFF WILL BE PERMITTED | ) | |
| TO OPT-OUT OF THE CLASS | ) | |

**MOTION TO DEEM AN ALASKA STATE COURT ACTION AS NOT PART OF THE
MULTIDISTRICT LITIGATION,
OR, TO ALLOW LATE FILED NOTICE TO OPT OUT**

      1.     Don and Kewanna Ellis, litigants in an Alaska state court action move the U.S. District Court for a declaration that their Alaska state court action is not properly part of the Multi-District Litigation 1715.  This motion is accompanied by a verified memorandum of law, attached exhibits, and two proposed orders.

      DATED this 4th day of February, 2011 at Anchorage, Alaska.

By: /s/ Timothy D. Dooley
Attorney for Don and Kewanna Ellis


Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:   (907) 258-0801
e-mail: timdooley@ak.net
        barbdooley@ak.net

## Certificate of Service

I, Timothy D. Dooley, certify that on this 4th day of February, 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Timothy D. Dooley