UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | Centralized before the Honorable Marvin E. Aspen |
| PLAINTIFF REQUEST FOR AN ORDER THAT PLAINTIFF IS NOT PART OF THE MDL OR, THAT PLAINTIFF WILL BE PERMITTED TO OPT-OUT OF THE CLASS | ) ) ) ) | |

ORDER
PERMITTING ALASKA LITIGANTS DON AND KEWANNA ELLIS TO OPT OUT
OF THE MDL CLASS SETTLEMENT IN MDL 1715

The Court has considered the arguments of the parties, if any, and rules that the Alaska state litigation of Don and Kewanna Ellis against Argent Mortgage Company, LLC, case number 3AN-08-9154 Civil, is a part of the MDL case in the Eastern District of Illinois. Nevertheless, the Court grants the request of Don and Kewanna Ellis to opt out of the class litigation. The Ellises may proceed with their litigation in the Alaska state court.


Date:_____    _____
The Honorable Marvin E. Aspen
Judge of the United States District Court
Eastern District of Illinois