UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO.  )<br>MORTGAGE LENDING PRACTICES   )<br>LITIGATION                                      )<br>                                                                )<br>_____  )<br>                                                                )<br>THIS DOCUMENT RELATES TO:        )<br>                                                                )<br>PLAINTIFF REQUEST FOR AN ORDER )<br>THAT PLAINTIFF IS NOT PART OF THE MDL )<br>OR, THAT PLAINTIFF WILL BE PERMITTED )<br>TO OPT-OUT OF THE CLASS                  ) | MDL No. 1715<br>Lead Case No. 05-7097<br><br><br><br>Centralized before the<br>Honorable Marvin E. Aspen |

## ORDER
## DECLARING THAT ALASKA LITIGANTS DON AND KEWANNA ELLIS ARE NOT INCLUDED IN THE MDL 1715 CLASS SETTLEMENT

The Court has considered the arguments of the parties, if any, and rules that the Alaska state litigation of Don and Kewanna Ellis against Argent Mortgage Company, LLC, case number 3AN-08-9154 Civil, is not a part of the MDL case in the Eastern District of Illinois and may proceed in Alaska without regard to it.


Date:_____        _____
                                                                    The Honorable Marvin E. Aspen
                                                                    Judge of the United States District Court
                                                                    Eastern District of Illinois