UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Centralized before the Honorable Marvin E. Aspen |
| PLAINTIFF REQUEST FOR AN ORDER THAT PLAINTIFF IS NOT PART OF THE MDL OR, THAT PLAINTIFF WILL BE PERMITTED TO OPT-OUT OF THE CLASS | ) ) ) ) |  |

## CLASS PLAINTIFFS' RESPONSE TO MOTION TO DEEM AN ALASKA STATE COURT ACTION AS NOT PART OF THE MULTIDISTRICT LITIGATION, OR, TO ALLOW LATE FILED NOTICE TO OPT OUT

Class Plaintiffs have reviewed the motion styled Motion to Deem an Alaska State Court Action as not part of the Multidistrict Litigation, and take no position on the factual allegations that support the motion.  However, they do not oppose the relief requested.

Dated: February 9, 2011

Respectfully Submitted,

*/s/ Gary Klein* _____
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Kelly M. Dermody
Rachel Geman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956- 1008

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174
*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile: (312) 676-2676
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on February 9, 2011 will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF). Filing users may access this document electronically through the Court's ECF system.

/s/ Gary Klein
Gary Klein