IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage CO., Mortgage Lending Litigation | * * * * * MDL No. 1715 * * Lead Case No. 05-CV-07097 * Centralized before the Honorable * Marvin E. Aspen |
| Wilbert Cooley et al. v. Ameriquest Mortgage Company, et al Case No. 07 C 7182 | * * * |

**FILED FEB -7 2011 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## PLAINTIFF'S OBJECTION TO COUNSEL'S RENEWED MOTION TO WITHDRAW

COME NOW the undersigned plaintiff in the above referenced matter, and move this Honorable Court to let stand the Court's ORDER denying Plaintiffs Counsel's original Motion To Withdraw as counsel for plaintiffs by denying Counsel's Renewed Motion To Withdraw in the above referenced matter and state the following grounds for the denial of counsel's renewed motion to withdraw:

1. Plaintiff request that the Court reconsider all of the arguments advanced by the plaintiff as grounds to deny the original Motion to Withdraw as counsel for the plaintiffs filed by plaintiff's counsel on or about 2 June, of 2009.

2. The Court entered an ORDER in or around December of 2009, denying counsel's Motion To Withdraw as counsel for plaintiffs based on the arguments advanced by plaintiff in **"PLAINTIFF'S OBJECTION TO COUNSEL'S MOTION TO WITHDRAW and PLAINTIFF'S RESPONSE TO COUNSEL'S REPLY TO PLAINTIFF'S OBJECTION TO COUNSEL'S MOTION TO WITHDRAW."** Thus, the plaintiff hereby reiterate the points articulated in the above referenced pleadings along with the exhibits attached thereto as if fully set out in the instant pleading as grounds to deny counsel's **RENEWED MOTION TO WITHDRAW.**

3. As stated in **Plaintiff's Response To Counsel's Reply To Plaintiff's Objection To Counsel's Motion To Withdraw**, once a Court of Competent Jurisdiction decides which plaintiff will be awarded the marital home place, that plaintiff will need representation in the instant matter and since plaintiff's counsel solicited plaintiffs to serve in that capacity, they should not be allowed to abandon plaintiffs at the eleventh hour regardless to which plaintiff ultimately benefits from their representation.

**WHEREFORE,** the undersigned request that this Honorable Court not allow counsel to withdraw as attorneys of record for Wilbert Cooley and Kandee Cooley in the above reference matter and to proceed with plaintiff's representation.

**RESPECTFULLY,** submitted this 31st day of January 2011.

> Wilbert Cooley
> 1070 Zurich Street
> Mobile, AL 36608

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I filed the foregoing with the Clerk of the Court and on the attorneys of record listed above by placing same in the U. S. Mail, First Class Postage Prepaid.

> Earl P. Underwood, Jr. (UNDEE6591)
> Underwood & Riemer, PC
> 21 South Section Street
> Fairhope, AL 36533-0969
> Telephone:   251.990.5558
> Facsimile:   251.990.0626
>
> James D. Patterson, (PATJ6485)
> Underwood & Riemer, PC
> 21 South Section Street
> Fairhope, AL 36533-0969
> Telephone:   251.990.5558
> Facsimile:   251.990.0626
>
> Kenneth J. Riemer, (RIEMK8712
> Underwood & Riemer, PC
> 21 South Section Street
> Fairhope, AL 36533-0969
> Telephone:   251.990.5558
> Facsimile:   251.990.0626
>
> Wilbert Cooley
> */s/ Wilbert Cooley*



Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

Attn: Gladys Lugo, Deputy Clerk
For The Honorable Marvin E. Aspen
U.S. District Court for the Northern
District of Illinois Eastern Division
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
FEB 07 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT