# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before<br>The Honorable Marvin E. Aspen |

### DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1. I am a principal of the law firm Goldberg Kohn Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter. Goldberg Kohn, and specifically myself, Steven A. Levy, Kathryn B. Walter, and Kerry D. Nelson have been appointed by this Court to act as Liaison Counsel for all of the Third-Party Defendants in this matter.

2. I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3. Through December 31, 2010, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $949.00.[1] A print out of an Invoice

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this total the amounts that correspond to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, drafting a motion for judgment against certain Third-Party Defendants that have not paid amounts owed for previous fees, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court and are comparable to the rates charged by other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the costs associated with this matter. See Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of February, 2011.

_____
David J. Chizewer

# EXHIBIT 1

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET  SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES  JANUARY 31, 2011
Third-Party Defendant Group  6312.002/198952
c/o Goldberg Kohn  PAGE 1
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

REGARDING:  LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/10 | Email communications with KBW re documents produced by NREIS | NXB+ | 0.80 | 148.00 |
| 10/25/10 | Telephone conference with H. Macklin re mediation (.30); telephone conference with B. Newman re same (.30); conference with KXD and email exchange with KBW re same (.20) | DJC | 0.80 | 400.00 |
| 10/25/10 | Office conference with DJC re status of third-party defendant settlement (.30); telephone conference with third-party defendant counsel H. Macklin re status of settlement (.30) | KXD | 0.60 | 180.00 |
| 10/27/10 | File KXD's appearance 05 C 7097 | MXE+ | 0.10 | 11.00 |
| 11/02/10 | Review recent pleadings | KXD | 0.10 | 30.00 |
| 11/09/10 | Attention to pleadings; review settlement demand letter from B. Newman | KXD | 0.20 | 60.00 |
| 11/18/10 | Call with M. Capuono re status of case relating to Rhode Island entities | KXD | 0.10 | 30.00 |
| 11/23/10 | Review pleadings and court's order granting in part and denying in party Third-Party Plaintiffs' request to correct errors in Fifth Amended Complaint | KXD | 0.10 | 30.00 |
| 11/30/10 | Attention to request from D. Ward re scheduling of mediation | KXD | 0.20 | 60.00 |
| | TOTAL FOR SERVICES | | $ | 949.00 |

+ DENOTES PARALEGAL

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JANUARY 31, 2011
6312.002/198952
PAGE 2

TOTAL THIS STATEMENT $ 949.00

**PREVIOUS STATEMENTS OUTSTANDING**

| BILL NO. | DATE | FEES | COSTS | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---|---|---|---|---|---|---|
| 191622 | 01/21/10 | 32,645.00 | 10,997.26 | 17,033.83 | 0.00 | 26,608.43 |
| 193640 | 04/28/10 | 29,478.00 | 2,866.41 | 0.00 | 0.00 | 32,344.41 |
| 195426 | 07/22/10 | 6,049.50 | 1,414.62 | 0.00 | 0.00 | 7,464.12 |
| 197042 | 10/29/10 | 7,128.00 | 172.99 | 0.00 | 0.00 | 7,300.99 |

TOTAL AMOUNT OUTSTANDING $ 73,717.95

TOTAL AMOUNT DUE $ 74,666.95

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

# REMITTANCE ADVICE

NATIONAL REAL ESTATE INFORMATION SERVICES
Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

JANUARY 31, 2011
6312.002/198952
PAGE 3

REGARDING:  LIAISON COUNSEL

| | | |
|---|---|---:|
| For Professional Services Rendered Thru Dec 31, 2010 | $ | 949.00 |
| For Service Charges/Disbursements Thru Dec 31, 2010 | $ | 0.00 |
| TOTAL | $ | 949.00 |

**PREVIOUS STATEMENTS OUTSTANDING**

| BILL NO. | DATE | FEES | COSTS | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---|---|---|---|---|---|---|
| 191622 | 01/21/10 | 32,645.00 | 10,997.26 | 17,033.83 | 0.00 | 26,608.43 |
| 193640 | 04/28/10 | 29,478.00 | 2,866.41 | 0.00 | 0.00 | 32,344.41 |
| 195426 | 07/22/10 | 6,049.50 | 1,414.62 | 0.00 | 0.00 | 7,464.12 |
| 197042 | 10/29/10 | 7,128.00 | 172.99 | 0.00 | 0.00 | 7,300.99 |

| | | |
|---|---|---:|
| TOTAL AMOUNT OUTSTANDING | $ | 73,717.95 |
| TOTAL AMOUNT DUE | $ | 74,666.95 |