IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before<br>   The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD

  PLEASE TAKE NOTICE that on Thursday, February 17, 2011 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and then and there present Liaison Counsel to Third-Party Defendants' **MOTION TO APPROVE FEES AND EXPENSES AND SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL TO THIRD-PARTY DEFENDANTS' FEES AND EXPENSES FROM OCTOBER 1, 2010 THROUGH DECEMBER 31, 2010**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

| | |
|---|---|
| Dated: February 9, 2011 | By: /s/ David J. Chizewer<br>*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*<br><br>David J. Chizewer<br>Steven A. Levy<br>Kathryn B. Walter<br>Kerry D. Nelson<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>Telephone (312) 201-4000<br>Facsimile (312) 332-2196 |

**CERTIFICATE OF SERVICE**

I, David J. Chizewer, hereby certify that on this 9th day of February, 2011, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer