IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage CO.,<br>Mortgage Lending Litigation | *<br>*<br>*<br>*<br>*  MDL No. 1715<br>*<br>*<br>*  Lead Case No. 05-CV-07097<br>*  Centralized before the Honorable<br>*  Marvin E. Aspen |
| *Wilbert Cooley et al. v. Ameriquest*<br>*Mortgage Company, et al*<br>Case No. 07 C 7182 | *<br>*<br>* |

### NOTICE OF PLAINTIFF'S INTENT TO FILE AN OBJECTION TO RENEWED MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL

**COME NOW** the undersigned plaintiff in the above referenced matter, and move this Honorable Court to take NOTICE of plaintiff's filing of this instrument informing the Court of his intention to file an "Objection to Plaintiff's Counsel's Renewed Motion to Withdraw as Plaintiff's Counsel." Plaintiff's Renewed Objection to Counsel's Renewed Motion to Withdraw, will state the grounds for the denial of counsel's renewed motion to withdraw.

**WHEREFORE**, the undersigned request that he be allowed time to formulate his motion and to file same with the Court and his counsel before the Court considers his counsel's renewed motion to withdraw.

**RESPECTFULLY** submitted this 15th day of January 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2011, I filed the foregoing with the Clerk of the Court and on the attorneys of record listed above by placing same in the U. S. Mail, First Class Postage Prepaid.

                        Earl P. Underwood, Jr. (UNDEE6591)
                        Underwood & Riemer, PC
                        21 South Section Street
                        Fairhope, AL 36533-0969
                        Telephone:    251.990.5558
                        Facsimile:     251.990.0626

                        James D. Patterson, (PATJ6485)
                        Underwood & Riemer, PC
                        21 South Section Street
                        Fairhope, AL 36533-0969
                        Telephone:    251.990.5558
                        Facsimile:     251.990.0626

                        Kenneth J. Riemer, (RIEMK8712
                        Underwood & Riemer, PC
                        21 South Section Street
                        Fairhope, AL 36533-0969
                        Telephone:    251.990.5558
                        Facsimile:     251.990.0626

                        Wilbert Cooley
                        */s/ Wilbert Cooley*