**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT SEARCH 2 CLOSE, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC ("Third-Party Plaintiffs") and Third-Party Defendant Search 2 Close, LLC ("Search 2 Close") hereby stipulate to the dismissal, with prejudice, of Third-Party Plaintiffs' claims in the Fifth Amended Consolidated Third-Party Complaint against Search 2 Close. All claims by Third-Party Plaintiffs against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Third-Party Plaintiffs and Search 2 Close shall bear their own costs and attorneys' fees.

DATED: February 11, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: February 11, 2011   Respectfully submitted,

By:  /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

DATED: February 11, 2011   Respectfully submitted,

By:  /s/  David William Warren
*Attorneys for Search 2 Close, LLC*

David William Warren, Esq.
JOELSON, ROSENBERG, MOSS, COHEN,
WARREN & DRASNIN, PLC
30665 Northwestern Highway, Ste. 200
Farmington Hills, MI 48334
Telephone:  (248) 855-2233

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 11th day of February 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies