**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO *ALL* MATTERS | | |

**NOTICE OF CHANGE OF ADDRESS FOR THOMAS J. WIEGAND**

Tomas J. Wiegand, counsel for Argent Mortgage Company LLC, Argent Securities, N.A., and Argent Securities, Inc. (collectively "Argent") hereby provides notice of a change in address:

Thomas J. Wiegand, Esq.
Molo Lamken LLP
540 Madison Avenue
New York, NY 10022
212-607-8180
212-607-8161 (fax)
twiegand@mololamken.com

I respectfully request that all future notices for Argent be sent to the new address provided above.

DATED: February 14, 2011

    Respectfully submitted,

    By: /s/ Thomas Wiegand

    Thomas J. Wiegand
    Molo Lamken LLP
    540 Madison Avenue
    New York, NY 10022
    212-607-8180
    212-607-8161 (fax)
    twiegand@mololamken.com

    *Attorney for Argent Mortgage Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, I filed the above and foregoing with the Court's ECF system, and by doing so served a copy on all parties.

/s/__Thomas J. Wiegand_____