**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO *ALL* MATTERS ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Hon. <br> Marvin E. Aspen) |

**WINSTON & STRAWN LLP'S MOTION TO WITHDRAW APPEARANCES
OF GREGORY J. MIARECKI AND DAVID E. DAHLQUIST**

Winston & Strawn LLP ("Winston & Strawn"), respectfully requests that the Court withdraw Gregory J. Miarecki and David E. Dahlquist as counsel in the above-captioned matter pursuant to Local Rule 83.17. In support of its Motion, Winston & Strawn states as follows:

1. Winston & Strawn (Thomas J. Wiegand, Gregory J. Miarecki, David E. Dahlquist) is currently counsel of record for Defendants Argent Mortgage Company, LLC, Argent Securities, N.A., and Argent Securities, Inc. (collectively "Argent").

2. Effective Friday, February 11, 2011, Thomas J. Wiegand left Winston & Strawn and is now affiliated with the firm of Molo Lampen LLP. Mr. Wiegand's new contact information is provided below:

Molo Lamken LLP<br>
540 Madison Avenue<br>
New York, NY 10022<br>
212-607-8180<br>
212-607-8161 (fax)<br>
twiegand@mololamken.com

3. Mr. Wiegand will continue to represent Argent from his new law firm.

4. Messrs. Dahlquist and Miarecki will no longer be participating in this case. They

do not need notice of filings and should be removed from all service lists including the CM/ECF system.

WHEREFORE, for the foregoing reasons, Winston & Strawn respectfully requests that this Court remove Winston & Strawn including Messrs. Dahlquist and Miarecki from all service lists and as counsel for Defendant Argent.

DATED: February 14, 2011

        Respectfully submitted,

        By: /s/ David E. Dahlquist

        Gregory J. Miarecki
        David E. Dahlquist
        Winston & Strawn, LLP
        35 West Wacker Drive
        Chicago, Illinois 60601-9703
        Telephone: (312) 558-5600
        Facsimile: (312) 558-5700
        twiegand@winston.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2011, I filed the above and foregoing with the Court's ECF system, and by doing so served a copy on all parties.


                /s/ David E. Dahlquist_____