**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO *ALL* MATTERS | | |

**NOTICE OF MOTION**

Please Take Notice that on February 24, 2011 at 10:30 A.M. we shall appear before the Honorable Marvin E. Aspen, Room 2568, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Winston & Strawn LLP's Motion to Withdraw Appearances of Gregory J. Miarecki and David E. Dahlquist.

DATED: February 14, 2011

                                                                                                                                Respectfully submitted,

                                                                                                                                By: /s/ David E. Dahlquist

                                                                                                                                Gregory J. Miarecki
                                                                                                                                David E. Dahlquist
                                                                                                                                Winston & Strawn, LLP
                                                                                                                                35 West Wacker Drive
                                                                                                                                Chicago, Illinois 60601-9703
                                                                                                                               Telephone: (312) 558-5600
                                                                                                                               Facsimile: (312) 558-5700
                                                                                                                               twiegand@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, I filed the above and foregoing with the Court's ECF system, and by doing so served a copy on all parties.

/s/ David E. Dahlquist