**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

_____

THIS DOCUMENT RELATES TO:
Dixon, et al. v. Argent Mortgage Co., et al. Case
No. ILN 07-3582

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before The Honorable
Marvin E. Aspen)

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, plaintiffs Brian

Dixon and Cynthia Dixon hereby stipulate to the dismissal of Plaintiffs' claims against all named

Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case

being dismissed through this stipulation including, without limitation, any and all claims set forth

in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted,

Respectfully submitted,

By: /s/ Christopher M. Lefebvre

By: /s/ Bernard E. LeSage

*Attorneys for Plaintiffs Brian Dixon and Cynthia Dixon*

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket , RI 02862
Telephone: (401) 728-6060
Facsimile: (401) 728-6534

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 8243248v1

2

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 10th day of February 2011, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage