## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 14, 2011:


    MINUTE entry before Honorable Marvin E. Aspen:Joint stipulation of dismissal of claims against third−party defendant Search 2 Close, LLC is allowed. Pursuant to Fed.R.Civ.P. 41(a) all claims of third−party plaintiffs in the Fifth Amended Consolidated third−party complaint against Search 2 Close, LLC are dismissed with prejudice. Third−party plaintiffs and Search 2 Close shall bear their own costs and attorneys' fees. All claims by third−party plaintiffs against other third−party defendants, to the extent there are any, shall remain and are not dismissed. Search 2 Clos LLC terminated.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.