**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: Dinobile v. Argent Mortgage Company, et al. Case No. ILN 08-0181 | (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, plaintiffs Paul John Dinobile and Claire Dinobile hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

Respectfully submitted,                    Respectfully submitted,


By:  /s/  Christopher M. Lefebvre          By:  /s/ Bernard E. LeSage

*Attorneys for Plaintiffs Paul John Dinobile*   *Attorneys for Ameriquest Mortgage Company;*
*and Claire Dinobile*                      *AMC Mortgage Services, Inc.; Town & Country*
                                           *Credit Corporation; Ameriquest Capital*
Christopher M. Lefebvre, Esq.              *Corporation; Town & Country Title Services, Inc.;*
Claude Lefebvre, Christopher Lefebvre,     *and Ameriquest Mortgage Securities, Inc.*
P.C.
P.O. Box 479                               Bernard E. LeSage, Esq.
Pawtucket , RI 02862                       Sarah K. Andrus, Esq.
Telephone: (401) 728-6060                  BUCHALTER NEMER, a P.C.
Facsimile: (401) 728-6534                  1000 Wilshire Boulevard, Suite 1500
                                           Los Angeles, CA 90017-2457
                                           Telephone: (213) 891-0700
                                           Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 22nd day of February 2011, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage