IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>Regine, et al. v. Ameriquest Mortgage Co. Case No. ILN 07-0131 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, plaintiffs Ronald J. Benoit, Lori Danis, Roland Danis, Holly Dupuis, Kerry Gaboriault, Richard Gaboriault, Frank Regine, Linda Rita and LuAnn Singleton hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ Christopher M. Lefebvre | By: /s/ Bernard E. LeSage |
| *Attorneys for Plaintiffs Ronald J. Benoit, Lori Danis, Roland Danis, Holly Dupuis, Kerry Gaboriault, Richard Gaboriault, Frank Regine, Linda Rita and LuAnn Singleton* | *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.* |
| Christopher M. Lefebvre, Esq.<br>Claude Lefebvre, Christopher Lefebvre, P.C.<br>P.O. Box 479<br>Pawtucket , RI 02862<br>Telephone: (401) 728-6060<br>Facsimile: (401) 728-6534 | Bernard E. LeSage, Esq.<br>Sarah K. Andrus, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 22nd day of February 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage