**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

___

| | | |
|---|---|---|
| JOHN EGGERT and KENNETH NATHAN, as Trustee of bankruptcy suit 06-54759-pjs (E.D. Mich.), | ) ) ) ) | 07 cv 1631 |
| Plaintiffs, | ) ) | Originally 07 cv 93 (W.D. Mich.) |
| v. | ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 cv 7097 |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2004-R3, AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | **DEMAND FOR JURY TRIAL** |

**MOTION TO WITHDRAW REPRESENTATION OF
PLAINTIFF KENNETH NATHAN,
AS TRUSTEE OF BANKRUPTCY SUIT 06-54759-PJS (E.D. MICH.)**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiff Kenneth Nathan, as Trustee of Bankruptcy Suit 06-54759-pjs (E.D. Mich.) pursuant to Rule 83.17 of the Northern

1

District of Illinois.

In support of this motion, Counsel state the following:

1. Notice of this motion has been sent by regular and certified mail to plaintiff Kenneth Nathan's last known address.

2. Despite repeated attempts, counsel has been unable to contact plaintiff Kenneth Nathan.

3. This communication breakdown between plaintiff Kenneth Nathan and counsel has made it unreasonably difficult to represent plaintiff Kenneth Nathan.

4. Counsel will continue to pursue this case on behalf of John Eggert.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiff Kenneth Nathan and grant plaintiff Kenneth Nathan 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2