# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before Judge Marvin E. Aspen |
| JOHN EGGERT and KENNETH NATHAN, as Trustee of bankruptcy suit 06-54759-pjs (E.D. Mich.), | 07 cv 1631 |
| Plaintiffs, | Originally 07 cv 93 (W.D. Mich.) |
| v. | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 cv 7097 |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2004-R3, AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Tuesday, March 8, 2011,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF KENNETH NATHAN, AS TRUSTEE OF BANKRUPTCY SUIT 06-54759-PJS (E.D. MICH.),** a copy of which is hereby served upon you.

                                        s/Cathleen M. Combs
                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on February 25, 2011, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Bernard E. LeSage
blesage@buchalter.com

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

                                        s/Cathleen M. Combs
                                        Cathleen M. Combs