IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## DECLARATION OF DAVID T. MCGEE

1. I am an adult resident of the State of Alaska and am fully competent to provide testimony to this court. I make this declaration of personal knowledge.

2. I am employed by the firm of Dorsey & Whitney LLP, attorneys for Argent Mortgage Company, LLC ("Argent") in the Alaska state court matter entitled Ellis v. Alyeska Title, et al.

3. I spoke by telephone with Timothy Dooley, Esq., counsel of record for Plaintiffs Donald and Kewanna Ellis in the Alaska state court matter during the last week of July 2010 to inform him that because Donald Ellis was a member of a class action lawsuit that had settled its claims against Argent, Argent would seek the dismissal of Ellis's claims in Alaska. The documents supporting my conversation with Mr. Dooley were provided in supplemental discovery responses on August 2, 2010. True and correct copies of those discovery responses are attached hereto as Exhibit "1" and incorporated herein by reference.

4. Attached to this declaration as Exhibit "2" and incorporated herein by reference is a true and correct copy of a letter sent by Mr. Dooley on July 1, 2008, seeking rescission of Ellis's loan under the Truth in Lending Act. This letter was produced via discovery responses by Ellis, and is labeled 000140-000142.

5. Attached to this declaration as Exhibit "3" and incorporated herein by reference is the U.S. Department of Housing and Urban Development Settlement Statement, signed by Donald Ellis during the closing on his purchase of 521 Bitterroot (labeled 000001-000002). This document demonstrates that only Donald Ellis was listed as a borrower in the transaction, and his wife Kewanna Ellis was not.

6. Attached hereto as Exhibit "4" and incorporated herein by reference are true and correct copies of Alaska superior court log notes of hearings that took place on December 21, 2010, and December 29, 2010.

7. On February 24, 2010, in the Alaska state court action, I attended and took the deposition of Plaintiff Donald Ellis before a certified court reporter. Attached hereto as Exhibit "5" and incorporated herein by reference are true and correct copies of relevant pages of Mr. Ellis's deposition transcript.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ALASKA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 25 day of February, 2011 at Anchorage, Alaska.

David T. McGee

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 28th day of February 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the addressees on the attached Service List. I also certify that a hard copy was served via certified and regular mail to:

> Christopher and Bleu Thompson
> 9828 NW 15th Street
> Pembroke Pines, FL 33024

Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

**SERVICE LIST**

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Cheryl Talley
1577 Deer Path Lane
Franklin Grove, IL 61031

Cynthia Casteel
705 9th Street, NW
Huntsville, AL 35805

Daniel J Whitaker
113 Daventry Drive
Calera, AL 35040

David J. Tarpley
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville, TN 37201

Estella Byrd
910 Woodall Lane
Huntsville, AL 35816

Gregory Day
6345 Stablewood Way
Lithonia, GA 30058

Jackie Champion
1372 Myrick Road
Elmore, AL 36025

John Cseh
12800 Shaker Boulevard, Suite U12
Cleveland, OH 44120

John J. McDonough
Cozen O'Connor
45 Broadway, Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 1/2 N. Main St., Suite 2
London, KY 40741

John Robert King
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, TX 78601

Jonathan Lee Riches
#40948-018
Lexington
P. O. Box 14500
Lexington, KY 40512

Joseph Abruscato
607 East Barksdale Drive
Mobile, AL 36606

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

Janice Long
2400 Scarlette Lane, Southeast
Conyers, GA 30013

Lisa Parker
425 Water Street
Prattville, AL 36067

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

### SERVICE LIST (cont.)

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334-3174

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Robert W. Smyth, Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603

David McGee, Esq.
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501

Steven S. Elliott
12 E. Exchange Street
8th Floor
Akron, OH 44310

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

William Champion
1372 Myrick Road
Elmore, AL 36025

Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

BN 8322302v1