**EXHIBIT 1**

Michael R. Mills #8911074
David T. McGee #0811075
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>                 Plaintiffs,<br>vs.<br><br>ALYESKA TITLE GUARANTY AGENCY, et al.,<br><br>                 Defendants. | |
| ALASKA STATE MORTGAGE COMPANY, INC. and SUSAN MCCREADY,<br><br>               Third-Party Plaintiffs,<br>vs.<br><br>JASON WOOTEN,<br><br>               Third-Party Defendant. | DOCKETED |

**ARGENT MORTGAGE COMPANY, LLC'S FIRST SUPPLEMENTAL
RESPONSE TO ELLIS' DISCOVERY REQUESTS TO
ARGENT MORTGAGE COMPANY, LLC**

ARGENT MORTGAGE COMPANY, LLC'S FIRST
SUPPLEMENTAL RESPONSE TO ELLIS' DISCOVERY
REQUESTS
Page 1 of 4

*Ellis v. Alyeska Title, et al.*
**EXHIBIT 1**
Case No. 3AN-08-9154 CI

Defendant Argent Mortgage Company, LLC ("Argent"), by and through the undersigned counsel submits the following supplemental response to the Ellis' Discovery Requests to Argent Mortgage Company, LLC. Responsive documents have been produced to Ellis on disk; other parties may receive a disk upon request.

**Request for Interrogatory No. 1:** Referring to your Answer and any amended answers, please provide all facts that support, contradict, or relate in any way to your denials, defenses, affirmative defenses, counterclaims, and cross-claims, if any.

**Supplemental Response to Interrogatory No. 1:** Donald Ellis is a member of a class that has settled a class action lawsuit against Ameriquest Mortgage Company and certain of its affiliates, including without limitation, Argent. Mr. Ellis received notice that he was a member of the class, and he did not opt out. Mr. Ellis is therefore precluded by the terms of the settlement from bringing the present claims against Argent, and all his (and Mrs. Ellis's) claims should be dismissed. See the class action settlement agreement, produced as ARG-01559 through ARG-01593.

DATED this 2 day of August, 2010, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorney for Defendant
Argent Mortgage Company, LLC

By: _____
Michael R. Mills, ABA #8911074
David T. McGee, ABA #0811075

ARGENT MORTGAGE COMPANY, LLC'S FIRST
SUPPLEMENTAL RESPONSE TO ELLIS' DISCOVERY
REQUESTS
Page 2 of 4

*Ellis v. Alyeska Title, et al.*
**EXHIBIT 1**
Case No. 3AN-08-9154 CI

## VERIFICATION

STATE OF CALIFORNIA

COUNTY OF ORANGE

§§

    Stephen Newcomb, being first duly sworn upon oath, deposes and says that he/she has reviewed the answers to interrogatories and responses to requests for production provided herewith, and that they are correct to the best of his/her knowledge and belief.

ARGENT MORTGAGE COMPANY, LLC

BY: _Stephen Newcomb_

ITS: _Senior Paralegal_

   See Attached

    THIS IS TO CERTIFY that on the _____ day of _____, 2010, at _____, _____, before me personally appeared _____, whom I know; and he/she acknowledged to me that he/she executed the foregoing instrument for and on behalf of ARGENT MORTGAGE COMPANY, LLC; that he/she is _____ of said limited liability company, and is authorized to so execute; that he/she knew the contents thereof and that the same was the free and voluntary act of said corporation, by him/her performed.

                                              Notary Public in and for California
                                              My Commission Expires:_____

ARGENT MORTGAGE COMPANY, LLC'S FIRST
SUPPLEMENTAL RESPONSE TO ELLIS' DISCOVERY
REQUESTS
Page 3 of 4

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-06-9154 CI

EXHIBIT 1

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California       )
                          ) ss:
County of Orange          )

On August 2, 2010, before me, Jon Klein, Notary Public, personally appeared Stephen Newcomb, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal:

_____
Jon Klein, Notary Public

JON KLEIN
Commission # 1867596
Notary Public -- California
Orange County
My Comm. Expires Oct 9, 2013

**EXHIBIT 1**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ☐ hand delivery and/or ☑ mail this __2__ day of August, 2010, to:

Mr. Tim Dooley
Law Office of Tim Dooley
921 West 6th Avenue., Suite 200
Anchorage, Alaska 99501
*Attorney for Plaintiffs*

Mr. Howard S. Trickey
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
*Attorneys for AK Title Guaranty Agency*

Mr. Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
*Attorneys for Vista Real Estate, Inc.*

Mr. Paul J. Nangle
Paul J. Nangle & Associates
Kerry Building, 101 Christensen Drive
Anchorage, Alaska 99501
*Attorneys for Jonathan Ruf*

Mr. Paul Stockler
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501
*Attorney for Keith Facer*

Mr. Brett von Gemmingen
Law Office of Brett von Gemmingen
637 West 3rd Avenue
Anchorage, Alaska 99501
*Attorney for Gary Paterna*

Mr. Richard Ullstrom
Routh Crabtree Olsen, PS
3000 A Street, Suite 200
Anchorage, AK 99503
*Attorneys for Litton Loan Servicing,
Soundview Home Loan Trust,
Deutsche Bank National Trust Co.*

Mr. Kevin G. Clarkson
Brena, Bell & Clarkson, P.C.
810 N. Street, Suite 1000
Anchorage, Alaska 99501
*Attorneys for Don Murray*

Mr. Michael A. Brain
Law Offices of Royce & Brain
1407 W 31st Avenue, 7th Floor
Anchorage, AK 99503-3678
*Attorneys for Suzan McCready,
Alaska State Mortgage Co.*

Mr. Kevin T. Fitzgerald
Ingaldson Maassen & Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501
*Attorneys for Third-Party Defendant
Jason Wooten*

I further certify that this document was produced in Times New Roman 13.

_[signature]_
Certification signature

ARGENT MORTGAGE COMPANY, LLC'S FIRST
SUPPLEMENTAL RESPONSE TO ELLIS' DISCOVERY
REQUESTS
Page 4 of 4

*Ellis v. Alyeska Title, et al.*
**EXHIBIT 1**
Case No. 3AN-08-9154 CI