**EXHIBIT 2**

**LAW OFFICE OF TIM DOOLEY**
921 West 6th Avenue, Suite 200
Anchorage, Alaska 99501-2044

Fax: (907) 258-0801                                Phone: (907) 279-7327

July 1, 2008

Mr. Keith Facer
Vista Real Estate, Inc.
dba Prudential Jack White Real Estate
3801 Centerpoint Dr., Ste. 201
Anchorage, AK 99503
CMRRR:    7004 0750 0000 7171 2423



Ms. Naomi Lou Louvier, Registered Agent
Vista Real Estate, Inc.
dba Prudential Jack White Real Estate
3801 Centerpoint Dr., Ste. 200
Anchorage, AK 99503
CMRRR:    7004 0750 0000 7171 2447

Mr. Jonathan Ruff
P.O. Box 2325666
Anchorage, AK 99523
CMRRR:    7004 0750 0000 7171 2416

Ms. Holli Stroud, Loan Closer
Alyeska Title Guaranty Agency
3801 Centerpoint Dr., Ste. 102
Anchorage, AK 99503
CMRRR:    7004 0750 0000 7171 2409

Ms. Naomi Lou Louvier, Registered Agent
Alyeska Title Guaranty Agency, Inc.
3801 Centerpoint Dr., Ste. 200
Anchorage, AK 99503
CMRRR:    7004 0750 0000 7171 2430

Argent Mortgage Company, LLC
National Registered Agents, Inc., Registered Agent
9360 Glacier Hwy Ste 202
Juneau, AK 99801
CMRRR:    7006 2760 0002 7709 2847

000140

Notice of Claim - Request for Rescission
Loan Number 008284394-9503      Page 1 of 3      EXHIBIT 2
                                                 Page 6 of 8

Citi Residential Lending, Inc.
C T Corporation System, Registered Agent
9360 Glacier St., Ste. 202
Juneau, AK 99801
CMRRR:     7006 2760 0002 7709 2830

In RE:     **NOTICE OF CLAIM - REQUEST FOR RESCISSION**
521 Bitterroot Circle
Anchorage, AK 99504
Anchorage 006-391-58-000
Lot 3, Block 4 of Mountain Dale
Settlement Date 7/19/2005
Escrow File Number 00010831-001 HMS
Loan Number 0082804394-9503

    1.     The forgoing transaction was part of a fraudulent scheme to inflate property values. The fraud became public knowledge when the federal indictment was handed down on December 31, 2007. It appears that the culpable parties engaged in a series of transactions harming at least 56 people or entities, of which Don Ellis was one. They engaged in a large number fraudulent transactions in a single neighborhood to dramatically increase the property values of the neighborhood. The properties were rental properties. The owners "leased" the premises to insider related parties and third parties at reported high rentals to justify valuations.

    2.     Utaska Corp, Inc. acquired the property on December 5, 2003 with a mortgage of $166,600. Five months later, on May 17, 2004, conspirator Lance Lockhard acquired the property, along with one other property for $520,800 or $260,000 each. One month later on June 16, 2004, Lance Lockhard transferred the property to Jonathon Ruf, a co-conspirator with a mortgage of $270,400. The conspirators then sold the property on July 19, 2005 to Don Ellis, an innocent investor, for $370,000. The scheme netted the conspirators a 122% appreciation in only fourteen months or 104% annually. This increase occurred without significant improvements to the property and significantly exceeded the market returns in Anchorage for the period. These values were supported in part by the numerous other transactions the conspirators engaged in.

    3.     Keith Facer, a member of the conspiratorial group, was the real estate agent who contracted to represent Mr. Ellis. Mr. Facer failed to disclose his relationship to the conspiracy or the facts regarding flipping the property, insider transactions, fraudulent leases, and failed to provide the appraisal report, failed to advise his client to obtain estoppel certificates from the tenants, or perform any due diligence regarding the properties.

    4.     The conspirators were employees of corporations that had the duty to adequately supervise their employees so that they did not commit fraudulent transactions.

000141

Notice of Claim - Request for Rescission
Loan Number 008284394-9503     Page 2 of 3     EXHIBIT 2
Page 7 of 8

Those corporations breached their duty to Mr. Ellis. Accordingly, these corporations have culpability in this transaction.

5. The fraudulent conduct also violated the federal truth in lending statutes because the information regarding the transaction was not fully and fairly presented. This violation of the federal statute and common law fraud gives rise to the remedy of rescission; see attached copy of *Helton v. World Wide Financial Svcs. 2003 U.S. Dist. Lexis 26156 (U.S. Dist. Mich. 2003)*.

6. You have thirty (30) days to accept our offer of rescission, to satisfy the loan and return to us the $69,003.00 in payments that we have made on the property. As demonstrated in *Helton*, your failure to accept the rescission offer may allow us to retain the property free and clear of the note and deed of trust.

7. Alternatively we will seek to have the note declared null and void because they were procured by fraud. See, e.g., *Whitfield v. Carolina Housing & Mtg. Corp. 92 SE 2d 78 (N. Cal. 1956)*.

8. Presumably, while CitiFinancial purchased the loan, without notice of the fraud, CitiFinancial cannot claim holder in due course status. First, the note was a consumer loan with a mortgage on a principle residence which preceded HDC status. Second, a holder in due course is subject to the defenses of illegality of the transaction and fraud. A.S. 45.03.305 (a)(I). Without the HDC Rule, assignees of negotiable instruments step into the shoes of their seller and are liable for all claims that may be brought against the originator. CitiFinancial will still have the right to recourse against its predecessors in interest.

9. In contrast, the co-conspirators are barred from any recovery due to their fraud, see, i.e. *Brooks v. Creech*, 2003 Tenn. App. Lexis 57 (2003).

Sincerely,

LAW OFFICE OF TIM DOOLEY

Tim Dooley

Enc:
Stone v. Michigan Housing Ben. 728 F. Supp. 1341 (Mich. 1989)
Nine Charged with Mortgages Fraud <u>Anchorage Daily News</u> Dec. 18, 2007
Mortgage fraud: Recognition and Prevention. Texas Bar Journal (March 2008)
Brooks v. Creech. 2003 Tenn. App. Lexis 57 (2003)
Whitefield v. Carolina Housing & Mortgage Corp. 92 SE 2d 78 (N. Car. 1956)
AS 09.30.070
Indictment

cc: Donald L. Ellis

000142

Notice of Claim - Request for Rescission
Loan Number 008284394-9503      Page 3 of 3      EXHIBIT 2
Page 8 of 8