**EXHIBIT 3**

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | | B. TYPE OF LOAN | OMB No. 2502-0205 |
|---|---|---|---|
| | | 1. ☐ IA  2. ☐ FMHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. | |
| Alyeska Title Guaranty Agency 3801 Centerpoint Dr, Suite 102 Anchorage, AK 99503 | | 6. ESCROW FILE NUMBER: 00010831-001 HMS | 7. LOAN NUMBER: 0082804394-9503 |
| | | 8. MORTGAGE INSURANCE CASE NUMBER: | |

**Final**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | Donald L. Ellis |
|---|---|
| ADDRESS OF BORROWER: | 521 Bitterroot Circle<br>Anchorage, AK 99504 |
| E. NAME OF SELLER: | Jonathan S. Ruf |
| ADDRESS OF SELLER: | P.O. Box 2325666<br>Anchorage, AK 99523 |
| F. NAME OF LENDER: | ARGENT MORTGAGE COMPANY, LLC          Alaska State Mortgage Company |
| ADDRESS OF LENDER: | 2603 Main Street          266 W. 34th Avenue<br>Irvine, CA 92614          Anchorage, AK 99503 |
| G. PROPERTY LOCATION: | 521 Bitterroot Circle<br>Anchorage, AK 99504<br>Anchorage 006-391-58-000<br>Lot 3, Block 4, of Mountain Dale |
| H. SETTLEMENT AGENT: | Alyeska Title Guaranty Agency |
| PLACE OF SETTLEMENT: | 3801 Centerpoint Dr, Suite 102, Anchorage, AK 99503 |
| I. SETTLEMENT DATE: 07/19/2005 | PRORATION DATE: 07/26/2005  FUNDING DATE: 07/25/2005 |

PLAINTIFF
EXHIBIT NO. 1
ADMITTED ☐
3AN-08-9154 CI
(CASE NUMBER)

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract Sales Price | 370,000.00 | 401. Contract Sales Price | 370,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 12,855.67 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 382,855.67 | 420. Gross Amount Due to Seller | 370,000.00 |
| **200. Amounts Paid by or In Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 296,000.00 | 502. Settlement charges to Seller (line 1400) | 11,201.60 |
| Alaska State Mortgage Company | | | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Funds from Second Loan | 73,452.20 | 504. Payoff of first mortgage loan | 272,348.08 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Pays Closing Costs | 12,500.00 | 506. Seller Pays Closing Costs | 12,500.00 |
| 207. Contract Seller Cost/Appraisal | 750.00 | 507. Contract Seller Cost/Appraisal | 750.00 |
| 208. Security Deposit A | 750.00 | 508. Security Deposit A | 750.00 |
| 209. Security Deposit B | 750.00 | 509. Security Deposit B | 750.00 |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes 07/01/05 - 07/26/05 | 295.16 | 511. County Taxes 07/01/05-07/26/05 | 295.16 |
| 212. Assessments | | 512. Assessments | |
| 213. Rent Unit A 07/26/05-08/01/05 | 216.99 | 513. Rent Unit A 07/26/05-08/01/05 | 216.99 |
| 214. Rent Unit B 07/26/05-08/01/05 | 216.99 | 514. Rent Unit B 07/26/05-08/01/05 | 216.99 |
| 215. Pet Deposit | 250.00 | 515. Pet Deposit | 250.00 |
| 216. Rent Credit | 500.00 | 516. | 500.00 |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 386,681.34 | 520. Total Reductions In Amount Due Seller | 299,778.82 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 382,855.67 | 601. Gross amount due to Seller (line 420) | 370,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | 386,681.34 | 602. Less reductions in amount due Seller (line 52) | 299,778.82 |
| 303. Cash TO Borrower: | 3,825.67 | 603. Cash TO Seller: | 70,221.18 |

000001

EXHIBIT 2
Page 4 of 8

c.rpt (12/17/2003)                                           Printed by Heather Stahn on 07/19/2005 at 04:41:11

OMB No. 2502-0265

| L. SETTLEMENT CHARGES: | ESCROW FILE NUMBER: 00010831-001 HMS | | |
|---|---|---|---|
| 700. Total Sales/Broker's Commission | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| Based on Price $315,000.00 @ % =  8,950.00 | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $  to Over Looked Properties | | | |
| 702. $  8,950.00 to Prudential Jack White Vista R | | | |
| $  to | | | |
| 703. Commission paid at settlement | | | 8,950.00 |
| 704. | | | |
| 800. Items Payable In Connection With Loan | | | |
| 801. Loan Origination Fee 2.25% to Alaska State Mortgage Company | | 6,660.00 | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee to Charles Carlson | | 750.00 | |
| 804. Credit Report to Credco | | 25.00 | |
| 805. Lenders inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Underwriting Fee to ARGENT MORTGAGE COMPANY, LLC | | 550.00 | |
| 809. Processing Fee to Alaska State Mortgage Company | | 350.00 | |
| 810. Tax Related Service Fee to ARGENT MORTGAGE COMPANY, LLC | | 70.00 | |
| 811. **See attached for breakdown | | 9.00 | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from 07/25/05 to 08/01/05 @$53.93/day (7 days) | | 377.51 | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium for 1yr Year(s) to Country Mutual Insurance Compa | | 582.33 | |
| 904. | | | |
| 905. | | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard Insurance 3 months @$48.53 per month | | 145.59 | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes 1 months @$352.58 per month | | 352.58 | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. AGGREGATE ADJUSTMENT months @$ | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to Alyeska Title Guaranty Agency | | 260.00 | 260.00 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $ 296,000.00 | | 426.00 | |
| 1110. Owner's coverage $ 370,000.00 | | | 1,113.60 |
| Lender's coverage $ | | | |
| Lender's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. Fed Ex / Wire Fee to Alyeska Title Guaranty Agency | | 35.00 | 20.00 |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording Fees: Deed$ 27.00 Mortgage $ 137.00 Release $ | | 82.00 | 82.00 |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. Homestead Waiver to Alyeska Title Guaranty Agency | | 13.50 | 13.50 |
| 1207. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection | | | |
| 1303. 2nd 1/2 Tax 006-391-58-000 to Municipality of Anchorage | | 2,154.66 | |
| 1304. Attorney Doc Prep to Frank J. Nosek, Jr | | 12.50 | 12.50 |
| 1305. Home Warranty to HSA | | | 650 ~~750.00~~ |
| 1306. | | | |
| 1307. | | | |
| 1400. Total Settlement Charges (Enter on line 103, Section J -and- line 502, Section K) | | 12,855.67 | 11,201.60 |

000002

Hudc.rpt (12/17/2003)

EXHIBIT 2
Page 5 of 8

/19/2005 at 04:41:11 PM