# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Denlow |

## MOTION FOR JUDGMENT

Defendant, Third-Party Defendant, BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., ("BuyOwner") by its attorneys moves this Honorable Court pursuant to Federal Rule of Civil Procedure 58 to enter an Order of Judgment in favor of Third-Party Defendant, BuyOwner and against Plaintiffs, Christopher and Bleu Thompson and in support thereof, states as follows:

1. On January 12, 2011, this Court granted Third-Party Defendant's Motion to Dismiss Plaintiff's Complaint with prejudice thus resolving the Third-Party Complaint against Third-Party Defendant, BuyOwner. (Exhibit A).

2. BuyOwner, therefore, is entitled to entry of judgment in this matter.

WHEREFORE, Third-Party Defendant, BUYOWNER TITLE, INC., respectfully requests that this Court enter an Order of Judgment in its favor.

           Respectfully submitted,

           BUYOWNER TITLE, INC.

           By: /s/ Siobhán M. Murphy
               One of Its attorneys

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778