# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| _____<br>THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION OF THIRD-PARTY DEFENDANT, BUYOWNER TITLE, INC.'S MOTION FOR JUDGMENT

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on March 8, 2011 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois and then and there present Third-Party Defendant's **Motion for Judgment.**

　　　　　　　　　　　　　　　　　　　/s/ Siobhán M. Murphy_____
　　　　　　　　　　　　　　　　　　　One of the Attorneys for BuyOwner Title, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, I electronically filed the Motion of Third Party Defendant, BuyOwner Title, Inc.'s Motion for Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

　　　　　　　　　　　　　　　　　　　/s/ Siobhán M. Murphy_____
　　　　　　　　　　　　　　　　　　　One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778

4812-3214-7208.1