AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois Eastern
### Division

Thompson, et al **JUDGMENT IN A CIVIL CASE**

v. Case Number: 05 C 7097(09C1149)

Deutsch Bank, et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that we grant the motion to dismiss pursuant to Rule 41(b), with prejudice. Judgment is entered in favor of defendant, Third-party defendant, BuyOwner Title Inc and against plainiffs.

Michael W. Dobbins, Clerk of Court

Date: 3/2/2011

/s/ Gladys Lugo, Deputy Clerk