# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br> (09C1149) <br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Magistrate Judge Denlow |

### ORDER FOR JUDGMENT

On January 12, 2011, this Court granted Third-Party Defendant, BUYOWNER TITLE, INC., sued incorrectly as BUYOWNER TITLE OF SOUTH FLORIDA's ("BuyOwner") Motion to Dismiss Plaintiffs, Christopher and Bleu Thompson's Complaint with prejudice thereby resolving all third-party claims against BuyOwner. This Court granted the motion by minute entry dated January 12, 2011. Therefore, pursuant to Rule 58;

**IT IS HEREBY ORDERED** that judgment be entered in favor of Third-Party Defendant, BUYOWNER TITLE, INC.

ENTERED:

_Marvin E. Aspen_

Dated: March 2, 2011

Judge: _____

4822-3989-4280.1

