# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Denlow |

## AMENDED MOTION TO TERMINATE APPEARANCES

Defendant, Third-Party Defendant, BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., ("BuyOwner") by its attorneys moves this Honorable Court to terminate its appearances in the above captioned matter and in support thereof, states as follows:

1. On January 12, 2011, this Court granted Defendant's Motion to Dismiss thus resolving the Third-Party Complaint against Defendant BuyOwner.

2. The last day to file a notice of appeal or timely motion was February 11, 2011.

3. As of February 17, 2011, Plaintiffs have not filed a notice of appeal or a motion in this Court.

4. On March 2, 2011, this Court entered an Order for Judgment in favor of Third-Party Defendant, BuyOwner. (Exhibit A).

5. Third-Party Defendant's attorneys, Siobhán M. Murphy and Danny L. Worker, therefore request that they be removed from the docket list in this matter and their appearances terminated.

4837-7722-7784.1

WHEREFORE, Third-Party Defendant, BUYOWNER TITLE, INC., respectfully requests that this Court terminate the appearances of Siobhán M. Murphy and Danny L. Worker.

Respectfully submitted,

BUYOWNER TITLE, INC.

By: /s/ Siobhán M. Murphy
     One of Its attorneys

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778

4837-7722-7784.1