UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen <br><br> Magistrate Judge Denlow |

### AMENDED NOTICE OF MOTION OF THIRD-PARTY DEFENDANT, BUYOWNER TITLE, INC.'S MOTION TO TERMINATE APPEARANCES

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on March 22, 2011 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois and then and there present Third-Party Defendant's **Amended Motion for Terminate Appearances.**

/s/ Siobhán M. Murphy
One of the Attorneys for BuyOwner Title, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I electronically filed the Motion of Third Party Defendant, BuyOwner Title, Inc.'s Amended Motion to Terminate Appearances with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

/s/ Siobhán M. Murphy
One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy - 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778

4849-0321-2808.1