**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

| | |
|---|---|
| EVERETT K. ROSEMON and ) <br> GRAUNDIA ROSEMON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> WM SPECIALTY MORTGAGE, LLC, ) <br> AMC MORTGAGE SERVICES, INC., and ) <br> DOES 1-5, ) <br> ) <br> ) <br> Defendants. ) | 06 C 6441 <br><br> Judge Darrah <br> Magistrate Judge Keys <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097) <br><br><br> **JURY DEMANDED** |

**SUGGESTION OF DEATH**

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the parties that Plaintiff Graundia Rosemon passed away on or about May 17, 2008.

            s/ Daniel A. Edelman
            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Daniel A. Edelman, hereby certify that on March 7, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Bernard E. LeSage | Jonathan N. Ledsky |
| blesage@buchalter.com | jledsky@vbhlc.com |
| | |
| Elizabeth Barry | Craig Allen Varga |
| ebarry@vbhlc.com | cvarga@vbhlc.com |

                                                  s/ Daniel A. Edelman
                                                  Daniel A. Edelman