IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS, <br><br> Plaintiff, <br> vs. <br><br> Alyeska Title Guaranty Agency, Vista Real Estate, Inc., Argent Mortgage Company, LLC, Litton Loan Servicing, Soundview Home Loan Trust, Deutsche Bank National Trust Company, Alaska State Mortgage Company, Jonathan Ruf, Keith Facer, Holli Stroud, Lance Lockhard, Gary Paterna, Don Murray, Cerise Sanders, Susan McCready, and Charles P. Carlson. <br><br> Defendants. | 3AN-08-9154 CI |

**AFFIDAVIT OF DONALD ELLIS
IN SUPPORT OF OPPOSITION TO ARGENT'S
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA )
)
THIRD JUDICIAL DISTRICT )

1. My name is Don Ellis. I am over the age of 18 and have personal knowledge of the following facts.

2. I receive mail addressed to 521 Bitterroot in Anchorage, Alaska. Mail delivery is reasonably reliable. I have never received a notice from anyone about any class action involving Argent Mortgage Company.

Law Office of Office Ducheny (907) 258-0801

EXHIBIT A
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD ELLIS

SUBSCRIBED AND SWORN TO before me this 27th day of August, 2010.

_____
Notary Public, State of Alaska
My Commission Expires: 2-22-2012



Law Office of Tim Dooley (907) 258-0801

**EXHIBIT A**
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>    Plaintiff,<br>vs.<br><br>Alyeska Title Guaranty Agency, Vista Real Estate, Inc., Argent Mortgage Company, LLC, Litton Loan Servicing, Soundview Home Loan Trust, Deutsche Bank National Trust Company, Alaska State Mortgage Company, Jonathan Ruf, Keith Facer, Holli Stroud, Lance Lockhard, Gary Paterna, Don Murray, Cerise Sanders, Susan McCready, and Charles P. Carlson.<br><br>    Defendants. | 3AN-08-9154 CI |

**AFFIDAVIT OF KEWANNA ELLIS
IN SUPPORT OF OPPOSITION TO ARGENT'S
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA )
)
THIRD JUDICIAL DISTRICT )

1. My name is Kewanna Ellis. I am over the age of 18 and have personal knowledge of the following facts.

2. I receive mail addressed to 521 Bitterroot in Anchorage, Alaska. Mail delivery is reasonably reliable. I have never received a notice from anyone about any class action involving Argent Mortgage Company.

EXHIBIT B
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

FURTHER AFFIANT SAYETH NAUGHT.

_____
KEWANNA ELLIS

SUBSCRIBED AND SWORN TO before me this 27th day of August, 2010.

_____
Notary Public, State of Alaska
My Commission Expires: 7-22-2012



Law Office of Ilona D. (cut off) (907) 258-0801

EXHIBIT B
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>Plaintiff,<br>vs.<br><br>Alyeska Title Guaranty Agency, Vista Real Estate, Inc., Argent Mortgage Company, LLC, Litton Loan Servicing, Soundview Home Loan Trust, Deutsche Bank National Trust Company, Alaska State Mortgage Company, Jonathan Ruf, Keith Facer, Holli Stroud, Lance Lockhard, Gary Paterna, Don Murray, Cerise Sanders, Susan McCready, and Charles P. Carlson.<br><br>Defendants. | 3AN-08-9154 CI |

## AFFIDAVIT OF ATTORNEY TIM DOOLEY IN SUPPORT OF OPPOSITION TO ARGENT'S MOTION FOR SUMMARY JUDGMENT

STATE OF ALASKA )
)
THIRD JUDICIAL DISTRICT )

1. My name is Tim Dooley. I am the attorney for the plaintiffs in this case. I am over the age of 18 and have personal knowledge of the following facts:

2. Argent Mortgage Company, through its lawyers at Dorsey & Whitney, has been communicating with me by phone, fax, e-mail, regular mail, and personal meetings since before Argent answered the complaint. I have never received a notice in any form, from anyone about

**Law Office of Tim Dooley**
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327   Fax: (907) 258-0801

EXHIBIT C
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

Page 1 of 2

any class action involving Argent Mortgage Company. If we had received such a notice, we would have opted out of the class. In discovery, we specifically asked Argent for all facts related to its denials, defenses, and affirmative defenses. Argent never provided any information about any class action.

3. Before Argent filed its motion for summary judgment, I told David McGee of Dorsey & Whitney that I and the Ellis's had never received notice of any class action involving Argent Mortgage Company.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
TIMOTHY D. DOOLEY
Alaska Bar Number 8310114

SUBSCRIBED AND SWORN TO before me this 27th day of August, 2010.

