**Exhibit E**
**Timeline of Pertinent Events in the Ellis Litigation in Alaska**

| Date | Description |
|---|---|
| 7/17/2008 | Don Ellis files a lawsuit in Alaska state court against Argent Mortgage Company, LLC and other defendants. |
| 10/14/2008 | Successors in Interest to Argent Mortgage Company, LLC file a "Notice of Default and Election to Sell Under Deed of Trust" against Don Ellis. [Exh G] Attorneys for Argent agree to delay any enforcement of the Notice of Default. [Exh H] |
| 2/12/2009 | Argent answers the Don Ellis amended complaint. **Argent does not disclose any affirmative defense involving a class action.** |
| 8/5/2009 | Rule 26 disclosures are required to be exchanged. **Argent does not disclose any facts involving a class action.** |
| 8/7/2009 | Don Ellis serves on Argent discovery requests for any facts involving defenses or affirmative defenses. |
| 9/10/2009 | **Argent responds** to the Ellis discovery requests **without disclosing any facts of any defenses based on a class action.** |
| 1/10/2010 | Argent purportedly mails a notice of the class action to Ellis. Ellis, his wife, and his attorney deny ever receiving from Argent a packet of information concerning the class action. |
| **2/22/2010** | **Unbeknownst to Don Ellis, the time to opt out from the MDL Class Action Settlement passes.** |
| **8/2/2010** | For the first time, Argent files a Rule 26 supplement that mentions the facts of the class action. Unfortunately, this is the first time that Ellis or his counsel learns of the class action and the time to opt out of the class has already passed five and a half months before. |
| 8/9/2010 | One week after supplementing its Rule 26 disclosures with news of the MDL class action, Argent files a motion for summary judgment in the Alaska state court based on the MDL class action. Ellis opposes based on the failure of Argent to amend its answer. |
| 12/6/2010 | The Alaska state court grants Argent's motion to amend its answer to include the class action as an affirmative defense. |

| **12/8/2010** | Argent files its amended answer which includes the affirmative defense of the class action. |
|---|---|
| 12/21/2010 | During oral arguments, the Alaska court implies that she may rule that Argent's affidavit of service on Don Ellis is valid to prove service of the notice of class action. |
| 12/29/2010 | Don Ellis moves the Alaska court for a stay pending a decision from the Illinois MDL court on Ellis's motion that he is not part of the class, or if he is, that he be permitted to opt out of the class. |
| **1/18/2011** | The Alaska court stays the Alaska proceedings pending a determination by the Illinois MDL court on Ellis's motion that he is not part of the class, or if he is, that he can opt out of the class. |
| 2/4/2011 | Don Ellis files a motion with the Illinois MDL court to determine that he is not part of the MDL class, or if he is, that he be permitted to opt out of the class. |