IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>Alyeska Title Guaranty Agency, Vista Real Estate, Inc., Argent Mortgage Company, LLC, Litton Loan Servicing, Soundview Home Loan Trust, Deutsche Bank National Trust Company, Alaska State Mortgage Company, Jonathan Ruf, Keith Facer, Holli Stroud, Lance Lockhard, Gary Paterna, Don Murray, Cerise Sanders, Susan McCready, and Charles P. Carlson.<br><br>　　　　　Defendants. | 3AN-08-9154 CI |

**DON AND KEWANNA ELLIS'**
**PARTIAL OPPOSITION TO ARGENT'S**
**MOTION FOR SUMMARY JUDGMENT**
**AND**
**MOTION FOR RULE 56(f) CONTINUANCE**

1.　　This opposition is accompanied by the following exhibits:

**Exhibit A:**　U.S. District Court Docket 366 "Second Superseding Indictment" against Alaska State Mortgage Company and others.

**Exhibit B:**　Minutes of the U.S. District Court at Docket 441, dated February 11, 2009, Showing Alaska State Mortgage Company's Pleas of Guilty to Counts 1, 12, and 20.

Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

Ellis' Opposition to Argent's Motion for
Summary Judgment
Ellis v. Alyeska Title Guaranty Agency et al
Case No.3AN-08-9154 CI　　　　　Page 1 of 13

Exhibit F
Ellis's Release of His TILA Claim

**Exhibit C:**   Portions of Closing Documents for the $296,000.00 Mortgage.

**Exhibit D:**   Portions of Closing Documents for the $74,000.00 Mortgage.

**Exhibit E:**   Fair Isaac Company (FICO) Credit Score Ranges

**Exhibit F:**   "Fair Finance Watch" Published by innercitypress.org re Argent Mortgage Company and its sister and parent company.

**Exhibit G:**   Affidavit of Plaintiff, Donald Ellis

**Exhibit H:**   Affidavit of Tim Dooley in Support of Rule 56(f) Motion.

2.  **Plaintiffs, through their counsel, agree with the defense that the claims against Argent Mortgage Company (Argent) under the Truth In Lending Act (TILA) should be dismissed.**  Nevertheless, Argent should not be completely dismissed from this case for the reasons stated below based on 1) Negligence 2) Vicarious Liability, and 3) the Alaska Unfair Trade Practices and Consumer Protection Act - AS 45.50.451.

**Argent Mortgage Company (Argent) Is the Principal Behind the Actions of its Agent, Alaska State Mortgage Company (ASM). Alternatively, Argent is a Joint Venturer With ASM in Securing Sub-Prime Mortgages.**
**As Such, Argent Is Vicariously Liable for the Actions of Alaska State Mortgage Company.**

3.  **First, Alaska State Mortgage Company's Criminal Convictions Related to This Case.**   Alaska State Mortgage Company (ASM), a Defendant in this civil case, was indicted[1] for numerous counts in U.S. District Court Case 3:07-cr-00148-RRB,

Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

---

[1]   Exhibit A

Ellis' Opposition to Argent's Motion for
Summary Judgment
Ellis v. Alyeska Title Guaranty Agency et al
Case No.3AN-08-9154 CI          Page 2 of 13

Exhibit F
Ellis's Release of His TILA Claim

alternative, they request the grant of their Rule 56(f) motion.

DATED this 4th day of May, 2009 at Anchorage, Alaska.

LAW OFFICE OF TIM DOOLEY

_____
Timothy D. Dooley
Alaska Bar No. 8310114
Attorney for the Plaintiffs

| CERTIFICATE OF SERVICE: <br> I certify that I caused the following persons to be served by mail on May 4, 2009 <br><br> s/: _____ <br> Timothy D. Dooley <br> Alaska Bar No. 8310114 | Mr. Howard S. Trickey <br> Jermain Dunnagan & Owens, P.C. <br> 3000 A Street, Suite 300 <br> Anchorage, Alaska 99503 <br> Phone: 563-8844 <br> Fax: 563-7322 <br> Alaska Bar No. 7610138 <br> **Attorney for Alyeska Title Guaranty Agency** |
|---|---|
| Mr. Paul J. Nangle <br> Paul J. Nangle & Associates <br> Kerry Building, 101 Christensen Drive <br> Anchorage, Alaska 99501 <br> Phone: 274-8866 <br> Fax: 279-1794 <br> Alaska Bar No. 7011066 <br> **Attorney for Jonathan Ruf** | Mr. Kevin G. Clarkson <br> Brena, Bell & Clarkson, PC <br> 810 N Street, Suite 100 <br> Anchorage, Alaska 99501 <br> Phone: 258-2000 <br> Fax: <br> Alaska Bar No. 8511149 <br> **Attorney for Don Murray** |

Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

Ellis' Opposition to Argent's Motion for
Summary Judgment
Ellis v. Alyeska Title Guaranty Agency et al
Case No.3AN-08-9154 CI          Page 12 of 13

Exhibit F
Ellis's Release of His TILA Claim

| | |
|---|---|
| Mr. Mark A. Sandberg<br>SANDBERG, WUESTENFELD & COREY<br>701 West 8th Avenue, Suite 1100<br>Anchorage, Alaska 99501<br>Phone: 276-6363<br>Fax: 276-3528<br>Alaska Bar No. 7510084<br>**Attorney for Prudential Jack White/Vista Real Estate** | Mr. Brett von Gemmingen<br>Law Office of Brett von Gemmingen<br>637 West Third Avenue<br>Anchorage, Alaska 99501<br>Phone: 278-5935<br>Fax: 278-2532<br>Alaska Bar No. 8606073<br>**Attorney for Gary Paterna** |
| Mr. Paul Stockler<br>Law Office of Paul D. Stockler<br>1309 West 16th Avenue<br>Anchorage, Alaska 99501<br>Phone: 277-8574<br>Fax: 272-4877<br>Alaska Barb No. 8606032<br>**Attorney for Keith Facer** | Mr. Allen Clendaniel<br>Mr. David McGee<br>Dorsey & Whitney, LLP<br>1031 West Fourth Avenue, Suite 600<br>Anchorage, Alaska 99501-5007<br>Phone: 276-4557<br>Fax: 276-4152<br>Alaska Bar No. 0411084 – Clendaniel<br>Alaska Bar No. 0811075 – McGee<br>**Attorney for Argent Mortgage Company, LLC** |
| Mr. Richard Ullstrom<br>Routh Crabtree Olsen, PS<br>3000 A Street, Suite 200<br>Anchorage, Alaska 99503<br>Phone: 222-4300<br>Fax: 222-4396<br>Alaska Bar No. 8811204<br>**Attorney for Litton Loan Servicing, LP, Deutsche Bank National Trust Company, and Soundview Home Loan Trust** | |

Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

Ellis' Opposition to Argent's Motion for Summary Judgment
Ellis v. Alyeska Title Guaranty Agency et al
Case No.3AN-08-9154 CI          Page 13 of 13

Exhibit F
Ellis's Release of His TILA Claim