# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

Trustee's Sale No: T08-41691-AK

This NOTICE OF DEFAULT AND ELECTION TO SELL is given by CR Title Services Inc., as Successor Trustee under that certain Deed of Trust executed by DONALD L. ELLIS, A MARRIED MAN, as Trustor, to ALYESKA TITLE, as Trustee, in favor of ARGENT MORTGAGE COMPANY, LLC., as Beneficiary, dated 07-18-2005, recorded 07-25-2005 in Book , Page , under Instrument No. 2005-051330-0, in the ANCHORAGE Recording District, Third Judicial District, State of ALASKA. The beneficial interest in the Deed of Trust has been assigned to Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of ███████████., ██████████████████████, ██████████ and the record owner of the property is purported to be DONALD L. ELLIS, A MARRIED MAN. Said Deed of Trust covers real property situated in said Recording District, described as follows:

LOT 3, BLOCK 4, MOUNTAIN DALE SUBDIVISION, ACCORDING TO THE OFFICIAL PLAT THEREOF FILED UNDER PLAT NO. 83-215, IN THE ANCHORAGE RECORDING DISTRICT, THE THIRD JUDICIAL DISTRICT, STATE OF ALASKA.

Commonly referred to as: 521 BITTERROOT CIRCLE
ANCHORAGE, AK 99504.

A breach of the obligation which said Deed of Trust secures has occurred in that INSTALLMENT OF INTEREST ONLY PAYMENTS PLUS IMPOUNDS IF APPLICABLE AND/OR ADVANCES DUE WHICH BECAME DUE ON 05/01/2008 PLUS LATE CHARGES IF ANY, AND ALL SUBSEQUENT INSTALLMENTS OF INTEREST PLUS ADVANCES AND LATE CHARGES THAT BECOME PAYABLE. By reason thereof, and under the terms of the Note and Deed of Trust, the Beneficiary has declared all sums so secured to be immediately due and payable, together with any trustee fees, attorney fees, costs and advances made to protect the security associated with this foreclosure. There is presently due and owing the principal balance of $296,000.00, plus interest, late charges and any future advances.

NOTICE IS HEREBY GIVEN that pursuant to demand of the Beneficiary, the Trustee will sell the above described real property to satisfy the obligation, together with all accrued interest and all costs and expenses, at public auction, for cash, to the highest and best bidder at the following sale location:
ANCHORAGE BOROUGH, INSIDE THE FRONT DOORS OF THE NESBITT MEMORIAL COURTHOUSE, 825 W. 4TH AVENUE, ANCHORAGE, AK, on 01-17-2009, at 10:00 AM.
Beneficiary will have the right to make an offset bid at sale without cash.

000219

Exhibit G
Notice of Default and Foreclosure
re Motion to Deem An Alaska State
Court Action as Not Part of the MDL
or To Allow Late Filed Notice to Opt Out

480979

Questions regarding the foreclosure should be directed to YESSICA RODRIGUEZ at 888-485-9191.

For Foreclosure Sale information please contact PRIORITY POSTING AND PUBLISHING at WWW.PRIORITYPOSTING.COM or (714) 573-1965

DATED: October 14, 2008

By CR Title Services Inc.

By _____ Trustee Sales Officer
YESSICA RODRIGUEZ

State of CA        )ss
County of SAN BERNARDINO)

On October 14, 2008 before me, _Julian Moreno_ Notary Public, personally appeared YESSICA RODRIGUEZ, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

_Julian Moreno_ Notary Public

[Notary seal: JULIAN MORENO, Commission # 1676803, Notary Public - California, Orange County, My Comm. Expires Jul 10, 2009]

000220

Exhibit G
Notice of Default and Foreclosure
re Motion to Deem An Alaska State
Court Action as Not Part of the MDL
or To Allow Late Filed Notice to Opt
Out

H80979

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

000221

Exhibit G
Notice of Default and Foreclosure
re Motion to Deem An Alaska State
Court Action as Not Part of the MDL
or To Allow Late Filed Notice to Opt
Out

450979

WHEN RECORDED MAIL TO:
CR Title Services Inc.
P.O. Box 1500
Rancho Cucamonga CA 91729-1500

T.S. No.:   T08-41691-AK
Loan No.:   0082804394

000222

Exhibit G
Notice of Default and Foreclosure
re Motion to Deem An Alaska State
Court Action as Not Part of the MDL
or To Allow Late Filed Notice to Opt
Out