Exhibit H

Reply -- Motion to Deem an Alaska State Court Action as Not Part of the MDL, or, to Allow Late Filed Notice to Opt Out

Allen Clendaniel #0411084
David McGee #0811075
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DONALD ELLIS and KEWANNA ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>ALYESKA TITLE GUARANTY AGENCY, VISTA REAL ESTATE, INC., ARGENT MORTGAGE COMPANY, LLC, LITTON LOAN SERVICING, SOUNDVIEW HOME LOAN TRUST, DEUTSCHE BANK NATIONAL TRUST COMPANY, ALASKA STATE MORTGAGE COMPANY, JONATHAN RUF, KEITH FACER, HOLLI STROUD, LANCE LOCKARD, GARY PATERNA, DON MURRAY, CERISE SANDERS, SUSAN McCREADY, and CHARLES P. CARLSON,<br><br>Defendants. | Case No. 3AN-08-9154 CI |

### STIPULATION and ORDER

Plaintiffs Donald and Kewanna Ellis ("Ellis") and Defendant Argent Mortgage Company, LLC ("Argent") hereby agree that the foreclosure scheduled for January 27,

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue
Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

STIPULATION

*Ellis v. Alyeska Title, et al.*
Case No. 3AN-08-9154 CI

Page 1 of 4



Case: 1:05-cv-07097 Document #: 3965-4 Filed: 03/08/11 Page 2 of 4 PageID #:45453

Exhibit H
Reply -- Motion to Deem an Alaska State Court Action as Not Part of the MDL, or, to Allow Late Filed Notice to Opt Out

2009, on the Ellis' property located at 521 Bitterroot Circle, Anchorage, AK, shall be postponed until a later date. As a consequence, Ellis and Argent agree that the Court need not grant Ellis' pending Motion for Restraining Order and Preliminary Injunction. Ellis and Argent further agree that if foreclosure proceedings are reinitiated in the future, Ellis may bring a new Motion for Restraining Order and Preliminary Injunction at that time, to which Argent may or may not oppose.

DATED this _23_ day of January, 2009, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Allen Clendaniel, ABA No. 0411084
David McGee, ABA No. 0811075
Counsel for Defendant Argent
Mortgage Company, LLC

DATED this _23rd_ day of January, 2009, at Anchorage, Alaska.

LAW OFFICE OF TIM DOOLEY

By: _____
Timothy D. Dooley, ABA No. 8310114
Counsel for Plaintiffs

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue
Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

STIPULATION

Page 2 of 4

*Ellis v. Alyeska Title, et al.*
Case No. 3AN-08-9154 CI

Case: 1:05-cv-07097 Document #: 3965-4 Filed: 03/08/11 Page 3 of 4 PageID #:45454

Exhibit H
Reply -- Motion to Deem an Alaska State Court Action as Not Part of the MDL, or, to Allow Late Filed Notice to Opt Out

## ORDER

IT IS SO ORDERED.

DATED: __1-27-09__, ~~2009.~~

_____
SHARON L. GLEASON
Superior Court Judge

I certify that on __1-29-09__ a copy of the above was mailed to each of the following at their address of record (list name if not an agency)
☒ CSED ☐ AG ☐ PD ☐ DA

_____
Deputy Clerk / Secretary

dooley
mcgee
trickey
nangle
von gemmingen
sandberg
mcgee
stockler
clarkson

DORSEY &
WHITNEY LLP
1031 West Fourth
Avenue
Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

STIPULATION

Page 3 of 4

*Ellis v. Alyeska Title, et al.*
Case No. 3AN-08-9154 CI

Exhibit H

Reply -- Motion to Deem an Alaska State Court Action as Not Part of the MDL, or, to Allow Late Filed Notice to Opt Out

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26th, 2009, a copy of the foregoing was served by mail on:

Tim Dooley
Law Office of Tim Dooley
921 W. 6th Avenue, Suite 200
Anchorage, AK 99501

*[signature: Donna Ziolkowski]*

DORSEY &
WHITNEY LLP

1031 West Fourth
Avenue
Suite 600
Anchorage, AK 99501-
5907
(907) 276-4557

STIPULATION

Page 4 of 4

4850-0731-6483\1  1/22/2009 5:22 PM

*Ellis v. Alyeska Title, et al.*
Case No. 3AN-08-9154 CI