**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

**MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO ELLIS' MOTION TO DEEM ALASKA STATE COURT ACTION AS NOT PART OF THE MDL OR TO ALLOW LATE FILED NOTICE TO OPT OUT**

Through this motion, Ameriquest Mortgage Company ("Ameriquest") respectfully request that the Court grant them leave to file a short Sur-Reply in opposition to the Motion to Deem Alaska State Court Action As Not Part Of The MDL Or To Allow Late Filed Notice to Opt Out, filed by Donald Ellis ("Ellis") in this matter (Docket No. 3875).

Good causes exists to permit the requested Sur-Reply for the following reasons:

(1)    Ellis did not file the exhibits to his original moving papers until March 7, 2011, which was after the court's deadline for Ameriquest to file its opposition.

(2)    The Reply misconstrues the Settlement Agreement (docket #3255), in such an "out of context" way that Ameriquest requests the brief opportunity to set the record straight.

Ameriquest will limit their Sur-Reply to these narrow issues.  Accordingly, Ameriquest respectfully request that the Court grant the instant motion, and allow them to file a Sur-Reply forthwith.

BN 8422444v1

DATED: March 11, 2011        Respectfully submitted,

By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 8422444v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 11th day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the addressees on the attached Service List. I also certify that a hard copy was served via certified and regular mail to:

Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 8422444v1

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

**SERVICE LIST**

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Cheryl Talley
1577 Deer Path Lane
Franklin Grove, IL 61031

Cynthia Casteel
705 9th Street, NW
Huntsville, AL 35805

Daniel J Whitaker
113 Daventry Drive
Calera, AL 35040

David J. Tarpley
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville, TN 37201

Estella Byrd
910 Woodall Lane
Huntsville, AL 35816

Gregory Day
6345 Stablewood Way
Lithonia, GA 30058

Jackie Champion
1372 Myrick Road
Elmore, AL 36025

John Cseh
12800 Shaker Boulevard , Suite U12
Cleveland, OH 44120

John J. McDonough
Cozen O'Connor
45 Broadway, Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 1/2 N. Main St., Suite 2
London, KY 40741

John Robert King
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, TX 78601

Jonathan Lee Riches
#40948-018
Lexington
P. O. Box 14500
Lexington, KY 40512

Joseph Abruscato
607 East Barksdale Drive
Mobile, AL 36606

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

Janice Long
2400 Scarlette Lane, Southeast
Conyers, GA 30013

Lisa Parker
425 Water Street
Prattville, AL 36067

BN 8422444v1

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

**SERVICE LIST (cont.)**

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334-3174

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Robert W. Smyth , Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603

David McGee, Esq.
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

Steven S. Elliott
12 E. Exchange Street
8th Floor
Akron, OH 44310

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

William Champion
1372 Myrick Road
Elmore, AL 36025

Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska  99501

BN 8413287v1

BN 8422444v1