Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:    (907) 258-0801
e-mail: timdooley@ak.net
        barbdooley@ak.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | Centralized before the Honorable Marvin E. Aspen |
| PLAINTIFF REQUEST FOR AN ORDER THAT PLAINTIFF IS NOT PART OF THE MDL OR, THAT PLAINTIFF WILL BE PERMITTED TO OPT-OUT OF THE CLASS | ) ) ) ) | |

**ELLIS NON-OBJECTION TO FILING OF AMERIQUEST/ARGENT'S "SUR-REPLY" TO ELLIS' REPLY BRIEF**

1.      Ellis has no objection to Ameriquest or Argent filing a "Sur-Reply."

2.      The exhibits filed on March 7, 2011, [Document Number 3966] were mistakenly not included in our 2/4/11 [Document Number 3875].  However, all of these exhibits were produced to Argent/Ameriquest on August 27, 2010, in Ellis' opposition to Argent Mortgage Company's Motion for Summary Judgment re: class action settlement.  These exhibits were marked the exact same in both filings – Exhibit A Don Ellis Affidavit; Exhibit B Kewanna Ellis

Page 1 of  2

Affidavit; Exhibit C Affidavit of Tim Dooley; Exhibit D Argent's Lack of Response to Discovery Requests.

      3.      Ellis lawsuit was not a part of the TILA rescission class.  They withdrew their claim on May 4, 2009. [Exh F of Document Number 3965]

      DATED this 14th day of March, 2011 at Anchorage, Alaska.


                                            _____

                                            By: /s/ Timothy D. Dooley
                                            Attorney for Don and Kewanna Ellis


                                            Tim Dooley
                                            Law Office of Tim Dooley
                                            921 West Sixth Avenue, Suite 200
                                            Anchorage, Alaska 99501
                                            Phone: (907) 279-7327
                                            Fax:   (907) 258-0801
                                            e-mail: timdooley@ak.net
                                                        barbdooley@ak.net

### Certificate of Service

      I, Timothy D. Dooley, certify that on this 14th day of March, 2011, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by counsel of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

      By: /s/ Timothy D. Dooley