## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT ENVISION MORTGAGE SOLUTIONS, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") and Third-Party Defendant Envision Mortgage Solutions, Inc. ("Envision") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Envision. All claims by Argent against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Argent and Envision shall bear their own costs and attorneys' fees.

DATED: March 7, 2011

Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

2

DATED: March 7, 2011

Respectfully submitted,

By: /s/ Dennis E. Both
*Attorneys for Envision Mortgage Solutions, Inc.*

Dennis E. Both, Esq.
BROWN, UDELL, POMERANTZ &
DELRAHIM, LTD.
1332 N. Halsted, Suite 100
Chicago, IL 60622
Telephone: (312) 475-9900
Facsimile: (312) 475-1188

BN 8011315v1

2

## CERTIFICATE OF SERVICE

I, Thomas J. Wiegand, hereby certify that on this 15th day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Thomas J. Wiegand