# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>FERRARA, et al. v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 07-6867 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

## PLAINTIFF SUSAN FERRARA'S REQUEST FOR
## VOLUNTARY DISMISSAL BY COURT ORDER

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Susan Ferrara requests that this Court order voluntary dismissal of her claim in the above captioned case against defendants Deutsche Bank National Trust Company, in its own capacity and as trustee for Ameriquest Mortgage Securities Trust 2006-R1 and Ameriquest Mortgage Securities Trust 2006-R1. Neither Ms. Ferrara nor the other plaintiffs request that their claims be dismissed against the remaining defendants. Ms. Ferrara makes this request pursuant to Rule 41(a)(2) because Third-Party claims may be pending.

Date: March 16, 2011        Respectfully Submitted:

                                        /s/ Anthony P. Valach, Jr.
                                      Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## CERTIFICATE OF SERVICE

    I, Anthony P. Valach, Jr., hereby certify that on this 16th day of March, 2011, a true and correct copy **PLAINTIFF SUSAN FERRARA'S REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER** was served, via the Court's electronic filing system, upon counsel of record.


                                                  /s/ Anthony Valach
                                                   Anthony Valach