UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>KITE v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 07-4059 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

### PLAINTIFFS JOSEPH & MONTREA KITE'S REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs Joseph & Montrea Kite request that this Court order voluntary dismissal of their claim in the above captioned case against defendants Deutsche Bank National Trust Company, in its own capacity and as trustee for Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2004-R11 and Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2004-R11. Neither the Kites nor the other plaintiffs request that their claims be dismissed against the remaining defendants. The Kites make this request pursuant to Rule 41(a)(2) because Third-Party claims may be pending.

Date:  March 16, 2011

Respectfully Submitted:

　　　/s/ Anthony P. Valach, Jr.
　　　Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, Jr., hereby certify that on this 16th day of March, 2011, a true and correct copy **PLAINTIFFS JOSEPH & MONTREA KITE'S REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER** was served, via the Court's electronic filing system, upon counsel of record.

      /s/ Anthony Valach
      Anthony Valach