UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>KITE v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 07-4059 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**PLAINTIFFS JOSEPH & MONTREA KITE'S CORRECTED REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs Joseph & Montrea Kite request that this Court order voluntary dismissal of their claim, ***with prejudice***, in the above captioned case against defendants Deutsche Bank National Trust Company, in its own capacity and as trustee for Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2004-R11 and Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2004-R11.  Neither the Kites nor the other plaintiffs request that their claims be dismissed against the remaining defendants.  The Kites make this request pursuant to Rule 41(a)(2) because Third-Party claims may be pending.

Date:   March 16, 2011		Respectfully Submitted:

		      /s/ Anthony P. Valach, Jr.
		Counsel for Plaintiffs

		Daniel M. Harris
		Anthony P. Valach, Jr.
		**THE LAW OFFICES OF DANIEL HARRIS**
		150 N. Wacker Drive, Suite 3000
		Chicago, IL 60606
		P: (312) 960-1802
		F: (312) 960-1936

lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

    I, Anthony P. Valach, Jr., hereby certify that on this 16th day of March, 2011, a true and correct copy **PLAINTIFFS JOSEPH & MONTREA KITE'S CORRECTED REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER** was served, via the Court's electronic filing system, upon counsel of record.

                                 /s/ Anthony Valach
                                 Anthony Valach