**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Junior Terrance Black et al. v. Ameriquest Mortgage Company et al.*, Case No. 07-cv-00129 (N.D. Ill.) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY
DEFENDANT JOHN WEBER & ASSOCIATES, P.C.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and Third-Party Defendant **JOHN WEBER & ASSOCIATES, P.C.** ("Weber") hereby stipulate to the dismissal, without prejudice, of Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Weber with respect to the claims asserted by Junior Terrance Black and Rene Campbell (plaintiffs in the action *Junior Terrance Black et al. v. Ameriquest Mortgage Company et al., Case No. 07-cv-00129 (N.D. Ill.)* (transferred into the MDL).

All other claims by Ameriquest in the Fifth Amended Consolidated Third-Party Complaint against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: March 18, 2011                   Respectfully submitted,

                                               By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 224-6221

DATED: March 18, 2011                   Respectfully submitted,

                                               By:  /s/ Scott Brown
*Attorneys for John Weber & Associates. P.C.*
Scott Brown, Esq.
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1000
Chicago, IL 60606
Telephone: (312) 444-1613

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 18th day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies