**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities") and Third-Party Defendant Old Republic National Title Insurance Company also erroneously sued as Old Republic Title Insurance Company ("Old Republic") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Old Republic.

All claims by the AMC Entities against other Third-Party Defendants in the Fifth Amended Consolidated Third-Party Complaint, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Old Republic shall bear their own costs and attorneys' fees.

DATED:  March 22, 2011						Respectfully submitted,

							By:  /s/ Joanne N. Davies
							*Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

							Joanne N. Davies, Esq.
							BUCHALTER NEMER
							18400 Von Karman Avenue, Suite 800
							Irvine, California 92612
							Telephone:  (949) 760-1121
							Facsimile:  (949) 720-0182

DATED: March 22, 2011						Respectfully submitted,

							By:  /s/ Thomas J. Wiegand
							*Attorneys for Argent Mortgage Company, LLC*

							Thomas J. Wiegand, Esq.
							MOLO LAMKEN LLP
							540 Madison Avenue
							New York, New York 10022
							Telephone:  (212) 607-8160
							Facsimile:  (212) 607-8161

DATED: March 22, 2011						Respectfully submitted,

							By:  /s/ Andrew R. Greene
							*Attorneys for Old Republic National Title Insurance Company*

							Andrew R. Greene, Esq.
							JOHNSTON GREENE LLC
							542 S. Dearborn Street, Suite 1100
							Chicago, Illinois 60605
							Telephone:  (312) 341-1410
							Facsimile:  (312) 348-7653

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 22nd day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies