**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before The Honorable
Marvin E. Aspen)

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY
DEFENDANT TITLE SOURCE, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs

Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit

Corporation (collectively the "AMC Entities") and Third-Party Defendant Title Source, Inc.

("Title Source") hereby stipulate to the dismissal, with prejudice, of the AMC Entities' claims in

the Fifth Amended Consolidated Third-Party Complaint against Title Source.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there

are any, shall remain and are not dismissed. The AMC Entities and Title Source shall bear their

own costs and attorneys' fees.

DATED: March 22, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and
Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

DATED: March 22, 2011           Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

DATED: March 22, 2011           Respectfully submitted,

By: /s/ Sarah Johnson
*Attorneys for Title Source, Inc.*

Sarah Johnson, Esq.
KARBAL, COHEN, ECONOMOU, SILK &
DUNNE, LLC
150 S. Wacker Dr., Suite 1700
Chicago, IL 60606
Telephone: (312) 431-3700

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 22nd day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies