**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT TURNKEY TITLE CORPORATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendant Turnkey Title Corporation ("Turnkey") hereby stipulate to the dismissal, with prejudice, of Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Turnkey. All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Turnkey shall bear their own costs and attorneys' fees.

DATED: March 22, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: March 22, 2011

Respectfully submitted,

By: /s/ Heather Joy Macklin
*Attorneys for Turnkey Title Corporation*

Heather Joy Macklin, Esq.
BARACK, FERRAZZANO, KIRSCHBAUM, & NAGELBERG
200 W. Madison St., Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 22nd day of March 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies