UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2011:

MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41 of the Federal Rules of Civil Procedure and join stipulation of dismissal filed on 8/30/10 (3704), Case No. 09 C 3686, Robinson, et al v. Ameriquest, et al), Plaintiffs, Sylvia Robertson, Kenneth Williams, Ruby Williams, Causby Holt and Jerry Robertson dismiss all their claims against defendants Ameriquest, AMC and ACC in its entirety with prejudice. The claims of any and all remaining plaintiff(s) against any remaining defendant(s) in this suit will continue to be especially, plaintiff Cansby Holt's claims against defendant Chase Home Finance, LLC. Each party shall bear its own costs and attorney fees. Kenneth Williams, Ruby Williams, Jerry Robertson and Sylvia Robertson terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.