**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO:<br><br>*Camille J. Gburek v. Argent Mortgage, et al.*, Case No. 06 C 2639 (N.D. Ill.) | Centralized before The Honorable Marvin E. Aspen |

### SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Defendant WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp., informs this Court and the parties that Plaintiff, Camille J. Gburek, passed away on or about January 14, 2011. A copy of the death certificate is attached as Exhibit A.

Dated: March 23, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp.**

　　　　　　　　　　　　　　By:　s/ Amy R. Jonker
　　　　　　　　　　　　　　　　　Patrick T. Stanton (pstanton@dykema.com)
　　　　　　　　　　　　　　　　　Amy R. Jonker (ajonker@dykema.com)
　　　　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC
　　　　　　　　　　　　　　　　　10 South Wacker Drive, Suite 2300
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Phone: 312-876-1700
　　　　　　　　　　　　　　　　　Fax:　　312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2011, I electronically filed the foregoing **Suggestion of Death** with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record, including:

> Keith J. Keogh (keith@keoghlaw.com)
> Ainat Margalit (amargalit@keoghlaw.com)


> s/ J. Richard Madamba

CHICAGO\3221976.1
ID\ARJ - 104143/0001