# Exhibit A

# Exhibit A

# CERTIFICATION OF DEATH RECORD

## STATE OF ILLINOIS

## Certification of Death Record

State File Number    2011 0013323        Date Issued    March 17, 2011

Name    CAMILLE JUDY GBUREK

Social Security Number    REDACTED-7839      Sex    FEMALE

Place of Death    LIBERTYVILLE    , LAKE        County

Date of Death    JANUARY 14, 2011     Date Record Filed    FEBRUARY 18, 2011

038670

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*William R. Alexander* (signature)
Lake County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE