**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                      Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 25, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and joint stipulation of dismissal of claims against third−party defendant John Weber & Associates, P.C. (3978) filed on 3/18/11, Ameriquest#039;s claims in this Fifth Amended Consolidated Third−Party Complaint against John Weber & Associates, P.C., with respect to the claims asserted by Michael O'Keefe, III and Susan O'Keefe (plaintiffs) in the action O'Keefe, et al v. Ameriquest, et al, Case No. 07 C 5878, are dismissed without prejudice. All cother claims by Ameriquest in the Fifth Amended Consolidated Third−Party Complaint against other third−party defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorney's fees. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.