**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

Ameriquest Mortgage Company, et al.
              Plaintiff,

v.                    Case No.: 1:05−cv−07097
                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 25, 2011:

   MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule
41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Stipulation of Dismissal filed
on 2/22/11 (3944) (Re: Case No. 06c2475 Leal v Ameriquest, e al), all of plaintiff's claims
against all named defendants are dismissed with prejudice, with each party to bear its own
costs and fees. Defendants expressly reserve all of their third−party claims in connection
with the case being dismissed through this stipulation including, without limitation, any
and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint.
Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.