UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al.<br>Plaintiff,<br>v.<br>Ameriquest Mortgage Company, et al.<br>Defendant. | Case No.: 1:05−cv−07097<br>Honorable Marvin E. Aspen |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 28, 2011:

MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Stipulation of Dismissal filed on 2/22/11, (Re: Case NO. 06 C 4727 Meehan, et al v. Ameriquest, et al ), (3924), plaintiffs, Tracy Butler, Donald Deslauriers, Gayle Fazio, Mark Fazio, Joan Fortin, Frances Hennessey, Debra A. Jones, AAline LaFontaine, Thomas May, William Meehan, Kevin Morgan, Kimberly O'Grady, RIchard Peyton, Linda Silva, Kathleen Sousa, Charles Sullivan, Thomasina Turner, Roland Vadenais, Shirley Vadenais, Louis Valliere and Tina Valliere, dismiss all claims against all named defendants with prejudice, with each party to bear its own costs and fees. Defendants expressly reserve all of their third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint. The case (06 C 4727) remains pending as to any remaining plaintiffs.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.