# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ameriquest Mortgage Company, et al.

           Plaintiff,

v.                    Case No.: 1:05−cv−07097
                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2011:

   MINUTE entry before Honorable Marvin E. Aspen: Joint stipulation of dismissal ((3984) of claims against Third−party defendant Title Source, Inc. is allowed. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Third−party plaintiffs, Ameriquest Mortgsge Company, Argent Mortgage Company,LLC, and Town & County Credit Corporation (collectively the "AMC Entities"), stipulation to the dismissal, with prejudice, of the AMC Entitites' claims in the Fifth Amended Consolidated Third−Party Complaint against Titlee Source. All claims by the AMC Entities against other third−party defendants, to the extent there are any,shall remain and are not dismissed. The AMC Entities and TItle Source shall bear their own costs and attorneys#039; fees. Title Source Inc. terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.