UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:05−cv−07097 |
| | Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 29, 2011:

MINUTE entry before Honorable Marvin E. Aspen:Joint stipulation of dismissal ((3983) of claims against Third−party defendant Old Republic National Title Insurance Company also erroneously sued as Old Republic Title Insurance Company is allowed. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third−party plaintiffs, Ameriquest Mortgsge Company, Argent Mortgage Company,LLC, and Town & County Credit Corporation (collectively the "AMC Entities"), stipulation to the dismissal, with prejudice, of all the AMC Entitites' claims in the Fifth Amended Consolidated Third−Party Complaint against Old Republic. All claims by the AMC Entities against other third−party defendants, to the extent there are any,shall remain and are not dismissed. The AMC Entities and Old Republic shall bear their own costs and attorneys' fees. Old Republic National Title Insurance Company terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.