# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                                                        Plaintiff,

v.                                                                           Case No.: 1:05−cv−07097
                                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 29, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Joint stipulation of dismissal of claims against third−party defendant Turnkey Title Corporation (3985) is allowed. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, third−party plaintiff Ameriquest Mortgage Company and third−party defendant Turnkey Title Corporation stipulation to the dismissal with prejudice of Ameriquest's claims in the Fifth Amended Consolidated Third−Party Complaint against Turnkey. All claims by Ameriquest against other third−party defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Turnkey shall bear their own costs and attorneys' fees. Turnkey Title Corporation terminated.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.