UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,
v.                                              Case No.: 1:05−cv−07097
                                                Honorable Marvin E. Aspen
Ameriquest Mortgage Company, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2011:

MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a)((2) of the Federal Rules of Civil Procedure and Stipulation of dismissal (3974) filed on 3/16/11, (Re: Case No. 07 C 6867 Ferrara, et al v. Ameriquest, et al),, plaintiff, Susan Ferrara,, voluntarily dismiss her claims against defendant Deutsche Bank National Trust Company, in its own capacity and as trustees for Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates Series 2006−R1, and Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2006 R−1,with prejudice. Deutsche Bank National Trust Company, in its own capacity and as trustees for Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates Series 2006−R1, and Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2006 R−1.terminated. Neither Ms. Ferrara nor the other plaintiffs are not dismissing their claims against the remaining defendants.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.