UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 30, 2011:


        MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41 of the
Federal Rules of Civil Procedure and Join Stipulation of dismissal filed on 8/26/10 (3696
(Re: Case No. 08 C 2353 Casteel, et al v. Ameriquest Mortgage, et al_), plaintiffs, Cynthia
Casteel and Susan Johnson stipulate to the dismissal of plaintiffs claims against
defendants Ameriquest, AMC and ACC in its entirety with prejudice. The claims of any
and all remaining plaintiff(s) against any remaining defendant(s) in this suit will continue
to be prosecuted, specifically Plaintiff Cynthia Casteel's claim(s) against defendant
American Home Mortgage Servicing, Inc. Each party shall bear its own costs and attorney
fees. Ameriquest Mortgage Company, Inc., AMC and ACC terminated. Defendants
expressly reserve all of their third−party claims in connection with the case being
dismissed through this stipulation including, without limitation, any and all claims set
forth in the Fifth Amended Consolidated Third−Party Complaint. Judicial staff mailed
notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.