**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                                    Plaintiff,

v.                                                                    Case No.: 1:05−cv−07097
                                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 30, 2011:

　　　MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41 of the Federal Rules of Civil Procedure and amended joint stipulation of dismissal filed on 9/24/10 (3739), (Re: Case NO. 08 C 2628 Byrd, et al v. Ameriquest, e al) plaintiffs, Estella Byrd, Edward and Barbara Abrams, Kevin and Debbie Gerry, Jessie and Annie Williams, Cecil Abernatby, Holland Cox, III, Rena Jackson, James and Kimberly Watkins, George Trotter and Dorothy Hollway, dismiss with prejudice their claims against defendants Ameriquest, AMC and ACC in its entirety. The claims of any and all remaining plaintiff(s) against any remaining defendant(s) in this suit will continue to be prosecuted, specifically Plaintiff Estella Byrd, James and Kimberly Watkins claims against defendants Ameriquest Home Mortgage Servicing, Inc. and George Trotter's claim(s) against Chas Home Finance (a/k/a WaMu or Chase). Ameriquest Mortgage Company, Inc., AMC and ACC terminated. Defendants expressly reserve all of their third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.