**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS TAPALIAN & TADROS, P.C., FRANK MANNI, ESQ., LAW OFFICES OF JONATHAN ASH, LAW OFFICES OF MARC FOLEY, P.C., MEDICI & SCIACCA, P.C., AND PREMIER TITLE & ESCROW COMPANY**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities") and Third-Party Defendants Tapalian & Tadros, P.C., Frank Manni, Esq., Law Offices of Jonathan Ash, Law Offices of Marc Foley, P.C., Medici & Sciacca, P.C., and Premier Title & Escrow Company (collectively "Settled Third-Party Defendants") hereby stipulate to the dismissal, with prejudice, all of the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Settled Third-Party Defendants.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Settled Third-Party Defendants shall bear their own costs and attorneys' fees.

DATED: April 1, 2011	Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182


DATED: April 1, 2011	Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

DATED: April 1, 2011	Respectfully submitted,

By: /s/ Clark M. Stalker
*Attorneys for Third-Party Defendants Tapalian & Tadros, P.C., Frank Manni, Esq., Law Offices of Jonathan Ash, Law Offices of Marc Foley, P.C., Medici & Sciacca, P.C., and Premier Title & Escrow Company*

Bruce R. Meckler, Esq.
Christopher E. Kentra, Esq.
Clark M. Stalker, Esq.
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7147
Facsimile: (312) 474-7898

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 1st day of April 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage