UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. _____ **Individual Case Information:** TRUMAN ROGERS, (06 C 2736, N.D. IL) Plaintiff, v. TOWN & COUNTRY CREDIT and SAXON MORTGAGE SERVICES, INC., Defendants. | MDL No. 1715 Lead Case No. 05-CV-7097 Centralized Before the Honorable Marvin E. Aspen |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Illinois Supreme Court Rule 13 and Cook County Circuit Court Rule 1.4(b), David A. Wheeler respectfully moves for an order allowing him to withdraw as counsel of record for Defendants. In support of this motion, the undersigned states the following:

1. David A. Wheeler has left the employ of Dykema Gossett PLLC, the firm representing Defendants in this matter, and is now employed at the firm of Greenberg Traurig, LLP.

2. All other attorneys from the Firm of Dykema Gossett PLLC, who have appeared in this case, will continue as counsel to represent the Defendants.

**WHEREFORE,** David A. Wheeler respectfully requests that this Court enter an order granting his Motion to Withdraw pursuant to Illinois Supreme Court Rule 13 and Cook County Circuit Court Rule 1.4(b), and granting such other and further relief as this Court deems necessary and just.

Dated: April 5, 2011

                              Respectfully submitted,

                              By:   /s/ David A. Wheeler

David A. Wheeler
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
ARDC ID Number: 6270817

*CHI 60,899,866v1*