UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | MDL No. 1715 <br> Lead Case No. 05-CV-7097 |
| **Individual Case Information:** | Centralized Before the Honorable Marvin E. Aspen |
| TRUMAN ROGERS, (06 C 2736, N.D. IL) <br> Plaintiff, <br> v. <br> TOWN & COUNTRY CREDIT and SAXON MORTGAGE SERVICES, INC., <br> Defendants. | |

## NOTICE OF MOTION

TO:   Counsel of Record

**PLEASE TAKE NOTICE** that on Tuesday, April 12, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Marvin E. Aspen, or whomever shall be sitting in his stead, in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached **MOTION TO WITHDRAW AS COUNSEL.**

                                    Respectfully submitted,

                         By:  /s/  David A. Wheeler
                                    David A. Wheeler (ARDC # 6270817)
                                    GREENBERG TRAURIG, LLP
                                    77 West Wacker Drive
                                    Suite 3100
                                    Chicago, IL 60601
                                    (312) 456-8400
                                    ***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I, David A. Wheeler, an attorney, certify that April 5, 2011, I electronically filed true and correct copies of the **MOTION TO WITHDRAW AS COUNSEL** and this **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by electronic mail to all counsel of record by operation of the Court's electronic filing system.

        /s/ David A. Wheeler
        One of the Attorneys for Defendants

*CHI 60,899,503v1*