**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS FIRST AMERICAN ENTITIES**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities") and Third-Party Defendants First American Title Insurance Company, The Talon Group, Inc., United General Title Insurance Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Company, and Metropolitan Title Company (collectively the "First American Entities") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against the First American Entities.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and the First American Entities shall bear their own costs and attorneys' fees.

DATED: April 8, 2011    Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: April 8, 2011    Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
MOLO LAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone: (212) 607-8180
Facsimile: (212) 593-7378

DATED: April 8, 2011    Respectfully submitted,

By: /s/ Robert Radasevich
*Attorneys for First American Title Insurance Company, The Talon Group, Inc., United General Title Insurance Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Company, and Metropolitan Title Company*

Robert Radasevich, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602
Telephone: (312) 269-8039
Facsimile: (312) 578-4947

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 8th day of April 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies