# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 4/12/2011 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co, Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT**

The following list of cases having been included in the Borrower Class Settlement Agreement (3247) and covered by the dismissal contained in the Final Order and Judgment (3628) entered on 6/29/11, are dismissed. (For list of cases, see Attachment).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | SRB |
|---|---|---|