*Ameriquest MDL – Lead Case 05-7097*
*CASES INCLUDED IN BORROWER CLASS SETTLEMENT AGREEMENT*

| CASE NAME | N.D. ILL. CASE NO. | ORIGINAL CASE NO. |
|---|---|---|
| Barber v. Ameriquest Capital Corp. | 06-cv-1735 | 04-cv-01296 (M.D. Fla.) |
| Becker v. J.M. Closing Services, et al. | 07-cv-115 | 06-cv-2810 (D. Md.) |
| Boudin v. ATM Holdings, Inc., et al. | 07-cv-5422 | 07-cv-0018 (S.D. Ala.) |
| Brown v. Ameriquest Capital Corp. | 06-cv-1730 | SACV05-285 (C.D. Cal.) |
| Campbell v. Johnnie Ross, Kareem Ross, Ameriquest Mortgage Co., et al. | 05-cv-05-07097 | 05-cv-00107 (M.D. Ga.) |
| Capasso v. Ameriquest Mortgage Co. | 06-cv-04044 | 06-cv-01221 (D. N.J.) |
| Carlson v. Ameriquest Mortgage | 06-cv-5702 | 06-cv-03129 (D. Minn.) |
| D'Ambrogi v. Ameriquest Mortgage Co. | 06-cv-1742 | 05-cv-04427 (E.D. Pa.) |
| Doherty v. Town & Country Credit Corp. | 06-cv-1739 | 05-cv-00589 (D. Minn.) |
| Graham v. Ameriquest Mortgage Co. | 07-cv-3516 | 06-40195 (D. Mass.) |
| Harless v. Ameriquest Mortgage Co. and John Does 1-5 | 06-cv-4718 | 06-cv-0695 (S.D. In.) |
| Harless v. CitiMortgage, et al. | 06-cv-6756 | 06-cv-01391 (S.D. In.) |
| Hines v. Amedriquest Mortage Co. | 07-cv-158 | 06-cv-00133 (N.D. Ga.) |
| Jewell v. Ameriquest Mortgage Company | 06-cv-0269 | 06-0269 (N.D. Ill.) |
| Jones v. Ameriquest Mortgage Co. | 08-cv-182 | 07-AP-1079 (S.D. Ala.) |
| Juillerat v. Ameriquest Mortgage Co. | 06-cv-1732 | 05-cv-01117 (C.D. Cal.) |
| Kahrer v. Ameriquest Mortgage Co. | 06-cv-3586 | CIV.A.05-391 (W.D. Pa.) |
| Knox v. Ameriqeust Mortgage Co. | 05-cv-7100 | 05-00240 (N.D. Cal.) |
| Madrazo v. Ameriquest Mortgage Co. | 06-cv-1740 | CV 05-3987 (E.D. N.Y.) |
| Montanez v. Ameriquest | 06-cv-2473 | 06-cv-10244 (D. Mass.) |

BN 8700849v1

| | | |
|---|---|---|
| Mortgage Co. | | |
| Murphy v. Ameriquest Mortgage Co. | 05-cv-7101 | 04-cv-12651 (D. Mass.) |
| Russell v. Ameriquest Mortgage Co. | 07-cv-1024 | 06-cv-401 (N.D. Ind.) |
| Sanchez v. Argent Mortgage Co. | 08-cv-1081 | SACV07-CV-984 (C.D. Cal.) |
| Saunders v. Ameriquest Mortgage Co. | 06-cv-1741 | 5-cv-01126 (N.D. Ohio) |
| Stadaker v. Ameriquest Mortgage Co. | 07-cv-4431 | 07-cv-00409 (M.D. Tenn.) |
| Ungar v. Ameriquest Mortgage Co. | 06-cv-1736 | 05 CIV 01849 (M.D. Fla.) |
| Williams v. Ameriquest Mortgage Co. | 05-cv-7102 | 05-cv-6189 (S.D. N.Y.) |
| Williams v. Ameriquest Mortgage Co. | 05-cv-7098 | 05-cv- 01036 (M.D. Fla.) |