UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL NO: 1715
LEAD CASE NO. 1:05-CV-07097
THIS DOCUMENT RELATES
TO CASE NO. 06-1734(N.D. ILL.)

Jerome L. Sievers and Cheryl M. Sievers
    Plaintiff,                )
v.                                      )
Ameriquest Mortgage Company
And Deutche Bank National Trust Company    )
    DEFENDANTS                )
                                      )        April 20, 2011

**MOTION FOR ENTRY OF DEFAULT**

To: Clerk of the United States Court for the District of Connecticut

Plaintiff, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, requests the clerk to enter the default of defendant, Deutsche Bank Natl Trust Co. for failure to plead or otherwise defend as appears from the affidavit of counsel filed simultaneaosly herewith.

                                  PLAINTIFFS,

                                  By:     s/Peter Lachmann
                                  Peter Lachmann
                                  Fed Bar No. ct23757
                                  Peter.lachmann@sbcglobal.net
                                  250 West Main Street, Rm 210
                                  Branford, CT 06405
                                  Tel. (203) 488-6793
                                  Fax. (203) 488-6814

**Certificate of Service**

I, Peter Lachmann, hereby certify that on April 20, 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

                                  By  /s/ Peter Lachmann