UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO:
3:05-CV-01296-RNC

Jerome L. Sievers and Cheryl M. Sievers
    Plaintiff,
v.
Ameriquest Mortgage Company
And Deutche Bank National Trust Company
    DEFENDANTS

April 20, 2011

AFFIDAVIT OF COUNSEL IN SUPPORT OF
REQUEST TO CLERK FOR ENTRY OF DEFAULT

Peter Lachmann, being duly sworn, deposes and says:

1. I am the attorney for plaintiff in this action and have personal knowledge of the facts set forth in this affidavit.
2. The plaintiff's complaint was filed on August 15, 2005.
3. Examination of the court file in this action shows that defendant Deutsche Bank Natl Trust Co. filed an appearance on January 31, 2005.
4. More than 20 days have elapsed since the date on which each of the defendants was served with summons and a copy of the complaint.
5. The defendants have failed to serve an answer or otherwise defend as to plaintiff's complaint.
6. This affidavit is executed by affiant in accordance with Rule 55(a), Federal Rules of Civil Procedure, for the purpose of enabling plaintiff to obtain an entry of default against the defendants for their failure to answer or otherwise defend as to the plaintiff's complaint.

PLAINTIFFS,

By: _____
Peter Lachmann
Fed Bar No. ct23757
Peter.lachmann@sbcglobal.net
250 West Main Street, Rm 210
Branford, CT 06405
Tel. (203) 488-6793
Fax. (203) 488-6814

Subscribed and sworn to before me this 20th day of April, 2011

_____
Jeffrey Olgin
Commissioner of Superior Court