UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL NO: 1715
LEAD CASE NO. 1:05-CV-07097
THIS DOCUMENT RELATES
TO CASE NO. 06-1734(N.D. ILL.)

**Ronald I. Chorches**
    Plaintiff, )
v. )
**Ameriquest Mortgage Company**
**And Deutche Bank National Trust Company** )
    DEFENDANTS )
)     **April 26, 2011**

## WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT

Plaintiff hereby withdraws the motion for entry of Default as to Deutsche Bank National Trust Company dated 4/20/2011. (Doc. 4068)

PLAINTIFFS,

By:     s/Peter Lachmann
Peter Lachmann
Fed Bar No. ct23757
Peter.lachmann@sbcglobal.net
250 West Main Street, Rm 210
Branford, CT 06405
Tel. (203) 488-6793
Fax. (203) 488-6814

### Certificate of Service

I, Peter Lachmann, hereby certify that on April 26, 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

By   /s/ Peter Lachmann