**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>ELLIOT-LABIN, et al. v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 07-6191 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**PLAINTIFF RICHARD JANEWAY'S REQUEST FOR
VOLUNTARY DISMISSAL BY COURT ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Richard Janeway requests that this Court order voluntary dismissal of his claim, ***with prejudice,*** in the above captioned case against defendants Deutsche Bank National Trust Company, in its own capacity and as trustee for Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2005-R1 and Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2005-R1. Neither Mr. Janeway nor the other plaintiffs request that their claims be dismissed against the remaining defendants. Mr. Janeway makes this request pursuant to Rule 41(a)(2) because Third-Party claims may be pending.

Date: April 26, 2011     Respectfully Submitted:

                               /s/ Anthony P. Valach, Jr.
                               Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936

lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I, Anthony P. Valach, Jr., hereby certify that on this 26th day of April, 2011, a true and correct copy **PLAINTIFF RICHARD JANEWAY'S REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER** was served, via the Court's electronic filing system, upon counsel of record.

/s/ Anthony Valach
Anthony Valach