IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before Judge Marvin E. Aspen |
| Beverly Ballard, et al., v. Ameriquest Mortgage Company, et al. Case No. 08-cv-4992; | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Beverly Ballard and Sue Cannon, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against Defendant American Home Mortgage Services, Inc. in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiffs Thomas Smith and Shelia Hann; and Plaintiffs Armin P. and Rita Hegenheiser's claim(s) against Defendant American Home Mortgage Servicing, Inc. (AHMSI). Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 2nd day of May, 2011.

/s/ *William H. Robertson V*
One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

## CERTIFICATE OF SERVICE

I further certify that on this the 2nd day of May, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *William H. Robertson, V*
OF COUNSEL