# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ameriquest Mortgage Company, et al.
                    Plaintiff,

v.                                    Case No.: 1:05−cv−07097
                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2011:

    MINUTE entry before Honorable Marvin E. Aspen:The status conference scheduled for May 12, 2011 is hereby reset to January 19, 2012 at 10:30 am. The parties shall file written status reports updating the Court on the progress of their relevant portion(s) of the MDL, including the status of ongoing mediation, by May 26, 2011. These reports may be filed jointly or separately, at the parties discretion. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.