UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: *Bowden v. Argent Argent Mortgage, et al.* 06-CV-5991 (N.D. Ill.) *Grabs v. Argent Argent Mortgage, et al.* 06-CV-2809 (N.D. Ill.) *Salinas v. Argent Argent Mortgage, et al.* 07-CV-245 (N.D. Ill.) *Swanigan v. Argent Mortgage, et al.* 07-CV-3315 (N.D. Ill.) *Washington v. Ameriquest, et al.* 05-CV-1007 (N.D. Ill.) *Harris v. Ameriquest, et al.* 05-CV-4025 (N.D. Ill.) | Lead Case No. 05 C 7097 Centralized Before: Hon. Marvin E. Aspen |

COUNSEL FOR DEFENDANTS
LAW TITLE INSURANCE AGENCY, INC.
AND
LAW TITLE INSURANCE COMPANY, INC.
<u>MOTION TO WITHDRAW</u>

**NOW COMES** Counsel for Defendants Law Title Insurance Agency, Inc. and Law Title Insurance Company, Inc., David A. Ward, Ward and Metti, P.C., and pursuant to Local Rule 83.17 requests leave of court to withdraw his appearance in this matter. In further support thereof, Counsel for the Law Title entities states as follows.

1. The undersigned appeared for the Law Title entities on October 15, 2007.

2. The Law Title entities' pleading and discovery obligations to date have been fulfilled.

3. The last of the Law Title entities ceased operations on April 18, 2011. Counsel has been instructed to withdraw.

4. Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, the undersigned respectfully requests leave of court to withdraw his appearances for Defendants Law Title Insurance Agency, Inc. and Law Title Insurance Company, Inc.

**WHEREFORE**, Counsel for Defendants Law Title Insurance Agency, Inc. and Law Title Insurance Company, Inc. respectfully requests that this honorable court grant leave to withdraw his appearances.

LAW TITLE INSURANCE AGENCY, INC.
LAW TITLE INSURANCE COMPANY, INC.

By: *David A. Ward*
David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
(847) 657-8387
ARDC Number 06184451
Date:  May 3, 2011