UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*Bowden v. Argent Argent Mortgage, et al.*<br>06-CV-5991 (N.D. Ill.)<br><br>*Grabs v. Argent Argent Mortgage, et al.*<br>06-CV-2809 (N.D. Ill.)<br><br>*Salinas v. Argent Argent Mortgage, et al.*<br>07-CV-245 (N.D. Ill.)<br><br>*Swanigan v. Argent Mortgage, et al.*<br>07-CV-3315 (N.D. Ill.)<br><br>*Washington v. Ameriquest, et al.*<br>05-CV-1007 (N.D. Ill.)<br><br>*Harris v. Ameriquest, et al.*<br>05-CV-4025 (N.D. Ill.) | MDL No. 1715<br><br>Lead Case No.  05  C  7097<br><br><br>Centralized Before:<br><br>Hon. Marvin E. Aspen |

## NOTICE OF MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that on Thursday, May 12, 2011 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Counsel for

Law Title Insurance Agency, Inc. and Law Title Insurance Company, Inc.'s Motion For Leave to Withdraw Appearance, a copy of which is served upon you herewith.

                                                     LAW TITLE INSURANCE AGENCY, INC.
                                                     LAW TITLE INSURANCE COMPANY, INC.

                                                       By: _____
                                                             David A. Ward, Its Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
(847) 657-8387
ARDC Number 06184451
Date:  May 3, 2011

## CERTIFICATE OF SERVICE

     I, David A. Ward, an attorney, do certify that I served the foregoing Notice of Motion and Motion For Leave to Withdraw Appearance pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

| | |
|---|---|
| Brian H. Newman | Cheryl Talley |
| Cheryl M. Lott | 1577 Deer Path Lane |
| Melody A. Petrossian | Franklin Grove  IL  61031 |
| Rachel A.P. Saldana | |
| Buchalter Nemer | Daniel J Whitaker |
| A Professional Corporation | 113 Daventry Drive |
| 1000 Wilshire Boulevard, Suite 1500 | Calera  AL  35040 |
| Los Angeles  CA  90017 | |
| | David J. Tarpley |
| Richard P. Colbert | Legal Aid Society of Middle Tennessee |
| Alexandra van Nes Dolger | 300 Deaderick Street |
| Day, Berry & Howard | Nashville  TN  37201 |
| One Canterbury Green | |
| Stamford  CT  06901-2047 | Gregory Day |
| | 6345 Stablewood Way |
| Alexander Edward Sklavos | Lithonia  GA  30058 |
| Law Offices of Alexander E. Sklavos, PC | |
| 1 Old Country Road | William Champion |
| Suite 200 | Jackie Champion |
| Carle Place  NY  11514 | 1372 Myrick Road |
| | Elmore  AL  36025 |

| | |
|---|---|
| Janice Long<br>2400 Scarlette Lane, Southeast<br>Conyers   GA   30013 | Lisa Parker<br>425 Water Street<br>Prattville   AL   36067 |
| John Cseh<br>12800 Shaker Blvd<br>Suite U12<br>Cleveland   OH   44120 | Michael Swistak<br>Swistak and Levine, P.C.<br>30445 Northwestern Highway<br>Suite 140<br>Farmington Hills   MI   48334-3174 |
| John J. McDonough<br>Cozen O'Connor<br>45 Broadway<br>Suite 1600<br>New York   NY   10006 | Robert W. Smyth , Jr.<br>Donohue, Brown, Mathewson & Smyth<br>140 South Dearborn Street<br>Suite 700<br>Chicago   IL   60603 |
| John M. Gambrel<br>Gambrel & Wilder Law Offices, PLLC<br>1222½  N Main St<br>Suite 2<br>London   KY   40741 | Walter J. Manning<br>1260 Greenwich Avenue<br>Warwick   RI   02886 |
| John Robert King<br>Michael S. Deck<br>Law Office of John King<br>3409 N. 10th Street<br>Suite 100<br>McAllen   TX   78601 | Ted Corbin<br>122 Eagle Crest Drive<br>Brunswick GA 31525-4722 |
| Jonathan Lee Riches<br>#40948-018<br>Lexington<br>P. O. Box 14500<br>Lexington   KY   40512 | Matthew J. Dunn<br>The Dunn Law Group<br>Fifth Floor<br>15 Broad St<br>Boston MA 02109-3803 |
| Joseph E. Nealon<br>The Law Office of Joseph E. Nealon<br>45 Lyman Street<br>Suite 28<br>Westborough   MA   01581 | Dorothy Holloway<br>6416 Marsh Avenue NW<br>Huntsville AL 35806-1865 |

with a courtesy copy to the court on this 3[nd] day of May, 2011.

_David A. Ward_

David A. Ward, Attorney