**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                          Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 3, 2011:

       MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Stipulation of Dismissal, (Re: Case No. 08C3960 Champion, et al v. Ameriquest, et al) plaintiffs claims against defendant American Home Mortgage Services, Inc., and plaintiff David Scott Davis claims against Americas Servicing Company are dismissed in its entirety with prejudice. The claims of any and all remaining plaintiffs against any remaining defendant(s) in this suit will continue to be prosecuted. Each party shall bear its own costs and attorneys fees. Defendants expressly reserve all of their third−party claims in connection with the case being dismissed through this stipulation, including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−party complaint.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.