## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*Carolyn Archer, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00328 (N.D. Ill.) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

**CAROLYN ARCHER** and **CARLOS ARCHER** (collectively "Plaintiffs") and Defendants

**AMERIQUEST MORTGAGE COMPANY, HSBC BANK USA,** and **HSBC MORTGAGE**

**SERVICES, INC.** hereby stipulate that the *Carolyn Archer, et al. v. Ameriquest Mortgage*

*Company, et al.*, 07-CV-00328 (N.D. Ill) (transferred into the MDL) matter be dismissed with

prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case

being dismissed through this stipulation including, without limitation, any and all claims set forth

in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011                    Respectfully submitted,

                                       By:  /s/ Cathleen M. Combs
                                       *Attorneys for Carolyn Archer and Carlos Archer*

                                       Cathleen M. Combs, Esq.
                                       Catherine A. Ceko, Esq.
                                       EDELMAN, COMBS, LATTURNER &
                                       GOODWIN
                                       120 S. LaSalle St., Suite 1800
                                       Chicago, Illinois 60603
                                       Telephone:  (312) 739-4200
                                       Facsimile:  (312) 419-0379

DATED:  May 5, 2011                    Respectfully submitted,

                                       By:  /s/ Bernard E. LeSage
                                       *Attorneys for Ameriquest Mortgage Company,
                                       HSBC Bank USA, and HSBC Mortgage Services,
                                       Inc.*

                                       Bernard E. LeSage, Esq.
                                       Joanne N. Davies, Esq.
                                       BUCHALTER NEMER
                                       18400 Von Karman Avenue, Suite 800
                                       Irvine, California 92612
                                       Telephone:  (949) 760-1121
                                       Facsimile:  (949) 720-0182

BN 8184222v1                                       2

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs