IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Eric Balark, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02430, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ERIC BALARK** and **MICHELLE MCMILLER** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5 (collectively "Defendants") hereby stipulate that the *Eric Balark, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02430 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all Defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011			Respectfully submitted,

					By:  /s/ Cathleen M. Combs
					*Attorneys for Eric Balark and Michelle McMiller*

					Cathleen M. Combs, Esq.
					Catherine A. Ceko, Esq.
					EDELMAN, COMBS, LATTURNER & GOODWIN
					120 S. LaSalle St., Suite 1800
					Chicago, Illinois 60603
					Telephone:  (312) 739-4200
					Facsimile:  (312) 419-0379

DATED:  May 5, 2011			Respectfully submitted,

					By:  /s/ Bernard E. LeSage
					*Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as trustee*

					Bernard E. LeSage, Esq.
					Joanne N. Davies, Esq.
					BUCHALTER NEMER
					18400 Von Karman Avenue, Suite 800
					Irvine, California 92612
					Telephone:  (949) 760-1121
					Facsimile:  (949) 720-0182

DATED:  May 5, 2011			Respectfully submitted,

					By:  /s/ Simon A. Fleischmann
					*Attorneys for American Home Mortgage Servicing, Inc.*

					Simon A. Fleischmann, Esq.
					LOCKE LORD BISSELL & LIDDELL LLP
					111 South Wacker Drive
					Chicago, Illinois 60606
					Telephone: (312) 443-0462
					Facsimile:  (312) 896-6471

BN 8405615v1					2

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs