# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| | ) | |
| | ) | |
| Terry Toodle, et al., v. | ) | |
| Ameriquest Mortgage Company, et al. | ) | |
| Case No. 08-cv-4991; | ) | |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Annie Russell, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiff's claims against Defendant American Home Mortgage Servicing, Inc., Plaintiff Esmer Davis' claims against Defendant America's Servicing Company, and Plaintiff Juanita Dollar's, and Plaintiffs Gary and Marie Moses' claims against Defendant Chase Home Finance, LLC in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiff Jerome Stovall's, claims against Defendant Chase Home Finance, LLC (CHF). Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 5th day of May, 2011.

/s/ William H. Robertson V
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

## CERTIFICATE OF SERVICE

I further certify that on this the 5ᵗʰ day of May, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL