**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: *Beverly Childres, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04722, N.D. Ill. | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **VANEISHA CHILDRES** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC.,** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Beverly Childres, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04722, N.D. Ill. (transferred into the MDL from 06-CV-12673 E.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011                    Respectfully submitted,

                                        By:  /s/ Cathleen M. Combs
                                        *Attorneys for Vaneisha Childres*

                                        Cathleen M. Combs, Esq.
                                        Catherine A. Ceko, Esq.
                                        EDELMAN, COMBS, LATTURNER &
                                        GOODWIN
                                        120 S. LaSalle St., Suite 1800
                                        Chicago, Illinois 60603
                                        Telephone:  (312) 739-4200
                                        Facsimile:  (312) 419-0379

DATED:  May 5, 2011                    Respectfully submitted,

                                        By:  /s/ Bernard E. LeSage
                                        *Attorneys for Ameriquest Mortgage Company,*
                                        *Ameriquest Mortgage Securities, Inc., and AMC*
                                        *Mortgage Services, Inc.*

                                        Bernard E. LeSage, Esq.
                                        Joanne N. Davies, Esq.
                                        BUCHALTER NEMER
                                        18400 Von Karman Avenue, Suite 800
                                        Irvine, California 92612
                                        Telephone:  (949) 760-1121
                                        Facsimile:  (949) 720-0182

## <u>CERTIFICATE OF SERVICE</u>

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs