### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Thelma Cowles, et al. v. Argent Mortgage Company, et al.*, 07-CV-01625, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **THELMA COWLES** and **TERRY COWLES** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC** and **WM SPECIALTY MORTGAGE, LLC** (collectively "Defendants") hereby stipulate that the *Thelma Cowles, et al. v. Argent Mortgage Company, et al.*, 07-CV-01625, N.D. Ill. (originally 07-CV-0062 (W.D. Mich.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011 	Respectfully submitted,

	By:  /s/ Cathleen M. Combs
	*Attorneys for Thelma Cowles and Terry Cowles*

	Cathleen M. Combs, Esq.
	Catherine A. Ceko, Esq.
	EDELMAN, COMBS, LATTURNER & GOODWIN
	120 S. LaSalle St., Suite 1800
	Chicago, Illinois 60603
	Telephone:  (312) 739-4200
	Facsimile:  (312) 419-0379

DATED:  May 5, 2011 	Respectfully submitted,

	By:  /s/ Bernard E. LeSage
	*Attorneys for WM Specialty Mortgage, LLC*

	Bernard E. LeSage, Esq.
	Joanne N. Davies, Esq.
	BUCHALTER NEMER
	18400 Von Karman Avenue, Suite 800
	Irvine, California 92612
	Telephone:  (949) 760-1121
	Facsimile:  (949) 720-0182

DATED: May 5, 2011 	Respectfully submitted,

	By:  /s/ Thomas J. Wiegand
	*Attorneys for Argent Mortgage Company LLC*

	Thomas J. Wiegand, Esq.
	MOLO LAMKEN LLP
	540 Madison Avenue
	New York, New York 10022
	Telephone:  (212) 607-8160
	Facsimile:  (212) 607-8161

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs