**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Edward Doolittle, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-05033, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **EDWARD DOOLITTLE** and **BABETTE DOOLITTLE** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **WM SPECIALTY MORTGAGE, LLC** (collectively "Defendants") hereby stipulate that the *Edward Doolittle, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-05033, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011                           Respectfully submitted,

                                              By:  /s/ Cathleen M. Combs
                                              *Attorneys for Edward Doolittle and Babette Doolittle*

                                              Cathleen M. Combs, Esq.
                                              Catherine A. Ceko, Esq.
                                              EDELMAN, COMBS, LATTURNER & GOODWIN
                                              120 S. LaSalle St., Suite 1800
                                              Chicago, Illinois 60603
                                              Telephone:  (312) 739-4200
                                              Facsimile:  (312) 419-0379

DATED:  May 5, 2011                           Respectfully submitted,

                                              By:  /s/ Bernard E. LeSage
                                              *Attorneys for Ameriquest Mortgage Company and WM Specialty Mortgage, LLC*

                                              Bernard E. LeSage, Esq.
                                              Joanne N. Davies, Esq.
                                              BUCHALTER NEMER
                                              18400 Von Karman Avenue, Suite 800
                                              Irvine, California 92612
                                              Telephone:  (949) 760-1121
                                              Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs