# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  THIS DOCUMENT RELATES TO: *Cliff D. Fonseca, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01750, N.D. Ill. | MDL No. 1715  Lead Case No. 05-cv-07097  (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **CLIFF D. FONSECA** and **DEBORA E. FONSECA** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** Individually and as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R3 (collectively "Defendants") hereby stipulate that the *Cliff D. Fonseca, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01750 (N.D. Ill) (transferred into the MDL from 07-CV-00144 W.D. Mich.) matter be dismissed with prejudice as to all Defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Cathleen M. Combs
　　　　　　　　　　　　　　　　　　　*Attorneys for Cliff D. Fonseca and Debora E. Fonseca*

　　　　　　　　　　　　　　　　　　　Cathleen M. Combs, Esq.
　　　　　　　　　　　　　　　　　　　Catherine A. Ceko, Esq.
　　　　　　　　　　　　　　　　　　　EDELMAN, COMBS, LATTURNER & GOODWIN
　　　　　　　　　　　　　　　　　　　120 S. LaSalle St., Suite 1800
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone:  (312) 739-4200
　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 419-0379

DATED:  May 5, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Bernard E. LeSage
　　　　　　　　　　　　　　　　　　　*Attorneys for Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., Deutsche Bank National Trust Company, individually and as Trustee*

　　　　　　　　　　　　　　　　　　　Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

DATED:  May 5, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Simon A. Fleischmann
　　　　　　　　　　　　　　　　　　　*Attorneys for American Home Mortgage Servicing, Inc.*

　　　　　　　　　　　　　　　　　　　Simon A. Fleischmann, Esq.
　　　　　　　　　　　　　　　　　　　LOCKE LORD BISSELL & LIDDELL LLP
　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone: (312) 443-0462
　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 896-6471

3

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Cathleen M. Combs