## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Charles B. Foster  v. Argent Mortgage Company, LLC, et al.*, 06-CV-06762, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **CHARLES B. FOSTER** ("Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY, LLC, ARGENT SECURITIES, N.A., AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for Argent Securities, N.A., Asset-Backed Pass-Through Certificates, Series 2004-W1 (collectively "Defendants") hereby stipulate that the *Charles B. Foster  v. Argent Mortgage Company, LLC, et al.*, 06-CV-06762, N.D. Ill. (transferred into the MDL from 06-CV-14206 E.D. Mich.) matter be dismissed with prejudice as to all Defendants.  Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all of its Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

BN 8311651v1

1

DATED:  May 5, 2011              Respectfully submitted,

By:  /s/ Cathleen M. Combs

*Attorneys for Charles B. Foster*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER &
GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

DATED: May 5, 2011              Respectfully submitted,

By:  /s/ Bernard E. LeSage

*Attorneys for Deutsche Bank National Trust Company, as Trustee*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED:  May 5, 2011              Respectfully submitted,

By:  /s/ Simon A. Fleischmann

*Attorneys for American Home Mortgage Servicing, Inc.*

Simon A. Fleischmann, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile:  (312) 896-6471

DATED:  May 5, 2011

Respectfully submitted,

By:  /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC and*
*Argent Securities, N.A.*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile:  (212) 607-8161

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Cathleen M. Combs