IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Marianne Freeberg, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06717, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MARIANNE FREEBERG** and **OSCAR H. FREEBERG** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, HOUSEHOLD FINANCE CORPORATION,** and **HSBC BANK USA**[1] (collectively "Defendants") hereby stipulate that the *Marianne Freeberg, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06717, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] On February 22, 2010, pursuant to a joint stipulation, the Court issued a minute entry dismissing the claims of Plaintiff Cecilia Rowan against defendants Ameriquest Mortgage Company, U.S. Bank, N.A. as Trustee for Credit-Based Asset Servicing and Securitization, LLC, and Litton Loan Servicing, L.P., with prejudice (Docket No. 82).

DATED: May 5, 2011          Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Marianne Freeberg and Oscar H. Freeberg*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: May 5, 2011          Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, Household Finance Corporation, and HSBC Bank USA*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs