IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Tregg E. Howze, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-01624, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **TREGG E. HOWZE** and **WANDA L. HOWZE** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION,** and **WELLS FARGO BANK MINNESOTA, N.A.,** as Trustee for **PARK PLACE SECURITIES, INC.,** Floating Rate Mortgage Pass Through Certificates, Series 2005-WHQ2 (collectively "Defendants") hereby stipulate that the *Tregg E. Howze, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-01624, N.D. Ill. (originally 07-CV-00061 W.D. Mich.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 5, 2011 Respectfully submitted,

By:  /s/ Cathleen M. Combs
*Attorneys for Tregg E. Howze and Wanda L. Howze*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

DATED:  May 5, 2011 Respectfully submitted,

By:  /s/ Cathleen M. Combs
*Attorneys for Wells Fargo Bank Minnesota, N.A., as Trustee for Park Place Securities, Inc., Floating Rate Mortgage Pass-Through Certificates, Series 2005-WHQ2 and HomEq Servicing Corporation*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED: May 5, 2011 Respectfully submitted,

By:  /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone:  (212) 607-8160
Facsimile:  (212) 607-8161

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs