**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Bobby Jude, Jr., et al. v. Town & Country Credit Corporation, et al.*, 06-CV-01691, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BOBBY JUDE, JR.** and **KELLIE T. JUDE** (collectively "Plaintiffs") and Defendants **TOWN & COUNTRY CREDIT CORP.** and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for **AMERIQUEST MORTGAGE SECURITIES INC.**, Asset-Backed Pass-Through Certificates, Series 2004-R12 (collectively "Defendants") hereby stipulate that the *Bobby Jude, Jr., et al. v. Town & Country Credit Corporation, et al.*, 06-CV-01691, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  May 5, 2011

Respectfully submitted,

By:  /s/ Cathleen M. Combs
*Attorneys for Bobby Jude, Jr. and Kellie T. Jude*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER &
GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

DATED:  May 5, 2011

Respectfully submitted,

By:  /s/ Bernard E. LeSage
*Attorneys for Town & Country Credit Corp.,
Deutsche Bank National Trust Company, as Trustee
for Ameriquest Mortgage Securities Inc., Asset-
Backed Pass-Through Certificates, Series 2004-
R12*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

<u>**CERTIFICATE OF SERVICE**</u>

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Cathleen M. Combs