**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *George D. Krise, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-05700, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

**GEORGE D. KRISE** and **DANA S. HAYNES** (collectively "Plaintiffs") and Defendants

**AMERIQUEST MORTGAGE COMPANY, AMERICAN HOME MORTGAGE**

**SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee

for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-

X3 (collectively "Defendants") hereby stipulate that the *George D. Krise, et al. v. Ameriquest*

*Mortgage Company, et al.*, 06-CV-05700, N.D. Ill. (transferred into the MDL from 06-CV-529

W.D. Mich.) matter be dismissed with prejudice as to all defendants.  Each party shall bear their

own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case

being dismissed through this stipulation including, without limitation, any and all claims set forth

in the Fifth Amended Consolidated Third-Party Complaint.

DATED: May 5, 2011                          Respectfully submitted,

                                            By: /s/ Cathleen M. Combs
                                            *Attorneys for George D. Krise and Dana S. Haynes*

                                            Cathleen M. Combs, Esq.
                                            Catherine A. Ceko, Esq.
                                            EDELMAN, COMBS, LATTURNER &
                                            GOODWIN
                                            120 S. LaSalle St., Suite 1800
                                            Chicago, Illinois 60603
                                            Telephone: (312) 739-4200
                                            Facsimile: (312) 419-0379

DATED: May 5, 2011                          Respectfully submitted,

                                            By: /s/ Bernard E. LeSage
                                            *Attorneys for Ameriquest Mortgage Company and*
                                            *Deutsche Bank National Trust Company, as Trustee*

                                            Bernard E. LeSage, Esq.
                                            Joanne N. Davies, Esq.
                                            BUCHALTER NEMER
                                            18400 Von Karman Avenue, Suite 800
                                            Irvine, California 92612
                                            Telephone: (949) 760-1121
                                            Facsimile: (949) 720-0182

DATED: May 5, 2011                          Respectfully submitted,

                                            By: /s/ Simon A. Fleischmann
                                            *Attorneys for American Home Mortgage Servicing,*
                                            *Inc.*

                                            Simon A. Fleischmann, Esq.
                                            LOCKE LORD BISSELL & LIDDELL LLP
                                            111 South Wacker Drive
                                            Chicago, Illinois 60606
                                            Telephone: (312) 443-0462
                                            Facsimile: (312) 896-6471

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs