IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *David E. Landgren v. Argent Mortgage Company, LLC, et al.*, 06-CV-06766, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **DAVID E. LANDGREN** ("Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY, AMERICAN HOME MORTGAGE SERVICING, INC.**, **EXECUTIVE APPRAISALS, INC., GREAT LAKES MORTGAGE COMPANY, LLC,**[1] and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W6 (collectively "Defendants") hereby stipulate that the *David E. Landgren v. Argent Mortgage Company, LLC, et al.*, 06-CV-06766, N.D. Ill. (transferred into the MDL from 06-CV-696 W.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Appearances have not been filed by Executive Appraisals, Inc. or Great Lakes Mortgage Company, LLC.

DATED: May 6, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Cathleen M. Combs
　　　　　　　　　　　　　　　　　　*Attorneys for David E. Landgren*

　　　　　　　　　　　　　　　　　　Cathleen M. Combs, Esq.
　　　　　　　　　　　　　　　　　　Catherine A. Ceko, Esq.
　　　　　　　　　　　　　　　　　　EDELMAN, COMBS, LATTURNER &
　　　　　　　　　　　　　　　　　　GOODWIN
　　　　　　　　　　　　　　　　　　120 S. LaSalle St., Suite 1800
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　Telephone:  (312) 739-4200
　　　　　　　　　　　　　　　　　　Facsimile:  (312) 419-0379

DATED: May 6, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Bernard E. LeSage
　　　　　　　　　　　　　　　　　　*Attorneys for Ameriquest Mortgage Company and*
　　　　　　　　　　　　　　　　　　*Deutsche Bank National Trust Company, as Trustee*

　　　　　　　　　　　　　　　　　　Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

DATED: May 6, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Simon A. Fleischmann
　　　　　　　　　　　　　　　　　　*Attorneys for American Home Mortgage Servicing, Inc.*

　　　　　　　　　　　　　　　　　　Simon A. Fleischmann, Esq.
　　　　　　　　　　　　　　　　　　LOCKE LORD BISSELL & LIDDELL LLP
　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 443-0462
　　　　　　　　　　　　　　　　　　Facsimile:  (312) 896-6471

DATED:  May 6, 2011

Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile:  (212) 607-8161

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs