IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Joel K. Orrison, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-00128, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JOEL K. ORRISON** and **LANA S. ORRISON** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY** and **GOLDMAN SACHS MORTGAGE COMPANY**[1] (collectively "Defendants") hereby stipulate that the *Joel K. Orrison, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-00128, N.D. Ill. (originally 06-CV-00175 W.D. Mich.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] No appearance was filed by Goldman Sachs Mortgage Company

DATED:  May 6, 2011							Respectfully submitted,

									By:  /s/ Cathleen M. Combs
									*Attorneys for Joel K. Orrison and Lana S. Orrison*

									Cathleen M. Combs, Esq.
									Catherine A. Ceko, Esq.
									EDELMAN, COMBS, LATTURNER &
									GOODWIN
									120 S. LaSalle St., Suite 1800
									Chicago, Illinois 60603
									Telephone:  (312) 739-4200
									Facsimile:  (312) 419-0379

DATED:  May 6, 2011							Respectfully submitted,

									By:  /s/ Bernard E. LeSage
									*Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company*

									Bernard E. LeSage, Esq.
									Joanne N. Davies, Esq.
									BUCHALTER NEMER
									18400 Von Karman Avenue, Suite 800
									Irvine, California 92612
									Telephone:  (949) 760-1121
									Facsimile:  (949) 720-0182

DATED: May 6, 2011							Respectfully submitted,

									By:  /s/ Thomas J. Wiegand
									*Attorneys for Argent Mortgage Company LLC*

									Thomas J. Wiegand, Esq.
									MOLO LAMKEN LLP
									540 Madison Avenue
									New York, New York 10022
									Telephone:  (212) 607-8160
									Facsimile:  (212) 607-8161

BN 8257182v1					2

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs