### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Jack Preimesberger, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01627, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JACK PREIMESBERGER** and **DEBORAH PREIMESBERGER** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, BANK OF NEW YORK TRUST COMPANY, NA, AS SUCCESSOR TO JP MORGAN CHASE BANK AS TRUSTEE,** and **GMAC RESCAP** (collectively "Defendants") hereby stipulate that the *Jack Preimesberger, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01627, N.D. Ill. (originally 07-CV-75 W.D. Mich.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: May 6, 2011                    Respectfully submitted,

                                                       By: /s/ Cathleen M. Combs
*Attorneys for Jack Preimesberger and Deborah Preimesberger*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: May 6, 2011                    Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, Bank of New York Trust Company, NA, as successor to JP Morgan Chase Bank as Trustee, and GMAC ResCap*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

3

**CERTIFICATE OF SERVICE**

I, Cathleen M.Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs