IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Jose E. Salinas, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-00254, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JOSE E. SALINAS, JUANITA SALINAS** and **RUTH SALINAS** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC** and **WELLS FARGO BANK MINNESOTA, N.A.**, as Trustee for **PARK PLACE SECURITIES, INC.**, Floating Rate Mortgage Pass-Through Certificates, Series 2005-WHQ3 (collectively "Defendants") hereby stipulate that the *Jose E. Salinas, et al. v. Argent Mortgage Company, LLC et al.*, 07-CV-00254, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED:  May 6, 2011 | Respectfully submitted, |
| | By:  /s/ Cathleen M. Combs<br>*Attorneys for Jose E. Salinas, Juanita Salinas and Ruth Salinas* |
| | Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone:  (312) 739-4200<br>Facsimile:  (312) 419-0379 |
| DATED:  May 6, 2011 | Respectfully submitted, |
| | By:  /s/ Bernard E. LeSage<br>*Attorneys for Wells Fargo Bank Minnesota, N.A., as Trustee for Park Place Securities, Inc., Floating Rate Mortgage Pass-Through Certificates, Series 2005-WHQ3* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone:  (949) 760-1121<br>Facsimile:  (949) 720-0182 |
| DATED: May 6, 2011 | Respectfully submitted, |
| | By:  /s/ Thomas J. Wiegand<br>*Attorneys for Argent Mortgage Company LLC* |
| | Thomas J. Wiegand, Esq.<br>MOLO LAMKEN LLP<br>540 Madison Avenue<br>New York, New York 10022<br>Telephone:  (212) 607-8160<br>Facsimile:  (212) 607-8161 |

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs