**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Gilbert Treadwell, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01078, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **GILBERT TREADWELL** and **GENELLE TREADWELL** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-X2 (collectively "Defendants") hereby stipulate that the *Gilbert Treadwell, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01078, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 6, 2011                                    Respectfully submitted,

                                                       By:  /s/ Cathleen M. Combs
                                                       *Attorneys for Gilbert Treadwell and Genelle Treadwell*

                                                       Cathleen M. Combs, Esq.
                                                       Catherine A. Ceko, Esq.
                                                       EDELMAN, COMBS, LATTURNER & GOODWIN
                                                       120 S. LaSalle St., Suite 1800
                                                       Chicago, Illinois 60603
                                                       Telephone:  (312) 739-4200
                                                       Facsimile:  (312) 419-0379

DATED:  May 6, 2011                                    Respectfully submitted,

                                                       By:  /s/ Bernard E. LeSage
                                                       *Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-X2*

                                                       Bernard E. LeSage, Esq.
                                                       Joanne N. Davies, Esq.
                                                       BUCHALTER NEMER
                                                       18400 Von Karman Avenue, Suite 800
                                                       Irvine, California 92612
                                                       Telephone:  (949) 760-1121
                                                       Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  By: /s/ Cathleen M. Combs