IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Brett Wertepny, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01402, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **BRETT WERTEPNY** ("Plaintiff")[1] and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **WASHINGTON MUTUAL BANK, FA** (collectively "Defendants") hereby stipulate that the *Brett Wertepny, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01402, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Suggestion of Death was filed on behalf of Plaintiff Yvonne Wertepny on October 26, 2009 as Docket No. 68.

DATED:  May 6, 2011                             Respectfully submitted,

                                                By:  /s/ Cathleen M. Combs
                                                *Attorneys for Brett Wertepny*

                                                Cathleen M. Combs, Esq.
                                                Catherine A. Ceko, Esq.
                                                EDELMAN, COMBS, LATTURNER &
                                                GOODWIN
                                                120 S. LaSalle St., Suite 1800
                                                Chicago, Illinois 60603
                                                Telephone:  (312) 739-4200
                                                Facsimile:  (312) 419-0379

DATED:  May 6, 2011                             Respectfully submitted,

                                                By:  /s/ Bernard E. LeSage
                                                *Attorneys for Ameriquest Mortgage Company,*
                                                *AMC Mortgage Services, Inc., and Washington*
                                                *Mutual Bank, FA*

                                                Bernard E. LeSage, Esq.
                                                Joanne N. Davies, Esq.
                                                BUCHALTER NEMER
                                                18400 Von Karman Avenue, Suite 800
                                                Irvine, California 92612
                                                Telephone:  (949) 760-1121
                                                Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 6th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  By: /s/ Cathleen M. Combs