UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al. <br> Plaintiff, | |
| v. | Case No.: 1:05−cv−07097 <br> Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. <br> Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2011:

MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and joint stipulation of dismissal of claims against defendants filed on 5/5/11 (Dkt. No. 4102), (Re: Case No. 06c4201 − Clarke, et al v. Ameriquest, et al), plaintiffs claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. Defendants expressly reserve all of their Third−Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.