IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY - 4 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **IN RE: Ameriquest Mortgage Co., Mortgage Lending Litigation** | * * * * * MDL No. 1715 * * |
| | * Lead Case No. 05-CV-07097 * Centralized before the Honorable * Marvin E. Aspen |
| *Wilbert Cooley et al. v. Ameriquest Mortgage Company, et al* Case No. 07 C 7182 | * * * |

## PLAINTIFF'S AMENDED REQUEST FOR RECONSIDERATION OF THE COURT'S ORDER OF 22 FEBRUARY 2011, GRANTING PLAINTIIF'S ATTORNEY'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**COME NOW** the plaintiff and move this Honorable Court to reconsider its order of 22 February of 2011, granting plaintiff's counsel's RENEWED MOTION TO WITHDRAW as counsel for plaintiff, and state the following as grounds for said reconsideration.

1. There is no dispute between the plaintiffs Wilbert and Kandee Cooley. In fact, a Court with Competent Jurisdiction has awarded the marital homeplace to plaintiff Wilbert Cooley. (See Exhibit (1) the attached excerpt from the JUDGMENT OF DIVORCE from the CIRCUIT COURT OF MOBILE COUNTY ALABAMA).

2. There is no divorce presently pending. (See Exhibit (1) the attached excerpt from the JUDGMENT OF DIVORCE from the CIRCUIT COURT OF MOBILE COUNTY ALABAMA).

3. The attached JUDGMENT OF DIVORCE effectively deferred all interest and resulting authority related to decisions involving the property at (1070 Zurich Street), which made the basis for the instant action against Ameriquest Mortgage Company to

plaintiff Wilbert Cooley. Thus, nullifying any alleged conflicting or otherwise irreconcilable instructions from the plaintiffs regarding how the case should be handled and thereby authenticating the instructions given by plaintiff Wilbert Cooley.

4. According to the JUDGMENT OF DIVORCE as described above, there is only one view as to how to proceed in this case and that is the view of plaintiff Wilbert Cooley and this effectively debunks the assertion that it is impossible for plaintiff's counsel to continue to represent plaintiff (Wilbert Cooley) in this case. Plaintiff hasn consistently asserted that a Court with Competent Jurisdiction would award the marital homeplace to one or the other plaintiffs.

5. If required, plaintiff will submit further details for an *in camera* review.

**WHEREFORE**, plaintiff Wilbert Cooley request that the Court will reconsider its order of 22 February 2011granting plaintiff's counsel's RENEWED MOTION TO WITHDRAW as counsel for plaintiff.

**RESPECTFULLY** submitted this 25th day of April, 2011.

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th 2011, I served a copy of the forgoing pleading on the Court and the parties listed below by placing same in the U.S. Mail, First Class Postage Prepaid.

The Honorable Judge Marvin E. Aspen
219 South Dearborn Street
Chicago, IL 60604

Earl P. Underwood, Jr., Esq. (UNDEE6591)
P.O. Box 969
Fairhope, AL 36533-9069

James D. Patterson, Esq., (PAT6485)
Box 969
Fairhope, AL 36533-0969

Kenneth J. Riemer, Esq., (RIEM8712) P.O.
P.O. Box 1206
Mobile, AL 36633-1206

Wilbert Cooley
*/s/ Wilbert Cooley*


DR-2009-900082.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

COOLEY KANDEE R, )
Plaintiff, )
)
V. ) Case No.: DR-2009-900082.00
)
COOLEY WILBERT, )
Defendant. )

### JUDGMENT OF DIVORCE

This cause is submitted for judgment on the pleadings and the testimony as heard in open Court on April 6, 2011, the date this matter was regularly set for trial on the merits; both parties appearing in Court and represented by counsel; and on consideration, it is ORDERED, ADJUDGED and DECREED by the Court that the bonds of matrimony heretofore existing between the Plaintiff and the Defendant be and the same are henceforth dissolved.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff and Defendant be, and hereby are permitted to again contract marriage, subject to such provision of the law as regulate appeals and the marriage of divorced persons; and in no event before the expiration of sixty days after the rendition of this judgment.

It is further ORDERED, ADJUDGED and DECREED as follows:

1. A divorce is awarded to the parties.

2. The Court finds that there are no minor children born of the marriage.

3. The homeplace located at 1070 Zurich Street is awarded to the Defendant, and he is ordered responsible for the mortgage indebtedness, taxes, and insurance due thereon and shall indemnify and hold the Plaintiff harmless therefrom.

14. Any matter not otherwise specifically addressed by this Order shall be deemed denied.

15. The costs of this cause having been prepaid, no costs are due to be taxed herein.

RH

DONE this 12th day of April, 2011.

/s/ J. DONALD BANKS
CIRCUIT JUDGE

**STATE OF ALABAMA**
**COUNTY OF MOBILE**

I, Jo Jo Schwarzauer, Clerk of the Circuit Court of Mobile County, Alabama, do hereby certify that the foregoing 2 pages constitutes a full, true and accurate copy of the [illegible] in this cause, as the same remains of record [illegible].

WITNESS MY HAND AND SEAL this 14th day of April 2011.

*[signature]*
Clerk of the Circuit Court of
Mobile County, Alabama