UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>JAGOE, et al., v. AMERIQUEST MORTGAGE COMPANY, et al., (Case No.: 08-0258, N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER
ONLY AS TO DEFENDANT ACC CAPITAL HOLDINGS CORPORATION**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Bob & Karen Jagoe and Joyce Griggs request that this Court order dismissal of their claims, *without prejudice*, in the above captioned case against defendant ACC Capital Holdings Corporation. Plaintiffs do not wish to voluntarily dismiss their claims against the remaining defendants. Plaintiffs make this request pursuant to Rule 41(a)(2) because Third-Party claims may be pending and those parties have filed appearances.

Date: May 11, 2011

Respectfully Submitted:

/s/ Anthony P. Valach, Jr.
Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 11th day of May 2011, a true and correct copy **PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL BY COURT ORDER ONLY AS TO DEFENDANT ACC CAPITAL HOLDINGS CORPORATION** was served, via the Court's electronic filing system, upon counsel of record.

                                          /s/ Anthony Valach
                                            Anthony Valach