**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Bryan L. Eson, et al. v. Argent Mortgage Company, et al.*, 06-CV-02829, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BRYAN L. ESON** and **KAREN M. ESON** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, JPMC SPECIALTY MORTGAGE, F/K/A WM SPECIALTY MORTGAGE , LLC**, and **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Bryan L. Eson, et al. v. Argent Mortgage Company, et al.*, 06-CV-02829 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: May 16, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Cathleen M. Combs
　　　　　　　　　　　　　　　　　　*Attorneys for Bryan L. Eson and Karen M. Eson*

　　　　　　　　　　　　　　　　　　Cathleen M. Combs, Esq.
　　　　　　　　　　　　　　　　　　Catherine A. Ceko, Esq.
　　　　　　　　　　　　　　　　　　EDELMAN, COMBS, LATTURNER & GOODWIN
　　　　　　　　　　　　　　　　　　120 S. LaSalle St., Suite 1800
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　Telephone:  (312) 739-4200
　　　　　　　　　　　　　　　　　　Facsimile:  (312) 419-0379

DATED: May 16, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Bernard E. LeSage
　　　　　　　　　　　　　　　　　　*Attorneys for JPMC Specialty Mortgage, f/k/a WM Specialty Mortgage, LLC*

　　　　　　　　　　　　　　　　　　Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

DATED: May 16, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　*Attorneys for Argent Mortgage Company, LLC*

　　　　　　　　　　　　　　　　　　Thomas J. Wiegand, Esq.
　　　　　　　　　　　　　　　　　　MOLO LAMKEN LLP
　　　　　　　　　　　　　　　　　　540 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Telephone:  (212) 607-8160
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 607-8161

DATED:  May 16, 2011    Respectfully submitted,

By:  /s/ Michael G. Salemi
*Attorneys for Chase Home Finance, LLC*

Michael G. Salemi, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7112
Facsimile:  (312) 840-7900

**CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 16th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs