IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Mary Ann Horne, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04715, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MARY ANN HORNE** and **ANN M. PARKER** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC F/K/A WM SPECIALTY MORTGAGE , LLC,** and **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Mary Ann Horne, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04715 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: May 16, 2011 | Respectfully submitted, |
| | By: /s/ Cathleen M. Combs |
| | *Attorneys for Mary Ann Horne and Ann M. Parker* |
| | Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379 |
| DATED: May 16, 2011 | Respectfully submitted, |
| | By: /s/ Bernard E. LeSage |
| | *Attorneys for Ameriquest Mortgage Company, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| DATED: May 16, 2011 | Respectfully submitted, |
| | By: /s/ Michael G. Salemi |
| | *Attorneys for Chase Home Finance, LLC* |
| | Michael G. Salemi, Esq.<br>BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, Illinois 60611<br>Telephone: (312) 840-7112<br>Facsimile: (312) 840-7900 |

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 16th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs