# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AMERIQUEST MORTGAGE CO., MORTGAGE
LENDING PRACTICES LITIGATION

Case Number: 05-cv-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PERROTA, CAHN & PRIETO, P.C.

| | |
|---|---|
| NAME (Type or print) <br> Christina Schmucker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christina Schmucker | |
| FIRM <br> Patton & Ryan, LLC | |
| STREET ADDRESS <br> 330 N. Wabash Avenue, Ste. 2900 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283955 | TELEPHONE NUMBER <br> 312-261-5160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | CASE NUMBER: MDL No. 1715<br>LEAD CASE NUMBER: 05-CV-07097 |
| THIS DOCUMENT RELATES TO:<br>*Jones, Jr. v. Argent Mortgage Co., et. al.*,<br>Case No. 06-CV-04038 (N.D. Ill.) | ASSIGNED JUDGE: Hon. Marvin E. Aspen<br><br>DESIGNATED<br>MAGISTRATE JUDGE: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, *et. al.*<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, *et. al.*,<br><br>Third-Party Defendants | |

**CERTIFICATE OF SERVICE**

The undersigned, under penalties as provided by law pursuant to the Federal Code of Civil Procedure, certify that I served my appearance on behalf of Perrota, Cahn & Prieto, P.C. via the Clerk of the Court using the CM/ECF system and attorneys of record to be served electronically with same on May 17, 2011 before 5:00p.m.

/s/Christina Schmucker