# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT INDIANA TITLE NETWORK COMPANY

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendant Indiana Title Network Company ("Indiana Title") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Indiana Title.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Indiana Title shall bear their own costs and attorneys' fees.

DATED: May 19, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

2

DATED: May 19, 2011  Respectfully submitted,

By: /s/ Cynthia G. Motley
*Attorneys for Indiana Title Network Company*

Cynthia G. Motley, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
55 West Monroe, Suite 3800
Chicago, Illinois 60603
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 19th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies