**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT CITYWIDE TITLE CORPORATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") and Third-Party Defendant Citywide Title Corporation ("Citywide Title") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Citywide Title. All claims by Argent against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Argent and Citywide shall bear their own costs and attorneys' fees.

DATED: May 19, 2011

Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

2

DATED: May 19, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/  Cynthia G. Motley
　　　　　　　　　　　　　　　　　　　*Attorneys for Citywide Title Corporation*

　　　　　　　　　　　　　　　　　　　Cynthia G. Motley, Esq.
　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ, EDELMAN
　　　　　　　　　　　　　　　　　　　& DICKER LLP
　　　　　　　　　　　　　　　　　　　55 West Monroe, Suite 3800
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　Telephone:  (312) 704-0550
　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 704-1522

## **CERTIFICATE OF SERVICE**

    I, Thomas J. Wiegand, hereby certify that on this 19th day of May, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  By: /s/ Thomas J. Wiegand