**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | |
| ) | MDL No. 1715 |
| ) | |
| _____ ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | Centralized before the Honorable |
| INDIVIDUAL ACTIONS ) | Marvin E. Aspen |
| ) | |
| Defendant. ) | |

**STATUS REPORT FOR OPT-OUT PLAINTIFFS, ROGERS, GBUREK & HOWARD**

    1. *Gburek v. Ameriquest Mortgage*, (N.D. Ill. Case No. 06-cv-02637)

Ms. Gburek has passed away. WMC Mortgage has filed a suggestion of death as to Ms. Gburek. If the parties are unable to shortly resolve this case with the Estate of Ms. Gburek, the Estate will seek leave to substitute on behalf of Ms. Gburek.

    2. *Gburek v. Argent Mortgage*, et. al., (N.D. Ill. Case No 06-cv-02639);

Ms. Gburek has passed away. WMC Mortgage has filed a suggestion of death as to Ms. Gburek. If the parties are unable to shortly resolve this case with the Estate of Ms. Gburek, the Estate will seek leave to substitute on behalf of Ms. Gburek.

    3. *Rogers v. Town & Country Credit, et. al.,* (N.D. Ill. Case No. 06-cv-02736);

    The parties have exchanged written discovery and have discussed settlement.

    4. *Howard v. Ameriquest*, (N.D. Ill. 07 C 95)

    The parties have exchanged written discovery and have discussed settlement.

Dated: May 26, 2011

                                        Respectfully Submitted,

                                        By:/s/<u>Keith J. Keogh</u>
                                                Keith J. Keogh

Keith J. Keogh
KEOGH LAW, LTD.
101 N. Wacker Dr., Ste. 605
Chicago, Il 60606
312.726.1092
312.726.1093 (FAX

## **CERTIFICATE OF ELECTRONIC SERVICE**

    Keith J. Keogh, hereby certifies that defendant was served with this motion via the Court's ECF System on May 26, 2011.

                         /s/ Keith J. Keogh