IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STATUS REPORT OF DEFENDANTS AND CLASS PLAINTIFFS**

Defendants and Class Plaintiffs hereby submit the following Joint Status Report pursuant to this Court's Order of May 2, 2011 (Docket No. 4076).

**I.     INTRODUCTION AND SUMMARY OF CASES SETTLED**

Defendants have now settled the claims of 1116 Opt-Out Plaintiffs. There remain only 222 consolidated lawsuits as well as the claims against non-settling Third Party Defendants left to be settled or transferred for trial. Mediations for all remaining Opt Out Plaintiffs and non-settling Third Party Defendants have been, or will be set before either the Hon. Morton Denlow, or the Hon. Donald O'Connell. (Ret.) as explained below.

As approved by this Court (Docket No. 3628), Defendants also settled 29 borrower class actions consolidated before this Court, together with a class action filed in a state court of California. Distribution of the class settlement amounts has been largely completed. The class settlement included approximately 714,000 borrowers.

**II.    OPT-OUT MEDIATIONS COMPLETED AND SCHEDULED**

Pursuant to this Court's Orders (Docket Nos. 3615 and 3616) defendants and Opt-Out Plaintiffs represented by The Law Offices of Daniel Harris (the "Harris Firm") and Edelman,

1

Combs, Latturner & Goodwin, LLC (the "Edelman Firm") mediated with Judge Denlow presiding with significant results. Judge Denlow was instrumental in effectuating settlements which had eluded the parties for more than five (5) years. With Judge Denlow's assistance, the parities settled Opt-Out claims filed by the Edelman Firm on behalf of 210 Plaintiffs in 125 lawsuits consolidated *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* ("**MDL**"). Also with Judge Denlow's assistance, the parties settled the claims filed by the Harris Firm on behalf of 24 Plaintiffs in *Terry v. Ameriquest,* Case No. 08CV2475 (Coar, J.).

Judge Denlow was also instrumental in assisting the Defendants to settle with many of the Third-Party Defendants, including the majority of the main title insurance underwriters who were named in the Fifth Amended Consolidated Third-Party Complaint. Specifically, Defendants reached settlement with the First American Entities including First American Title Insurance Company, The Talon Group, Inc., United General Title Insurance Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Company, and Metropolitan Title Company; Old Republic National Title Insurance Company; and the Stewart Title Entities including Stewart Title Guaranty Company, Stewart Title Insurance Company, Stewart Lender Services, Inc., Stewart Title SMI of Texas, Stewart Title of Seattle, and Stewart Title of Illinois.

However, there remains one large title insurance underwriter wherein settlement has not been reached and that is with the Fidelity Entities which includes Fidelity National Title Company, Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Lang Title Insurance Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance

Company of New York, Lawyers Title Insurance Company, security Union Title Insurance Company, and Ticor Title Insurance Company.

Judge Denlow has continued the mediation of the remaining claims and lawsuit filed by the Harris Firm which were consolidated in the MDL to June 1, 2011. The defendants have given notice of the continued mediation to the non-settling Third Party Defendant.

Pursuant to this Court's Order (Docket No. 24, in case 1:09-cv-0358) all parties in ***Jones et al vs. Citigroup Inc,. et al.*** Case No. 09-cv-3258 mediated with Judge Denlow and settled all claims of Opt-Out Plaintiffs. Settlement documents and a stipulation to dismiss are being prepared.

Defendants and Opt-Out Plaintiffs are filing Joint Stipulations of Dismissals with the Court when settlement is finalized. While the underlying Plaintiffs' claims are resolved, Defendants intend to continue to pursue their claims against any non-settling Third-Party Defendant as set forth in Defendants' Fifth Amended Consolidated Third-Party Complaint.

### III.    CONCLUSION

Defendants have reserved additional mediation dates with Judge O'Connell for August 4, 2011 and September 14, 2011. Additional mediation dates will be arranged as needed. Defendants shall keep this Court appraised of progress with all mediations and will seek an appropriate scheduling order as to all non-settling parties.

Dated: May 26, 2011            By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc., CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services, Inc., GMAC ResCap; Barclays Capital; US Bank, Litton Loan Servicing; Merrill Lynch Credit Corp.; Wells Fargo Bank, as Trustee; WMSpecialty Mortgage LLC; Countrywide; Wilshire Credit Corp., and Bank of NY Trust Co.*

Bernard E. LeSage
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Dated: May 26, 2011            By: /s/ Gary Klein
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

*Attorneys for the Class*

4

Dated:  May 26, 2011  /s/ Kelly M. Dermody
Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for the Class*


Dated: May 26, 2011  /s/ Jill Bowman
Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


Dated: May 26, 2011  /s/ Marvin A. Miller
Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

*Plaintiffs' Liaison Counsel*

5

| | |
|---|---|
| Dated: May 26, 2011 | /s/ Samuel H. Rudman |
| | Samuel H. Rudman |
| | Evan Jay Kaufman |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | 58 South Service Road, Suite 200 |
| | Melville, NY 11747 |
| | (631) 367-7100 |

*Executive Committee Chairman*

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 26th day of May 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 9068097v3