IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) ) | Centralized before The Honorable Marvin E. Aspen<br><br>MAY 26, 2011 |

## STATUS REPORT FOR PLAINTIFFS REPRESENTED BY DANIEL S. BLINN

Plaintiffs in the cases attached as Exhibit A hereby report that their attorney has reached an agreement with the defendants concerning the parameters for settlement of the claims. The undersigned is in the process of obtaining approval of the settlement from the plaintiffs. The proposed agreement requires that a minimum number of plaintiffs agree to the terms of the settlement. It is not yet known whether that percentage would agree to settle, and the undersigned's agreement to recommend the settlement with respect to plaintiffs who have not paid their mortgage obligations is subject to certain contingencies.

Dated:  May 26, 2011	Respectfully Submitted,


/s/ Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408;  Fax. (860) 571-7457


## **CERTIFICATION**

	I hereby certify that on this 26th day of May, 2011, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Daniel S. Blinn
Daniel S. Blinn

2

**EXHIBIT A**

Allan, et al. v. Argent Mortgage Company, LLC, (N.D. Ill. Case No. 1:06-cv-02470)

Anderson, et al. v. Ameriquest Mortgage Company, et al., (N.D. Ill. Case No. 1:06-cv-03125)

Bailey, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-01733)

Belcher, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-03124)

Belval, et al v. Ameriquest Mortgage Company, et al., (N.D. Ill. Cae No. 1:06-cv-02469)

Black, et al. v. Ameriquest Mortgage Company, (EDNY Case No. 1:06-cv-5540)

Bowe, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-02471)

Brissett, et al. v. Ameriquest Mortgage Company, (SDNY Case No. 1:06-cv-8130)

Damm, et al. v. Amerquest Mortgage Company, et al., (N.D. Ill. Case No. 1:06-cv-04032)

Duncan, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-02467)

Fitzgerald, et al. v. Amerquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-03123)

Ingham, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-04035)

LaCross v. Ameriquest Mortgage Company, et al., (N.D. Ill. Case No. 1:06-cv-04036)

Mangene, et al. v. Ameriquest Mortgage Company, (N.D. Ill. Case No. 1:06-cv-04713)

McCall, et al. v. Ameriquest Mortgage Company, et. al., (N.D. Ill. Case No. 1:06-cv-03126)

Pasacreta, et al. v. Ameriquest Mortgage Company, et al., (N.D. Ill. Case No. 1:06-cv-02468)

Punch, et al. v. Ameriquest Mortgage Company, (EDNY Case No. 1:06-cv-4811)

Veinoit, et al. v. Argent Mortgage Company, LLC, et al., (N.D. Ill. Case No. 1:06-cv-04034)