**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

| | | |
|---|---|---|
| **IN RE AMERIQUEST MORTGAGE CO.** | ) | **MDL No. 1715** |
| **MORTGAGE LENDING PRACTICES** | ) | |
| **LITIGATION** | ) | **Lead Case No. 05-cv-07097** |
| | ) | |
| _____ | ) | **Centralized before The** |
| **THIS DOCUMENT RELATES TO ALL** | ) | **Honorable Marvin E. Aspen** |
| **INDIVIDUAL ACTIONS** | ) | |
| _____ | ) | **MAY 26, 2011** |

**STATUS REPORT FOR INDIVIDUAL CLAIMANTS STEERING COMMITTEE**

The Individual Claimants Steering Committee hereby reports that Ameriquest has been actively mediating the claims of the opt-out plaintiffs. By agreement, these mediations are being conducted privately with the various attorneys involved, and the Committee members are unaware of the status of the mediations other than those involving their own clients. Accordingly, the Committee is unable to report on the status of the mediations, but the Committee understands that Ameriquest is submitting a report summarizing the status of those mediations.

Dated:  May 26, 2011        Respectfully Submitted, The Individual Claimants Steering Committee


By:  /s/ Daniel S. Blinn
     Daniel S. Blinn, Fed Bar No. ct02188
     dblinn@consumerlawgroup.com
     Consumer Law Group, LLC
     35 Cold Spring Road, Suite 512
     Rocky Hill, CT  06067
     Tel. (860) 571-0408;  Fax. (860) 571-7457


## CERTIFICATION

I hereby certify that on this 26th day of May, 2011, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Daniel S. Blinn
Daniel S. Blinn