Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:    (907) 258-0801
e-mail: timdooley@ak.net
        barbdooley@ak.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> PLAINTIFF REQUEST FOR AN ORDER ) <br> THAT PLAINTIFF IS NOT PART OF THE MDL ) <br> OR, THAT PLAINTIFF WILL BE PERMITTED ) <br> TO OPT-OUT OF THE CLASS ) | MDL No. 1715 <br> Lead Case No. 05-7097 <br><br><br><br><br> Centralized before the <br> Honorable Marvin E. Aspen |

**STATUS REPORT FOR DONALD AND KEWANNA ELLIS**

    1.    **Background:**    Don and Kewanna Ellis filed suit in Alaska state court against Argent Mortgage Company, LLC. In the state court action, Argent filed a motion for summary judgment based on a class action settlement in federal court in Chicago. The Alaska state court (Judge Sharon Gleason) granted plaintiff leave to file a motion with the federal court in Chicago. The motion sought a declaratory judgment that plaintiff was not a part of the class action, or, in the alternative, should be permitted to opt out.

    2.    **Current Status:**    All briefing related to plaintiff's federal court motion was completed on March 14, 2011. [Dockets 3875, 3949, 3950, 3951, 3964, 3965, 3966, 3967 and

3968] The Alaska state court action has been stayed pending a ruling by the Chicago federal court.

3. **Settlement Efforts:** Counsel for plaintiff and Argent personally met in Chicago during the week of February 14, 2011 to try to effectuate a settlement. The effort was unsuccessful, but Argent representatives in Irvine, California and plaintiff's counsel have met three times twice since then, telephonically, and plan to do so again in the future. A decision by the Chicago federal court would make settlement more probable.

Dated: May 26, 2011

By: /s/ Timothy D. Dooley

Attorney for Don and Kewanna Ellis

Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax:   (907) 258-0801
e-mail: timdooley@ak.net
            barbdooley@ak.net

**Certificate of Service**

I, Timothy D. Dooley, certify that on this 26th day of May, 2011, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Timothy D. Dooley