IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT HOME-LAND TITLE & ABSTRACT CO., INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendant Home-Land Title & Abstract Co., Inc. ("Home-Land") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint and related Notice of Errata against Home-Land.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Home-Land shall bear their own costs and attorneys' fees.

DATED: June 3, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 3, 2011 Respectfully submitted,

By: /s/ Michael A. Kraft
*Attorneys for Home-Land Title & Abstract Co., Inc.*
Michael A. Kraft, Esq.
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson Street
Peoria, Illinois 61602
Telephone: (309) 674-1133
Facsimile: (309) 674-6503

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 3rd day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies