Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____ | )<br>)<br>)<br>)<br>) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS<br>_____ | )<br>)<br>)<br>) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | )<br>)<br>) | No. 05-CV-07097<br>Judge Marvin E. Aspen |
| Defendants and Third-party Plaintiffs | )<br>) | |
| v. | )<br>) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | )<br>)<br>) | |
| Third-party Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Now come Robert S. Pinzur, Laura E. Cohen, Megan L. Kerr and Brian S. Brewer and Pinzur, Cohen & Kerr, Ltd., attorneys for Third-Party Defendant, Tek Title, LLC, an Illinois Limited Liability Company, and for their Motion To Withdraw As Counsel seek leave of this Court for permission to withdraw pursuant to Local Rule 83.17 and state as follows:

1. Robert S. Pinzur, Laura E. Cohen, Megan L. Kerr and Brian S. Brewer of Pinzur, Cohen & Kerr, Ltd. filed their Appearances on behalf of Tek Title, LLC.

2. Said counsel seek withdrawal pursuant to Local Rule 83.51.16(b)(1)(F), as Tek Title has substantially failed to fulfill its agreement with Pinzur, Cohen & Kerr, Ltd. regarding

payment of attorney fees and costs.

3. Tek Title, LLC has been served notice of the pending Motion To Withdraw by Certified Mail, return receipt requested.

WHEREFORE, counsel Robert S. Pinzur, Laura E. Cohen, Megan L. Kerr, Brian S. Brewer and Pinzur, Cohen & Kerr, Ltd. request leave to withdraw as counsel in this matter for Third-party Defendant, Tek Title, LLC, and for any additional relief this Court deems necessary and appropriate.

Respectfully submitted,
Pinzur, Cohen & Kerr, Ltd.

By: s/ Brian S. Brewer
    One of Its Attorneys

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)

<u>CERTIFICATION</u>

 Brian S. Brewer, an attorney, certifies pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 he served the foregoing Motion To Withdraw As Counsel electronically upon all attorneys of record registered to receive such notice by filing the same with the Clerk of the Court via the CM/ECF system on June 7, 2011 and via Certified Mail, return receipt requested, to:

 Sam Einhorn
 Tek Title, LLC
 Suite 127
 2720 S. River Road
 Des Plaines, IL 60018

                <u>s/ Brian S. Brewer</u>
                Brian S. Brewer


Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)