Attorney No. 3122002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____ | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS<br>_____ | ) ) ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | ) ) |
| | ) |
|        Defendants and Third-party Plaintiffs | ) ) |
| | ) |
|    v. | ) |
| | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) |
| | ) |
|        Third-party Defendants. | ) |

MDL No. 1715

No. 05-CV-07097

Judge Marvin E. Aspen

## NOTICE OF MOTION

<u>Via CM/ECF</u>

TO    All Attorneys of Record

<u>Via Certified Mail</u>

Sam Einhorn
Tek Title, LLC
Suite 127
2720 S. River Road
Des Plaines, IL 60018

Please take notice, on June 23, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2568, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present his counsel's Motion To Withdraw As Counsel, at which time you may appear as you see fit.

BY:    <u>s/ Brian S. Brewer</u>
          Pinzur, Cohen & Kerr, Ltd.

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)

**PROOF OF SERVICE**

Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Notice of Motion upon counsel of record electronically via CM/ECF on June 7, 2011 and upon Tek Title, LLC at the address listed above by depositing a copy of the same, postage pre-paid, Certified Mail with return receipt requested, in the U.S. Mail located at 4180 RFD Route 83, long grove, IL 60047 on June 7, 2011.

s/ Brian S. Brewer

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)