UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 7, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41 and stipulation of dismissal (4116 − Case No. 08 C 4290 − Long, et al v. Ameriquest, et al, plaintiffs, Janice Long and George and Emma Abbo, claims against defendant Amercian Home Mortgage Servicing, Inc. are dismissed in their entirety with prejudice. The claims of any and all remaining plaintiff(s) against any remaining defendant(s) in this suit will continue to be prosecuted, specifically Plaintiffs John and Tammy Bishop's claims against defendant GMAC Mortgage Corporation. Each party shall bear its own costs and attorney fees. American Home Mortgage Servicing, Inc., Janice Long, Emma Abbo and George Abbo terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.