**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT LAW OFFICES OF GREGORY T. LATTANZI, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and Third-Party Defendant **LAW OFFICES OF GREGORY T. LATTANZI, LLC** (the "Lattanzi Firm") hereby stipulate to the dismissal, with prejudice, of Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against the Lattanzi Firm.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and the Lattanzi Firm shall bear their own costs and attorneys' fees.

DATED: June 8, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

2

DATED: June 8, 2011

Respectfully submitted,

By: /s/ George K. Flynn
*Attorneys for Law Offices of Gregory T. Lattanzi, LLC*

George K. Flynn, Esq.
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 606-7726
Facsimile: (312) 606-7777

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 8th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies