**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT RICHMOND TITLE SERVICES, L.P.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ( "Ameriquest") and Third-Party Defendant **RICHMOND TITLE SERVICES, L.P.** ("Richmond Title") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Richmond Title.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Richmond Title shall bear their own costs and attorneys' fees.

DATED: June 8, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 8, 2011

Respectfully submitted,

By: /s/ Julie D. Lathia
*Attorneys for Richmond Title Services, L.P.*

Julie D. Lathia, Esq.
SALTZ MATKOV P.C.
1171 Lancaster Avenue, Suite 101
Berwyn, PA 19312
Telephone: (610) 964-3336
Facsimile: (484) 318-7248

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 8th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies