**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT VITAL SIGNING, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively the "AMC Entities") and Third-Party Defendant Vital Signing, Inc. ("Vital Signing") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Vital Signing.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Vital Signing shall bear their own costs and attorneys' fees.

DATED: June 8, 2011

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

BN 8701902v1

1

DATED: June 8, 2011            Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

DATED: June 8, 2011            Respectfully submitted,

By: /s/ Cynthia G. Motley
*Attorneys for Vital Signing, Inc.*

Cynthia G. Motley, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
55 West Monroe, Suite 3800
Chicago, Illinois 60603
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 8th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies