Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>)<br>) MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | )<br>) No. 05-CV-07097<br>)<br>) Judge Marvin E. Aspen |
|     Defendants and Third-party Plaintiffs | )<br>) |
| v. | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | )<br>)<br>) |
|     Third-party Defendants. | ) |

## PROOF OF SERVICE BY CERTIFIED MAIL OF MOTION TO WITHDRAW AS COUNSEL

TO    <u>Via CM/ECF</u>           <u>Via Certified Mail</u>
       All Attorneys of Record    Sam Einhorn
                                        Tek Title, LLC
                                        Suite 127
                                        2720 S. River Road
                                        Des Plaines, IL 60018

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /lary Auntum  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): MARY ACKERHOLST   C. Date of Delivery: 6/8/11 |
| 1. Article Addressed to:<br>Sam Einhorn<br>Tek Title, LLC<br>Suite 127<br>2720 S. River Road<br>Des Plaines, IL 60018 | D. Is delivery address different from item 1? ☒ Yes  ☐ No<br>If YES, enter delivery address below:<br>#233 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0001 0008 7687 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)

## PROOF OF SERVICE

      Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Proof Of Service By Certified Mail Of Motion To Withdraw As Counsel upon counsel of record electronically via CM/ECF on June 9, 2011 and upon Tek Title, LLC at the address listed above by depositing a copy of the same, postage pre-paid, in the U.S. Mail located at 4180 RFD Route 83, Long Grove, IL 60047 on June 9, 2011.

                                                s/ Brian S. Brewer

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)