IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NANCY GARCIA, | ) | |
| | ) | 06 C 1829 |
| Plaintiff, | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | Transferred to Judge Aspen for pretrial proceedings pursuant to MDL #1715, Lead Case #05 C 7097 |
| ARGENT MORTGAGE COMPANY, LLC, | ) | |
| AMC MORTGAGE SERVICES, INC., | ) | |
| and JOHN DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **NANCY GARCIA** (collectively "Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY, LLC** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Garcia v. Argent Mortgage Company, et al.*, 06-CV-1829 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: June 14, 2011          Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Nancy Garcia*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER &
GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: June 14, 2011          Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for AMC Mortgage Services, Inc.*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 14, 2011          Respectfully submitted,

By: /s/ Thomas J. Wiegand
Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 14th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs