# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Joseph A. Nauracy, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03424, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JOSEPH A. NAURACY** and **GERALDINE NAURACY** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **CITIGROUP GLOBAL MARKETS, INC.** (collectively "Defendants") hereby stipulate that the *Joseph A. Nauracy, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03424, N.D. Ill. (originally 06-CV-130 N.D. Ind.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: June 20, 2011　　　　　　　　　Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Joseph A. Nauracy and Geraldine Nauracy*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: June 20, 2011　　　　　　　　　Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, and CitiGroup Global Markets, Inc.*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

3

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 20th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs