IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Terry Talley, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01080, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **TERRY TALLEY** and **CHERYL TALLEY** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., Asset-Backed Pass-Through Certificates, Series 2003-13, AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** Individually and as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-13 (collectively "Defendants") hereby stipulate that the *Terry Talley, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01080 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  June 20, 2011						Respectfully submitted,

							By:  /s/ Cathleen M. Combs
							*Attorneys for Terry Talley and Cheryl Talley*

							Cathleen M. Combs, Esq.
							Catherine A. Ceko, Esq.
							EDELMAN, COMBS, LATTURNER & GOODWIN
							120 S. LaSalle St., Suite 1800
							Chicago, Illinois 60603
							Telephone:  (312) 739-4200
							Facsimile:  (312) 419-0379

DATED:  June 20, 2011						Respectfully submitted,

							By:  /s/ Bernard E. LeSage
							*Attorneys for Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc. and Deutsche Bank National Trust Company*

							Bernard E. LeSage, Esq.
							Joanne N. Davies, Esq.
							BUCHALTER NEMER
							18400 Von Karman Avenue, Suite 800
							Irvine, California 92612
							Telephone:  (949) 760-1121
							Facsimile:  (949) 720-0182

DATED:  June 20, 2011						Respectfully submitted,

							By:  /s/ Simon A. Fleischmann
							*Attorneys for American Home Mortgage Servicing, Inc.*

							Simon A. Fleischmann, Esq.
							LOCKE LORD BISSELL & LIDDELL LLP
							111 South Wacker Drive
							Chicago, Illinois 60606
							Telephone: (312) 443-0462
							Facsimile:  (312) 896-6471

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 20th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Cathleen M. Combs