# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                                       Plaintiff,

v.                                                                      Case No.: 1:05−cv−07097
                                                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2011:

      MINUTE entry before Honorable Marvin E. Aspen:Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Joint stipulation of dismissal (4317), all of Ameriquest's claims in the Fifth Amended Consolidated third−party complaint against Richmond Title are dismissed with prejudice. Ameriquest and Richmond Title shall bear their own costs and attorneys' fees. All claims by Ameriquest against other third−party defendants, in the event there are any, shall remain and are not dismissed. Richmond Title Services, L.P. terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.