IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Brenda J. Dumas, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00108, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BRENDA J. DUMAS** and **FLOYD E. DUMAS, II** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, A. WILLIAM SAEGER, ASC CORPORATION,**[1] **AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6 (collectively "Defendants") hereby stipulate that the *Brenda J. Dumas, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00108 (N.D. Ill) (transferred into the MDL from 06-CV-00352 N.D. Ind.) matter be dismissed with prejudice as to all Defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] No appearances have been filed by A. William Saeger and ASC Corporation.

DATED: June 20, 2011               Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Brenda J. Dumas and Floyd E. Dumas, II*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: June 20, 2011               Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 20, 2011               Respectfully submitted,

By: /s/ Simon A. Fleischmann
*Attorneys for American Home Mortgage Servicing, Inc.*

Simon A. Fleischmann, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile: (312) 896-6471

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 20th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs