UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2011:

   MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, third−party plaintiff Ameriquest Mortgage Company dismisses all claims with prejudice in the fifth amended consolidated third−party complaint against Schop & Pleskow. All claims by Ameriquest against other tird−party defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Schop & Pleskow shall bear their own costs and attorneys fees. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.