Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608



June 13, 2011

Attn: Gladys Lugo
Clerk of United States District Court          MDL No. 1715
219 South Dearborn Street                     Centralized before the Honorable
Chicago, IL 60604                             Marvin E. Aspen

      Re:    Plaintiff's pending motions dated 4/25/2011 and 3/21/2011.   05C 7097

Dear Ms. Lugo:

As you may recall, I spoke with you recently to inquire about the motions described above. I called specifically to ask about the status of my motions and you informed me that they were on Judge Aspen's desk or something to that affect.

Since speaking with you regarding that matter and resigning myself to await the Judges Orders, I received a copy of a threatening letter from the defendant's attorney indicating that they will start foreclosure proceedings unless I agreed to certain terms. The letter was sent to my former attorney April England-Albright, who in turn forwarded it on to me.

Consequently, I am writing to ask you to please present my motions to Judge Aspen immediately, because I am without representation and I do not believe that I am capable of representing myself in such a serious matter involving my family's home. I acknowledge the fact that I do not have the legal training that I would need to preserve my family's rights.

I am attaching a copy of the letter from the defendant's attorney as well as a copy of the last letter that I sent to my attorney before the Court entered an Order granting his Renewed Motion to Withdraw, on or about 2-22-2011. In that letter I discussed the matters related to possible settlement, that we had discussed during a recent conference in his office which he agreed were reasonable and that he would negotiate for them with defendant's attorney, on my behalf. In my motion I requested that the Court appoint counsel due to financial hardship.

In my view, being forced into a situation where I have to defend my family's home by serving as an attorney (which I am not) will result in irreparable harm being done to my claim. Therefore, I am requesting that my motions be given Priority Status related to their review by the Court, so as to circumvent an unfair advantage being afforded trained attorneys challenged by a lay person by force that is merely trying to save his family's home.

Thank you in advance for your consideration of the foregoing request.

Sincerely,

*Wilbert Cooley*

Wilbert Cooley

P.S. I am enclosing a self addressed stamped envelope for you to forward a copy of the Docket Entry for the request and supporting documentation once it is made a part of my Case Action Summary with the Court.



# LLB&L
## Locke Lord Bissell & Liddell

May 13, 2011

**VIA FAX AND U.S. MAIL**

Ms. April A. England-Albright
Law Office of April England-Albright
Post Office Box 312293
Atlanta, Georgia 31131

Fax: 866-276-1131

Re: **Cooley v. Ameriquest Mortgage Company, et al.**
**Case No. 07 C 7182, USDC, Northern District of Illinois**
**(MDL No.1715; Case No. 05 C 7097)**
**Name of Borrower(s): Wilbert and Kandee Cooley**
**Loan No. 4000780215**
**Property Address: 1070 Zurich Street, Mobile, AL 36608**

Dear Counsel:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI"), in the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, centralized and pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). You are counsel of record for the above-referenced lawsuit, which is part of the Ameriquest MDL. AHMSI is the current servicer of the mortgage-loan account that is the subject of the lawsuit.

AHMSI began servicing the loan in February 2009. Since that time, AHMSI has endeavored to refrain from attempting to collect the payments due on this account because of the pending lawsuit in the Ameriquest MDL. Instead, AHMSI has actively sought to facilitate the settlement of claims in the Ameriquest MDL related to AHMSI-serviced loans through a variety of loss-mitigation initiatives. Among other things, as a participating servicer in the federal Making Home Affordable Program, AHMSI has encouraged borrowers to request a loan modification under the guidelines of the Home Affordable Modification Program ("HAMP").

You are receiving this letter because, according to AHMSI's records, the borrower is not currently making the payments required under the mortgage loan and has not responded to AHMSI's efforts to determine eligibility for a loan modification or other loss-mitigation alternative. We sent you a letter on March 29, 2010, inviting the borrower to request a loan modification under HAMP. A copy of that letter is enclosed for your reference. As of the date of this letter, AHMSI still has not received a complete financial package.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Simon Fleischmann
Direct Telephone: 312-443-0462
Direct Fax: 312-896-6471
sfleischmann@lockelord.com

## Fax Cover Sheet

May 13, 2011

| To: | Organization: | Fax Number: | Phone Number: |
|---|---|---|---|
| April England-Albright | Law Office of April England-Albright | 866-276-1131 | |

Total Pages (including coversheet):
If you do not receive all pages, please call 312-443-0462.

Subject:

Message:

This message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.



# LLOYD GRAY
# WHITEHEAD MONROE

Laura C. Nettles
Shareholder
lnettles@lgwmlaw.com

September 29, 2010

**VIA EMAIL**
Earl P. Underwood, Jr., Esq.
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama 36532

RE: **Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc. et al.**
Case No.: 1:07-cv-7182
Our File No.: 103.6

Dear Earl:

    This letter will follow our telephone conversation concerning possible mediation in the above-referenced matter. The insurance carrier in this matter is not unwilling to discuss settlement or a mediation however, as I indicated to you in our telephone conversation, it would be helpful to have some type of a settlement demand. I have done a lot of research regarding the outstanding amount of the debt. However, I do not have enough information to determine whether any payments toward the mortgage have been made during the course of the lawsuit. Further, it does not appear to me that there has been a distribution of property in the Cooley's divorce, therefore I am not sure whether a settlement can be reached based on the apparently antagonistic divorce proceedings which are ongoing.

    When we spoke you indicated that you would talk with your clients and get back to me with some type of a settlement demand so that I can better evaluate for my client whether mediation is advisable at this time. I look forward to hearing from you.

Very truly yours,

*Laura C. Nettles*

Laura C. Nettles

LCN/map
1105781_1

t: 205 967 8822  f: 205 967 2380  www.lgwmlaw.com
2501 Twentieth Place South / Suite 300 / Birmingham, AL 35223

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

December 21, 2010

Earl P. Underwood, Jr., Esq.
21 South Section Street
Mobile, AL 36608

    Re: Correspondence dated December 13, 2010.

Dear Attorney Underwood:

Thank you for your letter dated December 13, 2010, with the enclosures related to the modification discussed during our recent meeting. While I appreciate your providing me with that information, I would also like to know how we will be proceeding with the process involving the forgiveness which we also discussed during our meeting.

I would like to take this opportunity to inform you that I will be completing the modification form and returning it to you as it relates to me, however, I will not be able to provide any information to you as it relates to my wife. I assumed that you were aware of the fact that my wife has a restraining order in place that precludes me from communicating with her.

Again, thank you for your correspondence and I look forward to hearing from you soon regarding the matter discussed above.

Sincerely,

*[signature]*

Wilbert Cooley