**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Christopher R. Roop, et al. v. Argent Mortgage Company, LLC, et al.*; Case No. 07-CV-01347 | **MDL No. 1715** **Lead Case No. 05-CV-07097** **(Centralized before The Honorable Marvin E. Aspen)** |

## JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

## WITH CLIENT CONSENT

Pursuant to Federal Rules of Civil Procedure and Local Rule 83.12, the law firm of Dykema Gossett PLLC hereby applies for withdrawal as attorneys of record for EMC Mortgage Corporation ("EMC") and in place and in the stead thereof, Bernard E. LeSage and the law firm of Buchalter Nemer, P.C. hereby applies for substitution as attorneys of record for EMC, whose consent to the aforesaid withdrawal and substitution is set forth below.

All future pleadings, notices and other papers should be served on EMC as follows:

Bernard E. LeSage, Esq.

Buchalter Nemer, P.C.

1000 Wilshire Boulevard, Suite 1500

Los Angeles, California 90017-2457

Telephone: (213) 891-0700

Facsimile: (213) 896-0400

belasage@buchalter.com

1

DATED this 27th day of June, 2011.

Consent to the foregoing withdrawal and substitution provided by:

**EMC MORTGAGE CORPORATION**

By: __/s/ Asha T. Sidle_____
    Asha T. Sidle
Its: Senior Counsel, Assistant Vice-President

| **WITHDRAWING COUNSEL** | **BUCHALTER NEMER, P.C.** |
|---|---|
| By: /s/ Richard Eric Gottlieb_____ | By: /s/ Bernard E. LeSage_____ |
| Richard Eric Gottlieb, Esq. | Bernard E. LeSage, Esq. |
| Dykema Gossett PLLC | BUCHALTER NEMER, a P.C. |
| 10 South Wacker Drive, Suite 2300 | 1000 Wilshire Boulevard, Suite 1500 |
| Chicago, IL 60606 | Los Angeles, CA 90017-2457 |

3

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 27th day of June 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 2584305v4