IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: <br> *Terry et. al. v. Ameriquest Mortgage Company, et. al.;* Case No. 08-2475 | |

## NOTICE OF MOTION FOR REASSIGNMENT

On July 7, 2011 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen, in Courtroom 2568, located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, IL 60604, and present Third-Party Plaintiff Ameriquest Mortgage Company's Motion for Reassignment.

Dated: July 1, 2011　　　　　　By:　/s/ Randall Manvitz
　　　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Plaintiffs*

　　　　　　　　　　　　　　　　　　　Randall Manvitz, Esq.
　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER,
　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　333 Market Street, 25th Floor
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　Telephone: (415) 227-0900
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 227-0770

1

## CERTIFICATE OF SERVICE

    I, Randall Manvitz, hereby certify that on this 1st day of July 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Randall Manvitz