IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE D. NIMOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 316 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Originally 06 C 177 (W.D. Mich.) |
| U.S. BANK, N.A., as Trustee for the Home | ) | |
| Equity Asset Trust 2005-4, Home Equity | ) | |
| Pass Through Certificates, Series 2005-4 | ) | (Transferred to Judge Aspen for pre- |
| WELLS FARGO HOME MORTGAGE | ) | Trial) |
| COMPANY, INC., d/b/a AMERICA'S | ) | |
| SERVICING CO., AND DOES 1-5, | ) | Proceeding under MDL #1715 |
| | ) | Lead Case No. 05 C 7097 |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

To: All counsel on service list

On August 2, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Aspen, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2568 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and shall then and there present Defendant **Wells Fargo Home Mortgage, Inc., d/b/a America's Servicing Company's and U.S. Bank, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity Pass Through Certificates, Series 2005-4's 41(b) Motion to Dismiss.**

                 s/Thomas M. Crawford
                 Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Thomas M. Crawford, hereby certify that on July 1, 2011, a true and correct copy of the foregoing motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record on the attached Service List by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was served via certified and regular mail to:

Yvonne Nimox
12225 Mansfeld St.
Detroit, MI 48227

s/ Thomas M. Crawford
Thomas M. Crawford

\
Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com