IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Civil Action No. 05-cv-07097<br><br>Judge: Hon. Marvin E. Aspen |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROLAND ARNALL

NOW COMES Vincent Paul Schmeltz, III ("Movant") and for his Motion to Withdraw as Counsel states as follows:

1. Dewey & LeBoeuf LLP represents Defendant Roland Arnall in this case.

2. Movant, formerly an attorney with Dewey & LeBoeuf LLP, filed his appearance on behalf of Roland Arnall on July 23, 2007.

3. Movant is no longer an attorney with Dewey & LeBoeuf LLP.

4. Dewey & LeBoeuf LLP continues to represent Roland Arnall through Dewey & LeBoeuf LLP attorney Alan Norris Salpeter.

5. Permitting Movant to withdraw as counsel for Roland Arnall will not jeopardize Roland Arnall's case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

WHEREFORE, Vincent P. Schmeltz, III respectfully requests that he hereby be granted leave to withdraw his appearance on behalf of Roland Arnall.

Respectfully submitted,

Roland Arnall, Defendant

Dated: July 8, 2011

s/Vincent P. Schmeltz, III/