**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Civil Action No. 05-cv-07097<br><br>Judge: Hon. Marvin E. Aspen |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 14, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen presiding in Courtroom 2568 of the U.S. District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion to Withdraw as Counsel for Defendant Roland Arnall,** a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

By:   s/ Vincent P. Schmeltz III
Counsel for Defendant

Vincent P. Schmeltz III (ARDC No. 6273010)
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
tschmeltz@btlaw.com

CHDS01 687833v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROLAND ARNALL** has been filed electronically. Notice of this filing will be sent by electronic mail to all counsel via the Court's electronic filing service on the 8th day of July 2011.

s/Vincent P. Schmeltz, III/
Vincent P. Schmeltz, III

CHDS01 684695v1

2