# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of <br> In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | Case Number: 05-cv-07097 <br> MDL No. 1715 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third Party Defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnation Title Insurance Company

| | |
|---|---|
| NAME (Type or print) <br> Kevin J. Mueller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin J. Mueller | |
| FIRM <br> Butler Rubin Saltarelli & Boyd LLP | |
| STREET ADDRESS <br> 70 W. Madison Street, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285298 | TELEPHONE NUMBER <br> (312) 444-9660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |