IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO *BRYAN ESON ET AL. V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 06-C-2829 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT A AMERICAN FINANCIAL GROUP, INC. IN CONNECTION WITH *BRYAN ESON ET AL. V. ARGENT MORTGAGE COMPANY ET AL.,* CASE NO. 06-CV-2829**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **A AMERICAN FINANCIAL GROUP, INC.** ("A American") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against A American with respect to the claims asserted by Bryan and Karen Eson (plaintiffs in the action *Bryan Eson et al. v. Clemons v. Argent Mortgage Company et al.,* Case No. 06-c-2829 (N.D. Ill)).

All other claims by Argent in the Fifth Amended Consolidated Third-Party Complaint against A-American or other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED: July 12, 2011 | Respectfully submitted,<br><br>By: /s/ Thomas J. Wiegand<br>*Attorneys for Argent Mortgage Company, LLC*<br><br>Thomas J. Wiegand, Esq.<br>MOLO LAMKEN LLP<br>540 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 607-8160<br>Facsimile: (212) 607-8161 |
| DATED: July 12, 2011 | Respectfully submitted,<br><br>By: /s/ Hector Ledesma<br>*Attorneys for A American Financial Group, Inc.*<br><br>Hector Ledesma, Esq.<br>SANCHEZ DANIELS & HOFFMAN LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>Telephone: (312) 641-1555 |

**CERTIFICATE OF SERVICE**

    I, Thomas J. Wiegand, hereby certify that on this 12th day of July 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                               By: /s/ Thomas J. Wiegand