IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Cindy Gillespie, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03427, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **CINDY GILLESPIE** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC F/K/A WM SPECIALTY MORTGAGE, LLC, AMC MORTGAGE SERVICES, INC.,** and **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Cindy Gillespie, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03427 (N.D. Ill) (transferred into the MDL from 06-CV-00220 N.D. Ind.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: July 13, 2011　　　　　　　　　Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Cindy Gillespie*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: July 13, 2011　　　　　　　　　Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, JPMC Specialty Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC, and AMC Mortgage Services, Inc.*

Bernard E LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: July 13, 2011　　　　　　　　　Respectfully submitted,

By: /s/ Michael G. Salemi
*Attorneys for Chase Home Finance, LLC*

Michael G. Salemi, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7112
Facsimile: (312) 840-7900

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 13th day of July 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs