# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Brenda Bowden, et al. v. Argent Mortgage Company, LLC, et al.*, 06-CV-05991, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BRENDA BOWDEN** and **DARRON BOWDEN** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, 5 STAR FINANCIAL, INC.,**[1] **JPMC SPECIALTY MORTGAGE, LLC, F/K/A WM SPECIALTY MORTGAGE, LLC, CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Brenda Bowden, et al. v. Argent Mortgage Company, LLC, et al.*, 06-CV-05991 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by 5 Star Financial, Inc.

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Brenda Bowden and Darron Bowden*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for JPMC Specialty, Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

DATED: July 13, 2011

Respectfully submitted,

By: /s/ Michael G. Salemi
*Attorneys for Chase Home Finance, LLC*

Michael G. Salemi, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7112
Facsimile: (312) 840-7900

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 13th day of July 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs