**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Michael Igaz, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00126, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MICHAEL IGAZ**[1] and **CONNIE IGAZ** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC F/K/A WM SPECIALTY MORTGAGE , LLC,** and **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Michael Igaz, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00126 (N.D. Ill) (transferred into the MDL from 06-CV-00173 W.D. Mich) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Suggestion of Death was filed on behalf of Plaintiff Michael Igaz on September 20, 2010 as Docket No. 43.

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Cathleen M. Combs
*Attorneys for Michael Igaz and Connie Igaz*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company and JPMC Specialty Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: July 13, 2011 Respectfully submitted,

By: /s/ Michael G. Salemi
*Attorneys for Chase Home Finance, LLC*

Michael G. Salemi, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7112
Facsimile: (312) 840-7900

3

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 13th day of July 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs