1/21/2010 Hardecopf, Michael

1     IN THE UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF ILLINOIS
2           EASTERN DIVISION
3   ROSE TERRY, et al.,     )
                      )
4      Plaintiffs,  )
                      )
5    vs.        ) No. 08 CV 2475
                      )
6   AMERIQUEST MORTGAGE COMPANY, )
   et al.,         )
7                       )
     Defendants.  )
8
9
10
11     The videotaped deposition of MICHAEL
12 HARDECOPF, called by the Defendant for
13 examination, taken pursuant to the Federal Rules
14 of Civil Procedure of the United States District
15 Courts pertaining to the taking of depositions,
16 taken before Marianne Nee, a Certified Shorthand
17 Reporter of the State of Illinois, CSR License
18 No. 84-2341, taken at 35 West Wacker Drive,
19 Suite 4600, Chicago, Illinois, on January 21,
20 2010, at 9:21 a.m.
21
22
23
24

**1/21/2010  Hardecopf, Michael**

1   Q   And is there -- are you familiar with

2   the term blanket closing protection letter?

3   A   I've heard that term.

4   Q   Is there any limitation in the cheat

5   sheet concerning the agent providing blanket

6   closing protection letters?

7   A   No.

8   Q   Do you know of any information provided

9   to an agent concerning -- let me make that a

10  little more specific.  In your -- strike that.

11      In your role as agency rep for the

12  State of Illinois, were you aware of any

13  limitation on agents providing blanket closing

14  protection letters?

15  A   Yes.

16  Q   And what was that?

17  A   It was company policy that that was not

18  allowed.

19  Q   And what's the basis for that, for your

20  statement?

21  A   They have to be approved at a senior

22  level and we don't issue them locally.

23  Q   And that was the -- that was Ticor's

24  policy?

1/21/2010  Hardecopf, Michael

| | | |
|---|---|---|
| 1 | A | Fidelity's policy. |
| 2 | Q | Okay. And when did you first become aware of that policy? |
| 3 | | |
| 4 | A | I can't say. Several years ago. |
| 5 | Q | Approximately what year? |
| 6 | A | I really can't approximate. I don't know. |
| 7 | | |
| 8 | Q | How was it that you became aware of that policy? |
| 9 | | |
| 10 | A | Either at a manager's meeting or -- I can't say. I don't recall. |
| 11 | | |
| 12 | Q | That policy was never explained to Northwest Title to the best of your knowledge, was it? |
| 13 | | |
| 14 | | |
| 15 | A | I can't say that. |
| 16 | Q | You don't have any -- okay. You don't have any information that it was provided to Northwest Title, correct? |
| 17 | | |
| 18 | | |
| 19 | A | And likewise I don't have that it was not. |
| 20 | | |
| 21 | Q | And you don't have any information that it was provided to TriStar Title, correct? |
| 22 | | |
| 23 | A | Not personally. |
| 24 | Q | When you say not personally, do you |

1/21/2010 Hardecopf, Michael

1   BY THE WITNESS:

2     A   Again, that's what I said, yes.

3   BY MR. MANVITZ:

4     Q   So what makes you believe that an

5   incomplete field in a closing protection letter

6   will invalidate a closing protection letter?

7     A   It's always been my understanding. I'm

8   a manager. I'm not a legal analyst of those

9   things. It's just been my understanding from my

10   experience in the company.

11     Q   And what's the basis for your

12   understanding?

13     A   Closing protection letters have to be

14   specific to file.

15     Q   And what's the basis for your

16   understanding for that statement?

17     A   The company does not allow blanket

18   closing protection letters without senior

19   management approval.

20     Q   Have you ever -- prior to this

21   litigation -- strike that.

22     Other than the closing protection

23   letters at issue in this litigation, have you

24   ever heard of Ticor stating that a closing

1/21/2010 Hardecopf, Michael

1    A   No, that's not correct.

2    Q   What else would you consider to be

3   within the scope of your duty concerning issuing

4   agents and closing protection letters?

5    A   It's our duty to respond to agents

6   based on the contract we have with agents and

7   handle their transactions -- in handling their

8   transactions. Excuse me.

9    Q   Anything else?

10   A   We also handle -- we also talk to

11  agents about marketing. We talk to agents about

12  policy reporting and we do several other things

13  upon request of the agent, and those things are

14  -- I can't identify right now, but we handle

15  day-to-day agency questions from our agents.

16   Q   Anything else concerning closing

17  protection letters?

18   A   I think I stated earlier that if we are

19  asked if they can issue a blanket protection

20  letter, we tell them no and we tell them that's

21  issued at a senior level. We've done that.

22   Q   Do you consider the scope of your

23  duties to include anything else concerning

24  closing protection letters?