2/2/2010 Scott, David R.

1

      IN THE UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF ILLINOIS

           EASTERN DIVISION

3

  ROSE TERRY, et al.,    )

4                   )

     Plaintiffs,   )

5                   )

    vs.         ) No. 08 CV 2475

6                   )

  AMERIQUEST MORTGAGE COMPANY, )

7   et al.,         )

                  )

8      Defendants.  )

9

10

11      The videotaped deposition of DAVID

12 R. SCOTT, called by Defendant Ameriquest

13 Mortgage Company for examination, taken pursuant

14 to the Federal Rules of Civil Procedure of the

15 United States District Courts pertaining to the

16 taking of depositions, taken before Marianne

17 Nee, a Certified Shorthand Reporter of the State

18 of Illinois, CSR License No. 84-2341, taken at

19 Two Prudential Plaza, 180 North Stetson Avenue,

20 Suite 3700, Chicago, Illinois, on February 2,

21 2010, at 9:16 a.m.

22

23       # # # # #

24

1  BY THE WITNESS:

2     A   Can you repeat the question?

3        MS. DAVIES:  Would you please reread

4  the question?

5           (Record read.)

6        MR. FOWERBAUGH:  Again, same objection,

7  calls for speculation.

8  BY THE WITNESS:

9     A   Yeah. I think that's fair to say.

10  BY MS. DAVIES:

11    Q   Okay. Do you know whether any blanket

12  closing protection letters were issued to

13  Ameriquest on behalf of Ticor?

14    A   I don't believe that they have.

15    Q   How do you know that?

16    A   Because as part of the preparation for

17  this deposition, I asked an underwriting counsel

18  in the corporate underwriting department whether

19  or not such a letter had been issued and was

20  informed that the company has no record of ever

21  issuing a blanket closing protection letter to

22  Ameriquest.

23    Q   If a blanket closing protection letter

24  had been issued to Ameriquest, is that something