AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rose Terry, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:08-CV-02475 |
| | ) | |
| Ameriquest Mortgage Company, et al. | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

Northern District of Illinois

Eastern Division)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
      Fidelity National Financial, Inc.
      c/o Agent for Service of Process
      C T Corporation System
      818 West Seventh Street
      Los Angeles, CA 90017

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attachment A

| Place:<br>Buchalter Nemer<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 | Date and Time:<br>January 21, 2010<br>10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: December 31, 2009

*CLERK OF COURT*

                              OR

        *Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

                                Joanne N. Davies

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Ameriquest Mortgage Company _____, who issues or requests this subpoena, are:
Joanne N. Davies
Buchalter Nemer, APC, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612
email: jdavies@buchalter.com Tel: (949) 760-1121

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:08-CV-02475 (United States District Court, Northern District of Illinois, Eastern Division)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 50.00 _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



## ATTACHMENT A

## DEFINITIONS

1.      "Ameriquest" means Ameriquest Mortgage Company, its agents, representatives, assigns, employees, attorneys, parent entities, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

2.      "Communications" means and includes correspondences, conversations and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile or other mode of transmission.

3.      "Document" and "Documents" shall have the meaning ascribed to those terms in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers, writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills, billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs, audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries, calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions, recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes, summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether optical, visual or magnetic), and any other tangible things on which any handwriting, typing, printing, photostatic image, magnetic or electronic impulse, or other form of communication is recorded or reproduced, and any amendments or supplements to any of the foregoing no matter by whom prepared.  The term "Document" includes originals and each copy thereof if such copy differs in any respect from the original (whether because of notes or other information appearing on such copy or otherwise).

4.      "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies,

identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

5.    "You" and "Your" means Fidelity National Financial, Inc., its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, subsidiaries, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

6.    The term "Loan" or "Loans" refers to the credit transaction(s) which is/are the subject of this lawsuit and which are identified on the chart attached hereto as Exhibit "1".

7.    "Person" or "Persons" means any natural Person, or any legal entity or organization including corporations, firms, joint ventures, voluntary or unincorporated associations, organizations, proprietorships, trusts, estates, governmental agencies, commissions, bureaus corporations and divisions, and any subsidiaries and departments thereof.

8.    "Ticor" means Ticor Title Insurance Company, its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

9.    "Tristar" means Tristar Title, LLC, its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

10.    "Northwest" means Northwest Title & Escrow Corporation, its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

11.    "Closing Agents" means those parties identified as closing agents on the chart attached hereto as Exhibit "1", their agents, predecessors, representatives, assigns, partners,

employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on their behalf or interest for any purpose whatsoever.

## INSTRUCTIONS

1.  Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner. If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2.  The document requests set forth below pertain to all Documents available to You, including all Documents in Your possession, custody or control.

3.  Unless otherwise specified, the document requests set forth below pertain to Documents that were prepared, generated, written, sent, dated or received during the time period from January 1, 2001 to the date of Your production.

4.  Other than to the extent the document requests set forth below Relate To the Loans, the document requests are not seeking copies of preliminary title commitments or final title policies that were issued by You.

5.  If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information;

    (a) The disposition of the Document;

    (b) The date such disposition was made;

    (c) The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

    (d) Identify the Person who made the decision to dispose of the Document;

    (e) State the reason for the disposition;

    (f) Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

6.      Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

(a)      Identify the nature of the privilege (including work product) that is being claimed; and

(b)      Provide the following information in a privilege log accompanying Your response:

(i)      The paragraph of this request to which such Document is responsive;

(ii)      The type of Document;

(iii)      The general subject matter of the Document;

(iv)      The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

7.      If any part of a Document is responsive, produce the entire Document.  If You assert privilege with respect to any part of a responsive Document, redact the privileged portion and indicate clearly on the Document where material was redacted by the legend "REDACTED-PRIVILEGED."  Redacted Documents should be produced even if You believe that the non-redacted portion is not responsive.  Please identify redactions on Your privilege log in the same manner as withheld Documents.

