Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Abruscato, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-04548 (N.D. Ill.), filed on July 11, 2008 | Bodin, Harry G. Jr. | Fidelity National Title Insurance Company | 3/24/2003 |
| Adams, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01626 (N.D. Ill.), filed | Adams, Glenn & Laverne | American Pioneer Title Insurance Company | 2/9/2004 |
| Adkins v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04741 (N.D. Ill.), filed August 31, 2006 | Adkins, Sherry & James | Ticor Title Insurance Company | 12/31/2004 |
| Advocate for Fair Lending, LLC v. ACC Capital Holdings Corp., Argent Mortgage Co., et al., Case No. 08-CV-04296 (N.D. Ill.), filed on May 30, 2008 | Thorgusen, Tazuko | Chicago Title Insurance Company | 1/20/2006 |
| Allan, et al. v. Argent Mortgage Co., LLC, Case No. 06-CV-02470 (N.D. Ill.), filed January 23, 2006 | Edwards, George P. | American Pioneer Title Insurance Company | 8/27/2003 |
| | Sweeten, Kenneth F. & Elizabeth | Chicago Title Insurance Company | 2/14/2003 |
| Allgood v. Ameriquest Mortgage Co, et al., Case No. 08-CV-07279 (N.D. Ill.), filed on October 30, 2008 | Allgood, Kellie H. | Fidelity National Title Insurance Company | 11/2/2005 |
| Anderson et al v. Ameriquest Mortgage Co., et al., Case No. 06-CV-03125 (N.D. Ill.), filed February 9, 2006 | Barboza, Benjamin & Manuel | Commonwealth Land Title Insurance Co. | 4/22/2003 |
| | Holmes, Dennis & Brenda | Commonwealth Land Title Insurance Co. | 2/11/2003 |
| | Iwanczenko, John & Maryann | Commonwealth Land Title Insurance Co. | 1/15/2003 |
| | Spence-English, Sonia | Commonwealth Land Title Insurance Co. | 8/8/2003 |
| Bailey, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-01733 (N.D. Ill.), filed March 14, 2005 | Bailey, Wray & Wendy | Commonwealth Land Title Insurance Co. | 2/5/2003 |
| | Greene, Samuel | Ticor Title Insurance Company | 3/14/2003 |
| | Hasapes, Jason | Ticor Title Insurance Company | 1/8/2004 |
| | Huggins, Maurice & Pearl | Ticor Title Insurance Company | 8/24/2003 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| | Kobialk, Edward & Ruth | Lawyers Title Insurance Corporation | 11/20/2002 |
| | Leblanc, Scott A. | Chicago Title Insurance Company | 3/20/2004 |
| | Lehan, Timothy | Ticor Title Insurance Company | 6/24/2003 |
| | Milardo, David & Lucinda | Ticor Title Insurance Company | 5/24/2004 |
| | Muro, Robert | Ticor Title Insurance Company | 5/16/2003 |
| | Niese, Catherine - missing complaint | Ticor Title Insurance Company | 3/19/2004 |
| | Peterson, Harold | Ticor Title Insurance Company | 8/4/2004 |
| | Sulinski, Peter & Victoria | Ticor Title Insurance Company | 9/22/2003 |
| | Witham, Beth & Leon | Ticor Title Insurance Company | 12/15/2003 |
| | Zevallos, Elizabeth | Ticor Title Insurance Company | 8/4/2004 |
| Balark, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02430 (N.D. Ill.), filed May 1, 2006 | McMiller, Michelle & Balark, Erik | Ticor Title Insurance Company | 5/14/2005 |
| Banuelos, et al. v. Ameriquest Mortgage Co., Case No. 08-CV-02680 (N.D. Ill.), filed May 14, 2008 | Banuelos, Pedro & Celia | Ticor Title Insurance Company | 5/18/2005 |
| Barletta v. Ameriquest Mortgage Co, et al., Case No. 06-CV-04560 (N.D. Ill.), filed August 23, 2006 | Barletta, Pam | American Pioneer Title Insurance Company | 2/21/2004 |
| Beane, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01346 (N.D. Ill.), filed December 26, 2006 | Beane, Virginia & Robert | American Pioneer Title Insurance Company | 1/13/2004 |
| Beaudoin v. Ameriquest Mortgage Co., Case No. 07-CV-00133 (N.D. Ill.), filed October 27, 2006 | Beaudoin, Carol A. | Commonwealth Land Title Insurance Co. | 10/3/2005 |
| Belval, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02469 (N.D. Ill), filed January 23, 2006 | Therrien, Gloria J. | Fidelity National Title Insurance Company of New York | 5/12/2004 |
| Bennison, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-02775 (N.D. Ill.), filed March 20, 2007 | Lancaster, Christopher & D'Ortona, Carolyn | Commonwealth Land Title Insurance Co. | 5/13/2005 |

2

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Bergquist v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01438 (N.D. Ill.), filed March 15, 2006 | Bergquist, Sandra | Ticor Title Insurance Company | 12/29/2004 |
| Bertenshaw, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-05708 (N.D. Ill.), filed August 21, 2006 | Nason, David & Rachel | Ticor Title Insurance Company | 11/5/2004 |
| Besterfield v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02676 (N.D. Ill.), filed May 12, 2006 | Besterfield, James | Ticor Title Insurance Company | 1/10/2005 |
| Billings, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01849 (N.D. Ill.), filed April 4, 2006 | Billings, Jacob & Taylor | Ticor Title Insurance Company | 2/16/2005 |
| Black, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00129 (N.D. Ill.), filed October 12, 2006 | Black, Junior & Campbell, Rene | Chicago Title Insurance Company | 7/6/2004 |
|  | Gomez, Luz | American Pioneer Title Insurance Company | 10/23/2002 |
| Black, et al. v. Argent Mortgage Co., Homeq Servicing Corp., Wells Fargo Bank, case No. 06-CV-04418 (N.D. Ill.), filed August 16, 2006 | Black, Rose J. & David E., Sr. | Ticor Title Insurance Company<br>Chicago Title Insurance Company | 8/12/2004 |
| Blain, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co., Countrywide Home Loans, case No. 07-CV-00124 (N.D. Ill.), filed October 27, 2006 | Blain, Christena & Thomas | Ticor Title Insurance Company | 3/16/2004 |
