```
0001
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION
 3

     ROSE TERRY, et al.,
 4
             Plaintiffs,
 5                       Case No. 1:08-CV-2475
     vs.
 6                       Hon. Edmond E. Chang
     AMERIQUEST MORTGAGE
 7   COMPANY, et al.,
 8           Defendants.
 9   _____
10
11        VIDEOTAPED DEPOSITION OF
              ALEX JOSEPH RICKS
12
          Taken on behalf of the Defendant
13          Ameriquest Mortgage Company
14
15   DATE TAKEN:   June 16, 2011
     TIME:      9:05 a.m. - 5:46 p.m.
16   PLACE:    First Choice Reporting & Video Services
               233 East Bay Street, Suite 912
17             Jacksonville, Florida 32202
18
19       Examination of the witness taken before:
20             Bobbie A. Umstead
             Registered Professional Reporter
21            Florida Professional Reporter
22                      - - -
23
24
25
```

6/16/2011  Ricks, Alex

1   was -- that's been used for the Trax system?
2       A   It's the same form as the standard company
3   form.
4       Q   So Fidelity uses the same form for a blanket
5   closing protection letter as the standard form that's
6   used on essentially a nationwide basis?
7           MR. FOWERBAUGH:  Objection, misstates
8       testimony.
9   BY MR. MANVITZ:
10      Q   Well, let me restate it.  I see your
11  confusion.
12      A   (Nodding head.)
13      Q   And if you don't understand the question, just
14  let me know.
15      A   (Nodding head.)
16      Q   Fidelity uses the same form to be a blanket
17  closing protection letter as the standard closing
18  protection letter that's used on a nationwide basis?
19      A   The standard letter that's used and -- and
20  we're going to agree that this doesn't include filed or
21  promulgated form states?
22      Q   Yes.
23      A   The standard company form is used in all
24  states for both blanket and transactional letters.
25      Q   So the standard closing protection letter form

6/16/2011  Ricks, Alex

1    is a blanket closing protection letter form?

2       A   Well, the form is a form. It's how it's used,

3    how it's completed, which determines whether it's

4    transactional or blanket.

5       Q   And how does its completion determine?

6       A   If you put in transaction-specific information

7    like the name and address of the borrower and the loan

8    number and so forth, then it's a transactional letter.

9    If instead of putting in transactional information you

10   put in a generic designation like all transactions, then

11   it becomes a blanket letter for that particular agent in

12   favor of that particular lender.

13       Q   Has that practice of using the same form but

14   having it be used in two different ways as a blanket and

15   a transaction specific been the practice at Fidelity

16   since you started in 2003?

17       A   It has been the practice since the Trax system

18   was rolled out. I don't know what the practice was

19   prior to that time.

20       Q   So beginning in 2005, that was the practice at

21   Fidelity?

22       A   Yes.

23       Q   Where is it that you -- were you involved in

24   setting up the Trax system so that it used the same form

25   for blanket and transaction specific?

6/16/2011 Ricks, Alex

1 agentTrax was rolled out, was there any requirement that

2 senior underwriting staff approve blanket closing

3 protection letters?

4     A   Not to my knowledge.

5     Q   So the decision to -- from 2003 to the time

6 agentTrax was rolled out was the -- was it up to the

7 issuing agent to determine whether to provide a blanket

8 closing protection letter?

9     A   It was probably the issuing agent working with

10 the local underwriting counsel and in conformity with

11 whatever local procedures might have been in place.

12     Q   Where would I find procedures that would

13 address how each state authorized blanket closing

14 protection letters?

15     A   You would have to talk with state counsel,

16 state managers, local counsel, local managers, to see

17 what, if any, procedures might have been in place.

18     Q   There's no -- so it was done on a

19 state-by-state basis?

20        MR. FOWERBAUGH: Objection, asked and

21 answered.

22        And you have to answer "yes" or "no" --

23        THE WITNESS: (Nodding head.)

24        MR. FOWERBAUGH: -- instead of shaking your

25 head.

1       THE WITNESS: Well, no. I was going to say it

2   may have even been -- as I said, it may have even

3   been more localized than state by state.

