
# Fidelity National Title
INSURANCE COMPANY OF NEW YORK

June 13, 2001

Ameriquest Mortgage Company
1100 Town & Country Road, Suite 200
Orange, CA 92868
Attn; Closing Dept.

      Re: Daniel J. Nijro, Esq.
         101 Providence Road
         Whitinsville, MA 01588

To whom it may concern

The above named attorney is an authorized Issuing Agent/Approved Attorney of Fidelity National Title Insurance Company of New York.

Please be advised that, in connection with the closing of loans for your company for which loan policies of title insurance of Fidelity National Title Insurance Company of New York are specified, this company will be responsible for the proper disbursement of any funds entrusted by you to the Issuing Agent/Approved Attorney and will also be responsible for the proper compliance by said Issuing Agent/Approved Attorney with your written loan closing instructions.

Notwithstanding your instructions to said Issuing Agent/Approved Attorney, nothing herein contained shall be construed as imposing liability on the Company for unfiled mechanics' and material men's liens in purchase and sale transactions or in connection with the disbursement of construction funds during a mortgage loan unless you shall have received a commitment in writing from the Company or from said Issuing Agent/Approved Attorney that such coverage can be furnished in the particular case.

This company does not assume liability for matters of usury or zoning, nor for the compliance with provisions of consumer credit, truth in lending and similar laws, or the provisions of the Flood Disaster Protection Act of 1973.

Very truly yours,
Fidelity National Title Insurance
Company of New York

By:

## CHICAGO TITLE INSURANCE COMPANY
Boston Office, 75 Federal Street, Suite 410,
Boston, MA 02110 Phone: 617-210-0750
MASSACHUSETTS CLOSING PROTECTION LETTER

Date: 11/20/03

To: Argent Mortgage Co., LLC
ISAOA/ATIMA
P.O. box 11056
Orange, CA 92856

Issuing Agent
or Approved Attorney:
David B. Carroll, P.C.
David B. Carroll, Esquire
132 Central Street
Foxboro, MA 02035
Fax: 508-698-6856

Attn.: ISAOA/ATIMA

Re: x

When title insurance of Chicago Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by the above referenced Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest of land, including the obtaining of documents and disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instruction requires a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent in handling your funds or documents in connection with such closing.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Issuing Agent to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent to comply with your written closing instruction to deposit the funds in a bank which you designated by name.

http://www.ctictionme.com/iol_letter.asp?f...

OO-H0007200

3. Mechanics' and materialmen's liens in connection with your construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. Whenever we shall have reimbursed you pursuant to this letter, we shall be subrogated to all of your rights and remedies for recovery of losses so paid to you by us. Our liability to you will be reduced to the extent you shall have knowingly and voluntarily impaired your rights and remedies.

C. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

D. Claims shall be made promptly to the Company at its office at: **171 North Clark Street, Chicago IL., 60601**. When failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

E. The protection herein offered does not extend to real property transactions outside of the States of Connecticut, Maine, Rhode Island, and the Commonwealth of Massachusetts.

F. Notwithstanding your instructions to an Issuing Agent, nothing herein contained shall be construed as imposing liability on the Company on account of any "Consumer Credit Protection", "Truth in Lending", or similar law or for compliance with the Federal Flood Disaster Protection Act of 1973, as amended, or as authorizing any person representing this Company to exercise any discretion on your behalf in connection with the above mentioned laws.

Any previous Insured closing service letter or similar agreement is hereby canceled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent. The protection afforded hereunder shall continue until canceled by written notice to you by the Company.

