**LandAmerica Commonwealth**

 **LandAmerica Lawyers Title**

June 24, 2005

Seven Thurber Blvd., Smithfield, RI 02917
Phone: 401-233-2900    Fax: 401-233-0099

TO: Ameriquest Mortgage Company
10600 White Rock Road
Suite 200-21
Rancho Cordova, CA 95670

RE: David C. Tapalian, Esq.

Attn:

Where title insurance of Commonwealth Land Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, Commonwealth Land Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

CONDITIONS AND EXCLUSIONS:

A. Commonwealth Land Title Insurance Company will not be liable to you for loss arising out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by Commonwealth Land Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension except such as shall result from failure of said Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase, lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of Commonwealth Land Title Insurance Company.

4. The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction of improvements on the land to be insured, unless an officer of the Company has specifically accepted the responsibility to you for such disbursement program in writing.

B. When Commonwealth Land Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of Commonwealth Land Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C. Any liability of Commonwealth Land Title Insurance Company for loss incurred by you in connection with closings of real estate transactions by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of Commonwealth Land Title Insurance Company. The dollar amount of liability hereby incurred shall not be greater than the amount of the title insurance binder, commitment or policy to be issued, and liability hereunder as to any particular loan transaction shall be coextensive with liability under the policy issued to you in connection with such transaction. Payment in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the Company's liability under the terms of this letter.

D. Claims shall be made promptly to Commonwealth Land Title Insurance Company at its principal office at 101 Gateway Cr Pkwy, Gateway 1, Richmond VA 23235. When the failure to give prompt notice shall prejudice Commonwealth Land Title Insurance Company, then liability of Commonwealth Land Title Insurance Company hereunder shall be reduced to the extent of such prejudice. Commonwealth Land Title Insurance Company shall not be liable hereunder unless notice of loss in writing is received by Commonwealth Land Title Insurance Company, within ninety (90) days from the date of discovery of such loss.

E. Nothing contained herein shall be construed as authorizing compliance by an Issuing Agent or Approved Attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers, their Issuing Agents or Approved Attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F. The protection herein offered will be effective upon receipt by Commonwealth Land Title Insurance Company of your acceptance, in writing, which may be made on the enclosed copy hereof and will continue until cancelled by written notice from Commonwealth Land Title Insurance Company. Any previous Insured Closing Service Letter or similar agreement is hereby cancelled, except as to closing of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

COMMONWEALTH LAND TITLE INSURANCE COMPANY

LAWYERS TITLE INSURANCE CORPORATION

David C. Tapalian, Esq.
Tapalian & Tadros, P.C.
128 Dorrance Street, Ste 400
Providence, RI 02903

By: _____
Albert K. Antonio, Vice President and Rhode Island Branch Manager

Accepted By: _____

B-AMQ0169089

American Pioneer Title Insurance Company                                                          Page 1 of 2



**AMERICAN PIONEER**
**TITLE INSURANCE COMPANY**
493 EAST SEMORAN BOULEVARD
CASSELBERRY, FLORIDA 32707
800-395-8762

October 8, 2003

Attention: Loan Closing Dept.

AmeriQuest Mortgage
3800 West 80th Street Suite 880
Bloomington, MN 55431

RE: Insured Closing Service Letter -    Northwest Title and Escrow Corp.
                                        #235 White Bear Pkwy., #1308A
                                        Vadnais Heights, MN 55110-3383

SEE EXHIBIT A

Dear Sir/Madam :

When title insurance of American Pioneer Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the American Pioneer Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The American Pioneer Title Insurance Company will not be liable to you for the loss arising out of:

 1. Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the American Pioneer Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

 2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

 3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company.

 4. The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction of improvements on the land to be insured, unless an officer of the company has specifically accepted the responsibility to you for such disbursement program in writing.

B. When the American Pioneer Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the American Pioneer Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C. Any liability of the American Pioneer Title Insurance Company for loss incurred by you in connection with closings of real estate transactions by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of American Pioneer Title Insurance Company. The dollar amount of liability hereby incurred shall not be greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, and liability hereunder as to any particular loan transaction shall be coextensive with liability under the policy issued to you in connection with such transaction. Payment in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the company's liability under the terms of this letter.

D. Claims of loss shall be made promptly to the American Pioneer Title Insurance Company at its principal office at 493 East Semoran Boulevard, Casselberry, Florida 32707. When the failure to give prompt notice shall prejudice the American Pioneer Title Insurance Company, then liability of the American Pioneer Title Insurance Company hereunder shall be reduced to the extent of such prejudice. The American Pioneer Title Insurance Company shall not be liable hereunder unless notice of loss in writing is received by the American Pioneer Title Insurance Company within ninety (90) days from the date of discovery of such loss.

E. Nothing contained herein shall be construed as authorizing compliance by any issuing agent or approved attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers, their Issuing Agents or Approved Attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F. The protection herein offered will be effective until cancelled by written notice from the American Pioneer Title Insurance Company. Any previous Insured Closing Service letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

Authorized Signatory: *Leara Miles*

cc: Northwest Title and Escrow Corp.