Loans closed before February 1, 2005

| Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|
| Smith, Eric & Yanong, Guillermina | Lawyers Title Insurance Corporation | 2/20/2002 |
| Key, Earl E. | Lawyers Title Insurance Corporation | 5/18/2002 |
| Salazar, Sergio & Guadalupe | Lawyers Title Insurance Corporation | 5/28/2002 |
| Harris, Castella Williams | Fidelity National Title Insurance Company | 7/9/2002 |
| Harris, Melissa D. | Ticor Title Insurance Company | 7/9/2002 |
| Zarate, Ramon | Chicago Title Insurance Company | 9/19/2002 |
| Gomez, Luz | American Pioneer Title Insurance Company | 10/23/2002 |
| Treadwell, Gilbert & Genelle | Fidelity National Title Insurance Company of New York | 10/23/2002 |
| Kobialk, Edward & Ruth | Lawyers Title Insurance Corporation | 11/20/2002 |
| Cue, Willie Mae | Lawyers Title Insurance Corporation | 12/13/2002 |
| Iwanczenko, John & Maryann | Commonwealth Land Title Insurance Co. | 1/15/2003 |
| Bailey, Wray & Wendy | Commonwealth Land Title Insurance Co. | 2/5/2003 |
| Holmes, Dennis & Brenda | Commonwealth Land Title Insurance Co. | 2/11/2003 |
| Sweeten, Kenneth F. & Elizabeth | Chicago Title Insurance Company | 2/14/2003 |
| Greene, Samuel | Ticor Title Insurance Company | 3/14/2003 |
| Booth, Sallie | Commonwealth Land Title Insurance Co. | 3/17/2003 |
| Bodin, Harry G. Jr. | Fidelity National Title Insurance Company | 3/24/2003 |
| Henderson, Irma | Commonwealth Land Title Insurance Co. | 3/29/2003 |
| Bathin, Drucie | Ticor Title Insurance Company | 4/15/2003 |
| Barboza, Benjamin & Manuel | Commonwealth Land Title Insurance Co. | 4/22/2003 |
| Muro, Robert | Ticor Title Insurance Company | 5/16/2003 |
| Wessel, Kevin & Sherry | American Pioneer Title Insurance Company | 5/21/2003 |
| Sedgwick, Kelly & Jo Lynn | Lawyers Title Insurance Corporation | 5/23/2003 |
| Potter, John & Lisa | Ticor Title Insurance Company | 5/24/2003 |
| Lehan, Timothy | Ticor Title Insurance Company | 6/24/2003 |
| Dell, Simon | Ticor Title Insurance Company | 7/3/2003 |
| Spence-English, Sonia | Commonwealth Land Title Insurance Co. | 8/8/2003 |

Loans closed before February 1, 2005

| Name | Title Company | Date |
|---|---|---|
| Pasacreta, Louis | American Pioneer Title Insurance Company | 8/13/2003 |
| Buniski, Carolyn F. | Commonwealth Land Title Insurance Co. | 8/14/2003 |
| Huggins, Maurice & Pearl | Ticor Title Insurance Company | 8/24/2003 |
| Edwards, George P. | American Pioneer Title Insurance Company | 8/27/2003 |
| Martin, Johnny A. | Commonwealth Land Title Insurance Co. | 9/17/2003 |
| Martin, Joseph & Shelly | Commonwealth Land Title Insurance Co. | 9/17/2003 |
| Sulinski, Peter & Victoria | Ticor Title Insurance Company | 9/22/2003 |
| Walz, Steve & Suellen | Ticor Title Insurance Company | 10/17/2003 |
| Passaro, Sherrie | Chicago Title Insurance Company | 10/22/2003 |
| Abbatematteo, Joann & Joseph | Ticor Title Insurance Company | 10/24/2003 |
| Landgren, David E. | Transnation Title Insurance Company | 10/31/2003 |
| Swanigan, Elgin & Denise | Fidelity National Title Insurance Company | 11/4/2003 |
| Cleveland, Robert Ivan | Transnation Title Insurance Company | 11/5/2003 |
| Derda, Cindy & Paul | American Pioneer Title Insurance Company | 11/12/2003 |
| Palmer, Sentueal Jones & Cecily O. | Ticor Title Insurance Company | 11/21/2003 |
| Seger, John & Deanna | Lawyers Title Insurance Corporation | 11/23/2003 |
| O'Neil, Dennis & Rita | Chicago Title Insurance Company | 11/24/2003 |
| Jenkins, Deborah H. | Commonwealth Land Title Insurance Co. | 12/9/2003 |
| Witham, Beth & Leon | Ticor Title Insurance Company | 12/15/2003 |
| Vanderpol, William & Trudy | Fidelity National Title Insurance Company | 12/17/2003 |
| Negri, Michael & Laurie | Commonwealth Land Title Insurance Co. | 12/22/2003 |
| Copeland, Kevin | Ticor Title Insurance Company | 12/31/2003 |
| Levine, Bruce & McCorkle, Daniel | Chicago Title Insurance Company | 12/31/2003 |
| Hasapes, Jason | Ticor Title Insurance Company | 1/8/2004 |
| Burgess, Ernest & Peggy | American Pioneer Title Insurance Company | 1/9/2004 |
| Beane, Virginia & Robert | American Pioneer Title Insurance Company | 1/13/2004 |
| Green, Viola | Lawyers Title Insurance Corporation | 1/15/2004 |
| Jones, Mona | Chicago Title Insurance Company | 1/21/2004 |

