| Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|
| Rita, Linda L. | Commonwealth Land Title Insurance Co. | 2/15/2005 |
| Dupuis, Holly & Glenn | Commonwealth Land Title Insurance Co. | 2/17/2005 |
| Delgado, John F. | Commonwealth Land Title Insurance Co. | 2/19/2005 |
| Leal, Patricia | Commonwealth Land Title Insurance Co. | 3/30/2005 |
| Lyness, Gary & Linda - missing complaint | Commonwealth Land Title Insurance Co. | 4/23/2005 |
| Giuditta, Edward V. | Commonwealth Land Title Insurance Co. | 4/26/2005 |
| Lancaster, Christopher & D'Ortona, Carolyn | Commonwealth Land Title Insurance Co. | 5/13/2005 |
| Macswain, Andrea | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Crandall, Gary | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Turner, Thomasina L. & Hayes, Ervin | Commonwealth Land Title Insurance Co. | 5/24/2005 |
| Singleton, LuAnn | Commonwealth Land Title Insurance Co. | 5/28/2005 |
| Simmons, Edward | Commonwealth Land Title Insurance Co. | 6/2/2005 |
| Isom, Dennis & Lisa | Commonwealth Land Title Insurance Co. | 6/7/2005 |
| Sparks, Christine - missing complaint | Lawyers Title Insurance Corporation | 6/21/2005 |
| Grayson, Erwin & Lillian | Commonwealth Land Title Insurance Co. | 6/22/2005 |
| Tipton, Hugh & Mary | Commonwealth Land Title Insurance Co. | 6/22/2005 |
| Townes, James & Davis Moye, Ebony | Commonwealth Land Title Insurance Co. | 6/23/2005 |
| Korlacki, Stephen R. & Dawn | Commonwealth Land Title Insurance Co. | 6/23/2005 |
| Hagan, Carolyn | Commonwealth Land Title Insurance Co. | 7/7/2005 |
| Marshall, Mondria | Commonwealth Land Title Insurance Co. | 7/22/2005 |
| Williams, Victoria | Commonwealth Land Title Insurance Co. | 7/22/2005 |
| Jones, Michael & Debbie | Lawyers Title Insurance Corporation | 7/27/2005 |
| Aguiar, Paul & Guilhermina | Commonwealth Land Title Insurance Co. | 7/28/2005 |
| Silva, Steven | Commonwealth Land Title Insurance Co. | 7/29/2005 |
| Barrett, Linda | Commonwealth Land Title Insurance Co. | 7/30/2005 |

| Borrowers | 3rd Party Defendant | Closing date |
|---|---|---|
| Kudyba, Krystyna | Commonwealth Land Title Insurance Co. | 8/4/2005 |
| Overstreet, Layton | Commonwealth Land Title Insurance Co. | 8/19/2005 |
| Morgan, Robert & Marjorie | Commonwealth Land Title Insurance Co. | 8/23/2005 |
| Mandeville, Darlene L. | Commonwealth Land Title Insurance Co. | 9/16/2005 |
| Bowles, Karen | Commonwealth Land Title Insurance Co. | 9/21/2005 |
| Kielczewski, Anna M. | Commonwealth Land Title Insurance Co. | 9/22/2005 |
| Jennings, Larry | Lawyers Title Insurance Corporation | 9/28/2005 |
| Beaudoin, Carol A. | Commonwealth Land Title Insurance Co. | 10/3/2005 |
| Gayauski, Peter & Donna | Commonwealth Land Title Insurance Co. | 10/4/2005 |
| Snowden, Allie Bell | Commonwealth Land Title Insurance Co. | 10/12/2005 |
| McCrum, Jerry & Jeanne | Lawyers Title Insurance Corporation | 10/24/2005 |
| Lenahan, Richard | Commonwealth Land Title Insurance Co. | 11/3/2005 |
| McCray, Frances & Harold | Commonwealth Land Title Insurance Co. | 11/5/2005 |
| Burton, Kenneth G. | Commonwealth Land Title Insurance Co. | 11/7/2005 |
| Coleman, Arthur & Ethelyn | Lawyers Title Insurance Corporation | 11/23/2005 |
| Dorney, James E. | Commonwealth Land Title Insurance Co. | 11/25/2005 |
| Butt, Stephanie & James | Commonwealth Land Title Insurance Co. | 11/30/2005 |
| Liscomb, Duaine & Sue | Lawyers Title Insurance Corporation | 2/4/2006 |
| Clemons, Natalie | Lawyers Title Insurance Corporation | 2/13/2006 |
| Coleman, Nancy & Elder, Robert | Lawyers Title Insurance Corporation | 2/14/2006 |
| Webb, Priscilla C. & Marvin | Lawyers Title Insurance Corporation | 4/20/2006 |