7/23/2009 Cox, Sr, Michael

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF ILLINOIS
3  EASTERN DIVISION
4
5  ROSE TERRY, et al.,       )
6      Plaintiffs,    )
7                    )
8  -vs-              ) No. 1:08-CV-2475
9                    )
10 AMERIQUEST MORTGAGE       )
11 COMPANY, et al.,     )
12     Defendants.   )
13 _____)
14
15     The videotaped deposition of MICHAEL A.
16 COX, Sr., called by the Defendants for
17 examination, pursuant to notice and pursuant to
18 the Federal Rules of Civil Procedure for the
19 United States District Courts pertaining to the
20 taking of depositions, taken before Cynthia J.
21 Conforti, Certified Shorthand Reporter, at 35 West
22 Wacker Drive, Chicago, Illinois, commencing at the
23 hour of 9:21 a.m., on the 23rd day of July, A.D.,
24 2009.
25

1

7/23/2009 Cox, Sr, Michael

1   Q.  A male? But you recall that the closing

2   actually took place at the title company itself?

3   A.  It started there.

4   Q.  Okay. Do you remember the name of the

5   title company?

6   A.  No, I sure don't.

7   Q.  Do you remember the location where you

8   went?

9   A.  I'm not sure. I'm not sure if it was

10  Crestwood, Illinois or not. I'm not quite sure.

11  Q.  Do you remember how you got to the

12  closing?

13  A.  Me and my wife met -- met the -- met the

14  gentleman there at the title company.

15  Q.  Did you drive to the closing?

16  A.  Yes.

17  Q.  Do you remember what freeways you took to

18  drive to the closing?

19  A.  We just took regular city streets. We

20  didn't have to take a freeway.

21  Q.  Do you remember what type of building the

22  closing took place in?

23  A.  Just a regular one-flat building, I think.

24  Q.  Okay. Do you recall the name of this

25  other Ameriquest worker that you saw at the

61

7/23/2009 Cox, Sr, Michael

1 closing?

2 A. No, actually, I don't remember his name.

3 Q. Do you know why he was at the closing?

4 A. I think he said Steve couldn't make it

5 there, so he -- he met us there at the title

6 company.

7 Q. Okay. So maybe I misunderstood you

8 before. I thought both Steve and this other male

9 worker were at the title company with you.

10 A. No. Steve never -- Steve -- we didn't

11 meet Steve until we got put out the title company

12 because everything was taking so long. We ended

13 up going back to their offices. That's when I met

14 Steve at the office.

15 Q. Okay. So when you went to the title

16 company for the closing, there was a man there who

17 said that he was from Ameriquest; is that correct?

18 A. Yes, he was from -- yes.

19 Q. And was there anyone else there from the

20 title company?

21 A. Yes. Every -- this was at the title

22 company itself, I guess all the other employees

23 were there for the title company. I don't know

24 them, but...

25 Q. Do you remember speaking with somebody at

7/23/2009 Cox, Sr, Michael

1   the title company during the closing?

2   A. No.

3   Q. Do you recall whether there was a notary

4   present at the closing at the title company?

5   A. That I wouldn't know because we didn't

6   accomplish anything at the title company. We

7   ended up -- they -- we were there so long that --

8   I don't know what's up with the paperwork or --

9   therefore, we ended up going back to the offices

10  of -- I guess, it was Ameriquest office where we

11  went back to.

12  Q. I got you. Do you recall what time of day

13  you went to the title company?

14  A. I'd say it was maybe 1 or 2 in the

15  afternoon.

16  Q. Do you recall how long you sat at the

17  title company waiting for the documents?

18  A. I think they closed at like about 8, 9

19  o'clock and that we were there for that long.

20  Q. You were there until the title company

21  closed the offices?

22  A. Yes, they put us out.

23  Q. So you were there for six hours?

24  A. Yes.

25  Q. Potentially?