7/24/2009 Lawrence Cox, Susan

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF ILLINOIS |
| 2 | EASTERN DIVISION |
| 3 | |
| | ROSE TERRY, et al., ) |
| 4 | ) |
| | Plaintiffs, ) |
| 5 | ) |
| | vs. ) No. 1:08-CV-2475 |
| 6 | ) |
| | AMERIQUEST MORTGAGE COMPANY, ) |
| 7 | et al., ) |
| | ) |
| 8 | Defendants. ) |
| 9 | |
| 10 | The videotaped deposition of SUSAN LAWRENCE |
| 11 | COX, called by the Defendants for examination, taken |
| 12 | pursuant to notice and pursuant to the Federal Rules of |
| 13 | |
| 14 | Civil Procedure for the United States District Courts |
| 15 | |
| 16 | pertaining to the taking of depositions, taken before |
| 17 | |
| 18 | Rachel F. Gard, Certified Shorthand Reporter, Registered |
| 19 | |
| 20 | Professional Reporter, at 35 West Wacker Drive, Chicago, |
| 21 | |
| 22 | Illinois, commencing at 9:13 a.m. on the 24th day of |
| 23 | |
| 24 | July, A.D., 2009. |

7/24/2009 Lawrence Cox, Susan

1     Q. And who was having the problem with the
2 paperwork?
3     A. I don't know if it was the title company or
4 Ameriquest. They just told us there was a delay, there
5 was a problem with the paperwork. And then a couple
6 hours later, we were informed we needed to follow them
7 back to the Ameriquest office. So I don't know if there
8 was a problem with the paperwork getting from Ameriquest
9 to the title company or what the issue was.
10     Q. So is it fair to say you were at the title
11 company from, let's say, 2:00 to 5:00?
12     A. Yes.
13     Q. At that point, was there a discussion of
14 possibly just rescheduling the closing?
15     A. They never talked about rescheduling. They
16 just kept apologizing and asking us to wait. They
17 offered to send us out to dinner and -- just so we would
18 stay, but there was never any issue of rescheduling.
19     Q. Did you go out to dinner?
20     A. No.
21     Q. Did they provide dinner for you?
22     A. No.
23     Q. Did you just not eat dinner?
24     A. Yeah.

7/24/2009 Lawrence Cox, Susan

1    Q. Did you ever ask them if you could just
2 reschedule?
3    A. No, I don't think we did.
4    Q. Is there a reason why you didn't?
5    A. At that point, we just wanted to get it over
6 with.
7    Q. Did you ever see anyone have any documents --
8 Strike that.
9        Did Dominic have any documents with him that
10 you saw?
11   A. No.
12   Q. So you got to the Ameriquest office
13 approximately 5:30, 6:00 o'clock?
14   A. Yes.
15   Q. And when you were at the Ameriquest office,
16 where were you located in the office?
17   A. The waiting area when you first come in.
18   Q. Okay. Did you talk to anyone other than
19 Dominic when you were at Ameriquest waiting for the
20 closing?
21   A. No.
22   Q. And do you remember when the closing began?
23   A. At Ameriquest's office?
24   Q. Yes.

7/24/2009 Lawrence Cox, Susan

1   A.  Probably 7:00, 7:30, 8:00 o'clock.  I'm not
2   exactly sure of the time.
3   Q.  So did the closing last approximately an hour
4   and a half to two hours?
5   A.  I would say so.
6   Q.  And who was with you at the closing?
7   A.  Me, myself and Michael.
8   Q.  Was Dominic at the closing?
9   A.  Yes.
10  Q.  Was there anyone else at the closing?
11  A.  Nobody that I can recall.
12  Q.  Do you recall whether there was a notary at
13  the closing?
14  A.  I couldn't tell you.
15  Q.  You don't remember whether there was a man or
16  woman who was acting as the notary?
17  A.  I can't remember anybody else in the room.
18  I'm not for sure.
19  Q.  Does the name Lynn Love sound familiar to you?
20  A.  Not right offhand, no.
21  Q.  Do you recall whether you were waiting for
22  anyone to arrive from the title company so that you
23  could finish the closing at Ameriquest?
24  A.  I don't remember being told we were waiting on