7/16/2009  Quire, Selvin

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF ILLINOIS |
| 3 | EASTERN DIVISION |
| 4 | |
| 5 | ROSE TERRY, et al.,      ) |
| 6 | Plaintiffs,     ) |
| 7 |                              ) |
| 8 | -vs-               ) No. 1:08-CV-2475 |
| 9 |                              ) |
| 10 | AMERIQUEST MORTGAGE     ) |
| 11 | COMPANY, et al.,          ) |
| 12 | Defendants.    ) |
| 13 | _____) |
| 14 | |
| 15 | The videotaped deposition of SELVIN |
| 16 | QUIRE, called by the Defendants for examination, |
| 17 | pursuant to notice and pursuant to the Federal |
| 18 | Rules of Civil Procedure for the United States |
| 19 | District Courts pertaining to the taking of |
| 20 | depositions, taken before Cynthia J. Conforti, |
| 21 | Certified Shorthand Reporter, at 35 West Wacker |
| 22 | Drive, Chicago, Illinois, commencing at the hour |
| 23 | of 9:32 a.m., on the 16th day of July, A.D., 2009. |
| 24 | |
| 25 | |

7/16/2009  Quire, Selvin

1   THE WITNESS:  Yes.

2   MR. MANVITZ:  It's the last one already.

3   BY MR. MANVITZ:

4   Q.  I'll hand you what's been marked as --
5   well, it was marked in your wife's deposition.
6   It's Terry 1552, notice of right to cancel.

7   A.  Right.

8   Q.  Put that before you.  Do you recognize
9   your signature at the bottom of this document?

10   A.  Yes, sir.

11   Q.  And do you recognize your wife's
12   signature?

13   A.  Yes.

14   Q.  And you see above the signature it states:
15       The undersigned each acknowledge receipt
16   of two copies of this notice of right to cancel?

17   A.  Yeah, I see that.

18   Q.  Did you receive two copies of this notice
19   of right to cancel signed and dated the same as
20   Terry 1552?

21   MR. VALACH:  Objection, form.

22   You can answer.

23   THE WITNESS:  Yes.

24   BY MR. MANVITZ:

25   Q.  When was the first time that you were

26