# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4724 (05 7097) | **DATE** | 7/22/2011 |
| **CASE TITLE** | Farmer vs. Ameriquest, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: We grant Farmer's motion (22) to amend her complaint by voluntarily dismissing Count III, the TILA claim, without prejudice. We also grant her request for remand to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1367(c). It is so ordered.. The Clerk of the Court is directed to remand this case to the Supreme Court of New Jersey, Law Division, Monmouth County, Freehold, New Jersey.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|