# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO<br>*O'NEIL, ET AL. V. ARGENT MORTGAGE COMPANY, ET AL.*,<br>CASE NO.: 06-CV-6375 (N.D. Ill.) | Centralized before the<br>Honorable Marvin E. Aspen |

## SUGGESTION OF DEATH

Pursuant to Fed.R.Civ.P. 25(a)(1), counsel for Plaintiffs informs this Court and the parties that Plaintiff, Rita O'Neil, passed away on or about July 22, 2011.

Respectfully Submitted:

Date: July 26, 2011

/s/ Anthony P. Valach, Jr.
One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 529-7976
lawofficedh@yahoo.com

**CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 26th day of July 2011, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing though the Court's system.


                                        By:     /s/ Anthony P. Valach, Jr.