UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 26, 2011:

   MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a)(1)(ii of
the Federal Rules of Civil Procedure and joint stipulation of dismissal of claims against
defendants (Re: Case NO. 06 C 5991 − Bowden, et al v. Argent, et al), ) all of plaintiffs
claims against all defendants are dismissed with prejudice. Each party shall bear their own
costs and attorneys fees. Defendants expressly reserve all of its third−party claims in
connection with the case being dismissed through this stipulation including, without
limitation, any and all claims set forth in the Fifth Amended Consolidated third−party
Complaint.j notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.