UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                          Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                              Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 26, 2011:

       MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a)(1)(ii of the Federal Rules of Civil Procedure and stipulation of dismissal of claims against defendants (Re: Case No. 07 C 122 Hayden, et al v. Ameriquest, e al), ) all of plaintiffs claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys fees. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.