# EXHIBIT 1



**Date:** 10/14/2005

**To:**

AMERIQUEST MORTGAGE COMPANY

5505 City Parkway West          Suite 100
Orange          CA     92868

**Reference:**

**Re:** Agent # VA2580
Custom Title & Escrow, Inc.
7201 Wisconsin Ave., Suite 650          **Approved Attorney:**

Bethesda, MD          20814-0000

Dear Lender,

When title insurance of UNITED GENERAL TITLE INSURANCE COMPANY (the Company) is specified for your protection
in connection with the closing of the above described real estate transaction in the state of Virginia  (the Closing) in which  you are
to be a lender secured by a mortgage of an interest in land, the Company, subject to the Conditions and Exclusions set forth
below, hereby agrees to reimburse you for actual loss incurred by you in connection with the Closing when
conducted by the above named Issuing Agent (an agent authorized to issue title insurance for the Company) or the
above named Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and
when such loss arises out of:

1. The failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent
that they relate to the status of the title to said interest in land or the validity, enforceability and priority of the lien of
said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary
to establish such status of title or lien, or:

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection
with such closings but only to the extent that such fraud or dishonesty affects the validity, enforceability and priority
of the lien and said mortgage.

Conditions and Exclusions

A. UNITED GENERAL TITLE INSURANCE COMPANY will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection
inconsistent with that set forth in the title insurance binder or commitment issued by UNITED GENERAL TITLE
INSURANCE COMPANY. Instructions which require the removal of specific exceptions to title or compliance with the
requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure,
insolvency or suspension, except when such loss shall result from failure of the Issuing Agent or the Approved
Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name
 and such loss impairs the validity, enforceability, or priority of your mortgage.

3. Mechanic's and materialmen's liens in connection with your purchase or lease or construction loan transactions,
except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of
the UNITED GENERAL TITLE INSURANCE COMPANY.

B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance
of a policy of title insurance of UNITED GENERAL TITLE INSURANCE COMPANY must have been received by you prior

Page 2
Closing Protection Letter
Conditions and Exclusions (continued)

to the transmission of your closing instructions to the Approved Attorney.

C. When UNITED GENERAL TITLE INSURANCE COMPANY shall have been reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you have had against any person or property had you not been so reimbursed. Liability of UNITED GENERAL TITLE INSURANCE COMPANY for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of UNITED GENERAL TITLE INSURANCE COMPANY for loss incurred by you in connection with closings of real estate transactions by any Issuing Agent or Approved Attorney shall be limited to the protection afforded by a title insurance binder, commitment or policy of UNITED GENERAL TITLE INSURANCE COMPANY.

E. Claims must be made to UNITED GENERAL TITLE INSURANCE COMPANY at its principal offices at P.O. Box 1680, Denver, CO 80201 within 90 days of closing. The failure to give notice within 90 days shall terminate the liability of UNITED GENERAL TITLE INSURANCE COMPANY under this letter.

F. The protection herein offered will be effective only upon receipt by the company at its Rockville, Maryland office of your acceptance in writing, which may be made on a copy hereof and will continue until canceled by written notice from the company.

UNITED GENERAL TITLE INSURANCE COMPANY

BY: _____

John Kosogof, Vice President

UGTIC Closing Protection Letter
AMERIQUEST MORTGAGE COMPANY

ACCEPTED AND AGREED TO:

BY : _____

DATE: _____

*Driven by an independent spirit.*

51 Monroe, Plaza 4 East. Rockville MD 20850
Phone: 301.315.0000 Toll Free: 800.508.0363 Fax 301.315.0074

140 E. Washington Street | Indianapolis, IN 46204
317-423-3931 | fax 317-472-4273


**LandAmerica**
**Transnation**

Date: 10/02/2003

To: Argent Mortgage Company, LLC
It's Successors and/or Assigns As Their Interest May Appear
2550 W. Golf Road East Tower II Floor
Rolling Meadow, IL 60008

Attention:

Re:

Commitment/Case No.:

When the above referenced company is specified in connection with closing of real estate transactions in which you are the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, and such interest is the subject of a title insurance policy issued by the Company, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closing, when such closings are conducted by the above referenced company and where such loss arises out of:

A. Failure of the above referenced company to comply with your written closing instructions to the extent that they relate to (1) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including obtaining of such documents as are necessary to establish such status of title or lien, or (2) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (3) the collection and payment of funds due you, or

B. Fraud or dishonesty of the above referenced company in handling your funds or documents in connection with such closing.

If you are a lender insured under this foregoing paragraph, your borrower in connection with the loan secured by a mortgage on a one to four family dwelling shall be protected as if title letter were addressed to your borrower.

