# EXHIBIT 2

Sep. 8. 2004 8:35AM  plymouth.ne  No.6226  P. 6/85



# AMERICAN PIONEER
## TITLE INSURANCE COMPANY

9/8/2004

Attention: Loan Closing Department
AmeriQuest Mortgage Company
its successors and/or assigns
505 US Highway 169 #660
Plymouth, MN 55441

Re: Insured Closing Service Letter
Issuing Agent/Approved Attorney: Northwest Title and Escrow Corp.
Agent/Attorney Address: 4255 White Bear Pkwy, #1300A Vadnais Heights, MN 55110-3363
Agent/Attorney File #:
Lender's File Reference #:

Dear Sir or Madam:

When title insurance of American Pioneer Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the American Pioneer Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or the collection and payment of funds due you, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closing. If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

**Conditions and Exclusions**

A. The American Pioneer Title Insurance Company will not be liable to you for loss arising out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the American Pioneer Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company.

4. The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction of improvements on the land to be insured, unless an officer of the company has specifically accepted the responsibility to you for such disbursement progress in writing.

5. Invalidity or unenforceability of the lien of the insured mortgage, or claim, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law or any similar law.

B. When the American Pioneer Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the American Pioneer Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such rights of subrogation.

C. Any liability of the American Pioneer Title Insurance Company for loss incurred by you in connection with closings of real estate transactions by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company. The dollar amount of liability hereby incurred shall not be greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, together with any additional funds delivered to the issuing agent or approved attorney to be distributed for items paid outside of closing not to exceed the amount of $3,000.00. Payment in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payment under such policy shall reduce by the same amount the company's liability under the terms of this letter.

D. Claims of loss shall be made promptly to the American Pioneer Title Insurance Company at its principal office at 498 East Semoran Boulevard, Casselberry, Florida 32707. When the failure to give prompt notice shall prejudice the American Pioneer Title Insurance Company, then liability of the American Pioneer Title Insurance Company hereunder shall be reduced to the extent of such prejudice.

E. Nothing contained herein shall be construed as authorizing compliance by any issuing agent or approved attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers, their issuing agents or approved attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F. The protection herein offered will be effective until cancelled by written notice from the American Pioneer Title Insurance Company. Any previous Insured Closing Service letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

G. This letter is ineffective to afford protection in Florida, Nebraska, New Jersey, New Mexico, Pennsylvania, Texas, Vermont and Virginia. These states utilize insured closing service letters specifically promulgated and/or approved by their state insurance regulator.

*Laura Miles*
Authorized Signatory

499 STATE ROAD 436 • CASSELBERRY, FLORIDA 32707 • 407-260-1385 • 800-606-3478 • FAX 407-260-4511

09/03/2004 12:14PM

Sep. 8. 2004 8:36AM    Plymouth, MN    No.6226  P. 7/25

Northwest Title and Escrow C...
4235 White Bear Pkwy, #1305A
Vadnais Heights, MN 55110-6588

Northwest Title and Escrow Corp.
8567 Wyoming Ave, N. #1
Brooklyn Park, MN 55444

Northwest Title and Escrow Corp
7871 Old Central Ave, #104
Fridley, MN 55432

Northwest Title and Escrow Corp
744 Ryan Dr. #101
Hudson, WI 54016

Northwest Title and Escrow Corp.
4400 W. 133rd Street
Savage, MN 55378

Northwest Title and Escrow Corp.
5154 Central Ave. N.E.
Columbia Heights, MN 55421

Northwest Title and Escrow Corp.
3853 Coon Rapids Blvd.
Coon Rapids, MN 55433

Northwest Title and Escrow Corp.
4444 N. Belleview Suite 110
Gladstone, MO 64116

Northwest Title and Escrow Corp.
9100 Baltimore St. NE #110
Blaine, MN 55449

Northwest Title and Escrow Corp.
8041 S. Syracuse Way #200
Englewood, CO 80111

Northwest Title and Escrow Corp.
7400 Metro Blvd. #180
Edina, MN 55439

Northwest Title and Escrow Corp.
18355 W. Capitol Dr. Ste. L01
Brookfield, WI 53045

Northwest Title and Escrow Corp.
7455 Conroy-Windermere Rd. Ste. C
Orlando, FL 32835

Northwest Title and Escrow Corp.
703 Hillside Ave.
Pine City, MN 55063

Northwest Title and Escrow Corp.
11820 St. Charles Rock Rd. #200
Bridgeton, MO 63044

Northwest Title and Escrow Corp.
711 East Grand River
Brighton, MI 48116

Northwest Title and Escrow Corp.
17117 W. 9 Mile Road #1540
Southfield, MI 48075

Northwest Title and Escrow Corp.
7400 Metro Blvd. #185
Edina, MN 55439

Northwest Title & Escrow Corp.
11990 Grant St. #302
Northglenn, CO 80233

Northwest Title and Escrow Corp.
2906 250th Ave. NW
St. Francis, MN 55070

Northwest Title and Escrow Corp.
2005 Sloan Pl.
St. Paul, MN 55117

Northwest Title and Escrow Corp.
1142 East County Road E
Vadnais Heights, MN 55110

Northwest Title and Escrow Corp.
3601 Algonquin Rd. #200
Rolling Meadows, IL 60008

483 STATE ROAD 436 CASSELBERRY, FLORIDA 32707 800-804-5478 407-265-1996 FAX 800-528-... 09/03/2004  12:14PM