**EXHIBIT 3**

 # TICOR TITLE INSURANCE COMPANY

ATTENTION:  
AmeriQuest Mortgage Company  
Its successors and/or assigns

1013 Center Road, Suite 405  
Wilmington, DE 19805

DATE: 10/19/2005  
ISSUING AGENT OR APPROVED ATTORNEY:

Middle Atlantic Settlement Services, LLC  
1817 Olde Homestead Lane, Ste. 204  
Lancaster, PA 17601-

RE:

To Whom It May Concern:

When title insurance of Ticor Title Insurance Company (Company) is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney who has been certified by the Company to perform title examinations and settlement services) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of such title documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or
2. Fraud of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty affects the status of the title to said interest in land, or the validity, enforceability or priority of the lien of said mortgage on said interest in land.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:
   1. Failure of an Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.
   2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.
   3. Mechanics and materialmens liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.
B. If the closing is to be conducted by an Issuing Agent or Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Issuing Agent or Approved Attorney.
C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.
D. The Issuing Agent or Approved Attorney is not the Companys agent for the purpose of providing closing services. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall by limited to the protection provided by this letter, which does not include liability for loss resulting from the fraud or bad faith of any party to a real estate transaction other than an Issuing Agent or Approved Attorney, the lack of creditworthiness of any borrower connected with a real estate transaction or the failure of any collateral to adequately secure a loan connected with a real estate transaction. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.
E. Claims shall be made promptly to the Company at its principal office at P.O. Box 45023 Jacksonville, Florida 32232-5023. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

Your delivery of funds or documents to an Issuing Agent or Approved Attorney for a closing covered by this letter shall constitute your agreement to the terms and conditions herein stated.

Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent or Approved Attorney.

Ticor Title Insurance Company

By:

Louis Pierce, VP Senior Underwriting Counsel