**EXHIBIT 4**

10/20/2005  15:11     7177350668          MIDDLE ATLANIC                    PAGE  20/33



# TICOR TITLE INSURANCE COMPANY

ATTENTION:
Ameriquest Mortgage Company
its successors and/or assigns

9000 Brooktree Road Suite 150
Wexford, PA 15090

RE:

DATE: 10/19/2005
ISSUING AGENT OR APPROVED ATTORNEY:

Middle Atlantic Settlement Services, LLC
1817 Olde Homestead Lane, Ste. 204
Lancaster, PA 17601-

To whom it may concern:

When title insurance of Ticor Title Insurance Company (Company) is specified for your protection in connection with the closing of the above described real estate transaction (the Closing) in which you are to be a lender secured by a mortgage of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with the Closing when conducted by the above named Issuing Agent (an agent authorized to issue title insurance for the Company) or the above named Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such title or lien; or (b) the collection and payment of funds due you; or

2. Fraud or misapplication of the Issuing Agent or Approved Attorney in handling your funds in connection with the matters set forth in numbered paragraph 1 above.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:
   1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.
   2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.
   3. Mechanics' and materialmen's liens in connection with a construction loan transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the Closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. Should the Company reimburse you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with the Closing by an Issuing Agent or Approved Attorney shall be limited solely to the protection provided by this letter.

E. Liability under this letter is limited to the amount of the policy of title insurance to be issued, and any payment of loss under this letter shall constitute a payment under the policy.

F. Claims shall be made promptly to the Company at its office at P.O. Box 45023, Jacksonville, Florida 32232-5023. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

G. The Company shall not be liable hereunder unless notice of claim in writing is received by the Company within one year from the date of the Closing.

H. This letter does not appoint the above named Approved Attorney, if any, as an agent of the Company.

I. The scope and effect of this Letter is limited to a single transaction, which is the Closing on the commitment or binder referenced in the caption.

Ticor Title Insurance Company

By:

Paul Petersen, VP Senior Staff Underwriter

LETTER ID: 2005.10.19.15.19.127968
750 Holiday Drive, 6th Floor Foster Plaza Bldg. 9 - Pittsburgh - PA - 15220- - Telephone (412) 920-4700 - Fax (412) 920-4701
PENNSYLVANIA SPECIFIC CPL LETTER (CPL-15)

EXHIBIT
Scott 35
30(b)(6) 2/4/10

American Land Title Association

Closing Protection Letter—Single Transaction Limited Liability
Adopted 10/17/98
Section VI-2(c)

## BLANK TITLE INSURANCE COMPANY

EXHIBIT
Scott 29
30(b)(6) 2/4/p

Name and Address of Addressee:

Date:

Name of Issuing Agent or Approved Attorney (hereafter, "Issuing Agent" or "Approved Attorney", as the case may require):

*[Identity of settlement agent and status as either Issuing Agent or Approved Attorney appears here.]*

Transaction (hereafter, "the Real Estate Transaction"):

Re: Closing Protection Letter

Dear:

You have requested title insurance of Blank Title Insurance Company for your protection in connection with the closing of the Real Estate Transaction conducted by the Issuing Agent or the Approved Attorney [and] in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land. If the aggregate of all funds you transmit to the Issuing Agent or Approved Attorney for the Real Estate Transaction does not exceed $_____, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closing when conducted by the Issuing Agent or Approved Attorney and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document, or (c) the collection and payment of funds due you, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closing.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one-to-four family dwelling shall be protected as if this letter were addressed to your borrower.

### Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure.

1

American Land Title Association

Closing Protection Letter—Single Transaction Limited Liability
Adopted 10/17/98
Section VI-2(c)

    insolvency or suspension, except as shall result from failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with the Real Estate Transaction if it is a purchase or lease or construction loan transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B. If the closing is conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. The protection herein offered shall not extend to the actions of the Issuing Agent or Approved Attorney if the aggregate of all funds you transmit to the Issuing Agent or Approved Attorney for the Real Estate Transaction exceeds the amount set forth on the first page of this letter and the Company shall have no liability for the mishandling of all or any part of such funds by the Issuing Agent or Approved Attorney except pursuant to an express written agreement between you and the Company made with reference to the Real Estate Transaction.

E. Any liability of the Company for loss incurred by you in connection with the closing of the Real Estate Transaction by the Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

F. Claims shall be made promptly to the Company at its principal office at _____. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

    The protection herein offered will be effective upon receipt by the Company of your acceptance of the terms of this letter in writing, which may be made on the enclosed copy hereof, or by your transmission of documents or funds to the Agent or Approved Attorney for the Real Estate Transaction subsequent to your receipt of this letter, which will constitute such acceptance, and will continue unless canceled by written notice from the Company. Cancellation shall not extinguish the obligation of the Company hereunder with respect to acts or omissions of the Issuing Agent or Approved Attorney occurring prior thereto.

    Any previous insured closing service letter or similar agreement is hereby canceled with respect to the Real Estate Transaction.

Accepted: ___(Date)___

By: _____
                   (Title)

BLANK TITLE INSURANCE COMPANY

BY: _____
                   (Title)

(The words "Underwritten Title Company" may be inserted in lieu of Issuing Agent)

2