# EXHIBIT 12

# In The Matter Of:

*ROSE TERRY, et al.,*

*v.*

*AMERIQUEST MORTGAGE COMPANY, et al.,*

---

## *ALEX JOSEPH RICKS - Vol. 1*
### *June 16, 2011*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

ALEX JOSEPH  RICKS - 6/16/2011

Page 23

| 09:33 | 1 | is a blanket closing protection letter form? |
| 09:33 | 2 | A    Well, the form is a form.  It's how it's used, |
| 09:34 | 3 | how it's completed, which determines whether it's |
| 09:34 | 4 | transactional or blanket. |
| 09:34 | 5 | Q    And how does its completion determine? |
| 09:34 | 6 | A    If you put in transaction-specific information |
| 09:34 | 7 | like the name and address of the borrower and the loan |
| 09:34 | 8 | number and so forth, then it's a transactional letter. |
| 09:34 | 9 | If instead of putting in transactional information you |
| 09:34 | 10 | put in a generic designation like all transactions, then |
| 09:34 | 11 | it becomes a blanket letter for that particular agent in |
| 09:34 | 12 | favor of that particular lender. |
| 09:34 | 13 | Q    Has that practice of using the same form but |
| 09:35 | 14 | having it be used in two different ways as a blanket and |
| 09:35 | 15 | a transaction specific been the practice at Fidelity |
| 09:35 | 16 | since you started in 2003? |
| 09:35 | 17 | A    It has been the practice since the Trax system |
| 09:35 | 18 | was rolled out.  I don't know what the practice was |
| 09:35 | 19 | prior to that time. |
| 09:35 | 20 | Q    So beginning in 2005, that was the practice at |
| 09:35 | 21 | Fidelity? |
| 09:35 | 22 | A    Yes. |
| 09:35 | 23 | Q    Where is it that you -- were you involved in |
| 09:35 | 24 | setting up the Trax system so that it used the same form |
| 09:35 | 25 | for blanket and transaction specific? |

e816f36d-4366-4515-a327-d22bca36ca04

ALEX JOSEPH  RICKS - 6/16/2011

Page 44

| 10:11 | 1 | A    Because they generate a lot of CPLs in |
| 10:11 | 2 | connection with their own transactions. |
| 10:11 | 3 | Q    Is that a -- is that a national group or a |
| 10:11 | 4 | statewide or a state-by-state group? |
| 10:11 | 5 | A    It's a national group.  It's the national |
| 10:11 | 6 | group that advises the people who do escrows in each |
| 10:12 | 7 | state, who trains and works with them. |
| 10:12 | 8 | Q    Does each state have someone from escrow |
| 10:12 | 9 | training? |
| 10:12 | 10 | A    No. |
| 10:12 | 11 | Q    What else would you look for besides the all |
| 10:12 | 12 | transactions? |
| 10:12 | 13 | A    Basically, that would be the giveaway to me. |
| 10:12 | 14 | And it wouldn't have to be all transactions.  It could |
| 10:12 | 15 | say, you know, every transaction done by the agent.  Or |
| 10:12 | 16 | as long as it got across the concept that the letter |
| 10:12 | 17 | applied to all transactions done by the agents. |
| 10:12 | 18 | "All transactions" is just the shortest way of |
| 10:12 | 19 | saying it, and that's the most generic reply that I |
| 10:12 | 20 | give. |
| 10:12 | 21 | Q    Since you started at Fidelity in 2003, has |
| 10:12 | 22 | there been any time when using the phrase "all |
| 10:13 | 23 | transactions" to make a -- to show that a form, CPL form |
| 10:13 | 24 | was blanket was not allowed? |
| 10:13 | 25 | A    I did not know because I only became involved |

