IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) ) Lead Case No. 05 C 07097 ) ) ALL CASES ) ) ) (Centralized before the Hon. Marvin E. ) Aspen) ) |

**MOTION TO WITHDRAW**
**THE APPEARANCES OF MICHAEL G. SALEMI**

Attorney Michael G. Salemi, one of the attorneys of record for JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("Chase") and JPMC Specialty Mortgage LLC, pursuant to Local Rule 83.17 hereby respectfully requests leave of this Court to withdraw his appearances in this case, and states as follows:

1. Michael G. Salemi, then associated with Burke, Warren, MacKay & Serritella, P.C., filed his appearance on behalf of Chase in the Ameriquest MDL the following matters: *Carter*, 06 C 03425 (Docket No. 2940); *Thompson*, 07 C 00323 (Docket No. 2940); *Williams*, 07 C 00127 (Docket No. 2940); *Brown*, 06 C 2830 (Docket No. 3057); *Horne*, 06 C 4715 (Docket No. 3057); *Gillespie*, 06 C 3427 (Docket No. 06 C 3427); and *Blackburn*, 07 C 00309 (Docket No. 3057).

2. In addition, Mr. Salemi has filed his appearance on behalf of Chase in the dockets for the following cases that are a part of the Ameriquest MDL: *Guillemette*, 07 C 01509 (Docket No. 15); *Williams*, 07 C 00127 (Docket No. 40); and *Thompson*, 07 C 00323 (Docket No. 44).

3. Mr. Salemi also filed his appearance on behalf of JPMC Specialty Mortgage, LLC in the following matters: *Coleman*, 07 C 3577 (Docket No. 3312); and *Westmoreland*, 07 C 4872 (Docket No. 3314).

4. Stephen R. Meinertzhagen and Benjamin P. Wieck, both associated with Burke, Warren, MacKay & Serritella, P.C., have also filed their appearance on behalf of Chase. (*See* Docket Nos. 2943 and 4401.)

5. After August 17, 2011, Mr. Salemi will no longer be associated with Burke, Warren, MacKay & Serritella, P.C.

6. Attorneys Stephen R. Meinertzhagen and Benjamin P. Wieck will continue to represent Chase in this matter..

7. Granting Mr. Salemi leave to withdraw his appearance in this case will not interfere with any dates currently set in this matter.

WHEREFORE, attorney Michael G. Salemi respectfully requests entry of an order granting him leave to withdraw his appearance as counsel for JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC and JPMC Specialty Mortgage LLC in the Ameriquest MDL and all related actions effective August 17, 2011, and for such further and different relief as this Court deems necessary and just.

Date:  August 12, 2011          Respectfully submitted,

By:    /s/Michael G. Salemi

Michael G. Salemi (6279741)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900
Email: msalemi@burkelaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 12, 2011, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

By: /s/Michael G. Salemi