# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1715<br><br>Lead Case No. 05 C 07097<br><br>ALL CASES<br><br>(Centralized before the Hon. Marvin E. Aspen) |

      Please take notice that on Tuesday, August 16, 2011, at 10:30 a.m., counsel for Defendant JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance LLC shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the <u>Motion to Withdraw Appearance of Michael G. Salemi</u>, a copy of which was previously served upon you.

Date:  August 12, 2011                Respectfully submitted,

                                                 By:   <u>/s/Michael G. Salemi</u>

                                          Michael G. Salemi (6279741)
                                          Burke, Warren, MacKay & Serritella, P.C.
                                          330 North Wabash Avenue, 22nd Floor
                                          Chicago, Illinois 60611-3607
                                          Telephone:   (312) 840-7000
                                          Facsimile:    (312) 840-7900
                                          Email:  msalemi@burkelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 12, 2011, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

By: /s/Michael G. Salemi