U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case Number: 05-cv-07097 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
EMC Mortgage LLC, incorrectly named as Bear Stearns & Co, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Benjamin P. Wieck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Benjamin P. Wieck | |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS<br>330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60611-3607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291050 | TELEPHONE NUMBER<br>312-840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 18th day of August, 2011, a true and correct copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to all attorneys who have registered for electronic filing via the Court's ECF system.

/s/ Benjamin P. Wieck
Benjamin P. Wieck