IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Ernest P. Burgess, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06748, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ERNEST P. BURGESS** and **PEGGY G. BURGESS** (collectively "Plaintiffs")[1] and Defendants **AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC, F/K/A WM SPECIALTY MORTGAGE, LLC, CHASE HOME FINANCE, LLC, BAC HOME LOANS SERVICING, L.P., WELLS FARGO BANK, N.A.,** as Trustee for **PARK PLACE SECURITIES, INC.,** Asset-Backed Pass-Through Certificates, Series 2004-MCW1, and **REAL ESTATE EXPERTS AND APPRAISERS, INC.**[2] (collectively "Defendants") hereby stipulate that the *Ernest P. Burgess, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06748 (N.D. Ill) (transferred into the MDL from 06-CV-13734 E.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Plaintiff Sarah Chaumley's claims against **BAC HOME LOANS SERVICING, L.P., WELLS FARGO BANK, N.A.,** as Trustee for **PARK PLACE SECURITIES, INC.,** Asset-Backed Pass-Through Certificates, Series 2004-MCW1, and **REAL ESTATE EXPERTS AND APPRAISERS, INC.** shall remain.

[2] Real Estate Experts and Appraisers, Inc. has not appeared in this matter and on July 16, 2008, Plaintiff's Motion for Entry of Order of Default against Real Estate Experts and Appraisers, Inc. was granted.

DATED:  August 19, 2011                Respectfully submitted,

                                                             By:  /s/ Cathleen M. Combs
*Attorneys for Ernest P. Burgess and Peggy G. Burgess*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

DATED:  August 19, 2011                Respectfully submitted,

By:  /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, JPMC Specialty Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC, BAC Home Loans Servicing, L.P., Park Place Securities, Inc., and Wells Fargo Bank, N.A., as Trustee*

Bernard E. LeSage
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED:  August 19, 2011                Respectfully submitted,

By:  /s/ Benjamin P. Wieck
*Attorneys for Chase Home Finance, LLC*

Benjamin P. Wieck, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7117
Facsimile:  (312) 840-7900

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 19th day of August 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs