**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL, LLC** ("Jones Damia") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Jones Damia.

All claims by Argent against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Argent and Jones Damia shall bear their own costs and attorneys' fees.

DATED: August 19, 2011

Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

2

DATED: August 19, 2011

Respectfully submitted,

By: /s/ George K. Flynn
*Attorneys for Jones, Damia, Kaufman, Borofsky & DePaul, LLC*

George K. Flynn, Esq.
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 606-7726
Facsimile: (312) 606-7777

3

**CERTIFICATE OF SERVICE**

    I, Thomas J. Wiegand, hereby certify that on this 19th day of August 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    By: /s/ Thomas J. Wiegand