**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: <br><br> *Calvin Duncan, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-cv-02467 | |

**JOINT NOTICE TO CALL MATTER TO ATTENTION OF COURT FOR DECISION**

Pursuant to Local Rule 78.5, Defendant Ameriquest Mortgage Company and counsel for named-Plaintiff Thomas Sherman jointly call **Document 2451**, entitled Motion to Substitute Plaintiff ("Motion"), to the attention of the Court for decision.

The parties have tentatively settled this matter, however, given that named-Plaintiff Thomas Sherman has passed away, the parties require the Court's assistance in substituting the proper Plaintiff. Documentation of the tentative settlement is stalled until the parties have a proper Plaintiff of record. Accordingly, the parties respectfully request that the Court rule on the Motion.

1

               Respectfully submitted,

DATED: August 22, 2011      By: /s/ Bernard E. LeSage
               *Attorneys for Ameriquest Mortgage Company*
               Bernard E. LeSage, Esq.
               Sarah K. Andrus, Esq.
               BUCHALTER NEMER, P.C.
               1000 Wilshire Boulevard, Suite 1500
               Los Angeles, CA 90017-2457
               Tel (213) 891-0700
               Fax (213) 896-0400
               blesage@buchalter.com


DATED: August __ 2011      By: /s/ Daniel S. Blinn
               *Attorneys for named-Plaintiff Thomas Sherman*
               Daniel S. Blinn, Esq.
               Consumer Law Group, LLC
               35 Cold Spring Road, Suuite 512
               Rocky Hill, CT 06067
               Tel (860) 571-0408
               Fax (860) 571-7457
               mgraeber@consumerlawgroup.com

3

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 22nd day of August, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage