IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the Hon.<br>Marvin E. Aspen |
| KEVIN P. WHITE AND JULIE A. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>WM SPECIALTY MORTGAGE LLC, WITHOUT RECOURSE; AMERIQUEST MORTGAGE COMPANY, and MICHAEL C. CAMPBELL d/b/a Campbell Appraisal Service,<br>Defendants | Formerly USDC – Eastern Dist. Michigan<br>Case No: 2:08-cv-1037 |

**COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS/CLASS MEMBERS KEVIN AND JULIE WHITE**

The Law Offices of Fred R. Schmerberg hereby respectfully moves this Court to allow the undersigned counsel to withdraw as counsel of record for plaintiffs/class members Kevin and Julie White, and in support of this motion states as follows:

1. On July 11, 2007, Plaintiffs/Class Members Kevin and Julie White signed a fee agreement and retained the Law Offices of Fred R. Schmerberg to represent them concerning their mortgage.

2. Other than their initial deposit of $1,000 for application on file costs to be incurred, made on November 30, 2007, the Whites have not paid any of the fees they owe to the Law Offices of Fred R. Schmerberg.

3. Past due invoices for legal services provided to the Whites now exceed $10,000.

4. The Law Offices of Fred R. Schmerberg wrote to the Whites on September 15, 2010, reminding them of the past due balance, requesting payment, and notifying them that if they did not make any efforts to begin payment of the balance, that the Law Offices of Fred R. Schmerberg would be forced to withdraw from their representation.

5. The Whites did not respond to that letter, or subsequent telephone calls.

6. In spite of numerous requests for contact and payment of amounts past due on their account, the Whites have had no contact with The Law Offices of Fred R. Schmerberg since February, 2010, when they elected to opt out of the Class action Settlement with Ameriquest Mortgage Co in MDL No. 1715.

7. The breakdown in communications with the Whites makes it impossible for their attorney to effectively represent their interests in this litigation.

8. Continued representation of the Whites without the prospect of payment for services to be rendered or costs to be incurred would impose an undue financial hardship on The Law Offices of Fred R. Schmerberg.

WHEREFORE, for the reasons stated herein, as well as in the attached affidavit of Fred R. Schmerberg, The Law Offices of Fred Schmerberg respectfully request, that this honorable court approve of Counsel's Withdrawal in this action.

Dated: August 23, 2011

Respectfully submitted,

s/Fred R. Schmerberg/
Fred R. Schmerberg (P29895)
Law Offices of Fred R. Schmerberg
209 E. Michigan Avenue
Saline, Michigan 48176-1554
(734) 429-4936
fred@schmerberg.com
Attorneys for Kevin and Julie White

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing MOTION TO WITHDRAW AS COUNSEL FOR CLASS MEMBERS KEVIN AND JULIE WHITE has been filed electronically. Notice of this filing will be sent by electronic mail to all counsel via the Court's electronic filing service on the 23rd day of August, 2011.

I additionally certify that a copy of the forgoing MOTION TO WITHDRAW AS COUNSEL FOR CLASS MEMBERS KEVIN AND JULIE WHITE has been mailed first class, postage prepaid on the 23rd day of August, 2011 to:

Kevin and Julie White
4314 N. Adrian Highway
Adrian, MI 49221
517-263-2810
kjwhite622@yahoo.com

                                                  s/Fred R. Schmerberg/
                                                  Fred R. Schmerberg