IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the Hon.<br>Marvin E. Aspen |
| KEVIN P. WHITE AND JULIE A. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>WM SPECIALTY MORTGAGE LLC, WITHOUT RECOURSE; AMERIQUEST MORTGAGE COMPANY, and MICHAEL C. CAMPBELL d/b/a Campbell Appraisal Service,<br>Defendants | Formerly USDC – Eastern Dist. Michigan<br>Case No. 2:08-cv-1037 |

## AFFIDAVIT OF FRED R. SCHMERBERG

I, Fred R. Schmerberg, do Depose and say that:

1. I am over the age of 18, have personal knowledge of the matters set forth herein and would be competent to testify thereto.

2. I am currently counsel to plaintiffs/class members Kevin and Julie White, and I make this affidavit in support of my motion to withdraw as counsel for Kevin and Julie White in this action.

3. On July 11, 2007, Class Members Kevin and Julie White signed a fee agreement and retained my office on an hourly fee basis to represent them in the matter of their mortgage.

4. Other than their initial deposit of $1,000 for application on file costs to be incurred, made on November 30, 2007, the Whites have not paid any of the fees they owe to the Law Offices of Fred R. Schmerberg.

5. In spite of numerous requests for contact and payment of amounts past due on their account, the Whites have had no contact with me since February, 2010, when they elected to opt out of the Class action Settlement with Ameriquest Mortgage Co in MDL No. 1715.

6. I wrote to the Whites on September 15, 2010, reminding them of the past due balance, requesting payment, and notifying them that if they did not make any efforts to begin payment of the balance, that I would be forced to withdraw.

7. The Whites did not respond to that letter, or subsequent telephone calls.

8. I have sent the Whites an invoice for services rendered each month since March, 2010, and have received no payments on their account.

9. Past due invoices for legal services provided to the Whites now exceed $10,000.

10. Any further representation of the Whites would be ineffective, difficult or impossible, due to the refusal of the Whites to communicate with my office.

11. Continued representation of the Whites without the prospect of payment for services to be rendered would impose an undue financial hardship on me and my law firm.

Signed under penalty of perjury this 23rd day of August, 2011.

                s/Fred R. Schmerberg/
                Fred R. Schmerberg (P29895)
                Law Offices of Fred R. Schmerberg
                209 E. Michigan Avenue
                Saline, Michigan 48176-1554
                (734) 429-4936
                fred@schmerberg.com
                Attorneys for Kevin and Julie White

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing AFFIDAVIT OF FRED R. SCHMERBERG as been filed electronically. Notice of this filing will be sent by electronic mail to all counsel via the Court's electronic filing service on the 23rd day of August, 2011.

I additionally certify that a copy of the forgoing AFFIDAVIT OF FRED R. SCHMERBERG has been mailed first class, postage prepaid on the 23rd day of August, 2011 to:

Kevin and Julie White
4314 N. Adrian Highway
Adrian, MI 49221
517-263-2810
kjwhite622@yahoo.com

                                                s/Fred R. Schmerberg/
                                                Fred R. Schmerberg