IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the Hon.<br>Marvin E. Aspen |
| KEVIN P. WHITE AND JULIE A. WHITE,<br><br>    Plaintiffs,<br><br>vs.<br><br>WM SPECIALTY MORTGAGE LLC, WITHOUT RECOURSE; AMERIQUEST MORTGAGE COMPANY, and MICHAEL C. CAMPBELL d/b/a Campbell Appraisal Service,<br>    Defendants | Formerly USDC – Eastern Dist. Michigan<br>Case No: 2:08-cv-1037 |

## NOTICE OF MOTION

Please take Notice that on August 30, 2011, at 10:30 a.m. or as soon thereafter as may be heard, thereafter, The Law Offices of Fred R. Schmerberg's Motion to Withdraw as Counsel for Plaintiffs/Class Members Kevin and Julie White, a copy of which is attached hereto, will be heard before the Honorable Marvin E. Aspen, presiding in the United States District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn Street, Chicago, Illinois

Dated: August 23, 2011

Respectfully submitted,

s/Fred R. Schmerberg/
Fred R. Schmerberg (P29895)
Law Offices of Fred R. Schmerberg
209 E. Michigan Avenue
Saline, Michigan 48176-1554
(734) 429-4936
fred@schmerberg.com
Attorneys for Kevin and Julie White

–1–

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing NOTICE OF MOTION has been filed electronically. Notice of this filing will be sent by electronic mail to all counsel via the Court's electronic filing service on the 23rd day of August, 2011.

I additionally certify that a copy of the forgoing NOTICE OF MOTION has been mailed first class, postage prepaid on the 23rd day of August, 2011 to:

Kevin and Julie White
4314 N. Adrian Highway
Adrian, MI 49221
517-263-2810
kjwhite622@yahoo.com

                                                s/Fred R. Schmerberg/
                                                Fred R. Schmerberg