**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

_____

| | | |
|---|---|---|
| MARLON MANIER and TANYA S. MANIER,  Plaintiffs,  v.  ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION, PRIME PLUS MORTGAGE, INC., WELLS FARGO BANK MINNESOTA, N.A., as Trustee of PARK PLACE SECURITIES, INC., Floating Rate Pass-Through Certificates, Series 2005-WHQ3 Under Pooling and Servicing Agreement Dated as of May 1, 2005, Without Recourse, and DOES 1-5,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 07 C 2773  (Originally 07 C 10651 (E.D. Mich.))  (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)  **DEMAND FOR JURY TRIAL** |

**MOTION TO WITHDRAW REPRESENTATION OF
PLAINTIFFS MARLON MANIER AND TANYA S. MANIER**

Counsel for plaintiffs, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Marlon Manier and Tanya S. Manier pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1

1. Notice of this motion has been sent by regular and certified mail to plaintiffs Marlon Manier and Tanya S. Manier's last known address.

3. Despite repeated attempts, counsel has been unable to contact plaintiffs Marlon Manier and Tanya S. Manier.

4. This communication breakdown between plaintiffs and counsel has made it unreasonably difficult to represent plaintiffs.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

        Respectfully submitted,

        s/Cathleen M. Combs
        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)