**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| MARLON MANIER and TANYA S. MANIER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC, ) <br> HOMEQ SERVICING CORPORATION, PRIME ) <br> PLUS MORTGAGE, INC., WELLS FARGO ) <br> BANK MINNESOTA, N.A., as Trustee of ) <br> PARK PLACE SECURITIES, INC., Floating Rate ) <br> Pass-Through Certificates, Series 2005-WHQ3 ) <br> Under Pooling and Servicing Agreement Dated as ) <br> of May 1, 2005, Without Recourse, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 2773 <br><br> Originally 07 C 10651 <br> (E.D. Mich.) <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, September 8, 2011,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS MARLON MANIER AND TANYA S. MANIER,** a copy of which is hereby served upon you.

                                                s/ Cathleen M. Combs
                                                Cathleen M. Combs

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on August 29, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchalternemer.com | Kevin H. Breck<br>David A. Breuch<br>Clark Hill |
| Joanne Davies<br>jdavies@buchalternemer.com | 500 Woodward Ave.<br>Suite 3500<br>Detroit, MI 48226-3435 |
| Rick Kear<br>rkear@morrislaing.com | |

                                                  s/ Cathleen M. Combs
                                                  Cathleen M. Combs