UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                            Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 30, 2011:


MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule
41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and stipulation of dismissal filed
on 8/3/11 (4391) (Re: Case No. 07 C 6231 − Johnson, v. Ameriquest), dismiss all of their
claims against all named defendants, with prejudice, with each party to bear its own costs
and fees. Defendants expressly reserve all of its third−party claims in connection with the
case being dismissed through this stipulation including, without limitation, any and all
claims set forth in the fifth amended consolidated third−party complaint. Shawndree
Campbell and Walter Campbell terminated.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.