IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE D. NIMOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 316 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Originally 06 C 177 (W.D. Mich.) |
| U.S. BANK, N.A., as Trustee for the Home | ) | |
| Equity Asset Trust 2005-4, Home Equity | ) | |
| Pass Through Certificates, Series 2005-4 | ) | (Transferred to Judge Aspen for pre- |
| WELLS FARGO HOME MORTGAGE | ) | Trial) |
| COMPANY, INC., d/b/a AMERICA'S | ) | |
| SERVICING CO., AND DOES 1-5, | ) | Proceeding under MDL #1715 |
| | ) | Lead Case No. 05 C 7097 |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY AND U.S. BANK, N.A., AS TRUSTEE FOR THE HOME EQUITY ASSET TRUST 2005-4, HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2005-4 REPLY BRIEF IN SUPPORT OF 41(b) MOTION TO DISMISS**

NOW COME Defendants WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY ("Wells Fargo"), and U.S. BANK, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity Pass Through Certificates, Series 2005-4 ("US Bank") by and through their attorneys, Litchfield Cavo LLP, and in support of their Rule 41(b) Motion to Dismiss, states as follows:

1. Per the Court's July 11, 2011 order, Plaintiff was to file a Response to Defendants Wells Fargo and U.S. Bank's Motion to Dismiss by August 23, 2011, and Defendants were to Reply by September 2, 2011.

2. Plaintiff has not filed a Response and Defendants submit this Reply in support.

| | |
|---|---|
| September 2, 2011 | Respectfully submitted, |
| | s/ Steven M. Brandstedt<br>Steven M. Brandstedt |

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
Nicholas D. Butovich, Esq. (6277209)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

      I, Steven M. Brandstedt, hereby certify that on September 2, 2011, a true and correct copy of the foregoing Reply Brief was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was sent via certified to the individual listed below at their last known address:

Yvonne Nimox
12225 Mansfeld St.
Detroit, MI 48227

                                                    s/ Steven M. Brandstedt
                                                    Steven M. Brandstedt