IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Nelson Jimenez, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01009, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **NELSON JIMENEZ** and **MELINDA JIMENEZ** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, WASHINGTON MUTUAL BANK, FA, WM SPECIALTY MORTGAGE, LLC,** and **CITI RESIDENTIAL LENDING, INC.** (collectively "Defendants") hereby stipulate that the *Nelson Jimenez, et al. v. Ameriquest Mortgage Company, et al.*, 05-CV-01009 (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED:  September 13, 2011 | Respectfully submitted, |
| | By:  /s/ Cathleen M. Combs |
| | *Attorneys for Nelson Jimenez and Melinda Jimenez* |
| | Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone:  (312) 739-4200<br>Facsimile:  (312) 419-0379 |
| DATED:  September 13, 2011 | Respectfully submitted, |
| | By:  /s/ Bernard E. LeSage |
| | *Attorneys for Ameriquest Mortgage Company, Washington Mutual Bank, FA, WM Specialty Mortgage, LLC, and Citi Residential Lending, Inc.* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone:  (949) 760-1121<br>Facsimile:  (949) 720-0182 |

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 13th day of September 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs