**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Asencio Salazar, et al. v. Argent Mortgage Company, LLC, et al.*, 08-CV-03875, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF HAZEL STREET'S CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **HAZEL STREET** ("Plaintiff Street") and Defendants **ARGENT MORTGAGE COMPANY, LLC, ARGENT MORTGAGE SECURITIES, INC., CITIGROUP INC.,**[1] **DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for Argent Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2006-M3, **ARGENT MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M3** (collectively "Defendants") hereby stipulate that Plaintiff Street's claims in the *Asencio Salazar, et al. v. Argent Mortgage Company, LLC, et al.*, 08-CV-03875 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. This stipulation relates only to the claims of Plaintiff Street. The stipulation does not apply to the other Plaintiffs in this case who are not dismissing their claims against any Defendants at this time. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Appearance has not been filed by Citigroup Inc.

DATED:  September 19, 2011            Respectfully submitted,

                                      By:/s/ Anthony P. Valach, Jr
                                      *Attorneys for the Plaintiffs*

                                      THE LAW OFFICES OF DANIEL HARRIS
                                      Daniel Harris, Esq.
                                      Anthony P. Valach, Esq.
                                      150 N. Wacker Dr., Suite 3000
                                      Chicago, IL 60606
                                      Telephone: (312) 960-1802

DATED:  September 19, 2011            Respectfully submitted,

                                      By:  /s/ Bernard E. LeSage
                                      *Attorneys for Defendants Deutsche Bank National Trust Company*

                                      Bernard E. LeSage, Esq.
                                      Joanne N. Davies, Esq.
                                      BUCHALTER NEMER
                                      18400 Von Karman Avenue, Suite 800
                                      Irvine, California 92612
                                      Telephone:  (949) 760-1121
                                      Facsimile:  (949) 720-0182

DATED:  September 19, 2011            Respectfully submitted,

                                      By:  /s/ Thomas J. Wiegand
                                      *Attorneys for Argent Mortgage Company, LLC and Argent Mortgage Securities, Inc.*

                                      Thomas J. Wiegand, Esq.
                                      MOLO LAMKEN LLP
                                      540 Madison Avenue
                                      New York, New York 10022
                                      Telephone:  (212) 607-8160
                                      Facsimile:  (212) 607-8161

## CERTIFICATE OF SERVICE

     I, Anthony P. Valach, hereby certify that on this 19th day of September 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By: /s/ Anthony P. Valach