**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ─────────────────────────────── <br><br> THIS DOCUMENT RELATES TO: <br> *Pamela Brown, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-04890, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF MICHAEL AND LORI GRUHLKES'
CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MICHAEL GRUHLKE** and **LORI GRUHLKE** (collectively "the Gruhlkes") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERIQUEST MORTGAGE SECURITIES, INC., ACC CAPITAL HOLDINGS CORPORATION**, **BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING, DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for the following trusts: Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6 and Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1; **AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R6, AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-R1, US BANK NATIONAL ASSOCIATION**, as Trustee for Structured Asset Securities Corporation, Mortgage Pass Through Certificates, Series 2005-AR1, **STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR1** (collectively "Defendants") hereby stipulate that the Gruhlkes' claims in the *Pamela Brown, et al. v. Ameriquest Mortgage*

*Company, et al.*, 07-CV-04890 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. This stipulation relates only to the Gruhlkes' claims. The stipulation does not apply to the other Plaintiffs in this case who are not dismissing their claims against any Defendants at this time. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: September 19, 2011　　　　　　　Respectfully submitted,

By:/s/ Anthony P. Valach, Jr
*Attorneys for the Plaintiffs*

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq.
Anthony P. Valach, Esq.
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802

DATED: September 19, 2011　　　　　　　Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., ACC Capital Holdings Corporation, Barclays Capital Real Estate, Inc., d/b/a HomEq Servicing, Deutsche Bank National Trust Company and US Bank National Association*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, hereby certify that on this 19th day of September 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Anthony P. Valach