## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: *Cahalan v. Ameriquest Mortgage Company, et al.*, CASE NO. *1:06-CV-02474* | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mark W. Cahalan ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY,** ("Defendant") hereby stipulate that the *Cahalan v. Ameriquest Mortgage Company, et al.*, Case No. *1:06-CV-02474* (N.D. Ill) (transferred into the MDL from the United States District Court, Western District of Pennsylvania) matter be dismissed with prejudice as to Defendant. Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all of the Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint and the Third-Party Complaint filed against Beatrice M. Cahalan Civil Action No. 05-0309.

DATED:  September 20, 2011        Respectfully submitted,

                By:  */s/ Mary Bower Sheats*
                *Attorneys for Mark W. Cahalan*

                Mary Bower Sheats, Esq.
                FRANK, GALE, BAILS, MURCKO, &
                POCRASS, P.C.
                707 Grant Street, Suite 3300
                Pittsburgh, PA 15219
                Telephone:  (412) 471-3000
                Facsimile:  (412) 471-7351

DATED:  September 20, 2011        Respectfully submitted,

                By:  */s/ Bernard E. LeSage*
                *Attorneys for Defendants  Ameriquest Mortgage*
                *Company, Ameriquest Mortgage Securities, Inc.,*
                *Deutsche Bank National Trust Company, as trustee*

                Bernard E. LeSage, Esq.
                Joanne N. Davies, Esq.
                BUCHALTER NEMER
                18400 Von Karman Avenue, Suite 800
                Irvine, California 92612
                Telephone:  (949) 760-1121
                Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 20th day of September, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Bernard E. LeSage*