IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized Before the Honorable Marvin E. Aspen <br><br> Magistrate Judge Morton Denlow |
| JOHN DARIUS POWELL and SYLVIA MARIE DAILEY, <br>                   Plaintiffs <br><br> VERSUS <br><br> AMERIQUEST MORTGAGE COMPANY, <br>                   Defendant | 06-cv-03585 <br><br> (Originally 05-cv-3067 (E.D. La.)) |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
JOHN DARIUS POWELL AND SYLVIA MARIE DAILEY**

Counsel for plaintiff, Lauren E. Bartlett of SOUTHEAST LOUISIANA LEGAL SERVICES AND David S. Yen of LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO (together "Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs John Darius Powell and Sylvia Marie Dailey pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

        1. A conflict (not involving counsel's fees) has arisen.

        2. If this court desires further details about counsel's reason for requesting leave to withdraw, counsel is willing to provide those details in camera.

1

3. Notice of this motion has been sent by regular and certified U.S. mail to plaintiffs' last known address at 418 S. Scott Street, New Orleans, LA 70119.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs John Darius Powell and Sylvia Marie Dailey and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Date: September 21, 2011

Respectfully submitted,
By: /s/ Lauren E. Bartlett
LAUREN E. BARTLETT
Southeast Louisiana Legal Services
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Tel: (504) 529-1000 Ext. 271
Fax: (504) 529-1009
Email: lbartlett@slls.org

/s/ David S. Yen
DAVID S. YEN
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd., 3rd Floor
Chicago, IL 60604
Tel: (312) 347-8372
Fax: (312) 612-1472
Email: dyen@lafchicago.org

Attorneys for Plaintiffs John Darius Powell and Sylvia Marie Dailey

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she has caused a copy of the foregoing MOTION TO WITHDRAW REPRESENTATION FOR PLAINTIFFS JOHN DARIUS POWELL AND SYLVIA MARIE DAILEY to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 21st day of September, 2011: ALL COUNSEL OF RECORD.

      The undersigned hereby also certifies that she mailed a copy of the foregoing to John Darius Powell and Sylvia Marie Dailey to 418 S. Scott Street, New Orleans, LA 70119 on this 21st day of September, 2011.

                                                    /s/ Lauren E. Bartlett  
                                                   LAUREN E. BARTLETT