# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized Before the Honorable Marvin E. Aspen |
| | Magistrate Judge Morton Denlow |
| JOHN DARIUS POWELL and SYLVIA MARIE DAILEY, Plaintiffs | 06-cv-03585 |
| VERSUS | (Originally 05-cv-3067 (E.D. La.)) |
| AMERIQUEST MORTGAGE COMPANY, Defendant | |

## NOTICE OF MOTION

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Thursday, October 6, 2011, at 10:30 a.m.**, I shall appear before the **Honorable Marvin E. Aspen**, in Courtroom 2568 of the Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Motion to Withdraw Representation of Plaintiffs John Darius Powell and Sylvia Marie Dailey**, a copy of which is hereby served on you.

Respectfully submitted,

By: /s/ Lauren E. Bartlett
Lauren E. Bartlett
Southeast Louisiana Legal Services
1010 Common Street, Suite 1400A

1

New Orleans, LA 70112  
Tel: (504) 529-1000 Ext. 271  
Fax: (504) 529-1009  
Email: lbartlett@slls.org

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she has caused a copy of the foregoing MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS JOHN DARIUS POWELL AND SYLVIA MARIE DAILEY to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 21st day of September, 2011: ALL COUNSEL OF RECORD.

The undersigned hereby also certifies that she mailed a copy of the foregoing to John Darius Powell and Sylvia Marie Dailey to 418 S. Scott Street, New Orleans, LA 70119 on this 21st day of September, 2011.

/s/ Lauren E. Bartlett  
Lauren E. Bartlett