IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ─────────────────────────────── <br><br> THIS DOCUMENT RELATES TO: <br> *Susan Ferrara, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06867, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **GENE MCDONALD** ("Plaintiff McDonald") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**, individually and as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R11 (collectively "Defendants") hereby stipulate that Plaintiff McDonald's claims in the *Susan Ferrara, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06867 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. This stipulation relates only to the claims of Plaintiff McDonald. The stipulation does not apply to the other Plaintiffs in this case who are not dismissing their claims against any Defendants at this time. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: September 29, 2011 | Respectfully submitted, |
| | By:/s/ Anthony P. Valach, Jr<br>*Attorneys for the Plaintiff Gene McDonald* |
| | THE LAW OFFICES OF DANIEL HARRIS<br>Daniel Harris, Esq.<br>Anthony P. Valach, Esq.<br>150 N. Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802 |
| DATED: September 29, 2011 | Respectfully submitted, |
| | By: /s/ Bernard E. LeSage<br>*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., ACC Capital Holdings, Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, hereby certify that on this 29th day of September 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              By: /s/ Anthony P. Valach