**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Stuart Belfeld, et al. v. Argent Mortgage Company, L.L.C., et al.*, 07-CV-01749, N.D. Ill | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **STUART BELFELD** and **MARIANNE BELFELD** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC.,** Asset Backed Pass Through Certificates Series 2005-WCW1, **FASLO SOLUTIONS, LLC,**[1] and **BAC HOME LOANS SERVICING, L.P.** (collectively "Defendants") hereby stipulate that the *Stuart Belfeld, et al. v. Argent Mortgage Company, L.L.C., et al.*, 07-CV-01749 (N.D. Ill) (transferred into the MDL from 07-CV-00143 W.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by Faslo Solutions, LLC.

| | |
|---|---|
| DATED: October 3, 2011 | Respectfully submitted, |
| | By: /s/ Cathleen M. Combs<br>*Attorneys for Stuart Belfeld and Marianne Belfeld* |
| | Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379 |
| DATED: October 3, 2011 | Respectfully submitted, |
| | By: /s/ Bernard E. LeSage<br>*Attorneys for Deutsche Bank National Trust Company, N.A., Wells Fargo Bank, N.A., Park Place Securities, Inc., and BAC Home Loans Servicing, LP* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| DATED: October 3, 2011 | Respectfully submitted, |
| | By: /s/ Thomas J. Wiegand<br>*Attorneys for Argent Mortgage Company, L.L.C.* |
| | Thomas J. Wiegand, Esq.<br>MOLO LAMKEN LLP<br>540 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 607-8160<br>Facsimile: (212) 607-8161 |

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 3rd day of October 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs