## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Bailey, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-01733 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Armando Valeriano, Anne Valeriano, Bruce Lauzier, Deborah Lauzier, Carlos Martinez, Catherine Niese, Harold Peterson, Elizabeth Zevallos, Jason Hasapes, Juan Garcia, Scott LeBlanc, Leon Witham, Beth Witham, Richard Hack, Denise Hack, Robert Muro, Samuel Greene, Wray Bailey, and Wendy Bailey (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  October 3, 2011               Respectfully submitted,

                                                           By:  /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiffs Armando Valeriano, Anne Valeriano, Bruce Lauzier, Deborah Lauzier, Carlos Martinez, Catherine Niese, Harold Peterson, Elizabeth Zevallos, Jason Hasapes, Juan Garcia, Scott LeBlanc, Leon Witham, Beth Witham, Richard Hack, Denise Hack, Robert Muro, Samuel Greene, Wray Bailey, and Wendy Bailey*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone:  (860) 571-0408
Facsimile:  (860) 571-7457

DATED:  October 3, 2011               Respectfully submitted,

                                                           By:  /s/ Bernard E. LeSage, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, HSBC Mortgage Services, Inc., JPMC Specialty Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC, Deutsche Bank National Trust Company, Household Finance Corporation, CitiMortgage, Inc., f/k/a Citifinancial Mortgage Company, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400

3

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 3rd day of October 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 9910547v1