## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Damm, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-04032 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Artur B. Monteiro, Carol A. Mauro, Duane York, Lois York, Gail L. Vincent, Isabel Rivera, Nathan R. Noble III, Jamie S. Owen, Shane D. Owen, Maria Osten, Michael Osten, Mark Roberts, Nancy Roberts, Mark Saucier, Heather Saucier, Patricia M. Tierney, Matthew Vose, Sandra Damm, Richard Damm, Thomas A. Sollitto, Wayne Mumford and Leigh Mumford (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

| | |
|---|---|
| DATED:  October 3, 2011 | Respectfully submitted,<br><br>By:  /s/ Daniel S. Blinn, Esq.<br>*Attorneys for Plaintiffs Plaintiffs Artur B. Monteiro, Carol A. Mauro, Duane York, Lois York, Gail L. Vincent, Isabel Rivera, Nathan R. Noble III, Jamie S. Owen, Shane D. Owen, Maria Osten, Michael Osten, Mark Roberts, Nancy Roberts, Mark Saucier, Heather Saucier, Matthew Vose, Sandra Damm, Richard Damm, Thomas A. Sollitto, Wayne Mumford and Leigh Mumford*<br><br>Daniel S. Blinn, Esq.<br>CONSUMER LAW GROUP, LLC<br>35 Cold Spring Road, Suite 512<br>Rocky Hill, CT  06067<br>Telephone:  (860) 571-0408<br>Facsimile:  (860) 571-7457 |
| DATED:  October 3, 2011 | Respectfully submitted,<br><br>By:  /s/ Bernard E. LeSage, Esq.<br>*Attorneys for Defendants Ameriquest Mortgage Company, HSBC Mortgage Services, Inc., WM Specialty Mortgage, LLC, Deutsche Bank National Trust Company, Wells Fargo Bank, NA*<br><br>Bernard E. LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, California 90025<br>Telephone:  (213) 891-0700<br>Facsimile:  (213) 896-0400 |

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 3rd day of October 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 9911299v1