**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Punch, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-06753* | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Avalon Cadette, Selma Cadette, Herbert Lawson, Jr., Mona Lee Jones, Sharon T. Bellamy, Stanley Marinia, Stephen R. Punch and Donna M. Punch (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: October 3, 2011					Respectfully submitted,

							By:  /s/ Daniel S. Blinn, Esq.
							*Attorneys for Plaintiffs Avalon Cadette, Selma Cadette, Mona Lee Jones, Sharon T. Bellamy, Stanley Marinia, Stephen R. Punch and Donna M. Punch*

							Daniel S. Blinn, Esq.
							CONSUMER LAW GROUP, LLC
							35 Cold Spring Road, Suite 512
							Rocky Hill, CT  06067
							Telephone:  (860) 571-0408
							Facsimile:  (860) 571-7457

DATED: October 3, 2011					Respectfully submitted,

							By:  /s/ Bernard E. LeSage, Esq.
							*Attorneys for Defendants Ameriquest Mortgage Company, WM Specialty Mortgage, LLC, and Deutsche Bank National Trust Company*

							Bernard E. LeSage, Esq.
							BUCHALTER NEMER
							1000 Wilshire Blvd., Suite 1500
							Los Angeles, California 90025
							Telephone:  (213) 891-0700
							Facsimile:  (213) 896-0400

2

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 3rd day of October 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 9911344v1