UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2011:

   MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a) and joint stipulation of dismissal (4359) of claims against third−party defendant A American Financial Group, Inc. in connection with Brian Eson, et al v. Argent Mortgage Company, et al, Case No. 06 C 2829, Argent's claims in the Fifth Amended Consolidated Third−Party Complaint against A American Financial Group, Inc., are dismissed with prejudice. A American Financial Group, Inc. terminated. All other claims by Argent in the Fifth Amended Consolidated Third−Party Complaint against A−American or other third-party defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.