

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cedric & Cherrone Peterson
(Please print)

STREET ADDRESS: 9345 Rocky Lane

CITY/STATE/ZIP: Orangevale CA 95662

PHONE NUMBER: 916 987 3547

CASE NUMBER: 05 C 7097

Signature: *Cherrone Peterson*   Date: 10/4/2011

FILED
OCT 11 2011
OCT 11 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT