**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT RELI, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities") and Third-Party Defendant, Reli, Inc. ("Settled Third-Party Defendant"), hereby stipulate to the dismissal, with prejudice, all of the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Settled Third-Party Defendant.

All claims by the AMC Entities against other third-party defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Settled Third-Party Defendant shall bear their own costs and attorneys' fees.

DATED: October 18, 2011                Respectfully submitted,

                                       By: /s/ Bernard E. LeSage
                                       *Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

                                       Joanne N. Davies, Esq.
                                       BUCHALTER NEMER
                                       18400 Von Karman Avenue, Suite 800
                                       Irvine, California 92612
                                       Telephone: (949) 760-1121
                                       Facsimile: (949) 720-0182

DATED: October 18, 2011                Respectfully submitted,

                                       By: /s/ Christopher J. Nadeau
                                       *Attorneys for Third-Party Defendant Reli, Inc.*

                                       Christopher J. Nadeau
                                       Traub Lieberman Straus & Shrewsberry LLP
                                       303 West Madison Street
                                       Suite 1200
                                       Chicago, Illinois 60606
                                       Tel: 312-332-3900
                                       Fax: 312-332-3908

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 18th day of October 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage