UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2011:

MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 10/27/2011 and continued to 12/13/2011 at 10:15 AM. as to the "Edelman" and "Harris" cases. BAC to respond to the request for a loan modification made by Velma Jiles on or before 12/13/2011. Chase to resolve the payment discrepancies on the Ira and Lisa Thompson loan on or before 12/13/2011 or make a representative with authority available either in person or by phone at the next status date. Chase Bank to resolve the deed in lieu issue regarding Jestin and Yvette Williams on or before 12/13/2011 or make a representative with authority available either in person or by phone at the next status date.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.