IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*McCall, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-03126 | |

## JOINT STIPULATION OF DISMISSAL BY GARY PICARDI OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gary Picardi ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  November 7, 2011                    Respectfully submitted,

                                            By: /s/ Daniel S. Blinn, Esq.
                                            *Attorneys for Plaintiff Gary Picardi*

                                            Daniel S. Blinn, Esq.
                                            CONSUMER LAW GROUP, LLC
                                            35 Cold Spring Road, Suite 512
                                            Rocky Hill, CT  06067
                                            Telephone:  (860) 571-0408
                                            Facsimile:  (860) 571-7457

DATED:  November 7, 2011                    Respectfully submitted,

                                            By: /s/ Bernard E. LeSage, Esq.
                                            *Attorneys for Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC, WM Specialty Mortgage LLC, Deutsche Bank National Trust Company, Countrywide Home Loans, Inc.*

                                            Bernard E. LeSage, Esq.
                                            BUCHALTER NEMER
                                            1000 Wilshire Blvd., Suite 1500
                                            Los Angeles, California 90025
                                            Telephone:  (213) 891-0700
                                            Facsimile:  (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 7th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10277962v1