IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Allan, et al. v. Argent Mortgage Company, LLC, et al.*, Case No. 06-02470 | |

## JOINT STIPULATION OF DISMISSAL BY GEORGE P. EDWARDS, VERNON LANOU AND KATHLEEN LANOU OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs George P. Edwards, Vernon Lanou and Kathleen Lanou (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: November 7, 2011  Respectfully submitted,

By: /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiffs George P. Edwards, Vernon Lanou, Kathleen Lanou*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7457

DATED: November 7, 2011  Respectfully submitted,

By: /s/ Bernard E. LeSage, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, Deutsche Bank National Trust Company, WM Specialty Mortgage, LLC, Argent Mortgage Company, LLC*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 7th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10277687v1