IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Dobbins v. Ameriquest Mortgage Company, et al.*,<br>Case No. 1:08-cv-01986 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Norman Wade Dobbins ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY,** ("Defendant") hereby stipulate that the *Dobbins v. Ameriquest Mortgage Company, et al.,* Case No. 1:08-cv-01986 (N.D. Ill) (transferred into the MDL from the United States District Court, Middle District of Tennessee) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: Nov. 9, 2011

Respectfully submitted,

By: *Shearon Weems Hales*
Attorney for Norman Wade Dobbins

Shearon Weems Hales
UAW-GM Legal Services Plan
3011 Harrah Drive, Suite A
Spring Hill, TN 37174
(615) 302-1443

DATED: Nov. 9, 2011

Respectfully submitted,

By: *Bernard E. LeSage*
Attorneys for Ameriquest Mortgage Company

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this __9th__ day of __Nov__ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: ____/s/____