IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT GOLDMAN GRUDER & WOODS, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **GOLDMAN GRUDER & WOODS, LLC** ("Goldman Gruder") hereby stipulate to the dismissal, with prejudice, of all Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Goldman Gruder.

All claims by Argent against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Argent and Goldman Gruder shall bear their own costs and attorneys' fees.

DATED: November 11, 2011

Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
MOLO LAMKEN LLP
540 Madison Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

DATED: November 11, 2011

Respectfully submitted,

By: /s/ Jeanne M. Hoffmann
*Attorneys for Goldman Gruder & Woods, LLC*

Jeanne M. Hoffmann, Esq.
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 377-1501
Facsimile: (312) 377-1502

**CERTIFICATE OF SERVICE**

      I, Thomas J. Wiegand, hereby certify that on this 11th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Thomas J. Wiegand