**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Ernest P. Burgess, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06748, N.D. Ill. (originally 06-CV-13734 E.D. Mich.) | |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF SARAH CHAUMLEY'S
CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **SARAH CHAUMLEY** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, BAC HOME LOANS SERVICING, L.P., REAL ESTATE EXPERTS AND APPRAISERS, INC.,**[1] **WELLS FARGO BANK, N.A.** as Trustee of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1 (collectively "Defendants") hereby stipulate that Plaintiff's claims in the *Ernest P. Burgess, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06748 (N.D. Ill) (transferred into the MDL from 06-CV-13734 E.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Real Estate Experts and Appraisers, Inc. has not appeared in this matter and on July 16, 2008, Plaintiff's Motion for Entry of Order of Default against Real Estate Experts and Appraisers, Inc. was granted.

| | |
|---|---|
| DATED:  November 17, 2011 | Respectfully submitted,<br><br>By:  /s/ Cathleen M. Combs<br>*Attorneys for Sarah Chaumley*<br><br>Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone:  (312) 739-4200<br>Facsimile:  (312) 419-0379 |
| DATED:  November 17, 2011 | Respectfully submitted,<br><br>By:  /s/ Bernard E. LeSage<br>*Attorneys for Ameriquest Mortgage Company, Bank of America, as successor by merger to BAC Home Loans Servicing, L.P., and Wells Fargo Bank, N.A. as Trustee*<br><br>Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone:  (949) 760-1121<br>Facsimile:  (949) 720-0182 |

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on this 17th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Cathleen M. Combs