IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Christine Kosla, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01630, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **CHRISTINE KOSLA** and **JOSEPH KOSLA, JR.** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **HSBC BANK USA** (collectively "Defendants") hereby stipulate that the *Christine Kosla, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-01630 (N.D. Ill) (transferred into the MDL from 07-CV-00088 W.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED:  November 17, 2011 | Respectfully submitted, |
| | By:  /s/ Cathleen M. Combs<br>*Attorneys for Christine Kosla and Joseph Kosla, Jr.* |
| | Cathleen M. Combs, Esq.<br>Catherine A. Ceko, Esq.<br>EDELMAN, COMBS, LATTURNER & GOODWIN<br>120 S. LaSalle St., Suite 1800<br>Chicago, Illinois 60603<br>Telephone:  (312) 739-4200<br>Facsimile:  (312) 419-0379 |
| DATED:  November 17, 2011 | Respectfully submitted, |
| | By:  /s/ Bernard E. LeSage<br>*Attorneys for Ameriquest Mortgage Company and HSBC Bank USA* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone:  (949) 760-1121<br>Facsimile:  (949) 720-0182 |

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 17th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs