**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Terry A. Bothwell, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04716, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **TERRY A. BOTHWELL**[1] and **CHERYL A. BOTHWELL** ("Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST FUNDING II, LLC** and **FAY SERVICING, LLC** (collectively "Defendants") hereby stipulate that the *Terry A. Bothwell, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-04716 (N.D. Ill) (transferred into the MDL from 06-CV-00175 N.D. Ind.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Suggestion of Death as to Terry A. Bothwell was filed on October 13, 2010. His interest in the Lawsuit transferred to the remaining Plaintiff, Cheryl A. Bothwell.

BN 9255841v1

1

DATED:  November 18, 2011            Respectfully submitted,

By:  /s/ Cathleen M. Combs
*Attorneys for Terry A. Bothwell and Cheryl A. Bothwell*

Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN
120 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

DATED:  November 18, 2011            Respectfully submitted,

By:  /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company, Ameriquest Funding II, LLC and Fay Servicing, LLC*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on this 18th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Cathleen M. Combs

BN 9255841v1    3