**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT CONNECTICUT ATTORNEYS TITLE INSURANCE COMPANY**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities") and Third-Party Defendant, Connecticut Attorneys Title Insurance Company ("Settled Third-Party Defendant"), hereby stipulate to the dismissal, with prejudice, of all of the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Settled Third-Party Defendant.

All claims by the AMC Entities against other third-party defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Settled Third-Party Defendant shall bear their own costs and attorneys' fees.

DATED:  November 28, 2011             Respectfully submitted,

                                                  By:  /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED: November 28, 2011             Respectfully submitted,

                                                  By:  /s/  Clark M. Stalker
*Attorneys for Third-Party Defendant Connecticut Attorneys Title Insurance Company*

Clark M. Stalker
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  (312) 474-7147
Facsimile: (312) 474-7898

BN 10206630v1                 2

## **CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 28th day of November 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By: /s/ Bernard E. LeSage