IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| Denise Woodward, | MDL No. 1715 |
| Plaintiff, | Lead Case No. 1:07-cv-07097 |
| Vs. | |
| Ameriquest Mortgage Company, | (Centralized before The Honorable Marvin E. Aspen) |
| Defendant | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Denise Woodward ("Plaintiff") and Defendant AMERIQUEST MORTGAGE COMPANY ("Defendant") hereby stipulate that Woodward v. Ameriquest Mortgage Company, et. al., Case No. 1:07-07097 (N.D. Ill) (transferred into the MDL from the United States District Court, District of South Carolina) matter be dismissed without prejudice as to all defendants.

WE SO STIPULATE AND AGREE:

By: _____
David A. Maxfield, Esq.
TROTTER & MAXFIELD
1701 Richland Street
Columbia, SC 29201
(803) 799-6000
(803) 799-6947

*Attorney for Denise Woodward*

Dated: _Nov. 8_, 2011

By: _____
Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Ste. 800
Irvine, CA 92612
(949) 760-1121
(949) 720-0182 fax

*Attorneys for Ameriquest Mortgage Co.*

Dated: _Nov. 29_, 2011

4846-7934-4653, v. 1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 5th day of December 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage_____