IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO THE )<br>FOLLOWING ACTIONS: )<br>)<br>*See attached Exhibit A* )<br>) | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br>The Honorable Marvin E. Aspen) |

## AHMSI's Motion To Dismiss For Failure To Prosecute

American Home Mortgage Servicing, Inc. ("AHMSI"), by its attorney, Simon Fleischmann, moves under Federal Rule of Civil Procedure 41(b) for an Order dismissing the cases identified in attached Exhibit A for failure to prosecute. In support of its motion, AHMSI states as follows:

1. On February 11, 2009, AHMSI acquired the servicing rights to hundreds of loans that are the subject of opt-out claims in this centralized proceeding. Since that time, AHMSI has actively facilitated the settlement of claims related to AHMSI-serviced loans through a wide range of loss mitigation efforts, including, among other things, government-sponsored programs, loan modifications, and deeds in lieu of foreclosure. These efforts have been largely successful.

2. However, for years now many opt-out plaintiffs have taken advantage of the delay attendant to this litigation by refusing to participate in the settlement process, failing to prosecute their purported claims, and continuing to live in the subject properties without making any payments—not even for taxes or insurance. These accounts have become a considerable drain on AHMSI's resources. A list of the relevant cases is attached to this motion as Exhibit A.

3. AHMSI has made multiple attempts to communicate with the parties identified in Exhibit A, through counsel, by soliciting loan modification applications or any type of communication that may lead to the resolution of their claims. Despite its efforts to establish a productive dialogue among the parties in these cases, the plaintiffs have provided no meaningful responses. Examples of AHMSI's letters to counsel are attached to this motion as Exhibit B.

4. In addition, on information and belief, many opt-out plaintiffs have settled their claims in this MDL but have failed or refused to dismiss their claims.

5. The Court should dismiss these languishing cases for want of prosecution. The delay is causing substantial prejudice to AHMSI—a mere servicer that is not liable for any of the centralized claims—because these pending claims require ongoing monitoring and significant expense that should be borne by the borrowers or resolved through foreclosure. Having these cases open and pending on the Court's docket year after year is also a waste of judicial resources. Under these circumstances, dismissal for failure to prosecute is appropriate. *See Fischer v. Cingular Wireless, LLC*, 446 F.3d 663 (7th Cir. 2006) (affirming dismissal for failure to prosecute as within the district court's discretion).

6. AHMSI requests dismissal for failure to prosecute before the end of 2011.

Therefore, American Home Mortgage Servicing, Inc. respectfully requests the following relief:

A. entry of a preliminary Order warning the parties identified in Exhibit A that their cases will be dismissed for failure to prosecute unless they file a short statement of their intent to prosecute no later than **December 14, 2011**;

B. dismissing, by **December 29, 2011**, the cases identified in Exhibit A with prejudice under Federal Rule of Civil Procedure 41(b) absent a filed statement of the plaintiffs' intent to prosecute as provided above; and

    C.    such further relief as the Court finds just and appropriate.

DATED: December 5, 2011                        AMERICAN HOME MORTGAGE
                                                             SERVICING, INC.

                                                              By:     /s/ Simon Fleischmann
                                                                           Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com

## Certificate of Service

I, Simon Fleischmann, certify that I caused the foregoing motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on December 5, 2011.

/s/ Simon Fleischmann
Simon Fleischmann