# EXHIBIT A

# EXHIBIT A

| Borrower Name | MDL Case No. | Property Address |
|---|---|---|
| Arndt, Marie & Pendergraph, Forrest | 06-02479 | 9700 Granny Walker Road, Soddy Daisy, TN 37379 |
| Baker, Valinda | 08-05930 | 135 Vestavia Circle, Athens, GA 30606 |
| Braz, Gary | 03-06744 | 319 LaFayette Street, Somerset, MA 02726 |
| Brennan, George Jr. & Elizabeth | 07-01513 | 3209 Shady Oak Drive, Columbiaville, MI 48421 |
| Butler, James & Addie | 08-03011 | 4514 Connie Avenue, Eight Mile, AL 36613 |
| Churchill, Daley & Kelley | 07-01026 | 2831 N. Agaming Street, Hastings, MI 49058 |
| Cooley, Wilbert & Kandee | 07-07182 | 1070 Zurich Street, Mobile, AL 36608 |
| Cowart, Allen Jr. & Kay | 08-02354 | 5308 Woodline Drive, Mobile, AL 36693 |
| Curtis, Joseph & Elizabeth | 08-04549 | 148 Hollow Road, Cotuit, MA 02635 |
| Delaney, Robert & Rhonda | 09-00216 | 10504 North Delaney Lane, Mt. Vernon, IL 62864 |
| Dercksen, Arthur & Nell | 06-06742 | 215 College Avenue, Clarksville, AR 72830 |
| Derda, Paul & Cindy | 07-03517 | 11525 Old St. Charles Rock Road, Bridgeton, MO 63044 |
| Diaz, Jesus & Karen | 09-01151 | 34 Crane Neck Street, West Newbury, MA 01985 |
| Donnelly, Jacqueline & Joseph | 08-00738 | 442 Irene Street, Chicopee, MA 01020 |
| Dunn, Raymond & Linda | 08-03961 | 38 Norton Road, Hampton, NH 03842 |
| Easley, Dayone | 08-05933 | 9369 Windward Court, Jonesboro, GA 30238 |
| Emerson, Eileen | 06-05707 | 184 Gallatin Street, Providence, RI 02907 |
| Evans, Cheryl | 09-01150 | 4429 SW Misty Harbor Avenue, Topeka, KS 66610 |
| Gardner, Michael | 08-00744 | 9887 Verree Road, Philadelphia, PA 19115 |
| Gray, George & Bobbie | 07-07181 | 1109 Dunway Drive, Mobile, AL 36605 |
| Green, Curtis & Pamela | 07-04870 | 25 Ridge Road, Repton, AL 36475 |
| Hagan, Carolyn | 07-03943 | 4705 S. 179th Street, Seatac, WA 98188 |
| Hall, Bilma | 08-02354 | 2252 Roosevelt Street, Mobile, AL 36617 |
| Higgins, Justin & Heather | 08-03011 | 550 Gaylark Road West, Mobile, AL 36609 |
| Howard, Gordon & Nola | 07-00095 | 408 Agnes Street, Port Byron, IL 61275 |
| Howard, Henry Sr. | 07-05067 | 2052 Victory Court, Mobile, AL 36606 |
| Jackson, Thomas & Dorothy | 07-04871 | 1280 Dennis Jackson Drive, Thomasville, AL 36784 |
| Jennings, Larry | 08-05930 | 5440 Kingsberry Street, Columbus, GA 31907 |
| Johnson, Lillie | 07-05585 | 1858 St. Stephens Court, Mobile, AL 36617 |
| Jones, Sylvia & James | 08-00738 | 167 Mount Hope Street, Roslindale, MA 02131 |
| Joseph, Sonia | 06-03124 | 439-41 Fairview Avenue, Bridgeport, CT 06606 |
| Julien, Lynn & Denise | 06-04037 | 8429 Glenwoods Terrace, Riverdale, GA 30274 |
| Lewark, Dannette | 09-00218 | 1333 Agnew Avenue, Aliquippa, PA 15001 |
| Lyles, Audrey | 06-02467 | 80 N. Main Street, Ansonia, CT 06401 |
| Matas, Charles | 06-02469 | 89 East Gate Lane, Hamden, CT 06514 |
| McNab, Veronica | 08-05934 | 3 Glen Oaks Court, Savannah, GA 31405 |
| Milardo, David & Lucinda | 06-01733 | 25 Garfield Avenue, Middletown, CT 06457 |
| Murphy, David | TBD | TBD |
| Murrell, Jimmy | 08-03011 | 1347 Avalon Lane, Montgomery, AL 36111 |
| Myers, Gail | 07-03584 | 3016 Williams Road, Knoxville, TN 37932 |
| Noon, Willet | 07-06232 | 1981 Laurel Oak Court, Mobile, AL 36695 |
| Orr, Aquanita | 07-05283 | 267 Sienna Vista Street, Mobile, AL 36607 |
| Overstreet, Layton Jr. | 07-00648 | 105 Vista Circle, Daphne, AL 36526 |
| Pacheco, Linda | 07-00136 | 17 Boucher Street, West Warwick, RI 02893 |
| Pipkins, Richard | 07-06231 | 4212 Packingham Drive, Mobile, AL 36609 |
| Powell, Derrel & Lynda | 07-05585 | 47 Oak Avenue, Satsuma, AL 36572 |
| Powell, John | 06-03585 | 415 S. Scott Street, New Orleans, LA 70119 |
| Reed, Mattie | 07-05065 | 6311 Rich Road, Fairhope, AL 36532 |
| Reid, Cleo | 07-06232 | 554 Helveston Street, Mobile, AL 36617 |
| Richards, Mary Anne | 09-00215 | 64 Laurel Heights, Meriden, CT 06451 |

# EXHIBIT A

| Borrower Name | MDL Case No. | Property Address |
|---|---|---|
| Ruffin, Pauline | 07-05066 | 2058 McVay Drive, Mobile, AL 36605 |
| Sanderson, Angela | 07-07247 | 508 W. Sunnyvale Lane, Mobile, AL 36609 |
| Schebel, Joseph Jr. | 07-06810 | 71 Columbia Drive, Feeding Hills, MA 01030 |
| Sims, Ivan | 07-02462 | 436 West 101st Place, Chicago, IL 60628 |
| Smail, Michael | 06-02471 | 115 Clemaitis Avenue, Waterbury, CT 06708 |
| Smith, King | 06-03704 | 15101 S. Honore Avenue, Harley, IL 60426 |
| Stewart-Eagles, Donna | 06-02467 | 324 Truman Street, Bridgeport, CT 06606 |
| Taylor, Keith & Helen | 07-06232 | 23000 Vaughn Road, Robertsdale, AL 36567 |
| Thorgusen, Tazuko | 08-04296 | 10449 Stanfield Circle, San Diego, CA 92126 |
| Tillman, Mary | 07-05066 | 553 Kent Street, Mobile, AL 36617 |
| Toscano, Vicente | 07-05421 | 1586 N. Delno Avenue, Fresno, CA 93728 |
| Townes, James & Ebony Mowe | 07-00331 | 94 Hamilton Street, Providence, RI 02907 |
| Trawick, Scott | 08-05929 | 8630 Caballo Court, Daphne, AL 36526 |
| Villagran, Maynor | 06-05699 | 4761 NW 2 Terrace, Miami, FL 33126 |
| Wise, Jeffrey & Julie | 08-04992 | 644 Oak Valley Road, Springville, AL 35146 |