# **EXHIBIT B**



**LLB&L**

Locke Lord Bissell & Liddell LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Simon Fleischmann
Direct Telephone: 312-443-0462
Direct Fax: 312-896-6471
sfleischmann@lockelord.com

May 13, 2011

**VIA E-MAIL AND U.S. MAIL**



Re: 

Dear Counsel:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI"), in the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, centralized and pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). You are counsel of record for the above-referenced lawsuit, which is part of the Ameriquest MDL. AHMSI is the current servicer of the mortgage-loan account that is the subject of the lawsuit.

AHMSI began servicing the loan in February 2009. Since that time, AHMSI has endeavored to refrain from attempting to collect the payments due on this account because of the pending lawsuit in the Ameriquest MDL. Instead, AHMSI has actively sought to facilitate the settlement of claims in the Ameriquest MDL related to AHMSI-serviced loans through a variety of loss-mitigation initiatives. Among other things, as a participating servicer in the federal Making Home Affordable Program, AHMSI has encouraged borrowers to request a loan modification under the guidelines of the Home Affordable Modification Program ("HAMP").

You are receiving this letter because, according to AHMSI's records, the borrower is not currently making the payments required under the mortgage loan and has not responded to AHMSI's efforts to determine eligibility for a loan modification or other loss-mitigation alternative. We sent you a letter on October 16, 2009, inviting the borrower to request a loan modification under HAMP. A copy of that letter is enclosed for your reference. As of the date of this letter, AHMSI still has not received a complete financial package.

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

1776893v.2

**REDACTED MATERIAL**      **EXHIBIT B**

May 13, 2011
Page 2

We ask again that you respond to our efforts to communicate about a loan modification. Please follow the instructions included in the enclosed HAMP letter and submit a complete financial package within 30 days of the date of this letter.

If we do not receive a complete financial package within 30 days, AHMSI may commence collection activity on this account.

This letter is an attempt to collect a debt and all information received will be used for that purpose.

Please contact me immediately if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL and LIDDELL LLP

Simon Fleischmann

SF:k
Enclosure

1776893v.2



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Simon Fleischmann
Direct Telephone: 312-443-0462
Direct Fax: 312-896-6471
sfleischmann@lockelord.com

October 16, 2009

**BY EMAIL AND U.S. MAIL**

Re:

Dear Counsel:

The servicer of your client's mortgage loan, American Home Mortgage Servicing, Inc. ("AHMSI"), wants to make your client aware that he or she may be eligible for a loan modification under the Home Affordable Modification Program ("HAMP"). For more information about HAMP, please visit www.financialstability.gov.

If your client is interested in applying for a HAMP loan modification, please refer to the documents and instructions located at https://ahmsi3.com/servicing/hasp.asp, and return the required documents to me. This will enable AHMSI to determine whether to offer your client a trial period plan. If your client fulfills all conditions of the trial period plan, AHMSI will permanently modify your client's mortgage loan.

Note that a HAMP modification may involve some or all of the following changes to your client's mortgage loan: 1) bringing the account current; 2) reducing the interest rate on the loan; 3) extending the term of the loan; and/or 4) delaying repayment of a portion of the mortgage principal until the end of the loan term.

**REDACTED MATERIAL**

October 16, 2009
Page 2

Please pass this information on to your client, and let me know if he or she is interested in applying for a HAMP loan modification. If you do not respond within thirty days from the date of this letter, we will assume that your client declines to be considered for a HAMP loan modification.

Very truly yours,

LOCKE LORD BISSELL & LIDDELL LLP

Simon Fleischmann

SF:k