# EXHIBIT A

## EXHIBIT A

| Borrower Name | MDL Case No. |
|---|---|
| Joseph, Sonia | 06-03124 |
| Lyles, Audrey | 06-02467 |
| Milardo, David & Lucinda | 06-01733 |
| Richards, Mary Anne | 09-00215 |
| Smail, Michael | 06-02471 |
| Stewart-Eagles, Donna | 06-02467 |