# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 1:05-cv-0797<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | |
| CALVIN DUNCAN, et al.,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, et al.,<br>    Defendants. | Case No. 1:06-cv-02467<br><br>Hon. Marvin E. Aspen<br><br>August 5, 2011 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves for leave to withdraw his Appearance on behalf of Plaintiff Audrey Lyles. In support of this motion, the undersigned represents that this individual has failed to return multiple telephone calls or respond to letters from the undersigned office. Due to this lack of contact and cooperation, the undersigned is no longer able to represent this Plaintiff in this action. The last known address for Audrey Lyles is 80 North Main Street, Ansonia, CT 06401.

An Affidavit of Matthew W. Graeber is attached hereto in further support of this motion.

/s/ Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN DUNCAN, ROGER SHELTON, HUMBERTO ADRIAN, NICOLE RANKIN, SHAWN JENNINGS & YVONNE JENNINGS, JAMES R. DUGAN & DONNA M. DUGAN, THOMAS SHERMAN, BEVERLY HOWLETT, DONNA STEWART-EAGLES, TODD TOFIL & CORRINE ROBAR, MATHIAS RONDEAU & JAN RONDEAU, JOHN GRAMMATICO & KRISTEN GRAMMATICO, JOSEPH FERNANDEZ & NADINE FERNANDEZ, JOSE SOTO & JOANNE SOTO, SANDRA SILVA & CARLOS SILVA, RICARDO RICHARDS & TWINEWA YOUNG, MYLANI JUANO & CHARLIE JUANO, DAVID C. LALLIER, JR., MICHAEL OLYNCIW, LEEBERT WILLIAMS & EVELYN WILLIAMS, JOSEPH VAUGHN & BONITA A. VAUGHN, SUELLEN A. WALZ & STEVEN A. WALZ, LISA M. POTTER & JOHN L. POTTER, RONALD GENERAL & GEVAISA GENERAL, EDWARD ZILLI, FRANK INZITARI, SHARON J. VITTI, SALLIE L. BOOTH, AUDREY LYLES, and JANET M. EDWARDS,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.,<br><br>    Defendants. | MDL No. 1715<br>Lead Case No. 1:05-cv-07097<br><br>Case No. 1:06-cv-02467<br><br>Hon. Marvin E. Aspen<br><br><br><br>AUGUST 5, 2011 |

## AFFIDAVIT OF MATTHEW W. GRAEBER

The undersigned hereby declares of his own personal knowledge that:

1. I am over eighteen years of age, and I believe in the obligations of an oath.
2. I am an attorney employed by Consumer Law Group, LLC ("Consumer Law Group").
3. Over the course of the past four years, I and other staff members of Consumer Law Group have been unable to effectively communicate with Audrey Lyles, a Plaintiff in the above-captioned case.
4. Over the course of the past four years, Consumer Law Group has made diligent efforts to verify address and telephone number information for Ms. Lyles through using online search tools such as Accurint, and it has sent numerous letters to the address and has called and left numerous messages at telephone numbers that were identified for Ms. Lyles through those investigations.
5. In an attempt to communicate with Ms. Lyles, I personally called telephone numbers identified for Ms. Lyles and left messages for her on March 29, 2007, June 19, 2007, July 17, 2007, July 23, 2007, February 18, 2008, June 16, 2008, July 8, 2008, November 16, 2009, January 19, 2010, April 27, 2010, and May 17, 2011. Also, on February 22, 2008 and March 7, 2008, I called an "emergency contact" telephone number that Ms. Lyles had provided at the time she retained Consumer Law Group to represent her in this case.
6. I also sent letters to the address identified for Ms. Lyles on May 17, 2011, May 24, 2011, and July 8, 2011, and in each of those letters, I stressed that it was important that she contact Consumer Law Group as soon as possible to speak about her case.

Furthermore, in the letter I sent to Ms. Lyles on July 8, 2011, I expressly stated that Consumer Law Group would be forced to file a motion to withdraw our appearance as her attorneys in her case if she failed to contact Consumer Law Group by the end of the month.

7. True and accurate copies of the letters identified above are attached to this affidavit as "Exhibit A."

8. As of the date of this affidavit, Ms. Lyles has not responded to any of the afore-described communications attempted by myself or by Consumer Law Group in general.

_____
Mathew W. Graeber

Subscribed and sworn to before me,
this 5th day of August, 2011.

_____
Notary Public
My Commission Expires:

LORI L. LESSARD
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2013

3

EXHIBIT A

Matthew W. Graeber
Attorney at Law
860-571-0408 ext. 105
mgraeber@consumerlawgroup.com

May 17, 2011

Audrey Lyles
80 North Main Street
Ansonia, CT 06401

Re: Your lawsuit versus Ameriquest Mortgage Co.

Dear Ms. Lyles,

We have been trying to contact you without success. Please give us a call. We need to speak with regarding your lawsuit versus Ameriquest Mortgage Co. It is imperative that I speak with you about your case, so please give me a call as soon as possible.

Sincerely,

Matthew Graeber


CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

Lawyers for the Rest of Us.

Matthew W. Graeber
Attorney at Law
860-571-0408 ext. 105
mgraeber@consumerlawgroup.com

May 24, 2011

Audrey Lyles
80 North Main Street
Ansonia, CT 06401

Re: Your lawsuit versus Ameriquest Mortgage Co.



CONSUMER
LAW GROUP

Dear Ms. Lyles,

    I have been trying to contact you without success. You have not responded to my prior voicemail messages and letters. Please give me a call. I need to speak with regarding your lawsuit versus Ameriquest Mortgage Co. It is imperative that I speak with you about your case, so please give me a call as soon as possible.

    AHMSI, Inc., the servicer of your mortgage, is requiring that you fill out the enclosed forms in order to be considered for a possible modification of your mortgage loan. To be eligible, you will need to complete and sign the enclosed forms, as required.

    Please complete the enclosed forms and send them back to me as soon as possible. In addition to completing the enclosed paperwork, you will need to provide me with copies of two recent bank statements and copies of your signed 2009 and 2010 federal tax returns. Additionally, you will need to provide me with copies of proof of income (such as two months of pay-stubbs; if you a receiving government assistance, then two months of statements regarding that assistance. In other words, please send me copies of two months worth of documents that show proof of the income you claim to be receiving).

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

Please call me as soon as possible to discuss this mortgage modification application and your case status in general. Regarding the mortgage modification application information, it is imperative that you get me that information by no later than June 6, 2011.

Please call soon. Thank you.

Sincerely,

Matthew Graeber

Encl.

Matthew W. Graeber<br>
Attorney at Law<br>
860-571-0408 ext. 105<br>
mgraeber@consumerlawgroup.com

July 8, 2011

Audrey Lyles
80 North Main Street
Ansonia, CT 06401

Re: Your lawsuit versus Ameriquest Mortgage Co.

Dear Ms. Lyles,

    I have been trying to contact you but without success. You have not responded to my prior voicemail messages and letters. It is important that you give me a call as soon as possible. I need to speak with regarding your lawsuit against Ameriquest Mortgage Co.

    Please call my office as soon as possible to discuss your case status. If we do not hear back from you before the end of the month, we will deem it necessary to file with the court a motion to withdraw our appearance as your attorneys in the case.

    Please call soon. Thank you.

Sincerely,

Matthew Graeber



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™