# EXHIBIT D

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Calvin Duncan, et al.

                                             Plaintiff,

v.
                                                        Case No.: 1:06−cv−02467
                                                        Honorable Marvin E. Aspen
Ameriquest Mortgage Co., C.A., et al.

                                             Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Daniel S. Blinn's motion to withdraw (73_ as counsel for plaintiffs is granted. Attorney Daniel S. Blinn terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 1:05-cv-0797 |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | Centralized before the Hon. Marvin E. Aspen |
| CALVIN DUNCAN, et al.,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, et al.,<br>    Defendants. | Case No. 1:06-cv-02467<br><br>Hon. Marvin E. Aspen<br><br>August 5, 2011 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

The undersigned counsel hereby moves for leave to withdraw his Appearance on behalf of Plaintiff Donna Stewart-Eagles. In support of this motion, the undersigned represents that this individual has failed to return multiple telephone calls or respond to letters from the undersigned office. Due to this lack of contact and cooperation, the undersigned is no longer able to represent this Plaintiff in this action. The last known address for Donna Stewart-Eagles is 324 Truman Street, Bridgeport, CT 06606.

An Affidavit of Matthew W. Graeber is attached hereto in further support of this motion.

/s/ Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN DUNCAN, ROGER SHELTON, HUMBERTO ADRIAN, NICOLE RANKIN, SHAWN JENNINGS & YVONNE JENNINGS, JAMES R. DUGAN & DONNA M. DUGAN, THOMAS SHERMAN, BEVERLY HOWLETT, DONNA STEWART-EAGLES, TODD TOFIL & CORRINE ROBAR, MATHIAS RONDEAU & JAN RONDEAU, JOHN GRAMMATICO & KRISTEN GRAMMATICO, JOSEPH FERNANDEZ & NADINE FERNANDEZ, JOSE SOTO & JOANNE SOTO, SANDRA SILVA & CARLOS SILVA, RICARDO RICHARDS & TWINEWA YOUNG, MYLANI JUANO & CHARLIE JUANO, DAVID C. LALLIER, JR., MICHAEL OLYNCIW, LEEBERT WILLIAMS & EVELYN WILLIAMS, JOSEPH VAUGHN & BONITA A. VAUGHN, SUELLEN A. WALZ & STEVEN A. WALZ, LISA M. POTTER & JOHN L. POTTER, RONALD GENERAL & GEVAISA GENERAL, EDWARD ZILLI, FRANK INZITARI, SHARON J. VITTI, SALLIE L. BOOTH, AUDREY LYLES, and JANET M. EDWARDS,   Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br>   Defendants. | MDL No. 1715 <br> Lead Case No. 1:05-cv-07097 <br><br> Case No. 1:06-cv-02467 <br><br> Hon. Marvin E. Aspen <br><br><br> AUGUST 5, 2011 |

## AFFIDAVIT OF MATTHEW W. GRAEBER

The undersigned hereby declares of his own personal knowledge that:

1. I am over eighteen years of age, and I believe in the obligations of an oath.

2. I am an attorney employed by Consumer Law Group, LLC ("Consumer Law Group").

3. Over the course of the past nine months, I have attempted to communicate with Plaintiff Donna Stewart-Eagles to discuss her claims in the above-captioned case but without success.

4. In the course of those communication attempts, I called the last known work and residential telephone numbers for Ms. Stewart-Eagles and left a detailed voicemail message at those numbers on December 7, 2010 and February 15, 2011, and I also called her last known residential telephone number and left a detailed voicemail message at that number on April 7, 12, and 13, 2011, May 24, 2011, June 3, 2011, and July 11, 2011. In each of those messages, I stressed that it was important that she contact Consumer Law Group as soon as possible to discuss her case.

5. In furtherance of the above-noted communication attempts, I sent a letter to Ms. Stewart-Eagles' last known mailing address on April 19, 2011 and again on May 18, 2011; in both of those letters, I stressed that it was important that she contact Consumer Law Group as soon as possible to discuss her case. Furthermore, neither of those two letters was ever returned as undeliverable. True and accurate copies of those letters are attached to this affidavit as "Exhibit A."

6. As of the date of this affidavit, Ms. Stewart-Eagles has not responded to any of the communication attempts identified above.

2

Mathew W. Graeber

Subscribed and sworn to before me,
this 5ᵗʰ day of August, 2011.

Notary Public
My Commission Expires:

LORI L. LESSARD
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2013

3

**EXHIBIT A**

Matthew W. Graeber
Attorney
Telephone (860) 571-0408 *ext* 105
Facsimile (860) 571-7457
mgraeber@consumerlawgroup.com

April 19, 2011

Donna Stewart-Eagles
324 Truman Street
Bridgeport, CT 06606

    Re:    Your case against Ameriquest Mortgage Co.

Dear Donna:

    I have been trying to contact you regarding your case against Ameriquest Mortgage Company. I have left numerous messages for you over the past couple of months but have not received a response. I need to speak with you as soon as possible regarding your case. AHMSI, Inc., the servicer of your mortgage, is willing to consider modifying the terms of your mortgage as part of a possible settlement of your case. However, to be considered for a possible modification, you for starters will need to fill out and send back to me the enclosed documentation. This is the second time I have sent you these documents. I received no response from you the first time I sent you these documents. If we do not send AHMSI, Inc. the information they are requesting soon, then AHMSI, Inc. will not consider your mortgage for a possible modification.

    Please call me as soon as possible at (860) 571-0408 Ext. 105 to discuss your case. Thank you.

Sincerely,

Matthew W. Graeber

Encl.

CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

Matthew W. Graeber
Attorney
Telephone (860) 571-0408 *ext* 105
Facsimile (860) 571-7457
mgraeber@consumerlawgroup.com

May 18, 2011

Donna Stewart-Eagles
324 Truman Street
Bridgeport, CT 06606

Re:    Your case against Ameriquest Mortgage Co.

Dear Donna:

I have been trying to contact you regarding your case against Ameriquest Mortgage Company. I have left numerous messages for you over the past couple of months but have not received a response. I also have not received from you a response to the letter that I sent you on April 19, 2011. I need to speak with you as soon as possible regarding your case. AHMSI, Inc., the servicer of your mortgage, is willing to consider modifying the terms of your mortgage as part of a possible settlement of your case. However, to be considered for a possible modification, you for starters will need to fill out and send back to me the documentation that I had enclosed in my aforementioned April 19th letter to you. I have sent you these documents on two separate occasions now and have not received a response from you. If we do not send AHMSI, Inc. the information they are requesting soon, then AHMSI, Inc. will not consider your mortgage for a possible modification.

Please call me as soon as possible at (860) 571-0408 Ext. 105 to discuss your case. Thank you.

Sincerely,

Matthew W. Graeber

CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ≡ 571 ≡ 0408
fax 860 ≡ 571 ≡ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*