## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Arthur Coleman and Ethelyn Coleman v. Ameriquest Mortgage Company, et al.*, 07-cv-2459, N.D. Ill.<br>*Geraldine W. Holt v. Ameriquest Mortgage Company, et al.*, 07-cv-3843, N.D. Ill<br>*Dwayne McLin and Bridgette McLin v. Ameriquest Mortgage Company, et al.*, 07-cv-2460, N.D. Ill.<br>*Brenda Cox Moore v. Ameriquest Mortgage Company, et al.*, 07-cv-1817, N.D. Ill.<br>*Elgin Swanigan, Jr. and Denise Swanigan v. Argent Mortgage Company, et al.*, 07-cv-3315, N.D. Ill<br>*Sarah Tucker v. Argent Mortgage Company, et al.*, 08-cv-0992, N.D. Ill<br>*William Yeaman and Pamela Yeaman v. Ameriquest Mortgage Company, et al.*, 06-cv-6967, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 21, 2011, at 9:15 a.m., or as soon

thereafter as I may be heard, I will appear before the Magistrate Judge Morton Denlow or any

Judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of

Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and will present Argent Mortgage

Company, LLC and Ameriquest Mortgage Company, LLC's Motion to Compel Plaintiffs

Responses to Requests for Production of Documents (Set One) and Interrogatories (Set One).

DATED:  December 9, 2011

Respectfully submitted,

By: /s/ *Randall L. Manvitz*
*Attorneys for Ameriquest Mortgage Company and*
*Argent Mortgage Company*

Bernard E. LeSage, Esq. (admitted *pro hac vice*)
Randall L. Manvitz, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
333 Market Street, 25th Floor
San Francisco, California 94105
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 9th day of December 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Randall Manvitz