**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: KURT & NANCY FULLER v. AMERIQUEST MORTGAGE COMPANY, ET AL. (07-cv-291 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR**
**KURT AND NANCY FULLER**

NOW COME the Petitioners, Daniel M. Harris and Anthony P. Valach, Jr. on their own behalf and on behalf of The Law Offices of Daniel Harris, and move this Honorable Court for leave to withdraw as counsel for Kurt & Nancy Fuller and in support thereof, the Petitioners state as follows:

1. Petitioners have represented the Fullers in this matter since the filing of the Complaint.

2. Irreconcilable differences have arisen between Petitioners and the Fullers that prevent Petitioners from continuing to represent the Fullers.

3. Petitioners have discussed these differences with Mrs. Fuller who has informed Petitioners that they will not oppose this motion.

4. As indicated in the accompanying Notice of Motion, Petitioners have given written notice to the Fullers of their intention to move for leave to withdraw on the date, place and time specified therein.

WHEREFORE, Petitioners Daniel M. Harris and Anthony P. Valach, Jr., on their own behalf and on behalf of The Law Offices of Daniel Harris, respectfully pray this Honorable Court for leave to withdraw as counsel for Nancy and Kurt Fuller in this matter.

Date:    December 12, 2011          Respectfully Submitted:

                                             s/ Anthony P. Valach, Jr.          .
                                            Counsel for Plaintiffs

                                     Daniel M. Harris
                                    Anthony P. Valach, Jr.
                                    **THE LAW OFFICES OF DANIEL HARRIS**
                                    150 N. Wacker Drive, Suite 3000
                                    Chicago, IL 60606
                                    P: (312) 960-1802
                                    F: (224) 523-7976
                                    lawofficedh@yahoo.com

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, Jr., hereby certify that on this 12th day of December 2011, a true and correct copy of the **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR KURT AND NANCY FULLER** foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by email and registered U.S. Mail to the following parties:

Nancy & Kurt Fuller
2534 Patrick Street
Irving, TX 75060


                              s/ Anthony Valach
                              Anthony Valach