UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br>KURT & NANCY FULLER v. AMERIQUEST MORTGAGE COMPANY, ET AL.<br>(07-cv-291 N.D. Ill.) | Centralized before the<br>Honorable Marvin E. Aspen |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** hat on **Thursday, December 15, 2011**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present a **MOTION FOR WITHDRAW AS COUNSEL OF RECORD FOR KURT AND NANCY FULLER**, a copy of which is currently being served upon you.

Date:   December 12, 2011            Respectfully Submitted:

                                             s/ Anthony P. Valach, Jr.          .
                                             Counsel for Plaintiffs

                                              Daniel M. Harris
                                             Anthony P. Valach, Jr.
                                             **THE LAW OFFICES OF DANIEL HARRIS**
                                             150 N. Wacker Drive, Suite 3000
                                             Chicago, IL 60606
                                             P: (312) 960-1802
                                             F: (224) 523-7976
                                             lawofficedh@yahoo.com

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 12th day of December 2011, a true and correct copy of the **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR KURT AND NANCY FULLER**\will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by U.S. Mail to the following *pro se* parties:

Nancy & Kurt Fuller
2534 Patrick Street
Irving, TX 75060


                                              /s/ Anthony Valach
                                                Anthony Valach