UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                       Plaintiff,

v.                                                                Case No.: 1:05−cv−07097
                                                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 17, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, third−party plaintiff Argent Mortgage Company, LLC.'s claims against third−party defendant Jones, Damia, Kaufman, Borofesky & DePaul, LLC are dismissed with prejudice. All claims by Argent against other third−party defendants, to the extent there are any, shall remain and are not dismissed. Argent and Jones Damia shall bear their own costs and attorneys' fees.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.