**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Foster v. Argent Mortgage Company LLC, et al.*, Case No. 06-CV-06762 (N.D. Ill.) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT CISLO TITLE COMPANY**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **CISLO TITLE COMPANY** ("Cislo") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Cislo with respect to the claims asserted by Charles Foster (plaintiff in the action *Foster v. Argent Mortgage Company LLC, et al.*, Case No. 06-CV-06762 (N.D. Ill.)(transferred into the MDL).

All other claims by Argent in the Fifth Amended Consolidated Third-Party Complaint against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: December 20, 2011   Respectfully submitted,

By:  /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
MOLO LAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone:  (212) 607-8180
Facsimile:  (212) 593-7378

DATED: December 20, 2011   Respectfully submitted,

By:  /s/ Jeffrey W. Finke
*Attorneys for Cislo Title Company*
Jeffrey W. Finke, Esq.
55 West Wacker Drive, Suite 1400
Chicago, IL 60601
Telephone: (312) 606-3333

**CERTIFICATE OF SERVICE**

I, Thomas J. Wiegand, hereby certify that on this 20th day of December 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Thomas J. Wiegand