# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION; AMERIQUEST MORTGAGE COMPANY, Defendants and Third- Party Plaintiffs, et.al. v. NORTHWEST TITLE AND ESCROW CORPORATION, ET. AL., Third-Party Defendants

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEK TITLE, LLC, an Illinois Limited Liability Company, Third-Party Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Irwin E. Leiter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Irwin E. Leiter | |
| FIRM  Law Offices of Irwin E. Leiter | |
| STREET ADDRESS | |
| 3602 Palm Canyon Drive | |
| CITY/STATE/ZIP | |
| Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1614975 | TELEPHONE NUMBER 847-421-2853 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") No | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL