# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of IN RE AMERIQUEST MORTGAGE     Case Number:    05-CV-07097
CO. MORTGAGE LENDING PRACTICES LITIGATION;
AMERIQUEST MORTGAGE COMPANY, Defendants and Third- Party
Plaintiffs, et.al. v. NORTHWEST TITLE AND ESCROW
CORPORATION, ET. AL., Third-Party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEK TITLE, LLC, an Illinois Limited Liability Company, Third-Party Defendant

| |
|---|
| NAME (Type or print) <br> Irwin E. Leiter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Irwin E. Leiter |
| FIRM    Law Offices of Irwin E. Leiter |
| STREET ADDRESS <br> 3602 Palm Canyon Drive |
| CITY/STATE/ZIP <br> Northbrook, Illinois  60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1614975 | TELEPHONE NUMBER 847-421-2853 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") No |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL