IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Derek W. Nelson, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03422, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **DEREK W. NELSON** and **CHRISTOPHER E. ALMOND** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC.**, **AMERICAN HOME MORTGAGE SERVICING, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 (collectively "Defendants") hereby stipulate that the *Derek W. Nelson, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-03422, N.D. Ill. (originally 06-CV-00154, N.D. Ind.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  January 4, 2012             Respectfully submitted,

                                    By:  /s/ Cathleen M. Combs
                                    *Attorneys for Derek W. Nelson and Christopher E. Almond*

                                    Cathleen M. Combs, Esq.
                                    Catherine A. Ceko, Esq.
                                    EDELMAN, COMBS, LATTURNER & GOODWIN
                                    120 S. LaSalle St., Suite 1800
                                    Chicago, Illinois 60603
                                    Telephone:  (312) 739-4200
                                    Facsimile:  (312) 419-0379

DATED:  January 4, 2012             Respectfully submitted,

                                    By:  /s/ Bernard E. LeSage
                                    *Attorneys for Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company*

                                    Bernard E. LeSage, Esq.
                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Avenue, Suite 800
                                    Irvine, California 92612
                                    Telephone:  (949) 760-1121
                                    Facsimile:  (949) 720-0182

DATED:  January 4, 2012             Respectfully submitted,

                                    By:  /s/ Simon A. Fleischmann
                                    *Attorneys for American Home Mortgage Servicing, Inc.*

                                    Simon A. Fleischmann, Esq.
                                    LOCKE LORD BISSELL & LIDDELL LLP
                                    111 South Wacker Drive
                                    Chicago, Illinois 60606
                                    Telephone: (312) 443-0462
                                    Facsimile:  (312) 896-6471

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on this 4th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs