IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Duncan, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-02467 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL BY FRANK INZITARI OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Frank Inzitari ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED: January 4, 2012              Respectfully submitted,

                By: /s/ Daniel S. Blinn, Esq.
                *Attorneys for Plaintiff Frank Inzitari*

                Daniel S. Blinn, Esq.
                CONSUMER LAW GROUP, LLC
                35 Cold Spring Road, Suite 512
                Rocky Hill, CT 06067
                Telephone: (860) 571-0408
                Facsimile: (860) 571-7457

DATED: January 4, 2012              Respectfully submitted,

                By: /s/ Bernard E. LeSage, Esq.
                *Attorneys for Defendants Ameriquest Mortgage Company, HSBC Mortgage Services, Inc., WM Specialty Mortgage, LLC, Deutsche Bank National Trust Company, Wells Fargo Bank, NA*

                Bernard E. LeSage, Esq.
                BUCHALTER NEMER
                1000 Wilshire Blvd., Suite 1500
                Los Angeles, California 90025
                Telephone: (213) 891-0700
                Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 4th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10558010v1