IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Belcher, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-3124 | |

## JOINT STIPULATION OF DISMISSAL BY MADGE P. BRYAN, EDGAR BRYAN, MONIQUE M. BELCHER AND SONIA JOSEPH OF CLAIMS AGAINST DEFENDANTS

The claims of Plaintiffs Madge P. Bryan, Edgar Bryan, Monique M. Belcher and Sonia Joseph ("Plaintiffs") having been previously dismissed by footnote 2 to the June 25, 2007 Order of the above referenced Court, the Plaintiffs hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  January 4, 2012                    Respectfully submitted,

                                           By: /s/ Daniel S. Blinn, Esq.
                                           *Attorneys for Madge P. Bryan, Edgar Bryan,
                                           Monique M. Belcher and Sonia Joseph*

                                           Daniel S. Blinn, Esq.
                                           CONSUMER LAW GROUP, LLC
                                           35 Cold Spring Road, Suite 512
                                           Rocky Hill, CT  06067
                                           Telephone:  (860) 571-0408
                                           Facsimile:  (860) 571-7457

DATED:  January 4, 2012                    Respectfully submitted,

                                           By: /s/ Bernard E. LeSage, Esq.
                                           *Attorneys for Defendant Ameriquest Mortgage
                                           Company*

                                           Bernard E. LeSage, Esq.
                                           BUCHALTER NEMER
                                           1000 Wilshire Blvd., Suite 1500
                                           Los Angeles, California 90025
                                           Telephone:  (213) 891-0700
                                           Facsimile:  (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 4th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10682652v1