IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Veinot, et al. v. Argent Mortgage Company, LLC, et al.*, Case No. 06-04034 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL BY BRIAN K. VEINOT AND LAURA L. VEINOT OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Brian K. Veinot and Laura L. Veinot (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 4, 2012                Respectfully submitted,

                                      By: /s/ Daniel S. Blinn, Esq.
                                      *Attorneys for Plaintiffs Brian K. Veinot and Laura L. Veinot*

                                      Daniel S. Blinn, Esq.
                                      CONSUMER LAW GROUP, LLC
                                      35 Cold Spring Road, Suite 512
                                      Rocky Hill, CT  06067
                                      Telephone:  (860) 571-0408
                                      Facsimile:  (860) 571-7457

DATED: January 4, 2012                Respectfully submitted,

                                      By: /s/ Bernard E. LeSage, Esq.
                                      *Attorneys for Defendants Argent Mortgage Company, LLC, Ameriquest Mortgage Company, Deutsche Bank National Trust Company*

                                      Bernard E. LeSage, Esq.
                                      BUCHALTER NEMER
                                      1000 Wilshire Blvd., Suite 1500
                                      Los Angeles, California 90025
                                      Telephone:  (213) 891-0700
                                      Facsimile:  (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 4th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10558320v1