IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | ) ) ) ) | Centralized before The Honorable Marvin E. Aspen |
| *See attached Exhibit A* | ) ) | |
| | ) | JANUARY 6, 2012 |

**PLAINTIFFS' REVISED AND SUPPLEMENTAL OBJECTION
AND REPLY TO AHMSI'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Plaintiffs in the cases attached as Exhibit A hereby supplement their objection to AHMSI's Motion to Dismiss for Failure to Prosecute (document 4530) (the "Motion") for the following reasons:

1. <u>Plaintiff Sonia Joseph:</u> The claims of Plaintiff Sonia Joseph were previously dismissed on June 25, 2007. See Memorandum Opinion and Order filed in Lead Case No. 05-cv-7097 (Document No. 845) (attached as Exhibit B to Plaintiffs' Objection and Reply to AHMSI's Motion to Dismiss for Failure to Prosecute, Document No. 4537, filed on December 8, 2011). A Joint Stipulation of Dismissal of Sonia Joseph's claim was filed on January 4, 2012, Document No. 4563.

2. <u>Plaintiff Audrey Lyles:</u> The undersigned counsel filed a Motion for Leave to Withdraw Appearance on August 5, 2011 (Document No. 74 in Case No. 1:06-cv-02467) (attached as Exhibit C) due to Ms. Lyles' failure to respond to telephone calls or correspondence from the undersigned. An order on the motion has not yet entered.

The undersigned cannot take a position on the pending motion to dismiss on behalf of Audrey Lyles but has alerted Ms. Lyles of the filing of the motion by mailing a copy to her last known address.

3. <u>Plaintiff Charles Matas</u>. Charles Matas is prepared to proceed with trial of this matter and asks the Court to transfer the case to its originating district. On December 30, 2011 Defendant Ameriquest Mortgage Company served Interrogatories and Requests for Production upon David and Lucinda Milardo. Responses to those discovery requests are due on January 30, 2012.

4. <u>Plaintiffs David and Lucinda Milardo</u>. David and Lucinda Milardo are prepared to proceed with trial of this matter and ask the Court to transfer the case to its originating district. On December 30, 2011 Defendant Ameriquest Mortgage Company served Interrogatories and Requests for Production upon David and Lucinda Milardo. Responses to those discovery requests are due on January 30, 2012.

5. <u>Plaintiff Mary Anne Richards</u>: Mary Anne Richards is prepared to proceed with trial of this matter and asks the Court to transfer the case to its originating district. The parties have been actively litigating the case. On November 2, 2011 Plaintiff filed objections and responses to interrogatories propounded by the defendant on September 2, 2011, and on November 28, 2011 Plaintiff filed objections and responses to document production requests propounded by the defendant on October 14, 2011.

6. <u>Plaintiff Michael Smail:</u> Michael Smail is prepared to proceed with trial of this matter and asks the Court to transfer the case to its originating district. On December 30, 2011 Defendant Ameriquest Mortgage Company served Interrogatories

and Requests for Production upon David and Lucinda Milardo. Responses to those discovery requests are due on January 30, 2012.

7. <u>Plaintiff Donna Stewart-Eagles:</u> On September 13, 2011 the Court granted the undersigned's Motion for Leave to Withdraw Appearance (Document Nos. 73 and 78) (attached as Exhibit D). The undersigned no longer represents Donna Stewart-Eagles and therefore cannot take any position of the motion to dismiss, however, the undersigned has alerted Ms. Stewart-Eagles of the filing of the motion by mailing a copy to her at her last known address.

8. As to all Plaintiffs listed on Exhibit A attached, AHMSI's Motion improperly seeks dismissal of actions in which AHMSI is not a party.

9. The Motion also asserts that Exhibit A plaintiffs are "failing to prosecute their purported claims". (Motion, ¶ 2). This ignores the fact that for individual opt-out cases the period for discovery has not begun, because the mediation phase has not yet been completed. Furthermore, a status conference is scheduled for January 19, 2012 and the undersigned has filed a status report with the Court concerning the status of ongoing mediation.

10. The Motion asserts, "on information and belief" that "many" opt-out plaintiffs "have failed or refused to dismiss their claims" despite settlement of those claims. (Motion, ¶ 4). If there are such plaintiffs, Charles Matas, David Milardo, Lucinda Milardo, Mary Anne Richards and Michael Smail are not among them, because their cases have not settled. Furthermore, any such plaintiffs should be dealt with individually, with motions to enforce the individual settlement agreements, and not by the present Motion.

3

CONCLUSION:

For the foregoing reasons, the undersigned requests that this Court:

Transfer the cases of Charles Matas, David Milardo, Lucinda Milardo, Mary Anne Richards and Michael Smail to their originating districts so that the cases may proceed to trial.

The undersigned is unable to take a position on behalf of Audrey Lyles and Donna Stewart-Eagles.

Dated: January 6, 2012            Respectfully Submitted,


By: /s/ Daniel S. Blinn
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax. (860) 571-7457


### CERTIFICATION

I hereby certify that on this 6th day of January, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn