IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**AMERIQUEST DEFENDANTS' RESPONSE TO AHMSI'S MOTION TO DISMISS FOR LACK OF PROSECUTION AND RELATED OPPOSITIONS THERETO**

The Ameriquest Defendants respectfully submit the following response concerning the opposition to AHMSI's Motion to Dismiss for Failure to Prosecute. See Dkt. Nos. 4537, 4532, and 4530, respectively. The opposition briefs raise a wide variety of issues that would be more appropriately discussed at the status conference set for June 28, 2012, most specifically the request to transfer three opt-out claims back to the transferor courts by Daniel Blinn. The request to transfer the three opt-out claims back to their transferor courts is premature and would defeat the purpose of the MDL.

The Court outlined a path for the parties to the MDL to resolve their claims efficiently and with a minimized burden on the courts. *See* Joint Discovery Plan and Scheduling Order, Dkt. No. 3268. All parties agreed to an informal exchange of certain discovery and stay of all other discovery, including a stay on the taking of Plaintiffs' depositions, pending mediation. *Id.* Mediation successfully resolved 29 nationwide class actions and mediation continues to be successful for the opt-out and third-party claims. Out of 1700 opt-out plaintiffs, there are approximately 209 remaining lawsuits with the majority of those in various stages of settlement negotiation or finalization.

Mediation and settlement discussions are ongoing, with a mediation scheduled for February 16, 2012 before Judge Donald P. O'Connell (ret.) with various opt-out plaintiffs and another mediation session scheduled for March 14, 2012 before Judge Denlow with the remaining third-party defendants.

The three plaintiffs who are requesting transfer (Dkt. No. 4537) ("Blinn Plaintiffs") were part of a recent settlement in principle pursuant to a signed Memorandum of Understanding by their counsel, Daniel Blinn. Before the request to transfer was filed, there was no prior indication that these plaintiffs did not intend to follow through with the settlement pursuant to the Memorandum of Understanding. It is now apparent that the Blinn Plaintiffs are attempting to avoid the coordinated discovery and dispositive motions contemplated in the MDL scheduling orders.

It would defeat the purpose of the MDL to now abandon the MDL and transfer cases at this preliminary stage without the benefit of uniform discovery and dispositive motions. The Blinn Plaintiffs and many others make the exact same allegations against Ameriquest. Thus, their claims are particularly amenable to uniform discovery and summary judgment motions following the conclusion of discovery. The cross-claims against the remaining third-party defendants are also subject to uniform discovery and summary judgment motions. Now that the Blinn Plaintiffs and certain opt-out plaintiffs formerly represented by Blinn have disclosed that they are not willing to follow through with the settlement terms in the Memorandum of Understanding, uniform discovery has been propounded to each of them and a uniform summary judgment motion will follow in accordance with the Court's prior orders.

Judicial economy suggests that it would be more efficient to have one court address the uniform discovery issues and motions for summary judgment instead of burdening numerous transferor courts and raising the likelihood of differing rulings. Accordingly, the request to

transfer should be more appropriately addressed at the status conference on June 28, 2012.

                                        Respectfully submitted,

Dated: January 6, 2012       By: /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

3

BN 10721350v2

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 6th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10721350v2