**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) ) ) |

**KEVIN J. MUELLER'S MOTION TO WITHDRAW**

Kevin J. Mueller respectfully requests that this Court enter an order granting him leave to withdraw as counsel of record for Third-party defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company (collectively, "Certain Third-Party Defendants"). In support of his motion, Mueller states as follows:

1. Butler Rubin Saltarelli & Boyd LLP represents Certain Third-Party Defendants in this action.

2. Mueller, an attorney with Butler Rubin Saltarelli & Boyd LLP, filed his appearance on behalf of Certain Third-Party Defendants on July 8, 2011.

3. Mueller has accepted a position with another organization, and will be leaving Butler Rubin Saltarelli & Boyd LLP, effective January 16, 2012.

4. Butler Rubin Saltarelli & Boyd LLP continues to represent Certain Third-Party Defendants through attorneys Albert E. Fowerbaugh, Jr. (lead counsel) and Thomas G. Ward.

5. Permitting Mueller to withdraw as counsel for Certain Third-Party Defendants will not jeopardize its case or otherwise negatively impact its legal representation in this case, nor will it result in any delay or prejudice to any other party.

WHEREFORE, Kevin J. Mueller, respectfully requests that he be granted leave to withdraw his appearance on behalf of Third-party defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

        Respectfully submitted,

        Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

        By:    /s/ Kevin J. Mueller
                One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Thomas G. Ward
Kevin J. Mueller
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Ste. 1800
Chicago, Il 60602
Phone: (312) 444-9660
Fax: (312) 444-9287

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of *Kevin J. Mueller's Motion to Withdraw* was served on January 10, 2012 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on January 10, 2012:

    Joan M. Pridgeon
    448 West Englewood Street
    Chicago, IL  60621

    Isiah P. Ward
    303 Waterford Dr.
    Willowbrook, IL  60527-5463

                                               /s/  Kevin J. Mueller