IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ──────────────────────────── <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before <br>   The Honorable Marvin E. Aspen |

### GOLDBERG KOHN'S MOTION TO WITHDRAW
### AS LIAISON COUNSEL TO THE THIRD PARTY DEFENDANTS

      Goldberg Kohn, Ltd. ("Goldberg Kohn") hereby moves this Court for leave to withdraw as Liaison Counsel to the Third Party Defendants. In support of its motion, Goldberg Kohn states as follows:

      1.    On December 10, 2008, this Court entered an Order approving the structure under which the defenses common to each of the Third Party Defendants in this case would be coordinated by a Liaison Counsel (R. 2550).

      2.    On April 27, 2009, the Court appointed three attorneys at Goldberg Kohn (David J. Chizewer, Steven A. Levy, and Kerry D. Nelson) as Liaison Counsel to the Third Party Defendants to substitute for the originally appointed Liaison Counsel. (R. 2725.) Since its appointment, Goldberg Kohn has monitored the docket for all developments related to the claims against the Third Party Defendants, coordinated any joint action among the Third Party Defendants, and coordinated communications for the Third-Party Defendants as a group. On August 31, 2009, November 24, 209, February 24, 2010, May 18, 2010, January 11, 2011, and May 5, 2011, the Court issued orders requiring the Third Party Defendants to reimburse Liaison Counsel for their fees and expenses. (R. 3066, 3235, 3428, 3591, 3862, 4115.)

3. Since October of 2010, there has been little to no activity to coordinate on behalf of the Third Party Defendants to this litigation. The last invoice submitted to the Court by Liaison Counsel for reimbursement from the Third Party Defendants, which covered a three-month period from October 1, 2010 through December 31, 2010, amounted to only $949. (R. 3879, 4115.) In the past year, since January 1, 2011, due to the lack of activity in the litigation involving the Third Party Defendants, Liaison Counsel has incurred such minimal fees that it has not been necessary to submit any further reimbursement motions. In addition, of the $140,308.87 sought by Liaison Counsel for all work performed prior to December 31, 2010, Liaison Counsel has only been paid $112,073.81.

4. No party will be prejudiced by the withdrawal of Liaison Counsel. Since Goldberg Kohn's appointment as Liaison Counsel, each of the Third Party Defendants has continued to have their own independent counsel to represent their individual interests in the case. In addition, based on a series of recent orders issued by the Court, it is clear that a number of Third Party Defendants have been dismissed from the case under circumstances that did not involve Liaison Counsel.

WHEREFORE, Goldberg Kohn, Ltd. respectfully requests that this Honorable Court enter an order providing for the withdrawal of David J. Chizewer, Steven A. Levy and Kerry D. Nelson as Liaison Counsel to the Third Party Defendants.

-3-

Dated: January 12, 2012

                                              GOLDBERG KOHN, LTD.

                                              By  /s/ David J. Chizewer
                                                     One of Its Attorneys

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
Kerry D. Nelson
GOLDBERG KOHN, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000