# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before<br>    The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO:   COUNSEL OF RECORD

   PLEASE TAKE NOTICE that on Tuesday, January 24, 2012 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **GOLDBERG KOHN'S MOTION TO WITHDRAW AS LIAISON COUNSEL TO THE THIRD-PARTY DEFENDANTS**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

| | |
|---|---|
| Dated:  January 12, 2012 | By: /s/ David J. Chizewer<br>*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*<br><br>David J. Chizewer<br>Steven A. Levy<br>Kathryn B. Walter<br>Kerry D. Nelson<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, Illinois  60603<br>Telephone (312) 201-4000<br>Facsimile (312) 332-2196 |

## **CERTIFICATE OF SERVICE**

I, David J. Chizewer, hereby certify that on this 12th day of January, 2012, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer