**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) |
| | )  MDL Docket No. 1715 |
| | )  Lead Case No. 05-cv-07097 |
| | )  (Centralized before |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | )  The Honorable Marvin E. Aspen) ) ) |
| *See attached Exhibit A* | ) ) |

## AHMSI's Motion to Extend Time to Reply in Support of its Motion to Dismiss For Failure To Prosecute

American Home Mortgage Servicing, Inc. ("AHMSI"), by its attorney, Simon Fleischmann, moves for a 14-day extension of its time to reply in further support of its motion to dismiss for failure to prosecute [Docket No. 4530]. In support of this motion, AHMSI states as follows:

1.      AHMSI's motion to dismiss seeks to identify opt-out claimants that have abandoned or otherwise resolved claims that are languishing on the Court's docket. AHMSI is working with counsel for Ameriquest as well as certain plaintiffs' attorneys in an effort to identify claims that should or should not be dismissed at this time. AHMSI anticipates withdrawing its motion as to certain plaintiffs and requesting dismissal orders for the rest.

2.      AHMSI's reply in support of its motion is due January 13, 2012. [Docket No. 4535]. AHMSI seeks a 14-day extension of time in order to complete its investigation and file a reply.

Accordingly, AHMSI respectfully requests entry of an Order extending its time to file a reply in support of its motion to dismiss for failure to prosecute to January 27, 2012.

DATED: January 13, 2012                    Respectfully Submitted,

AMERICAN HOME MORTGAGE
SERVICING, INC.


By:_____/s/ Simon Fleischmann_____
              Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com

## Certificate of Service

I, Simon Fleischmann, certify that I caused the foregoing motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on January 13, 2012.

I also certify that on January 13, 2012, a copy of the foregoing notice of motion was mailed by first-class U.S. Mail, postage prepaid, and addressed to the following:

King Smith
15101 S. Honore Avenue
Harley, Illinois  60426

Dale & Kelley Churchill
2831 N. Agaming Street
Hastings, Michigan  49058

_____ /s/ Simon Fleischmann_____
Simon Fleischmann