## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### NOTICE OF MOTION

**TO:** All counsel of record

    **PLEASE TAKE NOTICE** that on **Thursday, January 19, 2012, at 10:30 a.m.,** or as soon thereafter as I may be heard, I will appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead in Courtroom 2568 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and will present **AHMSI's Motion to Extend Time to Reply in Support of its Motion to Dismiss For Failure To Prosecute** a copy of which is hereby served upon you.

DATE: January 13, 2012

                                                                  AMERICAN HOME MORTGAGE SERVICING, INC.

                                                                  By: /s/ Simon Fleischmann
                                                                         Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com

## Certificate of Service

  I, Simon Fleischmann, certify that I caused the foregoing notice of motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on January 13, 2011.

  I also certify that on January 13, 2012, a copy of the foregoing notice of motion was mailed by first-class U.S. Mail, postage prepaid, and addressed to the following:

King Smith
15101 S. Honore Avenue
Harley, Illinois  60426

Dale & Kelley Churchill
2831 N. Agaming Street
Hastings, Michigan  49058

                 /s/ Simon Fleischmann