IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: *Champion, et al. v. Ameriquest Mortgage Company, et al.*, CASE NO. *1:08-CV-03960* | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Rhonda M. McCloud, Brenda L. Bryant, Nelson Dupree, Celia Dupree, Johnny Pitts, Stephen Rutland, Rita Rutland, Jennifer Love, Larry Townsend, Mildred Townsend, Michael White, and Shirley White (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 18, 2012 Respectfully submitted,

By: /s/ William H. Robertson, V

*Attorneys for Plaintiffs Rhonda M. McCloud, Brenda L. Bryant, Nelson Dupree, Celia Dupree, Johnny Pitts, Stephen Rutland, Rita Rutland, Jennifer Love, Larry Townsend, Mildred Townsend, Michael White, and Shirley White*

William H. Robertson, V, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

By: /s/ Bernard E. LeSage

*Attorneys for Defendant Ameriquest Mortgage Company, Citi Residential Lending , Inc., and CitiMortgage, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 18th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage