# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO: *Ballard, et al. v. Ameriquest Mortgage Company, et al.*, CASE NO. *1:08-CV-04992* | MDL No. 1715  Lead Case No. 05-cv-07097  (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Beverly Ballard, Michelle McNamara, Sue Cannon, Julie Wise, Jeffrey Wise, Cory O'Neal, Yulanda O'Neal, Burns O. Kendricks, Diane S. Kendricks, Susan Hudgins, Armin P. Higensheiser, Rita Hegenheiser, Luther Marbury, Jr., Thomas Smith, and Sheila Hann (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: January 18, 2012 | Respectfully submitted, |
| By: /s/ William H. Robertson, V<br>*Attorneys for Plaintiffs Beverly Ballard, Michelle McNamara, Sue Cannon, Julie Wise, Jeffrey Wise, Cory O'Neal, Yulanda O'Neal, Burns O. Kendricks, Diane S. Kendricks, Susan Hudgins, Armin P. Higensheiser, Rita Hegenheiser, Luther Marbury, Jr., Thomas Smith, and Sheila Hann*<br><br>William H. Robertson, V, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>272 Commerce Street<br>Montgomery, AL 36103-4160<br>Telephone: (334) 269-2343<br>Facsimile: (334) 954-7555 | By: /s/ Bernard E. LeSage<br>*Attorneys for Defendants Ameriquest Mortgage Company, AMC Capital Holdings Corporation, and Citi Residential Lending, Inc.*<br><br>Bernard E. LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, California 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

BN 10079595v1

2

## **CERTIFICATE OF SERVICE**

I, __Bernard E. LeSage__, hereby certify that on this 18th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: __/s/ Bernard E. LeSage_____