RECEIV

JAN 1 8 2012

JUDGE MARVIN E. ASPEN
UNITED STATES
DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 1:05-cv-07097 Centralized before the Hon. Marvin E. Aspen |
| KEVIN P. WHITE AND JULIE A. WHITE, Plaintiffs, vs. WM SPECIALTY MORTGAGE LLC, WITHOUT RECOURSE; AMERIQUEST MORTGAGE COMPANY, and MICHAEL C. CAMPBELL d/b/a Campbell Appraisal Service, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Formerly USDC – Eastern Dist. Michigan Case No: 2:08-cv-1037 |

FILED

JAN 18 2012

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

Please take Notice that on January 26, 2012, at 10:30 a.m. or as soon thereafter as may be heard, thereafter, The Law Offices of Fred R. Schmerberg's Motion to Withdraw as Counsel for Plaintiffs/Class Members Kevin and Julie White, a copy of which is attached hereto, will be heard before the Honorable Marvin E. Aspen, presiding in the United States District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn Street, Chicago, Illinois

Dated: January 11, 2012

Respectfully submitted,

Fred R. Schmerberg (P29895)
Law Offices of Fred R. Schmerberg
209 E. Michigan Avenue
Saline, Michigan 48176-1554
(734) 429-4936
fred@schmerberg.com
Attorneys for Kevin and Julie White

–1–

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing NOTICE OF MOTION has been mailed first class, postage prepaid to The Court at 219 S. Dearborn, 20th Floor, Chicago, IL 60604 on the 11th day of January, 2012. Notice of this filing will be sent by electronic mail to all counsel via the Court's electronic filing service upon receipt by The Court.

I additionally certify that a copy of the forgoing NOTICE OF MOTION has been mailed first class, postage prepaid on the 11th day of January, 2012 to:

Kevin and Julie White
10520 Macon Highway
Tecumseh, MI 49286
517-263-2810
kjwhite622@yahoo.com

Fred R. Schmerberg