**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY** and **ARGENT MORTGAGE COMPANY, LLC** (collectively the "AMC Entities") and Third-Party Defendants **NATIONS TITLE AGENCY OF ILLINOIS, INC., NATIONS TITLE AGENCY OF MICHIGAN, INC., AND NATIONS TITLE AGENCY OF MISSOURI, INC.** (collectively "the Nations Title Entities") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against the Nations Title Entities.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and the Nations Title Entities shall bear their own costs and attorneys' fees.

10670358v1

1

DATED: January 23, 2012          Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: January 23, 2012          Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
MOLO LAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone: (212) 607-8180
Facsimile: (212) 593-7378

DATED: January 23, 2012          Respectfully submitted,

By: /s/ David C. McCormack
*Attorneys for Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc., and Nations Title Agency of Missouri, Inc.*

David C. McCormack, Esq.
McCormack Law, S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone: (262) 790-1160
Facsimile: (262) 790-1208

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 23rd day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies