UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                    Case No.: 1:05−cv−07097
                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2012:

MINUTE entry before Honorable Marvin E. Aspen:Pursuant to Federal Rule of Civil Procedure 41(a) and joint stipulation of dimmissal, (4593), third−party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC "AMC Entities" dismiss with prejudice all of the AMC Entitiies' claims in the Fifth Amended Consolidated Third−Party Complaint against the Nations Title Entities. All claims by the AMC Entities against other third−party defendants, in the event there are any, shall remain and are not dismissed. The AMC Entities and the Nations TitleE Entities shall bear their won costs and attorneys' fees. Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Nations Title Agency of Missouri terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.