# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Pamela Brown, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-04890, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF PAMELA BROWN'S CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **PAMELA BROWN** ("Plaintiff Brown") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERIQUEST MORTGAGE SECURITIES, INC., ACC CAPITAL HOLDINGS CORPORATION**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6 (collectively "Defendants") hereby stipulate that Plaintiff Brown's claims in the *Pamela Brown, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-04890 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. This stipulation relates only to Plaintiff Brown's claims. The stipulation does not apply to the other Plaintiffs in this case who are not dismissing their claims against any Defendants at this time. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: January 24, 2012 | Respectfully submitted, |
| | By:/s/ Anthony P. Valach, Jr<br>*Attorneys for the Plaintiffs* |
| | THE LAW OFFICES OF DANIEL HARRIS<br>Daniel Harris, Esq.<br>Anthony P. Valach, Esq.<br>150 N. Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802 |
| DATED: January 24, 2012 | Respectfully submitted, |
| | By: /s/ Bernard E. LeSage<br>*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., ACC Capital Holdings Corporation, and Deutsche Bank National Trust Company* |
| | Bernard E. LeSage, Esq.<br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## CERTIFICATE OF SERVICE

     I, Anthony P. Valach, hereby certify that on this 24th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                     By: /s/ Anthony P. Valach