**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Bronwen Elliot-Labin, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06191, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **LINDA MOSS** ("Plaintiff Moss") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERIQUEST MORTGAGE SECURITIES, INC., ACC CAPITAL HOLDINGS,** and **WASHINGTON MUTUAL BANK**[1] (collectively "Defendants") hereby stipulate that claims of Plaintiff Moss in the *Bronwen Elliot-Labin, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06191 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. This stipulation relates only to the claims of Plaintiff Moss. The stipulation does not apply to the other Plaintiffs in this case who are not dismissing their claims against any Defendants at this time. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Washington Mutual Bank ("WaMu") is named as a defendant in this action. In September 2008, the United States Office of Thrift Supervision seized WaMu and placed it into the receivership of the Federal Deposit Insurance Corporation. Also in September 2008, the FDIC entered into a Purchase and Assumption Agreement with JPMorgan Chase Bank, N.A. ("Chase") through which Chase acquired certain WaMu assets. A copy of the Purchase and Assumption Agreement through which Chase acquired certain WaMu assets is available on the FDIC's website at http://www.fdic.gov/about/freedom/ Washington_Mutual_P_and_A.pdf.

DATED:  January 24, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:/s/ Anthony P. Valach, Jr
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff Linda Moss*

　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF DANIEL HARRIS
　　　　　　　　　　　　　　　　　　　　Daniel Harris, Esq.
　　　　　　　　　　　　　　　　　　　　Anthony P. Valach, Esq.
　　　　　　　　　　　　　　　　　　　　150 N. Wacker Dr., Suite 3000
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 960-1802

DATED:  January 24, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Bernard E. LeSage
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., ACC Capital Holdings, and Washington Mutual Bank*
　　　　　　　　　　　　　　　　　　　　Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, hereby certify that on this 24th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By: /s/ Anthony P. Valach