# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Judy Shields v. Ameriquest Mortgage Company, et al.*, 06-CV-06787, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **JUDY SHIELDS** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERIQUEST MORTGAGE SECURITIES, INC., ACC CAPITAL HOLDINGS CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5l; and **AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R5** (collectively "Defendants") hereby stipulate that the *Judy Shields v. Ameriquest Mortgage Company, et al.*, 06-CV-06787 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  January 24, 2012 Respectfully submitted,

By:/s/ Anthony P. Valach, Jr
*Attorneys for the Plaintiff Judy Shields*

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq.
Anthony P. Valach, Esq.
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802

DATED:  January 24, 2012 Respectfully submitted,

By:  /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company, individually and as Trustee*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, hereby certify that on this 24th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Anthony P. Valach