IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **BLS FUNDING CORP.** hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against BLS Funding Corp**.**

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and BLS Funding Corp**.** shall bear their own costs and attorneys' fees.

DATED: January 25, 2012          Respectfully submitted,

                                                 By:   /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company & Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: January 25, 2012          Respectfully submitted,

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
MOLO LAMKEN LLP
540 Madison Avenue
New York, NY 10022
Telephone: (212) 607-8180
Facsimile: (212) 593-7378

DATED: January 25, 2012          Respectfully submitted,

By:   /s/ James Davidson
*Attorneys for BLS Funding Corp.*

James Davidson
O'Hagan Spencer LLC
One East Wacker Dr., 34th Floor
Chicago, IL 60601
Telephone: (312) 422-6152
Facsimile: (312) 422-6110

## **CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 25th day of January 2012, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        By: /s/  Joanne N. Davies