### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: Cowart, et al. v. Ameriquest Mortgage Company, Inc., et al. Case No. ILN 1:08-02354 | (Centralized before The Honorable Marvin E. Aspen) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiffs Ramona Gulley, Allen F. Cowart, Jr, Kay H. Cowart, Darlene Brown, John Woodard, Sheila Jackson, Michael Garity, Bilma Hall, Wallace Somerset, and Shirlene Somerset (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 26, 2012

Respectfully submitted,

By: /s/ Ken Riemer

By: /s/ Bernard E. LeSage

*Attorneys for Plaintiffs Ramona Gulley, Allen F. Cowart, Jr, Kay H. Cowart, Darlene Brown, John Woodard, Sheila Jackson, Michael Garity, Bilma Hall, Wallace Somerset, and Shirlene Somerset*

*Attorneys for Ameriquest Mortgage Company; Ameriquest Mortgage Securities, Inc., Deutsche Bank National Trust Company and WM Specialty Mortgage, LLC.*

Ken Riemer, Esq.
Underwood & Riemer, PC
21 South Section Street
PO Box 969
Fairhope, Alabama 36533
Telephone: (251) 432-9212

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 26th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  By: /s/ Bernard E. LeSage