## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> Jackson, et al. v. Ameriquest Mortgage Company, Inc., et al. Case No. ILN 1:07-04871 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiffs Dorothy Jackson and Thomas E. Jackson (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 26, 2012                     Respectfully submitted,


By:  /s/  Ken Riemer                        By:  /s/ Bernard E. LeSage

*Attorneys for Plaintiffs Dorothy Jackson   Attorneys for Ameriquest Mortgage Company;
and Thomas E. Jackson*                      *Ameriquest Mortgage Securities, Inc., Deutsche
                                            Bank National Trust Company and WM Specialty
Ken Riemer, Esq.                            Mortgage, LLC.*
Underwood & Riemer, PC
21 South Section Street                     Bernard E. LeSage, Esq.
PO Box 969                                  Sarah K. Andrus, Esq.
Fairhope, Alabama 36533                     BUCHALTER NEMER, a P.C.
Telephone: (251) 432-9212                   1000 Wilshire Boulevard, Suite 1500
                                            Los Angeles, CA 90017-2457
                                            Telephone: (213) 891-0700
                                            Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 26th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage