IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>Trawick, et al. v. Ameriquest Mortgage Company, Inc., et al. Case No. ILN 1:08-05929 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiffs John Curry, Cora Houze, Scott Trawick, Mark Barton, and Donna Barton (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 26, 2012

By: /s/ Ken Riemer

*Attorneys for Plaintiffs John Curry, Cora Houze, Scott Trawick, Mark Barton, and Donna Barton*

Ken Riemer, Esq.
Underwood & Riemer, PC
21 South Section Street
PO Box 969
Fairhope, Alabama 36533
Telephone: (251) 432-9212

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; Ameriquest Mortgage Securities, Inc., Deutsche Bank National Trust Company and WM Specialty Mortgage, LLC.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 26th day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage