**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) |
| | ) |
| | ) |
| | ) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | ) ) |
| | ) |
| *See attached Exhibit A* | ) |
| | ) |

MDL Docket No. 1715

Lead Case No. 05-cv-07097

(Centralized before
The Honorable Marvin E. Aspen)

## AHMSI's Motion to Extend Time to Reply in
## Support of its Motion to Dismiss For Failure To Prosecute

American Home Mortgage Servicing, Inc. ("AHMSI"), by its attorney, Simon
Fleischmann, moves for a seven-day extension of its time to reply in further support of its
motion to dismiss for failure to prosecute [Docket No. 4530]. In support of this motion, AHMSI
states as follows:

1.      AHMSI's motion to dismiss seeks to identify opt-out claimants that have
abandoned or otherwise resolved claims that are languishing on the Court's docket.

2.      There has been a large volume of stipulations of dismissal and dismissal orders
filed in the last two days, many of which impact cases identified in AHMSI's motion to dismiss.

3.      AHMSI's reply in support of its motion is due January 27, 2012. [Docket No.
4577]. AHMSI seeks a seven-day extension of time in order to update its records to reflect the
recent filings and thereafter file a reply.

4.      AHMSI anticipates withdrawing its motion as to certain plaintiffs and requesting
dismissal orders for the rest.

Accordingly, AHMSI respectfully requests entry of an Order extending its time to file a reply in support of its motion to dismiss for failure to prosecute to February 3, 2012.

DATED: January 27, 2012                    Respectfully Submitted,

                                           AMERICAN HOME MORTGAGE
                                           SERVICING, INC.


                                           By:____/s/ Simon Fleischmann_____
                                                  Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com

## Certificate of Service

I, Simon Fleischmann, certify that I caused the foregoing motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on January 27, 2012.

I also certify that on January 27, 2012, a copy of the foregoing notice of motion was mailed by first-class U.S. Mail, postage prepaid, and addressed to the following:

King Smith
15101 S. Honore Avenue
Harley, Illinois 60426

Dale & Kelley Churchill
2831 N. Agaming Street
Hastings, Michigan 49058

_____ /s/ Simon Fleischmann _____