IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Peterson v. Argent Mortgage Company, LLC et al.*,<br>1:08-cv-07281, N.D. Ill. | |

### AFFIDAVIT OF AMY LAKE IN SUPPORT OF DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Amy Lake, declare as follows:

1. I am a Senior Project Administrator of Rust Consulting, Inc. ("Rust Consulting"). I have held this position for 7 years. Rust Consulting is a claims administrator for class action settlements and has been responsible for and has managed over 3,000 class action settlements.

2. My job duties include class action claims administration. As part of my job duties, I have managed and been involved in several hundred class action settlements during my tenure at Rust Consulting.

3. I make this Affidavit in connection with Defendant Argent Mortgage Company, LLC's ("Argent") Motion for Summary Judgment. The statements I make in this Affidavit are based on my review of business records which were created and kept in the ordinary course of business at Rust Consulting. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

4. On December 4, 2009, Argent settled a class action lawsuit, *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097 ("MDL"). The MDL Court entered a Final Order and Judgment based on the settlement on June 29, 2010. True and correct copies of the Settlement Agreement and the Final Order and Judgment are attached to the Request for Judicial Notice filed herewith.

5. Rust Consulting was hired to manage the claims administration for the MDL class settlement.

6. The Settlement Agreement defines the class period as December 14, 2001 to the date of the Settlement Agreement, December 4, 2009. Plaintiff Cedric Peterson ("Plaintiff" or "Mr. Peterson") owned property secured by the Argent Loan on August 11, 2005, which is during the class period. [A true and correct copy of Plaintiff's signed claim form admitting these facts is attached as Exhibit 1.]

7. The notice of settlement was initially provided to class members in the MDL by publication. The notice was published on January 3, 2010 in Parade magazine as a 2/5 page advertisement on page 12. Also, on January 4, 2010, the notice was published in USA Today newspaper as a 1/6 page advertisement on page 2A. Additionally, the notice was posted on a web site: www.AmeriquestMDLSettlement.com.

8. Rust Consulting also mailed Mr. Peterson a notice of the settlement on January 8, 2010 along with the Mailed Notice provided to all members of each of the settlement classes. The national change of address database listed Mr. Peterson's address as Post Office Box 1165, Orangevale, California 95662 so Rust Consulting caused the Mailed Notice to be sent to that address. This step to deliver notice by mail is a standard procedure at Rust Consulting and is consistent with the address trace process required by the Settlement Agreement. The trace process utilized by Rust Consulting uses names and other information to search for matches with mailing addresses.

9. On January 16, 2010, Rust received a signed claim form from Cedric Peterson requesting compensation as part of the court-approved Settlement Agreement. [A true and correct copy of Plaintiff's signed claim form is attached as Exhibit 1.] By signing the claim form, Mr. Peterson affirmed that he entered into a mortgage loan transaction, Loan No. 0084967512, relating to the property located at 9345 Rocky Lane, Orangevale, California 95662. [A true and correct copy of Plaintiff's signed claim form is attached as Exhibit 1.]

10. On October 15, 2010, Rust Consulting caused to be mailed settlement check number 118022 to Plaintiff Cedric Peterson in the amount of $189.99, the amount provided under the terms of the Settlement Agreement. On or before October 20, 2010, Plaintiff cashed settlement check number 118022 and the check cleared the bank. [A true and correct copy of the Settlement Check is attached as Exhibit 2.]

11. According to records maintained by Rust Consulting, Plaintiff did not opt out of the settlement class by the time prescribed by the Settlement Agreement. The Settlement

Agreement requires that any class member who wishes to opt out must do so within 45 days from the date of the initial Mailed Notice. The initial mailing date of the Mailed Notice was January 8, 2010. Plaintiff did not submit any opt out notice. A true and correct copy of the Opt Out List is attached to the Request for Judicial Notice filed herewith.

12. Pursuant to the Settlement Agreement, settlement claims were required to be submitted 60 days from the date of the Mailed Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of January 2012 at Faribault, Minnesota.

*Amy Lake*

Amy Lake