# EXHIBIT 2

Print Images                                                                                           Page 1 of 1

## U.S. Bank Confidential Communication     

Requested by:

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | | |
|---|---|---|---|
| Account No.: | Check No.: 118022 | Sequence No.: 008897562519 | |
| Amount: $189.99 | Routing No.: | Date: 10/20/2010 | |

**Front:**

Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

US BANK                 7554/730                118022

| DATE | CLAIM NUMBER | AMOUNT |
|---|---|---|
| October 15, 2010 | C006110468 | $189.99 |

VOID AFTER One Hundred Eighty (180) Days
NOT VALID FOR AMOUNT OTHER THAN $189.99
Payee's signature required on back in order for this instrument to be valid.

Financial Institutions: if you require verification of this check, please call 1-888-538-5792

Pay: **One Hundred Eighty Nine Dollars and Ninety Nine Cents**
Pay to the order of: CEDRIC PETERSON

Paul V—l

BORDER CONTAINS MICROPRINTING

**Back:**

First Bank >122239131< 10/20/2010  01417  0001910060

001910088 10262010 01417

POSITIVE I.D. REQUIRED
CREDIT TO THE
WITHIN NAMED AC—

https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1                                    1/24/2012