IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Peterson v. Argent Mortgage Company, LLC et al.*, 1:08-cv-07281, N.D. Ill. | |

## DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Evidence 201, Defendant Argent Mortgage Company, LLC ("Argent") respectfully requests that the Court take judicial notice of the documents described below and attached hereto.

### DOCUMENTS FOR JUDICIAL NOTICE

1. Attached hereto as Exhibit 1 is a true and correct copy of the Deed of Trust executed on August 11, 2005 and recorded on August 24, 2005 by the Sacramento County Recorder's Office in Book 20050824, Page 0339.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Default recorded on October 18, 2006 by the Sacramento County Recorder's Office in Book 20061018, Page 1472.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint initially filed by Plaintiff in California Superior Court, County of Los Angeles, Case No. BC 396593 on August 19, 2008.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Removal of Civil Action to United States District Court, Central District of California Pursuant to 28 U.S.C. Section 1441(b) (Federal Question) filed on September 24, 2008. [Dkt. Nos. 1-5 in Case No. 2:08-cv-6302.]

5. Attached hereto as Exhibit 5 is a true and correct copy of Argent's Answer filed in the United States District Court, Central District of California in this matter on October 1, 2008. [Dkt. No. 7 in Case No. 2:08-cv-6302.]

6. Attached hereto as Exhibit 6 is a true and correct copy of the United States Judicial Panel on Multidistrict Litigation's Conditional Transfer Order filed in this the Northern District of Illinois Case No. 1:08-cv-07281 on December 31, 2008. [Dkt. No. 14 in Case No. 1:08-cv-07281.]

7. Attached hereto as Exhibit 7 is a true and correct copy of the Settlement Agreement filed on April 8, 2010 in *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Order of Preliminary Approval of Class Action Settlement filed in *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097, December 8, 2009.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Final Order and Judgment approving the Settlement Agreement in *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097, on June 29, 2010.

10. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit A: Ameriquest MDL Opt Out List filed in *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL 1715, Lead Case No. 05-cv-07097, on June 29, 2010.

11. Argent requests judicial notice of the docket and the Court's own files in this MDL. Argent also requests judicial notice of the docket in Case No. 2:08-cv-6302 showing Plaintiff did not file an opposition to Argent Notice of Removal.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter dated October 11, 2011 sent to counsel for Plaintiff requesting that this case be dismissed by joint stipulation.

## DISCUSSION

The documents attached hereto are properly considered in connection with a motion for summary judgment pursuant to Federal Rule of Evidence 201. Facts "not subject to reasonable dispute" and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" are judicially noticeable. Fed. R. Evid. 201(b). Where a party properly request judicial notice, judicial notice is mandatory. Fed. R. Evid. 201(d).

It is well established that courts may take judicial notice of the contents of documents filed in other cases and in the court's own files. *United States v. Warneke*, 199 F.3d 906, 909 fn.1 (7th Cir. 1999) (taking judicial notice of district court calendar); *Opopka v. INS*, 94 F.3d 392, 394 (7th Cir. 1996) (taking judicial notice of a decision from the Board of Immigration Appeals); *General Elec. Capital Corp. v. Lease Resolution Corp.*, 128 F.3d 1074, 1082 (7th Cir. 1997). Courts therefore routinely take judicial notice of matters of public record, including duly recorded documents, and court records to establish the fact of the litigation and related proceedings. *See, e.g., Radaszewski ex rel. Radaszewski v. Maram*, 383 F3d 599, 600 (7th Cir. 2004) (taking judicial notice of "matters in the public record"); *Menominee Indian Tribe of Wisconsin v. Thompson*, 161 F.3d 449, 456 (7th Cir.1998); *see also Delano Farms Co. v. California Table Grape Comm'n*, 546 F. Supp. 2d 859, 927 (E.D. Cal. 2008); *Navarro v. Gen. Nutrition Corp.*, 2004 WL 2648373, at *4 (N.D. Cal. Nov. 19, 2004); *Parrish v. Curry*, 2008 WL 2851603, at *3 n. 4 (C.D. Cal. July 23, 2008).

Accordingly, documents recorded by the Sacramento County Recorder's Office, judicial decisions and orders, notices and briefs from the MDL and the District Court, Central District of California are judicially noticeable.

## CONCLUSION

For the reasons stated above, Argent respectfully requests that the Court take judicial notice of the documents attached hereto.

Respectfully submitted,

DATED: January 27, 2012

By:/s/ Bernard E. LeSage

*Attorneys for Argent Mortgage Company, LLC*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 10861497v1

3