# EXHIBIT 2

Recording Requested By
When Recorded Mail To

Cal-Western Reconveyance Corp.
P.O. Box 22004
525 East Main Street
El Cajon CA 92022-9004

Sacramento County Recording
Craig A Kramer, Clerk/Recorder
BOOK **20061018** PAGE **1472**
Check Number 9016
Wednesday, OCT 18, 2006 2:17:47 PM
Ttl Pd $12.00 Nbr-0004562242

MLB/11/1-2

Trustee Sale No. 1090498-11

Space Above This Line For Recorder's Use

Loan No. XXXXXX7512 Ref: PETERSON, CEDRIV

# NOTICE OF DEFAULT

## IMPORTANT NOTICE
**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice). This amount is $25,225.28 as of October 17, 2006, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE\*\***

**C/O AMC MORTGAGE SERVICE, INC.**
**HOME RETENTION GROUP**
**505 CITY PARKWAY WEST SUITE 100**
**ORANGE CA 92868**
**(800)430-5262**
**ENGLISH EXT. 36145 SPANISH EXT. 36146**

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.**

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN:**

**CAL-WESTERN RECONVEYANCE CORPORATION is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary**

under a deed of trust dated August 11, 2005 executed by

**CEDRIC PETERSON, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY as trustor, to secure certain obligations in favor of**

**ARGENT MORTGAGE COMPANY, LLC**
    **as beneficiary**

recorded as document XX on August 24, 2005 in book 20050824 page 0339 official records in the office of County Recorder of SACRAMENTO
County, California, describing land therein as:

**COMPLETELY DESCRIBED IN SAID DEED OF TRUST.          \*\*OF ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-W3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2005, WITHOUT RECOURSE**

said obligations including a promissory note for the principal sum of $727,500.00
that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Failure to pay the monthly payment due July 1, 2006 of principal and interest and subsequent installments due thereafter; plus late charges; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said deed of trust.

That by reason thereof the present beneficiary under such Deed of Trust has deposited with said trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

T.S. 1090498-11

| Dated: | October 17, 2006 | CAL-WESTERN RECONVEYANCE CORPORATION |
|---|---|---|

By:  LandAmerica Default Services, as Agent,  By: SPL Inc., as Agent

Signature By _____