# EXHIBIT 3

1  MARSHALL E. ROSENBACH, ESQ. (State Bar No. 214214)
   LAW OFFICES OF MARSHALL E. ROSENBACH
2  468 N. Camden Drive, Suite 200
   Beverly Hills, California 90210
3  Telephone: (310) 860-4764
   Facsimile: (310) 860-4763
4
   Attorney for Plaintiff
5  CEDRIC PETERSON

                 CONFORMED COPY
                 OF ORIGINAL FILED
                 Los Angeles Superior Court

                 AUG 19 2008

                 John A. Clarke, Executive Officer/Clerk
                 By_____ Deputy
                    A. Hendrickson

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| CEDRIC PETERSON, an individual; | CASE NO. BC396593 |
| Plaintiff, | COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635 |
| vs. | |
| ARGENT MORTGAGE COMPANY, LLC, a California limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff CEDRIC PETERSON ("Plaintiff") alleges:

**PREFATORY ALLEGATIONS**

1. Plaintiff CEDRIC PETERSON is and at all times mentioned herein was a resident of the State of California.

2. The property which is the subject of this action is the primary dwelling of the Plaintiff. Its address is 9345 Rocky Lane, Orangevale, California 95662 (the "Property").

3. Defendant ARGENT MORTGAGE COMPANY, LLC ("Argent") is and at all times herein mentioned was a California limited liability company doing substantial business

- 1 -
COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635

within this judicial district.

4. Plaintiff is informed and believes, and based thereon alleges, that Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank") is and at all times herein mentioned was conducting substantial business within this judicial district.

5. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 to 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries and right to compensations herein alleged were proximately caused by the acts, errors, and omissions of said fictitiously named Defendants and each of them.

6. Plaintiff is informed and believes, and based thereon alleges, that Defendants, and each of them, were the agents, employees, partners, joint venturers, owners, principals, and employers of the remaining Defendants, and each of them, are, and at all times herein mentioned were, acting within the course and scope of that agency, partnership, employment, ownership, or joint venture. Plaintiff is further informed and believes and based thereon alleges that the acts and conduct herein alleged of each such Defendant were known to, authorized by, and/or ratified by the other Defendants, and each of them.

### FIRST CAUSE OF ACTION
(Against All Defendants and DOES 1 to 10)
(Rescission and Damages under 15 U.S.C. § 1635)

7. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 8, inclusive, as though set forth at length herein again.

8. On or about August 29, 2005, Plaintiff executed a deed of trust in the amount

- 2 -
COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635

of $727,500.00 in favor of Defendant Argent, and secured by the Property. The loan number is 0084967512. The loan was a refinance.

9. On said date, Defendant Argent committed the following non-exhaustive list of violations of the Truth in Lending Act, 15 U.S.C. § 1601, et seq.:

(1) Argent failed to provide Plaintiff with two copies of fully completed Notices of Right to Cancel;

(2) Argent failed to note the correct transaction date of August 29, 2005;

(3) Argent failed to note the correct date of expiration of the right to cancel.

10. Plaintiff will amend this Complaint when additional Truth in Lending violations are discovered.

11. Plaintiff is informed and believes and based thereon alleges that after closing the said loan, Argent sold and assigned the note and deed of trust to Defendant Deutsche Bank.

12. On August 11, 2008 and August 19, 2008, Plaintiff served Defendants with a letter giving them notice of Plaintiff's election to rescind the loan. The notice further demanded that Defendants return all money given as earnest money, down payment, or otherwise and take any action to reflect the termination of the above-described deed of trust.

13. As a direct and proximate cause of Defendants' violations of the law, Defendants were compelled to rescind the loan. As a further direct and proximate cause of such violations, Defendants were required to return such sums as required under 15 U.S.C. § 1635(b).

14. As of the date of filing this action, Defendants, and each of them, have failed to rescind the loan or return the monies owed to Plaintiff.

15. By virtue of the foregoing violations of the Truth in Lending Act, Plaintiff's right to rescind the said loan was extended from 3 days to 3 years after consummation of the transaction. 15 U.S.C. § 1635(f).

16. As a direct and proximate cause of Defendants' violations under the Truth in

- 3 -

COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635

1 Lending Act, Plaintiff has incurred attorney's fees which amount will be proven at the time
2 of trial.

3

4     WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them,
5 as follows:
6     1.    For rescission of Loan no. 89719312 under 15 U.S.C. § 1635(a) and (b);
7     2.    For all sums to be paid under 15 U.S.C. § 1635(b);
8     3.    For attorney's fees pursuant to 15 U.S.C. § 1601, et seq.
9     4.    For pre-judgment interest at the legal rate from the time of injury;
10     5.    For costs of suit incurred herein; and
11     6.    For such other and further relief as the Court may deem just and proper.

12

13 DATED: August 19, 2008         LAW OFFICES OF MARSHALL E. ROSENBACH

14

15                                    By:
16                                 MARSHALL E. ROSENBACH
                                  MICHAEL LOGHMANA
17                                 Attorney for Plaintiff
                                CEDRIC PETERSON

18
19
20
21
22
23
24
25
26
27

COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635

## DEMAND FOR JURY TRIAL

Plaintiff CEDRIC PETERSON hereby demands a trial by jury in this action.

DATED: August 19, 2008

LAW OFFICES OF MARSHALL E. ROSENBACH

By: _____
MARSHALL E. ROSENBACH
MICHAEL LOGHMANA
Attorney for Plaintiff
CEDRIC PETERSON

- 5 -
COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635