**EXHIBIT 4**

```
 1  BUCHALTER NEMER
    A Professional Corporation
 2     BERNARD E. LESAGE, ESQ. (SBN 61870)
       SARAH K. ANDRUS (SBN 174323)
 3     KAREN STEVENSON (SBN 198482)
       MELODY A. PETROSSIAN (SBN 227624)
 4  1000 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90017-5704
 5  Telephone: (213) 891-0700
    Facsimile: (213) 896-0400
 6
 7  Attorneys for Defendant ARGENT MORTGAGE
    COMPANY, LLC
 8
                UNITED STATES DISTRICT COURT
 9
                CENTRAL DISTRICT OF CALIFORNIA
10
11  CEDRIC PETERSON, an Individual    CASE NO.  CV08-06302 VBF JTLx
12                  Plaintiff,
                                      NOTICE OF REMOVAL OF
13        vs.                         ACTION UNDER 28 U.S.C. §§
                                      1441(B) & 1446
14  ARGENT MORTGAGE
    COMPANY, LLC, a California        (FEDERAL QUESTION)
15  limited liability company;
    DEUTSCHE BANK NATIONAL
16  TRUST COMPANY; and DOES 1
    through 10, inclusive,
17
                    Defendants.
18
19
```

FILED 2008 SEP 24 PM 3:49

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Argent Mortgage Company, LLC ("Argent") hereby removes the above-captioned action, Case No. BC396593, currently pending in the Superior Court of the State of California, County of Los Angeles (the "State Court Action"), to the United States District Court for the Central District of California. Removal is pursuant to 28 U.S.C. §§ 1441 and 1446,

BN 2281638v1     1

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1441 & 1446

and is based upon federal question jurisdiction.

As grounds for removal, Ameriquest states as follows:

1. <u>Filing of Complaint</u>. On August 19, 2008, Plaintiff Cedric Peterson filed a complaint (the "Complaint") with the Clerk of the Superior Court of the State of California, County of Los Angeles, against Argent. The State Court Action was assigned Case No. BC396593.

2. <u>Federal Question Jurisdiction</u>. The Complaint contains claims arising under federal law. Specifically, the claims for relief asserted against Argent include alleged violations of the Federal Truth in Lending Act, codified at 15 U.S.C. §1601, et seq., in connection with a loan transaction to refinance real property. [Complaint, ¶¶ 9-16.] Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, and it may properly be removed pursuant to 28 U.S.C. § 1441(b).

3. <u>Removal is Timely</u>. Argent was served with the Summons and Complaint on September 4, 2008. No other service has been made. This Notice is being filed with the United States District Court for the Central District of California on September 23, 2008, within 30 days of receipt of the Complaint by Argent. Accordingly, removal is timely. <u>See</u> 28 U.S.C. § 1446(b).

4. <u>Removal to Proper Court</u>. This Court is part of the district and division embracing the place where the State Court Action was filed – Los Angeles County, California. 28 U.S.C. §§ 1441(a), 1446(a).

5. <u>Pleadings and Process</u>. Appended hereto as Exhibit A is a copy of all process, pleadings and orders served on Argent in the State Court Action, including, the Summons directed to Argent, the Complaint, a Civil Case Cover Sheet, a Civil Case Cover Sheet Addendum and Statement of Location, and a Notice of Acknowledgement and Receipt – Civil. <u>See</u> 28 U.S.C. § 1446(a).

6. <u>Consent</u>. Defendant Deutsche Bank National Trust Company ("Deutsche Bank") has not been served with the Complaint.[1] For purposes of removal, defendants sued under fictitious names, such as defendants "Does 1 through 20" in this action, are disregarded. 28 U.S.C. § 1441(a).

7. <u>Notice</u>. Attached hereto as Exhibit B is a copy of the "Notice of Filing of Notice of Removal," which Argent will promptly serve upon plaintiff's counsel, and will promptly file with the Clerk of the Los Angeles Superior Court. See 28 U.S.C. §§ 1446(a), (d).

WHEREFORE, Argent prays that the above-entitled action now pending in the Superior Court of the State of California for the County of Los Angeles be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED: September 24, 2008

BUCHALTER NEMER
A Professional Corporation

By: /s/ Karen Stevenson
KAREN STEVENSON
Attorneys for Defendant ARGENT MORTGAGE COMPANY, LLC

---

[1] Although the Summons names Deutsche Bank, the documents were addressed and received by Argent.

BN 2281638v1