**EXHIBIT 6**

|  |  |  |
|---|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br>By Tanisha Spinner on Dec 18, 2008<br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | DEC 31 2008<br>UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br>Dec 02, 2008<br>FILED<br>CLERK'S OFFICE |

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

JS-6

(SEE ATTACHED SCHEDULE)

MDL No. 1715

FILED: DECEMBER 18, 2008
08CV7281
JUDGE ASPEN

**CONDITIONAL TRANSFER ORDER (CTO-52)**$^{DAJ}$

CV08-6302 VBF (JTLx) - Cedric Peterson v. Argent Mortgage Company, LLC, et al.

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 340 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: DECEMBER 31, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION     MDL No. 1715

### SCHEDULE CTO-52 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 08-873 | Kellie H. Allgood v. Ameriquest Mortgage Co., et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 08-2096 | Daniel J. Whitaker, et al. v. Ameriquest Mortgage Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAN 2 08-6302 | Cedric Peterson v. Argent Mortgage Co., LLC, et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 08-3466 | Freddie Butler, Jr., et al. v. Ameriquest Mortgage Co., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 2 08-143 | Alfred Johnson v. Ameriquest Mortgage Co., et al. |
| GAS 2 08-150 | Ted A. Corbin, et al. v. Ameriquest Mortgage Co., et al. |



MICHAEL W. DOBBINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

December 31, 2008

Clerk of Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701
Dear Clerk

Re: **MDL 1715 – In re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
Your case number: CAN 2:08-6302 Cedric Peterson vs Argent Mortgage Co., LLC, et al.

Our case number:   08 cv 7281   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen. **See schedule CTO-52 for your case number.**

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

By:   Willie A. Haynes
Supervisor in Operations



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re:** MDL 1715     In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Transfer of our Civil Case No. 2:08-cv-6302 VBF (JTLx)

Case Title: Cedric Peterson v. Argent Mortgage Company, LLC., et al.,

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: 12/31/08

By Madelina Guerrero
Deputy Clerk

cc: All counsel of record

---

### TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
Deputy Clerk