# EXHIBIT 11



**BuchalterNemer**
A Professional Law Corporation

1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457
Telephone (213) 891-0700 / Fax (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

October 11, 2011

**VIA FEDERAL EXPRESS**

Marshall Ezsa Rosenbach
Marshall E Rosenbach Law Offices
468 North Camden Drive Suite 200
Beverly Hills, CA 90210
310-860-4764

Re:    *Prior Acceptance of Settlement Funds—Joint Stipulation of Dismissal*

**AMERIQUEST MULTIDISTRICT LITIGATION**

*Peterson v. Argent Mortgage Company, et al.,* Case No. ILN 1:08-07281

Dear Mr. Rosenbach:

We are writing to inform that on October 15, 2010 your client accepted $189.99 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your client agreed that this case would be dismissed in exchange for receiving the settlement funds described above. Plaintiff in the above-mentioned case has no claim to further funds because of this prior settlement. Therefore, we have prepared and enclosed a Joint Stipulation of Dismissal to be executed and filed with the Court, as previously agreed to by your client.

Please execute and return the enclosed dismissal to my attention within 10 business days from the date of this letter. If the dismissal is not signed within this timeframe, we will move the Court to dismiss this action. Should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _____

Bradley G. Grumbley

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Peterson v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cedric Peterson ("Plaintiff") and Defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Peterson v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 (N.D. Ill) (transferred into the MDL from the United States District Court, Central District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: _____, 2011                Respectfully submitted,

                                    By: _____
                                    *Attorneys for Cedric Peterson*

                                    Marshall Ezsa Rosenbach
                                    Marshall E Rosenbach Law Offices
                                    468 North Camden Drive Suite 200
                                    Beverly Hills, CA 90210
                                    Telephone: (310)860-4764
                                    Facsimile: (310)860-4763

DATED: _____, 2011                Respectfully submitted,

                                    By: _____
                                    *Attorneys for Argent Mortgage Company*

                                    Bernard E. LeSage, Esq.
                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Avenue, Suite 800
                                    Irvine, California 92612
                                    Telephone: (949) 760-1121
                                    Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____