IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Peterson v. Argent Mortgage Company, LLC et al.*, 1:08-cv-07281, N.D. Ill. | |

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 31st day of January, 2012, a true and correct copy of the following attached list of documents was filed electronically. Notice of this filing was sent by electronic mail to all counsels of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the named addressee on the attached Service List.

By: _____/s/ Bernard E. LeSage_____

BN 10922311v1

- 2 -

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

**LIST OF E-FILED DOCUMENTS**

1. DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

2. DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW

3. AFFIDAVIT OF AMY LAKE IN SUPPORT OF DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT

4. AFFIDAVIT OF REE S. KLEIN IN SUPPORT OF DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT

5. DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

6. NOTICE OF PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT

7. CERTIFICATE OF SERVICE

- 3 -

IN RE AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
MDL No. 1715
Lead Case No. 05-cv-07097

## SERVICE LIST

**Cedric Peterson**
PRO SE
9345 Rocky Lane
Orangevale, CA 95662
*(916) 987-3547*