**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Peterson v. Argent Mortgage Company, LLC et al.,* 1:08-cv-07281, N.D. Ill. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, February 7, 2012, at 10:30 a.m., or as soon thereafter as I may be heard, I will appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead in Courtroom 2568 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and will present Argent Mortgage Company, LLC's Motion For Summary Judgment, a copy of which is hereby being served upon you.

DATED: January 31, 2012

Respectfully submitted,

By: /s/ *Bernard E. LeSage*
*Attorneys for Argent Mortgage Company, LLC*

Bernard E. LeSage, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 31st day of January 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage