IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re*: **Ameriquest Mortgage Co. Mortgage Lending Practices Litigation** | |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware Limited Liability Company, <br><br>Third-party Plaintiffs, <br><br>v. <br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et alia*, <br><br>Third-party Defendants. | Centralized Before the Hon. Marvin E. Aspen |

## SUGGESTION OF BANKRUPTCY
(Third-party Defendant Republic Title Company)

NOTICE IS HEREBY GIVEN that third-party defendant Republic Title Company, on December 31, 2011, filed a petition pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Case No. 11-52255, *In re* Republic Title Company, Inc.

REPUBLIC TITLE COMPANY

By: _____
One of its Attorneys

Michael A. Braun
Lee M. Weisz
33 N Dearborn Ste 500
Chicago IL 60602
Phn: 312/580-0001
Fax: 312/580-0828
\rpb\ameri\bnkrptcy-sugg