IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *David Bruce Kester v. Ameriquest Mortgage Company, et al.*, 09-CV-05297, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **DAVID BRUCE KESTER** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **JPMORGAN CHASE BANK, N.A.**, as successor by merger to **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *David Bruce Kester v. Ameriquest Mortgage Company, et al.*, 09-CV-05297 (N.D. Ill) (transferred into the MDL from Bankruptcy Case No. 06-70064, W.D. Penn.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

10669810v1

1

DATED:  February 2, 2012						Respectfully submitted,

									By:  /s/ Stephen M. Otto, Esq.
									*Attorneys for David Bruce Kester*

									Stephen M. Otto, Esq.
									LAW OFFICE OF STEPHEN M. OTTO LLC
									2 Woodland Road, Suite 201-A
									Wyomissing, PA 19610
									Telephone:  (484) 220-0481
									Facsimile:  (610) 743-8581

DATED:  February 2, 2012						Respectfully submitted,

									By:  /s/ Bernard E. LeSage
									*Attorneys for Ameriquest Mortgage Company and AMC Mortgage Services, Inc.*

									Bernard E. LeSage, Esq.
									Joanne N. Davies, Esq.
									BUCHALTER NEMER
									18400 Von Karman Avenue, Suite 800
									Irvine, California 92612
									Telephone:  (949) 760-1121
									Facsimile:  (949) 720-0182

DATED:  February 2, 2012						Respectfully submitted,

									By:  /s/ Benjamin P. Wieck
									*Attorneys for JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC*

									Benjamin P. Wieck, Esq.
									BURKE WARREN MACKAY & SERRITELLA
									330 North Wabash Avenue
									22nd Floor
									Chicago, Illinois 60611
									Telephone: (312) 840-7000
									Facsimile:  (312) 840-7900

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 2nd day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies