IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO THE ) FOLLOWING ACTIONS: ) ) *See attached Exhibit A* ) ) | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br>The Honorable Marvin E. Aspen) |

## AHMSI's Reply in Further Support of its
## Motion to Dismiss For Failure To Prosecute

AHMSI's motion to dismiss for failure to prosecute [Docket No. 4530] seeks to identify only those opt-out claimants who have abandoned or otherwise resolved claims that remain languishing on the Court's docket. Since its initial motion, AHMSI has conferred with counsel for Ameriquest and certain plaintiffs regarding the status of the cases identified in Exhibit A to AHMSI's motion. In addition, almost half the claimants identified in AHMSI's motion have taken action in recent weeks to dismiss their cases voluntarily. Still, many claimants remain completely non-responsive even in the face of a motion to dismiss for failure to prosecute under Federal Rule 41(b). Accordingly, AHMSI has organized the respondents into three categories: (1) claimants who were responsive to the initial motion; (2) claimants who are engaged in the settlement and dismissal process; and (3) claimants who remain completely non-responsive to settlement communications and court filings. As set forth below, AHMSI withdraws its motion as to the first two categories, and asks the Court to grant its motion with respect to the third.

1.      The following claimants filed a written objection to AHMSI's motion or separately contacted AHMSI's counsel to confirm their intent to proceed with their case. Accordingly, AHMSI *withdraws* its motion as to the following parties:

| Party | Case Number |
|---|---|
| Howard, Gordan & Nola | 07-00095 |
| Julien, Lynn & Denise | 06-04037 |
| Matas, Charles | 06-02469 |
| Milardo, David & Lucinda | 06-01733 |
| Richards, Mary Anne | 09-00215 |
| Smail, Michael | 06-02471 |

2.      AHMSI's investigation has shown that the below claimants are engaged in the settlement and dismissal process with other defendants. AHMSI therefore *withdraws* is motion as to these parties, as they either have been or will be dismissed in the ordinary course:

| Party | Case Number |
|---|---|
| Baker, Valinda | 08-05930 (Case terminated) |
| Braz, Gary | 06-06744 (Stipulation to Dismiss filed) |
| Brennan, George Jr. & Elizabeth | 07-01513 |
| Butler, James & Addie | 08-03011 (Stipulation to Dismiss filed) |
| Churchill, Daley & Kelley | 07-01026 |
| Cooley, Wilbert & Kandee | 07-07182 |
| Cowart, Allen Jr. & Kay | 08-02354 (Stipulation to Dismiss filed) |
| Curtis, Joseph & Elizabeth | 08-04549 |
| Delaney, Robert & Rhonda | 09-00216 |
| Dercksen, Arthur & Nell | 06-06742 |
| Diaz, Jesus & Karen | 09-01151 |
| Donnelly, Jacqueline & Joseph | 08-00738 (Stipulation to Dismiss filed) |
| Easley, Dayone | 08-05933 (Case terminated) |
| Emerson, Eileen | 06-05707 (Case terminated) |
| Gardner, Michael | 08-00744 |
| Gray, George & Bobbie | 07-07181 (Stipulation to Dismiss filed) |
| Green, Curtis & Pamela | 07-04870 (Case terminated) |
| Hagan, Carolyn | 07-03943 |
| Hall, Bilma | 08-02354 (Stipulation to Dismiss filed) |
| Higgins, Justin & Heather | 08-03011 (Stipulation to Dismiss filed) |
| Howard, Henry Sr. | 07-05067 (Stipulation to Dismiss filed) |
| Jackson, Thomas & Dorothy | 07-04871 (Stipulation to Dismiss filed) |
| Jennings, Larry | 08-05930 (Case terminated) |
| Johnson, Lillie | 07-05585 (Stipulation to Dismiss filed) |

