# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    LEAD CASE NO. 05-CV-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING
PRACTICES LITIGATION, MDL NO. 1715

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ARGENT MORTGAGE COMPANY LLC, defendant and third-party plaintiff

| | |
|---|---|
| NAME (Type or print) <br> JOANNE N. DAVIES | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JOANNE N. DAVIES | |
| FIRM: BUCHALTER NEMER, A PROFESSIONAL CORPORATION | |
| STREET ADDRESS: 18400 VON KARMAN AVENUE, SUITE 800 | |
| CITY/STATE/ZIP  IRVINE, CALIFORNIA 91612-0514 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ADMITTED PRO HAC VICE | TELEPHONE NUMBER:  (949) 760-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL            APPOINTED COUNSEL | |