**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Johnnie Faison v. Argent Mortgage Company, LLC*, 06-CV-03127, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JOHNNIE FAISON** (collectively "Plaintiffs") and Defendant **ARGENT MORTGAGE COMPANY, LLC** ("Defendant") hereby stipulate that the *Johnnie Faison v. Argent Mortgage Company, LLC*, 06-CV-03127 (N.D. Ill) (transferred into the MDL from 8:06-00477 Middle District of Florida) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  February 6, 2012              Respectfully submitted,

                                              By:/s/ Jawdet I. Rubaii
*Attorneys for Plaintiff Johnnie Faison*

Jawdet I. Rubaii, Esq.
Jawdet Rubaii, P.A.
1358 South Missouri Avenue
Clearwater, FL 33756
 Telephone: (727) 442-3800

DATED: February 6, 2012              Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Argent Mortgage Company LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 6th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies