IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Enix, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00907 N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MICHAEL ENIX** and **MICHELLE ENIX** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERICAN HOME MORTGAGE SERVICING, INC., CITI RESIDENTIAL LENDING, INC., AMERICAN HOME MORTGAGE SERVICING, INC.,** and **DEUTSCHE BANK NATIONAL COMPANY,,** as Trustee (collectively "Defendants") hereby stipulate that the *Enix, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00907 (N.D. Ill.) (transferred into the MDL from S.D. Ohio) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 7, 2012					Respectfully submitted,

By: /s/ Charles J. Roedersheimer
*Attorneys for Plaintiffs Michael Enix and Michelle Enix*

Charles J. Roedersheimer, Esq.
THOMPSON & DEVENY LLP
1340 Woodman Drive
Dayton, OH 45432
Telephone: (937) 252-2030
Facsimile: (937) 252-9425

DATED: February 7, 2012					Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc., Deutsche Bank National Company, as trustee*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: February 7, 2012					Respectfully submitted,

By: /s/ Simon A. Fleischmann
*Attorneys for American Home Mortgage Servicing, Inc.*

Simon A. Fleischmann, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile: (312) 896-6471

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 7th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage