IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Studebaker, et al. v. ACC Capital Holdings Corporation, et al.*, 08-00743 N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Rockway Studebaker, Jalia Studebaker, Christopher Mullins and Lisa Mullins (collectively "Plaintiffs") and Defendants **ACC CAPITAL HOLDINGS CORPORATION, AMERIQUEST MORTGAGE COMPANY, AMERICAN HOME MORTGAGE SERVICING, INC., CITI RESIDENTIAL LENDING, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** individually and as Trustee for **AMERIQUEST MORTGAGE SECURITES, INC.,** Asset-Backed Pass Through Certificates, Series 2004-R12 (collectively "Defendants") hereby stipulate that the *Studebaker, et al. v. ACC Capital Holdings Corporation, et al.*, 08-CV-00743 (N.D. Ill.) (transferred into the MDL from S.D. Ohio) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: _____, 2012                    Respectfully submitted,

By: /s/ Charles J. Roedersheimer
*Attorneys for Plaintiffs Rockway Studebaker, Jalia Studebaker, Christopher Mullins and Lisa Mullins*

Charles J. Roedersheimer, Esq.
THOMPSON & DEVENY LLP
1340 Woodman Drive
Dayton, OH 45432
Telephone: (937) 252-2030
Facsimile: (937) 252-9425

DATED: _____, 2012                    Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Defendants ACC Capital Holdings Corporation, Ameriquest Mortgage Company, Citi Residential Lending, Inc., Deutsche Bank National Trust Company, as Trustee, and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: _____, 2012                    Respectfully submitted,

By: /s/ Simon A. Fleischmann
*Attorneys for American Home Mortgage Servicing, Inc.*

Simon A. Fleischmann, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile: (312) 896-6471

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage