**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Bowe, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-02471 | |

**JOINT STIPULATION OF DISMISSAL BY MICHAEL F. SMAIL OF CLAIMS
AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael F. Smail ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  February 9, 2012                    Respectfully submitted,

                                                          By:  /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiff Michael F. Smail*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone:  (860) 571-0408
Facsimile:  (860) 571-7457

DATED:  February 9, 2012                    Respectfully submitted,

By:  /s/ Bernard E. LeSage, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, HSBC Finance Corporation, Ameriquest Funding II, LLC, JPMC Specialty Mortgage, f/k/a WM Specialty Mortgage LLC, Deutsche Bank National Trust Company, CitiMortgage, Inc., f/k/a CitiFinancial Mortgage Company, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400

## **CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 9th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        By: /s/ Bernard E. LeSage

BN 10932193v1