**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*Belval, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-02469* | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL BY SHARON KACH AND RONALD KACH OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sharon Kach and Ronald Kach (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED: February 9, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Daniel S. Blinn, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Sharon Kach and Ronald Kach*

　　　　　　　　　　　　　　　　　　　　Daniel S. Blinn, Esq.
　　　　　　　　　　　　　　　　　　　　CONSUMER LAW GROUP, LLC
　　　　　　　　　　　　　　　　　　　　35 Cold Spring Road, Suite 512
　　　　　　　　　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　　　　　　　　　Telephone:  (860) 571-0408
　　　　　　　　　　　　　　　　　　　　Facsimile:  (860) 571-7457

DATED: February 9, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company, Merrill Lynch Credit Corporation, Ameriquest Mortgage Securities, Inc., HSBC Mortgage Services, Inc., WM Specialty Mortgage LLC, Deutsche Bank National Trust Company, HSBC Bank USA, National Association, HSBC Bank USA, CitiFinancial Mortgage Company, Inc., n/k/a CitiMortgage, Inc., Washington Mutual Bank*

　　　　　　　　　　　　　　　　　　　　Bernard E. LeSage, Esq.
　　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　　1000 Wilshire Blvd., Suite 1500
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90025
　　　　　　　　　　　　　　　　　　　　Telephone:  (213) 891-0700
　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 896-0400

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 9th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 10932458v1