

November 9, 2010

Honorable Marvin E. Aspen
U.S. District Court Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715
Lead Case No. 05-7097

Judge Aspen,

As a member of the Ameriquest MDL Settlement class, I have been waiting for years for the settlement of this case, and I have been counting on your wisdom as a judge to decide the case.

I am now in receipt of my settlement check for approximately $48.00 which is meant to compensate me in some way for the thousands of dollars Ameriquest cost me in fraudulent activities in two different mortgages.

At the same time the attorney's who represented the class will take home 7.3 million dollars among the four of them, a fee which you deemed appropriate because "*The Settlement provides substantial benefits for the Class Members.*"

I am not sure that we live in similar worlds. I can assure you that in my world $48 does not constitute a substantial benefit for me, and it in no way assuages the cost that I suffered at the hands of the corporation who defrauded me.

I just wanted to let you know that I have heard what you as the representative of justice have said to me, which is essentially "suck it up". You have taught me that there will never be justice for the little people....just fees for the attorneys who claim to represent us.

Sincerely,

Janet K. Acker
P.O. Box 601
Preston Hollow, NY 12469

P.O. Box 601
Preston Hollow NY
12469

Honorable Marvin E Aspen
US District Court Judge
US District Court
Northern District of Illinois - Eastern Div.
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.
Chicago IL 60604