December 20, 2010

Hon. Marvin E. Aspen
Alex Zane –Lieff Cabraser Heimann & Bernstein LLP
Gary Klein –Roddy Klein & Ryan
Shennan Kavanagh –Roddy Klein & Ryan
Jill Bowman –James Hoyer et.al.

I am enclosing a letter I sent to the Ameriquest MDL Settlement Admin. I copied you on this, being you were involved in this settlement. I have left phone messages with all of the law offices on this matter. If you can be of any assistance please let me know.

Thank you,

Linda M. Cox
304-763-7201
150 Laurelwood Lane
Shady Spring, WV 25918

FILED
DEC 20 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



John and Linda Cox
150 Laurelwood Lane, Shady Spring WV 25918

December 20, 2010

Ameriquest MDL Settlement Administrator
P.O. Box 2278
Faribault, MN 55021-2413

I have submitted all of the proper paperwork for this claim. These were sent via US Mail along with faxing over three 3 claim forms. This was done on March 3, 2010. Also, with this was a copy of my marriage certificate, to show a change of my last name. The claim form numbers are:

#03002940
#00550086
#01155129

On October 21, 2010 I called your Ameriquest MDL Settlement phone number (877)872-3812 and spoke to a representative. This woman was very nice, and explained that I was issued 3 checks, but they were sent to the wrong address. My address is 150 Laurelwood Lane, Shady Spring WV 25918. But, the checks were mailed to the original property address of 54 Hubbard Ave. Freeport, NY 11520. I explained that all of my paperwork was done properly and on time. She checked and informed me that it was and that I should wait one week and call back. She went on to say that, they would need to see if the current resident returned the 3 checks; and if they did, the checks would be forwarded to me at my current address-the address on record. If not they would put a stop payment on them and reissue the 3 checks back to me at that time.

A week later I called on October 28, 2010. The representative I spoke to on this day was rude, and informed me that the checks were not returned. I told her what I was told the previous week about them being reissued this week. She checked my paperwork again, and told me that she did see I had turned in all the proper forms, name change and did show my proper address in WV not NY. She stated she had not idea why the checks were sent to the wrong address. I asked if the checks could be reissued that week, being that is what I was told the week before. She told me no, and that I would have to wait an additional 4-6 weeks for them to be delivered to my WV address. I asked to speak to a supervisor. When the supervisor finally came on the line she said the same thing, and I would not receive the checks for at least 4-6 weeks. I was told that the rep. put in the proper information, and I was to wait. I asked why, being all the information was done correct did I still have to wait. I was told no matter what the reason; all reissues were taking at least 4-6 week.

On December 15, 2010, I still had not received any of the 3 checks. I waited 7 weeks, and called the (877)872-3812 number and now no one answers. All it states is to write to this address for reissue's and wait 4-6 week.

I am requesting my checks now again. Can someone get back to me, with a reason why this is taking so long? If all of the paperwork was done timely and correct along with being verified by your representatives why are checks sent to the wrong address?

This letter is being sent with a delivery conformation # 0304 1560 0005 9783 1107 to show when it is delivered to you. Please have someone get back to me as to when these 3 checks will be mailed out.

Thank you for your time in this matter,


Linda M. Cox
304-763-7201
150 Laurelwood Lane
Shady Spring, WV 25918


cc: Hon. Marvin E. Aspen
     Lieff Cabraser Heimann & Bernstein LLP  Ca. & NY
     Roddy Klein & Ryan
     James Hoyer et.al.