IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Yvette Williams, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00127, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **YVETTE WILLIAMS** and **JESSTIN WILLIAMS** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC F/K/A WM SPECIALTY MORTGAGE, LLC,** and **JPMORGAN CHASE BANK, N.A.,** as successor by merger to **CHASE HOME FINANCE, LLC** (collectively "Defendants") hereby stipulate that the *Yvette Williams, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00127 (N.D. Ill) (transferred into the MDL from 06-CV-00174 W.D. Mich.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 13, 2012           Respectfully submitted,

               By:  /s/ Cathleen M. Combs
               *Attorneys for Yvette Williams and Jesstin Williams*

               Cathleen M. Combs, Esq.
               Catherine A. Ceko, Esq.
               EDELMAN, COMBS, LATTURNER &
               GOODWIN
               120 S. LaSalle St., Suite 1800
               Chicago, Illinois 60603
               Telephone:  (312) 739-4200
               Facsimile:  (312) 419-0379

DATED: February 13, 2012           Respectfully submitted,

               By:  /s/ Bernard E. LeSage
               *Attorneys for Ameriquest Mortgage Company and JPMC Specialty Mortgage, LLC formerly known as WM Specialty Mortgage, LLC*

               Bernard E. LeSage, Esq.
               Joanne N. Davies, Esq.
               BUCHALTER NEMER
               18400 Von Karman Avenue, Suite 800
               Irvine, California 92612
               Telephone:  (949) 760-1121
               Facsimile:  (949) 720-0182

DATED: February 13, 2012           Respectfully submitted,

               By:  /s/ Benjamin P. Wieck
               *Attorneys for JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC*

               Benjamin P. Wieck, Esq.
               BURKE WARREN MACKAY & SERRITELLA
               330 North Wabash Avenue
               22nd Floor
               Chicago, Illinois 60611
               Telephone: (312) 840-7000
               Facsimile:  (312) 840-7900

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on this 13th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Cathleen M. Combs