# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Maurice Richer, Jr. v. Ameriquest Mortgage Company, et al.*, Case No. 07-02774 N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL BY MAURICE RICHER, JR. OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **MAURICE RICHER, JR.** ("Plaintiff") hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 14, 2012   Respectfully submitted,

By: /s/ Christopher M. Lefebvre
*Attorneys for Plaintiff Maurice Richer, Jr.*

Christopher M. Lefebvre, Esq.
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.
P.O. Box 479
Pawtucket , RI 02862
Telephone: (401) 728-6060
Facsimile: (401) 728-6534

DATED: February 14, 2012   Respectfully submitted,

By: /s/ Bernard E. LeSage, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 14th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage