# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Bertenshaw, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-05708 N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL BY DEBORAH AND ROBERT OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **DEBORAH J. KENNY AND ROBERT W. KENNY** (collectively "Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 14, 2012          Respectfully submitted,

By: /s/ Christopher M. Lefebvre
*Attorneys for Plaintiffs Deborah J. Kenny and Robert W. Kenny*

Christopher M. Lefebvre, Esq.
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.
P.O. Box 479
Pawtucket , RI 02862
Telephone: (401) 728-6060
Facsimile: (401) 728-6534

DATED: February 14, 2012          Respectfully submitted,

By: /s/ Bernard E. LeSage, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., Deutsche Bank National Trust Company, CitiFinancial Mortgage Company, Inc., n/k/a CitiMortgage, Inc., and Washington Mutual Bank*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90025
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 14th day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage