IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST SIERRA TITLE COMPANY OF CAMERON AND WILLACY COUNTIES**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **SIERRA TITLE COMPANY OF CAMERON AND WILLACY COUNTIES** ("Sierra Title") hereby stipulate to the dismissal, without prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Sierra Title.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Sierra Title shall bear their own costs and attorneys' fees.

DATED:  February 21, 2012	Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED: February 21, 2012	Respectfully submitted,

By:  /s/   John King
*Attorneys for Sierra Title Company of Cameron and Willacy Counties*

John King, Esq.
KING LAW FIRM
3409 N. 10th St.
McAllen, Texas 78501
Telephone: (956) 687-6294
Facsimile: (956) 687-5514

11036007v1	2

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 21st day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies