IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Advocate For Fair Lending, LLC, a California Limited Liability Company, Attorney In Fact for Tazuko Thorgusen v. ACC Capital Holdings Corporation, et al.*<br>Case No. 1:08-cv-04296 | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tazuko Thorgusen (collectively "Plaintiff") and Defendants **ACC CAPITAL HOLDINGS CORPORATION, ARGENT MORTGAGE COMPANY, CITI RESIDENTIAL LENDING, DEUTSCHE BANK TRUST,** and **CR TITLE SERVICES, INC.** (collectively "Defendants")[1] hereby stipulate that the *Advocate For Fair Lending, LLC, a California Limited Liability Company, Attorney In Fact for Tazuko Thorgusen v. ACC Capital Holdings Corporation, et al.* Case No. 1:08-cv-04296 (N.D. Ill) (transferred into the MDL from the United States District Court, Southern District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Based on counsel for Ameriquest's review of the Court's docket and its file, defendants Citi Residential Lending, Deutsche Bank Trust, and Cr Title Services, Inc. have either not been served or have not appeared in this matter. Notwithstanding, this Stipulation is intended to dismiss all Defendants.

L7526.0723 BN 10009335v1                              1

DATED: 1/31, 2011 2012

Respectfully submitted,

By: /s/ Tazuko Thorgusen

Tazuko Thorgusen
10449 Stanfield Circle
San Diego, CA 92126
Telephone: (858) 568-6211

DATED: 2/22, 2012

Respectfully submitted,

By: Bernard E. LeSage
_____
*Attorneys for Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and Argent Mortgage Company*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this <u>22nd</u> day of <u>Feb.</u> 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>Bernard E. LeSage</u>