UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.

                        Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a) and Joint stipulation of dismissal (4727) of claims against Sierra Title Company of Cameron and Willacy Counties, Third−party plaintiffs Ameriquest MOrtgage Company and Town & Country Credit Corporation dismiss their claims in the Fifth Amended Consolidated Third−Party complaint against third−party defendant Sierra Title Co. and Willacy Counties without prejudice. All claims by the AMC Entities against other third−party defendants, in the event there are any, shall remain and are not dismissed. The AMC Entities and Sierra Title shall bear their own costs and attorneys' fees. Sierra Title Co. and Willacy Counties terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.