IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Dickerson v. Ameriquest Mortgage Company, et al.,* Case No. 1:08-cv-03252 | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **MARK DICKERSON** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY,** and **CITI RESIDENTIAL LENDING** (collectively "Defendants") hereby stipulate that the *Dickerson v. Ameriquest Mortgage Company, et al.,* Case No. 1:08-cv-03252 (N.D. Ill) (transferred into the MDL from the United States District Court, Middle District of Tennessee) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 22, 2012          Respectfully submitted,

                                  By: David J. Tarpley
                                  *Attorneys for Mark Dickerson*

                                  David J. Tarpley, Esq.
                                  Legal Aid Society Of Middle Tennessee
                                  300 Deaderick Street
                                  Nashville, TN 37201
                                  Telephone: (615) 244-6610
                                  Facsimile: (615) 244-4920

DATED: February 22, 2012          Respectfully submitted,

                                  By: Bernard E. LeSage
                                  *Attorneys for Ameriquest Mortgage Company*

                                  Bernard E. LeSage, Esq.
                                  Joanne N. Davies, Esq.
                                  BUCHALTER NEMER
                                  18400 Von Karman Avenue, Suite 800
                                  Irvine, California 92612
                                  Telephone: (949) 760-1121
                                  Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 22nd day of February 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>Bernard E. LeSage</u>