UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                     Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 29, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of Plaintiffs' claims against defendants (3715 − Re: Case No. 08 C 4992 − Ballard, et al v. Ameriquest, et al), Ameriquest Mortgage Company, Inc., ACC Capital Holdings Corporation and AMC Mortgage Services, Inc., all of plaintiffs claims against defendants, Ameriquest Mortgage Company, Inc., ACC Capital Holdings Corporation and AMC Mortgage Services, Inc., are dismissed with prejudice. Each party shall bear their own costs and attorneys fees. The claims of any and all remaining plaintiff(s) against any remaining defendant(s) in this suit will continue to be prosecuted. Defendants expressly reserve all of its third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the fifth amended consolidated third−party complaint. Ameriquest Mortgage Company, Inc., ACC Capital Holdings Corporation and AMC Mortgage Services, Inc., terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.