**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | |
| ) | MDL No. 1715 |
| ) | |
| _____ ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | Centralized before the Honorable |
| INDIVIDUAL ACTIONS ) | Marvin E. Aspen |
| ) | |
| Defendant. ) | |

## STATUS REPORT FOR OPT-OUT PLAINTIFFS, ROGERS, GBUREK & HOWARD

1. *Gburek v. Ameriquest Mortgage*, (N.D. Ill. Case No. 06-cv-02637)

The parties have settled this matter.

2. *Gburek v. Argent Mortgage*, et. al., (N.D. Ill. Case No 06-cv-02639);

The parties have settled this matter.

3. *Rogers v. Town & Country Credit, et. al.,* (N.D. Ill. Case No. 06-cv-02736);

The parties have exchanged written discovery and have discussed settlement.

4. *Howard v. Ameriquest*, (N.D. Ill. 07 C 95)

The parties have exchanged written discovery and have discussed settlement. Further, the Howards will be shortly submitting a loan modification package to their loan servicer in order to facilitate any settlement.

Dated: February 29, 2012

                                              Respectfully Submitted,

                                              By:/s/<u>Keith J. Keogh</u>
                                                   Keith J. Keogh

Keith J. Keogh
KEOGH LAW, LTD.
101 N. Wacker Dr., Ste. 605
Chicago, Il 60606
312.726.1092
312.726.1093 (FAX)

## CERTIFICATE OF ELECTRONIC SERVICE

      Keith J. Keogh, hereby certifies that defendant was served with this motion via the Court's ECF System on February 29, 2012.

                                                         /s/ Keith J. Keogh