IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**PLAINTIFFS' STATUS REPORT ON SETTLEMENT OF EDELMAN CASES**

Multi-District Litigation Plaintiffs represented by Edelman, Combs, Latturner, & Goodwin, LLC (the "Edelman Plaintiffs") hereby submit the following Status Report, as requested by the Court's Minute Order entered on December 8, 2011.

**I.     INTRODUCTION**

The Edelman Plaintiffs, the AMC Entities, and related servicers participated in mediation with Magistrate Judge Morton Denlow on December 1, 2010 and December 2, 2010. On December 2, 2010, Edelman Plaintiffs and Defendants reached a settlement in principle relating to 128 Edelman Plaintiffs. The settlement agreement was fully executed on April 22, 2011.

**II.     STATUS OF EDELMAN CASES**

Of the 128 Edelman Plaintiffs' cases, 120 have been dismissed. Eight cases are still pending. The parties are working to resolve those eight cases, and are hopeful that the majority, if not all of them, will be dismissed in the next few months.

Respectfully submitted,

s/ Catherine A. Ceko
Catherine A. Ceko

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

     I, Catherine A. Ceko, hereby certify that on March 1, 2012, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                s/ Catherine A. Ceko
                                Catherine A. Ceko