IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) <br><br> Magistrate Judge Morton Denlow |

## STATUS REPORT OF THE AMERIQUEST DEFENDANTS

The Ameriquest Defendants respectfully submit the following Status Report pursuant to this Court's Order of December 8, 2011 (Docket No. 4536).

### I. INTRODUCTION AND SUMMARY OF CASES SETTLED.

Defendants have now settled the claims of 1246 Opt-Out Plaintiffs. There remain approximately 86 lawsuits, 158 Opt-Out Plaintiffs, as well as the claims against non-settling Third-Party Defendants left to be settled or transferred for trial. Mediations for all remaining Opt-Out Plaintiffs and non-settling Third-Party Defendants have been, may be, or are set before either the Hon. Morton Denlow, or the Hon. Donald O'Connell. (Ret.) as explained below.

As approved by this Court (Docket No. 3628), the Ameriquest Defendants also settled 29 borrower class actions consolidated before this Court, together with a class action filed in a state court of California. Distribution of the class settlement amounts has been largely completed. The class settlement included approximately 714,000 borrowers.

### II. STATUS OF MEDIATIONS.

Throughout the MDL litigation the Ameriquest Defendants have willingly participated in multiple mediation sessions. To enhance the chance of settlement, all parties agreed to an

11059587v1

informal exchange of loan files and related documentation and stay of all other discovery, including a stay on the taking of Plaintiffs' depositions, pending mediation. *See* Joint Discovery Plan and Scheduling Order (Docket No. 3268).

- On February 8, 2010, the Ameriquest Defendants participated in a mediation in Alabama before mediator George M. Van Tassel, Jr. of Sirote & Permutt, P.C. and successfully resolved claims raised by **703 Plaintiffs** represented by the Beasley Allen law firm.

- On June 3, 2010, the Ameriquest Defendants participated in a settlement conference in Illinois before Magistrate Judge Michael T. Mason for claims raised by the **26 Plaintiffs** represented by the Harris Firm in the *Terry et al. v. Ameriquest Mortgage Company et al.* matter, which case was subsequently referred to this Court for a settlement conference along with the Harris Firm's MDL Plaintiffs' Opt-Out cases.

- On July 14, 2010, the Ameriquest Defendants participated in a mediation in Alabama before mediator Mr. Van Tassel and successfully resolved claims raised by **197 Plaintiffs** represented by Underwood & Reimer, P.C.

- On August 4, 2010, the Ameriquest Defendants participated in a mediation in Illinois before Judge Donald P. O'Connell (Ret.) and successfully resolved claims raised by **272 Plaintiffs** represented by The Consumer Law Group, LLC and the Bromberg Law Office, P.C.

- On September 22, 2010, the Ameriquest Defendants participated in a mediation held in Illinois before Judge O'Connell (Ret.) and successfully resolved claims raised by **243 Plaintiffs** represented by The Lefebvre Law Firm.

- On December 1 and December 2, 2010, the Ameriquest Defendants participated in a settlement conference before Magistrate Judge Morton Denlow and successfully resolved claims raised by **217 Plaintiffs** represented by the Edelman, Combs, Laturner & Goodwin, LLC firm. Almost all of these settlements have been finalized with dismissals filed with the Court.

- On December 14, 2010, the Ameriquest Defendants participated in a settlement conference before Judge Denlow and successfully resolved claims raised by **26 Plaintiffs** represented by the Law Offices of Daniel Harris in connection with the *Terry v. Ameriquest*, Case No. 08CV2475.

- On December 14, 2010, and again on June 1, 2011, the Ameriquest Defendants participated in a settlement conference before Judge Denlow and successfully resolved claims raised by the **116 Plaintiffs** represented by the Law Offices of Daniel Harris in connection with the *Ameriquest MDL*. The majority of these settlements have been finalized with dismissals filed with the Court. The remaining cases are still in the process of being finalized.

- On August 4, 2011, the Ameriquest Defendants participated in a mediation held in Illinois before Judge O'Connell (Ret.) and successfully resolved claims raised by **23 Plaintiffs** represented by the Law Office of D. Richard Black Firm and **6 Plaintiffs** represented by Thompson & Deveny.

- On September 14, 2011, December 14, 2011, and February 16, 2012, the Ameriquest Defendants participated in mediations held in Illinois before Judge O'Connell (Ret.) and successfully resolved claims raised by **12 Plaintiffs** and made progress in discussing settlement with numerous other Plaintiffs.

