IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | Centralized before The Honorable Marvin E. Aspen |
| | MARCH 1, 2012 |

**STATUS REPORT FOR PLAINTIFFS REPRESENTED BY DANIEL S. BLINN**

The parties are continuing to settle cases following the mediation and future sessions are not contemplated.

Of the 181 Plaintiffs represented by this firm who asserted claims, 158 have settled or are in the process of settling, 6 were previously dismissed, and we withdrew our appearances for 3 plaintiffs. The parties have identified two claims, Mary Anne Richards (D. Conn. Case No. 09-cv-00215) and Winston and Norma Patterson (N.D. Ill. Case No. 1:06-cv-01733), that will not be settling. The parties continue to discuss the remaining twelve claims.

Dated: March 1, 2012　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By: /s/ Daniel S. Blinn
　　　　　　　　　　　　　　　　　　Daniel S. Blinn, Fed Bar No. ct02188
　　　　　　　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　　　　　　　35 Cold Spring Road, Suite 512
　　　　　　　　　　　　　　　　　　Rocky Hill, CT 06067
　　　　　　　　　　　　　　　　　　Tel. (860) 571-0408; Fax. (860) 571-7457

### **CERTIFICATION**

　　　I hereby certify that on this 1st day of March, 2012, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　/s/ Daniel S. Blinn
　　　　　　　　　　　　　　　　Daniel S. Blinn