UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris filed complaints on behalf of 70 households in the Ameriquest MDL proceedings. With the help two settlement conferences conducted by Magistrate Judge Denlow, the parties were able to reach a settlement in principal in June 2011. Since then, this Court has entered 49 Stipulations of Dismissal and granted this firm's request to withdraw as counsel of record for Nancy and Kurt Fuller.

Of the 20 cases still pending, three have executed settlement agreements in the hands of the defendants. The 17 other cases are at various stages of the settlement process (i.e. finalizing short sales, loan modifications, etc.) and the parties continue to work in good faith to get those cases resolved. Judge Denlow has been very helpful in holding status conferences every few months to check on these remaining issues. The parties hope to have all of these issues resolved in the next few months.

Respectfully Submitted:

Date: March 1, 2012

/s/ Anthony P. Valach, Jr.
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

**CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 1st day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                                              By:     /s/ Anthony P. Valach, Jr.