**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*Smith v. Ameriquest Mortgage Company, et al.,*<br>Case No. 1:06-6755 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Wendy M. Smith ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Smith v. Ameriquest Mortgage Company, et al.,* Case No. 1:06-6755 (N.D. Ill) (transferred into the MDL from the United States District Court, District of South Carolina) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  March 8, 2012        Respectfully submitted,

By:  /s/ David Andrew Maxfield_____
*Attorneys for Wendy M. Smith*

David Andrew Maxfield
TROTTER AND MAXFIELD
1701 Richland Street
Columbia, SC 29201
Telephone:  (803) 799-6000
Facsimile:  (803) 799-6947

DATED:  March 8, 2012        Respectfully submitted,

By:  /s/ Bernard E. LeSage_____
*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 8th day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By: /s/ Bernard E. LeSage