IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

**STATUS REPORT RE: SCHEDULING SETTLEMENT CONFERENCE FOR REMAINING OPT-OUT PLAINTIFFS**

The Ameriquest Defendants respectfully submit the following status report pursuant to the Court's request at the February 28, 2012 status conference before Magistrate Judge Morton Denlow.

**I. BACKGROUND.**

At the February 28, 2012 status conference before Judge Denlow the Ameriquest Defendants respectfully requested that the Court consider setting settlement conference dates wherein Opt-Out Plaintiffs could participate. In response the Court requested that the Ameriquest Defendants submit a status report identifying the Opt-Out Plaintiffs' cases at issue in advance of the March 14, 2012 settlement conference so that the Court could evaluate the appropriate course of action.

**II. SUMMARY OF OPT-OUT PLAINTIFFS STATUS.**

The Ameriquest Defendants have had discussions with numerous Opt-Out Plaintiffs about the possibility of resolving their claims through mediation. There are also a number of Opt-Out Plaintiffs who were scheduled to participate in mediation with Judge Donald P. O'Connell (ret.) but due to scheduling conflicts their claims were not mediated. Moreover,

11146504v1

certain Opt-Out Plaintiffs participated in mediation before Judge O'Connell but their claims were not resolved. Additionally, certain Opt-Out Plaintiffs have not yet participated in mediation but have indicated a willingness to mediate their claims. Finally, there are Opt-Out Plaintiffs who refuse to engage in any settlement discussions or who have failed to respond to any communications from the Ameriquest Defendants regarding their claims.

### III. OPT-OUT PLAINTIFFS CASES FOR SETTLEMENT CONFERENCE.

In reviewing the status of Opt-Out Plaintiffs' claims the Ameriquest Defendants have identified 15 Opt-Out Plaintiffs' counsel (24 Opt-Out Plaintiffs' Cases) who within the last several months indicated a willingness to participate in, or participated in, mediation and the Ameriquest Defendants believe that a settlement conference before the Court may result in a resolution of the claims. Moreover, the Ameriquest Defendants have spoken to Simon Fleischmann, counsel for loan servicer American Home Mortgage Servicing, Inc., and Ben Wieck, counsel for Chase Home Finance, and both have indicated a willingness to have their clients participate in a settlement conference. The cases that the Ameriquest Defendants believe are currently ripe for a settlement conference are as follows:

| Plaintiff(s) Counsel | Plaintiffs | Abbreviated Case Name |
|---|---|---|
| Brooks, Lloyd<br>The Brooks Law Firm | Coleman, Arthur and Ethelyn<br>Holt, Geraldine<br>McLin, Dwayne and Bridgette<br>Moore, Brenda Cox<br>Sims, Ivan<br>Swanigan, Elgin and Denise<br>Tucker, Sarah<br>Yeaman, William and Pamela | Coleman v. Ameriquest, ILN 1:07-02459<br>Holt v. Ameriquest , ILN 1:07-03843<br>McLin v. Ameriquest, ILN 1:07-02460<br>Moore v. Ameriquest, ILN 1:07-01817<br>Sims v. Ameriquest, ILN 1:07-02462<br>Swanigan v. Argent, ILN 1:07-03315<br>Tucker v. Argent, ILN 1:08-00992<br>Yeaman v. Ameriquest, ILN 1:06-06967 |
| Brooks, Wayde<br>Law Offices of Wayde Brooks | Buck, Bruce and Shannon | Buck v. Ameriquest, ILN 1:07-04874 |
| Brozdowski, Paul L.<br>Law Offices of Paul L. Brozdowski, LLC | Surin, Wetzer | Surin v. Argent, ILN 1:06-03584 |

11146504v1

| Plaintiff(s) Counsel | Plaintiffs | Abbreviated Case Name |
|---|---|---|
| Diviacchi, Valeriano<br>Diviacchi Law Office | Zaremba, Roberta<br>(also Executrix of Estate of Paul Zaremba) | Zaremba v. Ameriquest, ILN 1:07-00312 |
| Erwin, H. Robert, Jr.<br>The Erwin Law Firm PA | Gaillard, Samuel | Gaillard v. Ameriquest, ILN 1:08-00740 |
| Keogh, Keith James<br>Keogh Law, Ltd. | Howard, Gordon and Nola<br>Rogers, Truman | Howard v. Ameriquest, ILN 1:07-00095<br>Rogers v. Town & Country Credit, ILN 1:06-02736 |
| Murphy, James K.<br>Lynch Cox Gillman & Mahan PSC | Null, James and Mildred | Null v. Ameriquest, ILN 1:08-01584 |
| Ogunmeno, Adebayo<br>Ogunmeno Law Firm | Evans, Cheryl | Evans v. Ameriquest, ILN 1:09-01150 |
| Quat, Kenneth D.<br>Quat Law Offices | Diaz, Jesus and Karen | Diaz v. Ameriquest, ILN 1:09-01151 |
| Robinson, Paul Anthony Jr.<br>Law Offices of Paul Robinson | Ivery, Jerry and Jacqueline | Ivery v. Ameriquest, ILN 1:08-04293 |
| Southeast Louisiana Legal Services | Powell, John Darius and Sylvia Marie Dailey | Powell v. Ameriquest, ILN 1:06-03585 |
| Spielberger, William F.<br>William F. Spielberger & Associates, P.C. | Dailey, Rosa | Dailey v. Citi Residential Lending, ILN 1:07-05426 |
| Strong, Dennis P.<br>Law Offices of Dennis P. Strong | Meek, Richard and Kelly | Meek v. Ameriquest, ILN 1:09-00217 |
| Walker, E Allen | Hagan, Carolyn | Hagan v. Ameriquest, ILN 1:07-03943 |
| Yee, Marshall A.<br>Kempf & Yee | Whitsett, Carleton and Kimberly | Whitsett v. Ameriquest, ILN 1:08-04291 |

If the Court is agreeable to holding a settlement conference, the Ameriquest Defendants would contact the above-listed Opt-Out Plaintiffs' counsel, provide them with the Court's order setting the settlement conference date(s), and invite them to participate in the settlement conference. The Ameriquest Defendants will also continue to reach out to the other remaining Opt-Out Plaintiffs and in the future may be advising the Court that there are some additional Opt-Out Plaintiffs' cases that would benefit from a settlement conference.

11146504v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 8, 2012 | By: /s/ Joanne N. Davies |
|  | *Attorneys for Ameriquest Mortgage Company* |
|  | Joanne N. Davies<br>BUCHALTER NEMER,<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

11146504v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 8th day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies

11146504v1