## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number: 05-CV-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION:
AMERIQUEST MORTGAGE COMPANY, Defendants and
Third-party Plaintiffs, et al. v. NORTHWEST TITLE AND
ESCROW CORPORATION, ET AL., Third-party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEK TITLE, LLC, an Illinois Limited Liability Company, Third-party Defendant

| | |
|---|---|
| NAME (Type or print) <br> Robert S. Pinzur | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert S. Pinzur | |
| FIRM <br> Pinzur, Cohen & Kerr, Ltd. | |
| STREET ADDRESS <br> Suite 208, 4180 RFD Route 83 | |
| CITY/STATE/ZIP <br> Long Grove, IL 60047 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122002 | TELEPHONE NUMBER <br> 847/821-5290 x 110 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |