# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Peterson v. Argent Mortgage Company, LLC et al.*, 1:08-cv-07281, N.D. Ill. | |

## DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S REPLY AND NOTICE OF NON-OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Argent Mortgage Company, LLC ("Argent") has received no opposition to its motion for summary judgment against defendant Cedric Peterson ("Plaintiff"), which opposition was due by February 29, 2012. [Dkt. No. 4690 (Minute Order).] Moreover, counsel for Argent served Plaintiff with a paper copy, by overnight mail, of the motion for summary judgment. And the Court's docket does not reflect any opposition as having been filed.

Based upon the moving papers and the lack of any opposition, Argent respectfully requests that the Court grant its motion for summary judgment and dismiss Plaintiff's entire Complaint.

BN 11172099v1

                                            Respectfully submitted,

DATED: March 12, 2012                By:/s/ Bernard E. LeSage

                                            *Attorneys for Argent Mortgage Company, LLC*

                                            Bernard E. LeSage, Esq.
                                            Joanne Davies, Esq.
                                            BUCHALTER NEMER, a P.C.
                                            1000 Wilshire Boulevard, Suite 1500
                                            Los Angeles, CA 90017-2457
                                            Telephone: (213) 891-0700
                                            Facsimile: (213) 896-0400

BN 11172099v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 12th day of March 2012, a true and correct copy of the foregoing document was filed electronically and also mailed, via overnight mail, to the above-named Plaintiff. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 11172099v1