IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST
LAW OFFICES OF NICHOLAS BARRETT**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and Third-Party Defendant **LAW OFFICES OF NICHOLAS BARRETT** (the "Barrett Firm") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against the Barrett Firm.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and the Barrett Firm shall bear their own costs and attorneys' fees.

DATED: March 16, 2012    Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: March 16, 2012    Respectfully submitted,

By: /s/ Jared I. Rothkopf
*Attorneys for Law Offices of Nicholas Barrett*

Eric D. Kaplan, Esq.
Jared I. Rothkopf, Esq.
KAPLAN PAPADAKIS & GOURNIS, LLP
180 North LaSalle St., Suite 2108
Chicago, IL 60601
Tel: (312) 726-0531
Fax: (312) 726-4928

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 16th day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies