# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                      Plaintiff,

v.                                                                                           Case No.: 1:05−cv−07097

                                                                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 16, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: To ensure that Plaintiff Peterson has sufficient opportunity to defend his claims, we grant an extension of time for him to file an opposition brief to the pending motion for summary judgment filed by Defendant Argent (MDL Dkt. No. 4669). Plaintiff Peterson may file any opposition to this motion on or by Friday, April 13, 2012. Defendant may file any reply brief, if necessary, on or by April 27, 2012. For the sake of clarity, we add that Plaintiff's address for service of court filings is 9345 Rocky Lane, Orangevale, CA 95662 as indicated in his pro se appearance form (Dkt. No. 4497 of the MDL docket). If this information is incorrect, Plaintiff shall notify the Clerk of the Court and Defendant's counsel immediately. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.