**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Rupert, et al. v. Ameriquest Mortgage Company, et al.*, Case No. ILN 1:07-05065 | (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiffs Thomas Heineman and Mariam Heineman hereby stipulate to the dismissal of Plaintiffs' claims against all named Defendants, without prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: March 22, 2012                    Respectfully submitted,

By: /s/ Ken Riemer                        By: /s/ Bernard E. LeSage

*Attorneys for Plaintiff Glennie Williams*     *Attorneys for Ameriquest Mortgage Company, Inc., WM Specialty Mortgage, LLC, Washington Mutual Bank), Deutsche Bank National Trust Company, Ameriquest Mortgage Securities, Inc., Citigroup Mortgage Loan Trust, Inc., CitiFinancial Mortgage Company, U.S. Bank, N.A.*

Ken Riemer, Esq.
Underwood & Riemer, PC
21 South Section Street
PO Box 969
Fairhope, Alabama 36533
Telephone: (251) 432-9212

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

11247142v1                    1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 22nd day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage