IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Williams, et al. v. Ameriquest Mortgage Company, Inc.*, Case No. ILN 1:08-01581 | (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiff Glennie Williams hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: March 22, 2012 | Respectfully submitted, |
| By: /s/ Ken Riemer | By: /s/ Bernard E. LeSage |
| *Attorneys for Plaintiff Glennie Williams* | *Attorneys for Ameriquest Mortgage Company, Inc.* |
| Ken Riemer, Esq.<br>Underwood & Riemer, PC<br>21 South Section Street<br>PO Box 969<br>Fairhope, Alabama 36533<br>Telephone: (251) 432-9212 | Bernard E. LeSage, Esq.<br>Sarah K. Andrus, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

11246968v1

1

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 22nd day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              By: /s/  Bernard E. LeSage