IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Pasacreta, et al., v. Ameriquest Mortgage Company, et al.*, Case No. 1:06-cv-02468 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs **DWUITH PASCOE** and **TANYA PASCOE** (collectively, "Plaintiffs") and defendants **AMERIQUEST MORTGAGE COMPANY, HSBC MORTGAGE SERVICES, INC., AMERIQUEST FUNDING II REO SUBSIDIARY, LLC, WM SPECIALTY MORTGAGE, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, HOUSEHOLD FINANCE CORPORATION, ARGENT MORTGAGE COMPANY, LLC, COUNTRYWIDE HOME LOANS, INC, HSBC BANK USA, NATIONAL ASSOCIATION F/K/A HSBC BANK USA, HOUSEHOLD REALTY CORP.,** and **RESIDENTIAL FUNDING CORPORATION (GMAC/RFC)** (collectively, "Defendants") hereby stipulate to the dismissal of their claims in *Pasacreta, et al., v. Ameriqeust Mortgage Company, et al.,* Case No. 1:06-cv-02468 (N.D. Ill) (transferred into the MDL from the United States District Court, District of Connecticut) with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 5, 2012

Respectfully submitted,

By: _____
*Pro Se Plaintiff Dwuith Pascoe*

By: _____
*Pro Se Plaintiff Tanya Pascoe*

10576 SW 6th Street
Pembroke Pines, FL 33025
Telephone: (954) 383-5445

DATED: February 5, 2012

Respectfully submitted,

By: _____
*Attorneys for Defendant Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 26th day of March 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Bernard E. LeSage