UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                              Case No.: 1:05−cv−07097
                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 27, 2012:


    MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of
Civil Procedur 41(a)(1)(A)(ii), and stipulation of dismissal of plaintiffs', Joseph Byrd and
Josie Byrd, claims against defendants (4798 − (Re: Case No. 08 c 3011 − Bradley, et al v.
Ameriquest, et al), all of plaintiffs', Joseph Byrd and Josie Byrd, claims against all
defendants are dismissed without prejudice. Each party shall bear their own costs and
attorneys fees. Defendants expressly reserve all of its third−party claims in connection
with the case being dismissed through this stipulation including, without limitation, any
and all claims set forth in the fifth amended consolidated third−party complaint. Joseph
Byrd and Josie Byrd terminated.Judicial staff mailed notice(gl, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.