# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                                Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 27, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a), and Joint stipulation of dismissal of claims against (4782) third−party defendant Law Offices of Nicholas Barrett, all of the claims in the Fifth Amended Consolidated third−party complaint of third−party plaintiff Ameriquest Mortgage Company against defendant Law Offices of Nicholas Barrett are dismissed with prejudice. All claims by Ameriquest against other third−party defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and the Barrett Law Firm shall bear their own costs and attorneys fees. Law Offices of Nicholas Barrett terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.