IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: AMERIQUEST MORTGAGE CO.,
MORTGAGE LENDING PRACTICES
LITIGATION,

MDL No. 1715

AMERIQUEST MORTGAGE COMPANY, ET AL.

Lead Case No. 05-cv-07097

Plaintiffs,

Centralized Before The
Honorable Marvin E. Aspen

v.

AMERIQUEST MORTGAGE COMPANY, ET AL.

Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR THIRD PARTY DEFENDANT DREAM HOUSE MORTGAGE CORP.

Shechtman Halperin Savage, LLP ("SHS") hereby moves this Court to allow Preston W. Halperin, Gini Spaziano, and Dean J. Wagner to withdraw as counsel of record for the Third Party Defendant, Dream House Mortgage Corp. ("Dream House"). In support of this Motion, SHS states:

1. Dream House has not paid any of the fees it owes SHS, and past due invoices for legal services provided to Dream House exceed $12,000.00.

2. Dream House has not responded to requests for payment of past due invoices;

3. The breakdown in communications with the Dream House makes it impossible for SHS to effectively represent its interests in this litigation.

WHEREFORE, Shechtman Halperin Savage, LLP respectfully requests that its Motion to Withdraw as Counsel be granted.

Dated: March 29, 2012          Respectfully submitted,

By: */s/ Dean J. Wagner*
*Attorney for Dream House Mortgage Corp.*

Dean J. Wagner, Esq.
Preston W. Halperin, Esq.
Gini Spaziano, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile
dwagner@shslawfirm.com
phalperin@shslawfirm.com
gspaziano@shslawfirm.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing Motion to Withdraw as Counsel for Third Party Defendant Dream House Mortgage Corp. was electronically filed on this 29th day of March, 2012. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system.

I additionally certify that a copy of the foregoing Motion to Withdraw as Counsel for Third Party Defendant Dream House Mortgage Corp. was sent on this 29th day of March, 2012, via certified mail, return receipt requested to:

John Ponte
5 Long Meadow Road
East Greenwich, RI 02818

/s/ Dean J. Wagner