IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, ET AL. | Lead Case No. 05-cv-07097 |
| Plaintiffs, | Centralized Before The Honorable Marvin E. Aspen |
| v. | |
| AMERIQUEST MORTGAGE COMPANY, ET AL. | |
| Defendants. | |

## NOTICE OF MOTION

Please take notice that on April 5, 2012 at 10:30 a.m. or as soon thereafter as may be heard, Shechtman Halperin Savage, Preston W. Halperin, Gini Spaziano and Dean J. Wagner's Motion to Withdraw as Counsel for Third Party Defendant, Dream House Mortgage Corp., will be heard before the Honorable Marvin E. Aspen, presiding in the United States District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn Street, Chicago, Illinois.

Dated: March 29, 2012

Respectfully submitted,

By: /s/ Dean J. Wagner
*Attorney for Dream House Mortgage Corp.*

Dean J. Wagner, Esq.
Preston W. Halperin, Esq.
Gini Spaziano, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile
dwagner@shslawfirm.com
phalperin@shslawfirm.com
gspaziano@shslawfirm.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel for Third Party Defendant Dream House Mortgage Corp. was electronically filed on this 29th day of March, 2012. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system.

I additionally certify that a copy of the foregoing Motion to Withdraw as Counsel for Third Party Defendant Dream House Mortgage Corp. was sent on this 29th day of March, 2012, via certified mail, return receipt requested to:

John Ponte
5 Long Meadow Road
East Greenwich, RI 02818

/s/ Dean J. Wagner