**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS STEWART TITLE ENTITIES**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendants **STEWART TITLE GUARANTY COMPANY, STEWART TITLE INSURANCE COMPANY, STEWART LENDER SERVICES, INC., STEWART TITLE SMI OF TEXAS, STEWART TITLE OF SEATTLE,** and **STEWART TITLE OF ILLINOIS** (collectively "Stewart Title") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Stewart Title. All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Stewart Title shall bear their own costs and attorneys' fees.

DATED:  April 2, 2012               Respectfully submitted,

                                    By:  /s/ Joanne N. Davies
                                    *Attorneys for Ameriquest Mortgage Company and Town & Country Credit Corporation*

                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Avenue, Suite 800
                                    Irvine, California 92612
                                    Telephone:  (949) 760-1121
                                    Facsimile:  (949) 720-0182

DATED: April 2, 2012                Respectfully submitted,

                                    By:  /s/ Thomas J. Wiegand
                                    *Attorneys for Argent Mortgage Company LLC*

                                    Thomas J. Wiegand
                                    MOLO LAMKEN LLP
                                    540 Madison Avenue
                                    New York, NY 10022
                                    Telephone:  (212) 607-8180
                                    Facsimile:  (212) 593-7378

DATED: April 2, 2012                Respectfully submitted,

                                    By:  /s/ Thomas J. Wiegand
                                    *Attorneys for Argent Mortgage Company LLC*

                                    Thomas J. Wiegand
                                    WINSTON & STRAWN LLP
                                    35 West Wacker Drive
                                    Chicago, Illinois 60601
                                    Telephone:  (312) 558-5600
                                    Facsimile:  (312) 558-5700

DATED: April 2, 2012

Respectfully submitted,

By: /s/ Michael C. Andolina
*Attorneys for Stewart Title Guaranty Company, Stewart Title Insurance Company, Stewart Lender Services, Inc., Stewart Title SMI of Texas, Stewart Title of Seattle, and Stewart Title of Illinois*

Michael C. Andolina, Esq.
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2228
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 2nd day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies