IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Steve T. Harrell, et al. v. Ameriquest Mortgage Company, et al.*, 08-CV-00173, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **STEVE T. HARRELL** and **SONYA HARRELL** (collectively "Plaintiffs") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that Plaintiffs' claims in the *Steve T. Harrell, et al. v. Ameriquest Mortgage Company, et al.*, 08-CV-00173 (N.D. Ill) (transferred into the MDL from E.D. Kentucky) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all of its Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: April 2, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:/s/ Melissa R. Dixon
　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

　　　　　　　　　　　　　　　　　　　GAMBREL & WILDER LAW OFFICES, PLLC
　　　　　　　　　　　　　　　　　　　John M. Gambrel, Esq.
　　　　　　　　　　　　　　　　　　　Melissa R. Dixon, Esq.
　　　　　　　　　　　　　　　　　　　1222 1/2 North Main Street
　　　　　　　　　　　　　　　　　　　Suite 2
　　　　　　　　　　　　　　　　　　　London, KY 40741
　　　　　　　　　　　　　　　　　　　Telephone: (606) 878-8906
　　　　　　　　　　　　　　　　　　　Facsimile: (606) 878-8907

DATED: April 2, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Ameriquest Mortgage Company*

　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　　　Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 2nd day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies