# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                     Plaintiff,

v.                                                   Case No.: 1:05–cv–07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                     Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 10, 2012:

     MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a), and Joint stipulation of dismissal (4818), the AMC entities claims in the Fifth Amended Consolidated Third–Party Complaint against third party defendants Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of IL, Stewart Title of Seattle, Stewart Title of Seattle, Stewart Title Guaranty Company and Stewart Title Insurance Co. are dismissed with prejudice. The AMC Entities and Stewart Title shall bear their own costs and attorneys' fees. All claims by the AMC Entities against other third–party defendants, to the extent there are any, shsll remain and are not dismissed. Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of IL, Stewart Title of Seattle, Stewart Title of Seattle, Stewart Title Guaranty Company and Stewart Title Insurance Co. terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.