## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 11, 2012:

        tipulation including, without limitation, any and all claims set forth in the fifth
amended consolidated third−party complaint.Judicial staff mailed notice(gl, )MINUTE
entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants (4648 − Re:
Case No. 08 c 5929 − Trawick, et al v. Ameriquest, et al)) all of plaintiffs claims against
all defendants are dismissed with prejudice. Each party shall bear their own costs and
attorneys fees. Defendants expressly reserve all of its third−party claims in connection
with the case being dismissed through this s

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.