UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                                   Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and stipulation of dismissal (Filed in Case No. 06 c 2467 − Duncan v. Ameriquest, et al), the plaintiffs, James R. & Donna M. Dugan, dismiss their claims as contained in the Sixth Count of the Second Amended complaint against defendants Ameriquest Mortgage Company and WM Specialty Mortgage, LLC with prejudice, and with out costs or attorneys' fees as to defendant Ameriquest Mortgage Company and WM Specialty Mortgage LLC.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.