# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                                                         Plaintiff,

v.                                                                                                                                     Case No.: 1:05−cv−07097
                                                                                                                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of Plaintiffs', Jean Lemire and Jeffrey Douchette, as administrator of the estate of Jennie Douchette, claims against defendants (4725 – Re: Case No. 06 C 3125 – Andersen, et al v. Ameriquest, et al), all of plaintiffs, Jean Lemire and Jeffrey Douchette ad administrator of the estate of Jennie Douchette, claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys fees. Defendants expressly reserve all of its third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the fifth amended consolidated third−party complaint. Jeffrey T. Douchette (as Administrator of the Estate of Jennie Douchette and Jean Lemire terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.