UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                                   Case No.: 1:05−cv−07097
                                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of
Civil Procedure 41(a)(1)(ii) and stipulation of dismissal (80− Re: Case No. 06 c 1733 −
Bailey, et al v. Ameriquest, et al)), plaintiff Stephen Wilson dismisses the claims as
contained in Count Twenty−Two of the second amended complaint against defendants are
dismissed with prejudice, and without costs or attonrey's fees as to the defendants. Judicial
staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.