# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                      Plaintiff,

v.                                                        Case No.: 1:05–cv–07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Stipulation of dismissal (11 – Filed in Individual Case No. 07 C 129 – Black, et al v. Ameriquest, et al)) of plaintiffs Junior Terrance Black and Renee Campbell, the claims of plaintiffs Junior Terrance Black and Renee Campbell as contained in Count One of the Third Amended Complaint against defendants are dismissed with prejudice, and without costs or attorney's fees as to the defendants. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.