CASE NO. _05CV 7097_

ATTACHMENT NO. _1_____

EXHIBIT _____

TAB (DESCRIPTION) _____

Exhibit 6

Subject:  My withdrawal from Cedric's case.

From:  Marshall Rosenbach (marshall@marshallrosenbach.com)

To:  genesisgrp@yahoo.com;

Date:  Monday, August 8, 2011 6:35 AM


Hi Cherrone. Regrettably, I am going to have to withdraw from Cedric's case. Will Cedric sign a stipulation for my withdrawal as his attorney? If not, I will have to file a motion to withdraw. Please let me know by the end of the day. Thanks.


*Law Offices of Marshall E. Rosenbach*

**Florida Office**
*3950 RCA Boulevard, Suite 5008*
*Palm Beach Gardens, Florida 33410*
*Phone: (561) 627-8990  Fax: (561) 694-1359*

**Beverly Hills Office**
*468 N. Camden Drive, Suite 200*
*Beverly Hills, California 90210*
*Phone: (310) 860-4764  Fax: (310) 860-4763*


*The information contained in this electronic mail transmission and any attachments are attorney/client privilege and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (310) 860-4764 or immediately reply to the sender, via electronic mail. Thank you.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | Lead Case No. 05 C 7097 |
| MORTGAGE LENDING PRACTICES LITIGATION | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Centralized before |
| | ) | The Hon. Marvin E. Aspen |

<u>**STIPULATION OF COUNSEL AND PLAINTIFF, CEDRIC PETERSON, FOR**</u>
<u>**WITHDRAWAL OF COUNSEL**</u>

Plaintiff, CEDRIC PETERSON, ("Plaintiff"), and his counsel, Marshall E.

Rosenbach of the Law Offices of Marshall E. Rosenbach ("Rosenbach"), hereby agree

and stipulate as follows:

WHEREAS Plaintiff and Rosenbach agree that Rosenbach shall withdraw as

counsel of record for Defendants in this action.

WHEREAS the basis and need for the withdrawal is that irreconcilable differences

between Plaintiff and Rosenbach have arisen that could not be resolved.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1.    Marshall E. Rosenbach of the Law Offices of Marshall E. Rosenbach shall

be withdrawn as counsel of record for Plaintiff, CEDRIC PETERSON, and

Rosenbach's responsibility in this action shall cease as of the date of the

1

Court's Order granting this withdrawal request.


Dated: August ___, 2011

Law Offices of Marshall E. Rosenbach
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
(310) 860-4764 Telephone
(310) 860-4763 Facsimile
E-mail: marshall@marshallrosenbach.com
Attorney for Plaintiff, Cedric Peterson


_____
     Marshall E. Rosenbach, Esq.
     California Bar No. 214214


DATED: August ___, 2011

By:_____
     Cedric Peterson, individually


2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | Lead Case No. 05 C 7097 |
| MORTGAGE LENDING PRACTICES LITIGATION | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Centralized before |
| | ) | The Hon. Marvin E. Aspen |

## MARSHALL E. ROSENBACH'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, CEDRIC PETERSON

Marshall E. Rosenbach, of the Law Offices of Marshall E. Rosenbach,

("Rosenbach"), hereby files this Motion to Withdraw from the representation of Plaintiff,

CEDRIC PETERSON, ("Plaintiff"), as follows:

1. On or about August 19, 2008, Rosenbach originally filed an action against

Argent Mortgage Company, LLC and Deutsche Bank National Trust Company, in Los

Angeles Superior Court, Central District of California, which was transferred and

consolidated with this proceeding in the above-captioned Court.

2. Due to irreconcilable differences between Rosenbach and Plaintiff which

cannot be resolved, Rosenbach requests an Order granting his withdrawal from

representation in the instant action.

3. Plaintiff and Rosenbach have executed a Stipulation of Counsel and Plaintiff

for Withdrawal of Counsel, which is attached hereto as Exhibit "1."

4. Plaintiff's last known address is 9345 Rocky Lane, Orangevale, California

1

95662.

5.      Plaintiff was given notice of this Motion by electronic mail and U.S. mail on

August 15, 2011.

**WHEREFORE**, for the foregoing reasons, Marshall E. Rosenbach of the Law

Offices of Marshall E. Rosenbach respectfully requests an Order granting his withdrawal

from representation of Plaintiff, CEDRIC PETERSON, in the above-captioned case, or for

such other relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by
electronic mail on this 15th day of August, 2011 to: Cedric Peterson, 9345 Rocky Lane,
Orangevale, California 95662.

> Law Offices of Marshall E. Rosenbach
> 468 N. Camden Drive, Suite 200
> Beverly Hills, California 90210
> (310) 860-4764 Telephone
> (310) 860-4763 Facsimile
> E-mail: marshall@marshallrosenbach.com
> Attorney for Plaintiff, Cedric Peterson


By:_____
> Marshall E. Rosenbach, Esq.
> California Bar no.: 214214

Court's Order granting this withdrawal request.

Dated: August ___, 2011

Law Offices of Marshall E. Rosenbach
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
(310) 860-4764 Telephone
(310) 860-4763 Facsimile
E-mail: marshall@marshallrosenbach.com
Attorney for Plaintiff, Cedric Peterson

_____

Marshall E. Rosenbach, Esq.
California Bar No. 214214

DATED: August 13, 2011

By: _____

Cedric Peterson, individually

2

Exhibit 7

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: CEDRIC & CHERRONE PETERSON.
(Please print)

STREET ADDRESS: 9345 Rocky Lane

CITY/STATE/ZIP: ORANGEVALE CA 95662

PHONE NUMBER: 916 987 3547

CASE NUMBER: 05 C 7097

_____ 10/4/2011
Signature                          Date

# FILED

OCT 11 2011
OCT 11 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Exhibit 8



# Locke
# Lord LLP

Attorneys & Counselors

October 14, 2011

**VIA U.S. MAIL**

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re:     **Peterson v. Ameriquest Mortgage Company, et al.**
         **Case No. 08 C 07281, USDC, Northern District of Illinois**
         **(MDL #1715; Case No. 05 C 7097)**
         **Borrower's Name:  Cedric Peterson**
         **Loan No.:  4000833592**
         **Property Address:  9345 Rocky Lane, Orangevale, California  95662**

Mr. Peterson:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL").  AHMSI is the current servicer of your mortgage loan.  Recently, AHMSI received a communication from you regarding a potential HAMP loan modification.  I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry.

If you are interested in applying for a HAMP loan modification, please complete the enclosed HAMP package and return the completed package, along with all necessary supporting documents, to me within the next 14 days.  Please see https://ahmsi3.com/servicing/hasp.asp for additional instructions regarding documents needed to be reviewed for a HAMP loan modification.

Please let me know if you have any questions.  Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

John E. Viskocil

Enclosure



Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z9X51130742390764
**Service:** UPS 2nd Day Air A.M.®
**Weight:** 1.20 lbs
**Shipped/Billed On:** 11/01/2011
**Delivered On:** 11/03/2011 8:49 A.M.
**Delivered To:** NEW YORK, NY, US
**Signed By:** CROOKS
**Left At:** Mail Room

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 04/11/2012 12:54 A.M.   ET

Case: 1:05-cv-07097 Document #: 4863-1 Filed: 04/13/12 Page 16 of 48 PageID #:48174

En Espa?

Search

An official program of the Departments of the Treasury & Housing and Urban Development

HOME       PROGRAMS       GET ASSISTANCE       LEARN MORE       NEWS

Home » Programs » Lower Your Payments » Principal Reduction Alternative (PR

**Lower Your Payments**

   Home Affordable
   Modification Program
   (HAMP)

   **Principal Reduction
   Alternative (PRA)**

   Second Lien Modification
   Program (2MP)

   FHA Home Affordable
   Modification Program
   (FHA-HAMP)

   USDA's RHS Special Loan
   Servicing

   Veteran's Administration
   Home Affordable
   Modification (VA-HAMP)

**Lower Your Rates**

**Get Help If Unemployed**

**Get Help With A Second
Mortgage**

**Get Help With Fallen Home
Value**

# Principal Reduction Alternative (PRA)

PRA was designed to help homeowners whose homes are worth significantly less th
they owe by encouraging servicers and investors to reduce the amount you owe on
your home.

## Eligibility

You may be eligible for PRA if:

- Your mortgage is not owned or guaranteed by Fannie Mae or Freddie Mac.
- You owe more than your home is worth.
- You live in the home carrying the mortgage you want to modify.
- You obtained your mortgage on or before January 1, 2009.
- Your mortgage payment is more than 31 percent of your gross (pre-tax)
  monthly income.
- You owe up to $729,750 on your 1st mortgage.
- You have a financial hardship and are either delinquent or in danger of falling
  behind.
- You have sufficient, documented income to support the modified payment.
- You must not have been convicted within the last 10 years of felony larceny,
  theft, fraud or forgery, money laundering or tax evasion, in connection with a
  mortgage or real estate transaction.

## Program Availability

More than 100 HAMP℠-participating servicers are required to evaluate homeowners
for principal reduction. Participating servicers are required to develop written standar
for PRA application. The largest servicers include Bank of America, CitiMortgage, JP
Morgan Chase, and Wells Fargo.

1. AgFirstFarm Credit Bank
2. Allstate Mortgage Loans & Investments, Inc.
3. American Eagle Federal Credit Union
4. American Finance House LARIBA
5. American Home Mortgage Servicing, Inc
6. AMS Servicing, LLC
7. Aurora Loan Services, LLC
8. Bank of America, N.A.1
9. Bank United

```
            TRANSMISSION VERIFICATION REPORT

                                     TIME  : 10/31/2011 22:33
                                     NAME  : GENESIS GROUP
                                     FAX   : 9169889398
                                     TEL   : 9169889398
                                     SER.# : 000F6J324135


       DATE,TIME              10/31  22:27
       FAX NO./NAME           8668717067
       DURATION               00:05:23
       PAGE(S)                14
       RESULT                 OK
       MODE                   STANDARD
                              ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
**8675 Elm Ave/POB 1165**
**Orangevale CA 95662**
**(916) 988-9224 OFC**
**(916) 988-9398 FACSIMILE**
**genesisgrp@yahoo.com**

RE : _Loan # 4000833592_

DATE : _10/31/11_

TIME : _10:30 pm PST_

TO : _Hm Ownership Pres. Ofc_

FAX : _866-871-7067_

FROM : _C. Peterson_

**PLEASE CALL/EMAIL TO CONFIRM RECEIPT:** _total of 14 pages_

_Pursuant to your legal counsel's letter attached, we are submitting our PRA Loan Modification Application._

_We are prepared to forward bank statements and any other documents needed to complete this application._

October 31, 2011

AHMSI
POB 619063
Dallas Texas 75261-9063

RE: PRA Request for Loan Modification of Loan # 4000833592

To Whom It May Concern:

Our financial status was weakened a few years ago when I became underemployed. This translates into that I have still been working in the same administrative and sales capacity as I have for the past twenty five plus years, but just not generating the same income.

My husband, Cedric, has an excellent stable salaried position, with a major telecommunications company, Metro PCS, for the past decade. In addition to his salary he also earns an annual five digit bonus, disbursed every February.

The positive news regarding my income is that it is increasing steadily this year and should continue accordingly, as I have returned fulltime to Sales Management.

We have been in our home since 2001 and are raising a large family here, as we still have seven at home, from college to kindergarten.

According to the PRA alternative, it is apparent that AHMSI is a participating HAMP servicer and our loan falls within the published guidelines. Our mortgage is not owned nor guaranteed by FNMA or FHLMC ; we owe more that our home is worth; we owner occupy our home; we obtained our mortgage on 8/29/2005; our payment is more that 31% of our gross (pre tax) monthly income; we owe less than $729,750 on our principal balance; we have sufficient documented income to support the modified payment; nor have we been convicted of any financial or real estate crimes in the past ten years.

Please review our PRA/Loan Modification Request and advise.

Sincerely,

Cherrone Peterson

Making Home Affordable Program

## Request For Modification and Affidavit (RMA)

MAKING HOME AFFORDABLE.gov

**REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) — page 1**     **COMPLETE ALL THREE PAGES OF THIS FORM**

Loan I.D. Number __4000833592__     Servicer __AHMSI__

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name <br> Cedric V Peterson | Co-borrower's name |
| Social Security number    Date of birth <br> 569216582    02/04/1962 | Social Security number    Date of birth |
| Home phone number with area code <br> 9169873547 | Home phone number with area code |
| Cell or work number with area code <br> 9169889224 | Cell or work number with area code |

| | |
|---|---|
| I want to: | ☒ Keep the Property    ☐ Sell the Property |
| The property is my: | ☒ Primary Residence    ☐ Second Home    ☐ Investment |
| The property is: | ☒ Owner Occupied    ☐ Renter Occupied    ☐ Vacant |

Mailing address
**POB 1165 Orangevale CA 95662**
Property address (if same as mailing address, just write same)
9345 Rocky Lane Orangevale CA 95662

E-mail address
genesisgrp@yahoo.com

Is the property listed for sale? ☐ Yes ☒ No
Have you received an offer on the property? ☐ Yes ☒ No
Date of offer _____ Amount of offer $_____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help ☐ Yes ☒ No
If yes, please complete the following:
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____
Counselor's E-mail: _____

Who pays the real estate tax bill on your property?
☒ I do ☐ Lender does ☐ Paid by condo or HOA
Are the taxes current? ☒ Yes ☐ No
Condominium or HOA Fees ☐ Yes ☐ No $_____
Paid to: _____

Who pays the hazard insurance premium for your property?
☒ I do ☐ Lender does ☐ Paid by Condo or HOA
Is the policy current? ☒ Yes ☐ No
Name of Insurance Co.: QBE First Insurance Agency Inc
Insurance Co. Tel #: 888-819-2847

Have you filed for bankruptcy? ☒ Yes ☐ No   If yes: ☒ Chapter 7 ☐ Chapter 13   Filing Date: 4/19/2011
Has your bankruptcy been discharged? ☒ Yes ☐ No   Bankruptcy case number 10-30003

Additional Liens/Mortgages or Judgments on this property: None

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

**HARDSHIP AFFIDAVIT**

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☒ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ Other:

Explanation (continue on back of page 3 if necessary): Per Attachment
Per Attachment

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| _____ | **10/31/2011** |
| Borrower Signature | Date |
| | 10/31/2011 |
| _____ | |
| Co-Borrower Signature | Date |

---

**HOMEOWNER'S HOTLINE**

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



888-995-HOPE
Homeowner's HOPE™ Hotline

---

**NOTICE TO BORROWERS**

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.





**Locke**
**Lord** LLP

Attorneys & Counselors

November 14, 2011

**VIA U.S. MAIL**

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re:     **Peterson v. Ameriquest Mortgage Company, et al.**
        **Case No. 08 C 07281, USDC, Northern District of Illinois**
        **(MDL #1715; Case No. 05 C 7097)**
        **Borrower's Name:  Cedric Peterson**
        **Loan No.:  4000833592**
        **Property Address:  9345 Rocky Lane, Orangevale, California  95662**

Mr. Peterson:

As you know, this office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL").  Previously, I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry into a HAMP loan modification.

Recently, this office received HAMP documents submitted by you. In order to complete the review of your HAMP application, AHMSI is requesting (1) a *signed* copy of your 2010 tax return, including all schedules and pages, (2) a recent utility bill to show proof of occupancy, and (3) a non-borrower authorization form completed by your spouse (enclosed).

Please submit the documents identified above to my attention as soon as reasonably possible. Let me know if you have any questions.  Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

John E. Viskocil

Enclosure

```
          TRANSMISSION VERIFICATION REPORT

                                    TIME  : 11/20/2011 20:29
                                    NAME  : GENESIS GROUP
                                    FAX   : 9169889398
                                    TEL   : 9169889398
                                    SER.# : 000F6J324135


    DATE,TIME              11/20  20:21
    FAX NO./NAME           6462249668
    DURATION               00:07:48
    PAGE(S)                22
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

## FAX COVER SHEET

*attachments*
*+ record 11/1/11*
*Rocky Somes Bril*

**GENESIS GROUP**
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224 OFC
(916) 988-9398 FACSIMILE
genesisgrp@yahoo.com

RE: *Loan # 4000823592*

DATE: *11/20/11*

TO: *John Viskocil*

FAX: *646-224-9668*

FROM: *C. Peterson*

TIME: _____

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: *total of 22 pages*

Exhibit 9

**Subject:** Re: AHMSI

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Monday, November 2, 2009 11:39 AM

The lender still has the legal block on your account. Please fax the letter again (fax 866 795 6529 ATTN LEGAL DEPT) and also to our office.

Thank you,

Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron Lal <ron.loanredux@yahoo.com>
**Sent:** Wed, October 21, 2009 7:34:58 PM
**Subject:** AHMSI

Ron,

I sent the fax to AHMSI Legal Dept today. You should be able to converse with them by Monday.

I will see you tomorrow.

Sincerely,

Cherrone

Exhibit 10

| | |
|---|---|
| **Subject:** | Re: Peterson - Loan Modification |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Cc:** | rebecca.kreisher@yahoo.com; |
| **Date:** | Thursday, October 15, 2009 12:18 PM |

Cherrone,

The lender is stating that they will not speak to me even with a 3rd party along with you as well, Unless you call their legal department directly.

Please contact them and let us know.

877 304 3100
account # 400 0833 592

Thank you,

Ron LaL
Processor/Negotiator

916.988.8001  Ext-104

916..988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, September 15, 2009 4:50:44 PM
**Subject:** Re: Peterson - Loan Modification

My cell is fine and I am moving my office lines. they won't be available until 10/5/09.

**Subject:**   Re: Peterson - Loan Modification

**From:**   Ron LaL (ron.loanredux@yahoo.com)

**To:**   genesisgrp@yahoo.com;

**Cc:**   rebecca.kreisher@yahoo.com;

**Date:**   Tuesday, October 20, 2009 3:09 PM


Cherrone,

I just spoke to the lender, They stated this account is flagged and has been referred to there attorney and WILL not discuss any thing with us as a 3rd party. Lender has also stated that they spoke with Cedrick on October 13, 2009 advising him of this.

I couldn't get much out of them about why, but they did say that you have to obtain an attorney to due diligence and contact the lenders attorney to discuss your account.

I spoke with Grechen (id # MRG) in loss mitt.


Thank you,




Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com




**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, October 20, 2009 2:18:29 PM
**Subject:** Re: Peterson - Loan Modification

**Subject:** Re: AHMSI

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Monday, November 9, 2009 5:26 PM

Cherrone,

I have just cofirmed verbally that your letter was recieved it takes up to 21 days for the lender to apply and upload in their system.

I hope to speak with them regarding your loan by the end of the week.

Thank you,

Ron LaL
Processor/Negotiator

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron Lal <ron.loanredux@yahoo.com>
**Sent:** Wed, October 21, 2009 7:34:58 PM
**Subject:** AHMSI

Ron,

I sent the fax to AHMSI Legal Dept today. You should be able to converse with them by Monday.

I will see you tomorrow.

Sincerely,

Cherrone

**Subject:**  Re: AHMSI

**From:**  Ron LaL (ron.loanredux@yahoo.com)

**To:**  genesisgrp@yahoo.com;

**Date:**  Tuesday, November 17, 2009 12:04 PM

Cherrone,

The lender is sending a packet regarding the Making Homes Affordable Modification program. We need to up date all items and forward back to lender to continue with modification.

Please forward the packet when you recieve it.

We will also need all date sensitive items as well at that time, paystubs bank statements etc...

Thank you.

Ron LaL.
Processor/negotiator

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, November 10, 2009 10:53:02 PM
**Subject:** Re: AHMSI

Ron,

That is great news, we will bein next week with another payment. the plubming and mold issue has been cumbersome and the insurance has still yet not made their determination.

Sincerely,

CP

--- On **Mon, 11/9/09, Ron LaL <*ron.loanredux@yahoo.com*>** wrote:

**Subject:** Re: AHMSI

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Wednesday, November 25, 2009 4:15 PM

Have you recieved package from the lender?

Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Wed, November 18, 2009 10:35:03 PM
**Subject:** Re: AHMSI

Ron,

That is great, we will forward all of the requested documents to you.

Thank You,

Cherrone

--- On **Tue, 11/17/09, Ron LaL <*ron.loanredux@yahoo.com*>** wrote:

From: Ron LaL <ron.loanredux@yahoo.com>
Subject: Re: AHMSI
To: "C.Peterson" <genesisgrp@yahoo..com>
Date: Tuesday, November 17, 2009, 12:04 PM

**Subject:** Re: AHMSI

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Wednesday, December 2, 2009 1:22 PM

Cherrone,

I called to check on the documents and lender states the same thing again regarding legal representation as before. Now they state there is no letter.

I never recieved a copy of the letter that you faxed to lender. Please forward it over.

Thanks,



Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax
ron.loanredux@yahoo.com

www.mfishorlawoffice.com




**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Fri, November 27, 2009 7:51:34 PM
**Subject:** Re: AHMSI

No, not yet.

CP

--- On **Wed, 11/25/09, Ron LaL** <*ron.loanredux@yahoo.com*> wrote:

From: Ron LaL <ron.loanredux@yahoo.com>
Subject: Re: AHMSI
To: "C.Peterson" <genesisgrp@yahoo.com>

Case: 1:05-cv-07097 Document #: 4863-1 Filed: 04/13/12 Page 34 of 48 PageID #:48192

**Subject:** Loan Modification

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com; gosheninvllc@yahoo.com;

**Date:** Saturday, February 13, 2010 2:07 PM

Cherrone,

Sign and return the attached 4506 T, This is a new form that the lender is now requiring.

Thank you,

Ron LaL

916.673.6931 Office

813.782.1982 Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

CONFIDENTIALITY NOTE: This e-mail, and any attachment to it, contains privileged and/or confidential information intended only for the use of the intended recipient of this e-mail. If the reader of this e-mail is not the intended recipient, you are hereby notified that reading, using, or disseminating this e-mail, or any attachment to it, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**Subject:**   Re: AHMSI

**From:**   Ron LaL (ron.loanredux@yahoo.com)

**To:**   genesisgrp@yahoo.com;

**Date:**   Tuesday, February 23, 2010 4:20 PM

Cherrone sign all the appropriate areas and send it to me.

Ron LaL

848.873.8531 Office

919.751.1380 Fax
ron.loanredux@yahoo.com

www.mflashlawoffice.com

CONFIDENTIALITY NOTE:  This e-mail, and any attachment to it, contains privileged and/or confidential information intended only for the use of the
intended recipient of this e-mail.  If the reader of this e-mail is not the intended recipient, you are hereby notified that reading, using, or disseminating
this e-mail, or any attachment to it, is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by return e-mail
and then delete the original and any copies of this e-mail, and any attachments to it, from your system.  Thank you.

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron Lal <ron.loanredux@yahoo.com>
**Sent:** Tue, February 23, 2010 7:29:13 AM
**Subject:** AHMSI

Ron,

AHMSI sent us a "Making Home Affordable" packet. Do you want us to complete this or not ?

Please advise.

CP

| **Subject:** | Need for Loan Modification |
| **From:** | Rebecca Kreisher (rebecca.kreisher@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Date:** | Saturday, March 13, 2010 12:16 PM |

Hi Cherrone-
Okay here is what I need from you to complete the banks request

Last 30 days paystubs from your husband

Profit and Loss for your last quarter lets do Dec Jan and Feb if you just send me your gross
what you made and I can fill out the rest

Also in your file it looks like we are referencing 2500 in rental income but I only see a rental
agreement for 500 here so can you give me the other one please.

Also need last 30 days bank statements

Pls gather this for me quickly and I will send it all out to the bank

Thanks
Becki

FAX TO 916-782-1380

Exhibit 11

BUCHALTER NEMER
A Professional Corporation
  BERNARD E. LESAGE (SBN: 61870)
  SARAH K. ANDRUS (SBN: 174323)
  KAREN K. STEVENSON (SBN: 198482)
  MELODY A. PETROSSIAN (SBN: 227624)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendant ARGENT MORTGAGE
COMPANY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, LLC, a California limited liability company; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. CV 08-06302 VBF (JTLx)<br><br>**DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S ANSWER TO COMPLAINT** |

Plaintiff CEDRIC PETERSON ("Plaintiff") alleges:

## PREFATORY ALLEGATIONS

1.    Plaintiff CEDRIC PETERSON is and at all times mentioned herein was a resident of the State of California.

**ANSWER:**    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1. Defendant denies any remaining allegations in paragraph 1.

2.    The property which is the subject of this action is the primary dwelling of the Plaintiff Its address is 9345 Rocky Lane, Orangevale, California 95662 (the "Property").

**ANSWER:**    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2. Defendant denies any remaining allegations in paragraph 2.

3.    Defendant ARGENT MORTGAGE COMPANY, LLC ("Argent") is and at all times herein mentioned was a California limited liability company doing substantial business within this judicial district.

**ANSWER:**    Defendant denies that Argent Mortgage Company, LLC was a California limited liability company.  Defendant admits that it did business within this judicial district.

4.    Plaintiff is informed and believes, and based thereon alleges, that Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank") is and at all times herein mentioned was conducting substantial business within this judicial district.

**ANSWER:**    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4. Defendant denies any remaining allegations in paragraph 4.

5.    Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 to 10, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries and right to compensations herein alleged were proximately caused by the acts, errors, and omissions of said fictitiously named Defendants and each of them.

1   **ANSWER:**   Defendant is without knowledge or information sufficient to form a
2   belief as to the truth of the allegations in paragraph 5. Defendant
3   denies any remaining allegations in paragraph 5.

4   6.   Plaintiff is informed and believes, and based thereon alleges, that

5   Defendants, and each of them, were the agents, employees, partners, joint venturers,

6   owners, principals, and employers of the remaining Defendants, and each of them,

7   are, and at all times herein mentioned were, acting within the course and scope of

8   that agency, partnership, employment, ownership, or joint venture. Plaintiff is

9   further informed and believes and based thereon alleges that the acts and conduct

10  herein alleged of each such Defendant were known to, authorized by, and/or ratified

11  by the other Defendants, and each of them.

12  **ANSWER:**   Paragraph 6 contains conclusions of law to which no response is
13  required.  Defendant is without knowledge or information sufficient to
    form a belief as to the truth of the remaining allegations in paragraph
14  6. Defendant denies any remaining allegations in paragraph 6.

15  ### FIRST CAUSE OF ACTION

16  (Against An Defendants and DOES 1 to 10)

17  (Rescission and Damages under 15 U.S.C. § 1635)

18  7.   Plaintiff realleges and incorporates by reference the allegations of

19  paragraphs 1 through 8, inclusive, as though set forth at length herein again.

20  **ANSWER:**   Defendant repeats and reaffirms its answers to paragraphs 1 through 6.
21

22  8.   On or about August 29, 2005, Plaintiff executed a deed of trust in the

23  amount of $727,500.00 in favor of Defendant Argent, and secured by the Property.

24  The loan number is 0084967512. The loan was a refinance.

25  **ANSWER:**   Paragraph 8 contains references to documents to which no answer is
26  required.  Defendant references the cited documents in their entirety
    for a complete and accurate statement of their contents.  Further
27  answering, Defendant is without knowledge or information sufficient

28

1   to form a belief as to the truth of the allegations in paragraph 8.
2   Defendant denies any remaining allegations in paragraph 8.

3       9.    On said date, Defendant Argent committed the following non-
4   exhaustive list of violations of the Truth in Lending Act, 15 U.S.C. § 1601, et seq.:

5       (1)    Argent failed to provide Plaintiff with two copies of fully
6       completed Notices of Right to Cancel;

7       (2)    Argent failed to note the correct transaction date of August 29,
8       2005;

9       (3)    Argent failed to note the correct date of expiration of the right to
10       cancel.

11
12   **ANSWER:**    Paragraph 9 contains conclusions of law to which no answer is
    required. To the extent an answer is required, Defendant denies the
13       allegations in paragraph 9.

14       10.    Plaintiff will amend this Complaint when additional Truth in Lending
15   violations are discovered.
16

17   **ANSWER:**    Paragraph 10 contains conclusions of law to which no answer is
    required. To the extent an answer is required, Defendant denies the
18       allegations in paragraph 10.

19       11.    Plaintiff is informed and believes and based thereon alleges that after
20   closing the said loan, Argent sold and assigned the note and deed of trust to
21   Defendant Deutsche Bank.
22

23   **ANSWER:**    Defendant admits that Deutsche Bank serves as trustee of Argent
    Mortgage Securities, Inc. Asset Backed Pass Through Certificates,
24       Series 2005-W3 Under the Pooling and Servicing Agreement dated as
    of October 1, 2005, Without Recourse. Defendant denies the
25       remaining allegations of paragraph 11.
26

27       12.    On August 11, 2008 and August 19, 2008, Plaintiff served Defendants
28   with a letter giving them notice of Plaintiff's election to rescind the loan. The notice

1  further demanded that Defendants return all money given as earnest money, down

2  payment, or otherwise and take any action to reflect the termination of the above-

3  described deed of trust.

4  **ANSWER:**  Paragraph 12 contains references to documents to which no answer is

5  required.  Defendant references the cited document in their entirety for
   a complete and accurate statement of its contents.  Paragraph 12

6  contains conclusions of law to which no answer is required.

7  Defendant is without knowledge or information sufficient to form a
   belief as to the truth of the remaining allegations in paragraph 12.

8  Defendant denies any remaining allegations in paragraph 12.

9

10  13.  As a direct and proximate cause of Defendants' violations of the law,

    Defendants were compelled to rescind the loan. As a further direct and proximate
11
    cause of such violations, Defendants were required to return such sums as required
12
    under 15 U.S.C. § 1635(b).
13

14  **ANSWER:**  Paragraph 13 contains conclusions of law to which no answer is
        required.   Defendant is without knowledge or information sufficient to
15      form a belief as to the truth of the remaining allegations in paragraph
        13.  Defendant denies any remaining allegations in paragraph 13.
16

17  14.  As of the date of filing this action, Defendants, and each of them, have

18  failed to rescind the loan or return the monies owed to Plaintiff.

19
20  **ANSWER:**  Paragraph 14 contains conclusions of law to which no answer is
        required.   Defendant is without knowledge or information sufficient to
21      form a belief as to the truth of the remaining allegations in paragraph
        14.  Defendant denies any remaining allegations in paragraph 14.
22

23  15.  By virtue of the foregoing violations of the Truth in Lending Act,

24  Plaintiff's right to rescind the said loan was extended from 3 days to 3 years after

25  consummation of the transaction. 15 U.S.C. § 1635(f).

26  **ANSWER:**  Paragraph 15 contains conclusions of law to which no answer is
27      required.   Defendant is without knowledge or information sufficient to

28

form a belief as to the truth of the remaining allegations in paragraph 15. Defendant denies any remaining allegations in paragraph 15.

16.   As a direct and proximate cause of Defendants' violations under the Truth in Lending Act, Plaintiff has incurred attorney's fees which amount will be proven at the time of trial.

**ANSWER:**   Paragraph 16 contains conclusions of law to which no answer is required.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 16. Defendant denies any remaining allegations in paragraph 16.

17.   WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.   For rescission of Loan no. 89719312 under 15 U.S.C. § 1635(a) and (b);

2.   For all sums to be paid under 15 U.S.C. § 1635(b);

3.   For attorney's fees pursuant to 15 U.S.C. § 1601, et seq.

4.   For pre-judgment interest at the legal rate from the time of injury;

5.   For costs of suit incurred herein; and

6.   For such other and further relief as the Court may deem just and proper.

**ANSWER:**   Paragraph 17 contains conclusions of law to which no answer is required.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 17. Defendant denies any remaining allegations in paragraph 17.

**DEFENSES**

Without assuming any burden it might otherwise not bear and without waiving any available defense, Defendant asserts the following defenses and will seek leave to add additional defenses if and when deemed appropriate as the case progresses.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff's purported cause of action fails to state a claim upon which relief may be granted.

2.    Plaintiff's claims are barred by the applicable statute of limitations.

3.    Plaintiff's claims are barred in whole or in part under the doctrine of estoppel, laches and/or waiver.

4.    Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

5.    Plaintiff's claims are barred by the applicable statute of frauds.

6.    Plaintiff's claims are barred in whole or in part because he has failed to mitigate his damages.

7.    Plaintiff's claims are barred, in whole or in part, because each and every purported cause of action is uncertain.

8.    Plaintiff's claims are barred, in whole or in part, because any acts or failure to act on the part of Defendant were excused by the actions of Plaintiffs or others.

9.    Plaintiff's claims are barred in whole or in part, on the ground that if Plaintiffs were damaged or a statute was violated in any manner whatsoever, such damage or violation, if any, was a direct and proximate result of the intervening and superseding actions on the part of other parties and/or persons or entities and not

1  Defendant, and any such intervening or superseding action of said parties and/or

2  persons or entities bars Plaintiffs' recovery.

3      10.    Plaintiff, by his knowledge, statements and/or conduct, has consented

4  and/or acquiesced to the alleged acts and/or omissions of Defendant described in

5  the Complaint.

6      11.    As to each cause of action, Defendant is entitled to an offset.

7      12.    Plaintiff's claims are barred in whole or in part, because Defendant has

8  committed no act or omission causing any damage to Plaintiff.

9      13.    Plaintiff's claims are barred in whole or in part, because Plaintiff

10  expressly, ostensibly and/or implicitly authorized or ratified the transactions at

11  issue.

12      14.    Plaintiff's claims are barred in whole or in part, because Plaintiff

13  would be unjustly enriched if allowed to recover on the Complaint.

14      15.    Plaintiff's claims are barred in whole or in part, because he is a

15  member of a prior settlement or class that released some or all claims alleged by

16  Plaintiff.

17      16.    Defendant alleges that it presently has insufficient knowledge or

18  information on which to form a belief as to whether it may have additional, as yet

19  unstated, affirmative defenses.  Defendant reserves its right to file an amended

20  answer asserting additional defenses, and/or to file a counter or cross-complaint in

21  the event that discovery indicates that either is appropriate.

22                          **PRAYER**

23  Defendant prays this court to:

24      1.    Dismiss Plaintiff's Complaint;

25      2.    Enter judgment for Defendant and against Plaintiff in this action;

26

27      3.    Award Defendant its costs of suit; and

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 2300905v1                          8

DEFENDANT ARGENT MORTGAGE COMPANY'S ANSWER

1   4. Grant Defendant any and all further and additional relief as it deems

2 just and appropriate.

3

4 DATED: October 1, 2008    BUCHALTER NEMER
              A Professional Corporation
5            BERNARD E. LESAGE
              SARAH K. ANDRUS
6            KAREN K. STEVENSON
              MELODY A. PETROSSIAN

7

8

9            By:/s/ Jason E. Goldstein

10                Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 2300905v1          9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERIQUEST MORTGAGE CO.
Plaintiff

v.

PETERSON V. ARGENT MORTGAGE Co. LLC
Defendant

Case Number: MDL 1715
LEAD CASE 05CV 07097
Judge: THE HONORABLE MARVIN E. ASPEN

## NOTICE OF MOTION

TO: BERNARD LE SAGE, ESQ
BUCHALTER NEMER
18400 VON KARMAN AVE #800
IRVINE CA 92612

PLEASE TAKE NOTICE that on _____ at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge ASPEN or any judge sitting in his or her stead in **Courtroom** 2568 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012 provided service to the person or persons listed above by the following means: VIA UPS

Signature: _Joseph Venegas_           Date: 4/12/12

Name (Print): JOSEPH VENEGAS

Address: 8675 ELM AVE           Phone: 916-308-6455

ORANGEVALE CA 95762