UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
          Plaintiff,

v.           Case No.: 1:05−cv−07097
          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 17, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants (4485 − Re: Case No. 06 C 2467 − Duncan, et al v. Ameriquest, et al)) all of plaintiffs, Janet M. Edwards, Joseph Fernandez, Nadine Fernandez, Gevaisa General, Ronald General, John Grammatico, Kristen Grammatico, Beverly Howlett, Shawn Jennings, Yvonne Jennings, David Lallier, Michael Olynciw, John Potter, Lisa Potter, Nicole Rankin, Ricardo Richards, Jan Rondeau, Mathias Rondeau, Carlos Silva, Sandra Silva, Joanne Soto, Jose Soto, Bonita Vaugh, Joseph Vaughn, Steven Walz, Suellen Walz, Evelyn Williams, Leebert Williams, Twinewa Young, Edward Zilli, Sallie Booth and Calvin Duncan, claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys fees. Defendants expressly reserve all of its third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the fifth amended consolidated third−party complaint. Janet M. Edwards, Joseph Fernandez, Nadine Fernandez, Gevaisa General, Ronald General, John Grammatico, Kristen Grammatico, Beverly Howlett, Shawn Jennings, Yvonne Jennings, David Lallier, Michael Olynciw, John Potter, Lisa Potter, Nicole Rankin, Ricardo Richards, Jan Rondeau, Mathias Rondeau, Carlos Silva, Sandra Silva, Joanne Soto, Jose Soto, Bonita Vaugh, Joseph Vaughn, Steven Walz, Suellen Walz, Evelyn Williams, Leebert Williams, Twinewa Young, Edward Zilli, Sallie Booth and Calvin Duncan terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.