Buchalter Nemer         1/9/2012 11:29:13 AM   PAGE    2/004    Fax Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Toscano v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-cv-05421 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **VICENTE TOSCANO** ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY** hereby stipulate that the *Toscano v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-cv-05421 (N.D. Ill) (transferred into the MDL from the United States District Court, Eastern District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Buchalter Nemer    1/9/2012 11:29:13 AM    PAGE    3/004    Fax Server

DATED: 1/23, 2012

Respectfully submitted,

By: _____
Attorneys for Monty Toscano

Jeff Reich, Esq.
Shane Reich, Esq.
REICH LAW FIRM
8441 North Millbrook, Suite 104
Fresno, CA 93720
Telephone: (559) 440-1191

DATED: 4/16, 2012

Respectfully submitted,

By: _____
Attorneys for Ameriquest Mortgage Company

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Buchalter Nemer       1/9/2012 11:29:13 AM   PAGE   4/004    Fax Server

## CERTIFICATE OF SERVICE

I, ~~Bernard E. LeSage,~~ Joanne Davies, hereby certify that on this 17th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _/s/ Joanne Davies_