IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Reusser v. Ameriquest Mortgage Co., et al.*<br>Case No. ILN 1:08-00178 | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiff Judy R. Reusser ("Plaintiff") hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: April 17th, 2012                     Respectfully submitted,


By: /s/ Earl P. Underwood                   By: /s/ Joanne N. Davies

*Attorneys for Plaintiff Judy R. Reusser*    *Attorneys for Ameriquest Mortgage Company*

Earl P. Underwood, Esq.                     Joanne N. Davies, Esq.
Underwood & Riemer, PC                      BUCHALTER NEMER, a P.C.
21 South Section Street                     18400 Von Karman Avenue, Suite 800
PO Box 969                                  Irvine, California 92612
Fairhope, Alabama 36533                     Telephone: (949) 760-1121
Telephone: (251) 432-9212                   Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 17th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies