IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Johnson v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-cv-00125 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ANDREW JOHNSON** and **BARBARA JOHNSON** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **HSBC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Johnson v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-cv-000125 (N.D. Ill) (transferred into the MDL from the United States District Court, Western District of Michigan) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January ___, 2012

Respectfully submitted,

By: *[signature]* Andrew
*Pro Se Plaintiff Andrew Johnson*
69820 Hazel Road, Apt. 32
Union, MI 49130-9634
Telephone: _____
Facsimile: _____

By: *[signature]* Barbara Johnson
*Pro Se Plaintiff Barbara Johnson*
69820 Hazel Road, Apt. 32
Union, MI 49130-9634
Telephone: 269 641 5872
Facsimile: _____

DATED: ~~January~~ April 17, 2012

Respectfully submitted,

By: *[signature]*
Attorneys for Ameriquest Mortgage Company and
HSBC Mortgage Services, Inc.

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, ~~Bernard E. LeSage~~ Joanne Davies, hereby certify that on this 17th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _[signature]_