**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Belval, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-02469* | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL BY ROGER E. BELVAL AND LYNN L.**
**BELVAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Roger E. Belval and Lynn L. Belval (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  April 24, 2012                    Respectfully submitted,

                                          By:  /s/ Daniel S. Blinn, Esq.
                                          *Attorneys for Plaintiffs Roger E. Belval and Lynn L.*
                                          *Belval*

                                          Daniel S. Blinn, Esq.
                                          CONSUMER LAW GROUP, LLC
                                          35 Cold Spring Road, Suite 512
                                          Rocky Hill, CT  06067
                                          Telephone:  (860) 571-0408
                                          Facsimile:  (860) 571-7457

DATED:  April 24, 2012                    Respectfully submitted,

                                          By:  /s/ Joanne N. Davies, Esq.
                                          *Attorneys for Defendants Ameriquest Mortgage*
                                          *Company, Merrill Lynch Credit Corporation,*
                                          *Ameriquest Mortgage Securities, Inc., HSBC*
                                          *Mortgage Services, Inc., WM Specialty Mortgage*
                                          *LLC, Deutsche Bank National Trust Company,*
                                          *HSBC Bank USA, National Association, HSBC*
                                          *Bank USA, CitiFinancial Mortgage Company, Inc.,*
                                          *n/k/a CitiMortgage, Inc., Washington Mutual Bank*

                                          Joanne N. Davies, Esq.
                                          BUCHALTER NEMER
                                          18400 Von Karman Ave., Suite 800
                                          Irvine, California 92612
                                          Telephone: (949) 760-1121
                                          Facsimile:  (949) 720-0182

## **<u>CERTIFICATE OF SERVICE</u>**

I, Joanne N. Davies, hereby certify that on this 24th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11280045v1