**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Raffadeen, et al. v. Ameriquest Mortgage Company, Case No. 07-5284* | |

**JOINT STIPULATION OF DISMISSAL BY BIBI RAFFADEEN AND EDWIN RAFFADEEN OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Bibi Raffadeen and Edwin Raffadeen ("Plaintiffs"), hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED: April 24, 2012               Respectfully submitted,

                                    By: /s/ Daniel S. Blinn, Esq.
                                    *Attorneys for Plaintiffs Bibi Raffadeen and Edwin Raffadeen*

                                    Daniel S. Blinn, Esq.
                                    CONSUMER LAW GROUP, LLC
                                    35 Cold Spring Road, Suite 512
                                    Rocky Hill, CT 06067
                                    Telephone: (860) 571-0408
                                    Facsimile: (860) 571-7457

DATED: April 24, 2012               Respectfully submitted,

                                    By: /s/ Joanne N. Davies, Esq.
                                    *Attorneys for Defendants Ameriquest Mortgage Company*

                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Ave., Suite 800
                                    Irvine, California 92612
                                    Telephone: (949) 760-1121
                                    Facsimile: (213) 720-0182

3

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 24th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11280117v1