# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

## STATUS REPORT RE: SCHEDULE FOR MAY 9, 2012 SETTLEMENT CONFERENCE

The Ameriquest Defendants respectfully submit the following status report reflecting the confirmed attendance for the May 9, 2012 settlement conference schedule.

| Time Slot | Plaintiff(s) | Case Name | Case No. | Plaintiffs' Attorney | Attendance |
|---|---|---|---|---|---|
| 10am | Dailey, Rosa | Dailey v. Citi Residential, et al. | ILN 1:07-05426 | William Spielberger | In-Person |
| 11am | Null, James and Mildred | Null, et al. v. Ameriquest, et al. | ILN 1:08-01584 | James Murphy | Telephonic |
| 2pm | Meek, Richard and Kelly | Meek, et al. v. Ameriquest, et al. | ILN 1:09-00217 | Dennis Strong | Telephonic |
| 3pm | Surin, Wetzer | Surin v. Argent, et al. | ILN 1:06-03584 | Paul Brozdowski | Telephonic |
| 4pm | Evans, Cheryl | Evans v. Ameriquest, et al. | ILN 1:09-01150 | Adebayo Ogunmeno | Telephonic |

Respectfully submitted,

Dated: April 25, 2012

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*
Joanne N. Davies
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

11455785v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 25th day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

11455785v1