**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Peterson v. Argent Mortgage Company, LLC et al.,* 1:08-cv-07281, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**CERTIFICATE OF SERVICE**

I, Christine T. Emerson, hereby certify that on this 27th day of April, 2012, a true and correct copy of the Reply to Plaintiff's Opposition to Argent Mortgage Company's Motion for Summary Judgment was filed electronically. Notice of this filing was sent by electronic mail to all counsels of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy of the foregoing document was sent via Federal Express Delivery to Cedric Peterson, 9345 Rocky Lane, Orangevale, CA 95662.

By:     /s/ Christine T. Emerson

- 1 -

BN 11477500v1