# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Black, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 07-00129 | |

## JOINT STIPULATION OF DISMISSAL BY LUZ GOMEZ, ISMAEL VEGA, YOLANDA RIVERA, ALBERT ROLDAN AND MARLENE ROLDAN OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Luz Gomez, Ismael Vega, Yolanda Rivera, Albert Roldan and Marlene Roldan (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: April __, 2012    Respectfully submitted,

By: /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiffs Luz Gomez, Ismael Vega, Yolanda Rivera, Albert Roldan and Marlene Roldan*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone:  (860) 571-0408
Facsimile:  (860) 571-7457

DATED: April __, 2012    Respectfully submitted,

By: /s/ Joanne N. Davies, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company, WM Specialty Mortgage, LLC, JPMC Specialty Mortgage, LLC, Washington Mutual Bank, Deutsche Bank National Trust Company, as Trustee*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Ave.
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this _____ day of April 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies