IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Black, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 07-00129 | |

**JOINT STIPULATION OF DISMISSAL BY JUNIOR TERRENCE BLACK AND RENE CAMPBELL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Junior Terrence Black and Rene Campbell (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: April __, 2012               Respectfully submitted,

                                    By: /s/ Daniel S. Blinn, Esq.
                                    *Attorneys for Plaintiffs Junior Terrence Black and Rene Campbell*

                                    Daniel S. Blinn, Esq.
                                    CONSUMER LAW GROUP, LLC
                                    35 Cold Spring Road, Suite 512
                                    Rocky Hill, CT 06067
                                    Telephone: (860) 571-0408
                                    Facsimile: (860) 571-7457

DATED: May 3, 2012                  Respectfully submitted,

                                    By: /s/ Joanne N. Davies, Esq.
                                    *Attorneys for Defendants Ameriquest Mortgage Company, WM Specialty Mortgage, LLC, JPMC Specialty Mortgage, LLC, Washington Mutual Bank, Deutsche Bank National Trust Company, as Trustee*

                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Ave., Suite 800
                                    Irvine, California 92612
                                    Telephone: (949) 760-1121
                                    Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 3rd day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies