IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Duncan, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-02467 | |

**JOINT STIPULATION OF DISMISSAL BY JENNIFER WOLFER, AS EXECUTRIX OF THE ESTATE OF THOMAS SHERMAN, OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Wolfer, as Executrix of the Estate of Thomas Sherman, ("Plaintiff"), hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  May 7, 2012 	Respectfully submitted,

By:  /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiff Jennifer Wolfer, as Executrix of the Estate of Thomas Sherman*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone:  (860) 571-0408
Facsimile:  (860) 571-7457

DATED:  May 7, 2012 	Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, WM Specialty Mortgage, LLC, and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Ave., Suite 800
Irvine, California 92616
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 7th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies