**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. *Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill. *Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill *Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill. *Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill. *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. *Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill. *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. *Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill. *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 *Powell et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill. *Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill. *Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill. *Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill. *Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill. *Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill. *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. *Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, May 17, 2012, at 10:30 a.m., or as soon thereafter as I may be heard, I will appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead in Courtroom 2568 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and will present Ameriquest Mortgage Company's Motion For Summary Judgment, a copy of which is hereby being served upon you.

DATED: May 8, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 8th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11526673v1