### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.<br>*Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill.<br>*Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill<br>*Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill.<br>*Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill.<br>*Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.<br>*Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill.<br>*Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.<br>*Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.<br>*Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584<br>*Powell et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill.<br>*Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill.<br>*Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill.<br>*Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill.<br>*Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill.<br>*Villagran v. Ameriquest,* 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

### NOTICE TO PRO SE LITIGANT OPPOSING DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively the "AMC Entities") have moved for summary judgment against you. This means that the AMC Entities are telling the judge that there is no disagreement about the important facts of the case. The AMC Entities are also claiming that there is no need for a trial of your case and is asking the judge to decide that the AMC Entities should win the case based on their written argument about what the law is.

BN 11526757v1

In order to defeat the AMC Entities' request, you need to do one of two things: you need to show that there is a dispute about important facts and a trial is needed to decide what the actual facts are *or* you need to explain why the AMC Entities' are wrong about what the law is.

Your response must comply with Rule 56(e) of the Federal Rules of Civil Procedure and Local Rule 56.1 of this court. These rules are available at any law library. Your Rule 56.1 statement needs to have numbered paragraphs responding to each paragraph in the AMC Entities' statement of facts. If you disagree with any fact offered by the AMC Entities, you need to explain how and why you disagree with the AMC Entities. You also need to explain how the documents or declarations that you are submitting support your version of the facts. If you think that some of the facts offered by the AMC Entities are immaterial or irrelevant, you need to explain why you believe that those facts should not be considered.

In your response, you must also describe and *include* copies of documents which show why you disagree with the AMC Entities about the facts of the case. You may rely upon your own declaration or the declarations of other witnesses. A declaration is a signed statement by a witness. The declaration *must* end with the following phrase: "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct," and *must* be dated. If you do not provide the Court with evidence that shows that there is a dispute about the facts, the judge will be required to assume that the AMC Entities' factual contentions are true, and, if the AMC Entities are also correct about the law, your case will be dismissed.

If you choose to do so, you may offer the Court a list of facts that you believe are in dispute and require a trial to decide. Your list of disputed facts should be supported by your documents or declarations. It is important that you comply fully with these rules and respond to each fact offered by the AMC Entities, and explain how your documents or declarations support your position.

If you do not do so, the judge will be forced to assume that you do not dispute the facts which you have not responded to.

Finally, you should explain why you think the AMC Entities are wrong about what the law is.

BN 11526757v1

|  |  |
|---|---|
| DATED: May 8, 2012 | Respectfully submitted,<br><br>By: /s/ Joanne N. Davies<br>*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*<br><br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER, a P.C.<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 8th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11526757v1