**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: | Lead Case No. 05-cv-07097 |
| *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. *Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill. *Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill *Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill. *Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill. *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. *Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill. *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. *Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill. *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 *Powell et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill. *Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill. *Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill. *Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill. *Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill. *Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill. *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. *Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**CERTIFICATE OF SERVICE**

I, Christine T. Emerson, hereby certify that on this 8th day of May, 2012, a true and correct copy of Ameriquest Mortgage Company and Argent Mortgage Company LLC's Notice of Motion for Summary Judgment, Notice to Pro Se Litigants, Motion for Summary Judgment and Supporting Memorandum of Law, Separate Statement of Material Facts, Affidavit of Amy Lake and supporting exhibits was filed electronically. Notice of this filing was sent by electronic mail to all counsels of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system. I further certify that I caused to be sent a true and correct copy of the foregoing documents via the United States Postal Service to the

following mailing addresses:

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Arndt, Maria and Forrest Pendergraph | Jerrold D. Farinash | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 |
| Burton, Maura | Pro Se | *Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill. | Maura C. Burton<br>22 Pepperdine Circle<br>Catonsville, MD 21228 |
| Curtis, Joseph and Elizabeth | Matthew J. Dunn | *Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. | Matthew J. Dunn<br>The Dunn Law Group<br>15 Broad Street<br>Fifth Floor<br>Boston, MA 02108 |
| Dailey, Rosa | William F. Spielberger | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | William F. Spielberger & Associates, P.C.<br>53 West Jackson Blvd., Suite 1231<br>Chicago, IL 60604 |
| Delaney, Robert and Rhonda | Douglas A. Antonik | *Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill. | Douglas A. Antonik<br>Antonik Law Offices<br>3405 Broadway Street<br>Mt. Vernon, IL 62864 |
| Dickerson, Dionne | Darryl Chimko | *Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill. | Darryl Chimko<br>Chimko, Dzialo & Dimovski P.C.<br>26212 Woodward Ave.<br>Royal Oak, MI 48067 |
| Evans, Cheryl | Adebayo Ogunmeno | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | Adebayo Ogunmeno<br>Ogunmeno Law Firm<br>623 Tauromee Avenue<br>Kansas City, KS 66101 |
| Goodell, Lee and Rebecca | Pro Se | *Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill. | Rebecca Goodell<br>25306 Pipestem Drive<br>Magnolia, TX 77355<br><br>Lee Goodell<br>15705 Seattle Street<br>Jersey Village, TX 77040 |
| Ivery, Jerry and Jacqueline | Paul Anthony Robinson | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | Paul Anthony Robinson<br>Law Offices of Paul Robinson<br>5 North 3rd, Suite 2000<br>Memphis, TN 38103 |
| Lewark, Danette | Louise M. Tarasi | *Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill. | Louis M. Tarasi , Jr.<br>Tarasi & Tarasi, P.C.<br>510 Third Avenue<br>Pittsburgh, PA 15219 |
| Myers, Gail D. | John M. | *Myers v. Ameriquest, et al.*, 1:07-cv- | John M. Boucher, Jr. |

| | Boucher, Jr. | 03584, N.D. Ill. | Burroughs, Collins & Newcomb<br>900 South Gay Street, Suite 600<br>Knoxville, TN 37902 |
|---|---|---|---|
| Null, James and Mildred | James K. Murphy | *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 | James K. Murphy<br>Lynch Cox Gillman & Mahan PSC<br>500 West Jefferson Street, Suite 2100<br>Louisville, KY 40202 |
| Powell, John and Sylvia Dailey | Pro Se | *Powell, et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill. | John Darius Powell<br>Sylvia Marie Dailey<br>418 S. Scott Street<br>New Orleans, LA 70119 |
| Sorah, Kimberly | Horace D. Cotton | *Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill. | Horace D. Cotton<br>2000 Town Center, Suite 1900<br>Southfield, MI 48075 |
| Surin, Wetzer | Paul L. Brozdowski | *Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill. | Paul L. Brozdowski<br>Law Offices of Paul L. Brozdowski, LLC<br>10 Middle Street, 7th Floor<br>Bridgeport, CT 06604 |
| Taylor, Betty | Robert P. Cocco | *Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill. | Robert P. Cocco<br>Law Offices Of Robert P. Cocco PC<br>437 Chesnut Street, Suite 1006<br>Philadelphia, PA 19106 |
| Threlkel, Jr., Thomas and Kelli Fisher | James K. Murphy | *Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill. | James K. Murphy<br>Lynch Cox Gillman & Mahan PSC<br>500 West Jefferson Street, Suite 2100<br>Louisville, KY 40202 |
| Vermurlen, Patrick and Sherrie | Craig L. Monette | *Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill. | Craig L. Monette<br>Law Offices of Craig L. Monnette, PLC<br>316 Morris Ave., Ste. 310<br>Muskegon, MI 49440-1140 |
| Villagran, Maynor | Pro Se | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. | Maynor Villagran<br>4761 NW 2nd Terrace,<br>Miami, Florida 33126 |
| Walker, Tyrone and Betty | Pro Se | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. | Tyrone Walker<br>Betty Walker<br>13661 S. Normal<br>Riverdale, IL 60827 |

| Whitsett, Carleton and Kimberly | Marshall A. Yee | *Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | Marshall A. Yee<br>Kempf & Yee<br>913 W. Holmes Road, Suite 130<br>Lansing, MI 48910 |

By:     /s/ Christine T. Emerson

BN 11530802v1