**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |

*Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.
*Burton v. Ameriquest, et al., 1:07-06714, N.D. Ill.*
*Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.
*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill
*Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill.
*Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill.
*Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.
*Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill.
*Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.
*Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill.
*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.
*Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584
*Powell et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill.
*Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill.
*Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill.
*Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill.
*Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill.
*Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill.
*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.
*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.
*Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill.

**AFFIDAVIT OF AMY LAKE IN SUPPORT OF DEFENDANTS AMERIQUEST
MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY, LLC'S MOTION
FOR SUMMARY JUDGMENT**

I, Amy Lake, declare as follows:

1.      I am a Senior Project Administrator of Rust Consulting, Inc. ("Rust Consulting"). I have held this position for 7 years. Rust Consulting is a claims administrator for class action settlements and has been responsible for and has managed over 3,000 class action settlements.

2.     My job duties include class action claims administration.  As part of my job duties, I have managed and been involved in several hundred class action settlements during my tenure at Rust Consulting.

3.     I make this Affidavit in connection with Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC's Motion for Summary Judgment.  The statements I make in this Affidavit are based on my review of business records which were created and kept in the ordinary course of business at Rust Consulting, at or near the time the relevant facts took place.  I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

4.     On December 4, 2009, Ameriquest settled a class action lawsuit, *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097 ("MDL").

5.     Rust Consulting was hired to manage the claims administration for the MDL class settlement.

6.     The Settlement Agreement defines the class period as December 14, 2001, unless otherwise indicated, to the date of the Settlement Agreement, December 4, 2009. Rust Consulting identified the following borrowers (collectively, the "Plaintiffs") as member to one or more of the Settlement Classes defined in Section VI of the Settlement Agreement:

   a.   Maria Arndt and Forrest Pendergraph, Loan No. 0065642324, 1:06-cv-02479, N.D. Ill.

   b.   Maura C. Burton, Loan Nos. 0082742503 and 0136814704, 1:07-cv-06714

   c.   Joseph G. and Elizabeth Curtis, Loan No. 0098918063, 1:08-cv-04549, N.D. Ill.

   d.   Rosa L. Dailey, Loan No. 0085199073, 1:07-cv-05426, N.D. Ill

   e.   Dionne Dickerson, Loan No. 0039851209, 1:07-cv-03580, N.D. Ill.

   f.   Robert M. and Rhonda Delaney, Loan No. 0113266043, 1:09-cv-00216, N.D. Ill.

   g.   Cheryl E. Evans, Loan No. 0136899861, 1:09-cv-01150, N.D. Ill.

   h.   Lee and Rebecca Goodell, Loan No. 011910147, 1:07-cv-03583, N.D. Ill.

   i.   Jerry and Jacqueline Ivery, Loan No. 0080872088, 1:08-cv-04293, N.D. Ill.

    j.    Danette Lewark, Loan No. 0087391181, 1:09-cv-00218, N.D. Ill.

    k.    Gail D. Myers, Loan No. 0124713124, 1:07-cv-03584, N.D. Ill.

    l.    James and Mildred Null, Loan No. 0034579268, 1:08-cv-01584

    m.    John and Sylvia Powell, Loan No. 0099501082, 1:06-cv-03585, N.D. Ill.

    n.    Kimberly Sorah, Loan No. 76743426, 1:08-cv-04993, N.D. Ill.

    o.    Wetzer Surin, Loan No. 0079068755, 1:06-cv-03584, N.D. Ill.

    p.    Betty Taylor, Loan No. 0126829563, 1:08-cv-04993, N.D. Ill.

    q.    Thomas Threlkel, Jr. and Kelli Fisher, Loan No. 0090005067, 1:07-cv-03578, N.D. Ill.

    r.    Patrick and Sherrie Vermurlen, Loan No. 0072954704, 1:07-cv-06812, N.D. Ill.

    s.    Maynor Villagran, Loan No. 0127929966, 1:06-cv-05699, N.D. Ill.

    t.    Tyrone and Betty Walker, Loan No. 0118684869, 1:06-cv-02807, N.D. Ill.

    u.    Carleton and Kimberly Whitsett, Loan No. 0103080925, 1:08-04291, N.D. Ill.

7.    The notice of settlement was initially provided to class members in the MDL by publication. The notice was published on January 3, 2010 in Parade magazine as a 2/5 page advertisement on page 12. Also, on January 4, 2010, the notice was published in USA Today newspaper as a 1/6 page advertisement on page 2A. Additionally, the notice was posted on a web site: www.AmeriquestMDLSettlement.com.

8.    Rust Consulting also mailed Plaintiffs notice of the settlement on January 8, 2010 along with the Mailed Notice provided to all members of each of the settlement classes. A true and correct copy of the Legal Notice of a Class Action Settlement is attached as **Exhibit 1**. Rust Consulting mailed notices to the address listed in the national change of address database. This step to deliver notice by mail is a standard procedure at Rust Consulting and is consistent with the address trace process required by the Settlement Agreement. The trace process utilized by Rust Consulting uses names and other information to search for matches with mailing addresses.

9.    A number of the Plaintiffs returned a signed claim form to Rust Consulting requesting compensation as part of the court-approved Settlement Agreement. A true and correct copy of a blank claim form is attached as **Exhibit 2**. By submitting the claim and requesting

compensation, these borrowers (collectively referred to as the "Responding Plaintiffs") affirmed that they entered into at least one mortgage loan transaction with the AMC Entities. The Responding Plaintiffs are:

    a. Maura C. Burton - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 3**.

    b. Joseph G. and Elizabeth Curtis - a redacted copy of the Signed Claim Form is attached as **Exhibit 4**.

    c. Robert M. and Rhonda Delaney - a redacted copy of the Online Claim Form and Settlement Check is attached as **Exhibit 5**.

    d. Dionne Dickerson - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 6**.

    e. Lee and Rebecca Goodell - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 7**.

    f. Danette Lewark - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 8**.

    g. Kimberly Sorah - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 9**.

    h. Betty Taylor - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 10**.

    i. Thomas Threlkel, Jr. and Kimberly Fisher - a redacted copy of the Signed Claim Form and Settlement Check is attached as **Exhibit 11**.

    j. Patrick and Sherrie Vermurlen - a redacted copy of the Signed Claim Form is attached as **Exhibit 12**.

    k. Tyrone and Betty Walker - a redacted copy of the Signed Claim Form is attached as **Exhibit 13**.

10.    Rust Consulting caused settlement checks to be mailed to the Responding Plaintiffs in the amount owed under the terms of the Settlement Agreement.

11.     The following chart summarizes the information provided in paragraph numbers 8, 9, and 10:

| Plaintiff | Loan No(s). | Case | Mailed Class Notice | Failed to Opt Out of Class |
|---|---|---|---|---|
| Arndt, Maria and Forrest Pendergraph | 0065642324 | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | YES | YES |
| Burton, Maura | 0082742503 0136814704 | *Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill. | YES | YES |
| Curtis, Joseph and Elizabeth | 0098918063 | *Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. | YES | YES |
| Dailey, Rosa | 0085199073 | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | YES | YES |
| Delaney, Robert and Rhonda | 0113266043 0114235369 | *Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill. | YES | YES |
| Dickerson, Dionne | 0039851209 | *Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill. | YES | YES |
| Evans, Cheryl | 0136899861 | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | YES | YES |
| Goodell, Lee and Rebecca | 0111910147 | *Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill. | YES | YES |
| Ivery, Jerry and Jacqueline | 0080872088 | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | YES | YES |
| Lewark, Danette | 0087391181 | *Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill. | YES | YES |
| Myers, Gail D. | 0124713124 | *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. | YES | YES |
| Null, James and Mildred | 0034579268 | *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 | YES | YES |
| Powell, John and Sylvia Dailey | 0099501082 | *Powell, et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill. | YES | YES |
| Sorah, Kimberly | 0076743426 | *Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill. | YES | YES |
| Surin, Wetzer | 0079068755 | *Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill. | YES | YES |
| Taylor, Betty | 0126829563 | *Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill. | YES | YES |
| Threlkel, Jr., Thomas and Kelli Fisher | 0090005067 | *Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill. | YES | YES |
| Vermurlen, Patrick and Sherrie | 0072954704 | *Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill. | YES | YES |
| Villagran, Maynor | 0127929966 | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. | YES | YES |
| Walker, Tyrone and Betty | 0118684869 | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. | YES | YES |
| Whitsett, Carleton and Kimberly | 0103080925 | *Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | YES | YES |

12.     According to records maintained by Rust Consulting, Plaintiffs did not opt out of the settlement class by the time prescribed by the Settlement Agreement.  The Settlement Agreement requires that any class member who wishes to opt out must do so within 45 days from the date of the initial Mailed Notice.  The initial mailing date of the Mailed Notice was January 8, 2010.  None of the Plaintiffs submitted an opt-out notice to Rust Consulting.

13.     Pursuant to the Settlement Agreement, settlement claims were required to be submitted 60 days from the date of the Mailed Notice.

5

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of May 2012 at Faribault, Minnesota.

_____

Amy Lake

11421152v3