Exhibit 3

A000049739

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

00909174

POC AMDL    051635

Maura Burton
22 Pepperdine Cir
Catonsville, MD  21228-5382

Please Print: MAURA BURTON
_____
Borrower No. 1 (Name)

_____ __ 7 4 0 1
Social Security No.

_____
Borrower No. 2 (Name)

___ ___ ___ - ___ ___ - ___ ___ ___ ___
Social Security No.

Borrower No. 1 Mailing Address:
22 PEPPERDINE CIRCLE
_____
Street
CATONSVILLE   MD  21228
_____
City                          State      Zip Code

Borrower No. 2 Mailing Address:

_____
Street

_____
City                          State      Zip Code

Address of the Property on which your Loan was written (if different):
19 HILLTOP PLACE
_____
Street
CATONSVILLE   MD  21228
_____
City                          State      Zip Code

Loan Number: 0082742503 - 7326
0112451687 - 7423

Date of Loan(s): 0 6 , 1 6 , 0 4
0 3 , 0 1 , 0 5

## II.  **REQUIRED SIGNATURE TO COMPLETE VALID CLAIM**

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

0 1 , 1 6 , 1 0
_____
Date

*Maura C Burton*
_____
Signature of Borrower No. 1

MAURA C BURTON
_____
Print Name of Borrower No. 1

___ ___ / ___ ___ / ___ ___
_____
Date

_____
Signature of Borrower No. 2

_____
Print Name of Borrower No. 2

**PLEASE <u>DO NOT</u> CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION**
**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**

* A M D L *                    * 1 - 1 *

Print Images

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | |
|---|---|---|
| Account No.: | Check No.: 49699 | Sequence No.: |
| Amount: $48.34 | Routing No.: | Date: 10/20/2010 |

**Front:**

Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

**US BANK**    33-54/730    049699

| DATE | CLAIM NUMBER | AMOUNT |
|---|---|---|
| October 15, 2010 | 0000909174 | $48.34 |

VOID AFTER One Hundred Eighty (180) Days
NOT VALID FOR AMOUNT OTHER THAN $48.34
Payee's signature required on back in order for this instrument to be void.

Financial Institutions: if you require verification of this check, please call 1-888-538-6792

Pay:    **Forty Eight Dollars and Thirty Four Cents **

Pay to the order of:    MAURA BURTON

Paul V____

**Back:**

X _____

POSITIVE I.D. REQUIRED

A000049690

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

02085265

POC AMDL    051634

Maura Burton
22 Pepperdine Cir
Catonsville, MD  21228-5382

Please Print:

MAURA C BURTON
_____
Borrower No. 1 (Name)

Social Security No. ____ ___ - 7 4 0 1

_____
Borrower No. 2 (Name)

Social Security No. ____ - ___ - _____

Borrower No. 1 Mailing Address:

22 PEPPERDINE CIRCLE
_____
Street

CATONSVILLE   MD  21228
_____
City                    State    Zip Code

Borrower No. 2 Mailing Address:

_____
Street

_____
City                         State     Zip Code

Address of the Property on which your Loan was written (if different):

19 HILLTOP PLACE
_____
Street

CATONSVILLE   MD  21228
_____
City                    State    Zip Code

Loan Number: 0113639504-7374
0136814704-5644

Date of Loan(s): 03 10 05
10 26 05

## II.  REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

01 16 10
_____
Date

Maura C Burton
_____
Signature of Borrower No. 1

MAURA C BURTON
_____
Print Name of Borrower No. 1

____ / ____ / ____
_____
Date

_____
Signature of Borrower No. 2

_____
Print Name of Borrower No. 2

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION**
**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**

* A M D L *                    * 1 - 1 *

Print Images                                                                Page 1 of 1

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

**Item #1**
Account No.:
Amount: $48.34      Check No.: 51281      Sequence No.:
                 Routing No.:      Date: 10/20/2010
Front:

