Exhibit 4

Feb 05 10 06:04p    Joseph Curtis    508-420-0738    p.1

B000001017

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

01277661

Joseph Curtis
Elizabeth Curtis
148 Hollow Rd
Cotuit, MA 02635

*Check #2663*
*$48.34*
*outstanding*

Please Print:

__Joseph G. Curtis__
Borrower No. 1 (Name)

__Elizabeth A Curtis__
Borrower No. 2 (Name)

__-5666__
Social Security No.

__-7398__
Social Security No.

Borrower No. 1 Mailing Address:

__P.O. Box 152__
Street

__Cotuit__, __MA__ __02635__
City / State / Zip Code

Borrower No. 2 Mailing Address:

__P.O. Box 152__
Street

__Cotuit__, __MA__ __02635__
City / State / Zip Code

Address of the Property on which your Loan was written (if different):

__148 Hollow Rd__
Street

__Cotuit__, __MA__ __02635__
City / State / Zip Code

Loan Number: __0098918063-57__

Date of Loan(s): __11/05/04__

### II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

__02/04/10__    *Joseph G. Curtis*    __Joseph G. Curtis__
Date    Signature of Borrower No. 1    Print Name of Borrower No. 1

__02/04/10__    *Elizabeth A. Curtis*    __Elizabeth A. Curtis__
Date    Signature of Borrower No. 2    Print Name of Borrower No. 2

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**


