Exhibit 5

*[Screenshot of ISIS II "PRODUCTION" claims database application showing claimant information for DELANEY, ROBERT (Rust ID 1604054). Fields visible include:]*

**Ameriquest MDL - 2229 : AQMDL 2229**

Search: DELANEY, ROBERT (1604054)

**Claimant Information** — Claimant History | Call History | Distribution History

**Personal Info:**
- Rust ID: 1604054
- Tax ID: (blank)
- Tax ID Type: ○ EIN ● SSN ○ OTHER ○ CORP
- Tax Status:
- D.O.B.:

**Name(s):**
- Description: DELANEY, ROBERT
- Name 1: ROBERT DELANEY
- Name 2: RHONDA DELANEY
- Name 3:
- Name 4:

**Address:**
- Source:
- Addr 1: 14859 EAST LAST ST.
- Addr 2:
- City: MOUNT VERNON
- Zip 5: 62864   Zip 4:
- Country:   State: IL

**Contact Info** — Data Intake Info | Audit Info
- Phone Day:
- Phone Eve:
- Phone Fax:
- Email:

**Message Codes:** Add Code
- CLS5
- COA
- DX2
- PX2
- SENT
- TRC
- UND

Additional Info:
- Final Class 1 Points:
- Final Class 2 Points:
- Final Class 3 Points:
- Final Class 4 Points:
- Final Class 5 Points: 1475

**Claims** | Exclusions
- Claim No: 512889
- Claim Modified: 10/8/2010 1:02 PM   bbartell
- Claim Created: 2/5/2010 12:04 PM   ISIS2WebUser
- Batch No:
- Post Marked:
- Received:
- Original Claim: 0   Open

Additional Info:
- Borrower 1 Name: ROBERT DELANEY
- Borrower 1 Address 1: 16504 NORTH DELANEY LANE
- Borrower 1 Address 2:
- Borrower 1 City: MOUNT VERNON
- Borrower 1 State:

**Message Codes:** Add Code
- NRVW
- WEB

ISIS II - *PRODUCTION* [ services.rustconsulting.com; 1.0.0.639 ]

Ameriquest MDL - 2229 ; AQMDL_2229 [F9] - ×

Show

Save | ... | Add a Note | Add Exclusion | Update Payee Address

Search DELANEY, ROBERT (1582048) ×

Edit | Claimant History | Call History | Distribution History |

**Claimant Information**

Personal Info

| Field | Value |
|---|---|
| Rust ID | 1582048 |
| Tax ID | |
| Tax ID Type | ○ EIN  ● SSN |
| Tax Status | ● OTHER  ○ CORP |
| D.O.B. | |

Name(s)

| Field | Value |
|---|---|
| Source | OPRA Original Source |
| Description | DELANEY, ROBERT |
| Name 1 | ROBERT DELANEY |
| Name 2 | RHONDA DELANEY |
| Name 3 | |
| Name 4 | |

Address

| Field | Value |
|---|---|
| Source | MDA-NOSA |
| Addr 1 | 10504 N DELANEY RD |
| Addr 2 | |
| City | MOUNT VERNON |
| Zip 5 | 62864   Zip 4 6947   Country |
| State | IL |

Contact Info | Data Intake Info | Audit Info

| Field | Value |
|---|---|
| Phone Day | ( ) - |
| Phone Fax | ( ) - |
| Phone Eve | ( ) - |
| Email | |

Claimant Details Information | Claimant Notes | Call Information

**Message Codes** — Add Code ▼
- CLS2
- CLS5
- COA
- DX1
- PX1

Additional Info
- Final Class 1 Points
- Final Class 2 Points: 3410
- Final Class 3 Points
- Final Class 4 Points
- Final Class 5 Points: 1475

**Claims** | Exclusions

| Field | Value |
|---|---|
| Claim No | 512887 |
| Claim Modified | 10/8/2010 1:02 PM  bbartell |
| Claim Created | 2/5/2010 11:55 AM  ISIS2WebUser |
| Batch No | |
| Post Marked | / / |
| Received | / / |
| Original Claim | 0   Open |

Additional Info

| Field | Value |
|---|---|
| Borrower 1 Name | ROBERT DELANEY |
| Borrower 1 Address 1 | 10504 NORTH DELANEY LANE |
| Borrower 1 Address 2 | |
| Borrower 1 City | MOUNT VERNON |
| Borrower 1 State | |

**Message Codes** — Add Code ▼
- NRVW
- WEB

ISIS II - *PRODUCTION* [ services.rustconsulting.com; 1.0.0.639 ]

Ameriquest MDL - 2229 : AQMDL_2229 ... × |

Save | ... | Add a Note | Add Exclusion | Update Payee Address

Search DELANEY, ROBERT (1604054) × |

## Claimant Information

Edit | Claimant History | Call History | Distribution History

### Personal Info

- Rust ID: 1604054
- Tax ID: [ . - . ]
- Tax ID Type: ○ EIN  ● SSN
- Tax Status: ● OTHER ○ CORP
- D.O.B.: 

### Name(s)
Source: OFAC Claimant Source
Description: DELANEY, ROBERT
- Name 1: ROBERT DELANEY
- Name 2: RHONDA DELANEY
- Name 3: 
- Name 4: 

### Address
Source: OFAC 
- Addr 1: 14059 EAST LAST ST.
- Addr 2: 
- City: MOUNT VERNON
- Zip 5: 62864  Zip 4: ____  Country: ___  State: IL

### Contact Info | Data Intake Info | Audit Info
- Phone Day: ( )
- Phone Fax: ( )
- Phone Eve: ( )
- Email: 

### Message Codes
- CLS5
- COA
- DX2
- PX2
- SENT
- TRC
- UND

Additional Info
- Final Class 1 Points:
- Final Class 2 Points:
- Final Class 3 Points:
- Final Class 4 Points:
- Final Class 5 Points: 1475

### Claims | Exclusions

- Claim No: 512889
- Claim Modified: 10/28/2010 1:52 PM
- Claim Created: 2/5/2010 12:04 PM  bbartell  ISIS2WebUser
- Batch No:
- Post Marked: / /
- Received: / /
- Original Claim: 0   Open

Additional Info
- Borrower 1 Name: ROBERT DELANEY
- Borrower 1 Address 1: 16504 NORTH DELANEY LANE
- Borrower 1 Address 2:
- Borrower 1 City: MOUNT VERNON
- Borrower 1 State:

Message Codes
- NRVW
- WEB

Print Images

Page 1 of 1

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.



https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1

1/24/2012

Print Images  Page 1 of 1



## U.S. Bank Confidential Communication

Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.



Item #1
Account No.:
Amount: $22.44
Check No.: 31569
Routing No.:
Sequence No.:
Date: 10/26/2010

Front:
Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

US BANK    031569

DATE: October 15, 2010
CLAIM NUMBER: 0001604054
AMOUNT: $22.44

VOID AFTER One Hundred Eighty (180) Days
NOT VALID FOR AMOUNT OTHER THAN $22.44
Payee's signature required on back in order for this instrument to be valid.

Financial Institutions: if you require verification of this check, please call 1-888-538-5792

Pay **Twenty Two Dollars and Forty Four Cents**
Pay to the order of: ROBERT DELANEY
RHONDA DELANEY

Back:

https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1    1/24/2012