Exhibit 6

02/26/2010 15:10 8102328572 ASPC PAGE 02/02

A000496901

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

02552392

Dionne Dickerson
2806 Wilton Pl
Flint, MI 48506-1385

Please Print:

Dionne Dickerson
*Borrower No. 1 (Name)*

Social Security No. 6340

*Borrower No. 2 (Name)*

Social Security No.

Borrower No. 1 Mailing Address:
2806 Wilton Pl
*Street*
Flint MI 48506
*City   State   Zip Code*

Borrower No. 2 Mailing Address:
*Street*

*City   State   Zip Code*

Address of the Property on which your Loan was written (if different):
n/a
*Street*
Loan Number: n/a
n/a
*City   State   Zip Code*
Date of Loan(s): ___/___/___

### II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

**You must complete the below in order to submit a valid claim.**

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

02/19/2010
*Date*
*Signature of Borrower No. 1*   Dionne Dickerson
*Print Name of Borrower No. 1*

___/___/___
*Date*
*Signature of Borrower No. 2*   *Print Name of Borrower No. 2*

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**

Print Images                                                                 Page 1 of 1

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.



https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1                1/24/2012