Exhibit 7

Thursday, February 04, 2010 2:22 PM  Rebecca Goodell 713-329-1237  p.01

**CLAIMANT INFORMATION**  A000670800

This section must be completed for a claim to be considered valid.

01551976

Lee Goodell
Becky Goodell
25306 Pipestem Dr
Magnolia, TX 77355-6940

Please Print:

Lee Goodell
*Borrower No. 1 (Name)*

Becky Goodell
*Borrower No. 2 (Name)*

_ _ _ — 4 4 — 7
Social Security No.           9 6 1 6

Borrower No. 1 Mailing Address:
Street _____
City _____ State ___ Zip Code ___

Borrower No. 2 Mailing Address:
Street: 4802 Russet Trail Ct.
City: Katy    State: TX    Zip Code: 77449

Address of the Property on which your Loan was written (if different):

Street: 25306 Pipestem Drive
City: Magnolia   State: TX   Zip Code: 77355

Loan Number: 0111910147-7380
Date of Loan(s): 03 / 24 / 2005

**II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM**

You must complete the below in order to submit a valid claim.

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

Date: 1/26/10   Signature of Borrower No. 1    Print Name of Borrower No. 1: Lee Goodell
Date: 1/26/10   Signature of Borrower No. 2    Print Name of Borrower No. 2: Becky Goodell

PLEASE **DO NOT** CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE

Print Images

Page 1 of 1

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

Item #1
Account No.:
Amount: $143.18
Front:

Check No.: 29199
Routing No.:

Sequence No.:
Date: 10/22/2010



Back:

https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1

3/16/2012