Exhibit 8

01/21/2010 01:00 FAX        ☑0002/0002

01/20/2010 20:50 FAX        ☑0002/0002

A000357170

## CLAIMANT INFORMATION

This section must be completed for a claim to be considered valid.

01020625

Danelle Lewark
1333 Agnew Ave
Aliquippa, PA  15001-4003

Please Print:
**DANETTE M. LEWARK**
Borrower No. 1 (Name)             Social Security No     **9063**

Borrower No. 2 (Name)           Social Security No.

.Borrower No. 1 Mailing Address:        Borrower No. 2 Mailing Address:

**1333 AGNEW AVE**
Street                   Street

**ALIQUIPPA   PA   15001-4003**
City        State   Zip Code        City               State   Zip Code

Address of the Property on which your Loan was written (if different):

Street                Loan Number:

City       State   Zip Code        Date of Loan(s): ____/____/____

## II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

**01,20,2010**     *Danette M. Lewark*     **DANETTE M. LEWARK**
Date               Signature of Borrower No. 1        Print Name of Borrower No. 1.

___/___/___
Date               Signature of Borrower No. 2        Print Name of Borrower No. 2

PLEASE **DO NOT** CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE



#6735 P.002 /002
#6730 P.002 /002

17 FRIENDSHIP RIDGE

JAN.15.2010 14:10 7247703152
JAN.20.2010 12:04 7247703192

Print Images

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

