Exhibit 9

A000488105

**CLAIMANT INFORMATION**

This section must be completed for a claim to be considered valid.

00761550

Kimberly Sorah
157 W Garfield Ave
Hazel Park, MI 48030-1181

Please Print:

Borrower No. 1 (Name): Kimberly Sorah

Social Security No.: 0 5 9 9

Borrower No. 2 (Name): _____

Social Security No.: _____

Borrower No. 1 Mailing Address:
Street: 157 W. Garfield
City: Hazel Park   State: MI   Zip Code: 48030

Borrower No. 2 Mailing Address:
Street: _____
City: _____   State: ___   Zip Code: _____

Address of the Property on which your Loan was written (if different):
Street: 157 W Garfield
City: Hazel Park   State: MI   Zip Code: 48030

Loan Number: 0076743426-5536
Date of Loan(s): 04/16/2004

**II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM**

You must complete the below in order to submit a valid claim.

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

Date: 2/27/10   Signature of Borrower No. 1: Kim Sorah   Print Name of Borrower No. 1: Kim Sorah

Date: __/__/__   Signature of Borrower No. 2: _____   Print Name of Borrower No. 2: _____

PLEASE **DO NOT** CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE

PAGE 01   PARK LIQUOR AND DELI   12485477791   03/09/2010 15:04

Print Images  Page 1 of 1

### U.S. Bank Confidential Communication

Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.



https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1    1/24/2012