Exhibit 11

## CLAIMANT INFORMATION

POC AMDL    065912

This section must be completed for a claim to be considered valid.

01080285

Kelli Fisher
Thomas Threlkel
803 Level St
Charlestown, IN 47111-1510

Please Print:

**Kelli Fisher**
*Borrower No. 1 (Name)*

__ __ __ 1233 - __ __ - __ __ __ __
*Social Security No.*

**Thomas Threlkel**
*Borrower No. 2 (Name)*

3919
*Social Security No.*

**Borrower No. 1 Mailing Address:**

803 Level St
*Street*

Charlestown IN 47111
*City         State    Zip Code*

**Borrower No. 2 Mailing Address:**

Same
*Street*

_____
*City         State    Zip Code*

Address of the Property on which your Loan was written (if different):

_____
*Street*

_____
*City         State    Zip Code*

Loan Number: _____

Date of Loan(s): ___ ___ / ___ ___ / ___ ___

### II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

*You must complete the below in order to submit a valid claim.*

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

1 / 17 / 2010
Date

*Signature of Borrower No. 1* — Kelli Fisher

Kelli Fisher
*Print Name of Borrower No. 1*

1 / 17 / 2010
Date

*Signature of Borrower No. 2*

Thomas Threlkel
*Print Name of Borrower No. 2*

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE**




Print Images  Page 1 of 1

## U.S. Bank Confidential Communication



Requested by: Jill Twing

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | |
|---|---|---|
| Account No.: | Check No.: 160374 | Sequence No.: |
| Amount: $48.34 | Routing No.: | Date: 10/20/2010 |

**Front:**

Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

US BANK  160374

| DATE | CLAIM NUMBER | AMOUNT |
|---|---|---|
| October 15, 2010 | 0001080285 | $48.34 |

Financial Institutions: If you require verification of this check, please call 1-888-538-5792.

VOID AFTER One Hundred Eighty (180) Days
NOT VALID FOR AMOUNT OTHER THAN $48.34
Payee's signature required on back in order for this instrument to be valid.

Pay: "Forty Eight Dollars and Thirty Four Cents "

Pay to the order of: KELLI FISHER
THOMAS THRELKEL

BORDER CONTAINS MICROPRINTING

**Back:**

NEW WASHINGTON STATE BANK
CHARLESTOWN

100 10-20-10

$48.34

POSITIVE I.D. REQUIRED

https://image.us.bank-dns.com/image/JSP/ReportX1.jsp?ImageNo=1  1/25/2012