Exhibit 13

Jan. 19. 2010 11:56AM    ABN AMRO PLAZA                                    No. 2360   P. 3

## CLAIMANT INFORMATION

POC AMDL 048443

This section must be completed for a claim to be considered valid.

1692655

<<NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY STATE ZIP CODE>>

check #30589 voided $48.34

Please Print:

Borrower No. 1 (Name): Tyrone Walker
Social Security No.: 8864

Borrower No. 2 (Name): deceased
Social Security No.:

Borrower No. 1 Mailing Address:
Street: 13661 S Normal
City: Riverdale   State: IL   Zip Code: 60827

Borrower No. 2 Mailing Address:
Street:
City:   State:   Zip Code:

Address of the Property on which your Loan was written (if different):
Street: 6936 S Vernon
City: Chicago   State: IL   Zip Code: 60637

Loan Number: 0118684869
Date of Loan(s): 05/28/03

### II. REQUIRED SIGNATURE TO COMPLETE VALID CLAIM

You must complete the below in order to submit a valid claim.

I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the Notice and believe I was affected by one or more improper lending practices.

Date: 01/19/2010
Signature of Borrower No. 1: Synore Walker
Print Name of Borrower No. 1: Tyrone Walker

Date: __/__/__
Signature of Borrower No. 2:
Print Name of Borrower No. 2:

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR AS LISTED IN THE NOTICE