FILED um

MAY X 4 2012

MAY 4 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE; AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**MDL. NO. 1715**

**Lead Case No. 05-cv-07097**

THIS DOCUMENT RELATES TO:
Peterson v. Argent Mortgage Company, LLC et al,
1:08-cv-07281, N>D> Ill

**(Centralized before the
Honourable Marvin E.
Aspen)**

## SECOND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Plaintiff maintains that Plaintiff was without knowledge of a pending Settlement Agreement and forthcoming settlement check. Our counsel was without knowledge of the same and thereby did not inform Plaintiff.

2. Plaintiff maintains that Plaintiff's counsel of record did not forward nor inform Plaintiff of the "Opt-Out" documents, which would have afforded Plaintiff the opportunity to make an informed decision, thereby denying Plaintiff the due process of law, as a matter of law.

3. Plaintiff was never afforded the opportunity to receive the court settlement Agreements (Order of Preliminary Approval of Class Action Settlement, (12/8/2009) and the Settlement Agreement (4/8/2010) from Plaintiff's counsel nor Defendant's Counsel.

4. Plaintiff's first occasion to receive any court documents regarding this matter was November 22. 2011 (Joint Stipulation to Dismiss), from Defendant's Counsel. (Exhibit 1)

5. Counsel Rosenbach requested to withdraw on 8/8/2011 from Plaintiff's representation, yet failed to forward Plaintiff an executed and court filed document, approving counsel's withdrawal.

6. On October 11, 2011 Defendant's counsel sent a letter to Plaintiff's counsel regarding "Prior acceptance of the settlement check along with a "Joint Stipulation of Dismissal ". It is apparent that Defendant's had not been notified that Counsel Rosenbach had withdrawn from this case.

7 On April 12, 2012, Plaintiff phoned the court to verify if Counsel Rosenbach had filed and sought court approval to withdraw. The "Stipulation to Withdraw", that had been signed by Plaintiff on August 13, 2011. The Court informed Plaintiff that Counsel Rosenbach had not filed the "Stipulation to Withdraw".

8 Plaintiff maintains that no Court approved settlement agreements were received by Plaintiff's Counsel nor by Plaintiff, with respect to the settlement check, ( Exhibit 2)

9 Plaintiff maintains that the same "Joint Stipulation to Dismiss" that was sent to Plaintiff on November 22, 2011,( thirteen months after the date of the check) , was never signed and accepted by Plaintiff.

10 Plaintiff maintains that in the absence of a signed court order approving Counsel Rosenbach's withdrawal from this case, supports Plaintiff's stance of Counsel Rosenbach's failure to communicate to the Court and to Plaintiff.

11  Plaintiff maintains that two loan modification applications have

been submitted to Defendant's Counsel,  sans receipt of a response from

Defendant.

12  After a thorough review of the case filings, it is apparent that subsequent to

the initial filing of the "Complaint for Rescission" on  August 19, 2008,

Counsel Rosenbach failed to communicate and interface effectively regarding

this case.

13  Plaintiff had not been apprised of any of the ongoing court filings, hearings

and decisions, until receipt of Defendant's Request for "Joint Stipulation for

Dismissal "and subsequently the " Motion for Summary Judgment".

It is apparent that none of the ongoing court filings or decisions were

mailed to Plaintiff at the subject property until November 2011.

It is evident that per the filings by Defendant's Counsel, all documents were

addressed to Plaintiff, (absent Plaintiff's address), nor to  Plaintiff's Counsel

.

## CONCLUSION

Plaintiff maintains the position of nonacceptance of having knowingly

waived ALL claims and rights to pursue a legal and equitable remedy, due to

the lack of counsel's communication  thereby impairing  Plaintiff's ability

to make an informed decision and Plaintiff's due  process of law, as a matter

of law.

In support of Plaintiff's initial Recission Complaint, Plaintiff humbly

beseeches the Court to review the "Securitization Audit" for the subject

property, (Exhibit 3) and the validity of the "Chain of Title" of the

documents and the signers who executed said documents in the mortgage

assignment process of AMC Loan # 0084967512.

Furthermore, Plaintiff requests the original mortgage note to be produced

for the Court's review. In support of Plaintiff's requests, two recent USDC

rulings involving Deutsche Bank are Deutsche Bank National Trust Company

as Trustee etc v Williams, Civ No 11-00632 JMS/RLP, (USDC Hawaii) which

dismissed Deutsche Bank's complaint due to a flawed mortgage assignment

process.

Furthermore in view of affirmation or declination of the allegations of

Plaintiff's Recission Complaint and with respect to Defendant's MSJ, Plaintiff

beseeches the court to review the subject loan transaction and compel

Defendants to a court-ordered securitization discovery for the same, in the light

of another recent ruling from the Florida USDC 4th District, Osorto v.

Deutsche Bank No 4D10-3631, involving court-ordered securitization

discovery.

Respectfully Submitted,

May 2, 2012

Cedric Peterson, In Pro Per
Attorney for Plaintiff
Cedric Peterson
9345 Rocky Lane/POB 1165
Orangevale CA 95662
(916) 988-9224    OFFICE
(916) 988-9398    FACSIMILE

Exhibit 1



From: (213) 891-0700
Brad Grumbley
Buchalter Nemer
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

Origin ID: EMTA

FedEx Express

J11201108032025

SHIP TO: (916) 987-3547
Cedric and Cherrone Peterson
Cedric and Cherrone Peterson
9345 ROCKY LN

ORANGEVALE, CA 95662

BILL SENDER

Ship Date: 22NOV11
ActWgt: 0.5 LB
CAD: 3227225/NET3210

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

L7526.0723

TRK# 7977 6811 7245
0201

WD AUNA

WED - 23 NOV A2
STANDARD OVERNIGHT

RES
95662
CA-US
SMF

659 6 A

7245
11.23

Rule-T
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.

50FG/6KCQ/6FF4

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Peterson, et al. v. Argent Mortgage Company, et al.*, Case No. 1:08-07281 | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cedric and Cherrone Peterson (collectively "Plaintiffs") and Defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Peterson, et al. v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 (N.D. Ill) (transferred into the MDL from the United States District Court, Central District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

*Please Return in the envelope provided. Thanx.*

DATED: _____, 2011

Respectfully submitted,

By: _____
*Cedric and Cherrone Peterson*

Cedric and Cherrone Peterson
9345 Rocky Lane
Orangevale, California 95662
Telephone: (916) 987-3547

DATED: _____, 2011

Respectfully submitted,

By: _____
*Attorneys for Argent Mortgage Company*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____

Exhibit 2

**Subject:** FINAL UPDATE ON AMERIQUEST CASE

**From:** Marshall Rosenbach (marshall@marshallrosenbach.com)

**To:** genesisgrp@yahoo.com;

**Date:** Friday, October 21, 2011 8:02 AM

Cherrone - I guess you've chosen not to send me anymore payments. I won't ask you again about it. On the Ameriquest case, I got a letter from the other side. They say that in October 2010, you received a check for $189.99 which you deposited. That was the payout under the class action with Ameriquest. That does not stop you from pursuing your loan modification which is basically your final remedy (the only exception is that if there is some inequity/fraud associated with the ultimate foreclosure of your home (if it goes that far), you can pursue that claim). Otherwise, the claims against Ameriquest are now at an end and my representation will end at this point. On your behalf, I did argue with the attorney for Ameriquest and say it wasn't fair that you were paid the $189.99 without my knowledge and that you should be entitled to the $1,600 they offered more recently. The lawyer got back to me and said that $189.99 payment was how everyone was paid under the class action settlement so there's really nothing wrong with it. I tend to agree. In any case, I told the lawyer I'd talk to you guys and see what you wanted to do. Do you want me to go back to him and say you demand the difference between the $1600 and the $189.99? You might as well try, but there are no guarantees of course.

If I don't hear back from you, I'll assume you're not interested and I'll be closing my file on this. I wish you luck on the modification.

**Law Offices of Marshall E. Rosenbach**

**WE HAVE MOVED!** Please update your files to reflect our new address located in North Palm Beach, Florida.

**Florida Office**
11430 US Highway 1
North Palm Beach, Florida 33408
Phone: (561) 627-8990  Fax: (561) 694-1359

**Beverly Hills Office**
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Phone: (310) 860-4764  Fax: (310) 860-4763

"Please visit our new website at www.marshallrosenbach.com"

The information contained in this electronic mail transmission and any attachments are attorney/client privilege and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (561) 627-8990 or immediately reply to the sender, via electronic mail. Thank you.

--- On **Fri, 6/10/11, C.Peterson** <*genesisgrp@yahoo.com*> wrote:

From: C.Peterson <genesisgrp@yahoo.com>

| Subject: | My withdrawal from Cedric's case. |
| --- | --- |
| From: | Marshall Rosenbach (marshall@marshallrosenbach.com) |
| To: | genesisgrp@yahoo.com; |
| Date: | Monday, August 8, 2011 6:35 AM |

Hi Cherrone.  Regrettably, I am going to have to withdraw from Cedric's case.  Will Cedric sign a stipulation for my withdrawal as his attorney?  If not, I will have to file a motion to withdraw.  Please let me know by the end of the day.  Thanks.

*Law Offices of Marshall E. Rosenbach*

*Florida Office*
*3950 RCA Boulevard, Suite 5008*
*Palm Beach Gardens, Florida 33410*
*Phone: (561) 627-8990   Fax: (561) 694-1359*

*Beverly Hills Office*
*468 N. Camden Drive, Suite 200*
*Beverly Hills, California 90210*
*Phone: (310) 860-4764   Fax: (310) 860-4763*

*The information contained in this electronic mail transmission and any attachments are attorney/client privilege and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (310) 860-4764 or immediately reply to the sender, via electronic mail. Thank you.*