**Subject:** Can you please tell me what happened with the Rocky Lane house?

**From:** Marshall Rosenbach (rosenbachlaw@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Saturday, March 6, 2010 8:40 AM

Law Offices of Marshall E. Rosenbach

<u>Florida Office</u>
3950 RCA Boulevard, Suite 5000
Palm Beach Gardens, Florida 33410
Phone: 561.627.8990
Fax: 561.694.1359

<u>California Office</u>
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Phone: 310.860.4764
Fax: 310.860.4763

The information contained in this electronic mail transmission and any attachments are attorney/client privilege and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (310) 860-4764 or immediately reply to the sender, via electronic mail. Thank you.

Exhibit 3

# Securitization Audit for

# Cedric V. Peterson

9345 Rocky Lane
Orangevale CA 95662

## Disclosure

You have engaged our audit service to examine your real estate documents. The information contained in this report shall not be construed as legal advice or the practice of law, pursuant to the auditors' and independent contractors' practice of not engaging in activities that could be considered the practice of law through conduct exhibiting any of the following: ". . . the doing and/or performing of services in a court of justice in any manner depending therein throughout the various stages and in conformity with any applicable adopted rules or procedures of law. This includes legal advice and the preparation of instruments and contracts by which legal rights are secured, although such actions may or may not be admissible, depending on the court." The trust noted in this report was located using factors such as origination data, type of loan, loan amount, loan term, and interest rate. This yields a high degree of reliability; however, this loan may have been entered into an unlisted private securitization trust. The trust noted herein may not reflect the exact match, and due to this would leave a certain degree of error which may be rectified only in an actual review through a private banking system.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## Table of Contents

| Section Title | Page |
|---|---|
| The Debt and the Security Instruments | 3 |
| The Parties to the Debt and the Security Instruments | 4 |
| The Parties to the Securitization Trust | 5 |
| How the Loan Came Into the Securitization Trust | 6 |
| How the Loan Fits in the Trust's Pool | 7 |
| The Certificates Issued by the Trust | 8 |
| The Links to the Trust Documents | 9 |
| Other Information on the Trust | 10 |
| A Diagram on the Typical Process of Securitization | 11 |
| The Diagram Explained | 12 |
| The Chain of Title and the Foreclose Process | 13 |
| Notes on the Chain of Title and the Foreclose Process | 16 |
| A Diagram on this Securitization | 17 |
| The Examiner's Closing Statement | 18 |
| Attachments | 19 |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Debt & the Security Instruments

| | | |
|---|---|---|
| General | Principal Amount | $727,500.00 |
| | Date Granted | August 11, 2005 |
| | Maturity Date | September 1, 2035 |
| | Term | 30 Years |
| The Debt Instrument | Type of Note | Adjustable Rate Note |
| | Initial Interest Rate | 8.500% p.a. |
| | First Interest Rate Change Date | September 1, 2007 |
| | Loan Number | 0084987512-9502 |
| The Security Instrument | Type of Document | Deed of Trust |
| | Date Executed | August 11, 2005 |
| | Lien Priority | First Lien |
| | MERS ID Number | None |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Parties to the Debt & the Security Instruments

| | | |
|---|---|---|
| Borrower | Name | Cedric Peterson |
| | Mailing Address | 9345 Rocky Lane<br>Orangevale CA 95662 |
| | Property Address | 9345 Rocky Lane<br>Orangevale CA 95662 |
| Co-Borrower | Name | None |
| Lender | Name | Argent Mortgage Co., LLC |
| | Mailing Address | One City Boulevard West<br>Orange CA 92868 |
| Beneficiary | Name | Argent Mortgage Co., LLC |
| Trustee | Name | Town & Country Title Services, Inc. |
| | Mailing Address | 1111 Town & Country<br>Orange CA 92868 |
| Mortgage Servicer | Name | Citi Residential Lending, Inc. |
| | Mailing Address | PO Box 1500<br>Rancho Cucamonga CA 91729 |
| Title Company | Name | Unknown |

Page 4 of 19

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Parties to the Securitization Trust

| | |
|---|---|
| Issuing Entity | Argent Securities, Inc., Series 2005-W3 Trust |
| Title of the Offered Securities | Argent Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-W3 |
| Depositor | Argent Securities, Inc. |
| Seller | Ameriquest Mortgage Co. |
| Originator | Argent Mortgage Co., LLC |
| Master Servicer | Ameriquest Mortgage Co. |
| Trustee | Deutsche Bank National Trust Co. |
| Custodian | Deutsche Bank National Trust Co., as Trustee |
| Insurers | No specific insurer is mentioned. The applicable provisions on insurance are found in the sections titled Description of the Credit Support, page 57 and Description of the Primary Insurance Policies, page 67 of the Prospectus and Article III, Administration and Servicing of the Mortgage Loans of the Pooling and Servicing Agreement. |
| Affiliations | Argent Securities, Inc., Ameriquest Mortgage Co., and Argent Mortgage Co., LLC are affiliates. They are not affiliated with Deutsche Bank National Trust Co. |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### How the Loan Came Into the Securitization Trust

| | |
|---|---|
| 1 | The loan that is the subject of this securitization audit was granted on August 11, 2005. The promissory note was not among the documents that were presented for this audit, but only the Adjustable Rate Rider which was prepared and signed on this date. It names Argent Mortgage Co., LLC as the lender. |
| 2 | The Deed of Trust was executed on August 11, 2005. The lender is the beneficiary and the trustee is Town and Country Title Services, Inc. It has a term of 30 years to mature on September 1, 2035. The mortgaged property is located at 9345 Rocky Lane, Orangevale, California 95662. |
| 3 | A Notice of Default and Election to Sell Under Deed of Trust dated December 21, 2007 discloses that the subject loan is serviced by Citi Residential Lending, Inc. |
| 4 | On October 26, 2006 an Assignment of Mortgage was executed by AMC Mortgage Services, Inc. as authorized agent for Argent Mortgage Co., LLC. This document names the assignee as Deutsche Bank National Trust Co. as Trustee of Argent Mortgage Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-W3. This indicates that the subject loan was securitized into this trust. |
| 5 | Argent Securities, Inc., Series 2005-W3 Trust was established under a Pooling and Servicing Agreement dated October 1, 2005. The parties were Argent Securities, Inc. as depositor, Ameriquest Mortgage Co. as master servicer, and Deutsche Bank National Trust Co. as trustee. |
| 6 | The Prospectus Supplement of Argent Securities, Inc., Series 2005-W3 Trust names Ameriquest Mortgage Co. as seller and Argent Securities Co., LLC as originator. |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## How the Loan Fits in the Trust's Pool

Hereunder is a comparison of the features of the subject loan with the characteristics of the loans in the mortgage pool of Argent Securities, Inc., Series 2005-W3 Trust.

| Feature | This Loan | The Mortgage Pool, All Loans |
|---|---|---|
| Date Granted/Closing Date | August 11, 2005 | October 28, 2005 |
| Remaining Term on Closing Date | 358 months | 301 to 360 months for 9,736 loans |
| Interest Rate Type | Adjustable | 6,819 of 9,903 loans are Adjustable Rate Loans |
| Interest Rate | 8.500% p.a. initially | 5.000 % p.a. to 12.499 % p.a. |
| Original Amount | $727,500 | 75 loan are $700,000 and over |
| Property Location | California | 1,595 Property Locations in the state of California |
| References | Deed of Trust, Adjustable Rate Ride | Page III-2, Prospectus Supplement |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Certificates Issued by the Trust

| Class | Pass-Through Rate | Original Par | CUSIP No. |
|---|---|---|---|
| A-1 | Variable | 736,186,000 | 040104NX5 |
| A-2A | Variable | 368,900,000 | 040104NY3 |
| A-2B | Variable | 153,275,000 | 040104NZ0 |
| A-2C | Variable | 164,324,000 | 040104PA3 |
| A-2D | Variable | 128,315,000 | 040104PB1 |
| M-1 | Variable | 72,000,000 | 040104PC9 |
| M-2 | Variable | 68,000,000 | 040104PD7 |
| M-3 | Variable | 45,000,000 | 040104PE5 |
| M-4 | Variable | 33,000,000 | 040104PF2 |
| M-5 | Variable | 33,000,000 | 040104PG0 |
| M-6 | Variable | 29,000,000 | 040104PH8 |
| M-7 | Variable | 32,000,000 | 040104PJ4 |
| M-8 | Variable | 23,000,000 | 040104PK1 |
| M-9 | Variable | 21,000,000 | 040104PL9 |
| M-10 | Variable | 14,000,000 | 040104PM7 |
| M-11 | Variable | 15,000,000 | 040104PN5 |
| M-12 | Variable | 10,000,000 | 040104PP0 |
| CE | N/A | 54,001,896 | |
| P | N/A | 100 | |
| R | N/A | N/A | |
| R-X | N/A | N/A | |

Reference: Pooling and Servicing Agreement dated October 1, 2005

The loan that is the subject of this securitization audit is an adjustable rate loan. As such it should be part of the mortgage pool that was used to guarantee the issuance of all types of variable rate certificates bearing the CUSIP numbers mentioned above.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Links to the Trust Documents

| Date of Filing | Particulars |
|---|---|
| October 28, 2005 | Prospectus Supplement and Prospectus under Form 424-B5.<br><br>The main parties are Argent Securities, Inc. as depositor, Ameriquest Mortgage Co. as seller and master servicer, Argent Mortgage Co., LLC as originator, and Deutsche Bank National Trust Co. as trustee.<br><br>http://www.secinfo.com/dr66r.z2Zx.htm |
| March 28, 2006 | Annual Report under Form 10-K.<br><br>This document names Ameriquest Mortgage Co. as servicer and reports the filings of an Annual Statement of Compliance for the servicer as of December 31, 2005.<br><br>http://www.secinfo.com/dv4at.v9e.htm |
| January 13, 2006 | Notice of Suspension of Duty to File Reports under Form 15-15D.<br><br>This document was filed by Deutsche Bank National Trust Co., as trustee . The number of certificateholders as of report date was 17.<br><br>http://www.secinfo.com/dv4at.v25.htm |
| November 14, 2005 | Pooling and Servicing Agreement.<br><br>The parties are Argent Securities, Inc. as depositor, Ameriquest Mortgage Co. as master servicer, and Deutsche Bank National Trust Co. as trustee.<br><br>http://www.secinfo.com/dqTm6.z355.d.htm#1stPage |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

| | Other Information on the Trust |
|---|---|
| Cut-off Date | October 1, 2005 |
| Closing Date | October 28, 2005 |
| Approximate Amount of Total Assets Held | $1,946,000,00 |
| The Link to all Document Filings with the Securities and Exchange Commission | http://www.secinfo.com/$/SEC/Registrant.asp?CIK=1342852 |