

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Diagram Explained

| Arrow | Description |
|---|---|
| ↓ | The mortgage loan moves from the lender to the seller, from the seller to the depositor. |
| ↑ | A loan may be substituted for another. This is returned to the lender. |
| → | The mortgage loan is deposited to the trust. |
| ↑↓ | The trustee performs fiduciary duties for the trust. |
| → | The mortgage loan document goes to the servicer for servicing (collection) purposes. |
| ← | The mortgage loan document is acknowledged by the servicer. |
| ↓ | The certificate is sold to the certificate holder. |
| ↑ | The certificate is bought back from the certificate holder. |
| ← | The lender collects from the borrower and the remits the proceeds to the trust through the servicer. The money is used to buy back the certificates from the certificate holder. |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process

The following table shows the transactions which resulted in the separation of the Promissory Note and the Mortgage Deed.

| Date | Promissory Note | Deed of Trust |
|---|---|---|
| August 11, 2005 | Loan Granting<br>Argent Mortgage Co., LLC<br>Originating Lender and Originator, Argent Securities, Inc., Series 2005-W3 Trust | Execution of the Deed<br>Argent Mortgage Co., LLC<br>Beneficiary<br>Town & Country Title Services, Inc.<br>Trustee |
| October 28, 2005 | Sale, Securitization<br>Ameriquest Mortgage Co., Seller<br>Argent Securities, Inc., Series 2005-W3 Trust | |
| October 28, 2005 | Simultaneous Sale, Securitization<br>Argent Securities, Inc., Depositor<br>Argent Securities, Inc., Series 2005-W3 Trust | |
| October 28, 2005 | Endorsement, Securitization<br>Deutsche Bank National Trust Co.<br>Trustee for Argent Securities, Inc., Series 2005-W3 Trust | |
| October 17, 2006 | | Assignment of Deed of Trust<br>AMC Mortgage Services, Inc. as Authorized Agent for Argent Mortgage Co., LLC, Assignor<br>Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Assignee |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process Continued

| Date | Particulars | Particulars |
|---|---|---|
| October 17, 2006 | | Substitution of Trustee<br>AMC Mortgage Services, Inc. as Attorney-in-Fact for Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Appointing Party<br>Cal-Western Reconveyance Corp. Substitute Trustee |
| December 21, 2007 | | Corrective Assignment of Deed of Trust<br>Citi Residential Lending, Inc. as Attorney-in-Fact for Argent Mortgage Co., LLC, Assignor<br>Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Assignee |
| December 21, 2007 | | Notice of Default and Election to Sell Under Deed of Trust<br>SPI, Inc. as Authorized Agent for Stewart Title Co. of California, as Agent for CR Title Services, Inc. |
| March 4, 2008 | | Substitution of Trustee<br>Citi Residential Lending, Inc. as Attorney-in-Fact for Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Appointing Party<br>CR Title Services, Inc. Substitute Trustee |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process Continued

| Date | Particulars | Particulars |
|---|---|---|
| March 24, 2008 | | Notice of Trustee's Sale<br>CR Title Services, Inc., Trustee<br>(Lender not named on Document) |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### Notes on the Chain of Title and the Foreclosure Process

| # | |
|---|---|
| 1 | The loan was granted on August 11, 2005. The Deed of Trust was executed on the same date. |
| 2 | The Promissory Note should have been endorsed by lender who originated the loan into the trust in favor of the seller. The seller should have endorsed the Promissory Note to the depositor, and the depositor, to the trustee.<br><br>Whether or not these endorsements were property executed on October 28, 2005 can only be determined upon actual examination of the mentioned document. |
| 3 | The Deed of Trust was assigned to the trust trustee almost one year after the Promissory Note was supposedly endorsed to the trust. |
| 4 | CR Title Services, Inc., who as Deed of Trust trustee filed a Notice of Default and Election to Sell Under Deed of Trust on December 21, 2007, was appointed to that capacity only on March 4, 2008. |
| 5 | The documents pertaining to the appointments of AMC Mortgage Services, Inc. and CR Title Services, Inc., who represented the trust trustee as attorneys-in-fact on October 17, 2006 and December 21, 2007, respectively, are also subject for examination. AMC Mortgage Services, Inc., in particular, acted both as Attorney-in-Fact for the lender and for the trust on October 17, 2006. |



Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662



A Diagram on this Securitization

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Examiner's Closing Statement

The loan that is the subject of this securitization was securitized into Argent Securities, Inc., Series 2005-W3 Trust. The trust existed and operated according to its purpose as shown by the certificates it issued bearing their respective CUSIP Numbers, the Statement of Compliance by its servicer, and the Notice of Suspension of Duty to File Reports that was executed by its trustee.

This securitization could result in the separation of the Promissory Note and the Mortgage Deed. If this is the case, then there is no basis to foreclose on the property that was mortgaged to secure the note on this loan.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

| | Attachments |
|---|---|
| 1 | Deed of Trust executed on August 11, 2005 |
| 2 | Adjustable Rate Rider dated August 11, 2005 |
| 3 | Substitution of Trustee dated October 26, 2006 |
| 4 | Assignment of Deed of Trust dated October 26, 2006 |
| 5 | Notice of Default and Election to Sell dated December 21, 2007 |
| 6 | Corrective Assignment of Deed of Trust dated December 21, 2007 |
| 7 | Substitution of Trustee dated March 4, 2008 |
| 8 | Notice of Trustee's Sale dated March 24, 2008 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff: Ameriquest Mortgage Co.

v.

Defendant: Peterson v. Argent Mortgage LLC

Case Number: MDL 1715
Lead Case 05cv07097

Judge: The Honourable Marvin E. Aspen

**NOTICE OF MOTION**

TO: Bernard Le Sage, Esq
Joanne N Davies, Esq
Nicholas Nemer
18400 Von Karman Ave #500
Irvine CA 92612

**PLEASE TAKE NOTICE** that on _____ at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in **Courtroom** _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2012, I provided service to the person or persons listed above by the following means: via UPS

Signature: [signed]  Date: 5/3/12

Name (Print): Joseph Venegas

Address: 8675 Elm Ave  Phone: 916 308 6455

Orangevale CA 95662