UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 9, 2012:

        MINUTE entry before Honorable Morton Denlow:Settlement conference held on
5/9/2012 with respect to Plaintiffs James and Mildred Null (ILND 08−1584). Plaintiffs to
complete and submit a financial hardship package to Defendants' counsel on or before
June 6, 2012. On or before June 20, 2012, Defendants to inform Plaintiffs whether they
will offer a loan modification. In the event that Defendants inform Plaintiffs that a loan
modification is not available, both parties to indicate acceptance or rejection of the Court's
alternative settlement recommendation on or before July 11, 2012.Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.