# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                         Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2012:

      MINUTE entry before Honorable Morton Denlow:Settlement conference held on 5/9/2012 with respect to Plaintiff Cheryl Evans (ILND 09−1150). Defendant to respond to Borrower's (Plaintiff's) request for loan modification by May 23, 2012. Plaintiff to respond to loan modification, if any, by June 1, 2012. Plaintiff does not need to respond to pending summary judgment motion while active settlement negotiations are pending.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.