IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

JOINT STIPULATION OF DISMISSAL OF CLAIMS OF
LAW OFFICES OF ANTHONY A. SENERCHIA, SR. P.C.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and Third-Party Defendant **LAW OFFICES OF ANTHONY A. SENERCHIA, SR. P.C.** ("Senerchia") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Senerchia.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Senerchia shall bear their own costs and attorneys' fees.

DATED: May 11, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

10974196v1

1

DATED: May 11, 2012

Respectfully submitted,

By: /s/ Jared I. Rothkopf
*Attorneys for Law Offices of Anthony A. Senerchia, SR. P.C.*

Eric D. Kaplan, Esq.
Jared I. Rothkopf, Esq.
KAPLAN PAPADAKIS & GOURNIS, LLP
180 North LaSalle St., Suite 2108
Chicago, IL 60601
Telephone: (312) 726-0531
Facsimile: (312) 726-4928

**CERTIFICATE OF SERVICE**

  I, Joanne N. Davies, hereby certify that on this 11th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/ Joanne N. Davies