**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| ──────────────────────────── | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Gburek v. Ameriquest Mortgage Company,* Case No. 1:06-cv-02637 | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff The Estate of Deceased Plaintiff Camille Gburek ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Gburek v. Ameriquest Mortgage Company,* Case No. 1:06-cv-02637 (N.D. Ill) (transferred into the MDL from the United States District Court, Northern District of Illinois) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED: May 15, 2012                Respectfully submitted,

By: /s/ Keith James Keogh
*Attorneys for The Estate of Deceased Plaintiff*
*Camille Gburek*

Mr. Keith James Keogh
Keogh Law, LTD
101 N. Wacker Drive, Suite 605
Chicago, IL 60606
Telephone: (312) 726-1092
Facsimile: (312) 726-1093

DATED: May 15, 2012                Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne N. Davies, hereby certify that on this 15th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  By: /s/ Joanne N. Davies