**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Gburek v. Argent Mortgage, et al.,* Case No. 1:06-cv-02639 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff The Estate of Deceased Plaintiff Camille Gburek ("Plaintiff") and defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Gburek v. Argent Mortgage, et al.,* Case No. 1:06-cv-02639 (N.D. Ill) (transferred into the MDL from the United States District Court, Northern District of Illinois) matter be dismissed with prejudice as to defendants Argent Mortgage Company, LLC, Grand Mortgage, and JP Morgan Chase Bank, N.A. The parties intend to dismiss all claims against defendants related to Argent loan no. 0055978118. Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  May 15, 2012                    Respectfully submitted,

                                        By: /s/ Keith James Keogh
                                        *Attorneys for The Estate of Deceased Plaintiff*
                                        *Camille Gburek*

                                        Mr. Keith James Keogh
                                        Keogh Law, LTD
                                        101 N. Wacker Drive, Suite 605
                                        Chicago, IL 60606
                                        Telephone:  (312) 726-1092
                                        Facsimile:  (312) 726-1093

DATED:  May 15, 2012                    Respectfully submitted,

                                        By: /s/ Joanne N. Davies
                                        *Attorneys for Argent Mortgage Company*

                                        Joanne N. Davies, Esq.
                                        BUCHALTER NEMER
                                        18400 Von Karman Avenue, Suite 800
                                        Irvine, California 92612
                                        Telephone:  (949) 760-1121
                                        Facsimile:  (949) 720-0182

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne N. Davies, hereby certify that on this 15th day of May 2012, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/  Joanne N. Davies