

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Alan N. Salpeter

FIRM: Kaye Scholer LLP

STREET ADDRESS: Three First National Plaza, 70 West Madison Street, Suite 4200

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: 312-583-2450

E-MAIL ADDRESS: alan.salpeter@kayescholer.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 02445204

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 10-cv-07031 | Boca Raton Firefighters v. DeVry, Inc., et al. | John F. Grady |
| 08-cv-02475 | Terry v. Ameriquest Mortgage | Edmond E. Chang |
| 05-cv-07097 | In Re Ameriquest Mortgage Company | Marvin E. Aspen |
| | | |
| | | |
| | | |

_____
Attorney's Signature

5/16/12
Date