## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Marlon Manier and Tanya S. Manier v. Argent Mortgage Company, et al.*<br>Case No. 1:07-cv-02773 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MARLON MANIER** and **TANYA S. MANIER** (collectively "Plaintiffs") and Defendant **ARGENT MORTGAGE COMPANY** hereby stipulate that the *Marlon Manier and Tanya S. Manier v. Argent Mortgage Company, et al.* Case No. 1:07-cv-02773 (N.D. Ill) (transferred into the MDL from the United States District Court, Eastern District of Michigan) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED: 4-18 , 2012

Respectfully submitted,

By: _Marlo M. Manier_

Mr. Marlon Manier
442 Sherbourne Street
Inkster, MI 48141
Telephone: (313) 724-8171

By: _Tanya S. Manier_

Mrs. Tanya S. Manier
442 Sherbourne Street
Inkster, MI 48141
Telephone: (313)724-8171

DATED: 5/21/2012

Respectfully submitted,

By: _Joanne D._
Attorneys for Argent Mortgage Company

Joanne Davies
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne Davies, hereby certify that on this 21st day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____