UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:05−cv−07097
                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

    MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of
Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against
defendants (4875 − Re: Case No. 06 C 1737 Mikowski, et al v. Ameriquest, et al), all of
plaintiffs claims against all defendants are dismissed with prejudice. Each party shall bear
their own costs and attorneys fees. Defendants expressly reserve all of its third−party
claims in connection with the case being dismissed through this stipulation including,
without limitation, any and all claims set forth in the fifth amended consolidated
third−party complaint.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.