# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO:<br><br>*Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.<br>*Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill.<br>*Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill<br>*Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill.<br>*Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill.<br>*Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.<br>*Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill.<br>*Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.<br>*Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.<br>*Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584<br>*Powell et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill.<br>*Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill.<br>*Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill.<br>*Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill.<br>*Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill.<br>*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable<br><br>Marvin E. Aspen) |

**PROOF OF SERVICE OF REATTEMPT TO DELIVER MAIL**

1  I am employed in the County of Orange, State of California. I am over the age of 18 and
2  not a party to the within action. My business address is at BUCHALTER NEMER, A
3  Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514.
4  On May 8, 2012 the following documents were mailed:

**AMERIQUEST MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, NOTICE TO PRO SE LITIGANTS, MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW, SEPARATE STATEMENT OF MATERIAL FACTS, AFFIDAVIT OF AMY LAKE AND SUPPORTING EXHIBITS; AND CERTIFICATE OF SERVICE**

The documents have subsequently been returned by the United States Post Office marked as undeliverable. Therefore, we are resending the above documents, including a **Proof of Service of Reattempt to Deliver Mail**, to the following address:

**Matthew J. Dunn
The Dunn Law Group
234 Lewis Wharf, 2nd Flr.
Boston, MA 02110**

☑  **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on May 18, 2012. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on May 24, 2012, at Irvine, California.

☑  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 24, 2012, at Irvine, California.

Christine T. Emerson                                 _Christine T. Emerson_
                                                       (Signature)