### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Moss, et al. v. Argent Mortgage Company, LLC, et al.*, Case No. 06-06754 N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **HERBERT J. GRAF, JR.** ("Plaintiff") hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: May 30, 2012 | Respectfully submitted,<br><br>By: /s/ Christopher M. Lefebvre<br>*Attorneys for the Plaintiff Herbert J. Graf, Jr.*<br><br>Christopher M. Lefebvre, Esq.<br>CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.<br>P.O. Box 479<br>Pawtucket, RI 02862<br>Telephone: (401) 728-6060<br>Facsimile: (401) 728-6534 |
| DATED: May 30, 2012 | Respectfully submitted,<br><br>By: /s/ Joanne N. Davies<br>*Attorneys for Defendants Argent Mortgage Co., LLC, Deutsche Bank National Trust Company, N.A., Wells Fargo Bank, N.A., Park Place Securities, Inc., and WM Specialty Mortgage, LLC*<br><br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies