IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Taylor v. Ameriquest Mortgage Services, et al.,*<br>Case No. 1:08-04993 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Betty Taylor ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Taylor v. Ameriquest Mortgage Services, et al.,* Case No. 1:08-04993 (N.D. Ill) (transferred into the MDL from the United States District Court, Eastern District of Pennsylvania) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Plaintiff expressly reserves all claims or defenses to the extent those claims or defenses have not been released by the Consolidated Class Action Settlement (Dkt. No. 3247) approved by this Court's Final Order and Judgment on June 29, 2010 (Dkt. No. 3628).

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: May 30, 2012                     Respectfully submitted,

                                        By: /s/ Robert P. Cocco
                                        *Attorneys for Betty Taylor*

                                        Robert P. Cocco
                                        Law Offices of Robert P. Cocco
                                        437 Chesnut Street
                                        Suite 1006
                                        Philadelphia, PA 19106
                                        Telephone: (215) 351-0200
                                        Facsimile: (215) 922-3874

DATED: May 30, 2012                     Respectfully submitted,

                                        By: /s/ Joanne N. Davies
                                        *Attorneys for Ameriquest Mortgage Company*

                                        Joanne N. Davies, Esq.
                                        BUCHALTER NEMER
                                        18400 Von Karman Avenue, Suite 800
                                        Irvine, California 92612
                                        Telephone: (949) 760-1121
                                        Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of May 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 10178816v2