**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Bryan A. Young, et al. v. Ameriquest Mortgage Company, et al., Case No. 08-741* | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Bryan A. Young and Jill M. Young (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with this case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  June 1, 2012                     Respectfully submitted,

                                                             By:  /s/ D. Richard Black.
*Attorneys for Plaintiffs Bryan A. Young and Jill M. Young*

                                                             D. Richard Black
LAW OFFICE OF D. RICHARD BLACK
283 Howard Ave.
Holland, MI 49424
Telephone:  (616) 396-3998

DATED:  June 1, 2012                     Respectfully submitted,

                                                             By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company,*

                                                            Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760.1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

  I, Joanne N. Davies, hereby certify that on this 1st day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Joanne N. Davies