**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<hr>THIS DOCUMENT RELATES TO:<br><br>*Brown, et al. v. Ameriquest Capital Corp., et al., Case No. 06-cv-01730 (N.D. Ill.)* | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT DEY SMITH & COLLIER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and **ARGENT MORTGAGE COMPANY LLC** ("Argent") and Third-Party Defendant **DEY SMITH & COLLIER** ("DSC") hereby stipulate to the dismissal, without prejudice, of Ameriquest's and Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against DSC with respect to the claims asserted by Kevin and Maria Cusanelli (plaintiffs in the action *Brown, et al. v. Ameriquest Capital Corp., et al., Case No. 06-cv-01730 (N.D. Ill.)* (transferred into the MDL).

All other claims by Ameriquest and Argent in the Fifth Amended Consolidated Third-Party Complaint against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED: June 6, 2012 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies |
| | *Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company LLC* |
| | Joanne N. Davies |
| | BUCHALTER NEMER |
| | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, CA 92612 |
| | Telephone: (949) 720-0182 |
| DATED: June 6, 2012 | Respectfully submitted, |
| | By: /s/Richard M. Waris |
| | *Attorneys for Dey Smith & Collier* |
| | Richard M. Waris, Esq. |
| | PRETZEL & STOUFFER, CHARTERED |
| | One South Wacker Drive, Suite 2500 |
| | Chicago, IL 60606 |
| | Telephone: (312) 346-8242 |

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 6th day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies