UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 7, 2012:

  MINUTE entry before Honorable Marvin E. Aspen:Pursuant to Federal Rule of Civil Procedure 41(a), and joint stipulation of dismissal of claims against third−party defendant (4983), DEY Smith & Collier, third party plaintiff Ameriquest Mortgage Company and Argent Mortgage Company LLC, dismiss all of its claims in the Fifth Amended Consolidated Third−Party Complaint against third−party defendant DEY Smith & Collier without, prejudice, with respect to the claims asserted by Kevin and Maria Cusaneli ( Case No. 06 C 1730) All other claims by Ameriquest and Argent in the Fifth Amended Consolidated Third−Party Complaint against other third−party defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' f Dey Smith & Collier LLC terminated.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.