UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                       Plaintiff,

v.                                                                     Case No.: 1:05−cv−07097
                                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 12, 2012:

       MINUTE entry before Honorable Marvin E. Aspen:Plaintiff Wetzer Surin to respond to third−party deendants', Advantage Equity Services, Inc. and CBC Companies, Inc., motion to dismiss [4785] on or before 7/3/2012. Third−party defendants to reply by 7/20/2012. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.