# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                              Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 18, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: We hereby grant the Morin Plaintiffs' Motion (57 − Filed in Individual Case No. 06 C 2471) for Order to Escrow Proceeds of Sale of Property, to which no objections were filed. As requested, the disputed portion of the sale proceeds shall be held in escrow by Plaintiffs' counsel, to be released upon agreement of the parties or court order. AHMSI shall furnish a release of the mortgage upon confirmation that the funds have been placed in an escrow account.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.