**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | MDL No. 1715 |
| | ) | |
| IN RE AMERIQUEST MORTGAGE CO. | ) | Lead Case No. 05-cv-07097 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | (Centralized before the Honorable |
| | ) | Marvin E. Aspen) |
| | ) | |
| | ) | |
| | ) | |

### THOMAS G. WARD'S MOTION TO WITHDRAW

Thomas G. Ward respectfully requests that this Court enter an order granting him leave to withdraw as counsel of record for Third-Party Defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company (collectively, "Certain Third-Party Defendants").  In support of his motion, Ward states as follows:

1. Butler Rubin Saltarelli & Boyd LLP represents Certain Third-Party Defendants in this action.

2. Ward, an attorney with Butler Rubin Saltarelli & Boyd LLP, filed his appearance on behalf of Certain Third-Party Defendants on June 29, 2011.

3. Ward has accepted a position with another organization, and will be leaving Butler Rubin Saltarelli & Boyd LLP, effective June 22, 2012.

4. Butler Rubin Saltarelli & Boyd LLP continues to represent Certain Third-Party Defendants through attorney Albert E. Fowerbaugh, Jr. (lead counsel).

5. Permitting Ward to withdraw as counsel for Certain Third-Party Defendants will not jeopardize its case or otherwise negatively impact its legal representation in this case, nor will it result in any delay or prejudice to any other party.

WHEREFORE, Thomas G. Ward, respectfully requests that he be granted leave to withdraw his appearance on behalf of Third-Party Defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

Respectfully submitted,

Alamo Title Insurance Company, American Pioneer Title
Insurance Company, Chicago Title Company, Chicago
Title Insurance Company, Chicago Title Insurance
Company of Michigan, Commonwealth Land Title
Company, Commonwealth Land Title Insurance Company,
Fidelity National Title Company, Fidelity National Title
Insurance Company, Fidelity National Title Insurance
Company of New York, Lawyers Title Insurance
Company, Security Union Title Insurance Company, Ticor
Title Insurance Company, and Transnational Title
Insurance Company.

By:_____/s/ Thomas G. Ward_____
        One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Thomas G. Ward
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Ste. 1800
Chicago, Il  60602
Phone:  (312) 444-9660
Fax:  (312) 444-9287

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of *Thomas G. Ward's Motion to Withdraw* was served on June 18, 2012 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on June 18, 2012:

Joan M. Pridgeon
448 West Englewood Street
Chicago, IL 60621

Isiah P. Ward
303 Waterford Dr.
Willowbrook, IL 60527-5463

/s/ Thomas G. Ward

493659

4