# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: | | |
| Jerry & Sylvia Robertson, et al.,v.<br>Ameriquest Mortgage Company, et al.<br>Case No. 09-cv-3686 | | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure,* Plaintiff Causby Holt hereby stipulates to the dismissal of Plaintiff's claims against all named remaining Defendants, and specifically Defendant Chase Home Finance, without prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the *Complaint*.

Respectfully submitted this the 18th day of June, 2012.

*SIGNATURE TO APPEAR ON FOLLOWING PAGE*

/s/ William H. Robertson V_____

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.Robertson@beasleyallen.com

## CERTIFICATE OF SERVICE

I further certify that on this 18th day of June, 2012 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William H. Robertson, V
OF COUNSEL