**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | 

MDL Docket No. 1715

Lead Case No. 05-cv-07097

(Centralized before
The Honorable Marvin E. Aspen)

THIS DOCUMENT RELATES TO ALL MATTERS

## Notice of Party Name Change

PLEASE TAKE NOTICE that effective May 29, 2012, the entity formerly known as American Home Mortgage Servicing, Inc. (AHMSI), changed its name to Homeward Residential, Inc.

DATED: June 18, 2012

Respectfully Submitted,

Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc.)

By:  Simon Fleischmann
  One of its attorneys

Simon Fleischmann (6274929)
*Sfleischmann@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0462

1899060v.1

**CERTIFICATE OF SERVICE**

  I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all parties registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) on June 18, 2012.

                /s/ Simon Fleischmann

1899060v.1