**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | MDL Docket No. 1715 |
| | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| | ) | (Centralized before |
| | ) | The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | ) ) | |
| | ) | |
| *Deborah L. Morin and Anthony J. Morin,* *06 C 02471* | ) ) | |

## Homeward's Motion to Vacate Order to Escrow Sale Proceeds
## And for Agreed Extension of Time to Respond

Homeward Residential, Inc. (f//k/a American Home Mortgage Servicing, Inc.), a non-party to this action, moves to vacate the Order granting Plaintiffs Deborah and Anthony Morin's motion to escrow sale proceeds [MDL Docket 4989], and further moves by agreement to extend its time to respond to the Morins' motion. In support of its motion, Homeward states as follows:

1. The Morins filed a motion to escrow the proceeds of an anticipated sale of their property pending the resolution of their TILA-rescission claim. [Case No. 06 C 2471, Docket 57, Exhibit A]. The sale was set to close on May 18, 2012, but it was cancelled. [*Id.*]. There are therefore no proceeds to escrow.

2. Counsel for the parties conferred on June 13, 2012. Homeward had believed the Morins no longer wished to prosecute their motion due the cancellation of the sale, and called to request that the Morins notify the Court that the motion is withdrawn. Counsel for the Morins advised that they wish to proceed with their motion even though there is no pending sale. The Morins' counsel consented to extend Homeward's time to file a response to their motion in order to brief the issues. Homeward therefore requests leave to file its response in 7 days.

1898991v.1

3.      This motion is not for purposes of delay.  The Morins would not be prejudiced if this motion is granted, as upon information and belief there is no pending sale of the property.

WHEREFORE, Homeward Residential, Inc. (formerly known as American Home Mortgage Servicing, Inc.), respectfully moves for an Order vacating today's Order [MDL Dkt. 4989] granting the Morins' motion to escrow sale proceeds [Case No. 06 C 2471, Docket 57], and allowing Homeward seven days, until June 25, 2012, to file a response to said motion.

DATED: June 18, 2012                              Respectfully Submitted,

                                                  Homeward Residential, Inc. (f/k/a American
                                                  Home Mortgage Servicing, Inc.)

                                                  By:___Simon Fleischmann_____
                                                          One of its attorneys

Simon Fleischmann (6274929)
*Sfleischmann@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0462

1898991v.1

**CERTIFICATE OF SERVICE**

I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all parties registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) on June 18, 2012.


         /s/ Simon Fleischmann

3

1898991v.1