# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO THE ) FOLLOWING ACTIONS: ) ) *Deborah L. Morin and Anthony J. Morin,* ) 06 C 02471 ) | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## Notice of Motion

PLEASE TAKE NOTICE that on Thursday, June 21, 2012, at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in courtroom 2568 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc.)'s Motion to Vacate Order to Escrow Sale Proceeds and for Agreed Extension of Time to Respond, a duplicate of which is hereby served upon you.

DATED: June 18, 2012

Respectfully Submitted,

Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc.)

By:   Simon Fleischmann
      One of its attorneys

Simon Fleischmann (6274929)
*Sfleischmann@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0462

1899060v.1

**CERTIFICATE OF SERVICE**

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all parties registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) on June 18, 2012.

                                                               /s/ Simon Fleischmann

1899060v.1