IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Surin v. Alpha Mortgage Lending, LLC, et al.*, 1:06-cv-035874, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>Assigned to Magistrate Judge Denlow |

## DEFENDANTS' JOINT MOTION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26 and Local Rules 5.8 and 26.2, Defendants Argent Mortgage Company, LLC, AMC Mortgage Services, Inc., Advantage Equity Services, Inc., and CBC Companies, Inc. (collectively, "Defendants") seek an order allowing Defendants to file the confidential settlement and release agreement, Exhibit 1, under seal. The confidential settlement agreement is relevant to Defendants concurrently filed Joint Motion to Enforce Settlement Agreement As to Wetzer Surin. Defendants will mark Exhibit 1 as "Confidential—Settlement and Release Agreement."

Good cause exists for the Court to enter a restricting order directing Exhibit 1 to be filed under seal because the settlement terms reached by the parties at the May 9, 2012 settlement conference are confidential. The parties, the Court and its personnel may have access to the documents filed under seal and, when the case is closed, Defendants request the clerk to dispose of the restricted documents.

For these reasons, Defendants' motion to seal "Exhibit 1" should be granted.

DATED: June 18, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 18, 2012

Respectfully submitted,

By: /s/ Stephen M. Sedor
*Attorneys for Defendants Advantage Equity Services, Inc., through its parent company and successor in interest CBCInnovis, Inc., and CBC Companies, Inc.*

Stephen M Sedor, Esq.
DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA, PC
1057 Broad Street
Bridgeport, CT 06604
Telephone: (203) 366-3438
Facsimile: (203) 384-0317

BN 11714482v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 18th day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11714482v1