# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.
                          Plaintiff,

v.                                             Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: Homeward's motion (4995) to vacate order to escrow sale proceeds (MDL DOcket 4989 & 65) is granted. The Order of 6/18/12 (4989 & 65 entered in the lead and individual case, is vacated. Homeward is to respond to the Morin';s motion to escrow sale proceeds (57) by 6/28/12. Morins are to reply by 7/2/12. The motion hearing date of 6/21/12 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.