### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Surin v. Alpha Mortgage Lending, LLC, et al.,* 1:06-cv-035874, N.D. Ill. | Assigned to Magistrate Judge Denlow |

### JOINT MOTION FOR AN ORDER TO FILE AFFIDAVIT UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26 and Local Rules 5.8 and 26.2, Plaintiff Wetzer Surin and Defendants Argent Mortgage Company, LLC and AMC Mortgage Services (collectively, "Defendants") seek an order allowing Defendants to file an affidavit from Plaintiffs' counsel, Paul Brozdowski, in support of Defendants' motion to enforce settlement agreement ("Affidavit"), Exhibit A, under seal. The affidavit explains the dispute that exists between Plaintiff Surin and his counsel as it relates to the allocation of the settlement proceeds between the two of them and is relevant to Defendants' concurrently filed Joint Motion to Enforce Settlement Agreement As to Wetzer Surin. Defendants will mark Exhibit A as "Confidential—Affidavit In Support of Motion to Enforce Settlement Agreement."

Good cause exists for the Court to enter a restricting order directing Exhibit A to be filed under seal because the Affidavit discusses the settlement terms reached by the parties at the May 9, 2012 settlement conference which settlement terms are confidential. The parties, the Court and its personnel may have access to the documents filed under seal and, when the case is closed, Defendants request the clerk to dispose of the restricted documents.

BN 11795201v1

For these reasons, Defendants' motion to seal "Exhibit A" should be granted.

DATED:  June 21, 2012          Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED:  June 21, 2012          Respectfully submitted,

By: /s/ Paul L. Brozdowski
*Attorneys for Plaintiff Wetzer Surin*

Paul L. Brozdowski, Esq.
LAW OFFICES OF PAUL L. BROZDOWSKI, LLC
10 Middle Street, 7th Floor
Bridgeport, CT 06604
Telephone:  (203) 367-9447
Facsimile:  (203) 367-9353

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 21st day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies

BN 11795201v1