# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Surin v. Alpha Mortgage Lending, LLC, et al.,* 1:06-cv-035874, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | Assigned to Magistrate Judge Denlow |

## NOTICE OF MOTION REGARDING
## JOINT MOTION TO FILE DOCUMENTS UNDER SEAL

**PLEASE TAKE NOTICE** that, on **Monday, July 2, 2012 at 9:15 a.m.**, we shall appear before the Honorable Morton Denlow in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Plaintiff Wetzer Surin and Defendants Argent Mortgage Company, LLC and AMC Mortgage Services, Inc.'s **JOINT MOTION TO FILE AFFIDAVIT UNDER SEAL**, a copy of which is concurrently being served upon you.

DATED: June 21, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED:  June 21, 2012        Respectfully submitted,

By:  /s/ Paul L. Brozdowski
*Attorneys for Plaintiff Wetzer Surin*

Paul L. Brozdowski, Esq.
LAW OFFICES OF PAUL L. BROZDOWSKI, LLC
10 Middle Street, 7th Floor
Bridgeport, CT 06604
Telephone:  (203) 367-9447
Facsimile:  (203) 367-9353

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 21st day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By: /s/ Joanne N. Davies

BN 11795458v1