# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: <br> *Surin v. Alpha Mortgage Lending, LLC, et al.*, 1:06-cv-035874, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) <br><br> Assigned to Magistrate Judge Denlow |

## NOTICE OF MOTION REGARDING JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT AS TO WETZER SURIN

**PLEASE TAKE NOTICE** that, on **Monday, July 2, 2012 at 9:15 a.m.**, we shall appear before the Honorable Morton Denlow in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Defendants Argent Mortgage Company, LLC, AMC Mortgage Services, Inc., Advantage Equity Services, Inc., and CBC Companies, Inc. **JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT AS TO WETZER SURIN**, a copy of which is concurrently being served upon you.

DATED: June 22, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: June 22, 2012	Respectfully submitted,

By: /s/ Stephen M. Sedor
*Attorneys for Defendants Advantage Equity Services, Inc., through its parent company and successor in interest CBCInnovis, Inc., and CBC Companies, Inc.*

Stephen M Sedor, Esq.
DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA, PC
1057 Broad Street
Bridgeport, CT 06604
Telephone: (203) 366-3438
Facsimile: (203) 384-0317

BN 11714457v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 22nd day of June 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 11714457v1