# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Surin v. Alpha Mortgage Lending, LLC, et al.*, 06-CV-03584, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **WETZER SURIN** ("Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY, LLC, AMC MORTGAGE SERVICES, INC.,** and **ADVANTAGE EQUITY SERVICES, INC.,** through its parent company and successor in interest **CBCINNOVIS, INC., and CBC COMPANIES, INC.** (collectively "Defendants") hereby stipulate to the dismissal of Plaintiff's claims against all named defendants, with prejudice in the matter of *Surin v. Alpha Mortgage Lending, LLC, et al.*, Case No. 06-CV-03584 (N.D. Ill) (transferred into the MDL from the District of Connecticut). Each party shall bear their own costs and attorneys' fees.

DATED: July 26, 2012          Respectfully submitted,

By:/ /s/ Paul L. Brozdowski
*Attorneys for the Plaintiff Wetzer Surin*

Paul L. Brozdowski, Esq.
LAW OFFICES OF PAUL L. BROZDOWSKI, LLC
10 Middle Street, 7th Floor
Bridgeport, CT 06604
Telephone: (203) 367-9447
Facsimile (203) 367-9353

DATED: July 26, 2012          Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: July 26, 2012          Respectfully submitted,

By: /s/ Stephen M. Sedor
*Attorneys for Defendants Advantage Equity Services, Inc., through its parent company and successor in interest CBCInnovis, Inc., and CBC Companies, Inc.*

Stephen M Sedor, Esq.
DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA, PC
1057 Broad Street
Bridgeport, CT 06604
Telephone: (203) 366-3438
Facsimile: (203) 384-0317

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 26th day of July 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies