# EXHIBIT 1

## Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Tuesday, May 29, 2012 10:28 AM |
| **To:** | chowell@thebrooksfirm.com; Lloyd J Brooks |
| **Cc:** | Bennett, Heidi E. |
| **Subject:** | RE: Depo Scheduling - various plaintiffs |

Lloyd and Charles,

Geraldine Holt:
This will confirm our conversation that the deposition of Holt is still on schedule for June 5. Lloyd explained that Geraldine Holt is not cooperating in producing documents. My suggestion is that if she is not a willing participant in the litigation, that her case be dismissed with prejudice. If she appears at deposition and has not provided a complete production of the outstanding documents, the subsequent deposition will be at her expense.

Swanigans and Mclins:
We are still waiting for confirmed deposition dates.

Randall Manvitz
Sr. Counsel
Please note our new address:
Buchalter Nemer, A Professional Corporation
55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 |
Switchboard: (415) 227-0900
Email: rmanvitz@buchalter.com


All phone numbers and e-mail addresses will remain the same.



----- Original Message -----
From: Manvitz, Randall L.
Sent: Wednesday, May 23, 2012 07:58 PM
To: 'chowell@thebrooksfirm.com' <chowell@thebrooksfirm.com>
Cc: Bennett, Heidi E.
Subject: Re: Depo Scheduling - various plaintiffs

Charles,

Are the Swanigans confirmed for the 6th and 7th?

--Randall

----- Original Message -----
From: Manvitz, Randall L.
Sent: Monday, May 14, 2012 05:34 PM
To: 'chowell@thebrooksfirm.com' <chowell@thebrooksfirm.com>
Cc: Bennett, Heidi E.

Subject: Depo Scheduling - various plaintiffs

Charles,

Are you available on June 6 and 7 for additional depositions?  If we receive a full production from the Swanigans, we should schedule them to appear, Elgin followed by Denise.  If not, let's schedule the Mclins: Dwayne followed by Bridgette.

If those days do not work, let's figure out some additional dates in June.

I received a message from your receptionist about scheduling Holt and something about documents but she did not explain.  What is the status of the additional document production for Holt? You have not responded to my meet and confer letter about the document requests.  I hope to receive a response and any documents she will voluntarily produce soon.

I am in all day tomorrow if you would like to discuss.

Randall