**EXHIBIT 2**

## Manvitz, Randall L.

**From:** Manvitz, Randall L.
**Sent:** Monday, June 04, 2012 2:59 PM
**To:** 'lloyd.brooks@thebrooksfirm.com'; Bennett, Heidi E.; 'chowell@thebrooksfirm.com'; 'TWard@butlerrubin.com'
**Subject:** Re: Holt v. Ameriquest

This will confirm our conversation moments ago. I received two messages at 4:30 and 4:31 from Mr. Howell stating that he had some information about the Holt deposition. I called and spoke to Mr. Brooks and he explained that his client just informed him that she will not appear for deposition. She claims to have an unbreakable court appearance. We were previously told that she is non-cooperative and not wanting to proceed with the litigation. This appears to be a continuation.

I explained that it is too late to cancel the deposition. I am in Chicago because this was the date she chose. I have spent a considerable amount of time and expense preparing for the deposition. If she wants to dismiss the litigation with prejudice, she will need to reimburse my client for costs and expenses. If she agrees to pay for the travel expenses, I will speak to my client about waiving the attorneys' fees.
I look forward to hearing from you immediately.

--Randall

----- Original Message -----
From: Lloyd Brooks [mailto:lloyd.brooks@thebrooksfirm.com]
Sent: Monday, June 04, 2012 02:36 PM
To: Bennett, Heidi E.; chowell@thebrooksfirm.com <chowell@thebrooksfirm.com>
Cc: Manvitz, Randall L.
Subject: RE: Holt v. Ameriquest

Heidi:

We just spoke concerning the Amended Notice of Deposition. We are in receipt of the Amended Notice, however just after we spoke our client contacted us and it now appears she will be unable to attend the deposition.
My associate has left messages for Mr. Manvitz at his office and on his cell phone. Please have Mr. Manvitz contact me immediately on my cell phone
(708) 557-4266.


Lloyd J. Brooks, CPCU, ESQ.
B The Brooks Law Firm
18110 Dixie Highway, Suite 1N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
lloyd.brooks@thebrooksfirm.com
visit the website at www.thebrooksfirm.com

THIS COMMUNICATION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN PRIVILEGED, CONFIDENTIAL, ATTORNEY WORK PRODUCT, OR TRADE SECRET INFORMATION THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF YOU ARE NOT THE INTENDED RECIPIENT, OR AN EMPLOYEE OR AGENT

RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THE ORIGINAL COMMUNICATION (AND ALL COPIES).

-----Original Message-----
From: Bennett, Heidi E. [mailto:hbennett@buchalter.com]
Sent: Thursday, May 31, 2012 1:33 PM
To: lloyd.brooks@thebrooksfirm.com; chowell@thebrooksfirm.com
Cc: Manvitz, Randall L.
Subject: Holt v. Ameriquest

Counsel,

Attached is an Amended Deposition Notice for Ms. Holt. You will notice the only change is the location of the deposition.


Heidi Bennett
Legal Secretary to Kim Arnone and Randall Manvitz BuchalterNemer, A Professional Corporation
55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 Direct Dial:
(415) 227-3686 | Switchboard: (415) 227-0900
Email: hbennett@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see
http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&It
emid=129.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.