# EXHIBIT 5

# Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Friday, June 22, 2012 1:46 PM |
| **To:** | Lloyd J Brooks |
| **Cc:** | chowell@thebrooksfirm.com |
| **Subject:** | Geraldine Holt |

Lloyd,

We still have not received the motion for voluntary dismissal that you represented would be filed on June 6. If we have not received your motion to dismiss by Wednesday, we will assume that Geraldine Holt intends to proceed with the litigation and refuses to reimburse my client for its out of pocket costs related to the cancelled deposition.

If you will not move to dismiss the matter by Wednesday, let us know when she is available for deposition, and we will proceed with a motion for sanctions. If by Wednesday we have not received either a motion to voluntarily dismiss the matter with prejudice or deposition dates in the near future, we will move to compel her appearance at deposition and request sanctions.

By the way, we are still waiting for you to identify the case and courtroom that necessitated Ms. Holt to cancel the deposition the night before the deposition.

We look forward to hearing from you.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | **Please note our new address:** | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

*All phone numbers and e-mail addresses will remain the same.*

1