# EXHIBIT 6

# Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Friday, July 06, 2012 11:09 AM |
| **To:** | 'Lloyd J Brooks' |
| **Cc:** | chowell@thebrooksfirm.com; Bennett, Heidi E. |
| **Subject:** | RE: Geraldine Holt |

Lloyd,

We still have not received <u>any</u> response to these issues, and it is obviously not related to a lack of time: you sent a nine-page single-space letter demanding discovery on another case. I assume you will not move to dismiss the Holt case or participate in discovery without an order compelling you to do so. If there is any reason why a motion to compel Holt to participate in discovery or dismiss her case and to pay costs and sanctions is not justified and necessary, let me know by Tuesday.

Otherwise, we have no choice other than to seek relief from the court.

*Randall Manvitz*
*Sr. Counsel*
**Please note our new address:**
**BuchalterNemer**, A Professional Corporation
55 Second Street, Suite 1700 | San Francisco, CA 94105-3493
Direct Dial: (415) 227-3644 | Cell Phone: (415) 819-0955 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900
Email: rmanvitz@buchalter.com | www.buchalter.com | Bio

*All phone numbers and e-mail addresses will remain the same.*

---

**From:** Manvitz, Randall L.
**Sent:** Friday, June 22, 2012 1:46 PM
**To:** Lloyd J Brooks
**Cc:** chowell@thebrooksfirm.com
**Subject:** Geraldine Holt

Lloyd,

We still have not received the motion for voluntary dismissal that you represented would be filed on June 6. If we have not received your motion to dismiss by Wednesday, we will assume that Geraldine Holt intends to proceed with the litigation and refuses to reimburse my client for its out of pocket costs related to the cancelled deposition.

If you will not move to dismiss the matter by Wednesday, let us know when she is available for deposition, and we will proceed with a motion for sanctions. If by Wednesday we have not received either a motion to voluntarily dismiss the matter with prejudice or deposition dates in the near future, we will move to compel her appearance at deposition and request sanctions.

By the way, we are still waiting for you to identify the case and courtroom that necessitated Ms. Holt to cancel the deposition the night before the deposition.

We look forward to hearing from you.