# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GERALDINE HOLT,  )
 )
 Plaintiff,  )
 )  Case No. 07 cv 3843
v.  )
 )
AMERIQUEST MORTGAGE COMPANY,  )
ACC CAPITAL HOLDINGS CORP., AMC  )
MORTGAGE SERVICES, and John Does  )
1 – 5,  )
 )
 Defendants.  )

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO AMERIQUEST**
**MORTGAGE COMPANY'S REQUESTS TO PRODUCE (SET ONE)**

NOW COMES Plaintiff GERALDINE W. HOLT, with the assistance of

counsel, to respond to requests to produce served upon her by Defendant

Ameriquest Mortgage Company as follows:

**GENERAL STATEMENT**

Plaintiff has not fully completed his investigation of facts relating to this

case, have not concluded discovery, and have not completed preparation for trial.

Accordingly, the responses contained herein are based only on information and

documents presently available and known to Plaintiff. Further discovery,

independent investigation, legal research and analysis may supply additional facts

or lend new meaning or clarification of known facts and will also establish new

factual conclusions or legal contentions, all of which may lead to substantial

changes or additions or modifications of the matters set forth herein. Plaintiff

specifically reserves the right, without acknowledging any obligation to do so,

except as provided by law, to supplement or amend these responses or to introduce

at or prior to the time of trial

DOCUMENTS REQUESTED

REQUEST NO.1: All Documents Relating To Ameriquest.
RESPONSE:Holt objects to this request to produce as overlybroad and vague.

REQUEST NO.2: All Documents provided to You by Ameriquest.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt responds that she is producing all documents she received in connection with the closing of the subject loan. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001- 000092, 000126- 000172.

REQUEST NO.3: All Documents You have provided to Ameriquest.
RESPONSE:Holt objects to this request to produce as overlybroad and vague as to the time period as when documents were provided to ameriquest. To the extent that this request is not objectionable, Holt responds that she is producing her notice to Ameriquest that she wished to rescind the subject loan at bates labeled Holt v. Ameriquest Pl. Prod. 000174 – 000175. Responding further, Holt produces Holt v. Ameriquest Pl. Prod. 000001-000175 as responsive to this request to produce.

REQUEST NO.4: All Documents Relating To Communications between You and Ameriquest.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt directs Ameriquest to her responses to requests numbers 2 and 3.

REQUEST NO.5: All Documents Relating To Your Loan from Ameriquest including Loan Documents.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt directs Ameriquest to her responses to requests numbers 1, 2 and 3.

REQUEST NO.6: All Documents that were present at the Loan Closing.

2

RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt directs Ameriquest to her

responses to request number 2.

REQUEST NO.7: All Documents Relating To any Communication(s) You have had with any
person Relating To any of the matters alleged in the Complaint.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. This

requests also seeks matters that are protected by the attorney client privilege,

which Holt nor her attorney will produce as responsive to any discovery request.

REQUEST NO.8: All Documents which identify any Person who has knowledge concerning any
of the matters alleged in the Complaint.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent this request is not objectionable, Holt does not know the identity of all

persons who may have knowledge concerning matters alleged in her complaint.

However, to the extent that certain persons involved in the origination or closing

REQUEST NO.9: All Documents created and/or maintained by any Person, including but not
limited to, notes, journals, ledgers, and diaries, Relating To any of the matters alleged in the
Complaint.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent the request is not objectionable, Holt responds that she has no

documents that are responsive to this discovery request.

REQUEST NO. 10: All Documents, including any written statement, affidavit, or declaration
that You have obtained from any Person concerning any matter alleged in the Complaint.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent the request is not objectionable, Holt responds that she has no

documents that are responsive to this discovery request.

REQUEST NO. 11: All Documents Relating To the allegations, assertions, facts or claims in the
Complaint, including, but not limited to, transcribed testimony, any writings made with respect
to You or Your attorneys' interviews of such Person, or any other such Documents.

3

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent this request is not objectionable, Holt responds that she has no documents that are responsive to this discovery request.

REQUEST NO. 12: All Documents Relating To any Communications between You and any Person regarding the subject matter of the Complaint.
RESPONSE: Holt objects to this request to produce as overly broad and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 - 000175.

REQUEST NO. 13: All Documents Relating To any products or services offered or provided to You by Ameriquest.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 - 000175.

REQUEST NO. 14: All Documents Relating To any transactions between You and Ameriquest, or any alleged affiliate of Ameriquest.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 00001 - 000175.

REQUEST NO. 15: All Documents Relating To any Communications involving You Relating To Ameriquest, or any alleged affiliate of Ameriquest.

4

RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 -

000175.

REQUEST NO. 16: All Documents sufficient to identify all past or current litigation in which
You were plaintiff, defendant, third party defendant, or witness from January 1, 1995 to the
present.
RESPONSE:Holt objects to this request to produce as overlybroad and vague and

not reasonably related to the discovery of any admissible information. Responding

further, Holt states that aside from the documents related to this case that have

already been served on the defendant, Holt has no other responsive documents.

REQUEST NO. 17: Documents sufficient to show the ownership or lease by You of any real
estate from January 1, 2000 to the present.
RESPONSE:Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 -

000175.

REQUEST NO. 18: All Documents Relating To Your Communications with Deadra Woods
Stokes & Associates.
RESPONSE:Holt objects to this request to produce as overlybroad and vague.

Furthermore, Holt responds that Deadra Woods Stokes & Associates acted as

attorneys for Holt and therefore, all communications with Deadra Woods Stokes &

Associates would be protected by attorney-client privilege. Holt nor her attorneys

will produce any documents that contain or refer to communications between Holt and her attorneys.

REQUEST NO. 19: All Documents Relating To Your purchase of 1411 W. Harrison.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 00001 - 000175.

REQUEST NO. 20: All Documents Relating To any loan secured by 1411 W. Harrison.
RESPONSE: Holt objects to this request to produce as overlybroad as it is unlimited in any way as to time and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 - 000175.

REQUEST NO. 21: All Documents Relating To lease or rental agreements for 1411 W. Harrison.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt does not have any such documents.

REQUEST NO. 22: All Documents Relating To lease or rental income for 1411 W. Harrison.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt does not have any such documents.

REQUEST NO. 23: All Documents Relating To any foreclosure proceedings concerning 1411 W. Harrison.

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To the extent that this request is not objectionable, Holt responds that she is producing responsive documents that she has in her possession or control. Holt's has produced the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 - 000175.

REQUEST NO. 24: All Documents Relating To Your purchase of 848 S. Poplar.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt states that she is unable to locate responsive documents. Investigation continues and Holt reserves the right to seasonably supplement this request to produce as necessary.

REQUEST NO. 25: All Documents Relating To any loan secured by 848 S. Poplar.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt states that she is unable to locate responsive documents. Investigation continues and Holt reserves the right to seasonably supplement this request to produce as necessary.

REQUEST NO. 26: All Documents Relating To lease or rental agreements for 848 S. Poplar.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt states that there are no responsive documents.

REQUEST NO. 27: All Documents Relating To lease or rental income for 848 S. Poplar.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt states that there are no responsive documents.

REQUEST NO. 28: All Documents Relating To any foreclosure proceedings concerning 848 S. Poplar.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt states that she is unable to locate responsive documents. Investigation continues

7

and Holt reserves the right to seasonably supplement this request to produce as

necessary.

REQUEST NO. 29: All Documents Relating To any ownership, lease, usage, or purchase of any
residential property from 2002 to the present including but not limited to any property in
California.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 -

000175.

REQUEST NO. 30: All Documents Relating To any bankruptcy proceeding filed by You.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt

states that she is unable to locate responsive documents. Investigation continues

and Holt reserves the right to seasonably supplement this request to produce as

necessary.

REQUEST NO. 31: All pleadings served or filed in any lawsuit filed by You or involving You.
RESPONSE: Holt objects to this request to produce as overlybroad and vague and is

not limited in scope or time. Holt further objects to providing duplicates of pleadings

that have already been served upon the defendant in connection with this matter.

REQUEST NO. 32: All Documents Relating To any complaints, grievances, or reports made by
You to any Person Relating To Ameriquest.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000174-

000175.

REQUEST NO. 33: All Documents Relating To Your attempts to rescind a Loan from Ameriquest.

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000174-

000175.

REQUEST NO. 34: All Documents which You contend support Your allegations, claims, or requests for damages in the Complaint including but not limited to actual damages, statutory damages, or costs.

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001-

000092, 000126- 000175.

REQUEST NO. 35: All Documents Relating To any injury or damages that You claim to have suffered as a result of the allegations in the Complaint.

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001-

000092, 000126- 000175.

REQUEST NO. 36: All Documents supporting Your contention that You have sustained damages as a result of any act or omission of Ameriquest.

RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001-

000092, 000126- 000175.

REQUEST NO. 37: All Documents Relating To Your purchase or sale of the Property.
RESPONSE: Holt objects to this request to produce as overlybroad and vague.  To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control.  Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 -

000175.

REQUEST NO. 38: Documents sufficient to show Your current ownership interest in the
Property.
RESPONSE: Holt objects to this request to produce as overlybroad and vague.  Holt

states she has no responsive documents.

REQUEST NO. 39: All Documents Relating To Communications to, from, or with Your lawyers
or anyone acting on their behalf prior to the date when you first retained that law firm to
represent you.
RESPONSE: Holt objects to this request to produce as overlybroad and vague and to

the extent it seeks discovery of information containing or referring to

communications with her attorneys either after she retained her attorneys or

sought their advice or counsel in anticipation of retaining counsel.  To the extent

this request is not objectionable, Holt responds that she has no non privileged

documents in her possession or control.

REQUEST NO. 40: All Documents which You contend support Your allegations in the
Complaint.
RESPONSE: Holt objects to this request to produce as overlybroad and vague.  To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control.  Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001-

000092, 000126- 000175.

REQUEST NO. 41: All Documents Relating To any rental property owned by You at any time from January 2000 to the present.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001-

000175..

REQUEST NO. 42: All Documents Relating To any business or commercial use of any real property owned by You such as leases, rental agreements, or documents related to a home office or business operated out of Your home.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. Holt

states that she is unable to locate responsive documents. Investigation continues

and Holt reserves the right to seasonably supplement this request to produce as

necessary.

REQUEST NO. 43: All Documents Relating To Your use or intended use of the Loan Proceeds.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

a settlement statement as responsive to this request to produce.

REQUEST NO. 44: All Documents identified in Your responses to Defendant's interrogatories propounded upon you.
RESPONSE: Holt objects to this request to produce as overlybroad and vague. To

the extent that this request is not objectionable, Holt responds that she is producing

responsive documents that she has in her possession or control. Holt's has produced

11

the responsive documents bates labeled Holt v. Ameriquest Pl. Prod. 000001 -

000175.

Submitted by:

_Lloyd Brooks_ (signature)

_____

One of Plaintiff's Attorneys

Lloyd Brooks
Charles Howell
**The Brooks Law Firm**
18110 Dixie Hwy., Suite 1N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorneys for Gerladine Holt***

12