# EXHIBIT 8



55 SECOND STREET, SUITE 1700 SAN FRANCISCO, CALIFORNIA 94105-3493
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

L7526-0723
Direct Dial Number: (415) 227-3644
E-Mail Address: *rmanvitz@buchalter.com*

April 16, 2012

Charles Howell
The Brooks Law Firm
18110 Dixie Highway, Ste. 2N
Homewood, IL 60430

      Re: Discovery Responses of Geraldine Holt, *Holt v. Ameriquest*

      This letter is an attempt to meet and confer regarding Geraldine Holt's responses to requests for production. Few documents have been produced. No documents have been produced related to Holt's residence at 848 Poplar or any other place she has leased or leases property to others. Further, the assertion that she does not have any bankruptcy documents or other litigation-related documents is not plausible. We request that she remedy the deficiencies immediately.

      On December 21, 2011, Ameriquest moved for an order compelling responses to requests for production propounded upon Geraldine Holt. The Court granted Ameriquest Motion to Compel and ordered Plaintiffs to provide substantive responses to the subject discovery (the "Order"). The Order provides that:

> Defendants' Argent Mortgage Co. LLC and Ameriquest Mortgage Co., LLC's motion to compel discovery responses from Brooks Law Firm Plaintiffs [4539] is granted. Plaintiffs' substantive response to all outstanding interrogatories and request for production to be filed by 1/4/2012.

      But instead of providing substantive responses, most of the Holt's responses are mere boilerplate objections. See Response to Request No. 1, 2, 3, 4, 5, 6, 17, 20-27, 41, 42. We request that you either confirm that no responsive documents are being withheld based on the objections or alternatively, for each objection, explain the specific basis for the objection, identify what documents are being withheld, and be prepared to discuss the objections sometime next week. Failure to provide substantive responses to "all outstanding … request for production" violates the Order. And Ms. Holt is in violation of the order.

      Often times, Ms. Holt avoids producing documents by claiming she can't locate such documents as loan documents for the refinance of her two homes, rental agreements, her bankruptcy-related documents, and documents in which she was a litigant. We have recently

BN 11403704v1        Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer

Charles Howell
April 16, 2012
Page 2

requested that she immediately re-double her efforts to locate any missing documents because her inability to locate the documents does not seem plausible. We look forward to receiving a status update about her efforts.

We look forward to hearing from you and request a date and time when you will be available to discuss these issues further. I expect to see you on the 23rd in Chicago. If you are not available to discuss these issues before then, please be prepared to discuss them at that time.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*

Randall Manvitz

BN 11403704v1