# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Geraldine W. Holt v. Ameriquest Mortgage Company, et al.,* 07-cv-3843, N.D. Ill | (Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 6, 2012, at 9:15 a.m., or as soon thereafter as I may be heard, I will appear before the Magistrate Judge Morton Denlow or any Judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and will present Ameriquest Mortgage Company's Motion for Sanctions for Plaintiff's Failure to Appear for Deposition and Produce Documents.

DATED: July 26, 2012

Respectfully submitted,

By: /s/ *Randall L. Manvitz*
*Attorneys for Ameriquest Mortgage Company*

Randall L. Manvitz, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 26th day of July 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Randall Manvitz