IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST TEK TITLE, LLC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and Third-Party Defendant **TEK TITLE, LLC** ("Tek Title") hereby stipulate to the dismissal, with prejudice, of all Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint against Tek Title.

All claims by Ameriquest against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Ameriquest and Tek Title shall bear their own costs and attorneys' fees.

DATED: July 31, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

11567062v1

1

2

DATED: July 31, 2012

Respectfully submitted,

By: /s/ Brian S. Brewer
*Attorneys for Tek Title, LLC*

Brian S. Brewer, Esq.
Pinzur, Cohen & Kerr, Ltd.
Long Grove Executive House
4180 RFD Route 83, Suite 208
Long Grove, IL 60047
Telephone: (847) 821-5290
Facsimile: (847) 821-5293

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 31st day of July 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies