# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rose Terry, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Ameriquest Mortgage Company, et al., )<br>)<br>Defendants. )<br>_____)<br>Ameriquest Mortgage Company, et al, )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>First American Title Insurance Company, et al., )<br>)<br>Third-Party Defendants. ) | Case No. 08 CV 02475<br><br>Judge Edmond E. Chang |

## NOTICE OF DEPOSITION OF AMERIQUEST MORTGAGE COMPANY REGARDING CLOSING COMPANIES

TO: All Parties of Record:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Third-Party Defendant Ticor Title Insurance Company ("Ticor") will take the deposition of Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest"), to be videotaped and recorded by stenographic means, at the office of Butler Rubin Saltarelli & Boyd LLP, 70 West Madison Street, Ste. 1800, Chicago, IL 60602. Ameriquest is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of Ameriquest concerning the subject matters set forth in Exhibit A hereto. The deposition will commence at 9:00 am on June 19, 2012. If necessary, the deposition will be adjourned until completed.

TICOR TITLE INSURANCE COMPANY

By: _____
One of Its Attorneys

Albert E. Fowerbaugh
Andrew D. Shapiro
Thomas G. Ward
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602-4257
Phone: (312) 444-9660
Fax: (312) 444-9287

2

EXHIBIT A

DEFINITIONS

1. "Agreements" includes both oral and written agreements.

2. "Ameriquest" means Ameriquest Mortgage Company, its affiliates, subsidiaries, divisions, predecessors, successors and assigns; its present and former officers directors, members, employees, agents, accountants, auditors, consultants, and attorneys; and all other persons acting or purporting to act on its behalf.

3. "Closing Instructions" has the same meaning ascribed to the term in Paragraph 44 of the Third-Party Complaint.

4. "Loans" mean the credit transactions that are the subject of this lawsuit, set forth in Exhibit A to the Third-Party Complaint.

5. "Northwest Title" means Northwest Title and Escrow Corporation, its affiliates, subsidiaries, divisions, predecessors, successors and assigns; its present and former officers directors, members, employees, agents, accountants, auditors, consultants, and attorneys; and all other persons acting or purporting to act on its behalf.

6. "Relating to" means in any way referencing, mentioning, discussing, describing, reflecting, concerning, memorializing, supporting, dealing with, consisting of, constituting, evidencing, comprising, recording, or in any other way pertaining to, the subject, either in whole or in part whether directly or indirectly.

7. "Third-Party Complaint" means the complaint filed by Ameriquest on January 23, 2009.

8. "Tristar" means Tristar Title LLC, its affiliates, subsidiaries, divisions, predecessors, successors and assigns; its present and former officers directors, members,

3

employees, agents, accountants, auditors, consultants, and attorneys; and all other persons acting or purporting to act on its behalf.

## TOPICS

1. Any non-transaction-specific agreement between Ameriquest and Tristar relating to the closing of any loan funded by Ameriquest between January 1, 2005, and June 30, 2006.

2. Any Non-transaction-specific agreement between Ameriquest and Northwest Title relating to the closing of any loan funded by Ameriquest between January 1, 2005, and June 30, 2006.

3. Any agreement between Ameriquest and Tristar relating to the closing of any of the Loans.

4. Any agreement between Ameriquest and Northwest Title relating to the closing of any of the Loans.

5. Any instructions, including any Closing Instructions, given to Tristar by Ameriquest regarding the closing of any of the Loans.

6. Any instructions, including any Closing Instructions, given to Northwest Title by Ameriquest regarding the closing of any of the Loans.

7. Any investigation, review, or audit conducted by, or an behalf of, Ameriquest to determine whether Tristar complied with Ameriquest's instructions regarding the closing of any of the Loans.

8. Any investigation, review, or audit conducted by, or an behalf of, Ameriquest to determine whether Northwest Title complied with Ameriquest's instructions regarding the closing of any of the Loans.

9. Any audit of Tristar's books or records conducted by, or on behalf of, Ameriquest since January 1, 2005.

10. Any audit of Northwest Title's books or records conducted by, or on behalf of, Ameriquest since January 1, 2005.

## CERTIFICATE OF SERVICE

I, Albert E. Fowerbaugh, Jr., hereby certify that a true and correct copy of this document was served on the following by United States mail this May 23, 2012:

| | |
|---|---|
| Randall Manvitz, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>Tel: (415) 227-3644<br>Fax: (415) 904-3102<br>Email: rmanvitz@buchlter.com | Attorneys for Defendants and Third-Party Plaintiffs, Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., Citigroup Global Markets Realty Corp. erroneously sued as CitiGroup Global Markets, Inc., CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc., Deutsche Bank National Trust Company, as Trustee of the named Trusts, Greenwich Capital Financial Products, Inc., and WM Specialty Mortgage, LLC n/k/a JPMC Specialty Mortgage LLC |
| James D. Major, Esq.<br>Riordan McKee & Piper, LLC<br>20 North Wacker Drive – Suite 910<br>Chicago, IL 60606<br>Tel: (312) 663-9400<br>Fax: (312) 663-1028<br>Email: jmajor@rdlmlaw.com | Attorneys for Third-Party Defendant Helen Mitchell Carter |
| Joan M. Pridgeon<br>448 West Englewood Street<br>Chicago, IL 60621<br>Tel: (714) 448-5149 | Pro Se Third Party Defendant |
| Isiah P. Ward<br>303 Waterford Drive<br>Willowbrook, IL 60527<br>Tel: (630) 906-9273 | Pro Se Third Party Defendant |

By: _____