# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before the Honorable Marvin E. Aspen) |
| *Rose Terry, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 08 CV 02475 (N.D. Ill.) | Magistrate Judge Morton Denlow |
| Ameriquest Mortgage Company, et al., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> First American Title Insurance Company, et al., <br><br> Third-Party Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, August 6, 2012, at 9:15 a.m**., or as soon thereafter as counsel may be heard, we shall appear before Magistrate Judge Morton Denlow in Courtroom 1350 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Ticor Title Insurance Company's Motion to Compel Rule 30(b)(6) Testimony*, a copy of which has been served upon you.

Dated: August 1, 2012

                                            TICOR TITLE INSURANCE COMPANY

                                      By:    s/ Andrew D. Shapiro
                                                      One of Its Attorneys

Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro
James E. Sojoodi
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602-4257
Phone: (312) 444-9660
Fax: (312) 444-9287

2

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true copy of the preceding document was served on August 1, 2012, on all counsel of record, in accordance with FED. R. CIV. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail on August 1, 2012:

    Joan M. Pridgeon
    448 West Englewood Street
    Chicago, IL  60621

    Isiah P. Ward
    303 Waterford Dr.
    Willowbrook, IL  60527-5463

                                       /s  Andrew D. Shapiro

495188