IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *White, et al. v. WM Specialty Mortgage, LLC, et al.*, 1:08-CV-01585 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs **KEVIN P. WHITE** and **JULIE A. WHITE** ("Plaintiffs") and defendants **AMERIQUEST MORTGAGE COMPANY** and **JPMC SPECIALTY MORTGAGE, LLC f/k/a WM SPECIALTY MORTGAGE, LLC** ("Defendants") hereby stipulate that the *White, et al. v. WM Specialty Mortgage, LLC, et al.*, Case No. 1:08-CV-01585 (N.D. Ill) (transferred into the MDL from the United States District Court, Eastern District of Michigan) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: ~~June~~ July 3, 2012

Respectfully submitted,

By: *Kevin P White*  *Julie A. White*
*Pro Se Plaintiffs Kevin P. White and Julie A. White*

Kevin and Julie White
10520 Macon Highway
Tecumseh, MI 49286

Telephone: (517) 263-2810 and (734) 260-1828

DATED: ~~June~~ July 31, 2012

Respectfully submitted,

By: _____
*Attorneys for Ameriquest Mortgage Company and JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 1st day of Aug. 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 2nd day of Aug. 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *Joanne N. Davies*