# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, et al.,<br><br>    Defendants. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>Magistrate Michael T. Mason<br><br>**DECLARATION OF MIKE MACIBORSKI IN SUPPORT OF AMERIQUEST CAPTIAL CORPORATION'S, ACC CAPITAL HOLDING CORPORATION'S, AND AMERIQUEST MORTGAGE COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

## DECLARATION OF MIKE MACIBORKSI IN SUPPORT OF AMERIQUEST CAPTIAL CORPORATION'S, ACC CAPITAL HOLDING CORPORATION'S, AND AMERIQUEST MORTGAGE COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, Mike Maciborksi, declare as follows:

1. I am currently Vice President of IT at ACC Capital Holdings Corporation ("ACCCH") and have held this position for over a year and a half. Prior to working at ACCCH, I held numerous IT positions at Ameriquest Mortgage Company ("Ameriquest") including Director of IT for one year, Manager of Desktop Engineering for two years, and Desktop Engineer for two years. The following facts are true of my own personal knowledge or of knowledge that I have gained from my career at ACCCH and Ameriquest. If called as a witness, I could and would competently testify to the matters contained herein.

2. I submit this Declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion to Compel production of documents.

3. Ameriquest maintains its electronic data on monthly disaster recovery tapes, including emails and documents saved on an employee's computer network drives including the shared and personal drives.

4. On average, seven disaster recovery tapes would need to be restored per month to recover emails for one employee. The cost for processing each disaster recovery tape is approximately $500 per tape. The total cost to restore emails for one employee for a month time period is estimated to be $3,500. To restore an employee's emails for the period May 1, 2004 to September 1, 2007 would cost an estimated $140,000.

5. Additionally, documents stored on an employee's computer network drives are stored on separate disaster recovery tapes. While the size of a shared drive data is unpredictable employees in Ameriquest's accounting department would likely have larger network drive files because of the nature of their work (i.e. voluminous excel charts, accounting ledgers, etc.).

6. Assuming an average data size of one gigabyte, to restore an employee's computer network drives would require restoring five disaster recovery tapes per month. The cost for recovering each disaster recovery tape is approximately $500 per month. The total cost to restore computer network drives for one employee for a month time period is estimated to be $2,500. To restore an employee's computer network drives for the period of May 1, 2004 to September 1, 2007 would cost $100,000.

I declare under penalty of perjury that the foregoing is true and correct.
Executed within the United States on February 4, 2009

_____
Mike Maciborski

Case 1:08-cv-02475 Document 159 Filed 02/05/2009 Page 3 of 3

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 5th day of February 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____ /s/ Joanne N. Davies