# EXHIBIT 7

# Manvitz, Randall L.

**From:** AShapiro@butlerrubin.com
**Sent:** Tuesday, July 31, 2012 3:47 PM
**To:** Manvitz, Randall L.
**Cc:** Davies, Joanne; AFowerbaugh@butlerrubin.com; JSojoodi@butlerrubin.com
**Subject:** Fw: Terry v. Ameriquest

Randall,

We are investigating who, if anyone, will be able to testify about Ticor's claim process as set forth in Judge Chang's ruling. We will follow up with you as soon as we conclude that investigation.

In regards to Ms. Camacho and Ms. Chochrek, since you have not informed us that your firm represents either of them, we will plan to reach out to them to schedule their depositions. Ameriquest's July 12, 2012, Supplemental Initial Disclosures stated that their "contact information may be obtained through Ameriquest's counsel, Buchalter Nemer, Attn: Joanne N. Davies, Esq." We reiterate our request for that information.

Regards,
Andy



Andrew D. Shapiro


Butler Rubin Saltarelli & Boyd LLP
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com



----- Forwarded by Andrew D. Shapiro/Butler Rubin on 07/30/2012 05:03 PM
-----

    "Manvitz, Randall L."
    <rmanvitz@buchalter.com>    To    "AShapiro@butlerrubin.com" <AShapiro@butlerrubin.com>
    07/30/2012 01:01 PM    cc    "Davies, Joanne" <jdavies@Buchalter.com>,
    "AFowerbaugh@butlerrubin.com" <AFowerbaugh@butlerrubin.com>,

1

"JSojoodi@butlerrubin.com"
<JSojoodi@butlerrubin.com>
Subject
RE: Terry v. Ameriquest

Andy,

We have not heard from you regarding the scheduling of Ticor's 30(b)(6) witness on the claims process as ordered by Judge Chang. We need to set aside travel and deposition dates as soon as possible.

Once we have that information, we can confer with Ms. Camacho and Ms. Chochrek and provide you with answers to the below questions and coordinate scheduling. Ms. Camacho and Chochrek are not employees of Ameriquest and live in the Irvine/LA area so we request that you confirm Ticor is agreeable to having their depositions take place near their residence versus Chicago, Illinois.

We look forward to hearing from you.


Randall Manvitz | Sr. Counsel | Buchalter Nemer, A Professional Corporation
| 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct
Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415)
227-0900 | rmanvitz@buchalter.com | www.buchalter.com



-----Original Message-----
From: AShapiro@butlerrubin.com [mailto:AShapiro@butlerrubin.com]
Sent: Thursday, July 26, 2012 7:55 AM
To: Manvitz, Randall L.
Cc: Davies, Joanne; AFowerbaugh@butlerrubin.com; JSojoodi@butlerrubin.com
Subject: Terry v. Ameriquest


Randall,

As you saw from the deposition notices we served on Tuesday, Ticor would like to depose Vicky Camacho and Michelle Chochrek, both of whom Ameriquest identified in its supplemental disclosures provided on July 12.

Are Ms. Camacho and Ms. Chochrek currently employed by Ameriquest? If so, please confirm whether they are available for deposition on August 21 and 22, as noticed. If they are not, please provide alternative available dates.

2

If Ms. Camacho or Ms. Chochrek are not currently employed by Ameriquest, does your firm represent either of them? If so, please confirm whether the witnesses are available for deposition on August 21 and 22, as noticed, or provide alternative available dates. Also, please let us know whether the witnesses will require formal subpoenas as opposed to the previously served deposition notices. If formal subpoenas are necessary, please confirm whether you will accept service of the subpoenas on their behalf or, alternatively, provide the witnesses' current addresses.

If your firm does not represent Ms. Camacho or Ms. Chochrek, please provide their current addresses and contact information.

Regards,
Andy


Andrew D. Shapiro


Butler Rubin Saltarelli & Boyd LLP
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com

This email message is intended for the sole use of the intended
recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message. To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

http://www.butlerrubin.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see
http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129

.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.