

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 8/6/2012 |
| CASE TITLE | In Re: AMERIQUEST MORTGAGE CO. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/6/2012. Ticor Title Insurance Company's motion to compel Rule 30(b)(6) testimony [5040] is granted in part and denied in part as stated in open court. Ameriquest's motion for sanctions for Plaintiff's failure to appear for deposition and produce documents [5031] is withdrawn pursuant to a joint stipulation of dismissal of claims against Defendants.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | LG |
|---|---|---|