

**FILED**
AUG 6 - 2012

**MAGISTRATE JUDGE MORTON DENLOW**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: *Holt v. Ameriquest Mortgage Company, et al.*, 1:07-CV-3843 | ) ) ) ) ) | Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff **GERALDINE HOLT** ("Plaintiff") and defendants **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP, AMC MORTGAGE SERVICES**, and their successors and assigns ("Defendants") hereby stipulate that the *Holt v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-CV-03843 (N.D. Ill.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants subject to the reimbursement of Ameriquest by Plaintiff in an amount not to exceed $1200.00, to be agreed upon by the parties within fourteen (14 days) or resolved by Judge Denlow.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation included, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: August 6, 2012

_____
Counsel for Plaintiff

_____
Counsel for Defendants