IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Dinobile, et al. v. Argent Mortgage Company, et al.*, Case No. ILN 08-00181 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST STATESIDE FUNDING, LLC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Third-Party Plaintiff") and Third-Party Defendant **STATESIDE FUNDING, LLC** ("Stateside Funding") hereby stipulate to the dismissal, with prejudice, of all of Third-Party Plaintiff's claims in the Fifth Amended Consolidated Third-Party Complaint against Stateside Funding.

All claims by Third-Party Plaintiff against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Third-Party Plaintiff and Stateside Funding shall bear their own costs and attorneys' fees.

DATED: August 10th, 2012

Respectfully submitted,

By: /s/
Mark Capuano, President, Stateside
Funding, LLC, Pro Se

Mark Capuano, President, member, LLC
Stateside Funding, LLC
471 Atwood Avenue
Cranston, RI 02920
Telephone: (401) 383-9249

DATED: August 10, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies, Esq.
*Attorneys for Third-Party Plaintiff Argent Mortgage Company, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies