IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST
EQUITY SETTLEMENT SERVICES, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY** and **ARGENT MORTGAGE COMPANY LLC** (collectively referred herein to as the "AMC Entities") and Third-Party Defendant **EQUITY SETTLEMENT SERVICES, INC.** ("Equity Settlement") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Equity Settlement.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Equity Settlement shall bear their own costs and attorneys' fees.

DATED:  August 15, 2012         Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED:  August 15, 2012         Respectfully submitted,

By:  /s/ George P. Apostolides
*Attorneys for Equity Settlement Services, Inc.*

George P. Apostolides
ARNSTEIN & LEHR, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3913
Telephone:  (312) 876-7100
Facsimile: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 15th day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies