# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.

Case No.: 1:05–cv–07097
Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2012:

    MINUTE entry before Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a), and Joint stipulation of dismissal (5054), all of the claims of third–party plaintiff Ameriquest Mortgage Company and Argent Mortgage Company LLc, against third party defendant Equity Settlement Services, Inc., are dismissed with prejudice. All claims by the AM<C Entities against other third–party defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Equity Settlement shall bear their own costs and attorneys' fees. Equity Settlement Services, Inc terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.