IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br>_____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lisa Parker, et al. v.* <br> *Ameriquest Mortgage Company, et al.*, <br> Case No. 08-cv-2627 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before Judge Marvin E. Aspen) |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiffs Janie Jones, Michael Jones, Debbie Jones, Robert Prater and Michelle Prater, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, file this stipulation of dismissal of Plaintiffs' claims against Defendant American Home Mortgage Services, Inc. in the above styled case in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 29th day of August, 2012.

> By: /s/ William H. Robertson, V
> WILLIAM H. ROBERTSON, V
> One of the Attorneys for Plaintiffs
> Beasley, Allen, Crow,
> Methvin, Portis & Miles, P.C.
> P.O. Box 4160
> Montgomery, Alabama 36103-4160
> Telephone: (334) 269-4160
> Facsimile: (334) 954-7555
> Bill.robertson@beasleyallen.com

## CERTIFICATE OF SERVICE

I further certify that on this 29th day of August, 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William H. Robertson, V
OF COUNSEL