IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>Terry Toodle, et al., v.<br>Ameriquest Mortgage Company, et al.<br>Case No. 1:08-cv-4991 | |

### STIPULATION OF DISMISSAL

COMES NOW Plaintiff Jerome Stovall, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, files this stipulation of dismissal of Plaintiff's claims against Defendant Chase Home Finance, LLC in the above styled case in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 29th day of August, 2012.

                                            By: /s/ William H. Robertson, V
                                            WILLIAM H. ROBERTSON, V
                                            One of the Attorneys for Plaintiffs
                                            Beasley, Allen, Crow,
                                            Methvin, Portis & Miles, P.C.
                                            P.O. Box 4160
                                            Montgomery, Alabama 36103-4160
                                            Telephone: (334) 269-4160
                                            Facsimile: (334) 954-7555
                                            Bill.robertson@beasleyallen.com

**CERTIFICATE OF SERVICE**

I further certify that on this 29th day of August, 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL
