**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Joseph Abruscato, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 08-04548 N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST CITI RESIDENTIAL LENDING, INC. AND ALL NAMED DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JOSEPH ABRUSCATO, HARRY C. BODIN, JR., JESSIE FLOYD AND MARY FLOYD** ("Plaintiffs") hereby stipulate to the dismissal of Plaintiffs' claims against **CITI RESIDENTIAL LENDING, INC. and** all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with their case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED:  August 30, 2012 | Respectfully submitted, |
| | By:  /s/ William H. Robertson V. |
| | *Attorneys for Plaintiffs Joseph Abruscato, Harry C. Bodin, Jr., Jessie Floyd and Mary Floyd* |
| | William H. Robertson V. , Esq.<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS, & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36103-4160<br>Telephone: (334) 269-4160<br>Facsimile: (334) 954-7555 |
| DATED:  August 30, 2012 | Respectfully submitted, |
| | By:  /s/ Joanne N. Davies, Esq. |
| | *Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., ACC Capital Holdings Corporation, Citi Residential Lending, Inc. and CitiFinancial Mortgage* |
| | Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Ave., Suite 800<br>Irvine, California 92612-0514<br>Telephone:  (949) 760-1121<br>Facsimile:  (949) 224-6209 |

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies