IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Whitaker, et al. v. Ameriquest Mortgage Company, et al.*, CASE NO. *1:08-CV-07280* | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL BY CHRISTINE WHITAKER OF CLAIMS AGAINST ALL NAMED DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **CHRISTINE WHITAKER** ("Plaintiff") hereby stipulates to the dismissal of Plaintiff's claims against all named Defendants, with prejudice, with each party to bear its own costs and fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

2

DATED: August 30, 2012		Respectfully submitted,

		By: /s/ William H. Robertson V.
		*Attorneys for Plaintiffs Daniel and Christine Whitaker, Betty J. Harris, and Marvin and Priscilla Webb*

		William H. Robertson V., Esq.
		BEASLEY, ALLEN, CROW, METHVIN, PORTIS, & MILES, P.C.
		P.O. Box 4160
		Montgomery, Alabama 36103-4160
		Telephone: (334) 269-4160
		Facsimile: (334) 954-7555

DATED: August 30, 2012		Respectfully submitted,

		By: /s/ Joanne N. Davies, Esq.
		*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., ACC Capital Holdings Corporation*

		Joanne N. Davies, Esq.
		BUCHALTER NEMER
		18400 Von Karman Ave., Suite 800
		Irvine, California 92612-0514
		Telephone: (949) 760-1121
		Facsimile: (949) 224-6209

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies