IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715 |
| | | Lead Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | Centralized before The Honorable Marvin E. Aspen |
| | | AUGUST 31, 2012 |

## STATUS REPORT FOR PLAINTIFFS REPRESENTED BY DANIEL S. BLINN

The parties are continuing to settle cases following the mediation and future sessions are not contemplated.

Of the 181 Plaintiffs represented by this firm who asserted claims, 159 have settled or are in the process of settling, 6 were previously dismissed, and we withdrew our appearances for 3 plaintiffs.

The following claims are not likely to settle in the near future:

Mary Anne Richards (D. Conn. Case No. 1:09-cv-00215) (Note: this claim is unrelated to the claims involving Ameriquest and is not included in the original list of 181 Plaintiffs);

Winston and Norma Patterson (N.D. Ill. Case No. 1:06-cv-01733);

Deborah L. and Anthony J. Morin (N.D. Ill. Case No. 1:06-cv-01733);

Gregory and Kelly Smayda (N.D. Ill. Case No. 1:06-cv-01733);

Sean K. and Patricia Wells (N.D. Ill. Case No. 1:07-cv-00130);

Albert Levesque (N.D. Ill. Case No. 1:06-cv-03125);

David and Lucinda Milardo (N.D. Ill. Case No. 1:06-01733);

Charles J. Matas (N.D. Ill. Case No. 1:06-02469); and

Mauro Troetti (N.D. Ill. Case No. 1:06-02471).

The parties continue to discuss the following remaining five claims:

Justin and Cynthia Thompson (N.D. Ill. Case No. 1:06-01733);

Barbara Desrosiers (N.D. Ill. Case No. 1:06-02471);

Cheryl P. Jones and Arnold Jones (N.D. Ill. Case No. 1:07-00129);

Tricia A. Safferstein (N.D. Ill. Case No. 1:06-02471); and

Henry Owen and Joan Fogg (formerly Owen) (N.D. Ill. Case No. 1:06-02469).

Dated: August 31, 2012          Respectfully Submitted,

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408;  Fax. (860) 571-7457

**CERTIFICATION**

I hereby certify that on this 31st day of August, 2012, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn