IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**STATUS OF EDELMAN COMBS PLAINTIFFS**

Multi-District Litigation Plaintiffs represented by Edelman, Combs, Latturner, & Goodwin, LLC (the "Edelman Plaintiffs") hereby submit the following Status Report, as requested by the Court's Minute Order entered on June 12, 2012.

**I.     INTRODUCTION**

The Edelman Plaintiffs, the AMC Entities, and related servicers participated in mediation with Magistrate Judge Morton Denlow on December 1, 2010 and December 2, 2010. On December 2, 2010, Edelman Plaintiffs and Defendants reached a settlement in principle relating to 128 Edelman Plaintiffs. The settlement agreement was fully executed on April 22, 2011.

**II.    STATUS OF EDELMAN COMBS PLAINTFIFFS**

Of the 128 Edelman Plaintiffs' cases, 124 have been dismissed. Four cases are still pending.

1. Katrina Purdy-Roth and Jerry Roth, Case 06-cv-1738 (S.D. Ind.): On August 18, 2012 Homeward Residential, Inc. approved Plaintiffs for a consent foreclosure with a waiver of deficiency. The parties are now in the process of preparing a settlement agreement that they will then need to effectuate.

2. Velma Jiles, Case 06-cv-2771 (N.D. Ill.): Ms. Jiles loan modification application was sent to BAC Home Loan Servicing, LP's counsel on June 27, 2012. Plaintiff is still waiting for BAC to respond to her application.

3. David and Rose Black, Case 06-cv-4418 (N.D. Ill.): Plaintiffs did not qualify for a loan modification but wished to keep their home. Ocwen Loan Servicing, LLC has offered Plaintiffs a reduced mortgage-payoff. Plaintiffs are attempting to get financing for the payoff. They sent an application to a financing agency on June 22, 2012, and it is currently in underwriting and awaiting approval to close.

4. Charles and Linda Rehbock, Case 06-cv-1581 (N.D. Ill.): The fully executed settlement agreement was signed by Plaintiffs on July 27, 2011. Recently recorded deed in lieu of foreclosure documents were received on August 29, 2012 and Settlement funds are due on September 11, 2012, at which point the case will be ready to be dismissed.

    Respectfully submitted,

    s/ Catherine A. Ceko
    Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on August 31, 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Catherine A. Ceko