# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| IN RE Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | Centralized before the Honorable |
| INDIVIDUAL ACTIONS ) | Marvin E. Aspen |
| ) | |
| Defendant. ) | |

## STATUS REPORT FOR OPT-OUT PLAINTIFFS, ROGERS & HOWARD

1. *Rogers v. Town & Country Credit, et. al.,* (N.D. Ill. Case No. 06-cv-02736);

Agreement in principle reached, subject to securing the funds necessary to pay the servicer, Ocwen Financial Corporation, the current demand by September 28, 2012. Status set for September 13, 2012 at 10:15am. before Judge Denlow.

2. *Howard v. Ameriquest*, (N.D. Ill. 07 C 95)

The parties have resolved this matter and are finalizing the settlement agreement.

Dated: August 31, 2012

Respectfully Submitted,

By:/s/Keith J. Keogh
Keith J. Keogh

Keith J. Keogh
KEOGH LAW, LTD.
101 N. Wacker Dr., Ste. 605
Chicago, Il 60606
312.726.1092
312.726.1093 (FAX)