UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris filed complaints on behalf of 70 households in the Ameriquest MDL proceedings. With the help two settlement conferences conducted by Magistrate Judge Denlow, the parties were able to reach a settlement in principal in June 2011. Since then, this Court has entered 59 Stipulations of Dismissal.

Of the 11 plaintiffs whose claims are still pending, 9 plaintiffs are continuing to negotiate in good faith with Homeward Residential (formerly AHMSI), while the other 2 are negotiating in good faith with Chase to come to a loan modification agreement or another agreement relating to the disposition of the property. Judge Denlow has been very helpful in holding status conferences every few months to check on these remaining issues. The parties hope to have all of these issues resolved in the next few months.

Respectfully Submitted:

Date: August 31, 2012

/s/ Anthony P. Valach, Jr.
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

**CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 31st day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

                        By:    /s/ Anthony P. Valach, Jr.