IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Linda Pacheco v. AMC Mortgage Services, Inc., et al.*, 07-CV-00136, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **LINDA PACHECO** (collectively "Plaintiffs") and Defendants **AMC MORTGAGE SERVICES, INC.** dba **DELAWARE AMC MORTGAGE SERVICES, INC.**, and **AMERIQUEST MORTGAGE COMPANY** (collectively "Defendants") hereby stipulate that the *Linda Pacheco v. AMC Mortgage Services, Inc., et al.*, 07-CV-00136 (N.D. Ill) (transferred into the MDL from Rhode Island) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 8/24, 2012

Respectfully submitted,

By: _____
*Pro Se Plaintiff*

Linda Pacheco
3044 Pawtucket Avenue, Apt. 123
Riverside, Rhode Island 02915

DATED: 8/31, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants AMC Mortgage Services, Inc. and Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 31st day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies