IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Goodell v. Ameriquest Mortgage Company, et al.*,<br>Case No. 1:07-cv-03583 | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **LEE GOODELL** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **ALAMO TITLE CO.** (collectively "Defendants") hereby stipulate to the dismissal of his claims in *Goodell v. Ameriquest Mortgage Company, et al.*, Case No. 1:07-cv-03583 (N.D. Ill) (transferred into the MDL from the United States District Court, Southern District of Texas) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve any and all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: August 20, 2012

Respectfully submitted,

By: _____
*Pro Se Plaintiff Lee Goodell*

Mr. Lee Goodell
15705 Seattle Street
Jersey Village, TX 77040-3027

DATED: August 31, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: August 31, 2012

Respectfully submitted,

By: /s/ Albert E. Fowerbaugh, Jr.
*Attorneys for Defendant Alamo Title Company*

Albert E. Fowerbaugh, Jr., Esq.
BUTLER, RUBIN, SALTARELLI & BOYD, LLP
70 West Madison Street, Ste. 1800
Chicago, IL 60602
Telephone: (312) 696-4440
Facsimile: (312) 444-9294

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 31st day of August 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies