UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                                    Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 13, 2012:


MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 9/13/2012 and continued to 11/15/2012 at 10:15 AM. With respect to Velma Jiles, Case 06 C 2771, BAC Home Loan Servicing, LP shall respond to Plaintiff's request for a loan modification by 10/4/2012 or have a representative appear in Court on 11/15/2012 at 10:15 a.m. Discovery shall proceed with respect to all third party claims unless the parties jointly agree to stay discovery in order to engage in settlement talks.Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.