# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Assigned to Magistrate Judge Morton Denlow<br><br>**AMERIQUEST'S INTERROGATORIES (SET ONE) PROPOUNDED ON FIDELITY ENTITIES** |

**PROPOUNDING PARTY:** Third-Party Plaintiff AMERIQUEST MORTGAGE COMPANY

**RESPONDING PARTY:** Third-Party Defendants CHICAGO TITLE INSURANCE, COMMONWEALTH LAND TITLE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, AMERICAN PIONEER TITLE INSURANCE COMPANY, TRANSNATION TITLE INSURANCE COMPANY

**SET NO.:** ONE (1)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant and third-party plaintiff Ameriquest Mortgage Company hereby requests that third-party defendants Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company answer all of the following Interrogatories, in writing and under oath, within thirty (30) days of the date of service hereof.

## DEFINITIONS AND INSTRUCTIONS

1. "Third-Party Defendants" means Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company.

2. "Blanket" or "Blanket Closing Protection Letter," means any closing protection letter that would apply to future closings of real estate transactions when conducted by an identified issuing agent/approved attorney and a policy is issued by the title underwriter.

3. Unless otherwise stated, the time period at issue is January 1, 2000 to December 31, 2005.

4. In lieu of Identifying a Document, the responding party may produce the Document or Communication itself, provided that its interrogatory response specifies with particularity the Document or Communication(s) responsive thereto.

5. If a Document once existed and has since been lost, destroyed, or is otherwise missing or unavailable, the responding party shall Identify the Document and state the details concerning the unavailability of such Document.

6. These interrogatories impose on the responding party a continuous obligation. If the responding party subsequently becomes aware of information that renders its answers to these interrogatories incomplete or inaccurate, it is required to supplement or amend its answers promptly to make such responses complete and accurate.

7. The information requested by the interrogatories only needs to be provided by the Fidelity entity referenced in the following Chart or its successor entity.

8. "Chart" refers to the following:

| Third-Party Defendant | Alabama | Connecticut | Illinois | Massachusetts | Michigan | Rhode Island |
|---|---|---|---|---|---|---|
| Chicago Title Insurance | X | X | X | X | X | n/a |
| Commonwealth Land Title | X | X | X | X | n/a | X |
| Fidelity National Title Insurance Co. | X | X | X | X | X | X |
| Lawyers Title Insurance Company | X | X | X | X | X | n/a |
| Ticor Title Insurance Company | X | X | X | X | X | X |
| American Pioneer Title Insurance Co. | n/a | X | X | X | X | n/a |
| Transnation Title Insurance Co. | n/a | n/a | n/a | X | X | X |

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify by Bates number(s) Documents reflecting each form of Blanket Closing Protection Letter used by Third-Party Defendants for each of the corresponding states marked with an "X" on the Chart.

**INTERROGATORY NO. 2:**

Describe how Blanket Closing Protection Letters were issued by Third-Party Defendants for each of the corresponding states marked with an "X" on the Chart including, but not limited to, the process for completing the letters such as whether blanks in the regarding line or other particular language were used to indicate that a closing protection letter is blanket, any characteristics that would distinguish it from a transaction-specific letter, any approval process, and any website for generation of the letter.

DATED: August 10, 2012          Respectfully submitted,

                                By:___/s/ Randall Manvitz_____

                                *Attorneys for Third-Party Plaintiff* Ameriquest Mortgage Company

                                Randall L. Manvitz (admitted *pro hac vice*)
                                Buchalter Nemer
                                55 Second Street, Suite 1700
                                San Francisco, California 94105
                                Telephone: (415) 227-0900
                                Facsimile: (415) 227-0700

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

**AMERIQUEST MORTGAGE COMPANY'S INTERROGATORIES (SET ONE) PROPOUNDED ON CHICAGO TITLE INSURANCE, COMMONWEALTH LAND TITLE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, AMERICAN PIONEER TITLE INSURANCE COMPANY, TRANSNATION TITLE INSURANCE COMPANY**

on the parties and/or their attorney(s) listed below by:

Albert Edwin Fowerbaugh, Jr.
Andy Shapiro
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, IL 60602
(312) 696-4440
312-444-9294 (fax)
afowerbaugh@butlerrubin.com
ashapiro@butlerrubin.com

**BY EMAIL** On August 10, 2012, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

**BY FACSIMILE** I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 10, 2012, at San Francisco, California.

_____  _____
Heidi Bennett                 (Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Assigned to Magistrate Judge Morton Denlow<br><br>**AMERIQUEST'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON FIDELITY ENTITIES** |

**PROPOUNDING PARTY:** Third-Party Plaintiff AMERIQUEST MORTGAGE COMPANY

**RESPONDING PARTY:** Third-Party Defendants CHICAGO TITLE INSURANCE, COMMONWEALTH LAND TITLE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, AMERICAN PIONEER TITLE INSURANCE COMPANY, TRANSNATION TITLE INSURANCE COMPANY

**SET NO.:** ONE (1)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") hereby requests that Third-Party Defendants Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, Transnation Title Insurance Company ("Fidelity Entities") produce the documents requested below within thirty (30) days of the date of service hereof, at the offices of Buchalter Nemer, 55 Second Street, Suite 1700, San Francisco, CA 94105. Ameriquest's inspection and copying will not permanently alter the items inspected or copied.

## DEFINITIONS

1. "Ameriquest" means Ameriquest Mortgage Company, its agents, parent entities, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

2. "Third-Party Defendants" means Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company.

3. "Blanket" or "Blanket Closing Protection Letter," means any closing protection letter that would apply to future closings of real estate transactions when conducted by an identified issuing agent/approved attorney and a policy is issued by the title underwriter.

4. "Document" and "Documents" shall have the meaning ascribed to those terms in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers, writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills, billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs, audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries, calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions, recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes, summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether optical, visual or magnetic), and any other tangible things on which any handwriting, typing, printing, photostatic image, magnetic or electronic impulse, or other form of communication is recorded or reproduced, and any amendments or supplements to any of the foregoing no matter by whom prepared. The term "Document" includes originals and each copy thereof if such copy differs in any respect from the original (whether because of notes or other information appearing on such copy or otherwise).

5. "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

6. "Chart" refers to the following:

| Third-Party Defendant | Alabama | Connecticut | Illinois | Massachusetts | Michigan | Rhode Island |
|---|---|---|---|---|---|---|
| Chicago Title Insurance | X | X | X | X | X | n/a |
| Commonwealth Land Title | X | X | X | X | n/a | X |
| Fidelity National Title Insurance Co. | X | X | X | X | X | X |
| Lawyers Title Insurance Company | X | X | X | X | X | n/a |
| Ticor Title Insurance Company | X | X | X | X | X | X |
| American Pioneer Title Insurance Co. | n/a | X | X | X | X | n/a |
| Transnation Title Insurance Co. | n/a | n/a | n/a | X | X | X |

## INSTRUCTIONS

1. Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner. If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2. Unless otherwise specified, the document requests set forth below pertain to Documents that were prepared, generated, written, sent, dated or received during the time period from January 1, 2001 to December 31, 2005.

3. If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information;

 (a) The disposition of the Document;

 (b) The date such disposition was made;

 (c) The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

 (d) Identify the Person who made the decision to dispose of the Document;

 (e) State the reason for the disposition;

 (f) Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

4. Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

  (a) Identify the nature of the privilege (including work product) that is being claimed; and

  (b) Provide the following information in a privilege log accompanying Your response:

   (i) The paragraph of this request to which such Document is responsive;

   (ii) The type of Document,

   (iii) The general subject matter of the Document;

   (iv) The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

5. Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

6. If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

7. Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to FRCP 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information to Ameriquest without delay.

## DOCUMENTS REQUESTED

### REQUEST NO. 1:

Documents sufficient to show any and all forms of blanket closing protection letters used by Third-Party Defendants for each of the corresponding states marked with an "X" on the Chart.

**REQUEST NO. 2:**

Any and all Documents Relating To the loan closings for the loans referenced at Ex. A including but not limited to applicable closing protection letters, closing affidavits, closing instructions, closing files, title files, or loan files.

**REQUEST NO. 3:**

For each row of Ex. A, any and all closing protection letters for Ameriquest which reference the title underwriter and title company/approved attorney dated on or before the date of the loan which do not reference a specific loan transaction.

**REQUEST NO. 4:**

Any and all Documents memorializing any closing protection letter generated for Ameriquest with respect to a title underwriter and title company/approved attorney listed on a row of Ex. A (such as, for example, a spreadsheet from the database of closing protection letters from Fidelity's websites and corresponding form of closing protection letter as produced in the *Terry* matter).

**REQUEST NO. 5:**

Any and all agreements between Ameriquest and any title underwriter listed on Ex. A. which is not limited in scope to a specific loan transaction.

**REQUEST NO. 6:**

Any and all agreements between any title underwriter and title company listed on a row of Ex. A in effect at any time from January 1, 2001 to December 31, 2005.

**REQUEST NO. 7:**

Any and all files or folders (electronic or hard copy) for any of the title companies listed on Ex. A including but not limited to the agent files and audit files.

DATED: August 10, 2012

By: /s/ Randall Manvitz
*Attorneys for Third-Party Plaintiff* Ameriquest Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0700

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Abbatematteo, Joann Abbatematteo, Joseph | 0059864702 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Adamowicz, Timothy Adamowicz, Francis | 0065211104 | The Matlusky Firm, LLC; Resource Title, LLC | American Pioneer Title Insurance Co. |
| Adams, Glenn Adams, Laverne | 0069529667 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Adkins, Sherry Adkins, James | 0103988804 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Aguiar, Paul Aguiar, Guilhermina | 0128911666 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Allgood, Kellie | 0138240924 | Heritage Title | Fidelity National Title Insurance Company |
| Anderson, Dean Anderson, Diane | 0083573527 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bailey, James H. | 0103453601 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Bailey, Wray Bailey, Wendy | 0042412726 | Superior Closing Services, LLC; Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Balark, Eric McMiller, Michelle | 0120067921 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Banuelos, Pedro Banuelos, Celia | 0119993186 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Barboza, Benjamin Barboza, Manuel | 0043368737 | Superior Closing Services, LLC Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Barletta, Pam | 0070114186 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Barrett, Linda | 0128580305 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Beane, Virginia Beane, Robert | 0067116327 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Beaudoin, Carol A. Beaudoin, Ronald | 0135092088 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Benoit, Ronald Benoit, Monique | 0122988207 | Nicholas Barrett and Associates | Fidelity National Title Insurance Company |
| Bergquist, Sandra | 0104425285 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Besterfield, James | 0103670881 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Billings, Jacob Billings, Taylor | 0109840405 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Black, Junior Terrance Campbell, Rene | 0085340586 | John Weber & Associates, P.C.; Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Bodin, Harry | 0044849156 | National Real Estate | Fidelity National Title Insurance Company |
| Booth, Sallie | 0044303477 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Bowe, Michael | 0074714387 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Bowles, Karen | 0133068908 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Braz, Gary Braz, Anita | 0106843360 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Bricker, Anthony Bricker, Michelle | 0086694684 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bridges, LaFranco | 0083711408 | Prince Brothers Inc. | Fidelity National Title Insurance Company |
| Britt, Robert Britt, Tammy | 0100645704 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Calvin Brown, Dora | 0069107308 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Dorothy | 0091080069 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Kenneth Brown, Monica | 0101981686 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Buck, Bruce Buck, Shannon | 0080501968 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Buckner, Jacqueline | 0083227264 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bumpers, Henry Bumpers, Elizabeth | 0070729785 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Buniski, Carolyn F. | 0052795721 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Burgess, Ernest Burgess, Peggy | 0066806142 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Burton, Kenneth G. | 0138039805 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Butt, Stephanie Butt, James | 0139228407 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Carlson, Raymond Carlson, Rebecca | 0047829833 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Cavallo, Matthew | 0079910949 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Chandler, Jennifer | 0135748085 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Chaney, Shirley Chaney, Willie | 0030315899 | ATI Title | Chicago Title Insurance Co. |
| Charette, Heidi Charette, Richard | 0092283761 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Chaumley, Sarah | 0078232485 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Churchill, Dale<br>Churchill, Kelley | 0106221526 | Devon Title | Transnation Title Insurance Co. |
| Clark, Harvey | 0104443825 | Nations Title Agency of Arizona, Inc. | American Pioneer Title Insurance Co. |
| Clarke, Christopher<br>Clarke, Karie | 0112275508 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Coleman, Arthur<br>Coleman, Ethelyn | 0138267067 | Richmond Title Services | Lawyers Title Insurance Corporation |
| Coleman, Nancy Elder<br>Elder, Robert | 0103956702 | CT Mortgage Information Services | Lawyers Title Insurance Corporation |
| Coleman, Nancy Elder<br>Elder, Robert | 0144716883 | Richmond Title Services | Lawyers Title Insurance Corporation |
| Cooley, Kandee<br>Cooley, Wilbert | 0083562207 | LSI - Fidelity Title & Escrow | Chicago Title Insurance Co. |
| Copeland, Kevin | 0065508947 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Coutant, Jeffrey<br>Coutant, Sharon | 0087464087 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Crandall, Gary | 0120394523 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Crocker, David | 0083173526 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Cue, Willie Mae | 0040642738 | Law Offices of Morris I. Olmer | Lawyers Title Insurance Corporation |
| Curtis, Joseph G.<br>Curtis, Elizabeth | 0098918063 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Davis, Sonja<br>Davis, Donya | 0100970763 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Delgado, John F. | 0110734142 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Dell, Simon | 0050091420 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Derda, Cindy<br>Derda, Paul | 0062396445 | Integrity Closing Service | American Pioneer Title Insurance Co. |
| Desrosiers, Wilfred<br>Desrosiers, Barbara | 0079544524 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Diaz, Jr., Jesus<br>Diaz, Karen | 0081706145 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company of New York |
| Dickerson, Mark | 0133619882 | K.E.L. Title Insurance Agency;<br>Security Union Title Insurance Company | Chicago Title Insurance Co. |
| Diggins, Janet | 0091594127 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Doolittle, Edward<br>Doolittle, Babette | 0088403308 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Dorney, Joan<br>Dorney, James | 0140211467 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Duchene, David John | 0135511566 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Dugan, James<br>Dugan, Donna | 0089319222 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Duhamel, Sandra L | 0106693260 | Tapalian & Tadros, P.C. | Commonwealth Land Title Co. |
| Dupuis, Glenn<br>Dupuis, Holly | 0110526944 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Evans, Cheryl E. | 0136899861 | Northwest Title & Escrow Corporation;<br>Ticor Title Insurance Company of Florida | Ticor Title Insurance Co. |
| Faust, Gwen<br>Russell, Eileen | 0115697526 | Schop & Pleskow, LLP | Ticor Title Insurance Co. |
| Ferencz, Dawn<br>Ferencz, Steven | 0085000982 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Fillan, Carlos<br>Fillan, Alicia Margarita | 0073138604 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Fitzner, Kenneth<br>Fitzner, Dawn | 0083422162 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Fox, Michael A. | 0075479105 | Prince Brothers Inc. | Fidelity National Title Insurance Company |
| Freeberg, Marianne<br>Freeberg, Oscar | 0093095602 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Fuller, Kurt<br>Fuller, Nancy | 0081990061 | Fidelity National Title Insurance Company | Fidelity National Title Insurance Company |
| Furgeson, Marie | 0044556546 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Gaeta, Joseph<br>Gaeta, Dorothy | 0101193985 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Galvan, Patrick | 0063846661 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Gayauski, Peter<br>Gayauski, Donna | 0135483980 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Gburek, Camille | 0037940988 | Executive Land Title | Lawyers Title Insurance Corporation |
| Gelman, Carl<br>Gelman, Hope | 0084367846 | Complete Title Solutions, Inc. | Commonwealth Land Title Co. |
| General, Gevalsa<br>General, Ronald | 0072149149 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Gerbig, Karen; Huston, Mary Christine | 0072228349 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Gomez, Luz | 0039269618 | Equity Settlement Services, Inc.; Peter Marchelos; Vital Signing, Inc. | American Pioneer Title Insurance Co. |
| Goodell, Lee; Goodell, Rebecca | 0111910147 | Alamo Title Company | Alamo Title Insurance Co. |
| Grabowski, Peter | 0083059626 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Grayson, Erwin; Grayson, Lillian | 0124514761 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Green, Donald; Green, Sharon | 0097806905 | Towne & Country Land Title Agency, Inc. | Fidelity National Title Insurance Company |
| Greene, Samuel | 0044930105 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Griffin, Nicholas; Griffin, Ann | 0048273841 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Gruhlke, Michael; Gruhlke, Lorie | 0148243629 | Richmond Title Services, LP | Chicago Title Insurance Co. |
| Guiditta, Edward; Guiditta, Nina | 0118957927 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Guillemette, Michael A.; Guillemette, Michelle | 0101495406 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Harris, Castella Williams | 0037122983 | Law Title Insurance Company | Fidelity National Title Insurance Company |
| Harris, Melissa D. | 0078473709 | Tristar Title, LLC; First Choice Signing Service, LLC | Ticor Title Insurance Co. |
| Hasapes, Jason | 0067067561 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Hawkins, Nile E. | 0114642309 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Henderson, Irma | 0121482723 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Hinkley, Diana | 0055275523 | First Suburban Title Company | Chicago Title Insurance Co. |
| Hinkley, Diana | 0098518848 | First Suburban Title Company | Chicago Title Insurance Co. |
| Hodor, Steven; Hodor, Valerie | 0069293702 | Northwest Title & Escrow Corporation; CloseNet, LLC | American Pioneer Title Insurance Co. |
| Holmes, Dennis; Homes, Brenda | 0043218940 | Superior Closing Services, LLC; Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Holt, Geraldine | 0074227885 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Holzmeister, Michael | 0095230520 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Horne, Mary Ann; Parker, Ann M. | 0121966626 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Huggins, Maurice; Huggins, Pearl | 0053631628 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Igaz, Michael; Igaz, Connie | 0095977864 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Isom, Dennis; Isom, Lisa | 0123358244 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Ivery, Jerry; Ivery, Jacqueline | 0080872088 | Network Closing Services, Inc.; American Pioneer Title Insurance Co. | American Pioneer Title Insurance Co. |
| Iwanczenko, John; Iwanczenko, Maryann | 0041565672 | Superior Closing Services, LLC; Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Jagoe, Bobby; Jagoe, Karen | 0119209120 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co.; Lawyers Title Insurance Corp. |
| Jagoe, Bobby; Jagoe, Karen | 0119209120 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co.; Lawyers Title Insurance Corp. |
| Jaye, Patrick; Jaye, Laurie | 0127250520 | Richmond Title Services, L.P. | Lawyers Title Insurance Corporation |
| Jennings, Larry | 0134245125 | Richmond Title Services, LP; Lawyers Title Insurance Corp.; NPC | Lawyers Title Insurance Corporation |
| Johnson, Karen; Johnson, Stanley | 0105748222 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Jones, Janie | 0144214681 | K.E.L. Title Insurance Agency, Inc. | Fidelity National Title Insurance Company |
| Jones, Joann | 0137944849 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Jones, Michael; Jones, Debbie | 0128325123 | Richmond Title Services, LP | Lawyers Title Insurance Corporation |
| Jones, Mona Lee | 0068283043 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Jones, Sentueal; Palmer, Cecily O. | 0063296545 | Schop & Pleskow, LLP | Ticor Title Insurance Co. |
| Joyner, Preston; Joyner, Delana | 0086271541 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Juano, Charlie; Juano, Mylani | 0094070703 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Juillerat, Deborah | 0034005595 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Karlin, David | 0128708765 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Key, Earl E. | 0035972652 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Kielczewski, Anna M. | 0134481688 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Knox, Nona<br>Knox, Albert | 0036185353 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co. |
| Kobialka, Edward<br>Kobialka, Ruth | 0040776569 | The Law Offices of William A. Snider | Lawyers Title Insurance Corporation |
| Korlacki, Stephen R. | 0124572603 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Kosla, Christine<br>Kosla, Joseph | 0071655781 | Northwest Title & Escrow Corporation; CloseNet, LLC | American Pioneer Title Insurance Co. |
| Krise, George D.<br>Haynes, Dana S. | 0074193848 | Northwest Title & Escrow Corporation; CloseNet, LLC | American Pioneer Title Insurance Co. |
| Kruger, John | 0148383847 | Middle Atlantic Settlement Services, LLC; Advanced Closing Services, Inc. | Lawyers Title Insurance Corp. |
| Kudyba, Krystyna | 0129540803 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Kukla, Mike A. | 0075414789 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Lancaster, Christopher<br>D'Ortona, Carolyn | 0120945787 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Lappin, William<br>Lappin, Linda | 0088363841 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Leal, Patricia | 0114984743 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Leblanc, Scott | 0073714503 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Lehan, Timothy | 0049862287 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Lenahan, Richard | 0137807681 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Lepore, Anthony<br>Lepore, Lori | 0105499784 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Lewis, Benjamin<br>Lewis, Maia | 0142568187 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Luedtke, Roger<br>Luedtke, Christine | 0089427223 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Lyles, Audrey | 0074486523 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Lyness, Gary<br>Lyness, Linda | 0117997221 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Macswain, Andrea<br>Clark, Stephen | 0116621103 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Madrazo, Richard A. | 0099057747 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Magliano, Mike<br>Magliano, Judith | 0108082066 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Mandeville, Darlene L. | 0133490268 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Marshall, Mondria | 0126418342 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Martin, Shelly<br>Martin, Joseph | 0114278781 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Martindell, Donald<br>Martindell, Wanda | 0105962807 | Indiana Title Network Company | Fidelity National Title Insurance Company |
| Masson, Patricia | 0114938483 | Tapalian & Tadros, P.C. | Commonwealth Land Title Co. |
| McCray, Frances<br>McCray, Harold | 0137625968 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co.; LandAmerica Commonwealth |
| McCrum, Jerry<br>McCrum, Jeanne | 0136557568 | Richmond Title Services, LP; Lawyers Title Insurance Corp.; NPC | Lawyers Title Insurance Corporation |
| McGowan, Sandra | 0048603070 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| McLin, Dwayne<br>McLin, Bridgette | 0095996724 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Meek, Richard<br>Meek, Kelly | 0069028066 | Oldstone Title Agency, LLC | Commonwealth Land Title Insurance Co. |
| Mejia, Jose<br>Mejia, Rose | 0130946809 | Tristar Title, LLC; Ticor Title Insurance Co. | Ticor Title Insurance Co. |
| Mikowski, Joseph<br>Mikowski, Patricia | 0110926862 | Indiana Title Network Company | Fidelity National Title Insurance Company |
| Milardo, David<br>Milardo, Lucinda | 0080946668 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Miller, Benjamin<br>Miller, Katherine | 0081183584 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Mills, Delois | 0037658861 | Residential Title Services, Inc. | Commonwealth Land Title Insurance Co. |
| Montgomery, Michele<br>Montgomery, Mark | 0093481703 | Devon Title | Fidelity National Title Insurance Company |
| Morgan, Robert<br>Morgan, Marjorie | 0130929789 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Muro, Robert | 0046878773 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Nason, David<br>Nason, Rachel | 0098937188 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Neubeck, Christopher<br>Neubeck, Peggy | 0138470489 | Tristar Title, LLC | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Niese, Catherine | 0073386500 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| O'Donnell, Brian M. | 0096289608 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| O'Keefe, Michael, III / O'Keefe, Susan | 0122094329 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Olynciw, Michael | 0039385992 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Onesimus, Joseph / Onesimus, Myra | 0103758769 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Osten, Michael / Osten, Maria | 0046573267 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Overstreet, Layton | 0130796063 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Pascoe, Dwulth / Pascoe, Tanya | 0078443843 | Superior Closing Services | Ticor Title Insurance Co. |
| Patterson, Estelle | 0089538086 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Peabody, Robert / Peabody, Debra | 0031952948 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Pecor, Joseph / Pecor, Jacqueline | 0104026380 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Pepper, Michael / Pepper, AnnMarie | 0106375280 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Perry, Judy | 0096677760 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Peterson, Harold / Zevallos, Elizabeth | 0088668769 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Pipkins, Richard | 0141329920 | Northwest Title Alabama | Ticor Title Insurance Co. |
| Potter, John / Potter, Lisa | 0048024269 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Ramos, Leonor C. | 0087240529 | Tapalian & Tadros, P.C. | Lawyers Title Insurance Corporation |
| Rehbock, Charles / Rehbock, Linda | 0099940140 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rita, Linda L. | 0110586047 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Robinson, Shree / Robinson, James | 0072915200 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Rocco, Joseph / Rocco, Nancy | 0106137409 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rodriguez, Hector / Rodriguez, Brenda | 0090473448 | Law Offices of Anthony Senerchia | Chicago Title Insurance Co. |
| Rodriguez, Jose / Albarran, Virginia | 0136200888 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rodriguez, Ralph / Chapman, Barbara | 0069970101 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Rondeau, Jan / Rondeau, Mathias | 0092958529 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Ross, Johnnie / Ross, Kareem | 0092076108 | Dewrell Sacks, LLP | Chicago Title Insurance Co. |
| Russo, Michael | 0103632907 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Salazar, Sergio / Salazar, Guadalupe | 0036302156 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Saunders, Pegi | 0083553800 | Fidelity National Title Company | Chicago Title Insurance Co. |
| Scott, George / Scott, Cynthia | 0118588904 | Home-Land Title & Abstract Co., Inc. | Fidelity National Title Insurance Company |
| Sedgwick, Kelly / Sedgwick, JoLynn | 0048180624 | Nations Title Agency of Illinois, Inc. | Lawyers Title Insurance Corporation |
| Seger, John / Seger, Deanna | 0061852901 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Sherman, Thomas | 0083393025 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sievers, Jerome / Sievers, Cheryl | 0083472829 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Simmons, Edward | 0122054380 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Sims, Ivan | 0136258688 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Singleton, LuAnn | 0121908305 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Skanes, Barbara J. | 0073752909 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Smith, Edward / Smith, Gail | 0090978966 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Smith, Eric / Yanong, Guillermina | 0034678318 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Smith, Wendy | 0087454328 | Nations Title Agency of the Carolinas | American Pioneer Title Insurance Co. |
| Snowden, Allie Bell | 0134417369 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Soto, Joanne / Soto, Jose | 0083697003 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sparks, Christine | 0124649146 | Richmond Title Services, L.P. | Lawyers Title Insurance Corporation |
| Spence-English, Sonia | 0052619467 | Superior Closing Services, LLC; Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Steinmiller, Gary; Steinmiller, Kelly | 0044147221 | B & S Services, LLC; Vital Signing, Inc. | American Pioneer Title Insurance Co. |
| Stratford, Samuel; Stratford, Christina | 0067947606 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Sulinski, Peter; Sulinski, Victoria | 0056477847 | The Law Offices of William A. Snider; Holler & Holler, LLC | Ticor Title Insurance Co. |
| Sullivan, David; Bathin, Drucie | 0045825080 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sutton, Daniel; Sutton, Jeanie | 0083808840 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Szurley, Andrew | 0133733725 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Terrell, Gloria J. | 0137675021 | Heritage Title | Fidelity National Title Insurance Company |
| Therrien, Gloria J. | 0078511185 | Fidelity National Title Insurance Company; Vital Signing, Inc. | Fidelity National Title Insurance Company of New York |
| Thibodeau, Chantel; Thibodeau, Jeffrey | 0069302644 | Schop & Pleskow, LLP | Chicago Title Insurance Co. |
| Thompson, Kenneth; Thompson, Linda | 0114692502 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Tieri, Rocco C. | 0109642082 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Tipton, Hugh; Tipton, Mary | 0124840620 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Titus-Ashford, Jacqueline | 0088499686 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Townes, James | 0124610908 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Treadwell, Gilbert; Treadwell, Genelle | 0039506936 | Nations Title Agency of Illinois | Fidelity National Title Insurance Company of New York; Lawyers Title Insurance Co. |
| VanderPol, William; VanderPol, Trudy | 0065099228 | Devon Title | Fidelity National Title Insurance Company |
| Wakefield, David; Wakefield, Janet | 0046273900 | David B. Carroll | Chicago Title Insurance Co. |
| Walker, Tyrone; Walker, Betty | 0118684869 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Walsh, Keith; Walsh, Yvonne | 0089620124 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Walz, Steve; Walz, Suellen | 0059452227 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Warner, Iris | 0137967261 | Heritage Title | Fidelity National Title Insurance Company |
| Warren, Sheila; Warren, Ronald | 0091066928 | Lawyers Title Insurance Corporation | Lawyers Title Insurance Corporation |
| Washington, Rochelle; Washington, Sidney | 0043996610 | Law Title Insurance Company; A Title Escrow Company | Lawyers Title Insurance Corporation |
| Wayland, Clarence | 0071265540 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Wayne, Robert; Wayne, Twila | 0087201323 | Towne & Country Land Title Agency, Inc. | Fidelity National Title Insurance Company |
| Webb, Priscilla C. | 0149704223 | LandAmerica Onestop 1 | Lawyers Title Insurance Corporation |
| Wessel, Kevin; Wessel, Sherry | 0047432372 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Whitsett, Shalese | 0083329847 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Whittall, Constance | 0133231902 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Wildermuth, Victoria A.; Wildermuth, Thomas J. | 0075658724 | Charter Title Agency | Commonwealth Land Title Insurance Co. |
| Wilgoren, Joshua | 0132292129 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Williams, Claude | 0038192357 | Prince Brothers Inc. | Fidelity National Title Insurance Company of New York |
| Williams, Victoria | 0126678408 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Witham, Beth; Witham, Leon | 0064755242 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Wright, Evelyn; Battle, Mary | 0099058448 | Devon Title | Fidelity National Title Insurance Company |
| Zahirovic, Osman; Zahirovic, Azra | 0112392568 | Tristar Title, LLC; Ticor Title Insurance Co. | Ticor Title Insurance Co. |
| Zarate, Ramon | 0038877080 | Chicago Title Insurance Co. | Chicago Title Insurance Co. |
| Zaremba, Paul; Zaremba, Roberta | 0099118184 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

**AMERIQUEST'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON CHICAGO TITLE INSURANCE, COMMONWEALTH LAND TITLE, FIDELITY NATIONAL TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, AMERICAN PIONEER TITLE INSURANCE COMPANY, TRANSNATION TITLE INSURANCE COMPANY**

on the parties and/or their attorney(s) listed below by:

Albert Edwin Fowerbaugh, Jr.
Andy Shapiro
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, IL 60602
(312) 696-4440
312-444-9294 (fax)
afowerbaugh@butlerrubin.com
ashapiro@butlerrubin.com

**BY EMAIL** On August 10, 2012, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

**BY FACSIMILE** I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 10, 2012, at San Francisco, California.

_____Heidi Bennett_____      _____
                                          (Signature)

6
AMERIQUEST'S RFP TO FIDELITY ENTITIES (SET ONE), CASE NO. 1715

BN 12150134v1