# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROSE TERRY. et al.,

Plaintiffs,

CASE NO.: 1:08-CV-2475

vs.

Honorable Edmond E. Chang

AMERIQUEST MORTGAGE COMPANY, et al.,

Defendants.

---

DEPOSITION OF
LORI ANN DRAKE

Taken on behalf of Defendant Ameriquest Mortgage Company

DATE TAKEN: June 20, 2012
TIME: 10:07 a.m.
PLACE: First Choice Reporting & Video Services
121 West Forsyth Street, Suite 820
Jacksonville, Florida 32202

Examination of the witness taken before:
Bobbie A. Umstead
Registered Professional Reporter
Florida Professional Reporter

- - -

2007-444193

A At the time I don't know.

Q So what did you do as a Tier 3 support for agentTRAX?

A Troubleshoot more issues and open up enhancement requests or bug requests.

Q Did you work with issuing agents at that time?

A Very little.

Q If they contacted you with a specific technological issue, you might communicate with them?

A Yes.

Q Was that pretty much when you would communicate with them?

A Yes.

Q And how long were you in the Tier 3 role?

A Until 2010.

Q And then what job title did you go to?

A Business analyst.

Q Did your job duties change from the beginning-of-2006 through 2010 time period as a Tier 3 analyst?

A Between 2006 and 2010, no.

Q When you were contacted in the 2005 time period about how to issue blanket closing protection letters, what would you tell issuing agents?

A That to issue a blanket letter, meaning to

cover all transactions, to leave the "Regarding" line blank.

Q And when was the first time that you started giving that instruction? Was it in the February 2005 time period?

A Yes.

Q And that instruction was commonly given to issuing agents in the 2005 through 2006 time period?

A Yes.

MR. FOWERBAUGH: Objection.

THE WITNESS: Sorry.

MR. FOWERBAUGH: Objection, vague. You say commonly given to issuing agents. You're not being clear as to in what context.

But you can answer that question. I guess you already did.

THE WITNESS: Sorry.

BY MR. MANVITZ:

Q The instruction for issuing agents to issue blanket closing protection letters with blanks in the "Regarding" line, did that instruction continue through the time that you issued -- the time that the nationwide memo was generated?

I asked an incoherent question.

Was the instruction to issuing agents to issue

blanket closing protection letters with blanks in the "Regarding" line commonly given from the February 2005 time period through at least July 2009 when the nationwide memo was sent?

MR. FOWERBAUGH: Objection to the characterization of the message of the day.

But you can answer the question.

THE WITNESS: Yes.

BY MR. MANVITZ:

Q And Heather Mahoney and Uquella Hawkins were trained to provide that same instruction, that issuing agents should leave blanks in the "Regarding" line if they wanted to issue a blanket closing protection letter?

A Yes.

Q And all the temps that worked on agentTRAX at the help desk were also trained that issuing agents should issue blanket closing protection letters by leaving blanks in the "Regarding" line?

A Yes.

Q I understand you had a conversation with Don Cole last month immediately before his deposition was taken. Was that the first time anyone ever informed you that leaving blanks in the "Regarding" line was not the appropriate method for issuing a blanket closing

protection letter?

A No.

Q When was the first time someone informed you that leaving a blank in the "Regarding" line was not the appropriate method for issuing a blanket closing protection letter?

A About a year ago.

Q That was Alex Ricks?

A Correct.

Q So the first time anyone informed you that leaving a blank in a closing protection letter was not the appropriate method was in 2011?

MR. FOWERBAUGH: Objection, asked and answered.

THE WITNESS: Yes.

BY MR. MANVITZ:

Q Do you know if any effort has been undertaken to inform issuing agents that leaving a blank in the "Regarding" line is not the appropriate method of issuing a blanket closing protection letter?

MR. FOWERBAUGH: Are you talking about on agentTRAX?

MR. MANVITZ: Anywhere.

MR. FOWERBAUGH: Well, then that's vague, calls for speculation.

THE WITNESS: I'm not aware.

BY MR. MANVITZ:

Q During the 2005 through 2011 time period, were you aware of any other method for issuing blanket closing protection letters?

A I was not aware.

Q So for the 2005 through 2011 time period, the only method that you're aware of for issuing blanket closing protection letters was leaving a blank in the "Regarding" line?

A Correct.

Q The only method that you know of that was utilized for agentTRAX by any issuing agent during the 2005 through 2011 time period for issuing blanket closing protection letters was leaving a blank in the "Regarding" line?

MR. FOWERBAUGH: Could you read that back, please?

(Question read by reporter.)

MR. FOWERBAUGH: Objection, asked and answered.

But answer it again if you can.

THE WITNESS: Yes.

BY MR. MANVITZ:

Q Has anyone ever informed you that there was a

concern about the nationwide instruction for blanket closing protection letters being issued with a blank "Regarding" line?

MR. FOWERBAUGH: Objection. vague.

THE WITNESS: No.

BY MR. MANVITZ:

Q The nationwide instruction that's on the last page of Exhibit 2, specifically with respect to leaving blanks in the "Regarding" line on a CPL standard letter, that was intended to continue with the standard practice for the Fidelity brands?

MR. FOWERBAUGH: Objection, vague.

THE WITNESS: It was to continue with issuing blanket letters, is my understanding of that nationwide practice.

BY MR. MANVITZ:

Q As the author of the nationwide memo, it was your intent to continue on with the practice that had long been in place at Fidelity to issue blanks in the "Regarding" line for blanket closing protection letters?

MR. FOWERBAUGH: Objection, asked and answered, vague as to "Fidelity."

Answer if you can.

THE WITNESS: I'm sorry. Can you repeat the question?

MR. MANVITZ: Sure.
BY MR. MANVITZ:
Q As the author of the nationwide memo, it was your intent to continue on with the practice that had long been in place at Fidelity to issue blanks in the "Regarding" line for blanket closing protection letters?
MR. FOWERBAUGH: Same objections.
THE WITNESS: Yes.
BY MR. MANVITZ:
Q For the information that's listed at Page 5 of Exhibit 2, the nationwide instruction regarding blanks in the "Regarding" line. where was that posted on agentTRAX?
A It was posted on the agentTRAX landing page.
Q What does that mean, "landing page"?
A It's the page a user sees after they log in.
Q So it was posted on the first page that a user sees after they log in?
A Yes.
Q So any person that logged in anywhere in the nation to agentTRAX would see the nationwide memo about leaving blanks in the "Regarding" line for blanket closing protection letters as the first thing they would see on agentTRAX?
MR. FOWERBAUGH: Objection, vague as to time

Q And what was the context?

A It's part of my job as a business analyst to look at data, so I could be looking at policy forms or closing protection letter data. It varies.

Q Have you ever looked at the data with respect to multi-transaction closing protection letter practices?

A No.

Q So when you're looking at the -- when you've looked at the data as a business analyst, have you ever -- well, what specifically have you looked at the data for as a business analyst?

MR. FOWERBAUGH: Objection, asked and answered.

THE WITNESS: Policy information, the different letter types for closing protection letters in the different states.

BY MR. MANVITZ:

Q When you're looking for the different types of letters, would you look at the actual letter itself versus the data?

A Yes.

Q Is it easy to generate an Excel spreadsheet showing the data of closing protection letters that have been generated on agentTRAX?

A Somewhat easy.

Q You say "somewhat easy." What's the hesitancy?

A It would depend on the time frame that you're looking at and the different -- how specific of information you would want. If it was a broad amount of information, it would take a little bit longer to extract that information.

Q Is it still an easy process; it just takes a little longer?

A Yes.

Q And if you're generating a large amount of information, do you tend to just dump the Excel spreadsheet onto some type of a disk?

A I have never done that before.

Q You just look at it online?

A I would look at it in a Sequel query in the database.

Q If you wanted to review closing protection letters that had been issued with blanks in the "Regarding" line, any reason why you couldn't do that?

A There's -- there is not a reason I couldn't do that.

Q Would it be a fairly easy process to have the system generate that information?

A Yes.

Q And would it also be a fairly easy process to have the system generate each time the phrase "All closings" has been entered in the "Regarding" line?

A Yes.

Q Is it easy to print all of the forms that are used on agentTRAX for closing protection letters?

MR. FOWERBAUGH: At what point in time? Objection, vague.

MR. MANVITZ: At any point in time.

MR. FOWERBAUGH: You mean like from 2005 to the present?

MR. MANVITZ: Correct.

THE WITNESS: I wouldn't say easy, no.

BY MR. MANVITZ:

Q Isn't there a process to regenerate a closing protection letter on agentTRAX?

A Yes.

Q Is that process difficult?

A No.

Q You just ask the system to reprint a prior closing protection letter?

A Correct.

Q Wouldn't it be easy to have the system reprint prior versions of closing protection letters that have

Q So it created a problem with states other than Louisiana trying to generate closing protection letters and not being able to do it with the Louisiana button that didn't say "Louisiana"?

A I don't understand the question.

MR. FOWERBAUGH: Vague.

BY MR. MANVITZ:

Q You said it was a training problem.

A Yes.

Q What was the training problem?

A That people would call in and ask why I can't -- "How can I use this button?" And they didn't need access to that button.

Q They needed access to another way to issue a blanket closing protection letter?

A Yes.

Q So were you receiving a large volume of calls and e-mails trying to issue blanket closing protection letters but not being able to with the Louisiana button?

MR. FOWERBAUGH: Objection. Vague as to "large."

THE WITNESS: I would ask what "large" meant.

BY MR. MANVITZ:

Q Do you know what "large" means?

MR. FOWERBAUGH: Well, it's a relative term.

THE WITNESS: I do.

BY MR. MANVITZ:

Q Would you consider it to be a large volume of communications about how to issue blanket closing protection letters?

A I would consider it medium.

Q It was a significant enough number that you felt like clarification was necessary?

A Yes.

Q When you're talking about "medium," give me an approximate number of communications that you were receiving during a year about this issue.

A Maybe a quarter of the user base.

Q What does that mean? When you say a quarter of the user base, how big is the user base?

A Oh, I don't know the exact number of users. If there's approximately 80,000 agentTRAX users, then a quarter of that would ask.

Q Okay. In a year?

A Yes.

Q And was that the case from when you started working on agentTRAX in February 2005 through the July of 2009 time period?

A I would say that it was more so closer to 2005 than it was at the 2010 mark.

Q And from your perspective, were blanket closing protection letters commonly used throughout the nation?

MR. FOWERBAUGH: Objection. Calls for speculation, lack of foundation.

THE WITNESS: As far as I was aware, people were issuing blanket CPLs across the nation.

BY MR. MANVITZ:

Q On a frequent basis?

A I don't know the answer to that question.

Q At least you were getting communications about them on a nationwide basis on a frequent basis?

A Yes.

Q Would that suggest to you that they were being used nationwide on a frequent basis?

MR. FOWERBAUGH: Objection. Asked and answered, lack of foundation.

THE WITNESS: Yes.

BY MR. MANVITZ:

Q Did you ever have a conversation with anyone about the frequency of use of blanket closing protection letters?

A No.

MR. MANVITZ: Counsel, there's a document request attached to the document notice.