# Exhibit 4

Walker, Wendy 06/21/12 10:00:00 AM

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION
 3
 4   ROSE TERRY, et al.,
 5      Plaintiffs,
                    CASE NO.: 1:08-CV-2475
 6   vs.
                    Honorable Edmond E. Chang
 7   AMERIQUEST MORTGAGE
     COMPANY, et al.,
 8
        Defendants.
 9
     _____
10
11
12              DEPOSITION OF
13            WENDY JEAN WALKER
14   Taken on behalf of Defendant Ameriquest Mortgage Company
15
16   DATE TAKEN:  June 21, 2012
     TIME:     10:00 a.m.
17   PLACE:    First Choice Reporting & Video Services
               121 West Forsyth Street, Suite 820
18             Jacksonville, Florida  32202
19
20      Examination of the witness taken before:
21          Bobbie A. Umstead
          Registered Professional Reporter
22         Florida Professional Reporter
23
                    - - -
24
25   2007-444196
```

Terry v Ameriquest                        None                        Page 1

Walker, Wendy 06/21/12 10:00:00 AM

```
1    Q   Have you ever looked at closing protection
2    letter data from agentTRAX to see what the users of the
3    system are entering?
4    A   No.
5    Q   Do you know of anyone at Fidelity that has?
6    A   I know that we've had requests for data to be
7    provided to certain individuals.
8    Q   In what context?
9    A   We -- in different contexts, where they will
10   just send us an e-mail, "Hey, could you dump the letter
11   data from this time period to this time period?" And
12   typically what I would respond back with is "Please tell
13   me all the fields you want included in that data dump,"
14   they would tell me, and I would send the data back to
15   them.
16   Q   And that's a pretty easy process to do?
17   A   From my standpoint pretty easy, because I'm
18   pretty much just the conduit from the business to the
19   technical guys.  The technical guys go in and grab the
20   data, do that.
21   Q   And does it seem easy for the technical guys
22   to provide you with that data?
23   A   Seems like it is, yes.
24   Q   You said in various contexts you've provided
25   that information.  What contexts?
```

Walker, Wendy 06/21/12 10:00:00 AM

1 requests?

2 A I'm sure -- my level of involvement would be

3 accepting the request and forwarding it to the data guys

4 to process.

5 Q Is it helpful to know -- because blanket

6 closing protection letters apply on an ongoing basis, if

7 you're looking for closing protection letters that apply

8 during a certain period of time do you inquire as to

9 whether you're looking for blanket or specific?

10 A I do not. They just provide what fields that

11 they're looking for out of the database and for what

12 time frame.

13 Q So if somebody was looking for data, let's

14 say, between 2003 and 2004 for -- if somebody was

15 looking for an applicable closing protection letter for

16 a lender between 2003 and 2004, what data would you

17 provide?

18 MR. FOWERBAUGH: Objection. Calls for

19 speculation and complete hypothetical.

20 But if you can.

21 THE WITNESS: Well, it would be based on the

22 request. If they simply said, "Can you dump any

23 data for this lender," regardless of anything else,

24 just in this time period, we would just dump

25 everything we had in the system and provide it to

Walker, Wendy 06/21/12 10:00:00 AM

1       the requester.

2   BY MR. MANVITZ:

3       Q   And that's relatively easy to do?

4       A   It seems to be, because I'm not the one

5   actually retrieving the data. They don't beat me up

6   when I ask them for it.

7       Q   And they respond relatively promptly?

8       A   Relatively quickly, depending upon their

9   workloads.

10      Q   Who's in the group that provides that data?

11          MR. FOWERBAUGH: At what point in time?

12          MR. MANVITZ: At any point in time.

13          THE WITNESS: Well, it's changed over the

14      years, so I could only speak to current, because

15      quite honestly I didn't really know who was doing

16      it before. But we have a database group that's

17      tasked with those data requests.

18  BY MR. MANVITZ:

19      Q   Are they called the database group?

20      A   They're called the DA group.

21      Q   What does that stand for?

22      A   Data architects. Yeah.

23      Q   How many people are in the group?

24      A   I couldn't tell you. Probably -- you know,

25  probably less than ten.