IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Assigned to Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on September 20**,** 2012 at 9:45 a.m**.**, we shall appear before the Honorable Morton Denlow in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Third-Party Plaintiffs' Motion to Compel, a copy of which is concurrently being served upon you.

DATED:  September 17, 2012          Respectfully submitted,

By: /s/  Randall L. Manvitz
*Attorneys for Third-Party Plaintiff* Ameriquest Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile:  (415) 227-0700

BN 12347445v2

## CERTIFICATE OF SERVICE

    I, Randall L. Manvitz, hereby certify that on this 17th day of September 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    By: /s/ Randall L. Manvitz