**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| ─────────────────────────── | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Lewark v. AMC Mortgage Services, et al.,* Case No. 1:09-cv-00218 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Danette M. Lewark ("Plaintiff") and Defendant **AMERIQUEST MORTGAGE COMPANY** and **AMC MORTGAGE SERVICES** (collectively "Defendants") hereby stipulate that the *Lewark v. AMC Mortgage Services, et al.,* Case No. 1:09-cv-00218 (N.D. Ill) (transferred into the MDL from the United States District Court, Western District of Pennsylvania) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: _____, 2011

Respectfully submitted,

By: _____
Attorneys for Danete M. Lewark

Louis M. Tarasi , Jr.
Tarasi & Tarasi, P.C.
510 Third Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-7135

DATED: 9/17, 2011

Respectfully submitted,

By: _____
Attorneys for Ameriquest Mortgage Company and
AMC Mortgage Services

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this _18th_ day of September 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _/s/ Joanne N. Davies_____