# EXHIBIT 1

# BUTLER RUBIN SALTARELLI & BOYD LLP

September 13, 2012

Albert E. Fowerbaugh, Jr.
Direct Dial: 312-696-4440
Direct Fax: 312-896-9174
afowerbaugh@butlerrubin.com

**BY E-MAIL AND U.S. MAIL**

Randall L. Manvitz
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, California 94105

Re: *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
MDL No. 1715

Dear Randall:

Enclosed please find: (1) Fidelity Third-Party Defendants' Objections and Responses to Ameriquest's Requests for Production (Set One) Propounded on Fidelity Entities; and (2) Fidelity Third-Party Defendants' Objections and Answers to Ameriquest's Interrogatories (Set One) Propounded on Fidelity Entities. Although we are under no obligation to do so, we are e-mailing you a copy of both discovery responses as you requested in your September 7 e-mail.

Before you even received my clients' responses to Ameriquest's document requests and interrogatories, you indicated a desire to meet-and-confer about those unseen responses. After you have had the opportunity to review my clients' responses, please let us know if Ameriquest still believes that a meet-and-confer conference is necessary. If it does, we would be happy to engage in a meet-and-confer teleconference pursuant to Local Rule 37.2. To ensure that call is productive, however, we kindly request that Ameriquest provide us with a letter or e-mail setting forth any issues or concerns that Ameriquest has with my clients' discovery responses that Ameriquest would like to discuss during the call. You will recall that this is the same procedure Ameriquest insisted upon before it would meet-and-confer about Ticor's concerns with Ameriquest's objections. (*See e.g.*, June 27, 2012, E-mail from R. Manvitz to A. Shapiro.)

Randall L. Manvitz
September 13, 2012
Page 2

  You previously requested a meet-and-confer conference tomorrow, the day after we served our responses. Due to our schedules and the upcoming Rosh Hashana holiday, Andy and I are unable to participate in a call tomorrow or on Monday. Andy and I, however, are available for a Rule 37.2 meet-and-confer conference at 2:00 p.m. (central) on Tuesday, September 18. If that works for you, please provide us by 5:00 p.m. (central) on September 17 with the letter/e-mail setting forth the issues Ameriquest would like to discuss during that call.

              Sincerely,

              Albert E. Fowerbaugh, Jr.

AEF:clp

Enclosures

cc: Andrew Shapiro

496625v1