# EXHIBIT 4



"Manvitz, Randall L."
<rmanvitz@buchalter.com>
09/07/2012 12:42 PM

To "AFowerbaugh@butlerrubin.com"
<AFowerbaugh@butlerrubin.com>
cc "ashapiro@butlerrubin.com" <ashapiro@butlerrubin.com>,
"Davies, Joanne" <jdavies@Buchalter.com>
bcc
Subject RE: In Re: Ameriquest MDL: Pending Discovery Request to Fidelity Entities

Al,

I called Wednesday at 2:00 CST as scheduled but only received your voicemail. I left a message at that time but still have not heard back from you. Because you insist that there is some reason why we should wait and see what Fidelity's response to the discovery will be, we will wait until after the 13th to raise the issue with Judge Denlow and plan on having a hearing on any objections on September 24.

So that the parties have adequate time to confer about the discovery in advance of the hearing date, we request that you email the responses on the 13th and be available to discuss them on the 13th or the 14th. Let me know when you are available on either of those days.
Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

**From:** Manvitz, Randall L.
**Sent:** Wednesday, September 05, 2012 11:33 AM
**To:** 'AFowerbaugh@butlerrubin.com'
**Cc:** ashapiro@butlerrubin.com; Davies, Joanne
**Subject:** RE: In Re: Ameriquest MDL: Pending Discovery Request to Fidelity Entities

Al,

Fidelity has already stated its position that discovery is stayed based on Judge Denlow's order and is not backing down from that objection and impending refusal to provide discovery on that basis. There is no reason to delay having Judge Denlow interpret his order so that Fidelity can formalize its refusal to respond. If we delay, it is likely that Judge Denlow will not be available to interpret his order given his upcoming retirement.

At the time that the discovery was served, we requested that you confer about any objections in advance so that the parties could work through them without delaying discovery responses. Fidelity has been silent. It appears disingenuous that Fidelity needs additional time to decide whether you are going to merely object to the outstanding discovery but let us know by tomorrow if Fidelity changes its position and will substantively respond to the discovery requests without reliance on an objection that discovery is stayed.
Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

**From:** AFowerbaugh@butlerrubin.com [mailto:AFowerbaugh@butlerrubin.com]
**Sent:** Wednesday, September 05, 2012 10:24 AM
**To:** Manvitz, Randall L.
**Cc:** ashapiro@butlerrubin.com; Davies, Joanne
**Subject:** RE: In Re: Ameriquest MDL: Pending Discovery Request to Fidelity Entities

Randall, our responses are not due until September 13. Therefore, until we have figured out and served our responses, any motion is premature.

Albert E. Fowerbaugh, Jr.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Ste. 1800
Chicago, IL 60602-4257

phone: (312) 696-4440
fax: (312) 896-4257
mobile: (312) 714-2375
email: afowerbaugh@butlerrubin.com

| "Manvitz, Randall L." <rmanvitz@buchalter.com> | To "AFowerbaugh@butlerrubin.com" <AFowerbaugh@butlerrubin.com>, "ashapiro@butlerrubin.com" <ashapiro@butlerrubin.com> |
|---|---|
| 09/05/2012 12:16 PM | cc "Davies, Joanne" <jdavies@Buchalter.com> |
| | Subject RE: In Re: Ameriquest MDL: Pending Discovery Request to Fidelity Entities |

Counsel,

I have not heard from you about available times for the proposed conference call so I will call you at 2:00 CST. If another time today works better, let me know. I can be at any time today with short advanced notice.

If we are unable to resolve this issue by Thursday, we will schedule it to be heard before Judge Denlow on September 12.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

**From:** Manvitz, Randall L.
**Sent:** Friday, August 31, 2012 4:13 PM
**To:** AFowerbaugh@butlerrubin.com; ashapiro@butlerrubin.com

**Cc:** Davies, Joanne
**Subject:** In Re: Ameriquest MDL: Pending Discovery Request to Fidelity Entities

Counsel,

Based on Fidelity's Status Conference Statement, Dkt. No. 5065, we understand that Fidelity objects to the outstanding discovery requests served on the Fidelity entities based on the argument that discovery is stayed per an order of Judge Denlow. Dkt. No. 5065 at p. 4. Fidelity's objection is not valid. The referenced order states that the discovery stay only applies "until the completion of mediation proceedings, as set for the in Section 2 below." Dkt. No. 3268 at p. 3 of 6. Fidelity acknowledges that mediation between Fidelity and the Ameriquest-related entities is terminated.

We are available to discuss Fidelity's objection to the discovery requests early next week and need to confer about the objection promptly so we can raise the issue before the Court immediately, if necessary.

Let me know some proposed times for a conference call.

In the meantime, have a nice 3-day weekend.
Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | **Please note our new address:** | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

*All phone numbers and e-mail addresses will remain the same.*

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message. To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

http://www.butlerrubin.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**