# EXHIBIT 5

1

```
                    TRANSCRIBED FROM DIGITAL RECORDING

                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION


  IN RE AMERIQUEST MORTGAGE CO.        )
  MORTGAGE LENDING PRACTICES           )   Case No. 05 C 7097
  LITIGATION                           )
                                       )   Chicago, Illinois
  -------------------------------      )   September 13, 2012
  THIS DOCUMENT RELATES TO ALL         )   10:46 a.m.
  CASES                                )
                                       )

                       TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE MORTON DENLOW, MAGISTRATE JUDGE

  APPEARANCES:

  For the Plaintiffs:    MR. DANIEL M. HARRIS
                         The Law Offices of Daniel Harris
                         150 N. Wacker Drive
                         Suite 3000
                         Chicago, IL  60606
                         (312) 960-1802

                         MR. CATHERINE A. CEKO
                         Edelman, Combs, Latturner & Goodman, LLC
                         120 S. LaSalle Street
                         18th Floor
                         Chicago, IL  60603
                         (312) 739-4200

  Transcriber:

               KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                       Official Court Reporter
                     United States District Court
            219 South Dearborn Street, Suite 2144-A
                       Chicago, Illinois  60604
                     Telephone:  (312) 435-5569
                   e-mail:  kathyfennell@earthlink.net
```

```
 1  APPEARANCES:  (Continued)
 2  For the Plaintiffs:      MR. KEITH J. KEOGH
                             Keogh Law, Ltd.
 3                           101 N. Wacker Drive
                             Suite 604
 4                           Chicago, IL  60606
                             (312) 726-1092
 5

 6
    For the Ameriquest
 7  Defendants:              MS. JOANNE N. DAVIES
                             Buchalter Nemer
 8                           18400 Von Karman Avenue
                             Suite 800
 9                           Irvine, CA  92612
                             (949) 760-1121
10
    For Chase Defendants:    MR. BENJAMIN P. WIECK
11                           Jenner & Block LLP
                             353 North Clark Street
12                           Chicago, IL  60654
                             (312) 840-7117
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1         And Mr. Rogers, you may recall, had until the end of
2 this month to pay off a loan servicer. We're still working on
3 that. It's -- as we're getting closer, it seems doubtful, but
4 we're still pushing it, and hopefully they'll come up with
5 funds.
6         THE COURT:  Okay.
7         MR. KEOGH:  So --
8         THE COURT:  So, Ms. Davies, what do you want to tell
9 me?
10         MS. DAVIES:  Yeah, things have been going very well.
11 It's a little slower as we get to the end just because those
12 are the more difficult loans, but we continue to work through
13 these things, and periodically I have status calls with
14 Mr. Harris just to go over his cases, and we did that
15 yesterday and it does look like things are moving forward.
16         The one issue I did want to bring to the Court's
17 attention, which is in our status conference statement that we
18 filed in front of Judge Aspen, is that there is a -- appears
19 to be a disagreement in terms of being able to pursue
20 discovery with respect to third-party defendants.
21         We understand the Court's order that as soon as
22 mediation efforts essentially have failed, that the parties
23 could resume discovery; and with respect to the third-party
24 defendants, some of whom we've mitigated with four or five
25 times, those efforts have not been fruitful in terms of

7

```
 1  resolving and settlement, so we have initiated discovery with
 2  respect to those third-party defendants.
 3           In their status conference statements, specifically
 4  the Fidelity entities, they have responded stating that they
 5  believe discovery is stayed.
 6           THE COURT:  Okay.  So let me make a clarification.
 7  With respect to all third-party claims, discovery shall
 8  proceed unless the parties jointly agree otherwise.
 9           MS. DAVIES:  Thank you, your Honor.
10           THE COURT:  Okay.  So if the parties decided -- if
11  the third parties and Ameriquest decide that they want to
12  mediate as opposed to litigate, they can do that; but if you
13  don't jointly agree to do that, then everybody can -- can go
14  ahead with discovery.
15           Okay.  So I'm not going to be here, so when do you
16  want to see my successor?
17           MS. DAVIES:  We were wondering whether the week
18  sometime the week of November 12th might work for the Court?
19           THE COURT:  It probably will.
20           THE CLERK:  Which date do you prefer?
21           MS. DAVIES:  Tuesday, Wednesday or Thursday.
22           THE CLERK:  Okay.  Do you want Thursday, the 15th?
23           MS. DAVIES:  That works.  Does that work?
24           MR. HARRIS:  Fine, your Honor.
25           THE COURT:  Okay.  That will be at 10:15.
```