# EXHIBIT 8

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE AMERIQUEST MORTGAGE CO. )
MORTGAGE LENDING PRACTICES )
LITIGATION )
) MDL No. 1715
-----------------------------------)
) Lead Case No.
THIS DOCUMENT RELATES TO: )
) 05 CV 07097
Rose Terry, et al. v. )
Ameriquest Mortgage Company, )
et al., Case No. 08 CV 02475 (N.D.)
Ill.) ) Pages 1-256
)
-----------------------------------) Volume I
AMERIQUEST MORTGAGE COMPANY, )
et al., )
)
   Third-Party Plaintiffs, )
)
   VS. )
)
FIRST AMERICAN TITLE INSURANCE )
COMPANY, et al., )
)
   Third-Party Defendants. )
_____)

VIDEOTAPED DEPOSITION OF THE RULE 30(b)(6) WITNESS
FOR AMERIQUEST MORTGAGE COMPANY:
MICHAEL O. GIBSON, JR.
WEDNESDAY, AUGUST 29, 2012
9:08 A.M.
Reported by: LINDA NICKERSON
    CSR No. 8746  (2005-445635)

### Page 2

1   Videotaped Deposition of MICHAEL O. GIBSON,
2   JR., the witness, taken on behalf of the Third-Party
3   Defendant Ticor Title Insurance Company, on
4   WEDNESDAY, AUGUST 29, 2012, 9:08 a.m., at 15615
5   Alton Parkway, Suite 250, Irvine, California, before
6   LINDA NICKERSON, CSR No. 8746, pursuant to NOTICE.
7
8   APPEARANCES OF COUNSEL:
9   FOR THIRD-PARTY PLAINTIFF AMERIQUEST MORTGAGE
10  COMPANY:
11    BUCHALTER NEMER
12    BY: JOANNE N. DAVIES, ESQ.
13    18400 Von Karman Avenue
14    Suite 800
15    Irvine, California 92612-0514
16    (949) 760-1121
17
18  FOR THIRD-PARTY DEFENDANT TICOR TITLE INSURANCE
19  COMPANY:
20    BUTLER, RUBIN, SALTARELLI & BOYD, LLP
21    BY: ANDREW D. SHAPIRO, ESQ.
22    70 West Madison Street
23    Suite 1800
24    Chicago, Illinois 60602-4257
25    (312) 696-4489

### Page 3

1   APPEARANCES (Continued):
2
3   ALSO PRESENT:
4     FRITZ SPERBERG (Videographer)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

### Page 4

1             INDEX
2
3   WITNESS        EXAMINATION           PAGE
4   MICHAEL O. GIBSON, JR.
5
6        By Mr. Shapiro            10
7
8
9
10
11          EXHIBITS
12  NUMBER   PAGE   DESCRIPTION
13  Exhibit 29  11   Confidentiality Agreement
14                  under Protective Order
15  Exhibit 30  11   Confidentiality Agreement
16                  under Protective Order
17  Exhibit 31  20   Amended Notice of Deposition
18                  of Ameriquest Mortgage
19                  Company Regarding Closing
20                  Protection Letters
21  Exhibit 32  76   Third-Party Complaint
22  Exhibit 33  110  Title Report for Baez-Rivera
23                  Loan
24                  (AMQ-TERRY0019865-
25                  AMQ-TERRY0019885)

```
11:46:05  1              MS. DAVIES:  Objection; vague and
11:46:06  2   ambiguous.
11:46:07  3              THE WITNESS:  I generally would agree that
11:46:09  4   a transaction would be covered by only one letter.
11:46:13  5   BY MR. SHAPIRO:
11:46:13  6       Q     Ameriquest does not contend that multiple
11:46:16  7   closing protection letters covered the Baez-Rivera
11:46:21  8   loan, correct?
11:46:22  9              MS. DAVIES:  Objection; vague and
11:46:23 10   ambiguous.
11:46:23 11              THE WITNESS:  Again, the contention would
11:46:26 12   be that the -- I mean, my belief is that one closing
11:46:29 13   protection letter would cover a transaction.  There
11:46:31 14   would not be multiple letters.
11:46:33 15   BY MR. SHAPIRO:
11:46:33 16       Q     So Ameriquest does not contend that the
11:46:37 17   Baez-Rivera loan was covered by multiple closing
11:46:41 18   protection letters, correct?
11:46:42 19              MS. DAVIES:  Objection; asked and answered.
11:46:47 20              THE WITNESS:  Again, the -- our contention
11:46:51 21   would be that there's one letter that would cover a
11:46:53 22   particular transaction.
11:46:55 23   BY MR. SHAPIRO:
11:46:55 24       Q     And you can't identify the dates of that
11:46:58 25   letter, can you?
```

| | | |
|---|---|---|
| 01:18:52 | 1 | loan closed on April 6, 2005, correct? |
| 01:18:54 | 2 | A   That's correct, yes. |
| 01:18:55 | 3 | Q   Can you identify on the list contained in |
| 01:18:59 | 4 | paragraph 19 of Exhibit 34 which closing protection |
| 01:19:04 | 5 | letter Ameriquest contends covered the Baez-Rivera |
| 01:19:09 | 6 | loan? |
| 01:19:09 | 7 | A   Based on this list, the most recent closing |
| 01:19:27 | 8 | protection letter issued by Ticor prior to the |
| 01:19:32 | 9 | closing on April 6 would be the letter from March -- |
| 01:19:36 | 10 | I think March 8, 2005. |
| 01:19:38 | 11 | Q   My request does not contend that the |
| 01:19:44 | 12 | closing protection letter dated September 19, 2003 |
| 01:19:48 | 13 | covered the Baez-Rivera loan, correct? |
| 01:19:56 | 14 | A   I think the contention is that the -- |
| 01:20:01 | 15 | the -- prior to the closing of the letter, that the |
| 01:20:06 | 16 | multi-transactional letter most recently issued by |
| 01:20:10 | 17 | Ticor would be the one that would cover the |
| 01:20:13 | 18 | transaction that we're talking about. |
| 01:20:17 | 19 | Q   So Ameriquest does not contend that the |
| 01:20:21 | 20 | letter dated September 19, 2003 covers the |
| 01:20:26 | 21 | Baez-Rivera loan, correct? |
| 01:20:26 | 22 | A   I mean, to affirmatively state that, I |
| 01:20:32 | 23 | would like to see the forms of these letters to |
| 01:20:34 | 24 | check that against the file.  Just by going off this |
| 01:20:39 | 25 | list, I can't confirm that just by strictly looking |

MICHAEL O. GIBSON, JR. - 8/29/2012

Page 139

| | | |
|---|---|---|
| 01:36:46 | 1 | protection letter covering the Baez-Rivera loan, |
| 01:36:49 | 2 | correct? |
| 01:36:49 | 3 |     MS. DAVIES: Objection; vague and |
| 01:36:50 | 4 | ambiguous. |
| 01:36:52 | 5 |     THE WITNESS: Again, I would have to see |
| 01:36:53 | 6 | the form of that letter to read the verbiage. So |
| 01:36:56 | 7 | say that it is a multi-transaction letter and if it |
| 01:36:58 | 8 | was, yes, then that would be the one that would |
| 01:37:01 | 9 | apply to the Baez-Rivera transaction. |
| 01:37:03 | 10 | BY MR. SHAPIRO: |
| 01:37:03 | 11 |   Q  So Ameriquest could not determine whether |
| 01:37:05 | 12 | the March 8, 2005 closing protection letter |
| 01:37:08 | 13 | referenced in Exhibit 36 covered the Baez-Rivera |
| 01:37:12 | 14 | loan without actually reviewing a copy of that |
| 01:37:16 | 15 | letter, correct? |
| 01:37:17 | 16 |     MS. DAVIES: Objection; calls for |
| 01:37:19 | 17 | speculation, vague and ambiguous. |
| 01:37:24 | 18 |     THE WITNESS: As I said before, I mean -- |
| 01:37:29 | 19 | with any letter, I would have to review to know what |
| 01:37:31 | 20 | it says. |
| 01:37:31 | 21 | BY MR. SHAPIRO: |
| 01:37:31 | 22 |   Q  I understand you would like to review, but |
| 01:37:34 | 23 | I'm just trying to get at what Ameriquest's |
| 01:37:36 | 24 | contention is about which letters covered which of |
| 01:37:38 | 25 | these loans. |

Merrill Corporation - San Francisco
800-869-9132    www.merrillcorp.com/law

MICHAEL O. GIBSON, JR. - 8/29/2012

Page 140

| | | |
|---|---|---|
| 01:37:39 | 1 | So it sounds like you don't know which |
| 01:37:43 | 2 | closing protection letter Ameriquest contends |
| 01:37:46 | 3 | covered the Baez-Rivera loan; is that true? |
| 01:37:49 | 4 | MS. DAVIES: Objection; misstates witness's |
| 01:37:51 | 5 | testimony. |
| 01:37:51 | 6 | THE WITNESS: No. I mean, the contention |
| 01:37:53 | 7 | is is that the -- whichever letter preceding the |
| 01:37:59 | 8 | transaction which was the latest form of |
| 01:38:02 | 9 | multi-transaction letter would cover it, we didn't |
| 01:38:05 | 10 | have to have a specific letter for every |
| 01:38:08 | 11 | transaction, as long as we had a multi-transaction |
| 01:38:14 | 12 | letter at some point from the lender. |
| 01:38:16 | 13 | Our process would be you had to have the |
| 01:38:19 | 14 | multi-transaction CPL to approve the lender -- or to |
| 01:38:23 | 15 | approve the title insurer to come on as a closing |
| 01:38:26 | 16 | agent. So we didn't look at it from transaction to |
| 01:38:29 | 17 | transaction. |
| 01:38:29 | 18 | BY MR. SHAPIRO: |
| 01:38:29 | 19 | Q And the most recent letter listed in |
| 01:38:33 | 20 | paragraph 19 of Exhibit 34 is the March 8, 2005 |
| 01:38:38 | 21 | letter; is that right? |
| 01:38:39 | 22 | MS. DAVIES: Objection; asked and answered. |
| 01:38:40 | 23 | You've probably asked the same question seven times |
| 01:38:43 | 24 | now. |
| 01:38:45 | 25 | THE WITNESS: That -- based on this list, |