UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
          Plaintiff,

v.          Case No.: 1:05−cv−07097
          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2012:

      MINUTE entry before Honorable Morton Denlow: Motion hearing held on 9/20/2012. Ameriquest's motion to compel discovery re: Fidelity agreements [5082] is denied without prejudice in order to permit the parties in this MDL to clarify the scope of proceedings either by agreement or by submitting a motion to Judge Aspen. The scope of discovery should be consistent with the scope of the third party proceedings that Judge Aspen will allow to take place in this court.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.