IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*David MacDowell, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 08-CV-00739, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **DAVID K. MACDOWELL** and **KATHLEEN MACDOWELL** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee (collectively "Defendants") hereby stipulate that the *David MacDowell, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 08-CV-00739 (N.D. Ill) (transferred into the MDL from Mass.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

DATED: September 21, 2012

Respectfully submitted,

By: /s/ Gary E. Klein
*Attorneys for the Plaintiffs David K. MacDowell and Kathleen MacDowell*

KLEIN KAVANAGH COSTELLO, LLP
Gary E. Klein, Esq.
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

DATED: September 21, 2012   Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 21st day of September 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies