**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Charles Rehbock, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-01581, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **CHARLES REHBOCK** and **LINDA REHBOCK** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, HOUSEHOLD FINANCE CORPORATION, HSBC BANK USA, HSBC MORTGAGE CORPORATION** and **HSBC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Charles Rehbock, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-01581 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  9/24 , 2012                             Respectfully submitted,

                                                By:  /s/ Cathleen M. Combs
                                                *Attorneys for Charles Rehbock and Linda Rehbock*

                                                Cathleen M. Combs, Esq.
                                                Catherine A. Ceko, Esq.
                                                EDELMAN, COMBS, LATTURNER &
                                                GOODWIN
                                                120 S. LaSalle St., Suite 1800
                                                Chicago, Illinois 60603
                                                Telephone:  (312) 739-4200
                                                Facsimile:  (312) 419-0379

DATED:  9/24, 2012                              Respectfully submitted,

                                                By:  /s/ Bernard E. LeSage
                                                *Attorneys for Ameriquest Mortgage Company, Household Finance Corporation, HSBC Bank USA, HSBC Mortgage Corporation, and HSBC Mortgage Services, Inc.*

                                                Bernard E. LeSage, Esq.
                                                Joanne N. Davies, Esq.
                                                BUCHALTER NEMER
                                                18400 Von Karman Avenue, Suite 800
                                                Irvine, California 92612
                                                Telephone:  (949) 760-1121
                                                Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on this __24__ day of __September__ 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Catherine A. Ceko