# EXHIBIT I PART I

# EXHIBIT I

@ 0002/0047

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| | Assigned to Magistrate Judge Morton Denlow |
| | AMERIQUEST'S INTERROGATORIES (SET ONE) PROPOUNDED ON MORTGAGE INFORMATION SERVICES |

PROPOUNDING PARTY:  Third-Party Plaintiff AMERIQUEST MORTGAGE COMPANY

RESPONDING PARTY:  Third-Party Defendant MORTGAGE INFORMATION SERVICES

SET NO.:  ONE (1)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant and third-party plaintiff Ameriquest Mortgage Company hereby requests that third-party defendants Mortgage Information Services answer all of the following Interrogatories, in writing and under oath, within thirty (30) days of the date of service hereof.

## DEFINITIONS AND INSTRUCTIONS

1. Unless otherwise stated, the time period at issue is January 1, 2003 to December 31, 2006.

2. In lieu of Identifying a Document, the responding party may produce the Document or Communication itself, provided that its interrogatory response specifies with particularity the Document or Communication(s) responsive thereto.

3.     If a Document once existed and has since been lost, destroyed, or is otherwise missing or unavailable, the responding party shall Identify the Document and state the details concerning the unavailability of such Document.

4.     These interrogatories impose on the responding party a continuous obligation. If the responding party subsequently becomes aware of information that renders its answers to these interrogatories incomplete or inaccurate, it is required to supplement or amend its answers promptly to make such responses complete and accurate.

5.     "Communications" means and includes correspondence, conversations, and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile, or other mode of transmission.

6.     "Document" shall have the meaning ascribed to that term in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers, writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills, billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs, audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries, calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions, recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes, summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether optical, visual or magnetic), and any other tangible things on which any handwriting, typing, printing, photostatic image, magnetic or electronic impulse, or other form of communication is recorded or reproduced, and any amendments or supplements to any of the foregoing no matter by whom prepared. The term "Document" includes originals and each copy thereof if such copy differs in any respect from the original (whether because of notes or other information appearing on such copy or otherwise).

7.     "Identify" means:

(a)     when used in connection with a Person, means to provide the name, address and phone number of the individual or entity, and job title and place of employment at all times relevant to this action and from 2003 to the present date;

(b)     when used in connection with a Document, means to classify the

2

Document by date, Bates number, substance and content, describe the document, and to Identify all Persons who participated in or were present during the creation and/or maintenance of the Document;

   (c)  when used in connection with Communications, means to classify the Communication by type (face-to-face, telephone, email, etc.), date, substance and content with specificity, and to Identify all Persons who participated in the Communication; and

   (d)  when used in connection with an event or facts supporting an allegation, means to state all facts in detail.

  8.  "Person" or "Persons" means any natural person, or any legal entity or organization including corporations, firms, joint ventures, voluntary or unincorporated associations, organizations, proprietorships, trusts, estates, governmental agencies, commissions, bureaus corporations and divisions, and any subsidiaries and departments thereof.

## INTERROGATORIES

### INTERROGATORY NO. 1:

For each of the loans listed on Ex. A, Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications upon which You rely in support of Your contention (if any) that Mortgage Information Services did not participate in dating or distributing the Notice of Right to Cancel form.

### INTERROGATORY NO. 2:

For any and all of the loans listed on Ex. A, Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications upon which You rely in support of Your contention (if any) that Mortgage Information Services was not obligated to comply with paragraph 5.5 of the Closing Instructions.

### INTERROGATORY NO. 3:

For any and all of the loans listed on Ex. A, describe any services provided by Mortgage Information Services with respect to paragraph 5.5 of the Closing Instructions.

### INTERROGATORY NO. 4:

For any and all of the loans listed on Ex. A, Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications upon which You rely in support of Your contention (if any) that Mortgage Information Services is not liable to

08/28/2012 11:36 FAX 415 227 0770                                                      ☑0005/0047

Ameriquest for any damages incurred by Ameriquest caused by a failure to comply with paragraph 5.5.

DATED: August 28, 2012                          Respectfully submitted,

                                                By:____/s/ Randall Manvitz_____

                                                *Attorneys for Third-Party Plaintiff* Ameriquest
                                                Mortgage Company

                                                Randall L. Manvitz (admitted *pro hac vice*)
                                                Buchalter Nemer
                                                55 Second Street, Suite 1700
                                                San Francisco, California 94105
                                                Telephone: (415) 227-0900
                                                Facsimile: (415) 227-0700

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

### AMERIQUEST MORTGAGE COMPANY'S INTERROGATORIES (SET ONE) PROPOUNDED ON MORTGAGE INFORMATION SERVICES

on the parties and/or their attorney(s) listed below by:

Timothy D. Elliott
Rathje & Woodward, LLC
300 E. Roosevelt Road, Suite 300
Wheaton, Illinois 60187
TElliott@rathjewoodward.com
Tel: (630) 668-8500
Tel: (630) 510-4910
Fax: (630) 668-7350

**BY EMAIL** On August 28, 2012, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

**BY FACSIMILE** I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 28, 2012, at San Francisco, California.

Heidi Bennett                                    _Heidi Bennett_
                                                      (Signature)

Case No. MDL 1715
AMERIQUEST'S INTERROGATORIES TO MORTGAGE INFORMATION SERVICES (SET 1)

BN 12207005v1

Exhibit A

08/28/2012 11:37 FAX 419 227 0770                                                    Ø0008/0047

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Abbo, George<br>Abbo, Emma | Mortgage Information Services, Inc. | *Long, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Anderson-Shelton, Barbara | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Andrews, Sylvia | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Arrieta, Efigenio | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Bailey, Wray<br>Bailey, Wendy | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Baker, Valinda | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Belford, Dennis E. | Mortgage Information Services, Inc. | *Belford v. Ameriquest Mortgage Co., et al.*, Case No. 06-03426 (N.D. Ill.) filed on 4/17/06 | |
| Bishop, John<br>Bishop, Tammy | Mortgage Information Services, Inc. | *Long, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Black, Junior Terrance<br>Campbell, Rene | Mortgage Information Services, Inc. | *Black, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00129 (N.D. Ill.) filed on 10/12/06 | |
| Blackburn, Sherry<br>Blackburn, Joseph Frank | Mortgage Information Services, Inc. | *Blackburn, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00309 (N.D. Ill.) filed on 7/17/06 | |
| Bothwell, Terry<br>Bothwell, Cheryl | Mortgage Information Services, Inc. | *Bothwell, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-04716 (N.D. Ill.) filed on 5/08/06 | |
| Brown, Stephanie<br>Brown, Todd | Mortgage Information Services, Inc. | *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-00175 (N.D. Ill.) filed on 9/11/07 | |
| Butler, Freddie, Jr. | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Campau, Thomas<br>Campau, Kathryn | Mortgage Information Services, Inc. | *Campau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00118 (N.D. Ill.) filed on 10/13/06 | |
| Carter, James<br>Carter, Evie | Mortgage Information Services, Inc. | *Carter, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03425 (N.D. Ill.) filed on 4/06/06 | |
| Cheevers, Mary | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Clay, Mildred | Mortgage Information Services, Inc. | *Clay v. Ameriquest Mortgage Co., et al.*, Case No. 06-07191 (N.D. Ill.) filed on 12/29/06 | |
| Cole, Robert<br>Cole, Brenda | Mortgage Information Services, Inc. | *Cole, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-06043 (N.D. Ill.) filed on 4/05/06 | |
| Day, Gregory | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Dorn, Clint<br>Dorn, Christi | Mortgage Information Services, Inc. | *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-04890 (N.D. Ill.) filed on 8/30/07 | |
| Dumas, Brenda<br>Dumas, Floyd | Mortgage Information Services, Inc. | *Dumas, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00108 (N.D. Ill.) filed on 10/24/06 | |
| Easley, Dayone | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Enix, Michael<br>Enix, Michelle | Mortgage Information Services, Inc. | *Enix, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00907 (N.D. Ill.) filed on 11/14/06 | |
| Epps, Ida | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Fleming, Arthur | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Gallant, Michelle<br>Gallant, Trayvass | Mortgage Information Services, Inc. | *Banuelos, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-02680 (N.D. Ill.) filed on 5/09/08 | |
| Geis, Douglas<br>Geis, Evelyn | Mortgage Information Services, Inc. | *Geis, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-01716 (N.D. Ill.) filed on 3/29/06 | |
| Gillespie, Cindy | Mortgage Information Services, Inc. | *Gillespie v. Ameriquest Mortgage Co., et al.*, Case No. 06-03427 (N.D. Ill.) filed on 4/03/06 | |

08/28/2012 11:39 FAX 419 221 0770 @0009/0047

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Goods, Tammy M. | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | |
| Gordon, Elizabeth | Mortgage Information Services, Inc. | *Gordon v. Deutsche Bank National Trust Co., et al.*, Case No. 08-02355 (N.D. Ill.) filed on 2/14/08 | |
| Greaves, Rudolph Hall-Greaves, Marcia | Mortgage Information Services, Inc. | *Brissett, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00130 (N.D. Ill.) filed on 10/04/06 | |
| Griffin, Avery | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Griggs, Joyce | Mortgage Information Services, Inc. | *Jagoe, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-00258 (N.D. Ill.) filed on 1/11/08 | |
| Guydon, Kevin Guydon, Rita | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | |
| Hall, Rosa Mae | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Hawker, John | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Hegenheiser, Armin P. Hegenheiser, Rita | Mortgage Information Services, Inc. | *Ballard, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04992 (N.D. Ill.) filed on 7/23/08 | |
| Housekeeper, Ronald Housekeeper, Judith | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Iulo, Laurie Iulo, Robert | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Jackson, Raoul | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Jeffress, Scott Jeffress, Pamela | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | |
| Johnson, Alfred | Mortgage Information Services, Inc. | *Johnson v. Ameriquest Mortgage Co, et al.*, Case No. 08-07283 (N.D. Ill.) filed on 10/23/08 | |
| Johnson, Pamela D. | Mortgage Information Services, Inc. | *Corbin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07284 (N.D. Ill.) filed on 11/10/08 | |
| Kennedy, Randy Kennedy, Amii | Mortgage Information Services, Inc. | *Kennedy, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04462 (N.D. Ill.) filed on 8/07/08 | |
| LaCasse, David LaCasse, Dorothy | Mortgage Information Services, Inc. | *Lacasse, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-01025 (N.D. Ill.) filed on 11/20/06 | |
| Long, Janice | Mortgage Information Services, Inc. | *Long, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Love, Charlie Love, Bonita | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Matas, Charles J. | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| McCloud, Rhonda M. (fka Rhonda D. Maloy) | Mortgage Information Services, Inc. | *Champion, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-03960 (N.D. Ill.) filed on 5/30/08 | |
| McNab, Veronica | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co, et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Mobley, Karen | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Moore, Teresa Moore, Charlie | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Morgida, Troy Morgida, Melissa | Mortgage Information Services, Inc. | *Morgida, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-03006 (N.D. Ill.) filed on 5/30/07 | |
| Moss, Linda | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Mumford, Wayne Mumford, Leigh | Mortgage Information Services, Inc. | *Damm, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-04032 (N.D. Ill.) filed on 3/21/06 | |

11146909_1.XLSX

08/28/2012 11:37 FAX 419 227 0770 @0010/0047

MORTGAGE INFORMATION SERVICES, INC.
List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Neal, Joan | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Newbolt, Paul Newbolt, Wanda | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Nowik, Marcia | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Olschefski, Kristen Olschefski, Frank | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| O'Malley, Lori | Mortgage Information Services, Inc. | *O'Malley v. Ameriquest Mortgage Co., et al.*, Case No. 06-06373 (N.D. Ill.) filed on 11/21/06 | |
| Owen, Henry Owen, Joan | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Passarello, Guy Passarello, Pauline | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Pearson, Sherry | Mortgage Information Services, Inc. | *Krause, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-04628 (N.D. Ill.) filed on 8/16/07 | |
| Pena, Zenaida | Mortgage Information Services, Inc. | *Ogun, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00330 (N.D. Ill.) filed on 9/27/06 | |
| Perry, Ronald Perry, Gayle | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co., et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Phifer, Debra Phifer, Lonnie K. | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Phillips, Cynthia | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Phillips, Garrick | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Pitts, Earl | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Raia, Anthony Raia, Lorainne | Mortgage Information Services, Inc. | *Chandler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00310 (N.D. Ill.) filed on 9/29/06 | |
| Rivera, Isabel Noble, Nathan | Mortgage Information Services, Inc. | *Damm, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-04032 (N.D. Ill.) filed on 3/21/06 | |
| Roldan, Albert Roldan, Marlene | Mortgage Information Services, Inc. | *Black, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00129 (N.D. Ill.) filed on 10/12/06 | |
| Shelton, Roger | Mortgage Information Services, Inc. | *Duncan, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02467 (N.D. Ill.) filed on 11/30/05 | |
| Shields, Judy | Mortgage Information Services, Inc. | *Shields v. Ameriquest Mortgage Co., et al.*, Case No. 06-06787 (N.D. Ill.) filed on 12/08/06 | |
| Slack, Ralph Slack, Catha | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Springer, Burnie | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Strowbridge, Aaron Strowbridge, Andrea | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co., et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Valentin, Sherri Valentin, Jay | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Wells, Sean Wells, Patricia | Mortgage Information Services, Inc. | *Brissett, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00130 (N.D. Ill.) filed on 10/04/06 | |
| Wertepny, Brett | Mortgage Information Services, Inc. | *Wertepny, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 05-01402 (N.D. Ill.) filed on 3/09/05 | |

08/28/2012 11:38 FAX  415 227 0770                                   ☑ 0011/0047

## MORTGAGE INFORMATION SERVICES, INC.

List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| **CLASS MEMBER PLAINTIFFS** | | | |
| Brown, Venitra | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |
| Chaney, Catherine | Mortgage Information Services, Inc. | *Saunders v. Ameriquest Mortgage Co.* , Case No. 05-07097 | |
| Dudeck, Karen | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |
| Harless, Mary | Mortgage Information Services, Inc. | *Harless v. CitiMortgage, Inc., et al.* , Case No. 06-06756 (N.D. Ill.) filed on 9/19/06 | |
| Jewell, James Jewell, Jennifer | Mortgage Information Services, Inc. | *Jewell, et al. v. Ameriquest Mortgage Co.* , Case No. 06-00269 | |
| Meadows, Charles | Mortgage Information Services, Inc. | *Campbell v. Johnnie Ross* , Case No. 05-00107 (M.D. Ga.) | |
| Paul, Linda Paul, Paris | Mortgage Information Services, Inc. | *Saunders v. Ameriquest Mortgage Co.* , Case No. 05-07097 | |
| Riggins, Joseph Riggins, Nicole | Mortgage Information Services, Inc. | *Campbell v. Johnnie Ross* , Case No. 05-00107 (M.D. Ga.) | |
| White, Frank White, Martha | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| | Assigned to Magistrate Judge Morton Denlow |
| | AMERIQUEST'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON MORTGAGE INFORMATION SERVICES |

PROPOUNDING PARTY: Third-Party Plaintiff AMERIQUEST MORTGAGE COMPANY

RESPONDING PARTY: Third-Party Defendant MORTGAGE INFORMATION SERVICES

SET NO.: ONE (1)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") hereby requests that Third-Party Defendants Mortgage Information Services ("Mortgage Information Services") produce the documents requested below within thirty (30) days of the date of service hereof, at the offices of Buchalter Nemer, 55 Second Street, Suite 1700, San Francisco, CA 94105. Ameriquest's inspection and copying will not permanently alter the items inspected or copied.

## DEFINITIONS

1. "Ameriquest" means Ameriquest Mortgage Company, its agents, parent entities, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

1

2.    "Mortgage Information Services" means Mortgage Information Services, Inc. a/k/a CT-Mortgage Information Services, and its agents, employees, and all person and entities acting on its behalf.

3.    "Document" and "Documents" shall have the meaning ascribed to those terms in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers, writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills, billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs, audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries, calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions, recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes, summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether optical, visual or magnetic), and any other tangible things on which any handwriting, typing, printing, photostatic image, magnetic or electronic impulse, or other form of communication is recorded or reproduced, and any amendments or supplements to any of the foregoing no matter by whom prepared. The term "Document" includes originals and each copy thereof if such copy differs in any respect from the original (whether because of notes or other information appearing on such copy

4.    "Person" or "Persons" means any natural Person, or any legal entity or organization including corporations, firms, joint ventures, voluntary or unincorporated associations, organizations, proprietorships, trusts, estates, governmental agencies, commissions, bureaus corporations and divisions, and any subsidiaries and departments thereof.

5.    "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

6.    Closing Agent Affidavit means a form similar to Ex. B.

7.    Closing Instructions means a form similar to Ex. C.

2

AMERIQUEST'S RFP TO MORTGAGE INFORMATION SERVICES (SET ONE), CASE NO. 1715

BN 12206258v1

## INSTRUCTIONS

1.     Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner.   If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2.     Unless otherwise specified, the document requests set forth below pertain to Documents that were prepared, effective generated, written, sent, dated or received during the time period from January 1, 2003 to December 31, 2006.

3.     If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information:

     (a)     The disposition of the Document;

     (b)     The date such disposition was made;

     (c)     The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

     (d)     Identify the Person who made the decision to dispose of the Document;

     (e)     State the reason for the disposition;

     (f)     Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

4.     Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

     (a)     Identify the nature of the privilege (including work product) that is being claimed; and

     (b)     Provide the following information in a privilege log accompanying Your response:

          (i)     The paragraph of this request to which such Document is responsive;

          (ii)     The type of Document,

          (iii)     The general subject matter of the Document;

AMERIQUEST'S RFP TO MORTGAGE INFORMATION SERVICES (SET ONE), CASE NO. 1715

(iv)    The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

5.    Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

6.    If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

7.    Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to FRCP 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information to Ameriquest without delay.

<u>DOCUMENTS REQUESTED</u>

<u>REQUEST NO. 1:</u>

Any and all Documents Relating To the loans in Ex. A including but not limited to computer records, communications about scheduling the closing, timesheets, invoices, closing files, and loan files.

<u>REQUEST NO. 2:</u>

Any and all applications such as signing agent forms for any Person who was involved with the closing of any of the loans in Ex. A (such as a notary, closing agent, or mobile notary company).

<u>REQUEST NO. 3:</u>

Any and all Documents reflecting the employment/agency/independent contractor status of any Person who was involved with the closing of any of the loans in Ex. A (such as a notary, closing agent, or mobile notary company).

AMERIQUEST'S RFP TO MORTGAGE INFORMATION SERVICES (SET ONE), CASE NO. 1715

BN 12206258v1

**REQUEST NO. 4:**

Any and all Documents Relating To instructions to a notary/closer about a Notice of Right to Cancel form.

**REQUEST NO. 5:**

Any and all employee lists or organization charts for Mortgage Information Services.

**REQUEST NO. 6:**

Any and all lists of staff notaries/closers or approved notaries/closers for any period of time from January 1, 2004 to January 1, 2007 for any state in which the loan closings on Ex. A took place including but not limited to the signing agent database.

**REQUEST NO. 7:**

Any and all Documents describing the relationship between Mortgage Information Services and the closers for the loans listed on Ex. A.

**REQUEST NO. 8:**

Any and all Documents communicating to Ameriquest that any person handling the closing for any loan listed on Ex. A is not an agent of Mortgage Information Services.

**REQUEST NO. 9:**

Any and all agreements between Ameriquest and Mortgage Information Services dated on or before January 1, 2008.

**REQUEST NO. 10:**

Any and all agreements with any Person who was involved with the closing of any of the loans in Ex. A (such as a notary, closing agent, or mobile notary company).

DATED:  August 28, 2012

By:＿＿ /s/ Randall Manvitz ＿＿＿＿＿＿＿＿
*Attorneys for Third-Party Plaintiff* Ameriquest
Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile:  (415) 227-0700

AMERIQUEST'S RFP TO MORTGAGE INFORMATION SERVICES (SET ONE), CASE NO. 1715

BN 12206258v1

08/28/2012 11:39 FAX  415 227 0770                                                      ☒0018/0047

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of

18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A

Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

### AMERIQUEST'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON MORTGAGE INFORMATION SERVICES

on the parties and/or their attorney(s) listed below by:

Timothy D. Elliott
Rathje & Woodward, LLC
300 E. Roosevelt Road, Suite 300
Wheaton, Illinois 60187
TElliott@rathjewoodward.com
Tel: (630) 668-8500
Tel: (630) 510-4910
Fax: (630) 668-7350

**BY EMAIL**  On August 28, 2012, I caused the above-referenced document(s) to be sent in
electronic PDF format as an attachment to an email addressed to the person(s) on whom such
document(s) is/are to be served at the email address(es) shown above, as last given by that
person(s) or as obtained from an internet website(s) relating to such person(s), and I did not
receive an email response upon sending such email indicating that such email was not delivered.

**BY FACSIMILE**  I caused the above-named document(s) to be sent via facsimile transmission to
the law office(s) and facsimile number(s) stated above.  The transmission was reported as
complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose

direction the service was made.  Executed on August 28, 2012, at San Francisco, California.

_____          _____
           Heidi Bennett                                                    (Signature)

AMERIQUEST'S RFP TO MORTGAGE INFORMATION SERVICES (SET ONE), CASE NO. 1715

BN 12206258v1

# Exhibit A

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Abbo, George<br>Abbo, Emma | Mortgage Information Services, Inc. | Long, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Anderson-Shelton, Barbara | Mortgage Information Services, Inc. | Day, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Andrews, Sylvia | Mortgage Information Services, Inc. | Day, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Arrieta, Efigenio | Mortgage Information Services, Inc. | Butler, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Bailey, Wray<br>Bailey, Wendy | Mortgage Information Services, Inc. | Betval, et al. v. Ameriquest Mortgage Co., et al. , Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Baker, Valinda | Mortgage Information Services, Inc. | Mobley, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Belford, Dennis E. | Mortgage Information Services, Inc. | Belford v. Ameriquest Mortgage Co., et al. , Case No. 06-03426 (N.D. Ill.) filed on 4/17/06 | |
| Bishop, John<br>Bishop, Tammy | Mortgage Information Services, Inc. | Long, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Black, Junior Terrance<br>Campbell, Rene | Mortgage Information Services, Inc. | Black, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-00129 (N.D. Ill.) filed on 10/12/06 | |
| Blackburn, Sherry<br>Blackburn, Joseph Frank | Mortgage Information Services, Inc. | Blackburn, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-00309 (N.D. Ill.) filed on 7/17/06 | |
| Bothwell, Terry<br>Bothwell, Cheryl | Mortgage Information Services, Inc. | Bothwell, et al. v. Ameriquest Mortgage Co., et al. , Case No. 06-04716 (N.D. Ill.) filed on 5/08/06 | |
| Brown, Stephanie<br>Brown, Todd | Mortgage Information Services, Inc. | Brown, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-00175 (N.D. Ill.) filed on 9/11/07 | |
| Butler, Freddie, Jr. | Mortgage Information Services, Inc. | Butler, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Campau, Thomas<br>Campau, Kathryn | Mortgage Information Services, Inc. | Campau, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-00118 (N.D. Ill.) filed on 10/13/06 | |
| Carter, James<br>Carter, Evie | Mortgage Information Services, Inc. | Carter, et al. v. Ameriquest Mortgage Co., et al. , Case No. 06-03425 (N.D. Ill.) filed on 4/06/06 | |
| Cheevers, Mary | Mortgage Information Services, Inc. | Hewatt, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Clay, Mildred | Mortgage Information Services, Inc. | Clay v. Ameriquest Mortgage Co., et al. , Case No. 06-07191 (N.D. Ill.) filed on 12/29/06 | |
| Cole, Robert<br>Cole, Brenda | Mortgage Information Services, Inc. | Cole, et al. v. Ameriquest Mortgage Co., et al. , Case No. 06-06043 (N.D. Ill.) filed on 4/05/06 | |
| Day, Gregory | Mortgage Information Services, Inc. | Day, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Dorn, Clint<br>Dorn, Christi | Mortgage Information Services, Inc. | Brown, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-04890 (N.D. Ill.) filed on 8/30/07 | |
| Dumas, Brenda<br>Dumas, Floyd | Mortgage Information Services, Inc. | Dumas, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-00108 (N.D. Ill.) filed on 10/24/06 | |
| Easley, Dayone | Mortgage Information Services, Inc. | Day, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Enix, Michael<br>Enix, Michelle | Mortgage Information Services, Inc. | Enix, et al. v. Ameriquest Mortgage Co., et al. , Case No. 07-00907 (N.D. Ill.) filed on 11/14/06 | |
| Epps, Ida | Mortgage Information Services, Inc. | Mobley, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Fleming, Arthur | Mortgage Information Services, Inc. | Mobley, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Gallant, Michelle<br>Gallant, Trayvass | Mortgage Information Services, Inc. | Banuelos, et al. v. Ameriquest Mortgage Co., et al. , Case No. 08-02680 (N.D. Ill.) filed on 5/09/08 | |
| Geis, Douglas<br>Geis, Evelyn | Mortgage Information Services, Inc. | Geis, et al. v. Ameriquest Mortgage Co., et al. , Case No. 06-01716 (N.D. Ill.) filed on 3/29/06 | |
| Gillespie, Cindy | Mortgage Information Services, Inc. | Gillespie v. Ameriquest Mortgage Co., et al. , Case No. 06-03427 (N.D. Ill.) filed on 4/03/06 | |

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Goods, Tammy M. | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | 0140424961 |
| Gordon, Elizabeth | Mortgage Information Services, Inc. | *Gordon v. Deutsche Bank National Trust Co., et al.*, Case No. 08-02355 (N.D. Ill.) filed on 2/14/08 | |
| Greaves, Rudolph Hall-Greaves, Marcia | Mortgage Information Services, Inc. | *Brissett, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00130 (N.D. Ill.) filed on 10/04/06 | |
| Griffin, Avery | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Griggs, Joyce | Mortgage Information Services, Inc. | *Jagoe, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-00258 (N.D. Ill.) filed on 1/11/08 | |
| Guydon, Kevin Guydon, Rita | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | |
| Hall, Rosa Mae | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Hawker, John | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Hegenheiser, Armin P. Hegenheiser, Rita | Mortgage Information Services, Inc. | *Baliard, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04992 (N.D. Ill.) filed on 7/23/08 | |
| Housekeeper, Ronald Housekeeper, Judith | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Iulo, Laurie Iulo, Robert | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Jackson, Raoul | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Jeffress, Scott Jeffress, Pamela | Mortgage Information Services, Inc. | *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-03423 (N.D. Ill.) filed on 3/20/06 | |
| Johnson, Alfred | Mortgage Information Services, Inc. | *Johnson v. Ameriquest Mortgage Co, et al.*, Case No. 08-07283 (N.D. Ill.) filed on 10/23/08 | |
| Johnson, Pamela D. | Mortgage Information Services, Inc. | *Corbin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07284 (N.D. Ill.) filed on 11/10/08 | |
| Kennedy, Randy Kennedy, Amii | Mortgage Information Services, Inc. | *Kennedy, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04462 (N.D. Ill.) filed on 8/07/08 | |
| LaCasse, David LaCasse, Dorothy | Mortgage Information Services, Inc. | *Lacasse, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-01025 (N.D. Ill.) filed on 11/20/06 | |
| Long, Janice | Mortgage Information Services, Inc. | *Long, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04290 (N.D. Ill.) filed on 5/28/08 | |
| Love, Charlie Love, Bonita | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Matas, Charles J. | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| McCloud, Rhonda M. (fka Rhonda D. Maloy) | Mortgage Information Services, Inc. | *Champion, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-03960 (N.D. Ill.) filed on 5/30/08 | |
| McNab, Veronica | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co., et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Mobley, Karen | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Moore, Teresa Moore, Charlie | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Morgida, Troy Morgida, Melissa | Mortgage Information Services, Inc. | *Morgida, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-03006 (N.D. Ill.) filed on 5/30/07 | |
| Moss, Linda | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Mumford, Wayne Mumford, Leigh | Mortgage Information Services, Inc. | *Damm, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-04032 (N.D. Ill.) filed on 3/21/06 | |

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| Neal, Joan | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Newbolt, Paul<br>Newbolt, Wanda | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Nowik, Marcia | Mortgage Information Services, Inc. | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-06191 (N.D. Ill.) filed on 11/01/07 | |
| Olschefski, Kristen<br>Olschefski, Frank | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| O'Malley, Lori | Mortgage Information Services, Inc. | *O'Malley v. Ameriquest Mortgage Co., et al.*, Case No. 06-06373 (N.D. Ill.) filed on 11/21/06 | |
| Owen, Henry<br>Owen, Joan | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Passarello, Guy<br>Passarello, Pauline | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Pearson, Sherry | Mortgage Information Services, Inc. | *Krause, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-04628 (N.D. Ill.) filed on 8/16/07 | |
| Pena, Zenaida | Mortgage Information Services, Inc. | *Ogun, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00330 (N.D. Ill.) filed on 9/27/06 | |
| Perry, Ronald<br>Perry, Gayle | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co., et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Phifer, Debra<br>Phifer, Lonnie K. | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Phillips, Cynthia | Mortgage Information Services, Inc. | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-07282 (N.D. Ill.) filed on 11/10/08 | |
| Phillips, Garrick | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Pitts, Earl | Mortgage Information Services, Inc. | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05930 (N.D. Ill.) filed on 8/14/08 | |
| Raia, Anthony<br>Raia, Lorainne | Mortgage Information Services, Inc. | *Chandler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00310 (N.D. Ill.) filed on 9/29/06 | |
| Rivera, Isabel<br>Noble, Nathan | Mortgage Information Services, Inc. | *Damm, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-04032 (N.D. Ill.) filed on 3/21/06 | |
| Roldan, Albert<br>Roldan, Marlene | Mortgage Information Services, Inc. | *Black, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00129 (N.D. Ill.) filed on 10/12/06 | |
| Shelton, Roger | Mortgage Information Services, Inc. | *Duncan, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02467 (N.D. Ill.) filed on 11/30/05 | |
| Shields, Judy | Mortgage Information Services, Inc. | *Shields v. Ameriquest Mortgage Co., et al.*, Case No. 06-06787 (N.D. Ill.) filed on 12/08/06 | |
| Slack, Ralph<br>Slack, Catha | Mortgage Information Services, Inc. | *Hewatt, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05932 (N.D. Ill.) filed on 8/15/08 | |
| Springer, Burnie | Mortgage Information Services, Inc. | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-05933 (N.D. Ill.) filed on 8/15/08 | |
| Strowbridge, Aaron<br>Strowbridge, Andrea | Mortgage Information Services, Inc. | *McNab, et al. v. Ameriquest Mortgage Co., et al.*, Csae No. 08-05934 (N.D. Ill.) filed on 8/15/08 | |
| Valentin, Sherri<br>Valentin, Jay | Mortgage Information Services, Inc. | *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-02469 (N.D. Ill.) filed on 1/23/06 | |
| Wells, Sean<br>Wells, Patricia | Mortgage Information Services, Inc. | *Brissett, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-00130 (N.D. Ill.) filed on 10/04/06 | |
| Wertepny, Brett | Mortgage Information Services, Inc. | *Wertepny, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 05-01402 (N.D. Ill.) filed on 3/09/05 | |

08/28/2012 11:40 FAX  418 227 0770                                    ☑ 0023/0047

## MORTGAGE INFORMATION SERVICES, INC.
### List of Loans

| Name of Borrower Plaintiff(s) | Third-Party Defendant | Underlying Case | Loan No. |
|---|---|---|---|
| **CLASS MEMBER PLAINTIFFS** | | | |
| Brown, Venitra | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |
| Chaney, Catherine | Mortgage Information Services, Inc. | *Saunders v. Ameriquest Mortgage Co.* , Case No. 05-07097 | |
| Dudeck, Karen | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |
| Harless, Mary | Mortgage Information Services, Inc. | *Harless v. CitiMortgage, Inc., et al.* , Case No. 06-06756 (N.D. Ill.) filed on 9/19/06 | |
| Jewell, James Jewell, Jennifer | Mortgage Information Services, Inc. | *Jewell, et al. v. Ameriquest Mortgage Co.* , Case No. 06-00269 | |
| Meadows, Charles | Mortgage Information Services, Inc. | *Campbell v. Johnnie Ross* , Case No. 05-00107 (M.D. Ga.) | |
| Paul, Linda Paul, Paris | Mortgage Information Services, Inc. | *Saunders v. Ameriquest Mortgage Co.* , Case No. 05-07097 | |
| Riggins, Joseph Riggins, Nicole | Mortgage Information Services, Inc. | *Campbell v. Johnnie Ross* , Case No. 05-00107 (M.D. Ga.) | |
| White, Frank White, Martha | Mortgage Information Services, Inc. | *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation* , Case No. 05-07097 | |

11146909 1.XLSX                           4 of 4