# EXHIBIT M



*First American Title Insurance Company*

National Agency Division
Operations Headquarters
13450 W Sunrise Boulevard • Suite 300 • Sunrise, FL 33323-2947
(954) 835-2900 • (800) 327-1018 • Fax (954) 838-9810 • Fax (800) 942-4283

November 22, 2005

Town & Country Credit Corporation
2010 Main Street, Suite 800
Irvine, CA 92614

Attn:   Closing Department
Fax No: 216-859-5322

Re:
Closing Protection Letter

Mortgage Information Services, Inc.
4877 Galaxy Parkway
Suite I
Cleveland, OH 44128

Dear Sir or Madame:

When title insurance of First American Title Insurance Company is specified for your protection, in connection with closing of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, and you are the insured under a policy of title insurance issued by First American Title Insurance Company (the "Company"), the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by the Issuing Agent (an agent authorized to issue title insurance for the Company), Approved Attorney (an attorney upon whose certification of title the Company issues title insurance), or Approved Closing Services Vendor (a vendor authorized to close loans, pursuant to which title insurance of the Company will be issued) referred to above and when such loss arises out of:

1.  Failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor to comply with your written closing instructions to the extent that they relate to: (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and disbursement of funds necessary to establish such status of title or lien; or (b) the obtaining of any other document, specifically required by you, but not to the extent that said instructions require a determination of the validity, enforceability or effectiveness of such other document; or (c) the collection and payment of funds due you; or

B-AMQ0168757

2.  Fraud or dishonesty of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney in handling your funds or documents in connection with such closings.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling who is an insured under an Owner's Policy of Title Insurance shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A.  The Company will not be liable to you for loss arising out of:

1.  Failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2.  Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such shall result from failure of the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or the Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3.  Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

4.  Matters created, suffered, assumed or agreed to by you and/or your agents or employees.

B.  If the closing is to be conducted by an Approved Attorney or an Approved Closing Services Vendor, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney or Approved Closing Services Vendor.

C.  When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D.  Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

B-AMQ0168758

From: unknown     Page: 16/30     Date: 11/22/2005 5:12:45 PM

E. Claims shall be made promptly to the Company at its principal office or 1 First American Way, Santa Ana, CA 92707, ATTN: Claims Department. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F. The protection herein offered does not extend to real property transactions in any state other than Iowa, Minnesota, Missouri, Wisconsin.

The protection herein offered will be effective until cancelled by written notice from the Company. Any previous closing protection letter or similar agreement is hereby cancelled except as to closings of your real estate transactions regarding which you have previously sent or within 30 days hereafter send written closing instructions to the Issuing Agent, Approved Attorney, or Approved Closing Services Vendor or Approved Attorney.

First American Title Insurance Company

Kenneth R. Jannen
Vice President

Attn: Brittany Lowe
Fax No.: 216-839-5322

B-AMQ0168759