IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | Lead Case No. 05-CV-7097 |
| LITIGATION | ) | |
| | ) | Centralized before the |
| | ) | Honorable Marvin E. Aspen |

## NOTICE OF MOTION

To:   Parties of Record

Please take notice that on the 2nd day of October, at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen and present the attached Certain Third-Party Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction And For A Suggestion Of Remand in the courtroom usually occupied by him in the Dirksen Federal Building, a copy of which is attached hereto and hereby served upon you.

Dated:  September 24, 2012          Respectfully submitted,

　　　　　　　　　　　　　　　　　　  /s/ Timothy D. Elliott
　　　　　　　　　　　　　　　　　　Timothy D. Elliott (ARDC 6237023)
　　　　　　　　　　　　　　　　　　RATHJE & WOODWARD, LLC
　　　　　　　　　　　　　　　　　　300 East Roosevelt Rd., Suite 300
　　　　　　　　　　　　　　　　　　Wheaton, IL 60187
　　　　　　　　　　　　　　　　　　Telephone: (630) 668-8500
　　　　　　　　　　　　　　　　　　*Counsel for Mortgage Information Services, Inc.*

　　　　　　　　　　　　　　　　　　Wayne Holstad
　　　　　　　　　　　　　　　　　　4501 Allendale Drive
　　　　　　　　　　　　　　　　　　St. Paul, MN 55127
　　　　　　　　　　　　　　　　　　Telephone: (651) 287-9821
　　　　　　　　　　　　　　　　　　*Attorney for the Northwest Third-Party Defendants*

　　　　　　　　　　　　　　　　　　Christopher H. Murphy
　　　　　　　　　　　　　　　　　　Cozen O'Connor
　　　　　　　　　　　　　　　　　　333 West Wacker Drive, Suite 1900
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 382.3155
　　　　　　　　　　　　　　　　　　*Attorney for Superior Third Party Defendants*

Albert E. Fowerbaugh, Jr.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Ste. 1800
Chicago, IL  60602-4257
Telephone:  (312) 696-4440
*Attorney for Fidelity Third Party Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of September, 2012, the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

/s/ Timothy D. Elliott
Timothy D. Elliott (ARDC 6237023)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500