**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | Lead Case No. 05 CV 07097 |
| LITIGATION | ) | |
| | ) | Centralized before the |
| | ) | Honorable Marvin E. Aspen |

## MOTION FOR JOINDER

NOW COMES Third-Party Defendants, Hillard N. Einbinder, Desautels,

Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., The Matlusky Firm, LLC,

Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C.,

(hereinafter "the Moving Third-Party Defendants"), by and through their attorneys, Gary T.

Jansen and Nicole D. Milos of Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC, pursuant to

Rule 6.1(c), and as their *Motion for Joinder*, state as follows:

1.     The Moving Third-Party Defendants are named as third-party defendants in

*Defendants'/Third-Party Plaintiffs' Fifth Amended Consolidated Third-Party Complaint*

("FATPC").

2.     The following Plaintiffs are the Plaintiffs in the cases involving the Moving

Third-Party Defendants:

- Scott J. Conry
- Nancy Conry
- Richard Collier
- Maryann Collier
- Kenneth F. Sweeten, Jr.
- Elizabeth Sweeten
- Yvonne Sourragh
- Roan Sourragh
- Brian Dixon
- Cynthia Dixon
- Laurie Negri

- Timothy Adamowicz[1]
- Francis Adamowicz[1]

3. All of the Plaintiffs referenced in paragraph two above have settled with Defendants/Third-Party Plaintiffs. Doc. Nos. 3892; 3940; 4479; 4488.

4. On September 24, 2012, certain Third-Party Defendants (Mortgage Information Services, Inc., the Fidelity Third-Party Defendants, the Superior Third-Party Defendants, and the Northwest Third-Party Defendants), filed with the court a *Motion to Dismiss for Lack of Subject Matter Jurisdiction and for a Suggestion of Remand*. Doc. No. 5101.

5. The Moving Third-Party Defendants are similarly situated as the Third-Party Defendants which filed the *Motion to Dismiss for Lack of Subject Matter Jurisdiction and for a Suggestion of Remand*. The bases supporting dismissal which are set forth in the *Motion to Dismiss for Lack of Subject Matter Jurisdiction and for a Suggestion of Remand* are equally applicable to the Moving Third-Party Defendants.

6. The Moving Third-Party Defendants seek dismissal of Defendants'/Third-Plaintiffs' third-party actions, or in the alternative, issuance of a suggestion of remand to the MDL Panel.

WHEREFORE, for the foregoing reasons, Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., The Matlusky Firm, LLC, Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C., pray that this Honorable Court enter an *Order* permitting said Third-Party Defendants to join in the pending *Motion to Dismiss for Lack of Subject Matter Jurisdiction and for a Suggestion of Remand*.

---

[1] Plaintiffs Timothy Adamowicz and Francis Adamowicz are named as Plaintiffs in the FATPC, but are class action Plaintiffs, whose case was dismissed pursuant to the court's Final Order and Judgment. Doc. No. 3628.

Respectfully submitted,


/s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendants
CREMER, SPINA, SHAUGHNESSY, JANSEN AND SPINA
One North Franklin, 10th Floor
Chicago, Illinois 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
287561

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2012, the foregoing was electronically filed with the Clerk of the Circuit Court using CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished, electronically through the CM/ECF system.

Gary T. Jansen
Nicole D. Milos
Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC
One North Franklin, 10th Floor
Chicago, Illinois 60606
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cremerspina.com