UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF MOTION**

TO: All Counsel of Record Pursuant to the ECF/CM System

PLEASE TAKE NOTICE that on **October 2, 2012 at 10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, in Courtroom 2568, or any judge sitting in his stead in the courtroom usually occupied by him, at the U.S. District Court for the Northern District of Illinois, 219 Sought Dearborn Street, Chicago, Illinois and then and there present on behalf of Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., The Matlusky Firm, LLC, Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C., their *Motion for Joinder* (See Doc. No. 5103) said *Motion* having been electronically filed on September 28, 2012.

                                                                                    s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendants Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., The Matlusky Firm, LLC, Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C.

Gary T. Jansen
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 287588

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **September 28, 2012** the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished, electronically through the CM/ECF system.

/s/ Gary T. Jansen

Gary T. Jansen
Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile