IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Griffin v. Ameriquest Mortgage Company, et al.*, 07-CV-00329, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **VICTORIA HILL**[1] ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY** (collectively "Defendants") hereby stipulate that the *Griffin v. Ameriquest Mortgage Company, et al.*, 07-CV-00329 (N.D. Ill) (transferred into the MDL from E.D. Pennsylvania) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] The Borrower was Helen Griffin who has deceased. The Motion by Victoria Hill to Substitute Party and Suggestion of Death of Helen Griffin was filed on April 21, 2009.

DATED: October 14, 2012	Respectfully submitted,

By: /s/ Brian R. Mildenberg
*Attorneys for the Plaintiff Helen Griffin*

MILDENBERG LAW FIRM, P.C.
Brian R. Mildenberg, Esq.
123 South Broad Street, Suite 1610
Philadelphia, Pennsylvania 19109
Telephone: (215) 545-4870
Facsimile: (215) 545-4871

DATED: October 14, 2012	Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 14th day of October 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies