IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) ) |

**CERTAIN THIRD-PARTY DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF
IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION AND FOR SUGGESTION OF REMAND**

Third-Party Defendants Mortgage Information Services, Inc. ("MIS"), the Fidelity Third-Party Defendants,[1] the Superior Third-Party Defendants,[2] and the Northwest Third-Party Defendants[3] (collectively referred to herein as the "Moving Third Party Defendants") respectfully request this Court to grant them a one-week extension of time, until October 31, 2012, to file their reply brief in support of their Motion To Dismiss For Lack of Subject Matter Jurisdiction and For Suggestion of Remand (the "Motion"). In support of this request, the Moving Third Party Defendants state as follows:

1. On September 24, 2012, the Moving Third Party Defendants filed the Motion, requesting this Court to dismiss for lack of subject matter jurisdiction the third-party claims filed

---

[1] The "Fidelity Third-Party Defendants" are Alamo Title Ins. Co., Am. Pioneer Title Ins. Co., Chicago Title Co., Chicago Title Ins. Co., Chicago Title Ins. Co. of Mich., Commonwealth Land Title Co., Commonwealth Land Title Ins. Co., Fidelity Nat'l Title Co., Fidelity Nat'l Title Ins. Co., Fidelity Nat'l Title Ins. Co. of NY, Lawyers Title Ins. Co., Sec. Union Title Ins. Co., Ticor Title Ins. Co. and Transnation Title Ins. Co.

[2] The "Superior Third-Party Defendants" are Superior Closing Serv., LLC, Heights Title Agency, Inc., Battersby Title, Inc., Colonial Title & Escrow Inc., Nat'l Real Estate Info. Serv. of NJ, Towne & Country Land Title Agency, Inc., Taylor Abstract Co., Title-Tech Networks, Anchor Title, and Equititle.

[3] The "Northwest Third-Party Defendants" are Northwest Title and Escrow Corp. and CloseNet, LLC.

against them in those opt-out cases where the plaintiffs' underlying claims against either Ameriquest Mortgage Company, Argent Mortgage Company LLC, or Town & Country Credit Corporation (collectively "Ameriquest") were settled or otherwise resolved. In addition, the Moving Third Party Defendants requested this Court to issue a suggestion of remand to the Multidistrict Litigation Panel as to any case where the third-party claims have not been dismissed. (Docket No. 5101).

2. On September 28, 2012, third-party defendants Hilliard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, Sette & Bonadies, P.C., The Matlusky Firm, LLC, Baruti, Scola & Smith, P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini, P.C. (collectively the "Joining Third Party Defendants") sought leave to join in the Motion, which this Court granted. (Docket Nos. 5103, 5106).

3. On October 1, 2012, this Court entered an order giving Ameriquest until October 17, 2012 to file its Response, and giving the Moving Third Party Defendants one week, until October 24, 2012, to file their Reply. (Docket No. 5105).

4. On October 17, 2012, at 10:55 pm CDT, Ameriquest filed its 15-page Response, along with its 188 pages of exhibits. (Docket No. 5123).

5. The Moving Third Party Defendants need one additional week to prepare their Reply. First, counsel for several of the Moving Third Party Defendants is currently engaged in out-of-state depositions that prevent him from dedicating the necessary time to assist in preparing the Reply within the current filing deadline. In addition, Ameriquest raises a number of factual and legal arguments that the Moving Third Party Defendants need to address, which will require the additional requested time. Finally, the Moving Third Party Defendants need the

additional time in order to coordinate preparation of the Reply amongst themselves as well as the Joining Third Party Defendants.

6. The Moving Third Party Defendants' request should not delay these proceedings.

WHEREFORE, the Moving Third Party Defendants request this Court to grant them a one-week extension of time, until October 31, 2012, to file their Reply in support of their Motion To Dismiss For Lack of Subject Matter Jurisdiction and For Suggestion of Remand.

Dated: October 18, 2012                           Respectfully submitted,

/s/Albert E. Fowerbaugh, Jr. Butler Rubin Saltarelli & Boyd LLP 70 West Madison Street, Ste. 1800 Chicago, IL 60602-4257 Telephone: (312) 696-4440

/s/Timothy D. Elliott
Timothy D. Elliott (ARDC 6237023)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500
*Attorneys for Mortgage Information Services*

/s/Christopher H. Murphy
Cozen O'Connor 333 West Wacker Drive, Suite 1900 Chicago, Illinois 60606
Telephone: (312) 382.3155
*Attorney for Superior Third Party Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF filing system to all counsel of record, this 18th day of October, 2012.

    /s/ Albert E. Fowerbaugh, Jr.