IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) ) |

## NOTICE OF MOTION

**TO:** All Counsel of Record

     PLEASE TAKE NOTICE that on Tuesday, October 23, 2012, at 10:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **CERTAIN THIRD-PARTY DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR SUGGESTION OF REMAND,** a copy of which is hereby served upon you.

Dated: October 18, 2012                 Respectfully submitted,

                                             /s/Albert E. Fowerbaugh, Jr. Butler Rubin Saltarelli & Boyd LLP 70 West Madison Street, Ste. 1800 Chicago, IL 60602-4257 Telephone: (312) 696-4440

                                             /s/Timothy D. Elliott
                                             Timothy D. Elliott (ARDC 6237023)
                                             RATHJE & WOODWARD, LLC
                                             300 East Roosevelt Rd., Suite 300
                                             Wheaton, IL 60187
                                             Telephone: (630) 668-8500
                                             *Attorneys for Mortgage Information Services*

                                             /s/Christopher H. Murphy
                                             Cozen O'Connor 333 West Wacker Drive, Suite 1900 Chicago, Illinois 60606
                                             Telephone: (312) 382.3155
                                             *Attorney for Superior Third Party Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF filing system to all counsel of record, this 18th day of October, 2012.

                                                                    /s/ Albert E. Fowerbaugh, Jr.

497982