# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## STATUS OF EDELMAN COMBS PLAINTIFFS

Multi-District Litigation Plaintiffs represented by Edelman, Combs, Latturner, & Goodwin, LLC (the "Edelman Plaintiffs") hereby submit the following Status Report, as requested by the Court's Minute Order entered on October 4, 2012.

**I.   INTRODUCTION**

The Edelman Plaintiffs, the AMC Entities, and related servicers participated in mediation with Magistrate Judge Morton Denlow on December 1, 2010 and December 2, 2010. On December 2, 2010, Edelman Plaintiffs and Defendants reached a settlement in principle relating to 128 Edelman Plaintiffs. The settlement agreement was fully executed on April 22, 2011.

**II.   STATUS OF EDELMAN COMBS PLAINTFIFFS**

Of the 128 Edelman Plaintiffs' cases, 125 have been dismissed. Three cases are still pending.

1. Katrina Purdy-Roth and Jerry Roth, Case 06-cv-1738 (S.D. Ind.): On August 18, 2012 Homeward Residential, Inc. approved Plaintiffs for a consent foreclosure with a waiver of deficiency. The parties are now in the process of preparing a settlement agreement that they will then need to effectuate.

2. Velma Jiles, Case 06-cv-2771 (N.D. Ill.): On October 12, 2012 Select Portfolio Servicing, Inc. approved Plaintiff for a loan modification. A settlement agreement has been prepared and signed by Mrs. Jiles. Once Defendants have signed the agreement and performed thereunder, this case will be ready for dismissal.

3. David and Rose Black, Case 06-cv-4418 (N.D. Ill.): Plaintiffs did not qualify for a loan modification but wished to keep their home. Therefore, Ocwen Loan Servicing, LLC has offered Plaintiffs a reduced mortgage-payoff. Plaintiffs are attempting to get financing for the payoff. They sent an application to a financing agency on June 22, 2012. The loan came out of underwriting and the documentation was sent to the Blacks. Once they sign and return the forms the loan can be processed.

Respectfully submitted,

s/ Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on November 9, 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Catherine A. Ceko
Catherine A .Ceko
