# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | (Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 15, 2012, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Ameriquest Mortgage Company's Motion for Leave to File Sur-Reply in Opposition to Motion to Dismiss MDL, a copy of which is concurrently served upon you.

DATED: November 9, 2012

Respectfully submitted,

By: /s/ *Randall L. Manvitz*
*Attorneys for Ameriquest Mortgage Company*

Randall L. Manvitz, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

**CERTIFICATE OF SERVICE**

      I, Randall Manvitz, hereby certify that on this 9th day of November 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    By: /s/ Randall Manvitz