# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                        Plaintiff,

v.                                                Case No.: 1:05−cv−07097
                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2012:

       MINUTE entry before Honorable Marvin E. Aspen:Third party plaintiff Ameriquest Mortgage's Motion for leave to file [5134] sur−reply in opposition to motion to dismiss MDL is granted. The motion hearing scheduled for 11/15/12 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.