**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**STATUS REPORT FOR HARRIS FIRM CASES**

  The Law Offices of Daniel Harris filed complaints on behalf of 70 households in the Ameriquest MDL proceedings. With the help two settlement conferences conducted by Magistrate Judge Denlow, the parties were able to reach a settlement in principal in June 2011. Since then, this Court has entered 59 Stipulations of Dismissal.

  Below is the status of the 11 plaintiffs whose claims are still pending:

1. Thomas and Linda Applegate – The Applegates are not communicating with Counsel. Homeward has indicated that they commenced collection activities.

2. Natalie Clemons – Clemons and Homeward have not yet been able to come to an agreement on a "short-pay" number. Plaintiff will be sending information to Homeward concerning the value of the property. If the parties are still unable to reach agreement, a settlement conference with Judge Martin may be useful.

3. Joyce Griggs – Griggs has entered into a HAMP loan modification agreement with Homeward. Unfortunately, Ms. Griggs' health issues have hampered her efforts to resolve all of the outstanding issues.

4. James & Genise Krause – The Krauses entered into a HAMP loan modification agreement. Unfortunately, some servicing related issues have arisen. Homeward and the Krauses are trying to work through these issues. If these efforts are not successful, the Krauses believe that it would be useful to schedule a settlement conference with Judge Martin.

5. The Estate of John Kruger – The Estate has executed a settlement agreement and a stipulation of dismissal will be filed shortly.

6. Jose & Rose Mejia – Homeward has approved a short sale for the property. However, the buyer has been having trouble getting final approval for financing. This issue should be resolved shortly and the short sale should close.

7. Marcia Nowik - Ms. Nowik is paying on a loan modification that was never fully executed and finally withdrawn by Chase. At the request of Chase, Ms. Nowik has recently reapplied for a loan modification. Nowik has not received a new loan modification proposal.

8. Michael & Susan O'Keefe – The O'Keefes are waiting to hear back from Chase regarding their loan modification application.

9. Ascencio & Alicia Salazar – The Salazars have agreed to a stipulated foreclosure. Unfortunately, there is some language in the settlement agreement that needs to be worked out between the parties. Plaintiffs hope to resolve this issue shortly.

10. George & Cynthia Scott – Mrs. Scott has decided to leave the property and Homeward is in the process of drafting settlement documents.

11. Gil & Janet Solnin – The Solnins live in Plainview, NY and lost power due to Hurricane Sandy. The Solnins plan on submitting loan modification paperwork to Homeward as soon as they are able.

Plaintiffs' Counsel is hopeful that these outstanding matters will be resolved shortly.

Respectfully Submitted:

Date: November 14, 2012          /s/ Anthony P. Valach, Jr.
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 14th day of November 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

                                      By:     /s/ Anthony P. Valach, Jr.