IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) ) | Centralized before The Honorable Marvin E. Aspen<br><br>November 15, 2012 |

## STATUS REPORT FOR PLAINTIFFS REPRESENTED BY DANIEL S. BLINN

The parties are continuing to settle cases following the mediation and future sessions are not contemplated.

Of the 181 Plaintiffs represented by this firm who asserted claims, 11 are remaining. On November 6, 2012 the undersigned counsel had a telephone conference with Attorney Randall Manvitz and Attorney Joanne Davies to discuss the remaining cases.

The following claims are not likely to settle in the near future and counsel are in the process of scheduling depositions to take place in December and January:

Deborah L. and Anthony J. Morin (N.D. Ill. Case No. 1:06-cv-01733);

Gregory and Kelly Smayda (N.D. Ill. Case No. 1:06-cv-01733);

Sean K. and Patricia Wells (N.D. Ill. Case No. 1:07-cv-00130);

Winston and Norma Patterson (N.D. Ill. Case No. 1:06-cv-01733);

Albert Levesque (N.D. Ill. Case No. 1:06-cv-03125);

David and Lucinda Milardo (N.D. Ill. Case No. 1:06-01733);

Charles J. Matas (N.D. Ill. Case No. 1:06-02469);

Mary Anne Richards (D. Conn. Case No. 1:09-cv-00215);

Mauro Troetti (N.D. Ill. Case No. 1:06-02471);

Barbara Desrosiers (N.D. Ill. Case No. 1:06-02471); and

Tricia A. Safferstein (N.D. Ill. Case No. 1:06-02471).

The following claims either have loan modifications pending, or have agreements for settlement but the settlement paperwork has not been completed:

Justin and Cynthia Thompson (N.D. Ill. Case No. 1:06-01733);

Cheryl P. Jones and Arnold Jones (N.D. Ill. Case No. 1:07-00129); and

Henry Owen and Joan Fogg (formerly Owen) (N.D. Ill. Case No. 1:06-02469).

Dated: November 15, 2012

Respectfully Submitted,

By: /s/ Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457

**CERTIFICATION**

I hereby certify that on this 15th day of November, 2012, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn