UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 27, 2012:


    MINUTE entry before Honorable Daniel G. Martin: Status hearing held and
continued to 01/31/2013 at 10:00 a.m. to report on the status of the principle cases
between opt−out plaintiffs and the Ameriquest Defendants, including the status of
finalizing agreements to settle in principle. The Ameriquest Defendants report that none of
the ongoing claims are ripe for a settlement conference at this time. The Ameriquest
Defendants intend to file a motion to compel as to approximately thirty opt−out plaintiffs
who have failed to respond to discovery. The parties are expected to exhaust their meet
and confer efforts before requesting court intervention. Discovery regarding third−party
claims remains stayed pending the district court's ruling on certain third−party defendants'
motion to dismiss for lack of subject matter jurisdiction. Status hearing regarding the
third−party claims is set for 03/07/2013 at 10:00 a.m. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.