IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Delaney, et al., v. AMC Mortgage Services, Inc. et al.*, Case No. 1:09-00216 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert M. Delaney and Rhonda R. Delaney (collectively "Plaintiff") and Defendants **AMC MORTGAGE SERVICES, INC. and CITI RESIDENTIAL LENDING, INC.** (collectively "Defendants") hereby stipulate that the *Delaney, et al., v. AMC Mortgage Services, Inc. et al.*, Case No. 1:09-00216 (N.D. Ill) (transferred into the MDL from the United States District Court, Southern District of Illinois) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 11-26, 2012

Respectfully submitted,

By: _____
*Attorneys for Robert M. Delaney and Rhonda R. Delaney*

Douglas A. Antonik
Antonik Law Offices
3405 Broadway
P.O. Box 594
Mt. Vernon, IL 62864
Telephone: (618) 244-5739
Facsimile: (618) 244-9633

DATED: 11/28, 2012

Respectfully submitted,

By: _____
*Attorneys for AMC Mortgage Services and Citi Residential Lending*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of November 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____
Joanne N. Davies