**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Hinkley v. Ameriquest Funding II REO, LLC, et al.*<br>Case No. 1:07-CV-03941 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **DIANA HINKLEY** ("Plaintiff") and Defendants **AMERIQUEST FUNDING II REO, LLC** and **AMC MORTGAGE SERVICES** (collectively "Defendants") hereby stipulate that the *Hinkley v. Ameriquest Funding II REO, LLC, et al.* Case No. 1:07-CV-03941 (N.D. Ill) (transferred into the MDL from the United States District Court, Maine) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  November 28, 2012					Respectfully submitted,

							By:  /s/ David J. Van Dyke
							*Attorneys for Diana Hinkley*

							David J. Van Dyke
							Hornblower, Lynch, Rabasco & Van Dyke
							261 Ash Street
							Lewiston, Maine 04240
							(207) 786-6641

DATED:  November 28, 2012					Respectfully submitted,

							By:  /s/ Joanne N. Davies
							*Attorneys for Ameriquest Funding II REO, LLC & AMC Mortgage Services*

							Joanne N. Davies, Esq.
							BUCHALTER NEMER
							18400 Von Karman Avenue, Suite 800
							Irvine, California 92612
							Telephone:  (949) 760-1121
							Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 28th day of November 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        By:    /s/ Joanne N. Davies