279-8145            BEC:pas            #6255803

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LITIGATION PRACTICES LITIGATION, | MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>Centralized before The<br>Hon. Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>LAW OFFICES OF RUSSO & MINCHOFF,<br><br>    Third-Party Defendant. | |

## MOTION FOR LEAVE TO FILE ANSWER TO FIFTH CONSOLIDATED AMENDED THIRD PARTY COMPLAINT

NOW COMES the Third Party Defendant, LAW OFFICES OF RUSSO & MINCHOFF, by and through its attorney, BULLARO & CARTON, P.C., and moves under FRCP 6(b)(1)(B) for leave to file it Answer to the Fifth Consolidated Amended Third Party Complaint *Instanter*, and states as follows:

    1.      Previously in this lawsuit, Third Party Plaintiff, Ameriquest Mortgage Company, and certain other Third Party Defendants filed an action against the Law Offices of Russo & Minchoff in connection with a single underlying transaction related to a residential mortgage closed with Frances Nyepon.

    2.      Since that time, there have been extensive and repeated settlement discussions as

between counsel for Ameriquest and counsel for the moving Third Party Defendant as to both a total settlement amount to be paid to the underlying Plaintiff, as well as the proportionate share as between Ameriquest and the moving Third Party Defendant.

3. It has long been believed that a settlement is, essentially, agreed upon. However, the lawyer for the underlying borrower, Frances Nyepon, has failed to return phone calls by Ameriquest's counsel for some time.

4. Given Ameriquest's and the moving Third Party Defendant's inability to finalize the settlement with the Plaintiff, the moving Third Party Defendant now seeks leave of this Court to respond to the Fifth Consolidated Amended Third Party Complaint.

5. Counsel for Ameriquest agrees to and does not object to the granting of leave to file. Indeed, it is the hope of both that settlement of this specific claim related to one specific transaction can be finalized in the near future, just as many other individual claims in this multi-district litigation have been recently finalized and settled.

6. Counsel for Third Party Plaintiff Ameriquest agreed to previous informal extensions of time for the moving Third Party Defendant to answer or otherwise respond, which constitutes good cause for an enlargement of time to answer. See, Home Ins. Co. v. Paige, 255 F. Supp. 51 (D. Md. 1966).

7. The Movant's proposed Answer and Affirmative Defenses are attached as Exhibit A.

8. Granting this Motion will not prejudice any party and will not otherwise delay the progress of this litigation.

9. It is within the sound discretion of the District Court to allow for the enlargement of time requested herein. See, Tenenbaum v. William, 907 F. Supp. 606 (E.D. NY, 1995).

WHEREFORE, the Defendant, LAW OFFICES OF RUSSO & MINCHOFF, respectfully requests that this Court enter an order granting its motion for leave to file its Answer to the Fifth Consolidated Amended Third Party Complaint, *instanter*, and granting any and all relief this Court shall deem just and proper in the premises.

                                         Respectfully submitted,

                                         **BULLARO & CARTON, P.C.**

                                         By: */s/ Bryan E. Curry*
                                                 Bryan E. Curry

Thomas A. Carton (ARDC # 3122259)
Bryan E. Curry (ARDC # 6255803)
**BULLARO & CARTON, P.C.**
200 North LaSalle Street
Suite 2420
Chicago, Illinois 60601
Phone: (312) 831-1000
Fax:   (312) 831-0647
Email: tcarton@bullarocarton.com
         bcurry@bullarocarton.com