279-8145            BEC:pas            #6255803

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LITIGATION PRACTICES LITIGATION, | MDL No. 1715 <br> Lead Case No. 05-CV-07097 <br><br> Centralized before The <br> Hon. Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | |
|     Defendant and Third-Party Plaintiff, | |
| v. | |
| LAW OFFICES OF RUSSO & MINCHOFF, | |
|     Third-Party Defendant. | |

### NOTICE OF MOTION

Please take notice that **Thursday, December 13, 2012 at 10:30 a.m.**, we shall present Law Offices of Russo & Minchoff's (incorrectly sued as Russo & Winchoff) **MOTION FOR LEAVE TO FILE ANSWER TO FIFTH CONSOLIDATED AMENDED THIRD PARTY COMPLAINT** before Judge Marvin E. Aspen, or such other judge as may be sitting in his stead in **Courtroom 2568** of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois.

                                                                              Respectfully submitted,

| | |
|---|---|
| John J. Bullaro (ARDC #0335843) <br> Bryan E. Curry (ARDC #6255803) <br> BULLARO & CARTON, P.C. <br> 200 North LaSalle Street <br> Suite #2420 <br> Chicago, Illinois 60601 <br> (312) 831-1000 <br> (312) 831-0647 – fax <br> jbullaro@bullarocarton.com <br> bcurry@bullarocarton.com | **BULLARO & CARTON, P.C.** <br><br> By:    /s/ Bryan E. Curry_____ <br>           Bryan E. Curry |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 10, 2012 he caused this **NOTICE OF MOTION** to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois via the CM/ECF electronic filing system, and the undersigned further certifies that the same was served electronically upon Cathleen M. Combs (counsel@edcombs.com) Attorney to be Noticed; James O. Latturner (counsel@edcombs.com) Attorney to be Noticed; Daniel S. Blinn (dblinn@consumerlawgroup.com) Attorney to be Noticed; Daniel Mark Harris (lawofficedh@yahoo.com); Christopher M. Lefebvre (jefeblaw@aol.com) Attorney to be Noticed; Keith James Keogh (keith@keoghlaw.com) Attorney to be Noticed; Kristin Ann Siegesmund; (kasiegesmund@midminlegal.org) Attorney to be Noticed; Charles McLeod Baird (charlesmbaird@att.net) Attorney to be Noticed; Peter Lachmann (Peter.Lachman@sbcglobal.net) Attorney to be Noticed; Brian L. Bromberg (brian@brianbomberg.com) Attorney to be Noticed; Charles J. Roedersheimer (charles@thompsonanddeveny.com) Attorney to be Noticed; William Henry Robertson, V (bill.robertson@beasleyallen.com) Attorney to be Noticed; Caryn (checker@lchb.com) Attorney to be Noticed; Gary Edward Klein (klein@roddykleinryan.com) Attorney to be Noticed; Terry A. Smiljanich (tsmiljanich@jameshover.com) Attorney to be Noticed; Earl P. Underwood (epunderwood@gmail.com) Attorney to be Noticed; Michael James Aschenbrener (maschenbrener@kamberedelson.com) Attorney to be Noticed; Lloyd J. Brooks (lloydbrooks@thebrroksfirm.com) Attorney to be Noticed; Charles M. Delbaum (cdelbaum@nclc.org) Attorney to be Noticed; Lori Ann Fanning (LFlanning@MillerLawLLC.com) Attorney to be Noticed; James Donnie Peterson (jpatterson@alalaw.com) Attorney to be Noticed; Keith Vargas (kverges@figdav.com) Attorney to be Noticed; and the following attorneys to be served via Regular U.S. Mail: Royce S. Lanning, Gaunt, Earl & Binney, LLP, 1400 Woodlach Forest Drive, Suite 575, The Woodlands, TX 77380; D. Richard Black, 283 Howard Avenue, Holland, Michigan 49424; Kevin Haeberle, Friedman & Kaplan, et al., 1633 Broadway, New York, New York 10019;

_____/s/ Bryan E. Curry_____
Bryan E. Curry



| JUDGES | RULES | CLERK'S OFFICE | ATTORNEY INFO | E-FILING INFO | JURY INFO | HOME |

Home > Judges > Judge Information

## Judge Marvin E. Aspen

Courtroom 2568 | Chambers 2578
Telephone Number: (312) 435-5696
Fax Number: (312) 554-8515

**Judge Staff**

**Courtroom Deputy**
Gladys Lugo
(312) 435-5605
Room 2516A

**Law Clerk**
Beth Cammarata

**Law Clerk**
Matthew Underwood

**Secretary**
Linda Surprenant
(312) 435-5696

**Related Links**

Daily Calendar
Recent Opinions
Biographical Data

### Important Information

The information on this and linked pages contains important information about my pretrial case management procedures. Please take the time to read it carefully.

These policies and rules have been designed to facilitate the prompt, efficient and equitable disposition of civil cases on my docket. The success of this court's trial procedures depends on your willingness to familiarize yourself with these materials and to act accordingly. Counsel will be expected to fully explain to the court any failure to comply with the court's pretrial procedures.

### Motion Schedule

**Motion Type:** Civ. & Crim.
**Day:** Tu, Th
**Time:** 10:30 a.m.

**Courtroom:** 2568
**Telephone:** (312) 435-5696

**No. of Days Notice:** 2

View All Motion Schedule

### Case Management Procedures

Procedures to be followed in Cases Assigned to **Marvin E. Aspen**

Printable View

Initial Status Conference

Scheduling and Settlement Conferences

Motion Practice

Discovery Motions

Consent to Proceed Before a Magistrate Judge

Bankruptcy Appeals

Short Civil Trial Calendar

Submitting a Proposed Order, Agreed or Otherwise, for Electronic Entry by the Judge

---

HOME | JUDGES | RULES | CLERK'S OFFICE | ATTORNEY INFO | E-FILING INFO | JURY INFO

**Your feedback is important to us!** Please click here to send us your comments and suggestions as we continue to work this new web site.

Note: Throughout the court's web site are links to external sites. These external sites contain information created and maintained by other public and private organizations and are provided for the user's convenience. The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.

