IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Smith v. Town & Country Credit Corporation, et al.* Case No. 1:06-CV-03704 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **KING SMITH** ("Plaintiff") and Defendants **TOWN & COUNTRY CREDIT CORPORATION, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY,** and **AMERICAN HOME MORTGAGE SERVICING, INC.** (collectively "Defendants") hereby stipulate that the *Smith v. Town & Country Credit Corporation, et al.,* Case No. 1:06-cv-03704 (N.D. Ill) (transferred into the MDL from the United States District Court, Northern District of Illinois) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 11/26, 2012

Respectfully submitted,

By: /s/ King M. Smith
King Smith, Pro Se Plaintiff
3 Wilson Court
Park Forest, IL 60466
Telephone: (708) 257-6483

DATED: 12/10, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Town & Country Credit Corporation, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: 12/10 2012

Respectfully submitted,

By: /s/ Simon A. Fleischmann
Attorneys for Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.

Simon A. Fleischmann, Esq.
LOCKE LORD
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile: (312) 896-6471

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of December 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies