IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Ferrara, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06867, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **JOHN KRUGER**[1] ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES, INC.,** and **U.S. BANK N.A., AS TRUSTEE FOR CITIGROUP MORTGAGE LOANS TRUST 2006 AMC1** (collectively "Defendants") hereby stipulate that Plaintiff Kruger's claims in the *Ferrara, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06867 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Suggestion of Death as to John Kruger was filed on June 6, 2012.

DATED: 12/11, 2012

Respectfully submitted,

By: /s/ Anthony P. Valach, Jr.
*Attorneys for the Plaintiffs*

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq.
Anthony P. Valach, Esq.
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802

DATED: 12/11, 2012

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., ACC Capital Holdings, Ameriquest Mortgage Securities, Inc., and U.S. Bank N.A. as Trustee for Citigroup Mortgage Loans Trust 2006 AMC1*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, hereby certify that on this 11th day of December 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Anthony P. Valach