IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br> *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. <br> *Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. <br> *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. <br> *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. <br> *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. <br> *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. <br> *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. <br> *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. <br> *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. <br> *Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill. <br> *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. <br> *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. <br> *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. <br> *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> **MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS** <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> (Assigned to Magistrate Judge Daniel G. Martin) |

1

## MOTION TO COMPEL DISCOVERY RESPONSES FROM
## NON-RESPONSIVE PLAINTIFFS

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, Town & Country Credit Corporation (collectively "Defendants") respectfully move for an order compelling the plaintiffs listed in the attached Exhibit A ("Plaintiffs") to respond to long overdue discovery requests. Specifically, Defendants seek an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling Plaintiffs to respond to Defendants' Requests for Production of Documents (Set One), Interrogatories (Set One), and Requests for Admission (Set One). Additionally, Defendants seek an order warning Plaintiffs that the failure to respond to the outstanding discovery or otherwise notify Defendants of their desire to participate in the litigation will result in the dismissal of their action for failure to prosecute, pursuant to Federal Rule of Civil Procedure, Rule 41(b). In support of their motion, Defendants state as follows:

1. Defendants have actively participated in mediation with many of the opt-out plaintiffs. However, some plaintiffs have been unresponsive to Ameriquest's invitations to engage in settlement discussions or the settlement discussions have not resulted in resolution. As a result, Defendants propounded discovery requests to Plaintiffs in an effort to move the matters closer to resolution.

2. Plaintiffs were each sent nearly identical sets of requests for production, interrogatories, and requests for admission. Exhibit A lists the dates each Plaintiff was served with the subject discovery and the respective deadlines for Plaintiffs' responses. The majority of Plaintiffs' responses have been due since August 13, 2012. Defendants have not received responses from Plaintiffs and Plaintiffs' responses are long overdue. An exemplar set of the discovery sent to Plaintiffs is attached as Exhibit B.

3. After not receiving any discovery responses from Plaintiffs on their respective due dates, Defendants sent letters to Plaintiffs between September 11 and 14, 2012 requesting responses. The letters sent to Plaintiffs are attached as Exhibit C. To date, Plaintiffs have not

responded to Defendants. Pursuant to Local Rule 37.2, counsel for Defendants also called, or attempted to call each plaintiff to meet and confer regarding the outstanding discovery. A summary of Defendant's meet-and-confer efforts is attached as Exhibit D.

4. Pursuant to Local Rule 37.2, counsel for Defendants state that its attempts to consult with Plaintiffs about the outstanding discovery were unsuccessful due to no fault of counsel's. Additionally, despite the fact that many of the pro se Plaintiffs are not registered parties and not included on the electronic service list, Defendants made their best effort to determine each Plaintiff's current phone number and mailing address before calling or sending the discovery and the meet and confer letters.

5. Despite Defendants' efforts to engage in settlement discussions and obtain discovery responses, Plaintiffs have remained silent, suggesting that they no longer wish to prosecute their claims.

6. Without responses to the subject discovery, Defendants will be significantly hindered in defending against Plaintiffs' claims.

7. Defendants request the following relief:

A. An order compelling responses to the outstanding discovery within 30 days, without objection as all objections have been waived; and

B. An order warning Plaintiffs that if they do not respond to the discovery or notify Defendants' counsel, in writing, that they wish to participate in the litigation within 30 days, their claims will be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

DATED: December 18, 2012                Respectfully submitted,

                                        By: /s/ Randall L. Manvitz
                                        *Attorneys for and Ameriquest Mortgage Company*

                                        Randall L. Manvitz, Esq.(admitted *pro hac vice*)
                                        BUCHALTER NEMER
                                        55 Second Street, Suite 1700
                                        San Francisco, CA 94105
                                        Telephone: (415) 227-3644
                                        Facsimile: (415) 904-3102

3

# CERTIFICATE OF SERVICE

I, Randall L. Manvitz, hereby certify that on this 18th day of December 2012, a true and correct copy of the Notice of Motion and the Motion to Compel Discovery Responses From Non-Responsive Plaintiffs were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via first class mail:

| | |
|---|---|
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for plaintiffs Arndt, Maria<br>Pendergraph, Forrest |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for plaintiffs Curtis, Joseph<br>Curtis, Elizabeth |
| William F. Spielberger<br>William F. Spielberger & Associates, P.C.<br>53 West Jackson Blvd, #1231<br>Chicago, IL 60604 | Attorneys for plaintiff Dailey, Rosa L. |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1 | |

4

Chicago, IL 60644

| | |
|---|---|
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Nyepon, Francis |
| Cedric Peterson<br>9345 Rocky Lane<br>Orangevale, CA 95662 | Plaintiff in pro per |
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiffs in pro per |
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Rep. of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |

BN 12723499v2

6

| | |
|---|---|
| Maynor Villagran<br>4761 NW 2nd Terrace<br>Miami, FL 33126 | Plaintiff in pro per |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |

By: /s/ Randall L. Manvitz