# EXHIBIT A

Exhibit A to Motion to Compel

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | 12/19/11 | 01/23/12 |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | 07/09/12 | 08/13/12 |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | 07/09/12 | 08/13/12 |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | 07/09/12 | 08/13/12 |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. | 07/09/12 | 08/13/12 |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. | 12/19/11<br>07/09/12 | 01/23/12<br>08/13/12 |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. | 07/23/12 | 08/27/12 |
| Roop, Sarah<br><br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the Estate of Christopher Roop | *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. | 07/09/12 | 08/13/12 |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.*, 1:07-cv-06810 N.D. Ill. | 07/09/12 | 08/13/12 |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. | 07/09/12 | 08/13/12 |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Villagran, Maynor | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. | 07/09/12 | 08/13/12 |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. | 07/09/12 | 08/13/12 |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | 07/23/12<br>(to Sun City, AZ)<br><br>08/15/12<br>(to Peoria, AZ) | 08/27/12<br><br><br>09/17/12 |