**Defendants' Attempts To Confer With Plaintiffs By Telephone**

Pursuant to Local Rule 37.2, Defendants' counsel conferred by telephone with each plaintiff or attempted to do so, to meet and confer regarding the subject discovery as follows:

1. **Maria Arndt and Forrest Pendergraph**

On November 26, 2012, Defendants' counsel Randall L. Manvitz called plaintiffs' counsel Richard Banks, but Mr. Banks did not answer and Mr. Manvitz did not have the option of leaving a voice message. On December 10, 2012, Mr. Manvitz called again and spoke with Mr. Bank's assistant who stated that Mr. Bank's was out of the office until December 17, 2012. Mr. Manvitz informed Mr. Bank's assistant that Defendants would file a motion to compel unless it received discovery responses or an adequate response on or before December 17, 2012. To date, Defendants have not received discovery responses from plaintiffs or any response from Mr. Banks. Defendants have also not received a response to the letter they sent to plaintiffs on September 11, 2012, which is attached to the Motion as Exhibit C.

2. **Brett Burris and Christine Burris**

Defendants have been unable to contact plaintiffs because their phone numbers are unknown and cannot be found despite diligent efforts. On November 26, 2012, Mr. Manvitz attempted to call plaintiffs at two different phone numbers, but each time was informed that he had reached the wrong number. Despite running Google searches as well as a search on www.accurint.com to obtain plaintiffs' current phone number, to date, Defendants have been unable to do so. To date, Defendants have not received discovery responses from plaintiffs or a response to correspondence requesting responses to discovery. Defendants have also not received a response to the letter they sent to plaintiffs on September 11, 2012, which is attached to the Motion as Exhibit C.

3. **Joseph Curtis and Elizabeth Curtis**

Mr. Manvitz has exchanged numerous emails with counsel for Joseph and Elizabeth Curtis, Matthew J. Dunn of the law firm of Berluti McLaughlin & Kutchin LLP and communicated by telephone on December 3, 2012 to try to convince them to take some action in

this matter. Plaintiffs accepted the settlement proceeds but Mr. Dunn has not executed a voluntary dismissal and will not agree to communicate with his clients about the dismissal or outstanding discovery. Instead, Mr. Dunn first claimed that he was not involved in the litigation although he is counsel of record for the plaintiffs. Then Mr. Dunn sarcastically asserted that Ameriquest's counsel should communicate with his clients to tell them to call him, which as was pointed out to Mr. Dunn, is not ethically feasible. Mr. Dunn disclaims any obligation to take any action in this case and refuses to attempt to communicate with his clients about the outstanding issues.

**4.** **Rosa Dailey**

On November 26, 2012, Mr. Manvitz attempted to call plaintiff's counsel, William Spielberger, but Mr. Spielberger did not answer and Mr. Manvitz did not have the option of leaving a voice message. Mr. Manvitz also sent a follow-up email to Mr. Spielberger regarding the outstanding discovery. To date, Defendants have not received discovery responses from plaintiff or any response from Mr. Spielberger. Defendants have also not received a response to the letter they sent to plaintiff on September 11, 2012, which is attached to the Motion as Exhibit C.

**5.** **Karen Johnson and Stanley Johnson**

On November 26, 2012, Mr. Manvitz spoke with pro se plaintiff Stanley Johnson who represented that he would respond to the subject discovery by November 28, 2012. Mr. Manvitz informed Mr. Stanley that if no response was received by that date, Defendants would file a motion to compel. To date, Defendants have not received any discovery responses from plaintiffs. Defendants have also not received a response to the letter they sent to plaintiffs on September 14, 2012, which is attached to the Motion as Exhibit C.

**6.** **Audrey Lyles**

On November 26, 2012, Mr. Manvitz attempted to call pro se plaintiff Audrey Lyles, but Ms. Lyles did not answer and Mr. Manvitz did not have the option of leaving a voice message. Mr. Manvitz called plaintiff again on November 30, 2012 and December 15, 2012, but again no

one answered and the voicemail box was full and Mr. Manvitz could not leave a message. To date, Defendants have not received any discovery responses from plaintiff or a response to correspondence requesting responses to discovery. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

### 7.     **Lori Mattix**

Defendants have been unable to contact plaintiff because her phone number is unknown and cannot be found despite diligent efforts. On November 26, 2012, Mr. Manvitz attempted to call plaintiff at two different phone numbers, but each time was informed that he had reached the wrong number. Despite running Google searches as well as a search on www.accurint.com to obtain plaintiff's current phone number, to date, Defendants have been unable to do so. Defendants have not received discovery responses from plaintiff or a response to correspondence requesting responses to discovery. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

### 8.     **Francis Nyepon**

On November 26, 2012, Mr. Manvitz spoke with plaintiff's counsel, Saul Ostroff, who stated that plaintiff had moved to Liberia and is no longer in contact with Mr. Ostroff. No response has been received to this communication or the correspondence requesting discovery responses. To date, Defendants have not received any discovery responses from plaintiff. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

### 9.     **Cedric Peterson**

On November 26, 2012 and November 30, 2012, Mr. Manvitz called pro se plaintiff Cedric Peterson and left a voice message requesting responses to the subject discovery. To date, Defendants have not received any discovery responses from plaintiff. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

10.     **Sarah Roop, Jacob Salazar and Nancy Salazar as representatives of Christopher Roop**

On November 30, 2012, Mr. Manvitz called and left a voice message for pro se plaintiffs Jacob and Nancy Salazar requesting discovery responses.  On December 7, 2012, Ms. Salazar returned Mr. Manvitz's call and left a message.  On December 10 and 11, 2012, Mr. Manvitz called plaintiffs and again left messages demanding discovery responses and requesting that plaintiffs call back promptly to discuss the subject discovery.  Plaintiffs will not return the call. To date, Defendants have not received any discovery responses from plaintiffs.  Defendants have also not received a response to the letters they sent to plaintiffs on September 14, 2012 and November 30, 2012, which are attached to the Motion as Exhibit C.

11.     **Joseph Schebel**

Defendants' counsel received a call from a person named Barbara Johnson who claimed to represent plaintiff Joseph Schebel in this action, but because Ms. Johnson is not counsel of record, Defendants' counsel requested that she provide written confirmation that she was plaintiff's counsel.  Ms. Johnson refused to do so and on October 24, 2012, Defendants sent plaintiff a letter requesting discovery responses and asking plaintiff to confirm whether he is appearing pro se or if he is represented by counsel.

Defendants have been unable to contact plaintiff because his phone number is unknown and cannot be found despite diligent efforts.  On December 10, 2012, Mr. Manvitz attempted to call plaintiff at two different phone numbers, but each time was informed that he had reached the wrong number.  Despite running Google searches as well as a search on www.accurint.com to obtain plaintiff's current phone number, to date, Defendants have been unable to do so. Defendants have not received discovery responses from plaintiff.  Defendants have also not received a response to the letters they sent to plaintiff on September 14, 2012 and October 24, 2012, which are attached to the Motion as Exhibit C.

12.     **Kimberley Sorah**

On November 26 and 30, 2012, Mr. Manvitz called pro se plaintiff Kimberley Sorah and

left voice messages each time requesting discovery responses or at least a return phone call to discuss the responses and litigation. To date, Defendants have not received any discovery responses from plaintiff or a return phone call as requested. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

13. **Donna Stewart-Eagles**

On November 26, 2012, Mr. Manvitz called pro se plaintiff Donna Stewart-Eagles and left a voice message requesting discovery responses. Mr. Manvitz called Ms. Stewart-Eagles again on November 30, 2012. To date, Defendants have not received any discovery responses from plaintiff or a return phone call as requested. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

14. **Gloria Therrien**

Defendants have been unable to contact plaintiff because her phone number is unknown and cannot be found despite diligent efforts. On November 26, 2012, Mr. Manvitz attempted to call plaintiff at two different phone numbers, but each time was informed that he had reached the wrong number. Despite running Google searches as well as a search on www.accurint.com to obtain plaintiff's current phone number, to date, Defendants have been unable to do so. To date, Defendants have not received discovery responses from plaintiff. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

15. **Maynor Villagran**

On November 26, 2012, Mr. Manvitz spoke with pro se plaintiff Maynor Villagran and requested that plaintiff respond to the subject discovery within two weeks or Defendants would move to compel. After not receiving discovery responses from plaintiff, on December 10, 2012, Mr. Manvitz again spoke with plaintiff who stated that he would need to speak with his attorney. Mr. Manvitz requested the name of his counsel so he could confer with him but Mr. Villagran

would not provide a name and no attorney has entered an appearance on behalf of Mr. Villagran. Mr. Manvitz informed plaintiff that Defendants would be filing a motion to compel discovery responses unless plaintiff provided discovery responses by December 17.  To date, Defendants have not received any discovery responses from plaintiff.  Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

**16.  Tyrone Walker**

On December 10, 2012, Mr. Manvitz attempted to call plaintiff at two different phone numbers, but each time was informed that he had reached the wrong number.  Despite running Google searches as well as a search on www.accurint.com to obtain plaintiff's current phone number, to date, Defendants have been unable to do so.  Defendants have not received discovery responses from plaintiff.  Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

**17.  Austin Warner and Lorraine Warner**

On November 26, 2012, Mr. Manvitz spoke with pro se plaintiffs Austin and Lorraine Warner who stated that they would respond to the subject discovery by November 27, 2012. After not receiving any responses on that date, Mr. Manvitz sent a follow-up email to plaintiffs on November 30, 2012 requesting responses.  No response has been received.  To date, Defendants have not received any discovery responses from plaintiffs.  Defendants have also not received a response to the letter they sent to plaintiffs on September 14, 2012, which is attached to the Motion as Exhibit C.

**18.  Joseph Wisniewski**

Defendants have been unable to contact plaintiff by telephone because his number is unknown despite running Google searches as well as a search on accurint.com.  To date, Defendants have not received any response from plaintiff.  Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.