IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>*Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill.<br>*Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill.<br>*Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill.<br>*Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill.<br>*Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.<br>*Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill.<br>*Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill.<br>*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>**NOTICE OF MOTION**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

1

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 24, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, and Town & Country Credit Corporation's motion for an order compelling the plaintiffs listed in the attached Exhibit A ("Plaintiffs") to respond to discovery ("Motion to Compel Discovery Responses from Non-Responsive Plaintiffs"). A copy of the Motion to Compel Discovery Responses from Non-Responsive Plaintiffs is concurrently served upon you.

DATED: December 18, 2012

Respectfully submitted,

By: /s/ Randall L. Manvitz
*Attorneys for and Ameriquest Mortgage Company*

Randall L. Manvitz, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 227-3644
Facsimile: (415) 904-3102

2

**EXHIBIT A**

| Plaintiff(s) Name | Case Name & Case No. |
|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. |
| Roop, Sarah<br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the Estate of Christopher Roop | *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.*, 1:07-cv-06810 N.D. Ill. |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. |
| Villagran, Maynor | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. |

L7526.0723 BN 12997365v2