**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *George Willis Jones, Jr. v. Argent Mortgage Company, LLC et al.,* Case No. 06-CV-04038 (N.D. Ill.) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST**
**THIRD-PARTY DEFENDANT PERROTTA, CAHN & PRIETO, P.C.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **PERROTTA, CAHN & PRIETO, P.C.** ("Perrotta, Cahn") hereby stipulate to the dismissal, with prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Perrotta, Cahn with respect to the claims asserted by George Willis Jones, Jr. (plaintiff in the action *George Willis Jones, Jr. v. Argent Mortgage Company, LLC et al.,* Case No. 06-CV-04038 (N.D. Ill.) (transferred into the MDL).

All claims by Argent against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. Argent and Perrotta, Cahn shall bear their own costs and attorneys' fees.

DATED: December 21, 2012    Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Argent Mortgage Company, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: December 21, 2012    Respectfully submitted,

By: /s/ Amanda K. Bagley
*Attorneys for Perrotta, Cahn & Prieto, P.C.*

Amanda K. Bagley, Esq.
PATTON & RYAN LLC
330 N. Wabash, Suite 2900
Chicago, Illinois 60611
Telephone: (312) 261-5190
Facsimile: (312) 261-5161

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 21st day of December 2012, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies