### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Belval, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02469, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL BY CHARLES J. MATAS OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **CHARLES J. MATAS** ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: January 7, 2013

Respectfully submitted,

By: /s/ Daniel S. Blinn, Esq.
*Attorneys for the Plaintiff Charles J. Matas*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7457

2

DATED:  January 7, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee*

　　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 7th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies