## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | LEAD CASE NUMBER:  05-CV-07097 |
| THIS DOCUMENT RELATES TO: | |
| *George Willis Jones, Jr. v. Argent Mortgage Company, LLC e. al.,* Case No. 06-CV-04038 (N.D. Ill.) | (CENTRALIZED BEFORE THE Honorable Marvin E. Aspen) |

## MOTION FOR WITHDRAWAL OF ATTORNEY

NOW COMES Third-Party Defendant, PERROTTA, CAHN, & PRIETO, P.C., by counsel, John W. Patton, Jr. and Patton & Ryan, LLC, and moves this Court to withdraw the appearances of John W. Patton, Jr., Amanda Kay Bagley, Christina Schmucker, Kristen Alexis Schank, Michael Martin Fenwick and Patton & Ryan, on behalf of Third-Party Defendant, PERROTTA, CAHN, & PRIETO, P.C.

Respectfully submitted,


_____/s/ JOHN W. PATTON, JR._____


John W. Patton, Jr.,
jpatton@pattonryan.com
Patton & Ryan LLC
330 N. Wabash St., Suite 3800
Chicago, IL  60611
(312) 261-5160