**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> LEAD CASE NUMBER: 05-CV-07097 |
| THIS DOCUMENT RELATES TO: *George Willis Jones, Jr. v. Argent Mortgage Company, LLC e. al.,* Case No. 06-CV-04038 (N.D. Ill.) | (CENTRALIZED BEFORE THE Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

On January 17, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead, in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present Third-Party Defendant's Motion for Withdrawal of Attorney.

Respectfully submitted,

s/ JOHN W. PATTON, JR.

John W. Patton, Jr., jpatton@pattonryan.com
Patton & Ryan LLC
330 N. Wabash St., Suite 2900
Chicago, IL 60611
(312) 261-5160

**CERTIFICATE OF SERVICE**

       The undersigned, under penalties as provided by law pursuant to the Federal Code of Civil Procedure, certify that I served the NOM/Motion for Withdrawal of Attorney, via the Clerk of the Court using the CM/ECF system and attorneys of record to be served electronically with same at 330 N. Wabash Avenue, Chicago, Illinois 60611, on January 14, 2013.

                                               /s/ John W. Patton, Jr.