## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.

Ameriquest Mortgage Company, et al.

Defendant.

Case No.: 1:05–cv–07097
Honorable Marvin E. Aspen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2013:

     MINUTE entry before Honorable Marvin E. Aspen:Third–party defendant Perrott, Cahn & Prieto, P.C.'s Motion to withdraw as attorneys [5167] John W. Patton, Jr., Kristen Alexis Schank; Christina Schmucker; Amanda Kay Bagley and Michael M. Fenwick (Re: Case No. 06 C 4038 – Jones v. Argent, et al), is granted. Attorney Kristen Alexis Schank; Christina Schmucker; Amanda Kay Bagley and John William Patton, Jr., and Michael M. Fenwick terminated. The motion hearing set for 1/15/13 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.