# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Dickerson v. Royal Mortgage Services, et al.*, 07-CV-03580, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **DIONNE DICKERSON** ("Plaintiff") and Defendants **ROYAL MORTGAGE SERVICES, AMERIQUEST MORTGAGE COMPANY,** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Dickerson v. Royal Mortgage Services, et al.*, 07-CV-03580 (N.D. Ill) (transferred into the MDL from E.D. Michigan) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: January 4, 2013 | Respectfully submitted, |
| | By: /s/ Darryl J. Chimko |
| | *Attorneys for the Plaintiffs Dionne Dickerson* |
| | |
| | Darryl J. Chimko, Esq. |
| | CHIMKO & ASSOCIATES, P.C. |
| | 26212 Woodward Avenue |
| | Royal Oak, Michigan 48067 |
| | Telephone: (248) 284-1661 |
| | Facsimile: (248) 284-1686 |
| DATED: January 17, 2013 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies |
| | *Attorneys for Defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc.* |
| | |
| | Joanne N. Davies, Esq. |
| | BUCHALTER NEMER |
| | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, California 92612 |
| | Telephone: (949) 760-1121 |
| | Facsimile: (949) 720-0182 |
| DATED: January 17, 2013 | Respectfully submitted, |
| | By: /s/ Carolyn R. Cohen |
| | *Attorneys for Defendants Royal Mortgage Services* |
| | |
| | Carolyn R. Cohen, Esq. |
| | LAW OFFICES OF CAROLYN R. COHEN |
| | 30500 Northwestern Highway, Suite 307 |
| | Farmington Hills, Michigan 48334 |
| | Telephone: (248) 251-0018 |
| | Facsimile: (248) 451-9566 |

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 17th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/  Joanne N. Davies