IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Miller, Benjamin, et al. v. Ameriquest Mortage Company, et al.*, Case No. 07-CV-01623, N.D. Ill. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BENJAMIN MILLER** and **KATHERINE MILLER** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., WM SPECIALTY MORTGAGE, LLC**[1]**,** and **AMERICAN FAMILY PROPERTY SERVICES**[2] (collectively "Defendants") hereby stipulate that the *Miller, Benjamin, et al. v. Ameriquest Mortage Company, et al.*, Case No. 07-CV-01623 (N.D. Ill) (transferred into the MDL from C.D. Ill.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by WM Specialty Mortgage, LLC.
[2] Counsel for American Family Property Services were terminated on August 3, 2011.

DATED: 12/27, 2012

Respectfully submitted,

By: /signature/
*Plaintiff Benjamin Miller*

Benjamin Miller
2208 Fairway Drive
Springfield, Illinois 62704-2142

DATED: _____, 2012

Respectfully submitted,

By: _____
*Plaintiff Katherine Miller*

Katherine Miller
2208 Fairway Drive
Springfield, Illinois 62704-2142

DATED: 11/30, 2012

Respectfully submitted,

By: /s/ Randall Manvitz
*Attorneys for Defendants Ameriquest Mortgage Company, and AMC Mortgage Services, Inc.*

Randall Manvitz, Esq.
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

BN 12783867v1                             2

DATED: _____, 2012

Respectfully submitted,

By: _____
*Plaintiff Benjamin Miller*

Benjamin Miller
2208 Fairway Drive
Springfield, Illinois 62704-2142

DATED: 23, 2012

Respectfully submitted,

By: *Katherine Miller* (signature)
*Plaintiff Katherine Miller*

Katherine Miller
2208 Fairway Drive
Springfield, Illinois 62704-2142

DATED: 11/30, 2012

Respectfully submitted,

By: /s/ Randall Manvitz
*Attorneys for Defendants Ameriquest Mortgage Company, and AMC Mortgage Services, Inc.*

Randall Manvitz, Esq.
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 17th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Randall Manvitz