# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER R. ROOP and SARAH ROOP, | Case No. ILN 1:07-01347 |
| Plaintiffs, | |
| v. | **DEFENDANT ARGENT MORTGAGE COMPANY'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED UPON SARAH ROOP** |
| ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Back Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5, | |
| Defendants. | |

**PROPOUNDING PARTY: Defendant ARGENT MORTGAGE COMPANY**

**RESPONDING PARTY:   Plaintiff SARAH ROOP**

**SET NO.:                    ONE**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant Argent Mortgage Company ("Argent") hereby requests that plaintiff Sarah Roop, produce the documents requested below within thirty (30) days of the date of service hereof, at the offices of Buchalter Nemer, 333 Market Street, Suite 2500, San Francisco, CA, 94105. Defendant's inspection and copying will not permanently alter the items inspected or copied.

### DEFINITIONS

1.     "Closing" means and refers to the closing that is the subject matter of your Complaint. The term "closing" has the same meaning as commonly used in the real estate and mortgage industry to describe the process by which representatives of the lender meet (in person or otherwise) with the borrower for the purpose of consummating the mortgage loan and signing all related documents.

2.     "Complaint" means the most recent Complaint filed by You in this Action.

1

3.    "Communications" means and includes correspondences, conversations and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile or other mode of transmission.

4.    "Defendant" or "Defendants" means Argent Mortgage Company, its employees, agents, and assigns.

5.    "Document" shall have the meaning ascribed to that term in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers, writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills, billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs, audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries, calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions, recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes, summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether optical, visual or magnetic), and any other tangible things on which any handwriting, typing, printing, photostatic image, magnetic or electronic impulse, or other form of communication is recorded or reproduced, and any amendments or supplements to any of the foregoing no matter by whom prepared. The term "Document" includes originals and each copy thereof if such copy differs in any respect from the original (whether because of notes or other information appearing on such copy or otherwise).

6.    "Loan" or "Loan" refers to the credit transaction which is the subject of your claim in the Complaint.

7.    "Loan Documents" shall mean all documents provided to you during the Closing of your Loan(s).

8.    "Loan Proceeds" means any and all funds disbursed by Defendant to You, or to Your creditors on Your behalf, as a result of the Loan.

9.    "Person" or "Persons" means any natural person, or any legal entity or organization including corporations, firms, joint ventures, voluntary or unincorporated associations, organizations, proprietorships, trusts, estates, governmental agencies, commissions, bureaus corporations and divisions, and any subsidiaries and departments thereof.

10.     "Property" means real estate which was security for any loan You received from a Defendant.

11.     "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

12.     "You" "Your" and "Plaintiff" means Sarah Roop, his/her agents, employees and all other Person acting or purporting to act on his/her behalf.

## INSTRUCTIONS

13.     The Plaintiff is required to produce requested Loan Documents as they have been kept by the Plaintiff in the ordinary course, and to produce other Documents as they are kept in the ordinary course or to organize and label them to correspond to the categories of Documents requested.  Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner.  If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

14.     The document requests set forth below pertain to all Documents available to You, including all Documents in Your possession, custody or control.

15.     Unless otherwise specified, the document requests set forth below pertain to Documents that were prepared, generated, written, sent, dated or received during the time period from January 1, 2002 to the date of Your production.

16.     If any responsive Document was, but is no longer, in Your possession, custody or control, provide the following information:

(a)     The disposition of the Document;

(b)     The date such disposition was made;

(c)     The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

(d)     Identify the Person who made the decision to dispose of the Document;

(e)     State the reason for the disposition;

(f)     Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and

recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

17.     Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

(a)     Identify the nature of the privilege (including work product) that is being claimed; and

(b)     Provide the following information in a privilege log accompanying Your response:

(i)     The paragraph of this request to which such Document is responsive;

(ii)    The type of Document,

(iii)   The general subject matter of the Document;

(iv)    The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

18.     If any part of a Document is responsive, produce the entire Document. If You assert privilege with respect to any part of a responsive Document, redact the privileged portion and indicate clearly on the Document where material was redacted by the legend "REDACTED-PRIVILEGED." Redacted Documents should be produced even if You believe that the non-redacted portion is not responsive. Please identify redactions on Your privilege log in the same manner as withheld Documents.

19.     If You withhold any Document responsive to any request for any reason other than a claim of attorney-client privilege or work-product protection, provide a list identifying each such Document withheld, the asserted basis for withholding the Document, the custodian, the date of the Document, the author(s), all recipients, together with the job titles or positions of the author(s) and recipients, the subject matter of the Document and the paragraph of this Request to which each such Document relates.

20.     Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant

4

reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

21.    If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

22.    Your obligation to produce Documents responsive to these requests is continuing. If You create or discover responsive Documents after Your initial response to these requests, promptly produce such Documents in accordance with these instructions or follow the procedures specified for Documents withheld under a claim of privilege or otherwise.

23.    These requests are not intended to be duplicative. Each request should be responded to fully, and to the extent not covered by other requests. If Documents are responsive to more than one request, You should so note in Your response and produce each such Document in response to the request that is more specifically directed to the subject matter of the particular Document.

24.    Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to Fed. R. Civ. Proc. Rule 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information to Argent Mortgage Company without delay.

## DOCUMENTS REQUESTED

**REQUEST NO. 1:**

All Documents Relating To Argent Mortgage Company.

**REQUEST NO. 2:**

All Documents provided to You by Argent Mortgage Company.

**REQUEST NO. 3:**

All Documents You have provided to Argent Mortgage Company.

**REQUEST NO. 4:**

All Documents Relating To Communications between You and Argent Mortgage Company.

**REQUEST NO. 5:**

All Documents Relating To Your Loan from Argent Mortgage Company including Loan

**ARGENT MORTGAGE COMPANY'S RFP TO SARAH ROOP, SET 1**

BN 10672871v1

Documents.

**REQUEST NO. 6:**

All Documents that were present at the Loan Closing.

**REQUEST NO. 7:**

All Documents Relating To any Communication(s) You have had with any person Relating To any of the matters alleged in the Complaint.

**REQUEST NO. 8:**

All Documents created and/or maintained by any Person, including but not limited to, notes, journals, ledgers, and diaries, Relating To any of the matters alleged in the Complaint.

**REQUEST NO. 9:**

All Documents, including any written statement, affidavit, or declaration that You have obtained from any Person concerning any matter alleged in the Complaint.

**REQUEST NO. 10:**

All Documents sufficient to identify all past or current litigation in which You were plaintiff, defendant, third party defendant, or witness from January 1, 1995 to the present.

**REQUEST NO. 11:**

Documents sufficient to show the ownership or lease by You of any real estate from January 1, 2000 to the present.

**REQUEST NO. 12:**

Documents sufficient to identify Your income, assets, debt, and liabilities for the years 2003 to 2006 and 2010 to the present.

**REQUEST NO. 13:**

All Documents showing bank account deposits maintained or drawn upon by You at any time from January 1, 2003 to January 1, 2006 and January 1, 2010 to the present, including periodic statements for any checking account, savings account, money market, or any other type of account in which You are or were a user, signatory, beneficiary or other type of person with access to the account.

**REQUEST NO. 14:**

All Documents for any retirement accounts, 401K accounts, IRA accounts, 529 Savings Plan, or any other type of long term savings or investment account in which You are or were a user, signatory, beneficiary or other type of person with access to the account during the period

ARGENT MORTGAGE COMPANY'S RFP TO SARAH ROOP, SET 1

from January 1, 2003 to January 1, 2006 and January 1, 2010 to the present.

**REQUEST NO. 15:**

All Documents for any stock purchase accounts, mutual fund account, or any other investment account in which You are or were a user, signatory, beneficiary or other type of person with access to the account during the period from January 1, 2003 to January 1, 2006 and January 1, 2010 to the present.

**REQUEST NO. 16:**

All periodic statements for any credit card, debit card, or any other type of card You used for purchases at any time from January 1, 2003 to January 1, 2006 and January 1, 2010 to the present, including any and all Documents reflecting the status of any payments, late payments, card termination, or debt collection efforts.

**REQUEST NO. 17:**

All credit reports, credit statements, or other Documents reflecting Your credit score or status at any time from January 1, 2003 to January 1, 2006 and January 1, 2010 to the present.

**REQUEST NO. 18:**

All Documents Relating To the value of the Property at any time January 1, 2003 to January 1, 2006 and January 1, 2010 to the present including any appraisals or valuations.

**REQUEST NO. 19:**

Any credit application or other statement of Your income, assets, or debt at any time January 1, 2003 to January 1, 2006 and January 1, 2010 to the present.

**REQUEST NO. 20:**

All Documents Relating To any loan obtained by You or any attempts by You to obtain a loan after January 1, 2003.

**REQUEST NO. 21:**

All Documents Relating To any collection letter or other effort to collect money from you at any time from 2002 to the present.

**REQUEST NO. 22:**

All pleadings served or filed in any lawsuit filed by You or involving You.

**REQUEST NO. 23:**

All Documents Relating To Your attempts to rescind a Loan from Argent Mortgage Company.

ARGENT MORTGAGE COMPANY'S RFP TO SARAH ROOP, SET 1

**REQUEST NO. 24:**

All Documents supporting Your contention that You are able to meet Your tender obligations or which otherwise show that You are financially able to reimburse Argent Mortgage Company for any Loan Proceeds paid to You or on Your behalf.

**REQUEST NO. 25:**

All Documents Relating To Communications to, from, or with Your lawyers or anyone acting on their behalf prior to the date when you first retained that law firm to represent you.

**REQUEST NO. 26:**

All Documents Relating To any effort to refinance the Loan including but not limited to communications with lenders, loan applications, and loan documents.

**REQUEST NO. 27:**

All Documents which You contend support Your allegations in the Complaint.

**REQUEST NO. 28:**

All Documents Relating To any rental property owned by You at any time from January 2002 to the present.

**REQUEST NO. 29:**

All Documents Relating To any business or commercial use of any real property owned by You such as leases, rental agreements, or documents related to a home office or business operated out of Your home.

**REQUEST NO. 30:**

All Documents Relating To Your use or intended use of the Loan Proceeds.

**REQUEST NO. 31:**

All Documents identified in Your responses to Defendant's interrogatories propounded upon you.

**REQUEST NO. 32:**

All Documents Relating To any loan you have obtained from January 2002 to the present including but not limited to any refinance of your residence.

ARGENT MORTGAGE COMPANY'S RFP TO SARAH ROOP, SET 1

**REQUEST NO. 33:**

All Documents Relating To Your Communications with a mortgage broker.

DATED:  December 19, 2011

Respectfully submitted,

By:_____ /s/ Randall Manvitz_____

*Attorneys for Defendant*
Argent Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

BN 10672871v1

### PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and

not a party to the within action. My business address is at Buchalter Nemer, A Professional

Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On December 19, 2011, I served the foregoing documents described as:

1. **DEFENDANT ARGENT MORTGAGE COMPANY'S INTERROGATORIES (SET ONE), REQUEST FOR PRODUCTION (SET ONE), REQUEST FOR ADMISSIONS (SET ONE) PROPOUNDED UPON CHRISTOPHER R. ROOP**

on all other parties and/or their attorney(s) of record to this action as follows:

Sarah Roop
11102 Pine Street
Taylor, MI 48180
(734) 374-2969

**BY MAIL**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on the date set forth below. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct to the best of my knowledge. Executed on December 19, 2011, at

San Francisco, California.

/ s / Heidi Bennett
Heidi Bennett

BN 10663096v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CHRISTOPHER R. ROOP and SARAH ROOP,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Back Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5,<br><br>Defendants. | Case No.: ILN 1:07-01347<br><br>**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF SARAH ROOP** |

**PROPOUNDING PARTY: Defendant**

**RESPONDING PARTY:   Plaintiff SARAH ROOP**

**SET NO.:              One (1)**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the provisions of Rule 36 of the Federal Rules of Civil Procedure, Defendant Argent Mortgage Company ("Argent") propounds the following Requests for Admissions (Set One) to Plaintiff Sarah Roop ("Plaintiff"). requests that Plaintiff respond to these Requests, in writing, under oath, within 30 days of service hereof.

### DEFINITIONS

1.      "Closing" means and refers to the closing that is the subject matter of your Complaint. The term "closing" has the same meaning as commonly used in the real estate and mortgage industry to describe the process by which representatives of the lender meet (in person or otherwise) with the borrower for the purpose of consummating the mortgage loan and signing all related documents.

2.      "Loan" or "Loans" refers to the credit transaction(s) engaged in by you which is/are the subject of this lawsuit.

3.      "Loan Documents" shall mean all documents provided by anyone to you at or during the Closing of your Loan.

4.      "Loan Proceeds" means any and all funds disbursed to you related to the Loan.

5.      "You" or "Your" means the Plaintiff responding to these Requests for Admissions.

## REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that You did not make any misrepresentations in the Loan Application you signed for the Loan.

### REQUEST FOR ADMISSION NO. 2:

Admit that You did not make any misrepresentation in the Loan Documents.

### REQUEST FOR ADMISSION NO. 3:

Admit that You were given the opportunity to read your Loan Documents before signing them.

### REQUEST FOR ADMISSION NO. 4:

Admit that You signed the Notice of Right to Cancel attached hereto as Exhibit "A".

### REQUEST FOR ADMISSION NO. 5:

Admit that You received two copies of the Notice of Right to Cancel completed the same as the form attached hereto as Exhibit "A" at the loan closing.

### REQUEST FOR ADMISSION NO. 6:

Admit that You signed the Understanding Your Loan form attached hereto as Exhibit "B".

### REQUEST FOR ADMISSION NO. 7:

Admit that the document Understanding Your Loan attached hereto as Exhibit "B" is not confusing concerning the right to cancel the loan.

### REQUEST FOR ADMISSION NO. 8:

Admit that you were not damaged by any act of any defendant in this action.

2                              Case No. ILN 1:07-01347
                     AMERIQUEST'S RFA TO SARAH ROOP (SET ONE)

**REQUEST FOR ADMISSION NO. 9:**

Admit that no misrepresentation was made to you by any defendant in this action.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you are not entitled to damages for any claim asserted against defendants.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the appraisal of your home for the Loan was not inflated.

**REQUEST FOR ADMISSION NO. 12:**

Admit that you received all appropriate disclosures required by the Truth-In-Lending Act.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you were aware of all material terms of the Loan at the time you signed the Loan Documents.

**REQUEST FOR ADMISSION NO. 14:**

Admit that there were no statutory violations related to your Loan by any defendant in this action.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you were satisfied with the terms of your loan for at least one week following the Loan Closing.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you defaulted on your loan payments for the Loan.

DATED:  December 19, 2011               BUCHALTER NEMER
                                        A Professional Corporation


                                        By:___/s/ Randall Manvitz_____
                                               RANDALL L. MANVITZ
                                        Attorneys for Ameriquest Mortgage Company

                                        Randall L. Manvitz, Esq.
                                        BUCHALTER NEMER,
                                        A Professional Corporation
                                        333 Market Street, Suite 2500
                                        San Francisco, CA 94105

# Exhibit A

 

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: December 31, 2004
LOAN NO.: 0070124870 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): SARAH ROOP

ADDRESS: 11102 PINE
CITY/STATE/ZIP: TAYLOR, MI 48180

PROPERTY: 11102 PINE STREET
TAYLOR, MI 48180

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 12/31/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
Attn: Post Close Dept. 8th Floor
3 Park Plaza
Irvine, CA 92614

ATTN: Post Close Dept.
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 01/05/2005 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____         _____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| _Sarah Roop_ | 12-31-04 | _Christopher R. Roop_ | 12/31/04 |
|---|---|---|---|
| BORROWER/OWNER SARAH ROOP | Date | BORROWER/OWNER CHRISTOPHER R. ROOP | Date |

| _____ | | _____ | |
|---|---|---|---|
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |

1644-NRC(Rev 07/04)

12/31/2004 11:50:15 AM

OO-ECLG002888

# Exhibit B



## UNDERSTANDING YOUR LOAN

Application Number: 0070124870 - 9703

Date: December 31, 2004

Dear SARAH ROOP

A LOAN SECURED BY YOUR HOME IS AN IMPORTANT TRANSACTION. You should be fully informed about the terms and conditions of any mortgage loan that you obtain from us. While it can vary, the average time to process a loan application is thirty days. Please maintain a good payment record on all of your outstanding obligations during this time.

The enclosed documents are not a commitment to make a loan to you or an approval of your loan application. The estimated costs and terms of your proposed loan are based on the information we have obtained as of today. However, the structure of your loan, including prepayment penalties, points, rate, and term are all negotiable within the overall pricing of your loan. For example, a loan with a prepayment penalty may have fewer points or a lower interest rate than one without. However, if you know you will sell your home or refinance this loan in the near future, a prepayment penalty may not be a good choice. The costs and terms of any loan we might ultimately approve may be different. We will notify you by telephone if there are any such changes and you can then decide whether you wish to proceed with your application.  Included among the enclosed documents are the following:

- **ARM Disclosure and Consumer Handbook on Adjustable Rate Mortgages.** If you applied for an Adjustable Rate Mortgage ("ARM") loan, these documents explain the operation and risks of ARM loans, and describe how and to what extent the interest rate and monthly payments can increase.
- **Good Faith Estimate of Settlement Costs.**  This provides an estimate of the fees and costs you will pay in connection with your loan.

All the documents and disclosures you receive are important. Please pay particular attention to these, which you will receive at closing:

- **Promissory Note:** This shows the amount of debt you will incur, plus the interest rate and repayment terms.
- **Interest Rate, Payments Due, Fees Paid and Prepayment Penalty:** This document spells out the terms of your loan, including the amount of your monthly payments, the interest rate and fees, and whether your loan includes a penalty for early repayment. Make sure you understand these terms and agree they are the ones you want before you sign any documents.
- **Truth in Lending Disclosure:** This shows the Annual Percentage Rate and Finance Charge for your loan along with other important cost and terms information.
- **HUD-Settlement Statement:** This shows all closing costs and how the proceeds of the loan are distributed.
- **Mortgage/Trust Deed:** This makes your real property security for the loan and says that if you do not meet your loan payment obligations, you can lose your home through foreclosure and the sale of your property.

A loan "closing" will be held to complete the transaction. If you want, you can have an attorney, credit counselor or other representative come to the closing with you. You'll be given your final loan documents and disclosures to review and sign. Don't feel rushed. Don't rely on any representations that are not in writing. Take your time.  Ask any questions you have. If you do not agree with or understand something in a document, tell the person conducting the closing immediately. Don't sign any document unless and until you have received an explanation you understand and you determine you are willing to agree to be bound by the contents of the document. Do not let anyone pressure you into obtaining a loan. Consult with other lenders, including banks and savings and loans, to confirm that the terms we offer are acceptable to you. Mortgage counseling from an independent HUD-approved agency can help you understand a loan offer, assess your credit situation and decide what loan is best for you. We recommend that you use it. Counseling is available free of charge at a HUD-approved counseling service in your area. To find a counseling service location near you, please call HUD at the following toll free number: 1-800-569-4287.  In addition, please feel free to call us ( Argent Mortgage Company, LLC ) toll free at   to discuss any questions concerning your loan or the documents you have received.

If, under Federal or state law you are entitled to cancel the loan for any reason during the three business days following closing, you can cancel your loan with Argent Mortgage Company, LLC at no cost during the one week period beginning on the day you sign the loan documents. During that one week period, please take the loan documents to a credit/loan counselor, attorney, or other knowledgeable advisor to help you make your final decision about the advisability and appropriateness of the loan.  If you desire to cancel, you must notify us in writing by either mailing or faxing your "Request to Cancel" to us at the address shown on the Request to Cancel form.

Thank you for applying to Argent Mortgage Company, LLC  for a mortgage loan. We look forward to serving you.

---

## BORROWER(S) ACKNOWLEDGMENT AT CLOSING

I hereby acknowledge that: 1) I received and read this notice prior to my loan closing; 2) it was reviewed with me again at the loan closing; 3) I understand what is written above; 4) I have received a complete set of my final loan documents on the date set forth below; 5) I am aware that I may cancel my loan for any reason within the one week period.

12-31-04
_____
Date

_Sarah Roop_
_____
Signature  SARAH ROOP

_____
Date

_____
Signature

_____
Date

_____
Signature

_____
Date

_____
Signature

851-OWNER (Rev.5/01)

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On December 19, 2011, I served the foregoing documents described as:

1. **DEFENDANT ARGENT MORTGAGE COMPANY'S INTERROGATORIES (SET ONE), REQUEST FOR PRODUCTION (SET ONE), REQUEST FOR ADMISSIONS (SET ONE) PROPOUNDED UPON SARAH ROOP**

on all other parties and/or their attorney(s) of record to this action as follows:

Sarah Roop
11102 Pine Street
Taylor, MI 48180
(734) 374-2969

**BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on the date set forth below. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on December 19, 2011, at San Francisco, California.

/ s / Heidi Bennett
Heidi Bennett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER R. ROOP and SARAH ROOP,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Back Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5,<br><br>Defendants. | Case No.: ILN 1:07-01347<br><br>**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF SARAH ROOP** |

**PROPOUNDING PARTY: Defendant**

**RESPONDING PARTY:   Plaintiff SARAH ROOP**

**SET NO.:              One (1)**

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to the provisions of Rule 36 of the Federal Rules of Civil Procedure, Defendant Argent Mortgage Company ("Argent") propounds the following Requests for Admissions (Set One) to Plaintiff Sarah Roop ("Plaintiff"). requests that Plaintiff respond to these Requests, in writing, under oath, within 30 days of service hereof.

### DEFINITIONS

1.     "Closing" means and refers to the closing that is the subject matter of your Complaint. The term "closing" has the same meaning as commonly used in the real estate and mortgage industry to describe the process by which representatives of the lender meet (in person or otherwise) with the borrower for the purpose of consummating the mortgage loan and signing all related documents.

2.      "Loan" or "Loans" refers to the credit transaction(s) engaged in by you which is/are the subject of this lawsuit.

3.      "Loan Documents" shall mean all documents provided by anyone to you at or during the Closing of your Loan.

4.      "Loan Proceeds" means any and all funds disbursed to you related to the Loan.

5.      "You" or "Your" means the Plaintiff responding to these Requests for Admissions.

## REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that You did not make any misrepresentations in the Loan Application you signed for the Loan.

### REQUEST FOR ADMISSION NO. 2:

Admit that You did not make any misrepresentation in the Loan Documents.

### REQUEST FOR ADMISSION NO. 3:

Admit that You were given the opportunity to read your Loan Documents before signing them.

### REQUEST FOR ADMISSION NO. 4:

Admit that You signed the Notice of Right to Cancel attached hereto as Exhibit "A".

### REQUEST FOR ADMISSION NO. 5:

Admit that You received two copies of the Notice of Right to Cancel completed the same as the form attached hereto as Exhibit "A" at the loan closing.

### REQUEST FOR ADMISSION NO. 6:

Admit that You signed the Understanding Your Loan form attached hereto as Exhibit "B".

### REQUEST FOR ADMISSION NO. 7:

Admit that the document Understanding Your Loan attached hereto as Exhibit "B" is not confusing concerning the right to cancel the loan.

### REQUEST FOR ADMISSION NO. 8:

Admit that you were not damaged by any act of any defendant in this action.

**REQUEST FOR ADMISSION NO. 9:**

Admit that no misrepresentation was made to you by any defendant in this action.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you are not entitled to damages for any claim asserted against defendants.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the appraisal of your home for the Loan was not inflated.

**REQUEST FOR ADMISSION NO. 12:**

Admit that you received all appropriate disclosures required by the Truth-In-Lending Act.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you were aware of all material terms of the Loan at the time you signed the Loan Documents.

**REQUEST FOR ADMISSION NO. 14:**

Admit that there were no statutory violations related to your Loan by any defendant in this action.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you were satisfied with the terms of your loan for at least one week following the Loan Closing.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you defaulted on your loan payments for the Loan.


DATED: December 19, 2011          BUCHALTER NEMER
                                  A Professional Corporation


                                  By:____/s/ Randall Manvitz_____
                                        RANDALL L. MANVITZ
                                  Attorneys for Ameriquest Mortgage Company

                                  Randall L. Manvitz, Esq.
                                  BUCHALTER NEMER,
                                  A Professional Corporation
                                  333 Market Street, Suite 2500
                                  San Francisco, CA 94105

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

BORROWER(S): SARAH ROOP

ADDRESS: 11102 PINE
CITY/STATE/ZIP: TAYLOR,MI 48180

PROPERTY: 11102 PINE STREET
TAYLOR, MI 48180

DATE: December 31, 2004
LOAN NO.: 0070124870 - 9703
TYPE: ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
| --- |
| 12/31/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
Attn: Post Close Dept. 8th Floor
3 Park Plaza
Irvine, CA 92614

ATTN: Post Close Dept.
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
| --- |
| 01/05/2005 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_Sarah Roop_                 12-31-04        _Roop_                 12/31/04
BORROWER/OWNER SARAH ROOP     Date           BORROWER/OWNER CHRISTOPHER R. ROOP      Date

_____        _____
BORROWER/OWNER                Date           BORROWER/OWNER              Date

1664-NRC (Rev 07/04)

12/31/2004 11:50:15 AM

OO-ECLG0028886

# Exhibit B



# UNDERSTANDING YOUR LOAN

Application Number: 0070124870 - 9703

Date: December 31, 2004

Dear SARAH ROOP

A LOAN SECURED BY YOUR HOME IS AN IMPORTANT TRANSACTION. You should be fully informed about the terms and conditions of any mortgage loan that you obtain from us. While it can vary, the average time to process a loan application is thirty days. Please maintain a good payment record on all of your outstanding obligations during this time.

The enclosed documents are not a commitment to make a loan to you or an approval of your loan application. The estimated costs and terms of your proposed loan are based on the information we have obtained as of today. However, the structure of your loan, including prepayment penalties, points, rate, and term are all negotiable within the overall pricing of your loan. For example, a loan with a prepayment penalty may have fewer points or a lower interest rate than one without. However, if you know you will sell your home or refinance this loan in the near future, a prepayment penalty may not be a good choice. The costs and terms of any loan we might ultimately approve may be different. We will notify you by telephone if there are any such changes and you can then decide whether you wish to proceed with your application. Included among the enclosed documents are the following:

- **ARM Disclosure and Consumer Handbook on Adjustable Rate Mortgages.** If you applied for an Adjustable Rate Mortgage ("ARM") loan, these documents explain the operation and risks of ARM loans, and describe how and to what extent the interest rate and monthly payments can increase.
- **Good Faith Estimate of Settlement Costs.** This provides an estimate of the fees and costs you will pay in connection with your loan.

All the documents and disclosures you receive are important. Please pay particular attention to these, which you will receive at closing:

- **Promissory Note:** This shows the amount of debt you will incur, plus the interest rate and repayment terms.
- **Interest Rate, Payments Due, Fees Paid and Prepayment Penalty:** This document spells out the terms of your loan, including the amount of your monthly payments, the interest rate and fees, and whether your loan includes a penalty for early repayment. Make sure you understand these terms and agree they are the ones you want before you sign any documents.
- **Truth in Lending Disclosure:** This shows the Annual Percentage Rate and Finance Charge for your loan along with other important cost and terms information.
- **HUD-Settlement Statement:** This shows all closing costs and how the proceeds of the loan are distributed. **Mortgage/Trust Deed:** This makes your real property security for the loan and says that if you do not meet your loan payment obligations, you can lose your home through foreclosure and the sale of your property.

A loan "closing" will be held to complete the transaction. If you want, you can have an attorney, credit counselor or other representative come to the closing with you. You'll be given your final loan documents and disclosures to review and sign. Don't feel rushed. Don't rely on any representations that are not in writing. Take your time. Ask any questions you have. If you do not agree with or understand something in a document, tell the person conducting the closing immediately. Don't sign any document unless and until you have received an explanation you understand and you determine you are willing to agree to be bound by the contents of the document. Do not let anyone pressure you into obtaining a loan. Consult with other lenders, including banks and savings and loans, to confirm that the terms we offer are acceptable to you. Mortgage counseling from an independent HUD-approved agency can help you understand a loan offer, assess your credit situation and decide what loan is best for you. We recommend that you use it. Counseling is available free of charge at a HUD-approved counseling service in your area. To find a counseling service location near you, please call HUD at the following toll free number: 1-800-569-4287. In addition, please feel free to call us ( Argent Mortgage Company, LLC ) toll free at   to discuss any questions concerning your loan or the documents you have received.

If, under Federal or state law you are entitled to cancel the loan for any reason during the three business days following closing, you can cancel your loan with Argent Mortgage Company, LLC at no cost during the one week period beginning on the day you sign the loan documents. During that one week period, please take the loan documents to a credit/loan counselor, attorney, or other knowledgeable advisor to help you make your final decision about the advisability and appropriateness of the loan. If you desire to cancel, you must notify us in writing by either mailing or faxing your "Request to Cancel" to us at the address shown on the Request to Cancel form.

Thank you for applying to Argent Mortgage Company, LLC for a mortgage loan. We look forward to serving you.

## BORROWER(S) ACKNOWLEDGMENT AT CLOSING

I hereby acknowledge that: 1) I received and read this notice prior to my loan closing; 2) it was reviewed with me again at the loan closing; 3) I understand what is written above; 4) I have received a complete set of my final loan documents on the date set forth below; 5) I am aware that I may cancel my loan for any reason within the one week period.

| | |
|---|---|
| 12-31-04 | Sarah Roop |
| Date | Signature  SARAH ROOP |
| Date | Signature |
| Date | Signature |
| Date | Signature |

831-OWNER (Rev.6/01)

OO-ECLG0028910

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and

not a party to the within action. My business address is at Buchalter Nemer, A Professional

Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On December 19, 2011, I served the foregoing documents described as:

**1. DEFENDANT ARGENT MORTGAGE COMPANY'S INTERROGATORIES (SET ONE), REQUEST FOR PRODUCTION (SET ONE), REQUEST FOR ADMISSIONS (SET ONE) PROPOUNDED UPON SARAH ROOP**

on all other parties and/or their attorney(s) of record to this action as follows:

Sarah Roop
11102 Pine Street
Taylor, MI 48180
(734) 374-2969

**BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on the date set forth below. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct to the best of my knowledge. Executed on December 19, 2011, at

San Francisco, California.

_____ / s / Heidi Bennett _____
Heidi Bennett

BN 10663096v1