# Exhibit C



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 11, 2012

**VIA U.S. MAIL**

Brett Burris
Christine Burris
108 N. Monroe St.
Bay City, MI 48708-6438

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Burris, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-00123

Dear Mr. and Mrs. Burris:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

Brett Burris
Christine Burris
September 11, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12333713v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 11, 2012

**VIA U.S. MAIL**

Dale Churchill
1776 Coats Grove Rd.
Hastings, MI 49058-8404

Kelley Churchill
2831 N. Agaming Street
Hastings, MI 49058-9553

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Churchill, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-cv-01026

Dear Dale and Kelley:

To date, we have not received any response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BGG:ss

BN 12334366v1

Los Angeles • Orange County • San Francisco • Scottsdale

**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number. L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 11, 2012

**VIA U.S. MAIL**

Matthew J. Dunn
The Dunn Law Group
234 Lewis Wharf, 2nd Floor
Boston, MA 02110

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Curtis, et al., v. Ameriquest, et al., Case No. ILN 1:08-04549*

Dear Mr. Dunn·

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss plaintiffs' claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12334509v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 11, 2012

**VIA FACSIMILE (423) 622-4583**
**VIA FEDERAL EXPRESS**

Jerrold D. Farinash
Kennedy, Koontz & Farinash
320 North Holtzclaw Avenue
Chattanooga, TN 37404-2305

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Arndt, et al. v. Ameriquest Mortgage Co., et al., Case No. ILN 1:06-02479*

Dear Mr. Farinash:

  This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

  To date, we have not been able to reach you to discuss plaintiffs' claims and you have failed to respond to our discovery requests served on December 19, 2011. January 23, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding by January 23, 2012. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

  If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    BUCHALTER NEMER
    A Professional Corporation

    By

    Bradley G. Grumbley

BN 12333424v1

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 11, 2012

**VIA FACSIMILE (504) 945-0420**

John D. Powell
Sylvia Powell
418 S. Scott Street
New Orleans, LA 70119

Re: Ameriquest Multidistrict Litigation—*Powell, et al. v. Ameriquest Mortgage Co.,
et al., Case No. ILN 1:06-3585*

Dear Mr. and Mrs. Powell:

Please accept this letter in response to your request for a 30 day extension to respond to the discovery requests served on July 9, 2012. We will grant your request for an additional 30 days to respond. However, August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding by August 13, 2012.

Accordingly, please provide responses, without objection, no later than October 5, 2012 (30 days from the date of your letter). Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond. If you have any questions, please do not hesitate to contact me.

Best regards,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BGG:BN 12333057v1

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 11, 2012

William F. Spielberger, Esq.
William F. Spielberger & Associates, P.C.
53 West Jackson Blvd, #1231
Chicago, IL 60604

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Dailey v. Citi Residential Lending, et al., Case No. ILN 1:07-05426*

Dear Counsel:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiff in this matter. If you no longer represent the plaintiff, please forward this letter to the plaintiff or her new counsel and instruct him or her to contact us directly.

To date, we have not received responses to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By _____

Bradley G. Grumbley

BGG:ss



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 13, 2012

**VIA U.S. MAIL**

Douglas A. Antonik
Antonik Law Offices
3405 Broadway
P.O. Box 594
Mt. Vernon, IL 62864

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Delaney, et al., v. AMC Mortgage Services, Inc. et al.,* Case No. ILN 1:09-00216

Dear Counsel:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 your clients accepted $165.62 (Loan # 0113266043) and $22.44 (Loan # 0114235369) to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your clients agreed that this case would be dismissed in exchange for receiving the settlement funds described above.

But plaintiffs have not dismissed the case. Plaintiffs also have not signed and returned the Joint Stipulation of Dismissal as requested, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim.

To date, we have received no response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer
Douglas A. Antonik
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12336202v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 13, 2012

**VIA U.S. MAIL**

Darryl J. Chimko, Esq.
Chimko & Associates, P.C.
26212 Woodward Ave.
Royal Oak, MI 48067
(248)284-1661

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Dickerson v. Royal Mortgage Services, et al.*, Case No. ILN 1:07-03580

Dear Mr. Chimko:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 your client accepted $74.54 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your clients agreed that this case would be dismissed in exchange for receiving the settlement funds described above.

But plaintiff has not dismissed his case. Plaintiff also has not signed and returned the Joint Stipulation of Dismissal as requested on October 11, 2011, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim.

To date, we have received no response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your client has therefore waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012.

Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer
Darryl J. Chimko, Esq.
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12336699v2



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 13, 2012

**VIA U.S. MAIL**

Arthur Dercksen
Nell Dercksen
215 College Avenue
Clarksville, AR 72830

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Dercksen, et al. v. Ameriquest Mortgage Co.*—Case No. 1:06-0674

Dear Mr. and Mrs. Dercksen:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

September 13, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12336397v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 13, 2012

**VIA U.S. MAIL**

H. Robert Erwin, Jr.
The Erwin Law Firm PA
6 W 39th St
Baltimore, MD 21218

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Gaillard v. Ameriquest
       Mortgage Company, et al, Case No. ILN 1:08-00740*

Dear Mr. Erwin:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiff in this matter. If you no longer represent the plaintiff, please forward this letter to the plaintiff or his new counsel and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss plaintiff's claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your client has waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 13, 2012

**VIA U.S. MAIL**

Kurt Fuller
Nancy Fuller
2534 Patrick Street
Irving, TX 75060-2326

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Fuller, et al. v. Ameriquest Mortgage Co., et al.*, Case No. ILN 1:07-00291

Dear Mr. and Mrs. Fuller:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer

September 13, 2012
Page 2

      If you have any questions, please do not hesitate to contact me.

            Sincerely,

            BUCHALTER NEMER
            A Professional Corporation

            By

            Bradley G. Grumbley

BGG:ss

BN 12337153v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Donna Stewart-Eagles
324 Truman Street
Bridgeport, CT 06606-4972

Re:   Ameriquest Multidistrict Litigation—Past Due Discovery—*Duncan, et al. v. Ameriquest Mortgage Company, et al.* – Case No. 1:06-cv-02467

Dear Ms. Stewart-Eagles:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Best regards,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BGG:



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Samuel Lawrence Huffman
Huffman, Landis, Weaks & Wist
80 South Plum Street
Troy, OH 45373

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Miller v. Ameriquest Mortgage Co.*, Case No. ILN 1:06-05703

Dear Mr. Huffman:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiff in this matter. If you no longer represent the plaintiff, please forward this letter to the plaintiff or their new counsel and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss plaintiffs' claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By    Bradley G. Grumbley



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Stanley Johnson
Karen Johnson
141 N. Laramie Avenue
Chicago, Illinois 60644

Stanley Johnson
Karen Johnson
9 N. Lavergne Ave, Apt. 1
Chicago, Illinois 60644

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Johnson, et al. v. Ameriquest Mortgage, Co., et al.* Case No. 1:07-CV-00772

Dear Mr. and Mrs. Johnson:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles · Orange County · San Francisco · Scottsdale

BuchalterNemer

Stanley Johnson
Karen Johnson
September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By _____

Bradley G. Grumbley

BGG:

BN 12345656v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Audrey Lyles
80 North Main Street
Ansonia, CT 06401-1626

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Duncan, et al. v.
Ameriquest Mortgage Company, et al.* – Case No. 1:06-cv-02467

Dear Ms. Lyles:

This firm represents Ameriquest Mortgage Company in connection with the case
referenced above. It is our understanding that you represent yourself in this matter. If you are
currently represented by counsel, please forward this letter to your attorney and instruct him or
her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to
respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for
responding to our discovery requests. You have waived any right to object to the discovery
served by not responding by August 13, 2012. Please provide responses, without objection, no
later than October 15, 2012. Should you again fail to provide us with written responses to the
discovery requests, we will have no option but to bring this matter to the Court's attention and
request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12345797v1

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Lori Mattix
801 1st Street
Marietta, MN 56257

Re:      Ameriquest Multidistrict Litigation—Past Due Discovery—*Ameriquest Mortgage Co., v. Mattix, et al.*, Case No. ILN 1:06-04043

Dear Ms. Mattix:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer

September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BGG

BN 12347440v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Craig L. Monette, Esq.
Law Offices of Craig L. Monnette, PLC
316 Morris Ave., Ste. 310
Muskegon, MI 49440-1140
(231) 725-6100

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Vermurlen, et al. v.
Ameriquest Mortgage Company, et al.,* Case No. ILN 1:07-06812

Dear Mr. Monette:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 your client accepted $397.07 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your clients agreed that this case would be dismissed in exchange for receiving the settlement funds described above.

But plaintiffs have not dismissed the case. Plaintiffs also have not signed and returned the Joint Stipulation of Dismissal as requested on October 11, 2011, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim.

To date, we have received no response to our discovery requests served on July 23, 2012. August 27, 2012 was the deadline for responding to our discovery requests. Your clients have therefore waived any right to object to the discovery served by not responding. Please provide responses, without objection, no later than October 15, 2012.

Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer
Craig L. Monette, Esq.
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

James K. Murphy, Esq.
Lynch Cox Gilman & Goodman
500 West Jefferson Street, Suite 2100
Louisville, KY 40202

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Null, et al. v. Ameriquest Mortgage Co.*, Case No. ILN 1:08-01584

Dear Mr. Murphy:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

To date, you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

James K. Murphy
Lynch Cox Gillman & Mahan PSC
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4215

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Threlkel, et al., v.
        Ameriquest Mortgage Company,* Case No. ILN 1:07-03578

Dear Mr. Murphy:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent the plaintiffs in this matter. If you no longer represent the plaintiffs, please forward this letter to the plaintiffs or their new counsel and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 your client accepted $48.34 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your clients agreed that this case would be dismissed in exchange for receiving the settlement funds described above.

But plaintiff has not dismissed his case. Plaintiff also has not signed and returned the Joint Stipulation of Dismissal as requested on October 11, 2011, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim.

To date, we have received no response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your client has therefore waived any right to object to the discovery served by not responding. Please provide responses, without objection, no later than October 15, 2012.

Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

James K. Murphy
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Saul M. Ostroff
Law Offices of Saul M. Ostroff
24 Union Avenue, Suite # 5
Framingham, MA 01702

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Nyepon v. WM Specialty Mortgage, LLC, et al.*, Case No. ILN 1:08-04545

Dear Mr. Ostroff:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiff in this matter. If you no longer represent the plaintiff, please forward this letter to the plaintiff or their new counsel and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss plaintiff's claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your clients have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley C. Grumbley

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Cedric Peterson
Cherrone Peterson
9345 Rocky Lane
Orangevale, CA 95662

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Peterson, et al. v. Argent
        Mortgage Company, et al.,* Case No. ILN 1:08-07281

Dear Mr. and Mrs. Peterson:

As you know, this firm represents Ameriquest Mortgage Company in connection with the
case referenced above. It is our understanding that you still represent yourself in this matter. If
you are currently represented by counsel, please forward this letter to your attorney and instruct
him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 you accepted
$189.99 to settle the case referenced above as part of the Multidistrict Litigation Class
Settlement. Pursuant to the terms of the settlement, you agreed that this case would be dismissed
in exchange for receiving the settlement funds described above. We again requested that you file
a dismissal of your claims.

But you have not dismissed the case. You also have not signed and returned the Joint
Stipulation of Dismissal as requested, which required us to file a Motion for Summary Judgment
on May 18, 2012 to dispose of the claim. On May 21, 2012, I called to discuss an amicable
resolution of this case. Again, I received no response.

To date, we have received no response to our discovery requests served on July 23, 2012.
August 27, 2012 was the deadline for responding to our discovery requests. You have waived
any right to object to the discovery served by not responding. Accordingly, please provide
responses, without objection, no later than October 15, 2012. Should you again fail to provide us
with written responses to the discovery requests, we will have no option but to bring this matter
to the Court's attention and request that you be compelled to respond.

BuchalterNemer

Cedric Peterson
Cherrone Peterson
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley



BuchalterNemer
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Sarah Roop                          Nancy Salazar, Rep. of Estate of Roop
Christopher S. Roop                 Jacob Salazar, Rep. of Estate of Roop
11102 Pine Street                   11102 Pine Street
Taylor, MI 48180                    Taylor, MI 48180

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Roop, et al. v. Argent Mortgage Co., et al., Case No. ILN 1:06-01347*

Dear Ms. Roop:

This firm represents Argent Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12349988v1



**BuchalterNemer**
A Professional Law Corporation

55 SECOND STREET, SUITE 1700 SAN FRANCISCO, CALIFORNIA 94105-3493
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

Direct Dial Number: (415) 227-3644
Direct Facsimile Number: (415) 904-3102
E-Mail Address: *rmanvitz@buchalter.com*

November 30, 2012

**VIA U.S. MAIL**

Sarah Roop
Christopher S. Roop
23696 Cedar Ridge Drive
Romulus, MI 48174-9307

Nancy Salazar, Rep. of Estate of Roop
Jacob Salazar, Rep. of Estate of Roop
7 N. Robin Drive
Belton, TX 76513-6323

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Roop, et al. v. Argent Mortgage Co., et al., Case No. ILN 1:06-01347*

Dear Ms. Roop:

This firm represents Argent Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than December 17, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By

Randall L. Manvitz

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Mr. Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Schebel v. Deutsche Bank National Trust Co., et al.,* Case No. 07-CV-06810

Dear Mr. Schebel:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not received any response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By     Bradley G. Grumbley



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5723
E-Mail Address: *psohi@buchalter.com*

October 24, 2012

**VIA U.S. MAIL**

Mr. Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Schebel v. Deutsche Bank National Trust Co., et al.,* Case No. 07-CV-06810

Dear Mr. Schebel:

I am following up on a letter my colleague Bradley Grumbley sent to you on September 14, 2012 regarding your failure to timely serve responses to Ameriquest Mortgage Company's discovery. The discovery requests were served on July 9, 2012 and August 13, 2012 was the deadline for responding to the discovery. We asked that you provide responses, without objection, by no later than October 15, 2012. To date, we have still not received any responses and have no choice but to file a motion for a Court order compelling you to respond to the subject discovery.

My office received a call from a Barbara Johnson who claimed to be acting on your behalf in this action. I asked Ms. Johnson to provide me something in writing which shows that either she represents you or that you have authorized her to act on your behalf. She did not indicate whether she would do so. Please confirm whether you are representing yourself in this matter or if Ms. Johnson is your attorney. If she is not your attorney, but you would like for us to speak with her about your case, please provide written authorization for us to do so.

Ms. Johnson stated that you would like to know the identities of the assignees of the subject loan and the current note holder. This was a bit puzzling because you have sued the assignee Deutsche Bank National Trust Company which is the Trustee of the trust Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2004-R12, which owns the loan. If you have any other questions about your loan, please contact me to discuss. You are also entitled to propound your own discovery in this case.

If you have any questions, please do not hesitate to contact me.

BuchalterNemer
Mr. Joseph F. Schebel, Jr.
November 21, 2011
Page 2

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Pooya E. Sohi



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

King Smith
3 Wilson Court
Park Forest, IL 60466

   Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Smith v. Town &*
     *Country Credit Corp., et al.,* Case No. ILN 1:07-03704

Dear Mr. Smith:

   This firm represents Town & Country and Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you continue to represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

   To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

   If you have any questions, please do not hesitate to contact me.

     Sincerely,

     BUCHALTER NEMER
     A Professional Corporation

   By

     Bradley G. Grumbley

BN 12276727v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Ms. Kimberly Sorah
157 West Garfield Ave.
Hazel Park, Michigan 48030

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Sorah v. Deutsche Bank National Trust Co., et al.*, Case No. ILN 1:07-00116

Dear Ms. Sorah:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By     Bradley G. Grumbley

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Donna Stewart-Eagles
324 Truman Street
Bridgeport, CT 06606-4972

Re:    Ameriquest Multidistrict Litigation—Past Due Discovery—*Duncan, et al. v. Ameriquest Mortgage Company, et al.* – Case No. 1:06-cv-02467

Dear Ms. Stewart-Eagles:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Best regards,

BUCHALTER NEMER
A Professional Corporation

By    _____
Bradley G. Grumbley

BGG:



**BuchalterNemer**
A Professional Law Corporation

1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457
Telephone (213) 891-0700 / Fax (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

September 14, 2012

**VIA U.S. MAIL**

Gloria Therrien
5132 Town Ridge
Middletown, CT 06457-1638

Gloria Therrien
5 Winthrop Boulevard
Cromwell, CT 06416

Re:      Ameriquest Multidistrict Litigation—Past Due Discovery—*Belval, et al. v. Ameriquest Mortgage Company, et al.* – Case No. 1:06-cv-02469

Dear Ms. Therrien:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By                         

Bradley G. Grumbley

BGG:

Los Angeles • Orange County • San Francisco • Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Mr. Louis M. Tarasi , Jr.
Tarasi & Tarasi, P.C.
510 Third Avenue
Pittsburgh, PA 15219

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Lewark v. AMC Mortgage
Services, et al.*, Case No. ILN 1:09:00218

Dear Mr. Tarasi:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent the plaintiff in this matter. If you no longer represent the plaintiff, please forward this letter to the plaintiff or her new counsel and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 your client accepted $48.34 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your client agreed that this case would be dismissed in exchange for receiving the settlement funds described above.

But plaintiff has not dismissed her case. Plaintiff also has not signed and returned the Joint Stipulation of Dismissal as requested, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim.

To date, we have received no response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. Your client has therefore waived any right to object to the discovery served by not responding by August 13, 2012. Please provide responses, without objection, no later than October 15, 2012.

Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer
Mr. Louis M. Tarasi , Jr.
September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By _____

Bradley G. Grumbley



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Maynor Villagran
4761 NW 2nd Terrace
Miami, FL 33126

Re:  Ameriquest Multidistrict Litigation—*Villagran v. Ameriquest Mortgage Co., et al., Case No. ILN 1:06-05699*

Dear Ms. Villagran:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding. Please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Best regards,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

Los Angeles · Orange County · San Francisco · Scottsdale



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Tyrone Walker
9059 S. Emerald Avenue
Chicago, IL 60620-2608

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Walker, et al. v. Ameriquest Mortgage Co., et al., Case No. ILN 1:06-02807*

Dear Mr. Walker:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BGG:ss

BN 12277043v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Austin and Lorraine Warner
32 Corn Tassle Road, Apt. 11
Danbury, CT 06811-3225
(203) 798-8013

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Belval, et al. v. Ameriquest Mortgage Company, et al.* – Case No. 1:06-cv-02469

Dear Mr. and Mrs. Warner:

This firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Los Angeles • Orange County • San Francisco • Scottsdale

BuchalterNemer

Austin and Lorraine Warner
September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 12355184v1



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Joseph A. Wisniewski
9224 West Canyon Drive
Peoria, AZ 85382-3551

Re:     Ameriquest Multidistrict Litigation—Past Due Discovery—*Wisniewski, et al. v. Town & Country Credit Corp., et al, Case No. ILN 1:06-02697*

Dear Mr. Wisniewski:

This firm represents Town & Country Credit Corp. and other defendants in connection with the case referenced above. It is our understanding that you represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not been able to reach you to discuss your claims and you have failed to respond to our discovery requests served on August 15, 2012. September 17, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 17, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

September 14, 2012
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By          Bradley G. Grumbley

BGG:

BN 12355301v1



BuchalterNemer
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

January 2, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &
FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

Re:     Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

This firm represents Ameriquest Mortgage Company in the above-referenced matter. The purpose of this letter is to meet and confer regarding your clients' failure to respond to Ameriquest's Requests for Production and Interrogatories which were served on July 9, 2012. The deadline to timely respond to this discovery was August 13, 2012. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please have your clients provide responses, without objection, by January 18, 2013. Should we fail to receive written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that your clients be compelled to respond.

We did receive responses to the Requests for Admission that were served on July 9, 2012 but these were not signed either by you or your clients. Please forward to us signed responses to the Requests for Admission by January 18, 2013.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By

Joanne N. Davies



BuchalterNemer
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: jdavies@buchalter.com

January 3, 2013

**VIA FIRST CLASS MAIL**

John M. Boucher, Jr.
550 Main Street, Suite 550
Knoxville, TN 37902

Re:  Ameriquest MDL - *Gail Myers v. Ameriquest Mortgage Company*
     **Meet and Confer re: Past Due Discovery Responses**

Dear Mr. Boucher:

This firm represents Ameriquest Mortgage Company in the above-referenced matter. The purpose of this letter is to meet and confer regarding your client's failure to respond to Ameriquest's Requests for Admission, Requests for Production of Document and Interrogatories which were served on July 9, 2012. The deadline to timely respond to this discovery was August 13, 2012. Your client has waived any right to object to the discovery served by not responding by August 13, 2012. Please have your client provide responses, without objection, by not later than **January 18, 2013**. Should we fail to receive written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that your client be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _____
          Joanne N. Davies



18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

January 3, 2013

**VIA OVERNIGHT MAIL**

Raymond and Linda Dunn
38 Norton Road
Hampton, NH 03842

Re:   Ameriquest MDL - *Dunn v. Deutsche National Bank Trust Co., et al.*
      **Meet and Confer Letter re: Past Due Discovery Responses**

Dear Mr. and Mrs. Dunn:

This firm represents Ameriquest Mortgage Company in the above-referenced matter. As you may be aware, the Court granted the motions to withdraw filed by your prior counsel Shaines & McEachern, PA and Robert J. Wolf, Esq. As such, the Court records currently reflect that you are representing yourself in this matter. If you have retained new counsel, please provide us with your new counsel's contact information and we will direct all future communications to him/her.

The purpose of this letter is to meet and confer regarding your failure to respond to Ameriquest's Requests for Production of Documents, Requests for Admission, and Interrogatories which were served on December 19, 2011. The deadline to timely respond to the discovery served was January 23, 2012. You have waived any right to object to the discovery served by not responding by January 23, 2012.

Please provide responses to the discovery, without objection, by **January 18, 2013**. Should we fail to receive written responses to the discovery served, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

Buchalter Nemer

Raymond and Linda Dunn
January 3, 2013
Page 2

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _____
Joanne N. Davies

cc:   Robert J. Wolf, Esq. (via email rwolf@mathesonwolf.com)



18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

January 3, 2013

**VIA E-MAIL (problaw937@hotmail.com) &**
**FIRST CLASS MAIL**

Paul Anthony Robinson, Jr., Esq.
Law Offices of Paul Robinson
5 North 3rd, Suite 2000
Memphis, TN 38103

      Re:    Ameriquest MDL - *Ivery v. Ameriquest Mortgage Company. et al.*
              **Meet and Confer re: Past Due Discovery Responses**

Dear Mr. Robinson:

      This firm represents Ameriquest Mortgage Company in the above-referenced matter. The purpose of this letter is to meet and confer regarding your clients' failure to respond to Ameriquest's Requests for Production and Interrogatories which were served on July 9, 2012. The deadline to timely respond to this discovery was August 13, 2012. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please have your clients provide responses, without objection, by not later than **January 18, 2013**. Should we fail to receive written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that your clients be compelled to respond.

      If you have any questions, please do not hesitate to contact me.

                Very truly yours,

                BUCHALTER NEMER
                A Professional Corporation

                By

                    Joanne N. Davies



BuchalterNemer
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: jdavies@buchalter.com

January 3, 2013

**VIA E-MAIL (law.strong@gmail.com) &**
**FIRST CLASS MAIL**

Dennis P. Strong, Esq.
Strong Law
5600 Monroe Street
Bldg. B. Suite 202
Sylvania, OH 43560

Re:    Ameriquest MDL – *Meek v. Ameriquest Mortgage Company, et al*
       **Meet and Confer re: Past Due Discovery Responses**

Dear Mr. Strong:

This firm represents Ameriquest Mortgage Company in the above-referenced matter.
The purpose of this letter is to meet and confer regarding your clients' failure to respond to
Ameriquest's Requests for Production and Interrogatories which were served on December 19,
2011. The deadline to timely respond to this discovery was January 23, 2012 which was
extended by agreement to March 19, 2012. Your clients have waived any right to object to the
discovery served by not responding by March 19, 2012. Please have your clients provide
responses, without objection, by not later than **January 18, 2013.** Should we fail to receive
written responses to the discovery requests, we will have no option but to bring this matter to the
Court's attention and request that your clients be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By

Joanne N. Davies

BN 13083728v1

Los Angeles · Orange County · San Francisco · Scottsdale