**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br>_____<br><br> THIS DOCUMENT RELATES TO: <br>*Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. <br>*Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. <br>*Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br>*Buck, et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04874, N.D. Ill. <br>*Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. <br>*Churchill, et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-01026, N.D. Ill. <br>*Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. <br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. <br>*Dercksen, et al. v. Ameriquest Mortgage Company*, 1:06-cv-06742, N.D. Ill. <br>*Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br>*Dunn, et al. v. Ameriquest Mortgage Company,* 1:08-cv-03961, N.D. Ill. <br>*Evans, et al. v. Ameriquest Mortgage Company*, 1:09-cv-01150, N.D. Ill. <br>*Gaillard v. Ameriquest Mortgage Services, Inc.,* 1:08-cv-00740, N.D. Ill. <br>*Ivery, et al. v. Ameriquest Mortgage Company*, 1:08-cv-04293, N.D. Ill. <br>*Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. <br>*Meek, et al. v. Ameriquest Mortgage Company, et al.*, 1:09-cv-00217, N.D. Ill. <br>*Miller v. Ameriquest Mortgage Company*, Case No. 1:06-cv-05703, N.D. Ill. <br>*Myers v. Ameriquest Mortgage Company, et al.*, 1:07-cv-3584, N.D. Ill. | MDL No. 1715 <br><br>Lead Case No. 05-cv-07097 <br><br>**NOTICE OF AMENDED MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS WITH ADDITIONAL PLAINTIFFS** <br><br>(Centralized before The Honorable Marvin E. Aspen) <br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

1

*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.
*Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill.
*Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.
*Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill.
*Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill.
*Threlkel, et al. v. Ameriquest Mortgage Company*, 1:07-cv-03578, N.D. Ill.
*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.
*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.
*Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill.

L7526.0723 BN 13148946v1

## NOTICE OF AMENDED MOTION

**PLEASE TAKE NOTICE** that on January 24, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, and Town & Country Credit Corporation's motion for an order compelling the plaintiffs listed in the attached Exhibit A ("Plaintiffs") to respond to discovery ("Amended Motion to Compel Discovery Responses from Non-Responsive Plaintiffs with Additional Plaintiffs"). A copy of the Amended Motion to Compel Discovery Responses from Non-Responsive Plaintiffs is concurrently served upon you.

DATED: January 18, 2012

Respectfully submitted,

By: /s/ Randall L. Manvitz
*Attorneys for and Ameriquest Mortgage Company*

Randall L. Manvitz, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 227-3644
Facsimile: (415) 904-3102

3

L7526.0723 BN 13148946v1

**EXHIBIT A**

| Plaintiff(s) Name | Case Name & Case No. |
|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. |
| Buck, Bruce<br>Buck, Shannon | *Buck, et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04874, N.D. Ill. |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. |
| Churchill, Dale<br>Churchill, Kelley | *Churchill, et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-01026, N.D. Ill. |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. |
| Dercksen, Arthur<br>Dercksen, Nell | *Derksen, et al. v. Ameriquest Mortgage Company,* 1:06-cv-06742, N.D. Ill. |
| Dunn, Raymond<br>Dunn, Linda | *Dunn, et al. v. Ameriquest Mortgage Company,* 1:08-cv-03961, N.D. Ill. |
| Evans, Cheryl | *Evans, et al. v. Ameriquest Mortgage Company*, 1:09-cv-01150, N.D. Ill. |
| Gaillard, Samuel | *Gaillard v. Ameriquest Mortgage Services, Inc.,* 1:08-cv-00740, N.D. Ill. |
| Ivery, Jerry<br>Ivery, Jacqueline | *Ivery, et al. v. Ameriquest Mortgage Company*, 1:08-cv-04293, N.D. Ill. |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. |
| Meek, Richard<br>Meek, Kelly | *Meek, et al. v. Ameriquest Mortgage Company, et al.*, 1:09-cv-00217, N.D. Ill. |
| Miller, Douglas | *Miller v. Ameriquest Mortgage Company*, Case No. 1:06-cv-05703, N.D. Ill. |
| Myers, Gail | *Myers v. Ameriquest Mortgage Company, et al.*, 1:07-cv-3584, N.D. Ill. |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. |

L7526.0723 BN 13148946v1

| | |
|---|---|
| Roop, Sarah<br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the Estate of Christopher Roop | *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.*, 1:07-cv-06810 N.D. Ill. |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. |
| Threlkel, Thomas<br>Fisher, Kelli | *Threlkel, et al. v. Ameriquest Mortgage Company*, 1:07-cv-03578, N.D. Ill. |
| Villagran, Maynor | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. |

L7526.0723 BN 13148946v1