# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: <br> *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. <br> *Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. <br> *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill. <br> *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. <br> *Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. <br> *Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. <br> *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. <br> *Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill. <br> *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill. <br> *Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. <br> *Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill. <br> *Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill. <br> *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. <br> *Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill. <br> *Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill. <br> *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. <br> *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. <br> *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. <br> *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. <br> *Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill. <br> *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. <br> *Threlkel, et al. v. Ameriquest*, 1:07-cv-03578, N.D. Ill. <br> *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. <br> *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. <br> *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | **[PROPOSED] ORDER RE MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS [DKT. NO. 5172]** <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> (Assigned to Magistrate Judge Daniel G. Martin) |

BN 13184939v1

## [PROPOSED] ORDER RE MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS [DKT. NO. 5172]

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, Town & Country Credit Corporation (collectively "Defendants") Notice of Presentment of Motion to Compel came on for hearing on January 24, 2013. Defendants appeared through counsel of record, Randall Manvitz. William Spielberger appeared on behalf of opt-out plaintiff Rosa Dailey. There were no other appearances. No response to the motion has been received. The matter having been argued and submitted and good cause appearing therefor, the Court finds as follows:

1. Within fifteen (15) days from the date of this order, Plaintiffs identified on Exhibit A to this order are ordered to respond to the outstanding discovery served by Defendants, without objection.

2. For any Plaintiff who failed to timely respond to Requests for Admission served by Defendants as required by Federal Rules of Civil Procedure, Rule 36(a)(3) those matters are deemed admitted.

3. For any Plaintiff who fails to respond to the discovery, Defendants intend to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that failing to take any action in response to this order and a motion to dismiss for lack of prosecution may result in this Court's recommendation of an order dismissing their claims for lack of prosecution.

4. Defendants will mail a copy of this order to the Plaintiffs or their counsel at their last known address.

IT IS SO ORDERED.

Dated: January __, 2013            _____
                                   Hon. Daniel G. Martin

BN 13184939v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 24th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 13184939v1

**EXHIBIT A**

**Exhibit A to Proposed Order on Motion to Compel Discovery Responses from Non-Responsive Plaintiffs [Dkt. 5172]**

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | 12/19/11 | 01/23/12 |
| Buck, Bruce<br>Buck, Shannon | *Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill. | 07/09/12 | 08/13/12* |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | 07/09/12 | 08/13/12 |
| Churchill, Dale<br>Churchill, Kelley | *Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. | 07/09/12 | 08/13/12 |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dercksen, Arthur<br>Dercksen, Nell | *Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill. | 07/09/12 | 08/13/12* |
| Dunn, Raymond<br>Dunn, Linda | *Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill. | 12/19/11 | 01/23/12 |
| Evans, Cheryl | *Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | 07/09/12 | 09/30/12 |
| Gaillard, Samuel | *Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill. | 07/09/12 | 08/13/12 |
| Ivery, Jerry<br>Ivery, Jacqueline | *Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill. | 07/09/12 | 08/13/12* |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | 07/09/12 | 08/13/12 |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. | 07/09/12 | 08/13/12 |
| Meek, Richard<br>Meek, Kelly | *Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill. | 12/19/11 | 01/23/12* |
| Miller, Douglas | *Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill. | 07/09/12 | 08/13/12 |
| Myers, Gail | *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. | 07/09/12 | 08/13/12 |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. | 12/19/11<br>07/09/12 | 01/23/12<br>08/13/12 |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. | 07/23/12 | 08/27/12 |

## Exhibit A to Proposed Order on Motion to Compel Discovery Responses from Non-Responsive Plaintiffs [Dkt. 5172]

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Roop, Sarah<br><br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the Estate of Christopher Roop | *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. | 07/09/12 | 08/13/12 |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.*, 1:07-cv-06810 N.D. Ill. | 07/09/12 | 08/13/12 |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill. | 07/09/12 | 08/13/12 |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Threlkel, Thomas<br>Fisher, Kelli | *Threlkel, et al. v. Ameriquest*, 1:07-cv-03578, N.D. Ill. | 07/09/12 | 08/13/12 |
| Villagran, Maynor | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. | 07/09/12 | 08/13/12 |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. | 07/09/12 | 08/13/12 |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | 07/23/12<br>(to Sun City, AZ)<br><br>08/15/12<br>(to Peoria, AZ) | 08/27/12<br><br><br>09/17/12 |
| *Plaintiffs Buck, Dercksen, Ivery and Meek provided responses to the Requests for Admissions, but failed to provide responses to Requests for Production and Interrogatories. | | | |