**Exhibit A to Proposed Order on Motion to Compel Discovery Responses from Non-Responsive Plaintiffs [Dkt. 5172]**

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | 12/19/11 | 01/23/12 |
| Buck, Bruce<br>Buck, Shannon | *Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill. | 07/09/12 | 08/13/12* |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | 07/09/12 | 08/13/12 |
| Churchill, Dale<br>Churchill, Kelley | *Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. | 07/09/12 | 08/13/12 |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dercksen, Arthur<br>Dercksen, Nell | *Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill. | 07/09/12 | 08/13/12* |
| Dunn, Raymond<br>Dunn, Linda | *Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill. | 12/19/11 | 01/23/12 |
| Evans, Cheryl | *Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | 07/09/12 | 09/30/12 |
| Gaillard, Samuel | *Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill. | 07/09/12 | 08/13/12 |
| Ivery, Jerry<br>Ivery, Jacqueline | *Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill. | 07/09/12 | 08/13/12* |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | 07/09/12 | 08/13/12 |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. | 07/09/12 | 08/13/12 |
| Meek, Richard<br>Meek, Kelly | *Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill. | 12/19/11 | 01/23/12* |
| Miller, Douglas | *Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill. | 07/09/12 | 08/13/12 |
| Myers, Gail | *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. | 07/09/12 | 08/13/12 |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. | 12/19/11<br>07/09/12 | 01/23/12<br>08/13/12 |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. | 07/23/12 | 08/27/12 |

## Exhibit A to Proposed Order on Motion to Compel Discovery Responses from Non-Responsive Plaintiffs [Dkt. 5172]

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Roop, Sarah<br><br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the Estate of Christopher Roop | Roop, et al. v. Argent, et al., 1:07-cv-01347, N.D. Ill. | 07/09/12 | 08/13/12 |
| Schebel, Jr., Joseph F. | Schebel v. Deutsche Bank National Trust Co., et al., 1:07-cv-06810 N.D. Ill. | 07/09/12 | 08/13/12 |
| Sorah, Kimberly | Sorah v. Deutsche Bank Natl., et al., 1:07-cv-00116, N.D. Ill. | 07/09/12 | 08/13/12 |
| Stewart-Eagles, Donna | Duncan, et al. v. Ameriquest, et al., 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Therrien, Gloria | Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Threlkel, Thomas<br>Fisher, Kelli | Threlkel, et al. v. Ameriquest, 1:07-cv-03578, N.D. Ill. | 07/09/12 | 08/13/12 |
| Villagran, Maynor | Villagran v. Ameriquest, 1:06-cv-05699, N.D. Ill. | 07/09/12 | 08/13/12 |
| Walker, Tyrone | Walker, et al. v. Ameriquest, et al., 1:06-cv-02807, N.D. Ill. | 07/09/12 | 08/13/12 |
| Warner, Austin<br>Warner, Lorraine | Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Wisniewski, Joseph A. | Wisniewski, et al. v. Town & Country, et al., 1:06-cv-02697, N.D. Ill. | 07/23/12<br>(to Sun City, AZ)<br><br>08/15/12<br>(to Peoria, AZ) | 08/27/12<br><br><br>09/17/12 |

*Plaintiffs Buck, Dercksen, Ivery and Meek provided responses to the Requests for Admissions, but failed to provide responses to Requests for Production and Interrogatories.