IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST DEFENDANTS FOR STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Defendants respectfully submit the following Status Report in connection with the status conference scheduled to take place on January 31, 2013 before Magistrate Judge Daniel G. Martin.

**I.     INTRODUCTION AND SUMMARY OF CASES SETTLED**

On November 27, 2012 this Court issued an order scheduling a status hearing for January 31, 2013 "to report on the status of the principle cases between opt-out plaintiffs and the Ameriquest Defendants, including the status of finalizing agreements to settle in principle." [Dkt. 5141]. In that same order the Court set a status hearing for March 7, 2013 as to third-party claims. *Id.* As a result, the Ameriquest Defendants will not be addressing third-party claims in this status report.

The Ameriquest Defendants, with the assistance of the loan servicers, have continued to work with opt-out plaintiffs to reach a resolution of their claims and since the last status hearing before this Court several dismissals have been filed leaving **78 opt-out cases** involving **140 opt-out plaintiffs**. For the remaining opt-out cases many of those cases are in various phases of settlement negotiations as set forth below.

1

**II. SETTLEMENT STATUS**

➢ **Settlement Agreements Signed or Signatures are Pending:** There are **12 opt-out** cases involving **23 opt-out plaintiffs** where settlement agreements have been signed, circulated for signature, or where the terms of the settlement have been finalized but the settlement agreements are in process of being drafted.

➢ **Tentative Settlement:** There are also **18 opt-out cases** involving **29 opt-out plaintiffs** where settlement terms have been discussed with certain terms reached and negotiations are continuing on the remaining terms. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests. There are also instances where an opt-out plaintiff has qualified for a three month trial HAMP loan modification but is waiting for issuance of the final loan modification before finalizing settlement.

The Ameriquest Defendants continue to reach out to other opt-out plaintiffs to engage in settlement discussions.

**III. MEDIATION STATUS**

➢ On February 20, 2013, opt-out plaintiffs represented by the Consumer Law Group, **5 opt-out cases** involving **18 opt-out plaintiffs**, and the Ameriquest Defendants and the applicable loan servicers have agreed to engage in mediation before Hon. Donald O'Connell (ret.).

➢ On February 20, 2013, certain plaintiffs represented by the Brooks Law Firm and the Ameriquest Defendants and the applicable loan servicer have also agreed to engage in mediation before Judge O'Connell.

13176294v1

## IV. MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE OPT-OUT PLAINTIFFS

There are **23 opt-out cases** involving **36 opt-out plaintiffs** where the opt-out plaintiffs have been completely non-responsive to basic written discovery that the Ameriquest Defendants propounded against them. Despite sending written meet and confer letters and following up with telephone calls no discovery responses were provided. As a result the Ameriquest Defendants filed a motion to compel discovery responses from those opt-out plaintiffs ("Motion to Compel").[1]

The presentment hearing on the Ameriquest Defendants' Motion to Compel was held on January 24, 2013 at which time the Court requested that the Ameriquest Defendants submit a proposed order providing that non-responsive opt-out plaintiffs have waived objections and have fifteen (15) days to respond to discovery with an admonition that failure to respond to discovery may result in a recommendation that non-responsive opt-out plaintiffs' claims be dismissed. The Ameriquest Defendants expect that the majority of the non-responsive opt-out plaintiffs will fail to comply with this Court's order to respond to the discovery. In the event that occurs the Ameriquest Defendants will bring a motion to dismiss for failure to prosecute claims.

There is currently a status hearing scheduled before Judge Aspen on February 28, 2013 where the Ameriquest Defendants expect to have a better sense of what cases are likely to be resolved or dismissed which will assist in determining a realistic discovery schedule.

---

[1] The Motion to Compel also seeks discovery in **4 opt-out cases** involving **8 opt-out plaintiffs** where opt-out plaintiffs responded to requests for admissions but will not respond to the Ameriquest Defendants' requests for production or interrogatories.

3

13176294v1

Respectfully submitted,

Dated: January 24, 2013　　　　By: /s/ Joanne N. Davies

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, Argent Mortgage Company, LLC, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Joanne N. Davies
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 24th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

13176294v1