**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris filed complaints on behalf of 70 households in the Ameriquest MDL proceedings. With the help two settlement conferences conducted by Magistrate Judge Denlow, the parties were able to reach a settlement in principal in June 2011. Since then, this Court has entered 61 Stipulations of Dismissal.

Below is the status of the 11 plaintiffs whose claims are still pending:

1. Thomas and Linda Applegate – The Applegates are not communicating with Counsel. Homeward has indicated that they commenced collection activities.

2. Natalie Clemons – Clemons and Homeward have not yet been able to come to an agreement on a "short-pay" number. Plaintiff has sent information to Homeward concerning the value of the property. If the parties are still unable to reach agreement, a settlement conference with Judge Martin may be useful.

3. Joyce Griggs – Griggs has entered into a HAMP loan modification agreement with Homeward. Unfortunately, Ms. Griggs' health issues have hampered her efforts to resolve all of the outstanding issues.

4. Jose & Rose Mejia – Homeward has approved a short sale for the property. The realtor expects the closing to happen the week of January 28, 2013. Settlement agreements have been circulated and will be executed once the closing takes place.

5. Marcia Nowik - Ms. Nowik is paying on a loan modification that was never fully executed and finally withdrawn by Chase. At the request of Chase, Ms. Nowik has recently reapplied for a loan modification. Nowik has not received a new loan modification proposal.

6. Michael & Susan O'Keefe – The O'Keefes are waiting to hear back from Chase regarding their loan modification application.

7. Ascencio & Alicia Salazar – The parties have signed the settlement agreement and a stipulation of dismissal will be filed shortly.

8. George & Cynthia Scott – The settlement agreement has been circulated and we are waiting for the parties to execute.

9. Gil & Janet Solnin –The loan modification paperwork submitted by the Solnins was rejected by Homeward because it was incomplete. The Solnins plan on submitting new loan modification paperwork to Homeward as soon as they are able.

Plaintiffs' Counsel is hopeful that these outstanding matters will be resolved shortly.

Respectfully Submitted:

Date: January 25, 2013      /s/ Anthony P. Valach, Jr.
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

## **CERTIFICATE OF SERVICE**

  I, Anthony P. Valach, Jr., hereby certify that on this 25th day of January 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


            By:  /s/ Anthony P. Valach, Jr.