UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                    Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2013:

MINUTE entry before Honorable Daniel G. Martin: Motion hearing held regarding Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Speciality Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, and Town & Country Credit Corporation's Motion to Compel Discovery Responses From Non−Responsive Plaintiffs [5159] and Amended Motion to Compel Discovery Responses From Non−Responsive Plaintiffs With Additional Plaintiffs [5172]. Attorney Randall Manvitz appeared on behalf of the moving defendants. Attorney William Spielberger appeared on behalf of plaintiff Rosa Dailey. Mr. Spielberger is given 24 hours to file his appearance on behalf of plaintiff Villagran. No plaintiff or other counsel appeared. Defendants' Motions [5159, 5172] are granted. More detailed order to follow. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.