**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Threlkel, et al. v. Ameriquest Mortage Company*, Case No. 07-CV-03578, N.D. Ill. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **THOMAS L. THRELKEL, JR.** and **KELLI R. FISHER** (collectively "Plaintiffs") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Threlkel, et al. v. Ameriquest Mortage Company*, Case No. 07-CV-03578 (N.D. Ill) (transferred into the MDL from S.D. Ind.) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  January 25, 2013          Respectfully submitted,

                                  By: /s/ James K. Murphy
                                  *Attorneys for the Plaintiffs*

                                  James K. Murphy, Esq.
                                  LYNCH COX GILLMAN & MAHAN PSC
                                  500 W. Jefferson Street, Suite 2100
                                  Louisville, KY 40202
                                  Telephone: (502) 589-4215
                                  Facsimile: (502) 589-4994


DATED:  January 25, 2013          Respectfully submitted,

                                  By: /s/ Joanne N. Davies
                                  *Attorneys for Defendants Ameriquest Mortgage
                                  Company*

                                  Joanne N. Davies, Esq.
                                  BUCHALTER NEMER
                                  18400 Von Karman Avenue, Suite 800
                                  Irvine, California 92612
                                  Telephone: (949) 760-1121
                                  Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 25th day of January 2013, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies