IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill.<br>*Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill.<br>*Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill.<br>*Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill.<br>*Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill.<br>*Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill.<br>*Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill.<br>*Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill.<br>*Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.<br>*Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill.<br>*Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill.<br>*Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill.<br>*Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill.<br>*Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.<br>*Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill.<br>*Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill.<br>*Threlkel, et al. v. Ameriquest*, 1:07-cv-03578, N.D. Ill.<br>*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | **ORDER RE MOTIONS TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## ORDER RE MOTIONS TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, Town & Country Credit Corporation's (collectively "Defendants") Motions to Compel [5159, 5172] came on for hearing on January 24, 2013. Defendants appeared through counsel of record, Randall Manvitz. William Spielberger appeared on behalf of opt-out plaintiff Rosa Dailey. There were no other appearances. No responses to the motions have been received. Accordingly, the Court finds as follows:

1. Within fifteen (15) days from the date of this order, Plaintiffs identified on Exhibit A to this order are ordered to respond to the outstanding discovery served by Defendants, without objection.

2. For any Plaintiff who failed to timely respond to Requests for Admission served by Defendants as required by Federal Rules of Civil Procedure, Rule 36(a)(3) those matters are deemed admitted.

3. For any Plaintiff who fails to respond to the discovery, Defendants intend to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that if they do no respond to the discovery or notify Defendants' counsel, in writing, that they wish to participate in the litigation within 15 days, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

4. Defendants will mail a copy of this order to the Plaintiffs or their counsel at their last known address.

IT IS SO ORDERED.

Dated: January 25, 2013

_Daniel G. Martin_
Hon. Daniel G. Martin

# Exhibit A to Order on Motions to Compel Discovery Responses from Non-Responsive Plaintiffs

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | 12/19/11 | 01/23/12 |
| Buck, Bruce<br>Buck, Shannon | *Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill. | 07/09/12 | 08/13/12* |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | 07/09/12 | 08/13/12 |
| Churchill, Dale<br>Churchill, Kelley | *Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. | 07/09/12 | 08/13/12 |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dailey, Rosa L. | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | 07/09/12 | 08/13/12 |
| Dercksen, Arthur<br>Dercksen, Nell | *Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill. | 07/09/12 | 08/13/12* |
| Dunn, Raymond<br>Dunn, Linda | *Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill. | 12/19/11 | 01/23/12 |
| Evans, Cheryl | *Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | 07/09/12 | 09/30/12 |
| Gaillard, Samuel | *Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill. | 07/09/12 | 08/13/12 |
| Ivery, Jerry<br>Ivery, Jacqueline | *Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill. | 07/09/12 | 08/13/12* |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | 07/09/12 | 08/13/12 |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. | 07/09/12 | 08/13/12 |
| Meek, Richard<br>Meek, Kelly | *Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill. | 12/19/11 | 01/23/12* |
| Miller, Douglas | *Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill. | 07/09/12 | 08/13/12 |
| Myers, Gail | *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. | 07/09/12 | 08/13/12 |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. | 12/19/11<br>07/09/12 | 01/23/12<br>08/13/12 |
| Peterson, Cedric | *Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill. | 07/23/12 | 08/27/12 |

# Exhibit A to Order on Motions to Compel Discovery Responses from Non-Responsive Plaintiffs

| Plaintiff(s) Name | Case Name & Case No. | Date Discovery Served | Date Discovery Due |
|---|---|---|---|
| Roop, Sarah<br><br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the<br>Estate of Christopher Roop | *Roop, et al. v. Argent, et al.* , 1:07-cv-01347, N.D. Ill. | 07/09/12 | 08/13/12 |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.* , 1:07-cv-06810 N.D. Ill. | 07/09/12 | 08/13/12 |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.* , 1:07-cv-00116, N.D. Ill. | 07/09/12 | 08/13/12 |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.* , 1:06-cv-02467, N.D. Ill. | 07/09/12 | 08/13/12 |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.* , 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Threlkel, Thomas<br>Fisher, Kelli | *Threlkel, et al. v. Ameriquest* , 1:07-cv-03578, N.D. Ill. | 07/09/12 | 08/13/12 |
| Villagran, Maynor | *Villagran v. Ameriquest* , 1:06-cv-05699, N.D. Ill. | 07/09/12 | 08/13/12 |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.* , 1:06-cv-02807, N.D. Ill. | 07/09/12 | 08/13/12 |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.* , 1:06-cv-02469, N.D. Ill. | 07/09/12 | 08/13/12 |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.* , 1:06-cv-02697, N.D. Ill. | 07/23/12<br>(to Sun City, AZ)<br><br>08/15/12<br>(to Peoria, AZ) | 08/27/12<br><br><br>09/17/12 |

*Plaintiffs Buck, Dercksen, Ivery and Meek provided responses to the Requests for Admissions, but failed to provide responses to Requests for Production and Interrogatories.