IN THE UNITED STATES DISTRICT COURT
IFOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill.<br>*Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill.<br>*Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Buck, et al. v. Ameriquest, et al.*, 1:07-cv-04874, N.D. Ill.<br>*Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill.<br>*Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill.<br>*Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill.<br>*Dercksen, et al. v. Ameriquest*, 1:06-cv-06742, N.D. Ill.<br>*Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill.<br>*Evans, et al. v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.<br>*Gaillard v. Ameriquest, et al.*, 1:08-cv-00740, N.D. Ill.<br>*Ivery, et al. v. Ameriquest*, 1:08-cv-04293, N.D. Ill.<br>*Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill.<br>*Meek, et al. v. Ameriquest, et al.*, 1:09-cv-00217, N.D. Ill.<br>*Miller v. Ameriquest, et al.*, Case No. 1:06-cv-05703, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.<br>*Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill.<br>*Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank Natl., et al.*, Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill.<br>*Threlkel, et al. v. Ameriquest*, 1:07-cv-03578, N.D. Ill.<br>*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | **CERTIFICATE OF SERVICE OF ORDER RE MOTIONS TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

CERTIFICATE OF SERVICE OF ORDER RE MOTIONS TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**ORDER RE MOTIONS TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Wayde Brooks<br>Law Offices of Wayde Brooks<br>1360 Hewitt Avenue<br>Saint Paul, MN 55104 | Attorney for Bruce Buck and Shannon Buck |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Arthur Dercksen<br>Nell Dercksen<br>215 N. College Ave.<br>Clarksville, AR 72830-2922 | Plaintiffs in pro per |
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |
| Adebayo Ogunmeno<br>Ogunmeno Law Firm<br>623 Tauromee Avenue<br>Kansas City, KS 66101 | Attorney for Plaintiff Cheryl Evans |

| | |
|---|---|
| H Robert Erwin, Jr<br>The Erwin Law Firm PA<br>6 West 39th Street<br>Baltimore, MD 21218 | Attorney for Plaintiff Samuel Gaillard |
| Paul Anthony Robinson, Jr.<br>Law Offices of Paul Robinson<br>5 North 3rd Street, Suite 2000<br>Memphis, TN 38103-2698 | Attorney for Plaintiffs Jerry Ivery and Jacqueline Ivery |
| Dennis P. Strong<br>Strong Law<br>5600 Monroe Street, Bldg. B, Suite 202<br>Sylvania, OH 43560 | Attorney for Plaintiffs Richard Meek and Kelly Meek |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorney for Plaintiff Douglas Miller |
| John M. Boucher, Jr.<br>550 Main Street, Suite 550<br>Knoxville, TN 37902 | Attorney for Plaintiff Gail Myers |
| James K. Murphy<br>Lynch Cox Gilman & Goodman<br>500 West Jefferson Street, Suite 2100<br>Louisville, KY 40202 | Attorney for Plaintiffs Thomas Threlkel and Kelli Fisher |
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for Plaintiffs Maria Arndt and Forrest Pendergraph |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |

| | |
|---|---|
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis and Elizabeth Curtis |
| William F. Spielberger<br>William F. Spielberger & Associates, P.C.<br>53 West Jackson Blvd, #1231<br>Chicago, IL 60604 | Attorneys for Plaintiff Rosa L. Dailey |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1<br>Chicago, IL 60644 | |
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Lori Mattix<br>806 Thomas Avenue<br>St. Paul, MN 55104-2749 | |
| Lori Mattix<br>800 1st Street<br>Marrietta, MN 56257 | |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |
| Cedric Peterson<br>9345 Rocky Lane<br>Orangevale, CA 95662 | Plaintiff in pro per |
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiff in pro per |

| | |
|---|---|
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiff in pro per, representatives of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |
| Maynor Villagran<br>4761 NW 2nd Terrace<br>Miami, FL 33126 | Plaintiff in pro per |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |
| Joseph Wisniewski<br>10626 West Bayside Rd.<br>Sun City, AZ 85351-2732 | |

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on January 25, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 25, 2013 at Irvine, California.

Christine Emerson  _____
(Signature)