IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Asencio Salazar, et al. v. Argent Mortgage Company, LLC et al.*, 08-CV-03875, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ASENCIO SALAZAR** and **ALICIA SALAZAR** (collectively "the Salazar Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, ARGENT MORTGAGE SECURITIES, INC., CITIGROUP INC.,**[1] **LEHMAN BROTHERS INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY**, individually and as Trustee (collectively "Defendants") hereby stipulate that the Salazar Plaintiffs' claims in the *Asencio Salazar, et al. v. Argent Mortgage Company, LLC et al.*, 08-CV-03875 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Appearance has not been filed by Citigroup Inc.

DATED: 2/1, 2013

Respectfully submitted,

By:/s/ Anthony P. Valach, Jr
*Attorneys for the Plaintiffs Asencio Salazar and Alicia Salazar*

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq.
Anthony P. Valach, Esq.
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802

DATED: 2/1, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Argent Mortgage Company, LLC, Argent Mortgage Securities, Inc., and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: 2/1, 2013

Respectfully submitted,

By: /s/ Thomas M. Crawford
*Attorneys for Lehman Brothers Inc.*

Thomas M. Crawford, Esq.
LITCHFIELD CAVO
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6677
Facsimile: (312) 781-6630

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, hereby certify that on this 1st day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Anthony P. Valach