## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Marcum v. Ameriquest Mortgage Company, et al.*, 08-CV-04292, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **DONNA E. MARCUM** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**, individually and as Trustee for **AMERIQUEST MORTGAGE SECURITIES, INC.** (collectively "Defendants") hereby stipulate that the *Marcum v. Ameriquest Mortgage Company, et al.*, 08-CV-04292 (N.D. Ill.) matter (transferred into the MDL) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  February 4, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ D. Richard Black
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Donna E. Marcum*

　　　　　　　　　　　　　　　　　　　D. Richard Black, Esq.
　　　　　　　　　　　　　　　　　　　D. RICHARD BLACK ASSOC.
　　　　　　　　　　　　　　　　　　　283 Howard Ave.
　　　　　　　　　　　　　　　　　　　Holland, MI 49424
　　　　　　　　　　　　　　　　　　　Telephone:  (616) 396-3998

DATED:  February 4, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　*Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.*

　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 4th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies