# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Black, et al. (Arnold & Cheryl Jones) v. Ameriquest Mortgage Co., et al.*, 1:07-00129, N.D. Ill.<br><br>*Michael and Susan O'Keefe, et al. v. Ameriquest Mortgage Co., et al.,* 1:07-05878, N.D. Ill.<br><br>*Elliot-Labin, et al. (Marcia Nowik) v. Ameriquest Mortgage Co., et al.*, 1:07-06191, N.D. Ill. | **AGREED ORDER RE RESPONSE TO LOAN MODIFICATION REQUESTS**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**AGREED ORDER RE RESPONSE TO LOAN MODIFICATION REQUESTS**

With respect to opt-out plaintiffs Arnold and Cheryl Jones, Michael and Susan O'Keefe, and Marcia Nowik ("Opt-Out Plaintiffs"), Chase Home Finance shall respond to each Opt-Out Plaintiff's request for a loan modification by February 28, 2013 or have a representative appear in Court on March 7, 2013 at 10:00 a.m.

**IT IS SO AGREED.**

| | |
|---|---|
| DATED: February 5, 2013 | Respectfully submitted, |
| | By: /s/ Daniel S. Blinn, Esq.<br>*Attorneys for Plaintiffs Arnold and Cheryl Jones* |
| | Daniel S. Blinn, Esq.<br>CONSUMER LAW GROUP, LLC<br>35 Cold Spring Road, Suite 512<br>Rocky Hill, CT 06067<br>Telephone: (860) 571-0408<br>Facsimile: (860) 571-7457 |
| DATED: February 5, 2013 | Respectfully submitted, |
| | By: /s/ Anthony P. Valach, Jr<br>*Attorneys for Plaintiffs Michael and Susan O'Keefe and Marcia Nowik* |
| | THE LAW OFFICES OF DANIEL HARRIS<br>Daniel Harris, Esq.<br>Anthony P. Valach, Esq.<br>150 N. Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802 |
| DATED: February 5, 2013 | Respectfully submitted, |
| | By: /s/ Benjamin P. Wieck<br>*Attorneys for JPMorgan Chase Bank, N.A., successor by merger with Chase Home Finance LLP* |
| | BURKE, WARREN, MCKAY & SERRITELLA<br>Benjamin P. Wieck, Esq.<br>330 N. Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>Telephone: (312) 840-7117 |

**IT IS SO ORDERED.**

Dated: February __, 2013

_____
Hon. Daniel G. Martin