IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Black, et al. (Arnold & Cheryl Jones) v. Ameriquest Mortgage Co., et al.*, 1:07-00129, N.D. Ill.<br><br>*Michael and Susan O'Keefe, et al. v. Ameriquest Mortgage Co., et al.*, 1:07-05878, N.D. Ill.<br><br>*Elliot-Labin, et al. (Marcia Nowik) v. Ameriquest Mortgage Co., et al.*, 1:07-06191, N.D. Ill. | **AGREED ORDER RE RESPONSE TO LOAN MODIFICATION REQUESTS**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**AGREED ORDER RE RESPONSE TO LOAN MODIFICATION REQUESTS**

With respect to opt-out plaintiffs Arnold and Cheryl Jones, Michael and Susan O'Keefe, and Marcia Nowik ("Opt-Out Plaintiffs"), Chase Home Finance shall respond to each Opt-Out Plaintiff's request for a loan modification by February 28, 2013 or have a representative appear in Court on March 7, 2013 at 10:00 a.m.

**IT IS SO AGREED.**

1

DATED: February 5, 2013         Respectfully submitted,

By: /s/ Daniel S. Blinn, Esq.
*Attorneys for Plaintiffs Arnold and Cheryl Jones*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7457

DATED: February 5, 2013         Respectfully submitted,

By: /s/ Anthony P. Valach, Jr
*Attorneys for Plaintiffs Michael and Susan O'Keefe and Marcia Nowik*

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris, Esq.
Anthony P. Valach, Esq.
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802

DATED: February 5, 2013         Respectfully submitted,

By: /s/ Benjamin P. Wieck
*Attorneys for JPMorgan Chase Bank, N.A., successor by merger with Chase Home Finance LLP*

BURKE, WARREN, MCKAY & SERRITELLA
Benjamin P. Wieck, Esq.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7117

**IT IS SO ORDERED.**

Dated: February 05, 2013

_____
Hon. Daniel G. Martin