Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Daniel G. Martin |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 2/7/2013 |
| **CASE TITLE** | In Re: In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT**

Cedric and Cherrone Peterson's Notice of Motion for presentment of their Motion for Extension of Time to Respond to Defendant's Motions to Compel Discovery Responses from Non-Responsive Plaintiffs on 2/7/2013 at 10:00 a.m. is stricken for failing to comply with Magistrate Judge Martin's three day notice requirement. The Petersons' Motion will be heard on 3/7/2013 at 10:00 a.m. The Petersons may appear telephonically at the 3/7/2013 hearing. The Court will initiate the call. The Petersons shall contact Magistrate Judge Martin's courtroom deputy at 312-435-5833 by 4 p.m. on 3/6/2013 to provide a telephone number where they can be reached for the 3/7/2013 hearing. The Clerk is directed to mail a copy of this order to Cedric and Cherrone Peterson, 9345 Rocky Lane/POB 1165, Orangevale, CA 95662.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|