FILED

FEB 06 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Cedric & Cherrone Peterson_
(Please print)

STREET ADDRESS: _9345 Rocky Lane_

CITY/STATE/ZIP: _Orangevale CA 95662_

PHONE NUMBER: _916-987-3547 or 916-988-9224_

CASE NUMBER: _MDL # 1715 Lead Case # 05-cv-07097_
_Re: Peterson v Argent 08-cv-07281_

Signature

_1/31/13_
Date

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_genesisgrp@yahoo.com_
E-Mail Address