February 1, 2013

**FILED**

FEB 06 2013

CLERK OF THE USDC
219 South Dearborn
20th Floor
Chicago Illinois 60604

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Lead Case #05 C 7097

Please find the enclosed Notice of Motion and Motion for Extension of Time to Respond to Defendants Motion to Compel Discovery Responses from Nonresponsive Plaintiffs.

We humbly request that we be scheduled for the hearing of our Motion for Extension of Time, as soon as the Court possibly can, on or after February 7, 2013. We wish to appear telephonically for that hearing.

We understand that there is a status conference scheduled for March 7, 2013, at which we wish to appear telephonically.

We are hereby filing this updated Pro Se Litigant Appearance Form and do request a conformed copy be returned to us in the enclosed self addressed envelope, along with conformed copies of the Notice of Motion and the Motion, absent the supporting documentation.

Please advise if there are any other requesites for us to submit this Motion to the Court.

Respectfully Submitted,

Cedric Peterson
Cherrone Peterson
9345 Rocky Lane/POB 1165
Orangevale CA 95662
(916) 987-3547 or (916) 988-9224
(916) 988-9398 Facsimile
(916) 519-7727 Cellular
genesisgrp@yahoo.com