OFFICIAL SEAL
STATE OF ALASKA
BARBARA J. DOOLEY
NOTARY PUBLIC

*[signature]*
Notary Public, State of Alaska
My Commission Expires: 1-22-2013

**Law Office of Tim Dooley**
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327  Fax: (907) 258-0801

**EXHIBIT C**
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

Page 2 of 2

Michael R. Mills #8911074
David T. McGee #0811075
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

**RECEIVED**
SEP 14 2009
LAW OFFICE
OF TIM DOOLEY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>ALYESKA TITLE GUARANTY AGENCY, VISTA REAL ESTATE, INC., ARGENT MORTGAGE COMPANY, LLC, LITTON LOAN SERVICING, SOUNDVIEW HOME LOAN TRUST, DEUTSCHE BANK NATIONAL TRUST COMPANY, ALASKA STATE MORTGAGE COMPANY, JONATHAN RUF, KEITH FACER, HOLLI STROUD, LANCE LOCKARD, GARY PATERNA, DON MURRAY, CERISE SANDERS, SUSAN McCREADY, and CHARLES P. CARLSON,<br><br>　　　　　　　　　　Defendants. | |

Case No. 3AN-08-9154 CI

EXHIBIT D
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

**ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009 TO EACH DEFENDANT AND THIRD-PARTY DEFENDANT IN THE ABOVE CAPTIONED CASE**

Defendant Argent Mortgage Company, LLC ("Argent"), by and through the

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue, Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 1 of 8

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI

undersigned counsel submits the following responses to the Ellises' Discovery Requests Dated August 7, 2009 to Each Defendant and Third-Party Defendant in the Above Captioned Case:

**Interrogatory No. 1**: Referring to your Answer and any amended answers, please provide all facts that support, contradict, or relate in any way to your denials, defenses, affirmative defenses, counterclaims, and cross-claims, if any.

**Response**:

Argent objects to Interrogatory No. 1 as being overly broad and vague. Without waiving the objection, Argent states the following:

### Claims Against Argent

Argent has a business-to-business relationship with Alaska State Mortgage Company ("ASM"); ASM is not Argent's agent. ASM submitted a standardized broker application in order to broker loans to Argent. The broker assumes the responsibility of advising its customers as to what loan products are available to its customers and which product(s) are best suited for them. All discussions regarding loan financing, loan terms, the borrower's current financial situation, reasons why they are considering home financing, and what monthly housing payment the borrower can afford/tolerate is strictly between the broker and the borrower. It is essentially the same function a loan officer at a local bank would assume for walk-in customers. There are no conversations between Argent and the borrower(s).

Once the broker has secured the potential borrower as a customer and had these initial discussions with the borrower, the broker will then seek funding for its customer.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 2 of 8

*Ellis v. Alyeska Title, et al.*
Case No. 3AN-08-9154 CI

EXHIBIT D
Memo in Support of Motion to File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

This is done by submitting the borrower's criterion to wholesale lenders with whom they have business relationships in attempts to secure the most suitable financing for its client. The broker can get a preliminary idea of what can be offered by viewing the wholesale lender's "rate sheet." Argent furnishes "rate sheets" to brokers/clients and makes the same available online. The rate sheet is essentially a "menu" of loan products and pricing to give the broker an initial idea of what he/she can offer to the borrower if that particular lender is used as a funding source. The use of rate sheets is standard in the industry; all wholesale lenders furnish the same to their brokers/customers.

If the broker feels that Argent can best provide the appropriate financing for their customer, they will complete a loan submission request form and attach the borrower's loan application and initial disclosures, along with income documentation and scored credit report. If already completed, an appraisal will be submitted. At this point the broker will request a loan product and loan amount. In some instances, the broker will request a particular interest rate, or simply request a par rate (i.e., best available rate at no cost).

Argent will then evaluate the loan for conditional approval. Three main factors are reviewed: the borrower's credit, his/her capacity to repay the loan, and collateral. The borrower's credit score, mortgage history, overall credit history, income v. debt (DTI ratio), and value of the collateral are the main components in determining approval, as well as what interest rate can be offered. It is the broker's job to discuss with the borrower the loan terms, and ultimately the potential borrower makes the decision as to whether the terms are acceptable to him/her.

DORSEY &
WITNEY LLP
1031 West Fourth
Avenue, Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 3 of 8

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI

EXHIBIT D
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

It was not a standard practice for Argent to pay a yield spread premium to brokers, however Argent's guidelines allowed a yield spread premium to be paid up to 2% if the loan presented by the broker conformed to standards allowing such a premium to be paid.

Argent does not hold seminars or training sessions for mortgage brokers on how to make money by steering business to Argent. Argent does not "target," or instruct other entities to "target," minority borrowers.

Argent conducted the loan process and prepared the loan documents for the Ellises in good faith. Argent designed its loan program in good faith, and with adequate analysis of the effects and risks to customers.

It was not Argent's practice to have the husband, but not the wife, sign the promissory note. Instead, Argent followed the standard in the industry, which was for those persons who applied for and qualified for the loan, and had an interest in the property to be secured by the loan (or, in the case of a purchase transaction, a future interest), to sign the promissory note. A party which has an interest in the property, but had not undertaken any obligation to repay the loan, would not sign the note. However, that person would need to consent to mortgaging of the property by signing the mortgage and requisite TILA/RESPA disclosures. Kewanna Ellis had not undertaken any obligation to repay the loan, so her signature was not required on the note. Her signature was required on other disclosures, however. Her status as a woman or as a married woman had zero effect on which documents she signed.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 4 of 8

EXHIBIT D
Memo in Support of Motion to File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI

### Counterclaim

The Ellises have admitted knowingly receiving a kickback payment of $45,873. This payment was not revealed to Argent on any loan application, in violation of federal and Alaska law.

### Cross-Claims

If the statements contained in the Ellises' Complaint are true, the Cross-Claim Defendants induced Argent into making loans to the Ellises far in excess of the true value of the property used to secure the loans.

**Request for Production No. 1**: Referring to your Answer and any amended answers, please provide all documents, that support, contradict, or relate in any way to your denials, defenses, affirmative defenses, counterclaims, and cross-claims, if any. A "document" means anything from scribblings on a matchbook cover to electronic material.

**Response**:

Relevant material has previously been made available to Plaintiffs in Argent's initial disclosures. An additional document will be disclosed once Argent has secured a protective order.

DATED this 10 day of September, 2009, at Anchorage, Alaska.

**EXHIBIT D**
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue, Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 5 of 8

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI

DORSEY & WHITNEY LLP
Attorney for Defendant
Argent Mortgage Company, LLC

By: _____
Michael R. Mills, ABA #8911074
David T. McGee, ABA #0811075

## VERIFICATION

STATE OF ~~ALASKA~~ CALIFORNIA
COUNTY OF ORANGE §§
~~THIRD JUDICIAL DISTRICT~~

STEPHEN NEWCOMB being first duly sworn upon oath, deposes and says that he/~~she~~ has reviewed the answers to interrogatories and responses to requests for production provided herewith, and that they are correct to the best of his/her knowledge and belief.

ARGENT MORTGAGE COMPANY, LLC
BY: Stephen Newcomb
ITS: SR. Paralegal

See Attached

THIS IS TO CERTIFY that on the _____ day of _____, 2009, at _____, _____, before me personally appeared _____, whom I know; and he/she acknowledged to me that he/she executed the foregoing instrument for and on behalf of ARGENT MORTGAGE COMPANY, LLC; that he/she is _____ of said limited liability company, and is authorized to so execute; that he/she knew the contents thereof and that the same was the free and voluntary act of said corporation, by him/her performed.

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue, Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 6 of 8

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI

EXHIBIT D
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT
C.C. § 1189
(Effective January 1, 2008)

State of California   )
                      ) ss:
County of Orange      )

On _September 10th_ , 2009__, before me, Laura Bursey , Notary Public, personally appeared _Stephen Newcomb_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature e(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal:

[Seal: LAURA BURSEY, COMM. # 1792706, NOTARY PUBLIC-CALIFORNIA, ORANGE COUNTY, MY COMM. EXP. MAR. 28, 2012]

Laura Bursey, Notary Public
Orange, California
Notary Expires: 03/28/2012

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009

Page 7 of 8

Ellis v. Alyeska Title, et al.

Case No. 3AN-08-9154

**EXHIBIT D**
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ☐ hand delivery and/or ☒ mail this 10th day of September, 2009, to:

Mr. Tim Dooley
Law Office of Tim Dooley
921 West 6th Avenue., Suite 200
Anchorage, Alaska 99501
*Attorney for Plaintiffs*

Mr. Howard S. Trickey
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
*Attorneys for AK Title Guaranty Agency*

Mr. Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
*Attorneys for Vista Real Estate, Inc.*

Mr. Paul J. Nangle
Paul J. Nangle & Associates
Kerry Building, 101 Christensen Drive
Anchorage, Alaska 99501
*Attorneys for Jonathan Ruf*

Mr. Paul Stockler
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska 99501
*Attorney for Keith Facer*

Mr. Brett von Gemmingen
Law Office of Brett von Gemmingen
637 West 3rd Avenue
Anchorage, Alaska 99501
*Attorney for Gary Paterna*

Richard Ullstrom
Routh Crabtree Olsen, PS
3000 A Street, Suite 200
Anchorage, AK 99503
*Attorneys for Litton Loan Servicing,
Soundview Home Loan Trust,
Deutsche Bank National Trust Co.*

Mr. Kevin G. Clarkson
Brena, Bell & Clarkson, P.C.
810 N. Street, Suite 1000
Anchorage, Alaska 99501
*Attorneys for Don Murray*

Michael A. Brain
Law Offices of Royce & Brain
1407 W 31st Avenue, 7th Floor
Anchorage, AK 99503-3678
*Attorneys for Suzan McCready,
Alaska State Mortgage Co.*

I further certify that this document was produced in Times New Roman 13.

_____
Certification signature

**DORSEY &
WITNEY LLP**
431 West Fourth
Avenue, Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

ARGENT MORTGAGE COMPANY, LLC'S RESPONSE TO
ELLIS' DISCOVERY REQUESTS DATED AUGUST 7, 2009
Page 8 of 8

**EXHIBIT D**
Memo in Support of Motion to
File Late Filed Notice to Opt Out
Ellis v. Argent; 3AN-08-9154 CI

*Ellis v. Alyeska Title, et al.*

Case No. 3AN-08-9154 CI