8.      If You withhold any Document responsive to any request for any reason other than a claim of attorney-client privilege or work-product protection, provide a list identifying each such Document withheld, the asserted basis for withholding the Document, the custodian, the date of the Document, the author(s), all recipients, together with the job titles or positions of the author(s) and recipients, the subject matter of the Document and the paragraph of this Request to which each such Document relates.

9.      Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested.  If You believe that

production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

10. If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

11. Your obligation to produce Documents responsive to these requests is continuing. If You discover responsive Documents after Your initial response to these requests, promptly produce such Documents in accordance with these instructions or follow the procedures specified for Documents withheld under a claim of privilege or otherwise.

12. These requests are not intended to be duplicative. Each request should be responded to fully, and to the extent not covered by other requests. If Documents are responsive to more than one request, You should so note in Your response and produce each such Document in response to the request that is more specifically directed to the subject matter of the particular Document.

## DOCUMENTS REQUESTED

### REQUEST FOR PRODUCTION NO. 1:

All Documents Relating To the loan closings for the Loans including, but not limited to, closing files, closing affidavits, closing protection letters, and closing instructions.

### REQUEST FOR PRODUCTION NO. 2:

All Documents Relating To any agreement with Tristar, Northwest, or Closing Agents applicable from 2003 to the present including, but not limited to, agency agreements, "issuing agency contracts," approved agency or attorney letters, or underwriting agreements.

### REQUEST FOR PRODUCTION NO. 3:

All Documents Relating To any blanket, general, master, or global closing protection letters, insured closing letters, or approved attorney letters applicable to Ameriquest.

**REQUEST FOR PRODUCTION NO. 4:**

All Communications to Ameriquest explaining or promoting services provided by You.

**REQUEST FOR PRODUCTION NO. 5:**

All Communications to Ameriquest Relating To any blanket, general, master, or global closing protection letters, insured closing letters, or approved attorney letters.

**REQUEST FOR PRODUCTION NO. 6:**

All Communications to Ameriquest Relating To loan closings including, but not limited to, Communications Relating To closing instructions, closing protection letters, and closing affidavits.

**REQUEST FOR PRODUCTION NO. 7:**

All Documents referencing the scope of duties of approved agents including issuing agents, title companies, approved vendors, direct operations, approved attorneys, approved notaries, and approved settlement agents.

**REQUEST FOR PRODUCTION NO. 8:**

All Communications to Ticor, Tristar, Northwest, or Closing Agents Relating To loan closings including, but not limited to, Communications Relating To closing instructions, closing protection letters, and closing affidavits..

**REQUEST FOR PRODUCTION NO. 9:**

All training materials Relating To loan closings including, but not limited to, training materials Relating To closing instructions, closing protection letters, and closing affidavits.

**REQUEST FOR PRODUCTION NO. 10:**

All training materials provided to approved attorneys, title companies, issuing agents, closing vendors, notaries, and settlement agents.

**REQUEST FOR PRODUCTION NO. 11:**

All advertising, marketing, or promotional materials Relating To loan closings including, but not limited to, materials Relating To closing instructions, closing protection letters, and closing affidavits.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

BN 5028181v1

**REQUEST FOR PRODUCTION NO. 12:**

All Documents explaining the utilization of closing protection letters.

**REQUEST FOR PRODUCTION NO. 13:**

All Documents explaining or construing closing protection letters.

**REQUEST FOR PRODUCTION NO. 14:**

All Communications with title agents, issuing agents, approved attorneys, approved notaries, or closing agents Relating To Notice of Right to Cancel forms including, but not limited to, any obligation to complete or distribute copies of the form.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents Relating To policies and procedures for the handling or completion of Notice of Right to Cancel forms.

**REQUEST FOR PRODUCTION NO. 16:**

All Documents Relating To policies and procedures for loan closings including, but not limited to, policies and procedures Relating To issuing loan closing protection letters, complying with closing instructions, and providing closing affidavits.

**REQUEST FOR PRODUCTION NO. 17:**

All Documents upon which You have relied in support of any denial of coverage or applicability of a closing protection letter arising out of claims that borrowers were not provided with the correct number of properly dated Notice of Right to Cancel forms.

**REQUEST FOR PRODUCTION NO. 18:**

All files concerning Tristar, Northwest and Closing Agents including, but not limited to, any application, claims, audit, quality control, or agent files.

**REQUEST FOR PRODUCTION NO. 19:**

All Documents concerning Tristar, Northwest and Closing Agents including, but not limited to, any claims history reports, NAS worksheets, audit review reports, issuing agent scorecards, or trend lag reports.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

**REQUEST FOR PRODUCTION NO. 20:**

All Documents Relating To Your actual or potential liability for an act of Tristar, Northwest, or Closing Agents including, but not limited to, agreements, judgments, and Complaints alleging liability.

**REQUEST FOR PRODUCTION NO. 21:**

All Documents identifying any closing protection letter applicable to Ameriquest at any time from 2003 to the present.

**REQUEST FOR PRODUCTION NO. 22:**

All Documents supporting Your contention, if any, that there was not a closing protection letter for each Ameriquest loan from 2004 through 2006 for any loan insured by You.

**REQUEST FOR PRODUCTION NO. 23:**

All policies and procedures provided to any title agent, issuing agent, or closing agent on or after 2002.

**REQUEST FOR PRODUCTION NO. 24:**

All Documents stating or limiting the authority of Tristar, Northwest, or Closing Agents.

**REQUEST FOR PRODUCTION NO. 25:**

All agreements involving You and Ameriquest.

**REQUEST FOR PRODUCTION NO. 26:**

All Documents describing the business relationship between You and Tristar, Northwest or Closing Agents.

**REQUEST FOR PRODUCTION NO. 27:**

All Documents Relating To Your supervision of Tristar, Northwest or Closing Agents.

**REQUEST FOR PRODUCTION NO. 28:**

All Documents Relating To policies and procedures for review, audit, or supervision of title companies, issuing agents, approved attorneys', approved notaries, and closing agents including approval, compliance review, and audit procedures.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

BN 5028181v1

**REQUEST FOR PRODUCTION NO. 29:**

All Documents Relating To the status (or lack thereof) as approved closing services vendor, issuing agent, approved attorneys', approved notaries, or closing agents for Tristar, Northwest or Closing Agents for any loan referenced as insured by You.

**REQUEST FOR PRODUCTION NO. 30:**

All insurance policies issued for Tristar, Northwest or Closing Agents such as Errors and Omission or Professional Liability Insurance applicable at any time between 2004 and 2007.

**REQUEST FOR PRODUCTION NO. 31:**

All Documents Relating To claims made by You under any insurance policies issued for Tristar, Northwest or Closing Agents such as Errors and Omission or Professional Liability Insurance applicable at any time between 2004 and 2007.

**REQUEST FOR PRODUCTION NO. 32:**

All Documents Relating To any agreements between You and a title company, settlement agent, issuing agent, approved attorneys', approved notaries, or closing vendor Relating To the provision of services for Ameriquest loans.

**REQUEST FOR PRODUCTION NO. 33:**

Documents sufficient to identify the Tristar or Northewest closing files in Your possession.

**REQUEST FOR PRODUCTION NO. 34:**

All Documents referencing any exposure or reserve based on closing protection letters claimed to cover more than a single loan transaction (i.e. general, blanket, master or global closing protection letters).

**REQUEST FOR PRODUCTION NO. 35:**

All Documents Relating To the frequency of issuance or number of blanket, general, master, or global closing protection letters issued by You.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

BN 5028181v1

**REQUEST FOR PRODUCTION NO. 36:**

All Documents referencing the authority of issuing agents or approved attorneys to issue general, blanket, master or global closing protection letters.

**REQUEST FOR PRODUCTION NO. 37:**

All Documents Relating To the following files wherein Tristar was the issuing agent: TTC04-01782; TTC06-00065; TTC05-04683; TTC06-07311; TTC04-01782; TTC04-01963; TTC04-03453; TTC04-05876; TTC04-02986; TTC04-00432; TTC04-0685; TTC04-01686; TTC04-0023; TTC04-01955; TTC04-0065; TTC04-00125; TTC04-01225; TTC04-03872; TTC04-01695; TTC06-01272; TTC06-02200; TTC06-00250; TTC06-03898; TTC05-04683; TTC05-08235; TTC05-04215; TTC05-07132; TTC05-12322; TTC05-9603; TTC05-6125; TTC05-04875; TTC05-04298; TTC05-13101; TTC06-07311; TTC06-07398; TTC06-07750; TTC06-8219; TTC06-08008; TTC06-08222; TTC06-6282; TTC5356; TTC06-01929; TTC04798; TTC04-1686; TTC04-1955; TTC04-1963; TTC04-2986; TTC05-4215; TTC05-7132; TTC05-8235; TTC06-00125; TTC06-0065; TTC06-01225; TTC06-03872; TTC06-04798; TTC06-08722; TTC06-1695; TTC06-2200; TTC06-3898; and TTC06-5356.

**REQUEST FOR PRODUCTION NO. 38:**

All Documents Relating To Your closing protection letter tracking system for loans where Tristar or Northwest issued final policies.

**REQUEST FOR PRODUCTION NO. 39:**

All claims files for any claim under a closing protection letter involving a loss arising out of TILA (including, but not limited to, an alleged failure to deliver sufficient notices of right to cancel forms to a borrower) or other consumer protection law claim by a borrower against a lender.

**REQUEST FOR PRODUCTION NO. 40:**

All Documents Relating To any claim under a closing protection letter involving a loss arising out of TILA (including, but not limited to, an alleged failure to deliver sufficient notices

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

BN 5028181v1

of right to cancel forms to a borrower) or other consumer protection law claim by a borrower against a lender.

**REQUEST FOR PRODUCTION NO. 41:**

All claims files for any claim under a closing protection letter involving an alleged loss by an assignee of the loan in which the closing protection letter did not expressly apply to assignees.

**REQUEST FOR PRODUCTION NO. 42:**

All Documents Relating To any claim under a closing protection letter involving a loss by an assignee of the loan in which the closing protection letter did not expressly apply to assignees.

**REQUEST FOR PRODUCTION NO. 43:**

Documents sufficient to show the number of closing protection letters issued for loans in which Tristar or Northwest were the issuing agents.

**REQUEST FOR PRODUCTION NO. 44:**

All Documents which will allow the inspection of any system utilized for tracking closing protection letters in use at anytime between 2004 and 2006.

**REQUEST FOR PRODUCTION NO. 45:**

All data reflecting the issuance of closing protection letters relating to Ameriquest from 2000 to the present.

**REQUEST FOR PRODUCTION NO. 46:**

All data reflecting any closing protection letter that was issued with an incomplete address field.

**REQUEST FOR PRODUCTION NO. 47:**

All Documents relating to the frequency of the issuance of closing protection letters for Ticor by Tristar or Northwest.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

BN 5028181v1

**REQUEST FOR PRODUCTION NO. 48:**

All Documents in which You informed anyone that a closing protection letter does not cover a claim based on an agent's failure to follow closing instructions that results in a violation of any consumer credit protection or truth in lending law.

**REQUEST FOR PRODUCTION NO. 49:**

All Documents in which You stated that a closing protection letter may cover a failure to follow closing instructions that results in a Truth-In-Lending violation.

**REQUEST FOR PRODUCTION NO. 50:**

All Documents Relating To any contention by You that a closing protection letter does not cover a failure to follow closing instructions that results in a Truth-In-Lending violation including, but not limited to, any prior statements by You stating the same.

**REQUEST FOR PRODUCTION NO. 51:**

All Documents Relating To any contention by You that a closing protection letter does not cover a failure to follow closing instructions that results in a consumer protection violation including, but not limited to, any prior statements by You stating the same.

**REQUEST FOR PRODUCTION NO. 52:**

All Documents Relating To any contention by You that a closing protection letter does not cover a loss arising out of a consumer protection violation including, but not limited to, any prior statements by You stating the same.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents reflecting that either Tristar or Northwest were informed that they were not authorized to issue a blanket, general, master or global closing protection letter to a lender.

**REQUEST FOR PRODUCTION NO. 54:**

All Documents reflecting that any issuing agents were ever informed that they were not authorized to issue a blanket, general, master or global closing protection letter to a lender.

AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.

**REQUEST FOR PRODUCTION NO. 55:**

All Documents reflecting any efforts made to restrict the ability of issuing agents or approved attorneys to issue closing protection letters that are not limited to a specific property or loan.

**REQUEST FOR PRODUCTION NO. 56:**

Each form of a closing protection letter used by You from 1986 to the present.

**REQUEST FOR PRODUCTION NO. 57:**

Documents sufficient to determine how many closing protection letters were issued by Tristar or Northwest without complete information to indicate the scope of its coverage.

**REQUEST FOR PRODUCTION NO. 58:**

All of Your policies and procedures for following lender's closing instructions including, but not limited to, ensuring closing documents are properly provided to the borrower, inserting the proper signing date and final date to cancel into the Notice of Right to Cancel forms, and providing the correct number of properly dated Notices of Right to Cancel forms to borrowers.

**REQUEST FOR PRODUCTION NO. 59:**

All deposition transcripts in which coverage under a closing protection letter has been at issue.

**REQUEST FOR PRODUCTION NO. 60:**

All discovery responses in which coverage under a closing protection letter has been at issue.

**AMERIQUEST'S SUBPOENA TO FIDELITY NATIONAL FINANCIAL, INC.**

EXHIBIT "I" to SUBPOENA ATTACHMENT A

| Plaintiff | Loan Number | Property Address | Title Order/File No. | Final Policy No. | Title Insurance Underwriters | Closing Services Companies | Closing Agents |
|---|---|---|---|---|---|---|---|
| Baez, Juan | 0116605262 | 1516 North 36th Avenue Melrose Park, IL 60160 | TTC05-03435 | | Ticor Title Insurance Company | Tristar Title, LLC | Helen F. Mitchell-Carter |
| Bolo, Jorge | 0122695646 | 8150 West Fullerton Ave. River Grove IL 60171 | TTC05-06632 | 74107-70272605 | Ticor Title Insurance Company | Tristar Title, LLC | Angela Bartucci |
| Bolo, Luisa | 0122695646 | 8150 West Fullerton Ave. River Grove IL 60171 | TTC05-06632 | 74107-70272605 | Ticor Title Insurance Company | Tristar Title, LLC | Angela Bartucci |
| Colister, Ananais | 0133703322 | 2854 East 223rd Street Sauk Village, IL 60411 | TTC05-11109 | 74107-70735028 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love |
| Colister, Ethel | 0133703322 | 2854 East 223rd Street Sauk Village, IL 60411 | TTC05-11109 | 74107-70735028 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love |
| Cox, Michael | 0132215625 | 16126 South Cottage Grove South Holland, IL 60473 | TTC05-10620 | 74107-70555454 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love |
| Garcia, Wences | 0131866485 | 5153 South Hamlin Chicago, IL 60632 | TTC05-10376 | 74107-70568367 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez |
| Guyton, Johanna | 0121483663 | 2949 West Warren Blvd. Chicago, IL 60612 | TTC05-06000 | 74107-70241498 | Ticor Title Insurance Company | Tristar Title, LLC | Tia M. Martin |
| Guyton, Johanna | 0140620766 | 2949 West Warren Blvd. Chicago, IL 60612 | TTC05-14170 | 74107-70957494 | Ticor Title Insurance Company | Tristar Title, LLC | Joan M. Pridgeon |
| Hill, Elizabeth | 0129695482 | 2227 South Kildare Ave. Chicago, IL 60623 | TTC05-09328 | 74107-70634917 | Ticor Title Insurance Company | Tristar Title, LLC | Michael R. Smith |
| Hill, Elizabeth | 0142138809 | 2227 South Kildare Ave. Chicago, IL 60623 | TTC05-14938 | 74107-71069949 | Ticor Title Insurance Company | Tristar Title, LLC | Joan M. Pridgeon |
| Jaime, Alfredo | 0140665928 | 5112 West Fletcher Chicago, IL 60641 | TTC05-14764 | 74107-71041713 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez |
| Jaime, Ana Velia | 0140665928 | 5112 West Fletcher Chicago, IL 60641 | TTC05-14764 | 74107-71041713 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez |
| Lara, Maria | 0131866485 | 5153 South Hamlin Chicago, IL 60632 | TTC05-10376 | 74107-70568367 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez |

1 of 2

EXHIBIT "1" to SUBPOENA ATTACHMENT A

| Plaintiff | Loan Number | Property Address | Title Order/File No. | Final Policy No. | Title Insurance Underwriters | Closing Services Companies | Closing Agents |
|---|---|---|---|---|---|---|---|
| Lawrence, Susan | 0132215625 | 16126 South Cottage Grove South Holland, IL 60473 | TTC05-10620 | 74107-70555454 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love |
| Lee, Carey | 0123075442 | 7233 South Rockwell St. Chicago, IL 60629 | TTC05-06733 | 74107-70272780 | Ticor Title Insurance Company | Tristar Title, LLC | Kiley King |
| Lee, Denise | 0123075442 | 7233 South Rockwell St. Chicago, IL 60629 | TTC05-06733 | 74107-70272780 | Ticor Title Insurance Company | Tristar Title, LLC | Kiley King |
| Parnell, Roy | 0139413843 | 1424 North Central Park Chicago, IL 60651 | 728372 | 74107-593493 | Ticor Title Insurance Company | Northwest Title & Escrow Corporation | Melissa Thomas |
| Quire, Beatrice | 0122913288 | 2304 Emerson St. Evanston, IL 60201 | TTC05-06673 | 74107-70268390 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan |
| Quire, Selvin | 0122913288 | 2304 Emerson St. Evanston, IL 60201 | TTC05-06673 | 74107-70268390 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan |
| Rivera, Cruz | 0116605262 | 1516 North 36th Avenue Melrose Park, IL 60160 | TTC05-03435 | | Ticor Title Insurance Company | Tristar Title, LLC | Helen F. Mitchell-Carter |
| Terry, Rose | 0120888102 | 712 Hartrey Avenue Evanston, IL 60202 | TTC05-05870 | 74107-70245493 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan |
| Watt, Terry | 0139413843 | 1424 North Central Park Chicago, IL 60651 | 728372 | 74107-593493 | Ticor Title Insurance Company | Northwest Title & Escrow Corporation | Melissa Thomas |
| Wells, Harold | 0145466207 | 216 South 20th Ave. Maywood, IL 60153 | 758653 | 74107-618858 | Ticor Title Insurance Company | Northwest Title & Escrow Corporation | Tia M. Martin |

2 of 2

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California  92612-0514.

On the date set forth below, I served the foregoing document described as:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION,
OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES
IN A CIVIL ACTION**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

## PLEASE SEE ATTACHED SERVICE LIST

☒ **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on December 31, 2009.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ BY EMAIL.  On December 31, 2009, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from

1

**TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.**

**United States District Court, Northern District of Illinois**

**Case No. 08CV2475**

**SERVICE LIST**

an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on December 31, 2009 at Irvine, California.

Joanne D. Mealey-Hatch
_____

_(Signature)_

BN 3348866v1

**TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.**

**United States District Court, Northern District of Illinois**

**Case No. 08CV2475**

**SERVICE LIST**

| | |
|---|---|
| Anthony P. Valach, Jr., Esq.<br>The Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 960-1803<br>Fax: (312) 960-1936<br>Email: anthonyvalach@sbcglobal.net | Attorneys for Plaintiffs<br><br>VIA EMAIL |
| Daniel Mark Harris, Esq.<br>The Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Tel: (213) 960-1802<br>Email: lawofficedh@yahoo.com | Attorneys for Plaintiffs<br><br>VIA EMAIL |
| Thomas Joseph Wiegand, Esq.<br>David Edward Dahlquest, Esq.<br>Greg J. Miarecki, Esq.<br>Justin Lennon Leinenweber, Esq.<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Tel: (312) 558-5600<br>Email: twiegand@winston.com<br>ddahlquist@winston.com<br>gmiarecki@winston.com<br>jleinenweber@winston.com | Attorneys for Defendant<br>Ameriquest Mortgage Company;<br>Ameriquest Capital Corporation; ACC<br>Capital Holdings, Inc; Ameriquest<br>Mortgage Securities, Inc.; Deutsche<br>Bank National Trust Company; Wayne<br>Lee; Argent Securities, Inc.;<br><br>VIA EMAIL |

**TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.**

**United States District Court, Northern District of Illinois**

**Case No. 08CV2475**

**SERVICE LIST**

| | |
|---|---|
| Alan Norris Salpeter, Esq.<br>Therese King Nohos, Esq.<br>Vincent P. Schmeltz, III, Esq.<br>Erin L. Ziaja, Esq.<br>Dewey & LaBoeuf LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601<br>Tel: (312) 784-8088<br>Email: asalpeter@dl.com<br>tnohos@dl.com<br>vschmeltz@dl.com<br>eziaja@dl.com | Attorneys for<br>Dawn Arnall; The Roland and Dawn<br>Arnall Living Trust; The Estate of<br>Roland Arnall<br><br>VIA EMAIL |
| Robert Radasevich, Esq.<br>Jason A. Frye, Esq.<br>Neal, Garber & Eisenberg<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602<br>Tel: (312) 269-8000<br>Email: rradasevich@ngelaw.com | Attorneys for Third Party Defendant<br>First American Title Insurance<br>Company<br><br>VIA EMAIL |
| David Jordan Pivnick, Esq.<br>DLA Piper US LLP IL<br>203 North LaSalle Street<br>20th Floor<br>Chicago, IL 60601<br>Tel: (312) 368-6804<br>Email: david.pivnick@alapiper.com | Attorneys for Third Party Defendant<br>Ticor Title Insurance Company<br><br>VIA EMAIL |

2

**TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.**

United States District Court, Northern District of Illinois

Case No. 08CV2475

SERVICE LIST

| | |
|---|---|
| Albert Fowerbaugh, Jr., Esq.<br>Butler, Rubin, Saltarelli & Boyd, LLP<br>70 West Madison Street<br>Suite 1800<br>Chicago, IL 60602<br>Tel: (312) 696-4440<br>Fax: (312) 444-9294<br>Email: AFowerbaugh@butlerrubin.com | Attorneys for Third Party Defendant<br>Ticor Title Insurance Company<br><br>VIA EMAIL |
| Russell J. Stewart, Esq.<br>805 West Touhy Avenue<br>Park Ridge, IL 60068<br>Tel: (708) 692-3350<br>Email: russ@russstewart.com | Attorneys for Third Party Defendant<br>Jackie Vasquez<br><br>VIA EMAIL |
| Joan M. Pridgeon<br>448 West Englewood Street<br>Chicago, IL 60621<br>Tel: (714) 448-5149 | Pro Se Third Party Defendant<br><br>VIA U.S. MAIL |
| Harold E. McKee, Esq.<br>James D. Major, Esq.<br>Riordan McKee & Piper, LLC<br>20 North Wacker Drive, Suite 910<br>Chicago, IL 60606<br>Tel: (312) 663-9400<br>Email: hmcke@rmp-llc.com | Attorneys for Third Party Defendant<br>Helen Mitchell Carter<br><br>VIA EMAIL |
| James S. Schreier, Esq.<br>Eric P. Early, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | Attorneys for Third Party Defendant<br>Ticor Title Insurance Company<br><br>VIA EMAIL |

**TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.**

**United States District Court, Northern District of Illinois**

**Case No. 08CV2475**

**SERVICE LIST**

| | |
|---|---|
| Isiah P. Ward<br>303 Waterford Drive<br>Willowbrook, IL 60527<br>Tel:  (630) 906-9273 | Pro Se Third Party Defendant<br><br>VIA U.S. MAIL |
| Michael Smith<br>442 Hyde Park Avenue<br>Bellwood, IL 60104-1714 | Pro Se Third Party Defendant<br><br>VIA U.S. MAIL |
| Robert Orman, Esq.<br>Law Offices of Robert Orman<br>One North LaSalle Street<br>Suite 1775<br>Chicago, IL 60602<br>Tel:  (312) 372-0515<br>Fax: (312) 372-0520<br>Email:  roblaw@aol.com | Attorney for Plaintiff Ramses Favela<br><br>VIA EMAIL |