| Bowden v. Argent Mortgage Co., et al., case No. 06-CV-05991 (N.D. Ill.), filed November 2, 2006 | Bowden, Brenda & Darron | Lawyers Title Insurance Corporation | 4/2/2004 |
| Bowe, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-02471 (N.D. Ill.), filed January 23, 2006 | Bathin, Drucie | Ticor Title Insurance Company | 4/15/2003 |
|  | Bowe, Michael | Chicago Title Insurance Company | 3/24/2004 |
|  | Copeland, Kevin | Ticor Title Insurance Company | 12/31/2003 |
|  | Desrosiers, Wilfred & Barbara | Ticor Title Insurance Company | 6/23/2004 |
| Bradley, et a. v. Ameriquest Mortgage Co., Inc.., Case No. 08-CV-03011 (N.D. Ill.), filed on April 8, 2008 | Higgins, Justin & Heather | American Pioneer Title Insurance Company | 2/3/2006 |
| Bricker, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04528 (N.D. Ill.), filed August 21, 2006 | Bricker, Anthony & Michelle | Ticor Title Insurance Company | 7/21/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Britt, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00351 (N.D. Ill.), filed January 18, 2007 | Britt, Robert & Tammy | Ticor Title Insurance Company | 12/16/2004 |
| Brown v. Ameriquest Mortgage Co., et al., Case No. 05-CV-04723 (N.D. Ill.), filed August 17, 2005 | Brown, Dorothy | Ticor Title Insurance Company | 8/24/2004 |
| Brown, et al. v. Ameriquest Capital Corp., Case No. 05-285 (C.D. Cal.) filed August 1, 2005 | Cusanelli, Kevin and Maria | Fidelity National Title Ins. Co. of NY | 11/5/2004 |
| Brown, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-05111 (N.D. Ill.), filed September 6, 2005 | Brown, Kenneth & Monica | Lawyers Title Insurance Corporation | 12/3/2004 |
| Brown, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02830 (N.D. Ill.), filed May 19, 2006 | Brown, Calvin & Dora | Ticor Title Insurance Company | 2/16/2004 |
| Buck, et al. v. Ameriquest Mortgage Co., et al Case No. 07-CV-04874 (N.D., Ill.), filed August 29, 2007 | Buck, Bruce & Shannon | American Pioneer Title Insurance Company | 5/20/2004 |
| Buckner v. Ameriquest Mortgage Co., et al., Case No. 05-CV-06808 (N.D. Ill.), filed December 1, 2005 | Buckner, Jacqueline | Ticor Title Insurance Company | 6/23/2004 |
| Bumpers, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00553 (N.D. Ill.), filed January 29, 2007 | Bumpers, Henry & Elizabeth | Lawyers Title Insurance Corporation | 2/27/2004 |
| Burgess, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06748 (N.D. Ill.), filed August 22, 2006 | Burgess, Ernest & Peggy | American Pioneer Title Insurance Company | 1/9/2004 |
| | Chaumley, Sarah | American Pioneer Title Insurance Company | 4/29/2004 |
| Butt, et al. v. Ameriquest Mortgage Co., Case No. 06-CV- 06744 (N.D. Ill.), filed August 21, 2006 | Bowles, Karen | Commonwealth Land Title Insurance Co. | 9/21/2005 |
| | Braz, Gary & Anita | Commonwealth Land Title Insurance Co. | 1/18/2005 |
| | Butt, Stephanie & James | Commonwealth Land Title Insurance Co. | 11/30/2005 |
| | O'Donnell, Brian M. | Commonwealth Land Title Insurance Co. | 11/1/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| | Ramos, Leonor C. | Lawyers Title Insurance Corporation | 7/24/2004 |
| Chandler, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00310 (N.D. Ill.), filed September 29, 2006 | Chandler, Jennifer | Fidelity National Title Insurance Company | 10/12/2005 |
| Churchill, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01026 (N.D. Ill.), filed December 15, 2006 | Churchill, Dale & Kelley | Transnation Title Insurance Company | 1/14/2005 |
| Clarke, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04201 (N.D. Ill.), filed August 3, 2006 | Clarke, Christopher & Karie | Ticor Title Insurance Company | 3/24/2005 |
| Clemons v. Argent Mortgage Co., et al. Case No. 09-CV-0452 (N.D. Ill.), filed on January 23, 2009 | Clemons, Natalie | Lawyers Title Insurance Corporation | 2/13/2006 |
| Cleveland v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04306 (N.D. Ill.), filed August 9, 2006 | Cleveland, Robert Ivan | Transnation Title Insurance Company | 11/5/2003 |
| Coleman v. Ameriquest Mortgage Co., Case No. 07-CV-03577 (N.D. Ill.), filed February 13, 2007 | Coleman, Nancy & Elder, Robert | Lawyers Title Insurance Corporation | 1/23/2005 |
| | Coleman, Nancy & Elder, Robert | Lawyers Title Insurance Corporation | 2/14/2006 |
| Coleman, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-02459 (N.D. Ill.), May 3, 2007 | Coleman, Arthur & Ethelyn | Lawyers Title Insurance Corporation | 10/1/2004 |
| | Coleman, Arthur & Ethelyn | Lawyers Title Insurance Corporation | 11/23/2005 |
| Conner, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co., HomeQ Servicing Corp., case No. 07-CV-00121 (N.D. Ill.), filed October 23, 2006 | Conner, Douglas S. & Cherie E. | Lawyers Title Insurance Corporation | 8/26/2004 |
| Cooley et al., v. Ameriquest Mortgage, Inc. et al., Case No. 07-CV-07182 (N.D. Ill.), filed December 20, 2007 | Cooley, Kandee & Wilbert | Chicago Title Insurance Company | 7/8/2004 |
| Curtis, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-04549 (N.D. Ill.), filed on March 25, 2008 | Curtis, Joseph G. & Elizabeth | Ticor Title Insurance Company | 11/5/2004 |
| Damm, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-04032 (N.D. Ill.), filed March 21, 2006 | Osten, Michael & Maria | Ticor Title Insurance Company | 2/5/2004 |
| Davis v. Argent Mortgage Co., case No. 07-CV-00313 (N.D. Ill.), filed November 20, 2006 | Davis, Deborah J. | Transnation Title Insurance Company | 4/13/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Davis, et al. v. Ameriquest Mortgage Co., Case No. 07-00525 (N.D. Ill.), filed January 26, 2007 | Matthews, Sonja & Davis, Donya (complaint lists both as having last name Davis) | Ticor Title Insurance Company | 12/14/2004 |
| Davis, et al. v. Argent Mortgage Co., Preferred Lending Group of Michigan, LLC, case No. 07-CV-01344 (N.D. Ill.), filed December 22, 2006 | Davis, Michael & Janice | Chicago Title of Michigan Chicago Title Insurance Company | 8/16/2004 |
| Derda, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-03517 (N.D. Ill.), filed on November 14, 2006 | Derda, Cindy & Paul | American Pioneer Title Insurance Company | 11/12/2003 |
| Dickerson v. Ameriquest Mortgage Co., et al., Case No. 08-CV-03252 (N.D. Ill.), filed on December 21, 2007 | Dickerson, Mark | Chicago Title Insurance Company | 9/24/2005 |
| Diggins v. Ameriquest Mortgage Co., et al., Case No. 06-CV-07017 (N.D. Ill.), filed December 19, 2006 | Diggins, Janet | Ticor Title Insurance Company | 5/11/2005 |
| Doherty, et al. v. Town & Country Credit Corp., Case No. 06-CV-01739 (N.D. Ill.), filed on March 17, 2005 | Doherty, Thomas and Elvie | American Pioneer Title Ins. Co. | 5/11/2005 |
| Doolittle, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-05033 (N.D. Ill.), filed August 31, 2005 | Doolittle, Edward & Babette | Ticor Title Insurance Company | 8/2/2004 |
| Duchene v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06750 (N.D. Ill.), filed August 25, 2006 | Duchene, David John | Ticor Title Insurance Company | 10/18/2005 |
| Duhamel, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-05705 (N.D. Ill.), filed July 28, 2006 | Aguiar, Paul & Guilhermina | Commonwealth Land Title Insurance Co. | 7/28/2005 |
| | Bailey, James H. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| | Barrett, Linda | Commonwealth Land Title Insurance Co. | 7/30/2005 |
| | Burton, Kenneth G. | Commonwealth Land Title Insurance Co. | 11/7/2005 |
| | Dorney, James E. | Commonwealth Land Title Insurance Co. | 11/25/2005 |
| | Duhamel, Sandra L. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| | Isom, Dennis & Lisa | Commonwealth Land Title Insurance Co. | 6/7/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| | Kudyba, Krystyna | Commonwealth Land Title Insurance Co. | 8/4/2005 |
| | Lenahan, Richard | Commonwealth Land Title Insurance Co. | 11/3/2005 |
| | Lepore, Anthony N. | Commonwealth Land Title Insurance Co. | 1/5/2005 |
| | Mandeville, Darlene L. | Commonwealth Land Title Insurance Co. | 9/16/2005 |
| | Pepper, Michael L. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| Duncan, et al. v. Ameriquest Mortgage Co. et al., No. 06-CV-02467 (N.D. Ill.), filed November 30, 2005 | Booth, Sallie | Commonwealth Land Title Insurance Co. | 3/17/2003 |
| | Dugan, James & Donna | Chicago Title Insurance Company | 8/16/2004 |
| | General, Gevaisa & Ronald | Ticor Title Insurance Company | 3/5/2004 |
| | Juano, Charlie & Mylani | Ticor Title Insurance Company | 10/1/2004 |
| | Lyles, Audrey | Ticor Title Insurance Company | 3/22/2004 |
| | Potter, John & Lisa | Ticor Title Insurance Company | 5/24/2003 |
| | Rondeau, Jan & Mathias | Ticor Title Insurance Company | 9/30/2004 |
| | Soto, Joanne & Jose | Ticor Title Insurance Company | 6/24/2004 |
| | Walz, Steve & Suellen | Ticor Title Insurance Company | 10/17/2003 |
| Dungan, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-04547 (N.D. Ill.), filed on June 20, 2008 | Grayson, Erwin & Lillian | Commonwealth Land Title Insurance Co. | 6/22/2005 |
| | Morgan, Robert & Marjorie | Commonwealth Land Title Insurance Co. | 8/23/2005 |

7

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-06191 (N.D. Ill.), filed November 1, 2007 | Faust, Gwen | Ticor Title Insurance Company | 4/11/2005 |
| Evans v. Ameriquest Mortgage Co., et al., Case No. 09-CV-01150 (N.D. Ill.), filedon March 24, 2008 | Evans, Cheryl E. | Ticor Title Insurance Company American Pioneer Title Insurance Company | 10/19/2005 |
| Fagnant, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00331 (N.D. Ill.), filed November 15, 2006 | Townes, James & Davis Moye, Ebony | Commonwealth Land Title Insurance Co. | 6/23/2005 |
| Ferrara et al v. AmeriQuest Mortgage Company et al, Case No. 07-CV-06867 (N.D. Ill.), filed December 5, 2007 | Martindell, Donald & Wanda | Fidelity National Title Insurance Company | 2/3/2005 |
| Filian, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02826 (N.D. Ill.), filed May 19, 2006 | Filian, Carlos & Alicia Margarita | Ticor Title Insurance Company | 3/12/2004 |
| Fox v. Ameriquest Mortgage Co., Case No. 07-CV-03938 (N.D. Ill.), filed April 17, 2007 | Fox, Michael A. | Fidelity National Title | 4/16/2004 |
| Frazier v. Argent Mortgage Co., LLC., Case No. 08-CV-03010 (N.D. Ill.), filed on March 26, 2008 | Frazier (Hill), Cheryl Ann | Fidelity National Title Insurance Company | 9/9/2005 |
| Freeberg, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06717 (N.D. Ill.), filed December 5, 2006 | Freeberg, Marianne & Oscar | Lawyers Title Insurance Corporation | 9/13/2004 |
| Fuller, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00291 (N.D. Ill.), filed January 17, 2007 | Fuller, Kurt & Nancy | Fidelity National Title Company Fidelity National Title Insurance Company | 6/15/2004 |
| Gelman, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04684 (N.D. Ill.), filed August 30, 2006 | Gelman, Carl and Hope | Commonwealth Land Title Insurance Co. | 6/23/2004 |
| Gerbig, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04868 (N.D. Ill.), filed September 8, 2006 | Gerbig, Karen & Huston, Mary Christine | Ticor Title Insurance Company | 3/30/2004 |
| Giuditta v. Ameriquest Mortgage Co., Case No. 07-CV-00112 (N.D. Ill.), filed September 29, 2006 | Giuditta, Edward V. | Commonwealth Land Title Insurance Co. | 4/26/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Goodell, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-03583 (N.D. Ill.), filed on March 26, 2007 | Goodell, Lee & Rebecca | Alamo Title | 3/24/2005 |
| Grabowski v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02549 (N.D. Ill.), filed May 8, 2006 | Grabowski, Peter | Ticor Title Insurance Company | 6/17/2004 |
| Grabs v. Argent Mortgage Co., Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., case No. 06-CV-02809 (N.D. Ill.), filed May 18, 2006 | Grabs, Fredrich W. | Lawyers Title Insurance Corporation | 1/30/2004 |
| Green v. Argent Mortgage Co., Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities, case No. 06-CV-02045 (N.D. Ill.), filed April 11, 2006 | Green, Viola | Lawyers Title Insurance Corporation | 1/15/2004 |
| Green, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06945 (N.D. Ill.), filed December 15, 2006 | Green, Donald & Sharon | Fidelity National Title Insurance Company | 10/22/2004 |
| Guillemette, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-01509 (N.D. Ill.), filed December 18, 2006 | Guillemette, Michael A. & Michelle | Ticor Title Insurance Company | 11/19/2004 |
| Hagan v. Ameriquest Mortgage Co., AMC Mortgages Services, Inc., Case No. 07-03943 (N.D. Ill.), filed March 28, 2007 | Hagan, Carolyn | Commonwealth Land Title Insurance Co. | 7/7/2005 |
| Harris v. Ameriquest Mortgage Co., et al., Case No. 05-CV-04025 (N.D. Ill.), filed July 12, 2005 | Harris, Castella Williams | Fidelity National Title Insurance Company | 7/9/2002 |
| Harris v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04030 (N.D. Ill.), filed May 15, 2006 | Harris, Melissa D. | Ticor Title Insurance Company | 7/9/2002 |
| Harris, et al. v. Town & Country Credit Corp., et al., Case No. 06-CV-03048 (N.D. Ill.), filed June 2, 2006 | Harris, Sandra & Norman | Ticor Title Insurance Company | 5/14/2004 |
| Hawkins v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01848 (N.D. Ill.), filed April 4, 2006 | Hawkins, Nile E. | Ticor Title Insurance Company | 4/5/2005 |
| Hinkley v. Ameriquest Funding II Reo LLC, AMC Mortgage Services, Case No. 07-CV-03941 (N.D. Ill.), filed February 12, 2007 | Hinkley, Diana | Chicago Title Insurance Company | 2/8/2005 |
| Holt v. Ameriquest Mortgage Co., Case No. 07-CV-03843 (N.D. Ill.), filed July 10, 2007 | Holt, Geraldine | Ticor Title Insurance Company | 3/24/2004 |
| Holzmeister v. Ameriquest Mortgage Co., et al., Case No. 05-CV-05911 (N.D. Ill.), filed October 13, 2005 | Holzmeister, Michael | Lawyers Title Insurance Corporation | 10/19/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Horne, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04715 (N.D. Ill.), filed June 5, 2006 | Horne, Mary Ann & Parker, Ann M. | Ticor Title Insurance Company | 6/10/2005 |
| Howard, et al. v. Ameriquest Mortgage Co., Case No. 07-00095 (N.D. Ill.), filed January 8, 2007 | Sparks, Christine - missing complaint | Lawyers Title Insurance Corporation | 6/21/2005 |
| Howze, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., AMC Mortgage Services, HomeQ Servicing Corp., Wells Fargo, case No. 07-CV-01624 (N.D. Ill.), filed January 22, 2007 | Howze, Tregg E. & Wanda L. | American Pioneer Title Insurance Company | 1/21/2005 |
| Igaz, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00126 (N.D. Ill.), filed October 30, 2006 | Igaz, Michael & Connie | American Pioneer Title Insurance Company | 10/27/2004 |
| Ivery, et al. v. Ameriquest Mortgage Co., Case No. 08-CV-04293 (N.D. Ill.), filed on April 29, 2008 | Ivery, Jerry & Jacqueline | American Pioneer Title Insurance Company | 6/18/2004 |
| Jenkins v. Argent Mortgage Co, Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities, case No. 06-CV-02044 (N.D. Ill.), filed April 11, 2006 | Jenkins, Deborah H. | Commonwealth Land Title Insurance Co. | 12/9/2003 |
| Johnson v. Ameriquest Mortgage Co., et al., Case No. 08-CV-07283 (N.D. Ill.), filed on October 23, 2008 | Johnson, Alfred | Security Union Title Insurance Co. | 8/11/2005 |
| Johnson, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00772 (N.D. Ill.), filed February 8, 2007 | Johnson, Karen & Stanley | Ticor Title Insurance Company | 1/15/2005 |
| | Overstreet, Layton | Commonwealth Land Title Insurance Co. | 8/19/2005 |
| | Pipkins, Richard | Ticor Title Insurance Company | 12/13/2005 |
| Jones v. Ameriquest Mortgage Co., et al., Case No. 08-CV-00182 (N.D. Ill.), filed January 7, 2008 | Jones, Joann | Ticor Title Insurance Company | 11/4/2005 |
| Joyner, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06784 (N.D. Ill.), filed December 8, 2006 | Joyner, Preston & Delana | Ticor Title Insurance Company | 7/22/2004 |
| Jude v. Town & Country Credit Corp., et al., Case No. 06-CV-01691 (N.D. Ill.), filed March 28, 2006 | Jude, Bobby & Kellie | Ticor Title Insurance Company | 10/1/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Karlin v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00075 (N.D. Ill.), filed January 5, 2007 | Karlin, David | Ticor Title Insurance Company | 8/4/2005 |
| Kennedy, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-04462 (N.D. Ill.), filed on August 7, 2008 | Levine, Bruce & McCorkle, Daniel | Chicago Title Insurance Company | 12/31/2003 |
| Key v. Ameriquest Mortgage Co., et al., Case No. 05-CV-01077 (N.D. Ill.), filed February 23, 2005 | Key, Earl E. | Lawyers Title Insurance Corporation | 5/18/2002 |
| Kielczewski v. Ameriquest Mortgage Co., Case No. 07-CV-00332 (N.D. Ill.), filed November 15, 2006 | Kielczewski, Anna M. | Commonwealth Land Title Insurance Co. | 9/22/2005 |
| Korlacki v. Ameriquest Mortgage Co., Case No. 06-CV-05704 (N.D. Ill.), filed May 18, 2006 | Korlacki, Stephen R. & Dawn | Commonwealth Land Title Insurance Co. | 6/23/2005 |
| Krise, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-05700 (N.D. Ill.), filed July 26, 2006 | Krise, George D. & Haynes, Dana S. | American Pioneer Title Insurance Company | 3/17/2004 |
| Kukla v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04720 (N.D. Ill.), filed June 2, 2006 | Kukla, Mike A. | American Pioneer Title Insurance Company | 4/1/2004 |
| Landgren v. Argent Mortgage Co., Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, Executive Appraisals, case No. 06-CV-06766 (N.D. Ill.), filed September 25, 2006 | Landgren, David E. | Transnation Title Insurance Company | 10/31/2003 |
| Lappin, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-05147 (N.D. Ill.), filed September 22, 2006 | Lappin, William & Linda | Ticor Title Insurance Company | 8/24/2004 |
| Leal v. Ameriquest Mortgage Co., Case No. 06-CV-02475 (N.D. Ill.), filed January 27, 2006 | Leal, Patricia | Commonwealth Land Title Insurance Co. | 3/30/2005 |
| Lewis, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-03939 (N.D. Ill.), filed May 15, 2007 | Lewis, Benjamin & Maia | Ticor Title Insurance Company | 1/5/2006 |
| L'Heureux, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-01028 (N.D. Ill.), filed November 28, 2006 | Farrell, Michelle | Commonwealth Land Title Insurance Co. | 8/9/2004 |
| | Gayauski, Peter & Donna | Commonwealth Land Title Insurance Co. | 10/4/2005 |
| | Silva, Steven | Commonwealth Land Title Insurance Co. | 7/29/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Lipscomb, et al. v. Ameriquest Mortgage Co. Case No. 09-CV-01483 (N.D. Ill.), filed on January 8, 2009 | Liscomb, Duaine & Sue | Lawyers Title Insurance Corporation | 2/4/2006 |
| Luedtke, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-04644 (N.D. Ill.), filed August 12, 2005 | Luedtke, Roger & Christine | Ticor Title Insurance Company | 8/12/2004 |
| Lurry-Payne v. Town & Country, et al., Case No. 06-CV-01547 (N.D. Ill.), filed March 20, 2006 | Lurry-Payne, Angela | Ticor Title Insurance Company | 1/13/2005 |
| Lyness, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-01512 (N.D. Ill.), filed December 18, 2006 | Lyness, Gary & Linda - missing complaint | Commonwealth Land Title Insurance Co. | 4/23/2005 |
| Macswain v. Ameriquest Mortgage Co., Case No. 07-CV-00110 (N.D. Ill.), filed September 29, 2006 | Macswain, Andrea | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Madden, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-04870 (N.D. Ill.), filed May 18, 2007 | Marshall, Mondria | Commonwealth Land Title Insurance Co. | 7/22/2005 |
| Magliano, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01945 (N.D. Ill.), filed April 7, 2006 | Magliano, Mike & Judith | Ticor Title Insurance Company | 2/1/2005 |
| Martin v. Argent Mortgage Co, Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities, case No. 06-CV-01947 (N.D. Ill.), filed April 7, 2006 | Martin, Johnny A. | Commonwealth Land Title Insurance Co. | 9/17/2003 |
| Martin, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-06761 (N.D. Ill.), filed September 15, 2006 | Crandall, Gary | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Martin, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-06761 (N.D. Ill.), filed September 15, 2006 | Martin, Joseph & Shelly | Commonwealth Land Title Insurance Co. | 9/17/2003 |
| McCall, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., and Countrywide Home Loans, case No. 06-CV-03126 (N.D. Ill.), filed March 14, 2006 | Passaro, Sherrie | Chicago Title Insurance Company | 10/22/2003 |
| McLin, et al. v. Ameriquest Mortgage Co.,et al., Case No. 07-CV-02460 (N.D. Ill.), filed May 3, 2007 | McLin, Dwayne & Bridgette | Ticor Title Insurance Company | 10/14/2004 |
| Meek, et al. v. Ameriquest Mortgage Co., et al., Case No. 09-CV-00217 (N.D. Ill.), filed on December 11, 2007 | Meek, Richard & Kelly | Commonwealth Land Title Insurance Co. | 2/5/2004 |
| Mejia, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-01386 (N.D. Ill.), filed on March 7, 2008 | Mejia, Jose & Rose | Ticor Title Insurance Company | 9/12/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| | Zahirovic, Osman & Azra | Ticor Title Insurance Company | 3/16/2005 |
| Mikowski, et al., v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01737 (N.D. Ill.), filed November 14, 2005 | Mikowski, Joseph & Patricia | Fidelity National Title Insurance Company | 3/2/2005 |
| Mobley, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-05930 (N.D. Ill.), filed on August 14, 2008 | Jennings, Larry | Lawyers Title Insurance Corporation | 9/28/2005 |
| | McCrum, Jerry & Jeanne | Lawyers Title Insurance Corporation | 10/24/2005 |
| Moss, et al v. Argent Mortgage Co., case No. 06-CV-06754 (N.D. Ill.), filed August 30, 2006 | Negri, Michael & Laurie | Commonwealth Land Title Insurance Co. | 12/22/2003 |
| | Turner, Thomasina L. & Hayes, Ervin | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Neubeck, et al. v. Ameriquest Mortgage Co., et al., Case No. 09-CV-00795 (N.D. Ill.), filed February 9, 2009 | Neubeck, Christopher & Peggy | Ticor Title Insurance Company | 11/7/2005 |
| Nyepon v. WM Specialty Mortgage, LLC, Town and Country Credit Corp., and AMC Mortgage Services, Case No. 08-CV-04545 (N.D. Ill.), filed April 21, 2008 | Nyepon, Francis Whrattee | Commonwealth Land Title Insurance Co. | 9/21/2004 |
| O'Keefe, et al. v. Ameriquest Mortgage Co.,et al., Case No. 07-CV-05878 (N.D. Ill.), filed October 17, 2007 | O'Keefe, Michael, III & Susan | Chicago Title Insurance Company | 5/26/2005 |
| O'Neil, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co., Deutsche Bank National Trust Company, case No. 06-CV-06375 (N.D. Ill.), filed November 21, 2006 | O'Neil, Dennis & Rita | Chicago Title Insurance Company | 11/24/2003 |
| Onesimus, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV 00620 (N.D. Ill.), filed January 31, 2007 | Onesimus, Joseph & Myra | Ticor Title Insurance Company | 12/22/2004 |
| Parker, et al. v. Ameriquest Mortgage Co, et al., Case No. 08-CV-02627 (N.D. Ill.), filed on March 21, 2008 | Bridges, LaFranco | Fidelity National Title Insurance Company | 6/21/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Parker, et al. v. Ameriquest Mortgage Co, et al., Case No. 08-CV-02627 (N.D. Ill.), filed on March 21, 2008 | Jones, Janie | Fidelity National Title Insurance Company | 2/5/2006 |
| Parker, et al. v. Ameriquest Mortgage Co, et al., Case No. 08-CV-02627 (N.D. Ill.), filed on March 21, 2008 | Jones, Michael & Debbie | Lawyers Title Insurance Corporation | 7/27/2005 |
| Parker, et al. v. Ameriquest Mortgage Co, et al., Case No. 08-CV-02627 (N.D. Ill.), filed on March 21, 2008 | Kervin, William | American Pioneer Title Insurance Company | 12/20/2005 |
| Parker, et al. v. Ameriquest Mortgage Co., Case No. 06-05701 (N.D. Ill.), filed August 3, 2006 | Parker, Randy & Carolyn | Ticor Title Insurance Company | 5/21/2004 |
| Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, HSBC Mortgage Svc, and Ameriquest Funding II REO Subsidiary, LLC, case No. 06-CV-02468 (N.D. Ill.), filed December 12, 2005 | Hospod, Montria & Michael Rosh | Ticor Title Insurance Company | 6/25/2004 |
| Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, HSBC Mortgage Svc, and Ameriquest Funding II REO Subsidiary, LLC, case No. 06-CV-02468 (N.D. Ill.), filed December 12, 2005 | Pasacreta, Louis | American Pioneer Title Insurance Company | 8/13/2003 |
| | Abbatematteo, Joann & Joseph | Ticor Title Insurance Company | 10/24/2003 |
| | Buniski, Carolyn F. | Commonwealth Land Title Insurance Co. | 8/14/2003 |
| | Cavallo, Matthew | Ticor Title Insurance Company | 5/23/2004 |
| | Charette, Heidi & Richard | Ticor Title Insurance Company | 9/7/2004 |
| | Coutant, Jeffrey & Sharon | Ticor Title Insurance Company | 7/23/2004 |
| | Cue, Willie Mae | Lawyers Title Insurance Corporation | 12/13/2002 |
| | Dell, Simon | Ticor Title Insurance Company | 7/3/2003 |
| | Pascoe, Dwuith & Tanya | Ticor Title Insurance Company | 5/10/2004 |

14

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Patterson v. Ameriquest Mortgage Co., Case No. 07-CV-00726 (N.D. Ill.), filed February 6, 2007 | Patterson, Estelle | Ticor Title Insurance Company | 8/23/2004 |
| Pecor, et al. v. Ameriquest Mortgage Co. Case No. 07-CV-01511 (N.D.Ill.), filed December 19, 2006 | McCray, Frances & Harold | Commonwealth Land Title Insurance Co. | 11/5/2005 |
| | Pecor, Joseph & Jacqueline | Ticor Title Insurance Company | 12/22/2004 |
| Pena, et al. v. Ameriquest Mortgage Co., Case No. 06-CV-06745 (N.D. Ill.), filed August 24, 2006 | Crocker, David | Fidelity National Title Insurance Company | 6/23/2004 |
| | Delgado, John F. | Commonwealth Land Title Insurance Co. | 2/19/2005 |
| | Gaeta, Joseph & Dorothy | Fidelity National Title Insurance Company | 11/23/2004 |
| Perry v. Ameriquest Mortgage Co., et al., Case No. 05-CV-06172 (N.D. Ill.), filed October 26, 2005 | Perry, Judy | Ticor Title Insurance Company | 11/17/2004 |
| Peterson v. Argent Mortgage Co, LLC, et al. Case No. 08-CV-07281 (N.D. Ill.), filed on September 24, 2008 | Peterson, Cedirc | Chicago Title Insurance Company Ticor Title Insurance Company | 8/15/2005 |
| Punch et al v. Ameriquest Mortgage Company Case No. 06-CV-06753 (N.D. Ill.), filed September 5, 2006 | Jones, Mona | Chicago Title Insurance Company | 1/21/2004 |
| | Palmer, Sentueal Jones & Cecily O. | Ticor Title Insurance Company | 11/21/2003 |
| Purdy-Roth, et al. v. Argent Mortgage Co., LLC, Ameriquest Mortgage Company, AMC Mortgage Services, case No. 06-CV-01738 (N.D. Ill.), filed October 26, 2005 | Purdy-Roth, Katrina D. & Jerry | Fidelity National Title Insurance Company of New York Fidelity National Title Insurance Company | 10/2/2006 |
| Regine, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00131 (N.D. Ill.), filed August 30, 2006 | Benoit, Ronald | Fidelity National Title Insurance Company | 6/7/2005 |
| | Dupuis, Holly & Glenn | Commonwealth Land Title Insurance Co. | 2/17/2005 |

15

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| | Rita, Linda L. | Commonwealth Land Title Insurance Co. | 2/15/2005 |
| | Singleton, LuAnn | Commonwealth Land Title Insurance Co. | 5/28/2005 |
| Rehbock v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01581 (N.D. Ill.), filed March 21, 2006 | Rehbock, Charles & Linda | Ticor Title Insurance Company | 11/11/2004 |
| Robinson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06763 (N.D. Ill.), filed September 26, 2006 | Robinson, Sheree & James | American Pioneer Title Insurance Company | 3/5/2004 |
| Rocco, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02897 (N.D. Ill.), filed May 24, 2006 | Rocco, Joseph & Nancy | Ticor Title Insurance Company | 1/27/2005 |
| Rodriguez, et al. v. Town & Country, et al., Case No. 06-CV-01950 (N.D. Ill.), filed April 7, 2006 | Rodriguez, Jose & Lynore | Ticor Title Insurance Company | 10/22/2005 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02187 (N.D. Ill.), filed April 19, 2006 | Rodriguez, Ralph & Chapman, Barbara | American Pioneer Title Insurance Company | 2/9/2004 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01082 (N.D. Ill.), filed February 23, 2007 | Rodriguez, Jose & Albarran Virginia | Ticor Title Insurance Company | 10/22/2005 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., et al.., Case No. 07-CV-03585 (N.D. Ill.), filed June 25, 2007 | Rodriguez, Hector and Brenda | Chicago Title Insurance Company | 9/1/2004 |
| Rogers v. Town & Country Credit, et al., Case No. 06-CV-02736 (N.D. Ill.), filed May 16, 2006 | Rogers, Truman | Ticor Title Insurance Company | 9/21/2005 |
| Roop, et al. v. Argent Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, EMC Mortgage Corp., case No. 07-CV-01347 (N.D. Ill.), filed December 26, 2006 | Roop, Christopher R. & Sarah | Ticor Title Insurance Company | 12/31/2004 |
| Rosemon, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06441 (N.D. Ill.), filed November 27, 2006 | Rosemon, Everett & Grundia | Ticor Title Insurance Company | 7/29/2004 |
| Rupert, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-050658 (N.D. Ill.), filed August 3, 2007 | Tipton, Hugh & Mary | Commonwealth Land Title Insurance Co. | 6/22/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Salazar, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-04162 (N.D. Ill.), filed July 19, 2005 | Salazar, Sergio & Guadalupe | Lawyers Title Insurance Corporation | 5/28/2002 |
| Salazar, et al. v. Argent Mortgage Co., et al., Case No. 08-CV-03875 (N.D. Ill.), filed on July 8, 2008 | Salazar, Ascencio & Alicia | Lawyers Title Insurance Corporation | 8/6/2004 |
| Scott, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06786 (N.D. Ill.), filed December 8, 2006 | Scott, George & Cynthia | Fidelity National Title Insurance Company | 4/30/2005 |
| Sedgwick, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02333 (N.D. Ill.), filed April 26, 2006 | Sedgwick, Kelly & Jo Lynn | Lawyers Title Insurance Corporation | 5/23/2003 |
| Seger, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01342 (N.D. Ill.), filed January 26, 2007 | Seger, John & Deanna | Lawyers Title Insurance Corporation | 11/23/2003 |
| Sievers, et al. v. Ameriquest Mortgage Co., and Deutsche Bank Nat. Trust Co., Case No. 06-CV-01734 (N.D. Ill.), filed on August 15, 2005 | Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt estate of Sievers, Jerome & Cheryl | Ticor Title Insurance Company | 6/23/2004 |
| Simmons v. AMC Mortgage Services, Inc., et al., Case No. 07-CV-00135 (N.D. Ill.), filed October 27, 2006 | Simmons, Edward | Commonwealth Land Title Insurance Co. | 6/2/2005 |
| Sims v. Ameriquest Mortgage Co.,et al., Case No. 07-CV-02462 (N.D. Ill.), filed May 3, 2007 | Sims, Ivan | Ticor Title Insurance Company | 10/15/2005 |
| Skanes v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06765 (N.D. Ill.), filed September 21, 2006 | Skanes, Barbara J. | American Pioneer Title Insurance Company | 4/1/2004 |
| Smith v. Ameriquest Mortgage Co., Case No. 06-CV-06755 (N.D.Ill.), filed on August 9, 2006 | Smith, Wendy | American Pioneer Title Insurance Company | 9/3/2004 |
| Smith v. Town & Country Credit Corp., et al., Case No. 06-CV-03704 (N.D. Ill.), filed July 10, 2006 | Smith, King | Ticor Title Insurance Company | 11/22/2004 |
| Smith, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-00648 (N.D. Ill.), filed May 3, 2005 | Smith, Eric & Yanong, Guillermina | Lawyers Title Insurance Corporation | 2/20/2002 |
| Smith, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02828 (N.D. Ill.), filed May 19, 2006 | Smith, Edward & Gail | Ticor Title Insurance Company | 8/22/2004 |
| Snowden v. Ameriquest Mortgage Co., Case No. 07-CV-06711 (N.D. Ill.), filed October 5, 2007 | Snowden, Allie Bell | Commonwealth Land Title Insurance Co. | 10/12/2005 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Stratford, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01343 (N.D. Ill.), filed January 18, 2007 | Stratford, Samuel & Christina | American Pioneer Title Insurance Company | 1/22/2004 |
| Sutton, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04714 (N.D. Ill.), filed May 31, 2006 | Sutton, Daniel & Jeanie | Ticor Title Insurance Company | 6/23/2004 |
| Swanigan, et al. v. Argent Mortgage Col, ACC Capital Holdings Corp., Midwest Home Funding LLC, Case No. 07-CV-03315 (N.D. Ill.), filed June 13, 2007 | Swanigan, Elgin & Denise | Fidelity National Title Insurance Company | 11/4/2003 |
| Szurley v. Ameriquest Mortgage Co., Case No. 07-CV-00114 (N.D. Ill.), filed October 4 2006 | Szurley, Andrew | Fidelity National Title Insurance Company | 10/19/2005 |
| Thibodeau, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-05148 (N.D. Ill.), filed September 22, 2006 | Thibodeau, Jeffrey & Chantel | Chicago Title Insurance Company | 2/12/2004 |
| Thomas, et al. v. Ameriquest Mortgage Co.,Case No. 07-CV-06232 (N.D. Ill.), filed September 14, 2007 | Henderson, Irma | Commonwealth Land Title Insurance Co. | 3/29/2003 |
| Thompson v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00323 (N.D. Ill.), filed November 20, 2006 | Thompson, Ira C. | American Pioneer Title Insurance Company | 6/14/2005 |
| Thompson v. Ameriquest Mortgage Company et al., Case No. 06-CV-1546 (N.D. Ill) filed March 20, 2006 | Thompson, Kenneth & Linda | Ticor Title Insurance Company | 3/24/2005 |
| Thompson v. Town & Country Credit Corp., et al., Case No. 07-CV-02770 (N.D. Ill.), filed March 28, 2007 | Thompson, Michael S. | Commonwealth Land Title Insurance Co. | 11/17/2004 |
| Tieri v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02683 (N.D. Ill.), filed May 15, 2006 | Tieri, Rocco C. | Ticor Title Insurance Company | 2/21/2005 |
| Titus-Ashford v. Ameriquest Mortgage Co., et al., Case No. 06-CV-07062 (N.D. Ill.), filed December 21, 2006 | Titus-Ashford, Jacqueline | Ticor Title Insurance Company | 8/24/2004 |
| Treadwell, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-CV-01078 (N.D. Ill.), filed February 23, 2005 | Treadwell, Gilbert & Genelle | Fidelity National Title Insurance Company of New York | 10/23/2002 |
| Tucker v. Argent Mortgage Co., Case No. 08-CV-00992 (N.D. Ill.), filed on February 18, 2008 | Tucker, Sarah | Lawyers Title Insurance Corporation | 11/5/2004 |
| Vanderpol, et al. v. Ameriquest Mortgage Co., et al., No. 06-CV-06752 (N.D. Ill.), filed September 11, 2006 | Vanderpol, William & Trudy | Fidelity National Title Insurance Company | 12/17/2003 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Veinot, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co., case No. 06-CV-04034 (N.D. Ill.), filed March 30, 2006 | Veinot, Brian K. & Laura L. | Fidelity National Title Insurance Company of New York | 7/27/2004 |
| Vincer v. Ameriquest Mortgage Co., et al., Case No. 06-CV-06749 (N.D. Ill.), filed August 22, 2006 | Vincer, Daniel L. | American Pioneer Title Insurance Company | 9/2/2005 |
| Walker, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-02807 (N.D. Ill.), filed May 18, 2006 | Walker, Tyrone & Betty | Ticor Title Insurance Company | 4/22/2005 |
| Warner, et al. v. Ameriquest Mortgage o., Case No. 07-CV-05283 (N.D. Ill.), filed August 13, 2007 | Orr, Aquanita | American Pioneer Title Insurance Company | 1/11/2006 |
| Warner, et al. v. Ameriquest Mortgage o., Case No. 07-CV-05283 (N.D. Ill.), filed August 13, 2007 | Terrell, Gloria | Fidelity National Title Insurance Company | 10/28/2005 |
| Warner, et al. v. Ameriquest Mortgage o., Case No. 07-CV-05283 (N.D. Ill.), filed August 13, 2007 | Warner, Iris | Fidelity National Title Insurance Company | 11/8/2005 |
| Warren v. Ameriquest Mortgage Co., et al., Case No. 06-CV-04415 (N.D. Ill.), filed August 16, 2006 | Warren, Sheila & Ronald | Lawyers Title Insurance Corporation | 9/8/2004 |
| Wayland v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00319 (N.D. Ill.), filed November 9, 2006 | Wayland, Clarence | American Pioneer Title Insurance Company | 2/28/2004 |
| Wayne, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-00274 (N.D. Ill.), filed January 16, 2007 | Wayne, Robert & Twila | Fidelity National Title Insurance Company | 7/24/2004 |
| Wessel, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-CV-01899 (N.D. Ill.), filed | Wessel, Kevin & Sherry | American Pioneer Title Insurance Company | 5/21/2003 |
| Whitaker, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-07280 (N.D. Ill.), filed on November 7, 2008 | Webb, Priscilla C. & Marvin | Lawyers Title Insurance Corporation | 4/20/2006 |
| Whitsett v. Ameriquest Mortgage Co., et al., Case No. 06-CV-05342 (N.D. Ill.), filed October | Whitsett, Shalese | American Pioneer Title Insurance Company | 6/21/2004 |
| Whittall v. Ameriquest Mortgage Co., Case No. 07-CV-00111 (N.D. Ill.), filed September 29, 2006 | Whittall, Constance | Fidelity National Title Insurance Company | 9/21/2005 |
| Williams v. Ameriquest Mortgage Co., Case No. 07-CV-04869 (N.D. Ill.), filed May 9, 2007 | Williams, Victoria | Commonwealth Land Title Insurance Co. | 7/22/2005 |
| Williams v. Ameriquest Mortgage Co., Case No. 08-CV-01581 (N.D. Ill.), filed December 21, 2007 | Williams, Claude | Fidelity National Title Ins. Co. of NY | 9/21/2005 |
| Wilson, et al. v. Argent Mortgage Co., Citifinancial Mortgage Co., case No. 07-CV-01747 (N.D. Ill.), filed February 6, 2007 | Wilson, Kurt H., Sr. & Teresa R. | Transnation Title Insurance Company | 8/13/2004 |

Opt-out Cases Involving Fidelity Companies

| Case | Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|---|
| Wisniewski, et al. v. Town & Country Credit Corp., et al., Case No. 06-CV-02697 (N.D. Ill.), filed May 15, 2006 | Wisniewski, Joseph & Tasha | Lawyers Title Insurance Corporation | 6/10/2004 |
| Wright, et al. v. Ameriquest Mortgage Co., et al., Case No. 07-CV-01027 (N.D. Ill.), filed December 18, 2006 | Wright, Evelyn & Battle, Mary | Fidelity National Title Insurance Company | 11/10/2004 |
| Zarate v. Ameriquest Mortgage Co., et al., Case No. 05-04696 (N.D. Ill.), filed August 16, 2005 | Zarate, Ramon | Chicago Title Insurance Company | 9/19/2002 |
| Zaremba, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00312 (N.D. Ill.), filed on September 22, 2006 | Zaremba, Paul & Roberta | Ticor Title Insurance Company | 11/16/2004 |