4   BY MR. MANVITZ:

5       Q   Was there any review process by Fidelity as to

6   the procedures used on a -- procedures used at the

7   different brands to issue blanket closing protection

8   letters?

9       MR. FOWERBAUGH: Objection, vague.

10      THE WITNESS: Any review process would have

11  been done internally at the level at which it would

12  occur.

13  BY MR. MANVITZ:

14      Q   So there was no nationwide review process?

15      A   No, there was no centralized procedures, no

16  review process, to my knowledge.

17      Q   And that's why -- that was one of the reasons

18  for agentTrax?

19      A   Exactly.

20      Q   Because did Fidelity corporate feel like they

21  didn't have a good handle on what all of the individual

22  brands were doing in the various states?

23      MR. FOWERBAUGH: Objection, argumentative.

24      THE WITNESS: Well, Fidelity corporate wanted

25  to move to a uniform form and a quicker system for

| | |
|---|---|
| 1 | issuing letters and being able to track them. |
| 2 | BY MR. MANVITZ: |
| 3 | Q   Does it make any difference to Fidelity -- |
| 4 | well, closing protection letters are typically free? |
| 5 | MR. FOWERBAUGH:  Well -- |
| 6 | MR. MANVITZ:  Let me restate. |
| 7 | BY MR. MANVITZ: |
| 8 | Q   In states that don't have a required charge |
| 9 | for a closing protection letter, the cost of the closing |
| 10 | protection letter is subsumed within the cost of title |
| 11 | insurance? |
| 12 | A   The -- you mean the production cost and so |
| 13 | forth? |
| 14 | Q   Customers don't pay for closing protection |
| 15 | letters other than in states where there's a required, |
| 16 | say, $25 charge? |
| 17 | A   That's correct. |
| 18 | Q   And there's still a cost to the company, to |
| 19 | Fidelity, for issuing a closing protection letter based |
| 20 | on the risk? |
| 21 | MR. FOWERBAUGH:  Objection, lack of |
| 22 | foundation. |
| 23 | THE WITNESS:  Yes. |
| 24 | BY MR. MANVITZ: |
| 25 | Q   And in states where there's no separate charge |

6/16/2011  Ricks, Alex

1 backslash does not mean and/or in this situation?

2    A  I have no reason to believe one way or the

3 other.

4    Q  What do you think it means?

5      MR. FOWERBAUGH: Objection, asked and

6 answered.

7      THE WITNESS: As you've indicated, it could

8 mean and/or. But without knowing what the person

9 who typed it was thinking I can't know for sure.

10 BY MR. MANVITZ:

11    Q  So you would need to inquire of the drafter of

12 the borrower reference backslash file number phrase in

13 order to determine the meaning of that phrase?

14    A  In order to determine why they typed it that

15 way and what they're intended to communicate.

16    Q  Before agentTrax, did each state agency draft

17 their own closing protection letters?

18    A  Did each state agency?

19    Q  Well, did each agency manager draft their own

20 closing protection letters?

21    A  Well, I can only speak from general

22 experience, because I have no actual knowledge of how

23 CPLs were produced by the various operations prior to

24 Trax. But it's my understanding that there were either

25 offices that were tasked with the responsibility of

1 generating those letters pursuant to faxed or e-mailed

2 or phoned-in requests or there were web sites where

3 people could actually go on and generate -- where agents

4 could go on and generate letters.

5     Q   And for the web sites, where did the form

6 closing protection letters come from?

7     A   They would have been provided by the local

8 operations through local counsel.

9     (Thereupon, Exhibit No. 7 was marked for

10     identification.)

11     THE WITNESS: (Examining document.)

12 BY MR. MANVITZ:

13     Q   You've been handed what's been marked as

14 Exhibit 7. Is Exhibit 7 a blanket closing protection

15 letter?

16     A   No. Given it contains a borrower reference

17 and file number I would say it was transactional.

18     Q   And you would feel no need to speak to the

19 lender or issuing agent in making that determination;

20 correct?

21     A   Correct.

22     Q   And Fidelity would not confer with the issuing

23 agent or lender in making that determination that this

24 is a not a blanket closing protection letter; correct?

25     MR. FOWERBAUGH: Objection, lack of