Very truly yours,

Jeffery B. Pallin
Vice President

OO-H0007201


# FIDELITY NATIONAL TITLE INSURANCE COMPANY

ATTENTION:
Ameriquest Mortgage Company

P.O. Box 11507
Santa Ana, CA 92711

RE:

DATE: 10/13/2005
ISSUING AGENT

Texas United Title, Inc
All Offices
See Attached Exhibit A

To Whom It may concern:

In response to your request, Fidelity National Title Insurance Company with its principal office at P.O. Box 45023 Jacksonville, Florida 32232-5023 (the Company) offers to you, provided that a mortgagee policy of title insurance issued by the Company has been specified and requested by you in connection with the particular closing, the following described protection with respect to the closing of your real estate loans by the Company's licensed Texas agent or licensed Texas direct operation during the effective term hereof

The Company will replace your settlement funds that are lost after receipt of such funds the such licensed Texas agent or licensed Texas direct operation as a direct, proximate result of the fraud or dishonesty of such licensed Texas agent or licensed Texas direct operation.

If you obtain a Commitment for Title Insurance from this Company or its licensed Texas agent or licensed Texas direct operation before your closing instructions and your settlement funds are received by such licensed Texas agent or licensed Texas direct operation, the Company will replace your settlement funds that are lost as a direct, proximate result of the failure of such licensed Texas agent or licensed Texas direct operation to comply with your written closing instructions received by it prior to closing to the extent only that such written closing instructions are not inconsistent with such Commitment For Title Insurance and to the extent only that such written closing instructions are not inconsistent with the documentation required in the closing of real estate loans The Company does not assume any responsibility for the preparation of any such documentation.

Notwithstanding your Instructions to such licensed Texas Agents or licensed Texas direct operations in regard to the disbursement of funds, nothing herein contained shall be construed as imposing liability on the Company for unfilled Mechanics and Materialmens Liens during the period of construction.

The Company will not be liable for loss or impairment of your settlement funds in the course of collection or on deposit with a bank for disbursement due to bank failure, insolvency or suspension, except such as shall be as the direct result of the failure of such licensed Texas agent or licensed Texas direct operation to comply with your written instructions to deposit the funds in a particularly named bank.

The Company shall not be liable hereunder for any loss or expense you sustain (1) arising in whole or in part as a result of the fraud, dishonesty or negligence of your employee, agent or attorney, (2) as a result of your settlement or release of any claim without the written consent of the Company, or (3) arising as a result of any matters created, suffered, assumed or agreed to by you or known to you.

The Company shall not be liable on account of any "usury," "consumer credit protection," "truth-in-lending," or similar law or on account of the Flood Disaster Protection Act of 1973, as amended, or on account of the Real Estate Settlement Procedures Act of 1974, as amended, nor shall this letter be construed as authorizing the licensed Texas Agent, licensed Texas direct operation, or any other representative of the Company to exercise any discretion in your behalf, to undertake any responsibility in your behalf or to undertake your performance in whole or in part with respect to any of the laws referred to above.

The Company shall not be liable hereunder unless notice of claim in writing is received by the Company at its principal office within twelve (12) months after the date YOU DISCOVER OR SHOULD HAVE DISCOVERED THAT YOUR WRITTEN CLOSING INSTRUCTIONS WERE NOT COMPLIED WITH AND IN ANY EVENT WITHIN TWO YEARS FROM THE DATE of mailing of your written closing instructions

Whenever the Company shall have settled a claim hereunder, the Company shall be subrogated to all your rights and remedies against any person or property with respect to such claim, all right of subrogation shall vest in the Company unaffected by any act by you or by the Company, and you shall permit the Company to use your name in any transaction or litigation involving such rights or remedies

The protection offered will be effective as to matters arising after receipt of a copy of this letter at the said principal office of the Company bearing the signature of your duly authorized officer in the space provided below, will supersede all prior agreements, will extinguish all duties of the Company with respect to the loss of your settlement funds except as expressly set forth herein, and will be binding upon you and the Company until at the sole discretion of the Company notice of termination is mailed to you at your address as indicated above.

This form, promulgated by the Texas Department of Insurance in accordance with the Texas Title Insurance Act, as amended, is the only lender form permissible for Insured Closing in the State of Texas

Yours very truly,

Fidelity National Title Insurance Company

By:

ACCEPTED AND AGREED TO this _____ day of _____, _____

BY:

Randy Kadloo, VP Senior Underwriting Counsel

B-AMQ0168734



Lawyers Title Insurance Corporation
7557 Rambler Road, Suite 1200
Dallas, TX 75231
Phone (800) 442-7067

# INSURED CLOSING LETTER

February 22, 2005

Ameriquest Mortgage Company
10600 White Rock Rd, Ste 200-20
Rancho Cordova, CA 95670

Re: Insured Closing Letter - Texas Form 50
    Richmond Title
    2901 N. Dallas Pkwy Ste 110
    Plano, TX 75093
    (hereinafter "Texas Agent")
    File Number: 1002859

    Borrower: RICHARDSON

Ladies and Gentlemen:

In response to your request, LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation, with principal office at 7557 Rambler Road, Suite 1200, Dallas, Texas, 75231, ("the Company"), offers to you, provided that a mortgagee policy of title insurance issued by the Company has been specified and requested by you in connection with the particular closing, the following described protection with respect to the closing of your real estate loans by the Company's licensed Texas agent or licensed Texas direct operation during the effective term hereof.

The Company will replace your settlement funds that are lost after receipt of such funds by such licensed Texas agent or licensed Texas direct operation as a direct, proximate result of the fraud or dishonesty of such licensed Texas agent or licensed Texas direct operation.

If you obtain a Commitment for Title Insurance from this Company or its licensed Texas agent or licensed Texas direct operation before your closing instructions and your settlement funds are received by such licensed Texas agent or licensed Texas direct operation, the Company will replace your settlement funds that are lost as a direct, proximate result of the failure of such licensed Texas agent or licensed Texas direct operation to comply with your written closing instructions received by it prior to closing to the extent only that such written closing instructions are not inconsistent with such Commitment for Title Insurance and to the extent only that such written closing instructions are not inconsistent with the documentation required in the closing of real estate loans. The Company does not assume any responsibility for the preparation of any such documentation.

Notwithstanding your instructions to such licensed Texas agents or licensed Texas direct operations in regard to the disbursement of funds nothing herein contained shall be construed as imposing liability on the Company for unfiled Mechanics' and Materialmen's Liens during the period of construction.

The Company will not be liable for loss or impairment of your settlement funds in the course of collection or on deposit with a bank for disbursement due to bank failure, insolvency or suspension, except such as shall be as the direct result of the failure of such licensed Texas agent or licensed Texas direct operation to comply with your written instructions to deposit the funds in a particularly named bank.

The Company shall not be liable hereunder for any loss or expense you sustain (1) arising in whole or in part as a result of the fraud, dishonesty or negligence of your employee, agent or attorney, (2) as a result of your settlement or release of any claim without the written consent of the Company, or (3) arising as a result of any matters created, suffered, assumed or agreed to by you or known to you.

The Company shall not be liable on account of any "usury," "consumer credit protection," "truth-in-lending," or similar law or on account of the Flood Disaster Protection Act of 1973, as amended, or on Real Estate Settlement Procedures Act of 1974, as amended, nor shall this letter be construed as authorizing the licensed Texas agent, licensed Texas direct operation, or any other representative of the Company to exercise any discretion in your behalf, to undertake any responsibility in your behalf or to undertake your performance in whole or in part with respect to any of the laws referred to above.

The Company shall not be liable hereunder unless notice of claim in writing is received by the company at its principal office within twelve (12) months after the date YOU DISCOVER OR SHOULD HAVE DISCOVERED THAT YOUR WRITTEN CLOSING INSTRUCTIONS WERE NOT COMPLIED WITH AND IN ANY EVENT WITHIN TWO YEARS FROM THE DATE of mailing of your written closing instructions.

Whenever the Company shall have settled a claim hereunder, the Company shall be subrogated to all your rights and remedies against any person or property with respect to such claim, all right of subrogation shall vest in the Company unaffected by any act by you or by the Company, and you shall permit the Company to use your name in any transaction or litigation involving such rights or remedies.

The protection offered will be effective as to matters arising after receipt of a copy of this letter at the said principal office of the Company bearing the signature of your duly authorized officer in the space provided below, will supersede all prior agreements, will extinguish all duties of the Company with respect to the loss of your settlement funds except as expressly set forth herein, and will be binding upon you and the Company until at the sole discretion of the Company notice of termination is mailed to you at your address as indicated above.

This form, promulgated by the Texas Department of Insurance in accordance with the Texas Title Insurance Act, as amended, is the only Lender form permissible for Insured Closing in the State of Texas.

Yours very truly,

LAWYERS TITLE INSURANCE CORPORATION

William Z. Fairbanks
Vice President – Underwriting Counsel

ACCEPTED AND AGREED TO this_____ day of_____ , 20_____ .

Ameriquest Mortgage Company

By:_____

Name:_____

Title:_____

Texas Form 50

B-AMQ0169132




# AMERICAN PIONEER
## TITLE INSURANCE COMPANY

1/18/2005
Attention: Loan Closing Department
Argent Mortgage Company
Its successors and/or assigns
P.O. Box 11356
Orange, CA 92856

Re: **Insured Closing Service Letter For Individual Transaction Only**
Issuing Agent/Approved Attorney: Northwest Title and Escrow Corp.
Agent/Attorney Address: 4255 White Bear Pkwy. #1300A Vadnais Heights, MN 55110-3353
Agent/Attorney File #:
Lender's File Reference #:
Proposed Insured/Project Name: Wanda Howze
Comments:
Stated Real Estate Transaction as described in APTIC Commitment/Binder #: 527311

Dear Sir or Madam:

When title insurance of American Pioneer Title Insurance Company is specified for your protection in connection with the above described Company binder/commitment for title insurance on the Stated Real Estate Transaction in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the American Pioneer Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings on the Stated Real Estate Transaction when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions on the Stated Real Estate Transaction to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closing on the Stated Real Estate Transaction. If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

**Conditions and Exclusions**

A. The American Pioneer Title Insurance Company will not be liable to you for the loss arising out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions on the Stated Real Estate Transaction which requires title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the American Pioneer Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions on the Stated Real Estate Transaction to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company in the above Stated Real Estate Transaction.

4. The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction of improvements on the land to be insured, unless an officer of the company has specifically accepted the responsibility to you for such disbursement programs in writing.

5. Invalidity or unenforceability of the lien of the insured mortgage, or claim, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law or any similar law.

B. When the American Pioneer Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the American Pioneer Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C. Any liability of the American Pioneer Title Insurance Company for loss incurred by you in connection with closings of the Stated Real Estate Transaction by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company. The dollar amount of liability hereby incurred shall not be greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, and liability hereunder as to any particular loan transaction shall be coextensive with liability under the policy issued to you in connection with such transaction. Payment in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the company's liability under the terms of this letter.

D. Claims of loss shall be made promptly to the American Pioneer Title Insurance Company at its principal office at 489 State Road 436, Casselberry, Florida 32707. When the failure to give prompt notice shall prejudice the American Pioneer Title Insurance Company, then liability of the American Pioneer Title Insurance Company hereunder shall be reduced to the extent of such prejudice.

E. Nothing contained herein shall be construed as authorizing compliance by any Issuing Agent or approved attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers, their Issuing Agents or approved attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F. The protection herein offered will be effective until cancelled by written notice from the American Pioneer Title Insurance Company. Any previous Insured Closing Service Letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

G. This letter is ineffective to afford protection in Florida, Nebraska, New Jersey, New Mexico, North Carolina, Pennsylvania, Texas, Vermont and Virginia. These states utilize insured closing service letters specifically promulgated and/or approved by their state insurance regulator.

*Brenda Miller*
Authorized Signatory

Standard ICS - Transaction Specific

489 STATE ROAD 436 • CASSELBERRY, FLORIDA 32707 • 407-260-1986 • 800-606-5478 • FAX 407-260-6511

OO-ECLG0032168