Loans closed before February 1, 2005

| Name | Title Company | Date |
|---|---|---|
| Stratford, Samuel & Christina | American Pioneer Title Insurance Company | 1/22/2004 |
| Grabs, Fredrich W. | Lawyers Title Insurance Corporation | 1/30/2004 |
| Osten, Michael & Maria | Ticor Title Insurance Company | 2/5/2004 |
| Meek, Richard & Kelly | Commonwealth Land Title Insurance Co. | 2/5/2004 |
| Adams, Glenn & Laverne | American Pioneer Title Insurance Company | 2/9/2004 |
| Rodriguez, Ralph & Chapman, Barbara | American Pioneer Title Insurance Company | 2/9/2004 |
| Thibodeau, Jeffrey & Chantel | Chicago Title Insurance Company | 2/12/2004 |
| Brown, Calvin & Dora | Ticor Title Insurance Company | 2/16/2004 |
| Barletta, Pam | American Pioneer Title Insurance Company | 2/21/2004 |
| Bumpers, Henry & Elizabeth | Lawyers Title Insurance Corporation | 2/27/2004 |
| Wayland, Clarence | American Pioneer Title Insurance Company | 2/28/2004 |
| General, Gevaisa & Ronald | Ticor Title Insurance Company | 3/5/2004 |
| Robinson, Sheree & James | American Pioneer Title Insurance Company | 3/5/2004 |
| Filian, Carlos & Alicia Margarita | Ticor Title Insurance Company | 3/12/2004 |
| Blain, Christena & Thomas | Ticor Title Insurance Company | 3/16/2004 |
| Krise, George D. & Haynes, Dana S. | American Pioneer Title Insurance Company | 3/17/2004 |
| Niese, Catherine - missing complaint | Ticor Title Insurance Company | 3/19/2004 |
| Leblanc, Scott A. | Chicago Title Insurance Company | 3/20/2004 |
| Lyles, Audrey | Ticor Title Insurance Company | 3/22/2004 |
| Bowe, Michael | Chicago Title Insurance Company | 3/24/2004 |
| Holt, Geraldine | Ticor Title Insurance Company | 3/24/2004 |
| Gerbig, Karen & Huston, Mary Christine | Ticor Title Insurance Company | 3/30/2004 |
| Kukla, Mike A. | American Pioneer Title Insurance Company | 4/1/2004 |
| Skanes, Barbara J. | American Pioneer Title Insurance Company | 4/1/2004 |
| Bowden, Brenda & Darron | Lawyers Title Insurance Corporation | 4/2/2004 |
| Davis, Deborah J. | Transnation Title Insurance Company | 4/13/2004 |
| Fox, Michael A. | Fidelity National Title | 4/16/2004 |
| Chaumley, Sarah | American Pioneer Title Insurance Company | 4/29/2004 |
| Pascoe, Dwuith & Tanya | Ticor Title Insurance Company | 5/10/2004 |

Loans closed before February 1, 2005

| | | |
|---|---|---|
| Therrien, Gloria J. | Fidelity National Title Insurance Company of New York | 5/12/2004 |
| Harris, Sandra & Norman | Ticor Title Insurance Company | 5/14/2004 |
| Buck, Bruce & Shannon | American Pioneer Title Insurance Company | 5/20/2004 |
| Parker, Randy & Carolyn | Ticor Title Insurance Company | 5/21/2004 |
| Cavallo, Matthew | Ticor Title Insurance Company | 5/23/2004 |
| Milardo, David & Lucinda | Ticor Title Insurance Company | 5/24/2004 |
| Wisniewski, Joseph & Tasha | Lawyers Title Insurance Corporation | 6/10/2004 |
| Fuller, Kurt & Nancy | Fidelity National Title Company Fidelity National Title Insurance Company | 6/15/2004 |
| Grabowski, Peter | Ticor Title Insurance Company | 6/17/2004 |
| Ivery, Jerry & Jacqueline | American Pioneer Title Insurance Company | 6/18/2004 |
| Bridges, LaFranco | Fidelity National Title Insurance Company | 6/21/2004 |
| Whitsett, Shalese | American Pioneer Title Insurance Company | 6/21/2004 |
| Desrosiers, Wilfred & Barbara | Ticor Title Insurance Company | 6/23/2004 |
| Buckner, Jacqueline | Ticor Title Insurance Company | 6/23/2004 |
| Gelman, Carl and Hope | Commonwealth Land Title Insurance Co. | 6/23/2004 |
| Crocker, David | Fidelity National Title Insurance Company | 6/23/2004 |
| Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt estate of Sievers, Jerome & Cheryl | Ticor Title Insurance Company | 6/23/2004 |
| Sutton, Daniel & Jeanie | Ticor Title Insurance Company | 6/23/2004 |
| Soto, Joanne & Jose | Ticor Title Insurance Company | 6/24/2004 |
| Hospod, Montria & Michael Rosh | Ticor Title Insurance Company | 6/25/2004 |
| Black, Junior & Campbell, Rene | Chicago Title Insurance Company | 7/6/2004 |
| Cooley, Kandee & Wilbert | Chicago Title Insurance Company | 7/8/2004 |
| Bricker, Anthony & Michelle | Ticor Title Insurance Company | 7/21/2004 |
| Joyner, Preston & Delana | Ticor Title Insurance Company | 7/22/2004 |
| Coutant, Jeffrey & Sharon | Ticor Title Insurance Company | 7/23/2004 |
| Ramos, Leonor C. | Lawyers Title Insurance Corporation | 7/24/2004 |
| Wayne, Robert & Twila | Fidelity National Title Insurance Company | 7/24/2004 |

Loans closed before February 1, 2005

| | | |
|---|---|---|
| Veinot, Brian K. & Laura L. | Fidelity National Title Insurance Company of New York | 7/27/2004 |
| Rosemon, Everett & Grundia | Ticor Title Insurance Company | 7/29/2004 |
| Doolittle, Edward & Babette | Ticor Title Insurance Company | 8/2/2004 |
| Peterson, Harold | Ticor Title Insurance Company | 8/4/2004 |
| Zevallos, Elizabeth | Ticor Title Insurance Company | 8/4/2004 |
| Salazar, Ascencio & Alicia | Lawyers Title Insurance Corporation | 8/6/2004 |
| Farrell, Michelle | Commonwealth Land Title Insurance Co. | 8/9/2004 |
| Black, Rose J. & David E., Sr. | Ticor Title Insurance Company Chicago Title Insurance Company | 8/12/2004 |
| Luedtke, Roger & Christine | Ticor Title Insurance Company | 8/12/2004 |
| Wilson, Kurt H., Sr. & Teresa R. | Transnation Title Insurance Company | 8/13/2004 |
| Davis, Michael & Janice | Chicago Title of Michigan Chicago Title Insurance Company | 8/16/2004 |
| Dugan, James & Donna | Chicago Title Insurance Company | 8/16/2004 |
| Smith, Edward & Gail | Ticor Title Insurance Company | 8/22/2004 |
| Patterson, Estelle | Ticor Title Insurance Company | 8/23/2004 |
| Brown, Dorothy | Ticor Title Insurance Company | 8/24/2004 |
| Lappin, William & Linda | Ticor Title Insurance Company | 8/24/2004 |
| Titus-Ashford, Jacqueline | Ticor Title Insurance Company | 8/24/2004 |
| Conner, Douglas S. & Cherie E. | Lawyers Title Insurance Corporation | 8/26/2004 |
| Rodriguez, Hector and Brenda | Chicago Title Insurance Company | 9/1/2004 |
| Smith, Wendy | American Pioneer Title Insurance Company | 9/3/2004 |
| Charette, Heidi & Richard | Ticor Title Insurance Company | 9/7/2004 |
| Warren, Sheila & Ronald | Lawyers Title Insurance Corporation | 9/8/2004 |
| Freeberg, Marianne & Oscar | Lawyers Title Insurance Corporation | 9/13/2004 |
| Nyepon, Francis Whrattee | Commonwealth Land Title Insurance Co. | 9/21/2004 |
| Rondeau, Jan & Mathias | Ticor Title Insurance Company | 9/30/2004 |
| Coleman, Arthur & Ethelyn | Lawyers Title Insurance Corporation | 10/1/2004 |
| Juano, Charlie & Mylani | Ticor Title Insurance Company | 10/1/2004 |
| Jude, Bobby & Kellie | Ticor Title Insurance Company | 10/1/2004 |
| McLin, Dwayne & Bridgette | Ticor Title Insurance Company | 10/14/2004 |
| Holzmeister, Michael | Lawyers Title Insurance Corporation | 10/19/2004 |

Loans closed before February 1, 2005

| | | |
|---|---|---|
| Green, Donald & Sharon | Fidelity National Title Insurance Company | 10/22/2004 |
| Igaz, Michael & Connie | American Pioneer Title Insurance Company | 10/27/2004 |
| O'Donnell, Brian M. | Commonwealth Land Title Insurance Co. | 11/1/2004 |
| Nason, David & Rachel | Ticor Title Insurance Company | 11/5/2004 |
| Cusanelli, Kevin and Maria | Fidelity National Title Ins. Co. of NY | 11/5/2004 |
| Curtis, Joseph G. & Elizabeth | Ticor Title Insurance Company | 11/5/2004 |
| Tucker, Sarah | Lawyers Title Insurance Corporation | 11/5/2004 |
| Wright, Evelyn & Battle, Mary | Fidelity National Title Insurance Company | 11/10/2004 |
| Rehbock, Charles & Linda | Ticor Title Insurance Company | 11/11/2004 |
| Zaremba, Paul & Roberta | Ticor Title Insurance Company | 11/16/2004 |
| Perry, Judy | Ticor Title Insurance Company | 11/17/2004 |
| Thompson, Michael S. | Commonwealth Land Title Insurance Co. | 11/17/2004 |
| Guillemette, Michael A. & Michelle | Ticor Title Insurance Company | 11/19/2004 |
| Smith, King | Ticor Title Insurance Company | 11/22/2004 |
| Gaeta, Joseph & Dorothy | Fidelity National Title Insurance Company | 11/23/2004 |
| Brown, Kenneth & Monica | Lawyers Title Insurance Corporation | 12/3/2004 |
| Matthews, Sonja & Davis, Donya (complaint lists both as having last name Davis) | Ticor Title Insurance Company | 12/14/2004 |
| Britt, Robert & Tammy | Ticor Title Insurance Company | 12/16/2004 |
| Onesimus, Joseph & Myra | Ticor Title Insurance Company | 12/22/2004 |
| Pecor, Joseph & Jacqueline | Ticor Title Insurance Company | 12/22/2004 |
| Bergquist, Sandra | Ticor Title Insurance Company | 12/29/2004 |
| Adkins, Sherry & James | Ticor Title Insurance Company | 12/31/2004 |
| Roop, Christopher R. & Sarah | Ticor Title Insurance Company | 12/31/2004 |
| Lepore, Anthony N. | Commonwealth Land Title Insurance Co. | 1/5/2005 |
| Besterfield, James | Ticor Title Insurance Company | 1/10/2005 |
| Bailey, James H. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| Duhamel, Sandra L. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| Pepper, Michael L. | Commonwealth Land Title Insurance Co. | 1/13/2005 |
| Lurry-Payne, Angela | Ticor Title Insurance Company | 1/13/2005 |
| Churchill, Dale & Kelley | Transnation Title Insurance Company | 1/14/2005 |

Loans closed before February 1, 2005

| | | |
|---|---|---|
| Johnson, Karen & Stanley | Ticor Title Insurance Company | 1/15/2005 |
| Braz, Gary & Anita | Commonwealth Land Title Insurance Co. | 1/18/2005 |
| Howze, Tregg E. & Wanda L. | American Pioneer Title Insurance Company | 1/21/2005 |
| Coleman, Nancy & Elder, Robert | Lawyers Title Insurance Corporation | 1/23/2005 |
| Rocco, Joseph & Nancy | Ticor Title Insurance Company | 1/27/2005 |