Conditions and Exclusions:

A. The Company will not be liable to you for loss arising out of:
    1. Failure of the above referenced company to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal, subordination, reversing of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.
    2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except as such result from failure of the above referenced company to comply with your written closing instructions to deposit the funds in a bank which you designate by name.
    3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for each reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C. Any liability of the Company for loss incurred by you in connection with closing of real estate transactions by the above referenced company shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

D. Claims shall be made promptly to the Company at its principal office at 101 Gateway Centre Parkway, Gateway One, Richmond, VA 23235. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Any previous insured closing service letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within thirty (30) days hereafter send written closing instructions to the above referenced company.

Countersigned: ARCHER LAND TITLE, INC.
*See Attached Schedule A for List of Offices

By: _____
Authorized Officer or Agent

Closing Protection Letter
Form 1187-18

ORIGINAL

TRANSNATION TITLE INSURANCE COMPANY

By: _____
Bryan D. Steckler, Agency Manager

00-ECLG003057



# FIDELITY NATIONAL TITLE INSURANCE COMPANY

ATTENTION :
AmeriQuest Mortgage Company
its successors and/or assigns

1100 Town and Country Rd . #200
Orange, CA 92868

RE :

To Whom It May Concern :

DATE: 10/5/2005
ISSUING AGENT OR APPROVED ATTORNEY:

Law Office of George T. Crowley
304 Cambridge Road, Suite 202
Woburn, MA 01801-

When title insurance of Fidelity National Title Insurance Company (Company) is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney who has been certified by the Company to perform title examinations and settlement services) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of such title documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or
2. Fraud of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty affects the status of the title to said interest in land, or the validity, enforceability or priority of the lien of said mortgage on said interest in land.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:
  1. Failure of an Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.
  2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.
  3. Mechanics and materialmens liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.
B. If the closing is to be conducted by an Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney.
C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.
D. The Issuing Agent or Approved Attorney is not the Company's agent for the purpose of providing closing services. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall by limited to the protection provided by this letter, which does not include liability for loss resulting from the fraud or bad faith of any party to a real estate transaction other than an Issuing Agent or Approved Attorney, the lack of creditworthiness of any borrower connected with a real estate transaction or the failure of any collateral to adequately secure a loan connected with a real estate transaction. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.
E. Claims shall be made promptly to the Company at its principal office at P.O. Box 45023 Jacksonville, Florida 32232-5023. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Your delivery of funds or documents to an Issuing Agent or Approved Attorney for a closing covered by this letter shall constitute your agreement to the terms and conditions herein stated.

Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent or Approved Attorney.

Fidelity National Title Insurance Company

By:

Robin Smith VP, Title Administration

LETTER ID: 2005.10.5.9.2.114912
133 Federal Street - Boston - MA - 02110- - Telephone (800) 882-1266 - Fax (617) 350-8826
STANDARD CPL LETTER (CPL-21)

(IN)



LandAmerica
Lawyers Title

140 E. Washington Street
Indianapolis, IN 46204
317-633-2933
Fax 317-633-6275

Date: October 14, 2005

To: Ameriquest Mortgage Company
1100 Town and Country Rd.
Orange, CA 92868



Re: Closing Protection Letter for Title First 400 Agency, LLC
Contact: Lisa Himes
555 S. Front Street
Columbus, OH 43215

When the above referenced company is specified in connection with closing of real estate transactions in which you are the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, and such interest is the subject of a title insurance policy issued by this Company, the Company subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closing, when such closings are conducted by the above referenced company and where such loss arises out of:

A.   Failure of the above referenced company to comply with your written closing instructions to the extent that they relate to (1) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including obtaining of such documents as are necessary to establish such status of title or lien, or (2) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (3) the collection and payment of funds due you, or

B.   Fraud or dishonesty of the above referenced company in handling your funds or documents in connection with such closing.

If you are a lender protected under the foregoing paragraph, your borrower in connection with the loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions:

A.   The Company will not be liable to you for loss arising out of:
  1.   Failure of the above referenced company to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal, subordination, rewording of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.
  2.   Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except as shall result from failure of the above referenced company to comply with your written closing instructions to deposit the funds in a bank which you designate by name.
  3.   Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.
B.   When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.
C.   Any liability of the Company for loss incurred by you in connection with closing of real estate transactions by the above referenced company shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.
D.   Claims shall be made promptly to the Company at its principal office at 101 Gateway Centre Parkway, Gateway One, Richmond, VA 23235. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Any previous insured closing service letter or similar agreement is hereby canceled except as to closings of your real estate transactions regarding which you have previously sent or within thirty (30) days hereafter send written closing instructions to the above referenced company.

Countersigned:

By: _____
         Authorized Officer or Agent

LAWYERS TITLE INSURANCE CORPORATION

By: _____
         Bryan D. Steckler
         Area Agency Manager

Closing Protection Letter
Form 1167-39

ORIGINAL

B-AMQ0169156



LandAmerica
Lawyers Title

Lawyers Title Insurance Corporation
101 Gateway Centre Parkway
Richmond, VA 23235
phone: 804 267-8000
www.landam.com

Direct Dial (804)267-8152
Fax (804)267-8826

August 15, 2005

Ameriquest

 Re: Closing Protection Letter

When title insurance of Lawyers Title Insurance Corporation is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title, or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

Page 2

B.    If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C.    When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D.    Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E.    Claims shall be made promptly to the Company at its principal office at P.O. Box 27567, Richmond, Virginia 23261. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F.    The protection herein offered does not extend to real property transactions in the States of Florida, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Texas, North Carolina, Vermont and Virginia.

The protection herein offered will be effective upon receipt by the Company of your acceptance in writing, which may be made on the enclosed copy hereof and will continue until cancelled by written notice from the Company.

Any previous Insured Closing Service letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to the Issuing Agent or Approved Attorney.

LAWYERS TITLE INSURANCE CORPORATION

*Sandra A. Bray*

Sandra A. Bray
Insured Closing Service Supervisor
and Assistant Secretary

Accepted: _____, 20_____

Ameriquest

By _____          _____
                                                                              Title

_____
Please Print Name of Individual Signing Above

ALTA Closing Protection Letter

 **Ticor Title Insurance Company**

203 N. LaSalle
Chicago, IL 60601
Phone (800)543-7641
Fax (630)896-9902

This faxed transmittal Closing Protection Letter is considered equivalent to an original and no further copy will be mailed.

**DATE:** Tuesday, August 24, 2004

**TO:** ENCORE CREDIT CORP
1833 ALTON PARKWAY
IRVINE, CA 92606

**RE:** Tristar Title LLC
1301 West 22nd Street, Suite 1
Oak Brook, IL 60523
Attn: Kelly Sleeter
FAX: 630 954-0004



Attention: CLOSING LETTERS

Dear Sir/Madam:

When title insurance of Ticor Title Insurance Company (the "Company") is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity. enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Negligence of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

**Conditions and Exclusions**

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

EXHIBIT
Scott 1b
3c(b)(6) 2/3/10

TICOR0001751
CONFIDENTIAL

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the closing is to be conducted by an Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal state office at 330 Naperville Road, Suite 101, Wheaton, Illinois 60187, or its principal office at 171 North Clark Street, Chicago, Illinois 60601. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F. The protection herein offered does not extend to real property transactions in the states of Florida, Iowa, New Jersey, Nebraska, Kansas, New Mexico, New York and Texas. Closing Protection letters have been regulated under the laws of those states.

The protection herein offered will be effective and will continue until cancelled by Ticor Title Insurance Company.

Any previous insured closing service letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter will send) written closing instructions to the Issuing Agent or Approved Attorney.

Yours truly,
Ticor Title Insurance Company

Resident Vice President
Illinois Agency Services

TICOR0001752
CONFIDENTIAL



COMMONWEALTH LAND TITLE INSURANCE COMPANY
31 Light Street, Suite 500  Baltimore, MD 21202
(410) 752-7070 / FAX (410) 752-7043
77 S. Washington Street, Suite 305  Rockville, MD 20850
(301) 424-3577 / FAX (301) 424-3860

October 14, 2005

Ameriquest Mortgage Company

PO Box 11056
Orange , CA 92856

**RE:** Closing Protection Letter

**Issuing Agent:** Custom Title & Escrow, Inc.
7201 Wisconsin Ave, Suite 650
Bethesda, MD 20814
Contact: Seth G. Levine
Phone: 301-251-0075 Fax: 240-597-0225



**File No.:**
**Borrower:**
**Premises:**

Ladies and Gentlemen:

When title insurance of Commonwealth Land Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance ) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closings instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B.  If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C.  When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D.  Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E.  Claims shall be made promptly to the Company at its principal office at P.O. Box 27567, Richmond, Virginia 23261. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F.  The protections herein offered does not extend to real property transactions in the States of Florida, Iowa, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Texas, Vermont and Virginia.

Any previous Insured Closing Service letter or similar agreement is hereby canceled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to the Issuing Agent or Approved Attorney.

**COMMONWEALTH LAND TITLE INSURANCE CORPORATION**

Peter Smith
Vice President & Maryland Agency Manager

NT/nc                                                                                     *ALTA Closing Protection Letter*

Closing Protection Letter                                                     http://66.234.7.16/icl_letter.aspx?fn=generate

 **Chicago Title Insurance Company**

AGENCY ADMINISTRATIVE SERVICES
P.O. Box 24724, West Palm Beach, Florida 33416 (800) 999-2842 Fax (800) 930-2842

### STATEMENT OF SETTLEMENT SERVICE RESPONSIBILITY

October 19, 2005



To: AMERIQUEST MORTGAGE COMPANY                    Our Issuing Agent
its successors and/or assigns as their interests may          K E L TITLE INSURANCE AGENCY, INC
appear                                                         1301 W. Colonial Drive
1100 Town & Country Road, Suite 200                           Orlando, FL 32804
Orange, CA 92868

Attention: Closing Department

When title insurance of CHICAGO TITLE INSURANCE COMPANY (hereinafter called "the Company") is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closing when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closing.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

<u>Conditions and Exclusions</u>

A.   The Company will not be liable to you for loss arising out of:

1. Failure of said issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

10/19/2005 6:26 PM

2    Loss or impairment of your funds in the course of collection or while on deposit with a
     bank due to bank failure, insolvency or suspensions, except such as shall result from failure
     of the Issuing Agent or the Approved Attorney to comply with your written closing
     instructions to deposit the funds in a bank which you designated by name.

3    Mechanics' and materialmen's liens in connection with your purchase or lease or
     construction loan transactions, except to the extent that protection against such liens is
     afforded by a title insurance binder, commitment or policy of the Company.

4.   The periodic disbursement of construction loan proceeds or funds furnished by the owner
     to pay for construction costs during the construction of improvements on the land to be
     insured, unless an officer of the company has specifically accepted the responsibility to you
     for such disbursement program in writing

B    When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all
     rights and remedies which you would have had against any person or property had you not been
     so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent
     that you have knowingly and voluntarily impaired the value of such rights of subrogation.

C    Any liability of the Company for loss incurred by you in connection with closings of real estate
     transactions by said Issuing Agent or Approved Attorney shall be limited to the protection
     provided by this letter. However, this letter shall not affect the protection afforded by a title
     insurance binder, commitment or policy of the Company  The dollar amount of liability hereby
     incurred shall not be greater than the amount of the title insurance binder, commitment or policy
     of title insurance to be issued, and liability hereunder as to any particular loan transaction shall
     be co-extensive with liability under the policy issued to you in connection with such transaction
     Payment in accordance with the terms of this letter shall reduce by the same amount the liability
     under such policy and payment under such policy shall reduce by the same amount the
     Company's liability under the terms of this letter

D.   Claims of loss shall be made promptly to the Company at its principal office at 171 N  Clark
     Street, Chicago, Illinois, 60601  When the failure to give prompt notice shall prejudice the
     Company, then liability of the Company hereunder shall be reduced to the extent of such
     prejudice  The Company shall not be liable hereunder unless notice of loss in writing is received
     by the Company within 90 days from the date of discovery of such loss

E.   Nothing contained herein shall be construed as authorizing compliance by any Issuing Agent or
     Approved Attorney with any such closing instructions, compliance with which would constitute
     a violation of any applicable law, rule or regulation relating to the activity of title insurers, their
     Issuing Agents or Approved Attorneys, and their failure to comply with any such closing
     instructions shall not create any liability under the terms of this letter

F    The protection herein offered will be effective until cancelled by written notice from the
     Company  Any previous closing protection service letter or similar agreement is hereby
     cancelled, except as to closings of your real estate transactions regarding which you have
     previously sent (or within 30 days hereafter send) written closing instructions to said Issuing
     Agent or Approved Attorney

                              Yours truly,
                              CHICAGO TITLE INSURANCE COMPANY


                              Diane Wilfork
                              Florida Agency Administrator



## *First American Title Insurance Company*

National Agency Division
Operations Headquarters
13450 W Sunrise Boulevard • Suite 300 • Sunrise, FL 33323-2947
(954) 839-2900 • (800) 327-1018 • Fax (954) 838-9210 • Fax (800) 942-4283

November 22, 2005

Town & Country Credit Corporation
2010 Main Street, Suite 800
Irvine, CA 92614

Attn:    Closing Department
Fax No: 216-839-5322

Re:
Closing Protection Letter

Mortgage Information Services, Inc.
4877 Galaxy Parkway
Suite I
Cleveland, OH 44128

Dear Sir or Madame:

When title insurance of First American Title Insurance Company is specified for your protection in connection with closing of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, and you are the insured under a policy of title insurance issued by First American Title Insurance Company (the "Company"), the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by the Issuing Agent (an agent authorized to issue title insurance for the Company), Approved Attorney (an attorney upon whose certification of title the Company issues title insurance), or Approved Closing Services Vendor (a vendor authorized to close loans, pursuant to which title insurance of the Company will be issued) referred to above and when such loss arises out of:

1.  Failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor to comply with your written closing instructions to the extent that they relate to: (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and disbursement of funds necessary to establish such status of title or lien; or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document; or (c) the collection and payment of funds due you; or

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


2. Fraud or dishonesty of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling who is an insured under an Owner's Policy of Title Insurance shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such shall result from failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

4. Matters created, suffered, assumed or agreed to by you and/or your agents or employees.

B. If the closing is to be conducted by an Approved Attorney or an Approved Closing Services Vendor, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney or Approved Closing Services Vendor.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at 1 First American Way, Santa Ana, CA 92707, ATTN: Claims Department. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F. The protection herein offered does not extend to real property transactions in any state other than Iowa, Minnesota, Missouri, Wisconsin.

The protection herein offered will be effective until cancelled by written notice from the Company. Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney.

First American Title Insurance Company

Kenneth R. Jannen
Vice President

Attn:      Brittany Lowe
Fax No.: 216-839-5322



31 Light Street, Suite 500  Baltimore, MD 21202
(410) 752-7070 / FAX (410) 752-7043
11 N. Washington St., Suite 620  Rockville, MD 20850
(301) 424-3577 / FAX (301) 424-3860

October 14, 2005

Ameriquest Mortgage Company

PO Box 11056
Orange , CA 92856

 **RE:**   <u>Closing Protection Letter</u>

Custom Title & Escrow, Inc.
7201 Wisconsin Ave, Suite 650
Bethesda, MD 20814
Contact: Seth G. Levine
Phone: 301-251-0075 Fax: 240-597-0225

Ladies and Gentlemen:

When title insurance of Commonwealth Land Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance ) and when such loss arises out of:

1.  Failure of the Issuing Agent or Approved Attorney to comply with your written closings instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such document, or (c) the collection and payment of funds due you, or

2.  Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

<u>Conditions and Exclusions</u>

A.  The Company will not be liable to you for loss arising out of:

1.  Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said

binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at P.O. Box 27567, Richmond, Virginia 23261. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F. The protections herein offered does not extend to real property transactions in the States of Florida, Iowa, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Texas, Vermont and Virginia.

Any previous Insured Closing Service letter or similar agreement is hereby canceled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to the Issuing Agent or Approved Attorney.

*COMMONWEALTH LAND TITLE INSURANCE COMPANY*

Peter Smith
Vice President & Maryland Agency Manager

NT/nc                                                                                          ALTA Closing Protection Letter

**Agency Information - Office Locations**

| | | |
|---|---|---|
| Agency Name | : | Custom Title & Escrow, Inc. |
| Address | : | 7201 Wisconsin Ave, Suite 650 |
| City | : | Bethesda |
| State | : | MD |
| Zip | : | 20814 |
| Phone | : | 301-251-0075 |
| Fax | : | 240-597-0225 |
| Contact | : | Seth G. Levine |

 TICOR TITLE INSURANCE COMPANY
OF FLORIDA

Attention: Closing Dept.
Lender's Address:
**Ameriquest Mortgage Company**
**1100 Town and Country Road, Ste 200**
**Orange, CA 92868**

August 3, 2005
**ISSUING AGENT OR APPROVED ATTORNEY**
**First Merit Settlement Services, Inc.**
**1340 Brighton Road**
**Beaver, PA 15009-9238**



Re:

To Whom It May Concern:

When title insurance of Ticor Title Insurance Company Of Florida (Company) is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney who has been certified by the Company to perform title examinations and settlement services) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of such title documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty affects the status of the title to said interest in land, or the validity, enforceability or priority of the lien of said mortgage on said interest in land.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.
Conditions and Exclusions
A. The Company will not be liable to you for loss arising out of:

1. Failure of an Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics and materialmens liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.
B. If the closing is to be conducted by an Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. The Issuing Agent or Approved Attorney is not the Company's agent for the purpose of providing closing services. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall by limited to the protection provided by this letter, which does not include liability for loss resulting from the fraud or bad faith of any party to a real estate transaction other than an Issuing Agent or Approved Attorney, the lack of creditworthiness of any borrower connected with a real estate transaction or the failure of any collateral to adequately secure a loan connected with a real estate transaction. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at P.O. Box 45023 Jacksonville, Florida 32232-5023. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Your delivery of funds or documents to an Issuing Agent or Approved Attorney for a closing covered by this letter shall constitute your agreement to the terms and conditions herein stated.
Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent or Approved Attorney.

Ticor Title Insurance Company Of Florida

By:

George Daniels, SVP Chief Underwriting Counsel

LETTER ID: 2005.4.28.10.54.14124
750 Holiday Drive, 6th Floor Foster Plaza Bldg. 9 - Pittsburgh - PA - 15220- - Telephone (412) 920-4700 - Fax (412) 920-4701
STANDARD CPL LETTER (CPL-21)



# stewart
title guaranty company

December 30, 2003

Harold Hickman
Region Manager
813-876-0619
813-872-2795 (fax)

05013773
AMERIQUEST MORTGAGE, INC.
Its successors and/or assigns as their interest
may appear.
1100 TOWN AND COUNTRY ROAD
SUITE 900
ORANGE, CA 92968

Re: Insured Closing Service

24177M
Heritage Title, LLC (C)
2621 Hillcrest Road
Suite C
Mobile, AL 36695

Dear Madam or Sir:

When title insurance of Stewart Title Guaranty Company (hereafter styled Company) is specified for your protection in connection with closings and/or escrows of real estate transactions in which you are to be the lessee, or purchaser of an interest in land or a lender secured by a mortgage, (including any other security instrument) of an interest in land, the Company subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings and/or escrows when conducted by our approved agents above captioned, when such loss arises out of:

1. Failure of our agent to comply with your written closing and/or escrow instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions required a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you or

2. Fraud or dishonesty of our approved agent in handling your funds or documents in connection with such closing and/or escrow.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

CONDITIONS AND EXCLUSIONS

A. The Company will not be liable to you for loss arising out of:

1. Failure of our approved agent to comply with your closing and/or escrow instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Closing and/or escrow instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of our approved agent to comply with your written closing and/or escrow instructions to deposit the funds in a bank which you designated by name.


**CONFIDENTIAL**

ST0000755

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the closing and/or escrow is to be conducted by an approved agent, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing and/or escrow instructions to the approved agent.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings and/or escrows of real estate transactions by our approved agent shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its National Office at Houston, Texas. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice. The Company shall not be liable hereunder unless notice of claim in writing is received by the Company within ninety (90) days from the date of discovery of loss. The Company shall not be liable hereunder unless notice of claim in writing is received by the Company at its Home Office in Houston, Texas, one year from the date of closing.

Any claim arising under this letter will be submitted to arbitration pursuant to the rules of the American Arbitration Association in that Region servicing the locale where the land lies.

Any previous Insured Closing Service letter or similar agreement is hereby cancelled, except as to closings and/or escrow of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing and/or escrow instructions to our issuing agent.

By:

Harold Hickman
Region Manager

005/ALTA/005

5760 I-55 North Suite 200 * Jackson, MS 39211 * (601)977-9776

CONFIDENTIAL

ST0000756

Sep. 8. 2004 8:35AM    Plymouth.nn    No.6226  P. 6/85



# AMERICAN PIONEER
## TITLE INSURANCE COMPANY

9/3/2004

Attention: Loan Closing Department
AmeriQuest Mortgage Company
its successors and/or assigns
306 US Highway 169 #550
Plymouth, MN 55447

Re:    Insured Closing Service Letter
       Issuing Agent/Approved Attorney: Northwest Title and Escrow Corp.
       Agent/Attorney Address: 4255 White Bear Pkwy, 31300A Vadnais Heights, MN 56110-3363
       Agent/Attorney File #:
       Lender's Title Reference #:

Dear Sir or Madam:

When the insurance of American Pioneer Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument of an interest in land, the American Pioneer Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1.    Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, only the collection and payment of funds due you, or

2.    Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closing. If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage to a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

**Conditions and Exclusions**

A.  The American Pioneer Title Insurance Company will not be liable to you for loss arising out of:

1.    Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the American Pioneer Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

2.    Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3.    Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company.

4.    The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction or improvements on the land to be insured, unless an officer of the company has specifically accepted the responsibility to you for such disbursement program in writing.

5.    Invalidity or unenforceability of the lien of the insured mortgage, or claim, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law or any similar law.

B.  When the American Pioneer Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the American Pioneer Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C.  Any liability of the American Pioneer Title Insurance Company for loss incurred by you in connection with closings of said estate transactions by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company. The dollar amount of liability hereby insured shall not be greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, together with any additional funds delivered to the issuing agent or approved attorney to be distributed for items paid outside of closing not to exceed the amount of $3,000.00. Payment in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the company's liability under the terms of this letter.

D.  Claims of loss shall be made promptly to the American Pioneer Title Insurance Company at its principal office at 499 East Semoran Boulevard, Casselberry, Florida 32707. When the failure to give prompt notice shall prejudice the American Pioneer Title Insurance Company, then liability of the American Pioneer Title Insurance Company hereunder shall be reduced to the extent of such prejudice.

E.  Nothing contained herein shall be construed as authorizing compliance by any issuing agent or approved attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers, their issuing agents or approved attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F.  The protection herein offered will be effective until cancelled by written notice from the American Pioneer Title Insurance Company. Any previous Insured Closing Service letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

G.  This letter is ineffective to afford protection in Florida, Nebraska, New Jersey, New Mexico, Pennsylvania, Texas, Vermont and Virginia. These states utilize insured closing service letters specifically promulgated and/or approved by their state insurance regulator.

*Laura Miles*

Authorized Signatory

499 STATE ROAD 436 ● CASSELBERRY, FLORIDA 32707 ● 407-260-1355 ● 800-806-5478 ● FAX 407-260-6511

03/03/2004   12:14PM

Sep. 8. 2004ᵉ 8:36AM    plymouth.mnᴱ                    No.6226   P. 7/35

Northwest Title and Escrow C...
4235 White Bear Pkwy. #1300A
Vadnais Heights, MN 55119-5588

Northwest Title and Escrow Corp.
8657 Wyoming Ave, N. #1
Brooklyn Park, MN 56443

Northwest Title and Escrow Corp.
7671 Old Central Ave. #10A
Fridley, MN 55432

Northwest Title and Escrow Corp
744 Ryan Dr. #101
Hudson, WI 54016

Northwest Title and Escrow Corp.
4808 W. 123rd Street
Savage, MN 55378

Northwest Title and Escrow Corp.
3164 Central Ave. N.E.
Columbia Heights, MN 55421

Northwest Title and Escrow Corp.
3063 Coon Rapids Blvd.
Coon Rapids, MN 55433

Northwest Title and Escrow Corp.
4444 N. Belleview Suite 110
Gladstone, MO 64116

Northwest Title and Escrow Corp.
9102 Baltimore St. NE #110
Blaine, MN 55449

Northwest Title and Escrow Corp.
8041 S. Syracuse Way #203
Englewood, CO 80111

Northwest Title and Escrow Corp.
7400 Metro Blvd. #180
Edina, MN 55439

Northwest Title and Escrow Corp.
15335 W. Capitol Dr. Ste. L01
Brookfield, WI 53045

Northwest Title and Escrow Corp.
7455 Conroy-Windermere Rd. Ste. C
Orlando, FL 32835

Northwest Title and Escrow Corp.
705 Hillside Ave.
Pine City, MN 55033

Northwest Title and Escrow Corp.
11520 St. Charles Rock Rd. #205a
Bridgeton, MO 63044

Northwest Title and Escrow Corp.
711 East Grand River
Brighton, MI 48116

Northwest Title and Escrow Corp.
17117 W. 9 Mile Road #1548
Southfield, MI 48075

Northwest Title and Escrow Corp.
7400 Metro Blvd. #185
Edina, MN 55439

Northwest Title & Escrow Corp.
11990 Grant St. #302
Northglenn, CO 80233

Northwest Title and Escrow Corp.
3906 230th Ave. NW
St. Francis, MN 55070

Northwest Title and Escrow Corp.
2026 Sloan Pl.
St. Paul, MN 55117

Northwest Title and Escrow Corp.
1142 East County Road E.
Vadnais Heights, MN 55110

Northwest Title and Escrow Corp.
3601 Algonquin Rd. #200
Rolling Meadows, IL 60008

483 STATE ROAD 436 CASSELBERRY, FLORIDA 32707 800-808-5478 407-263-1088 FAX 800-230   09/03/2004   12:14PM

 **LandAmerica**
**Commonwealth**

COMMONWEALTH LAND TITLE INSURANCE COMPANY
31 Light Street, Suite 500 Baltimore, MD 21202
(410) 752-7070 / FAX (410) 752-7043
77 S Washington Street, Suite 305 Rockville, MD 20850
(301) 424-3577 / FAX (301) 424-3860

October 14, 2005

Ameriquest Mortgage Company

PO Box 11056
Orange, CA 92856

 RE: <u>Closing Protection Letter</u>

**Issuing Agent:** Custom Title & Escrow, Inc.
7201 Wisconsin Ave, Suite 650
Bethesda, MD 20814
Contact: Seth G. Levine
Phone: 301-251-0075 Fax: 240-597-0225

**File No.:**
**Borrower:**
**Premises:**

Ladies and Gentlemen:

When title insurance of Commonwealth Land Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance ) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closings instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

<u>Conditions and Exclusions</u>

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

B-AMQ0168475

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at P.O. Box 27567, Richmond, Virginia 23261. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F. The protections herein offered does not extend to real property transactions in the States of Florida, Iowa, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Texas, Vermont and Virginia.

Any previous Insured Closing Service letter or similar agreement is hereby canceled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to the Issuing Agent or Approved Attorney.

COMMONWEALTH LAND TITLE INSURANCE CORPORATION

Peter Smith
Vice President & Maryland Agency Manager

NT/nc

*ALTA Closing Protection Letter*

B-AMQ0168476



# TICOR TITLE INSURANCE COMPANY
## OF FLORIDA

Attention: Closing Dept.
Lender's Address:
**Ameriquest Mortgage Company**
1100 Town and Country Road, Ste 200
Orange, CA 92868

August 3, 2005
**ISSUING AGENT OR APPROVED ATTORNEY**
First Merit Settlement Services, Inc.
1340 Brighton Road
Beaver, PA 15009-9238



Re:

To Whom It May Concern:

When title insurance of Ticor Title Insurance Company Of Florida (Company) is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney who has been certified by the Company to perform title examinations and settlement services) and when such loss arises out of:

    1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining or such title documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or
    2. Fraud of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty affects the status of the title to said interest in land, or the validity, enforceability or priority of the lien of said mortgage on said interest in land.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.
Conditions and Exclusions
A.  The Company will not be liable to you for loss arising out of:

    1. Failure of an Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

    2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

    3. Mechanics and materialmens liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.
B.  If the closing is to be conducted by an Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney.

C.  When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D.  The Issuing Agent or Approved Attorney is not the Company's agent for the purpose of providing closing services. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter, which does not include liability for loss resulting from the fraud or bad faith of any party to a real estate transaction other than an Issuing Agent or Approved Attorney. The lack of creditworthiness of any borrower connected with a real estate transaction or the failure of any collateral to adequately secure a loan connected with a real estate transaction. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E.  Claims must be made promptly to the Company at its principal office at P.O. Box 45023 Jacksonville, Florida 32232-5023. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Your delivery of funds or documents to an Issuing Agent or Approved Attorney for a closing covered by this letter shall constitute your agreement to the terms and conditions herein stated.
Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent or Approved Attorney.

Ticor Title Insurance Company Of Florida

By:

George Daniels, SVP Chief Underwriting Counsel

LETTER ID: 2005.4.28.10.54.14124
750 Holiday Drive, 6th Floor Foster Plaza Bldg. 9 - Pittsburgh - PA - 15220- - Telephone (412) 920-4700 - Fax (412) 920-4701
STANDARD CPL LETTER (CPL-21)

FROM                    NATIONS          Fax:9133412154        Oct 17 2005 14:31      P.09
                                         (MON)OCT 17 2005 15:13/ST. 15:12/No. 6812918318 P   2

[Print] [Close]

## OLD REPUBLIC
### National Title Insurance Company

Home Office:
400 Second Avenue South
Minneapolis, Minnesota 55401-2499
Voice: 612-371-1111 – Fax Number: 612-371-1191
Toll Free: 800-328-4441

October 17, 2005 – Ref: 1055316 – ALTA8

Ameriquest Mortgage Company
325 E. Grand River Ave.
Suite 255
East Lansing, MI 48823

Closing Protection          NATIONS TITLE AGENCY OF
Letter on Behalf of:        MICHIGAN, INC. AND/OR
                            NATIONS LENDING SERVICES
                            5062 LOVERS LANE
       PORTAGE MI 49002
                            269-553-9904 • PHONE

**The protection herein offered extends only to real property transactions in the state(s) of Michigan**

When title insurance of Old Republic National Title Insurance Company (hereinafter referred to as "the Company") is specified for your protection and used in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with closings conducted by the above (hereinafter referred to as the "Issuing Agent or Approved Attorney") and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (1) the status of the title to said land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of such documents and the disbursement of funds necessary to establish such status of title or lien, or (2) the obtaining of any other document specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other documents, or (3) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower. "Successors and/or assigns," if included in this letter, shall be defined as any owner of an indebtedness secured by your mortgage who acquires the indebtedness as a purchaser for value without knowledge of an asserted defect, lien, encumbrance, adverse claim or other matter relating to the coverage afforded hereby.

**Conditions and Exclusions:**

1. The Company will not be liable to you for loss arising out of:

   a) Failure of the Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent;

   b) Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except as shall result from failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designate by name;

   c) Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company;

   d) Actions taken by the Issuing Agent or Approved Attorney authorized by you or a mortgage broker who provides loan processing and origination services as defined in 24 CFR 3500.2(b);

2. If the closing is to be conducted by the Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney,

3. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

4. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. The dollar amount of liability hereby incurred shall be not greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, and liability hereunder as to any particular loan transaction shall be coextensive with liability under the policy issued to you in connection with such transaction. Payment in accordance with

10/17/2005   02:13PM

FROM                    NATIONS          Fax:9133412154          Oct 17 2005 14:31      P.10
                                         (MON)OCT 17 2005 15:13/ST. 15:12/No. 6812918318 P  8

the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the Company's liability under the terms of this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

5.      Claims shall be made promptly to the Company at its principal office at 400 Second Avenue South, Minneapolis, Minnesota, 55401. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice. However in no instance shall the Company be liable hereunder unless notice of claim in writing is received by the Company at its principal office within ninety (90) days from the date of discovery of loss. Furthermore, and notwithstanding any other limitations set forth in this paragraph, in no instance shall the Company be liable hereunder unless notice of claim in writing is received by the Company at its principal Office one (1) year from the date of closing.

Transactions will be covered under this letter until cancelled by written notice from the Company.

Any previous closing letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent or Approved Attorney.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
By:

*K. Turnbull*

K. Turnbull
Assistant Vice President

10/17/2005   02:13PM