ALEX JOSEPH  RICKS - 6/16/2011

Page 45

| | | |
|---|---|---|
| 10:13 | 1 | in the issuance of CPLs when the Trax system was being |
| 10:13 | 2 | rolled out.  Prior to that time I wasn't involved. |
| 10:13 | 3 | Q   Well, did you ask anyone when you got involved |
| 10:13 | 4 | with the Trax system about the past practices of |
| 10:13 | 5 | Fidelity? |
| 10:13 | 6 | A   No, because the -- as I understood it, the |
| 10:13 | 7 | whole reason for doing the Trax system was because there |
| 10:13 | 8 | were so many past practices depending on locality that |
| 10:13 | 9 | there is no unified approach. |
| 10:13 | 10 | Q   Who did you get that information from? |
| 10:13 | 11 | A   I can't say for certain.  It was just the |
| 10:13 | 12 | generic understood reason for the development of the |
| 10:14 | 13 | Trax system. |
| 10:14 | 14 | Q   Who was it that supervised you in the |
| 10:14 | 15 | development of the Trax system with respect to forms? |
| 10:14 | 16 | A   Well, I don't know that anyone really |
| 10:14 | 17 | supervised me.  I guess I worked with Donald Cole in |
| 10:14 | 18 | providing the Trax developers with the form that we |
| 10:14 | 19 | would use. |
| 10:14 | 20 | Q   Does a blank in the regarding line on the CPL |
| 10:14 | 21 | standard form indicate to you that it's intended to be a |
| 10:14 | 22 | blanket CPL? |
| 10:14 | 23 | MR. FOWERBAUGH:  I'm sorry.  Would you read |
| 10:14 | 24 | his question back, please. |
| 10:15 | 25 | (Question read by reporter.) |

ALEX JOSEPH  RICKS - 6/16/2011

Page 143

| | | |
|---|---|---|
| 02:19 | 1 | a function of the local underwriting and managers' |
| 02:19 | 2 | discretion. |
| 02:19 | 3 | BY MR. MANVITZ: |
| 02:19 | 4 | Q    So, for example, if Ticor Title -- |
| 02:19 | 5 | MR. FOWERBAUGH:  Ticor. |
| 02:19 | 6 | MR. MANVITZ:  -- in Illinois may have -- well, |
| 02:19 | 7 | shall I say Chicago Title. |
| 02:19 | 8 | MR. FOWERBAUGH:  If you are at least going to |
| 02:19 | 9 | say a word, at least call it roundel. |
| 02:19 | 10 | MR. MANVITZ:  So let's start again. |
| 02:19 | 11 | BY MR. MANVITZ: |
| 02:19 | 12 | Q    Ticor Title, Illinois, may have had tighter |
| 02:19 | 13 | restrictions on blanket closing protection letters than |
| 02:19 | 14 | Ticor Title in Michigan? |
| 02:19 | 15 | A    It's possible. |
| 02:19 | 16 | Q    Where would I find those restrictions? |
| 02:20 | 17 | A    I don't know that they are in writing |
| 02:20 | 18 | anywhere.  The sources of information would be the local |
| 02:20 | 19 | managers and counsel during that time period. |
| 02:20 | 20 | Q    Did Ticor in the 2003 to 2006 time period -- |
| 02:20 | 21 | strike that. |
| 02:20 | 22 | In the 2003 to 2006 time period before |
| 02:20 | 23 | agentTrax, did Ticor have any nationwide policy |
| 02:20 | 24 | regarding blanket closing protection letters? |
| 02:20 | 25 | A    No.  To my knowledge none of the companies had |

ALEX JOSEPH  RICKS - 6/16/2011

Page 144

| | | |
|---|---|---|
| 02:20 | 1 | any kind of nationwide policy regarding closing |
| 02:20 | 2 | protection letters. |
| 02:20 | 3 | Q    Did Ticor during that same time period have |
| 02:21 | 4 | any restrictions on blanket closing protection letters? |
| 02:21 | 5 | MR. FOWERBAUGH:  Objection, lack of |
| 02:21 | 6 | foundation. |
| 02:21 | 7 | THE WITNESS:  That I couldn't tell you because |
| 02:21 | 8 | I'm not familiar with the practices and procedures |
| 02:21 | 9 | during that time period. |
| 02:21 | 10 | BY MR. MANVITZ: |
| 02:21 | 11 | Q    Is there anyone at the Fidelity corporate |
| 02:21 | 12 | offices who you believe would have that information? |
| 02:21 | 13 | A    No, not to my knowledge. |
| 02:21 | 14 | Q    Do you know of any information that was given |
| 02:22 | 15 | to the state offices for the various brands with respect |
| 02:22 | 16 | to blanket closing protection letters before agentTrax? |
| 02:22 | 17 | A    No. |
| 02:22 | 18 | Q    Are there Fidelity brands that use the blank |
| 02:22 | 19 | in the regarding line before agentTrax for blanket |
| 02:22 | 20 | closing protection letters? |
| 02:22 | 21 | MR. FOWERBAUGH:  Objection, lack of |
| 02:22 | 22 | foundation. |
| 02:22 | 23 | THE WITNESS:  There may have been, but I'm not |
| 02:23 | 24 | familiar with the CPL practices prior to agentTrax. |
| 02:23 | 25 | BY MR. MANVITZ: |

ALEX JOSEPH  RICKS - 6/16/2011

Page 196

| 04:33 | 1 | A    I couldn't tell you because it was all locally |
| 04:33 | 2 | controlled and determined. |
| 04:33 | 3 | Q    Well, and, also, the forms likely would have |
| 04:33 | 4 | pre-existed you? |
| 04:33 | 5 | A    In all likelihood. |
| 04:33 | 6 | Q    So if Fidelity had provided a form to all of |
| 04:34 | 7 | its brands, that would have -- before 2003, you wouldn't |
| 04:34 | 8 | be aware of that? |
| 04:34 | 9 | MR. FOWERBAUGH:  Objection, calls for |
| 04:34 | 10 | speculation. |
| 04:34 | 11 | THE WITNESS:  No, I wouldn't have been aware |
| 04:34 | 12 | of it.  But based on just the knowledge that I |
| 04:34 | 13 | acquired as I began getting involved in the CPLs, |
| 04:34 | 14 | it was apparent that there had been no providing of |
| 04:34 | 15 | forms to companies or anything, that it was all |
| 04:34 | 16 | very locally done with people using forms wherever |
| 04:34 | 17 | they had acquired them at a local level. |
| 04:34 | 18 | BY MR. MANVITZ: |
| 04:34 | 19 | Q    But it could be, for example, that all the |
| 04:34 | 20 | local brand managers attended a conference, were given a |
| 04:34 | 21 | Fidelity form, and made their own changes to it along |
| 04:35 | 22 | the way? |
| 04:35 | 23 | MR. FOWERBAUGH:  Object. |
| 04:35 | 24 | BY MR. MANVITZ: |
| 04:35 | 25 | Q    You wouldn't know? |

ALEX JOSEPH  RICKS - 6/16/2011

Page 197

| | | |
|---|---|---|
| 04:35 | 1 | MR. FOWERBAUGH:  Objection, calls for |
| 04:35 | 2 | speculation. |
| 04:35 | 3 | THE WITNESS:  No, I wouldn't know.  If that |
| 04:35 | 4 | happened, though, it wouldn't have been a national |
| 04:35 | 5 | conference.  Like say if all the managers in the |
| 04:35 | 6 | state attended a state meeting, it could have |
| 04:35 | 7 | happened at that level.  But, you know, there was |
| 04:35 | 8 | no national form to give out, like a national |
| 04:35 | 9 | meeting or anything like that. |
| 04:35 | 10 | BY MR. MANVITZ: |
| 04:35 | 11 | Q    Who approves the information or documents |
| 04:36 | 12 | placed on agentTrax? |
| 04:36 | 13 | MR. FOWERBAUGH:  Objection, vague. |
| 04:36 | 14 | THE WITNESS:  The initial forms were approved |
| 04:36 | 15 | and provided by Donald Cole and I.  And since then, |
| 04:36 | 16 | there have been no really new forms added other |
| 04:36 | 17 | than the blanket form for Louisiana that I |
| 04:36 | 18 | mentioned earlier.  And I believe Texas a couple of |
| 04:36 | 19 | years ago adopted a seller's form which was added |
| 04:36 | 20 | to the system.  But other than that, I can't think |
| 04:36 | 21 | of any new forms that have been put onto the |
| 04:36 | 22 | system. |
| 04:36 | 23 | BY MR. MANVITZ: |
| 04:36 | 24 | Q    What about informational material on |
| 04:36 | 25 | agentTrax, is there any process for people that have to |