| | |
|---|---|
| Jones, Sylvia & James | 08-00738 (Stipulation to Dismiss filed) |
| Joseph, Sonia | 06-03124 (Stipulation to Dismiss filed) |
| Lewark, Dannette | 09-00218 |
| McNab, Veronica | 08-05934 (Stipulation to Dismiss filed) |
| Murrell, Jimmy | 08-03011 (Stipulation to Dismiss filed) |
| Noon, Willet | 07-06232 (Stipulation to Dismiss filed) |
| Overstreet, Layton Jr. | 07-06231 (Stipulation to Dismiss filed) |
| Pipkins, Richard | 07-06231 |
| Powell, Derrel & Lynda | 07-05585 (Stipulation to Dismiss filed) |
| Powell, John | 06-03585 |
| Reed, Mattie | 07-05065 (Stipulation to Dismiss filed) |
| Reid, Cleo | 07-06232 (Stipulation to Dismiss filed) |
| Ruffin, Pauline | 07-05066 |
| Sanderson, Angela | 07-07247 (Stipulation to Dismiss filed) |
| Sims, Ivan | 07-02462 |
| Smith, King | 06-03704 |
| Taylor, Keith & Helen | 07-06232 (Stipulation to Dismiss filed) |
| Thorgusen, Tazuko | 08-04296 |
| Tillman, Mary | 07-05066 (Stipulation to Dismiss filed) |
| Toscano, Vicente | 07-05421 |
| Trawick, Scott | 08-05929 (Stipulation to Dismiss filed) |
| Villagran, Maynor | 06-05699 |
| Wise, Jeffrey & Julie | 08-04992 (Stipulation to Dismiss filed) |

3. The following plaintiffs have not responded to AHMSI's motion and do not appear to be engaged in any activity to resolve their claims. Accordingly, the Court should *grant* AHMSI's motion with respect to the following claimants.

| Plaintiff's Name | Case Number |
|---|---|
| Arndt, Marie & Pendergraph, Forrest | 06-02479 |
| Derda, Paul & Cindy | 07-03517 |
| Dunn, Raymond & Linda | 08-03961 |
| Evans, Cheryl | 09-01150 |
| Lyles, Audrey | 06-02467 |
| Myers, Gail | 07-03584 |
| Orr, Aquanita | 07-05283 |
| Pacheco, Linda | 07-00136 |
| Schebel, Joseph Jr. | 07-06810 |
| Stewart-Eagles, Donna | 06-02467 |
| Townes, James & Ebony Mowe | 07-00331 |

4.      Finally, certain responding claimants argued that the motion to dismiss should be denied because AHMSI has not been named as a defendant in several of the cases identified in its motion.  However, AHMSI has appeared generally in the Lead Case in this centralized proceeding, and AHMSI is the servicer and attorney-in-fact for the parties that are named as defendants as assignees of the plaintiff's loans.  The Court has repeatedly found that servicers such as AHMSI are appropriate and necessary parties in the MDL for purposes of resolving claims regarding individual loans—that is exactly what AHMSI seeks to accomplish here.

WHEREFORE, AHMSI respectfully requests the following relief:

A       entry of a preliminary Order warning the parties identified in paragraph 3 of this reply that their cases will be dismissed for failure to prosecute unless they file by a date certain a short statement of their intent to engage in litigation or settlement activity to resolve their claims;

B.      dismissal of the cases identified in paragraph 3 of this reply under Federal Rule of Civil Procedure 41(b) absent a filed statement as provided above; and

C.      such further relief as the Court finds just and appropriate.

DATED: February 3, 2012                     Respectfully Submitted,

                                            AMERICAN HOME MORTGAGE
                                            SERVICING, INC.

                                            By:     /s/ Simon Fleischmann
                                                    Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

4

## Certificate of Service

I, Simon Fleischmann, certify that I caused the foregoing motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on February 3, 2012.

I also certify that on February 3, 2012, a copy of the foregoing notice of motion was mailed by first-class U.S. Mail, postage prepaid, and addressed to the following:

King Smith
15101 S. Honore Avenue
Harley, Illinois  60426

Dale & Kelley Churchill
2831 N. Agaming Street
Hastings, Michigan  49058

                                                        /s/ Simon Fleischmann
                                                          Simon Fleischmann