The Ameriquest Defendants have also mediated claims with Third-Party Defendants.

- On December 2, 2010, December 15, 2010, and June 1, 2011, the Ameriquest Defendants participated in settlement conferences held before Judge Denlow and successfully resolved claims against numerous Third-Party Defendants.

- On September 14, 2011 and December 14, 2011, the Ameriquest Defendants participated in a mediation held in Illinois before Judge O'Connell (Ret.) and successfully resolved their claims against Third-Party Defendants the Nations Title Entities.

In addition to the mediations which have taken place, the Ameriquest Defendants are also scheduled to participate in the following settlement conference:

- On March 14, 2012, the Ameriquest Defendants will participate in a settlement conference to be held before Judge Denlow in connection with the claims against Third-Party Defendants. Numerous Third-Party Defendants have agreed to also participate in this settlement conference including the <u>Fidelity Entities</u> (Fidelity National Title Company, Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Lang Title Insurance Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, security Union Title Insurance Company, and Ticor Title Insurance Company), <u>Mortgage Information Services, Inc.</u>, <u>Northwest Title & Escrow Corporation</u>, and <u>Tek Title, LLC</u>.

Moreover, at the February 28, 2012 status conference before Judge Denlow the Ameriquest Defendants respectfully requested that the Court consider setting a settlement conference wherein remaining Opt-Out Plaintiffs could participate. In response, the Court requested that the Ameriquest Defendants submit a status report identifying the remaining Opt-Out Plaintiffs' cases in advance of the March 14, 2012 settlement conference so that the Court

could evaluate the appropriate course of action. The Ameriquest Defendants also remain open to scheduling further mediations with Judge O'Connell (Ret.) if they would be beneficial.

### III. DISCOVERY

Over the last several months the Ameriquest Defendants have contacted counsel for all of the remaining Opt-Out Plaintiffs or Pro Se Opt-Out Plaintiffs in an effort to explore possible settlement options. There are many Opt-Out Plaintiffs who have not responded to these overtures without explanation. Many of the same Opt-Out Plaintiffs who failed to respond to any mediation efforts have also failed to respond to discovery that has been served upon them.

After mediation with the Opt-Out Plaintiffs is completed, either because they fail to mediate or mediation efforts are unsuccessful, the Ameriquest Defendants intend to commence discovery on any cases not then settled. The period of time reasonably necessary to complete discovery will depend in large part on the number of remaining Opt-Out cases. At the present time, the Ameriquest Defendants suggest the following proposed schedule for completion of discovery, including discovery relating to the Third-Party Claims, and the filing of dispositive motions. All of this discovery and motion practice would be completed before any remaining Opt-Out cases are returned to their respective transferor courts.

| Date | Event |
|---|---|
| November 30, 2012 | Completion of fact discovery |
| December 31, 2012 | Deadline to file consolidated motions for summary judgment |
| January 30, 2013 | Initial disclosure of experts, consistent with the requirements of FRCP 26(a)(2) |
| March 1, 2013 | Disclosure of rebuttal experts, consistent with the requirements of FRCP 26(a)(2) |
| April 15, 2013 | Completion of expert discovery |

By way of explanation, the Ameriquest Defendants believe that a November 30, 2012 deadline for completion of fact discovery is the minimum amount of time necessary. Assuming

that mediation is completed as currently anticipated, discovery will not begin until mid-April to mid-May; alternatively, if mediation if not completed in May, discovery will not begin until later, and the Ameriquest Defendants' proposed discovery cut-off may need to be extended.

The Ameriquest Defendants intend to take the deposition of each Opt-Out Plaintiff on a multi-track basis. In addition, the Ameriquest Defendants will depose various Third-Party Defendants, and possibly some non-parties such as closing agents and appraisers. Depending on the number of parties involved in the Opt-Out cases that are not settled by mid-May, the completion of fact discovery by November 30, 2012 may be impracticable.

The Ameriquest Defendants' proposed schedule includes expert disclosures and excerpt discovery after the deadline for filing motions for summary judgment because of the significant expense inherent in expert disclosures and discovery. However, if any summary judgment or other dispositive motions raises expert issues, the Ameriquest Defendants are prepared to incorporate necessary expert discovery in connection with the determination of these motions.

Respectfully submitted,

Dated: March 1, 2012

By:/s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

11059587v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 1st day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage