**FILED**

FEB 0 6 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE; AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**MDL. NO. 1715**

**Lead Case No. 05-cv-07097**

**(Centralized before the
Honourable Marvin E. Aspen)**

**(Assigned to Magistrate Judge
Daniel G. Martin)**

MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTIONS
TO COMPEL DISCOVERY RESPONSES
FROM NONRESPONSIVE PLAINTIFFS

1. CEDRIC PETERSON, PLAINTIFF does hereby beseech the Court for an extension

of time through May 1, 2013 to respond to Defendant's Motion for Summary Judgment.

2. On June 10, 2011, pursuant to the request of Defendant's client (Ameriquest Mortgage),

Plaintiff submitted a loan modification application, to which todate there has been no

response from Defendant's client. {Exhibit A}

3. On October 31, 2011, again pursuant to the request of Defendant's clent, Plaintiff

submitted a second loan modification application, to which todate there has been no

response from Defendant's client. {Exhibit B}

4. Plaintiff submitted both loan modification applications inclusive of all of the supporting

documentation requesites of Defendant's client.

5. On April 10, 2012, Plaintiff's Motion for Opposition to Plantiff's Motion for Summary Judgment was filed with the Court and served upon Defendant. Todate, there has been no response from Defendant to that Motion. {Exhibit C}

6. On May 2, 2012, Plaintiff filed with the Court a Second Reply to Defendant's Motion for Summary Judgment and served the same upon Defendant. Todate, there has been no response from Defendant to that Motion. {Exhibit D}

7. On October 14, 2012, Plaintiff sent a letter to Defendant via facsimile, todate, Defendant has submitted no written response. {Exhibit E}

8. PLAINTIFF requests the following relief:

   A. An order to compel the Defendant to respond to Plaintiff's Motions dated April 10, 2012 and May 2, 2012 and Plaintiff's relief prayed for therein.

   B. An order granting this request for an extension of time to May 1, 2013, to respond to Defendant's discovery request.

   C. An order granting Plaintiff's wish to participate in the litigation and that Plaintiff's claims will not be dismissed with prejudice.

DATED: January 30, 2013

Respectfully Submitted,

Cedric Peterson, In Pro Per
Attorney for Plaintiff
Cedric Peterson
9345 Rocky Lane
Orangevale, CA 95662
(916) 988-9224 OFFICE
(916) 999-9398 FACSIMILE

Exhibit A



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Simon Fleischmann
Direct Telephone: 312-443-0462
Direct Fax: 312-896-6471
sfleischmann@lockelord.com

May 13, 2011

**VIA E-MAIL AND U.S. MAIL**

Mr. Marshall Ezsa Rosenbach
Marshall E Rosenbach Law Offices
468 North Camden Drive Suite 200
Beverly Hills, California 90210

marshall@marshallrosenbach.com

Re:  **Peterson v. Ameriquest Mortgage Company, et al.**
**Case No. 08 C 7281, USDC, Northern District of Illinois**
**(MDL No.1715; Case No. 05 C 7097)**
**Name of Borrower(s): Cedric Peterson**
**Loan No. 4000833592**
**Property Address: 9345 Rocky Lane, Orangevale, CA 95662**

Dear Counsel:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI"), in the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, centralized and pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). You are counsel of record for the above-referenced lawsuit, which is part of the Ameriquest MDL. AHMSI is the current servicer of the mortgage-loan account that is the subject of the lawsuit.

AHMSI began servicing the loan in February 2009. Since that time, AHMSI has endeavored to refrain from attempting to collect the payments due on this account because of the pending lawsuit in the Ameriquest MDL. Instead, AHMSI has actively sought to facilitate the settlement of claims in the Ameriquest MDL related to AHMSI-serviced loans through a variety of loss-mitigation initiatives. Among other things, as a participating servicer in the federal Making Home Affordable Program, AHMSI has encouraged borrowers to request a loan modification under the guidelines of the Home Affordable Modification Program ("HAMP").

You are receiving this letter because, according to AHMSI's records, the borrower is not currently making the payments required under the mortgage loan and has not responded to AHMSI's efforts to determine eligibility for a loan modification or other loss-mitigation alternative. We sent you a letter on March 29, 2010, inviting the borrower to request a loan modification under HAMP. A copy of that letter is enclosed for your reference. As of the date of this letter, AHMSI still has not received a complete financial package.

Atlanta. Austin. Chicago. Dallas. Hong Kong. Houston. London. Los Angeles. New Orleans. New York. Sacramento. San Francisco. Washington DC

1776893v.2

May 13, 2011
Page 2

We ask again that you respond to our efforts to communicate about a loan modification. Please follow the instructions included in the enclosed HAMP letter and submit a complete financial package within 30 days of the date of this letter.

If we do not receive a complete financial package within 30 days, AHMSI may commence collection activity on this account.

This letter is an attempt to collect a debt and all information received will be used for that purpose.

Please contact me immediately if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL and LIDDELL LLP

Simon Fleischmann

SF:k
Enclosure

1776893v.2

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME    : 06/12/2011 21:41
NAME    : GENESIS GROUP
FAX     : 9169889398
TEL     : 9169889398
SER.#   : 000F6J324135
```

```
DATE,TIME               06/12  21:20
FAX NO./NAME            8664521837
DURATION                00:21:22
PAGE(S)                 66
RESULT                  OK
MODE                    STANDARD
                        ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
**8675 Elm Ave/POB 1165**
**Orangevale CA 95662**
**(916) 988-9224  OFC**
**(916) 988-9398  FACSIMILE**
**genesisgrp@yahoo.com**

**RE :** _Ln # 4000833592_

**DATE :** _6/12/11_          **TO :** _AHMLt Hamp program_

                              **FAX :** _866-452-1837_

**TIME :** _10¹⁰ pm PST_      **FROM :** _C. Peterson_

**PLEASE CALL/EMAIL TO CONFIRM RECEIPT:** _total of 67 pages_

Print Form

**Making Home Affordable Program**
**Request For Modification and Affidavit (RMA)**

MAKING HOME AFFORDABLE.GOV

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |
|---|---|

Loan I.D. Number _____ 4000833592     Servicer _____ AHMSI

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name: Cedric V Peterson | Co-borrower's name: Cherrone E Peterson |
| Social Security number: 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   Date of birth: 02/04/1962 | Social Security number: 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   Date of birth: 09/30/1960 |
| Home phone number with area code: (916) 987-3547 | Home phone number with area code: (916) 987-3547 |
| Cell or work number with area code: (916) 640-8911 | Cell or work number with area code: (916) 988-9224 |

| I want to: | ☑ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☑ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

Mailing address: POB 1165 Orangevale CA 95662

Property address (if same as mailing address, just write same): 9345 Rocky Lane Orangevale CA 95662    E-mail address: genesisgrp@yahoo.com

Is the property listed for sale? ☐ Yes ☑ No
Have you received an offer on the property? ☐ Yes ☑ No
Date of offer _____ Amount of offer $ _____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help ☐ Yes ☑ No
If yes, please complete the following:
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____
Counselor's E-mail: _____

Who pays the real estate tax bill on your property?
☑ I do   ☐ Lender does   ☐ Paid by condo or HOA
Are the taxes current? ☑ Yes ☐ No
Condominium or HOA Fees ☐ Yes ☑ No   $ _____
Paid to: _____

Who pays the hazard insurance premium for your property?
☐ I do   ☐ Lender does   ☐ Paid by Condo or HOA
Is the policy current? ☐ Yes ☐ No
Name of Insurance Co.: _____
Insurance Co. Tel #: _____

Have you filed for bankruptcy? ☑ Yes ☐ No   If yes: ☑ Chapter 7 ☐ Chapter 13   Filing Date: 04/19/2010
Has your bankruptcy been discharged? ☑ Yes ☐ No   Bankruptcy case number 10-30003

Additional Liens/Mortgages or Judgments on this property:    None

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |

| HARDSHIP AFFIDAVIT |
|---|

**I (We) am/are requesting review under the Making Home Affordable program.**
**I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):**

☑ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☑ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ Other:

Explanation (continue on back of page 3 if necessary): _____

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) - PAGE 3                COMPLETE ALL THREE PAGES OF THIS FORM

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| _____ | _____ |
| Borrower Signature | Date |
| _____ | 6/10/11 |
| Co-Borrower Signature | Date |

### HOMEOWNER'S HOTLINE

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*

**888-995-HOPE**
Homeowner's HOPE™ Hotline

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

Exhibit B

| TRANSMISSION VERIFICATION REPORT |
|---|

```
TIME   : 10/31/2011 22:33
NAME   : GENESIS GROUP
FAX    : 9169889398
TEL    : 9169889398
SER.#  : 000F6J324135
```

| DATE,TIME | 10/31  22:27 |
|---|---|
| FAX NO./NAME | 8668717067 |
| DURATION | 00:05:23 |
| PAGE(S) | 14 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

## FAX COVER SHEET

**GENESIS GROUP**
**8675 Elm Ave/POB 1165**
**Orangevale CA 95662**
**(916) 988-9224  OFC**
**(916) 988-9398  FACSIMILE**
genesisgrp@yahoo.com

RE : _Loan # 4000833592_

DATE : _10/31/11_          TO : _Hm Ownership Pres Ofc_

TIME : _10³⁰ pm pst_        FAX : _866-871-7067_

FROM : _C. Peterson_

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: _total of 14 pages_

_Pursuant to your legal counsel's letter
attached, we are submitting our
PRA Loan Modification Application._

_We are prepared to forward
bank statements and any other
documents needed to complete this
application._

October 31, 2011

AHMSI
POB 619063
Dallas Texas 75261-9063

RE: PRA Request for Loan Modification of Loan # 4000833592

To Whom It May Concern:

Our financial status was weakened a few years ago when I became underemployed. This translates into that I have still been working in the same administrative and sales capacity as I have for the past twenty five plus years, but just not generating the same income.

My husband, Cedric, has an excellent stable salaried position, with a major telecommunications company, Metro PCS, for the past decade. In addition to his salary he also earns an annual five digit bonus, disbursed every February.

The positive news regarding my income is that it is increasing steadily this year and should continue accordingly, as I have returned fulltime to Sales Management.

We have been in our home since 2001 and are raising a large family here, as we still have seven at home, from college to kindergarten.

According to the PRA alternative, it is apparent that AHMSI is a participating HAMP servicer and our loan falls within the published guidelines.
Our mortgage is not owned nor guaranteed by FNMA or FHLMC ; we owe more that our home is worth; we owner occupy our home; we obtained our mortgage on 8/29/2005; our payment is more that 31% of our gross (pre tax) monthly income; we owe less than $729,750 on our principal balance; we have sufficient documented income to support the modified payment; nor have we been convicted of any financial or real estate crimes in the past ten years.

Please review our PRA/Loan Modification Request and advise.

Sincerely,

Cherrone Peterson

Making Home Affordable Program
Request For Modification and Affidavit (RMA)

MAKING HOME AFFORDABLE.GOV

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |

Loan I.D. Number 4000833592          Servicer AHMSI

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name<br>Cedric V  Peterson | Co-borrower's name |
| Social Security number          Date of birth<br>569216582                    02/04/1962 | Social Security number          Date of birth |
| Home phone number with area code<br>9169873547 | Home phone number with area code |
| Cell or work number with area code<br>9169889224 | Cell or work number with area code |

| | | |
|---|---|---|
| I want to: | ■ Keep the Property | ☐ Sell the Property |
| The property is my: | ■ Primary Residence | ☐ Second Home    ☐ Investment |
| The property is: | ■ Owner Occupied | ☐ Renter Occupied    ☐ Vacant |

Mailing address
**POB 1165 Orangevale CA 95662**
Property address (if same as mailing address, just write same)
9345 Rocky Lane Orangevale CA 95662

E-mail address
genesisgrp@yahoo.com

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ■ No | Have you contacted a credit-counseling agency for help ☐ Yes ■ No |
| Have you received an offer on the property? ☐ Yes ■ No | If yes, please complete the following: |
| Date of offer ___ Amount of offer $___ | Counselor's Name: ___ |
| Agent's Name: ___ | Agency Name: ___ |
| Agent's Phone Number: ___ | Counselor's Phone Number: ___ |
| For Sale by Owner? ☐ Yes ☐ No | Counselor's E-mail: ___ |
| Who pays the real estate tax bill on your property? | Who pays the hazard insurance premium for your property? |
| ■ I do  ☐ Lender does  ☐ Paid by condo or HOA | ■ I do  ☐ Lender does  ☐ Paid by Condo or HOA |
| Are the taxes current? ■ Yes ☐ No | Is the policy current? ■ Yes ☐ No |
| Condominium or HOA Fees ☐ Yes ☐ No  $___ | Name of insurance Co. QBE First Insurance Agency Inc |
| Paid to: ___ | Insurance Co. Tel #: 888-819-2847 |

Have you filed for bankruptcy? ■ Yes ☐ No   If yes: ■ Chapter 7 ☐ Chapter 13   Filing Date: 4/19/2011
Has your bankruptcy been discharged? ■ Yes ☐ No   Bankruptcy case number 10-30003

Additional Liens/Mortgages or Judgments on this property:  **None**

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

| HARDSHIP AFFIDAVIT |
|---|

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| | |
|---|---|
| ■ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other: ___

Explanation (continue on back of page 3 if necessary):  Per Attachment
Per Attachment

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| _____ | 10/31/2011 |
| Borrower Signature | Date |
| | 10/31/2011 |
| _____ | |
| Co-Borrower Signature | Date |

---

**HOMEOWNER'S HOTLINE**

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*


888-995-HOPE™
Homeowner's HOPE™ Hotline

---

**NOTICE TO BORROWERS**

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



# Locke
# Lord LLP

Attorneys & Counselors

November 14, 2011

**VIA U.S. MAIL**

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re:    **Peterson v. Ameriquest Mortgage Company, et al.**
        **Case No. 08 C 07281, USDC, Northern District of Illinois**
        **(MDL #1715; Case No. 05 C 7097)**
        **Borrower's Name: Cedric Peterson**
        **Loan No.: 4000833592**
        **Property Address: 9345 Rocky Lane, Orangevale, California 95662**

Mr. Peterson:

As you know, this office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). Previously, I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry into a HAMP loan modification.

Recently, this office received HAMP documents submitted by you. In order to complete the review of your HAMP application, AHMSI is requesting (1) a *signed* copy of your 2010 tax return, including all schedules and pages, (2) a recent utility bill to show proof of occupancy, and (3) a non-borrower authorization form completed by your spouse (enclosed).

Please submit the documents identified above to my attention as soon as reasonably possible. Let me know if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

*John E. Viskocil*

John E. Viskocil

Enclosure

```
TRANSMISSION VERIFICATION REPORT
```

```
                                   TIME  : 11/20/2011 20:29
                                   NAME  : GENESIS GROUP
                                   FAX   : 9169889398
                                   TEL   : 9169889398
                                   SER.# : 000F6J324135
```

```
DATE,TIME          11/20  20:21
FAX NO./NAME       6462249668
DURATION           00:07:48
PAGE(S)            22
RESULT             OK
MODE               STANDARD
                   ECM
```

## FAX COVER SHEET

*attachments*
*+ issued 11/18/11*
*Rocky Brown Bill*

**GENESIS GROUP**
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224  OFC
(916) 988-9398  FACSIMILE
genesisgrp@yahoo.com

RE: _Loan # 400083592_

DATE: _11/20/11_          TO: _John Viskocil_

                          FAX: _646-224-9668_

TIME: _____         FROM: _C. Peterson_

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: _total of 22 pages_

Exhibit C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In RE: AMERIQUEST MORTGAGE CO. )
            Plaintiff )
                     )
              v. )
PETERSON V. ARGENT MORTGAGE  LL )
           Defendant )

**Case Number**: MDL 1715 LEAD CASE 05CV07097

**Judge:** THE HONORABLE MARVIN E ASPEN

**Magistrate Judge:**

NOTICE OF MOTION OF OPPOSITION
TO DEFENDANT ARGENT MORTGAGE COMPANY LLC'S
MOTION FOR SUMMARY JUDGMENT

Cedric Peterson ("Plaintiff") vehemently opposes:

1. Plaintiff Cedric Peterson seeks to retain the "Complaint For Rescission Under 15 U.S.C. Sect. 1635.

(Plaintiff's Exhibit 1).

2. Plaintiff Cedric Peterson, nor Plaintiff's counsel were informed on or about October 15, 2010, by opposing

counsel, that the check for $189.99, was a settlement check for all claims (Plaintiff's Exhibit 2).

3. The "Joint Stipulation of Dismissal of Claims Against Defendants" was sent by opposing counsel

on November 22, 2011. It is Plaintiff's position that that letter dated November 22, 2011, for

"Stipulation to Dismiss" all legal claims, should have accompanied that check, dated October 15, 2010. The

check clearly states that the "Payee's signature is required on back in order for this instrument to be valid".

The check was arbitrarily deposited by Plaintiff's spouse, unbeknownst to her, that this was a settlement

check, that Plaintiff never saw nor endorsed. Opposing counsel's letter dated October 11, 2011,  stating that

Plaintiff Peterson accepted the check and was in agreement to settle, is not valid (Plaintiff's Exhibit 3).

4. Plaintiff Peterson was never apprised of the option to "opt out" by Plaintiff's former counsel,

 dated June 29, 2010, regarding Class members who "opted out of the Borrower Class Settlement"

(Plaintiff's Exhibit 4).

 5. On May 13, 2011, the Law Offices of Locke Lord Bissell & Liddell sent a letter to Plaintiff's former

counsel, stating that Plaintiff Peterson should apply for a loan modification. Plaintiff applied on June 12,

2011. Todate, there has been no response from Defendant to Plaintiff's loan modification application. (Plaintiff's Exhibit 5)

6. On August 13, 2011, Plaintiff's counsel withdrew from Plaintiff's representation. (Plaintiff's Exhibit 6)

7. On October 11, 2011, Plaintiff filed an "Appearance Form for Pro Se Litigants" with the court.(Plaintiff's Exhibit 7).

8. On October 11, 2011, opposing counsel sent a letter to Plaintiff's former counsel entitled "Prior Acceptance of Settlement Funds-Joint Stipulation of Dismissal", for Plaintiff's counsel's signature. Plaintiff's counsel was unable to execute this document as he was no longer Plaintiff's counsel of record.. (Plaintiff's Exhibit 3).

9. On October 14, 2011, the Law Offices of Locke Lord Bissell and Liddell sent a letter to Plaintiff requesting another loan modification application. Again all of the documents were readily forwarded via UPS Tracking # 1Z9X51130742390764 and the additional documents requested in LLB& L's letter dated November 14, 2011, were faxed to their offices, by Plaintiff on November 20, 2011. (Plaintiff's Exhibit 8) Todate, Plaintiff has not received a response to Plaintiff's second loan modification application.

10. On November 22, 2011, opposing counsel forwarded the letter for " Joint Stipulation for Dismissal of Claims Against Defendants". Plaintiff Peterson never signed nor returned this document to opposing counsel. (Plaintiff's Exhibit 3).

11. On November 2, 2009 , there was a "legal block" on Plaintiff's AHMSI Mortgage Loan Account # 4000833592. (Plaintiff's Exhibit 9).

12. From October 2009 through March 2010, Plaintiff had engaged the services of

Loan Redux, to apply for a loan modification with AHMSI . Plaintiff's actions have been

contrary to opposing counsel's statements made in their letter dated May 13, 2011,

in which Defendant states that Plaintiff "has not responded to AHMSI 's efforts

to determine eligibility for a loan modification", (Plaintiff's Exhibit 10).

13. Plaintiff has ordered a securitization mortgage audit and will have the results

submitted to the court within twenty one (21) days of this filing. This report has been

ordered of a third neutral party, in response to Defendant's "Answer to Complaint",

denying all allegations and stating that they are without sufficient knowledge to form a

belief as to the truth" of Plaintiff's allegations in Plaintiff's "Complaint For Rescission".

(Plaintiff's Exhibit 11).

Plaintiff has cause to believe that the landmark decision issued on March 29, 2012 by the

USDC Hawai'i,, in the matter of Deutsche Bank National Trust Company as Trustee, etc

v Williams, Civ No. 11-00632 JMS/RLP regarding the noncompliant, fatally flawed

mortgage assignment process is applicable to this case.

PRAYER

Plaintiff prays this court to:

1. Grant Plaintiff's complaint;

2. Compel Defendant to a court ordered securitization discovery and to produce all PSA agreements pertinent to the subject loan transaction, inclusive of the original mortgage note

3. Award Plaintiff its cost of suit and other compensation as Tort Damages; and

4. Grant Plaintiff any and all further and additional relief as it deems just and appropriate

Dated: April 10, 2012

Cedric Peterson, In Pro Per
Attorney for Plaintiff
Cedric Peterson

111

1   MARSHALL E. ROSENBACH, ESQ. (State Bar No. 214214)
    LAW OFFICES OF MARSHALL E. ROSENBACH
2   468 N. Camden Drive, Suite 200
    Beverly Hills, California 90210
3   Telephone: (310) 860-4764
    Facsimile: (310) 860-4763
4
    Attorney for Plaintiff
5   CEDRIC PETERSON

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 19 2008

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
A. Henriderson

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

10                                            EC396593

11  CEDRIC PETERSON, an individual;      )   CASE NO.
                                         )
12              Plaintiff,               )   COMPLAINT FOR RESCISSION
                                         )   UNDER 15 U.S.C. § 1635
13  vs.                                  )
                                         )
14  ARGENT MORTGAGE COMPANY,             )
    LLC, a California limited liability  )
15  company; DEUTSCHE BANK               )
    NATIONAL TRUST COMPANY; and          )
16  DOES 1 to 10, inclusive,             )
                                         )
17              Defendants.              )
    _____ )

18

19      Plaintiff CEDRIC PETERSON ("Plaintiff") alleges:

20

21                  PREFATORY ALLEGATIONS

22      1.    Plaintiff CEDRIC PETERSON is and at all times mentioned herein was a

23  resident of the State of California.

24      2.    The property which is the subject of this action is the primary dwelling of

25  the Plaintiff. Its address is 9345 Rocky Lane, Orangevale, California 95662 (the "Property").

26      3.    Defendant ARGENT MORTGAGE COMPANY, LLC ("Argent") is and at all

27  times herein mentioned was a California limited liability company doing substantial business

                                    - 1 -

         COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635

1   within this judicial district.

2        4.      Plaintiff is informed and believes, and based thereon alleges, that Defendant

3   DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank") is and at all times

4   herein mentioned was conducting substantial business within this judicial district.

5        5.      Plaintiff is ignorant of the true names and capacities of Defendants sued

6   herein as DOES 1 to 10, inclusive, and therefore sues these Defendants by such fictitious

7   names. Plaintiff will amend this Complaint to allege their true names and capacities when

8   ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously

9   named Defendants is responsible in some manner for the occurrences herein alleged, and that

10  Plaintiff's injuries and right to compensations herein alleged were proximately caused by the

11  acts, errors, and omissions of said fictitiously named Defendants and each of them.

12

13       6.      Plaintiff is informed and believes, and based thereon alleges, that Defendants,

14  and each of them, were the agents, employees, partners, joint venturers, owners, principals,

15  and employers of the remaining Defendants, and each of them, are, and at all times herein

16  mentioned were, acting within the course and scope of that agency, partnership, employment,

17  ownership, or joint venture. Plaintiff is further informed and believes and based thereon

18  alleges that the acts and conduct herein alleged of each such Defendant were known to,

19  authorized by, and/or ratified by the other Defendants, and each of them.

20

21                              **FIRST CAUSE OF ACTION**

22                        (Against All Defendants and DOES 1 to 10)

23                      (Rescission and Damages under 15 U.S.C. § 1635)

24

25       7.      Plaintiff realleges and incorporates by reference the allegations of paragraphs

26  1 through 8, inclusive, as though set forth at length herein again.

27       8.      On or about August 29, 2005, Plaintiff executed a deed of trust in the amount

- 2 -

**COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635**

1    of $727,500.00 in favor of Defendant Argent, and secured by the Property. The loan number

2    is 0084967512.  The loan was a refinance.

3         9.     On said date, Defendant Argent committed the following non-exhaustive list

4    of violations of the Truth in Lending Act, 15 U.S.C. § 1601, et seq.:

5         (1)    Argent failed to provide Plaintiff with two copies of fully completed Notices

6               of Right to Cancel;

7         (2)    Argent failed to note the correct transaction date of August 29, 2005;

8         (3)    Argent failed to note the correct date of expiration of the right to cancel.

9         10.    Plaintiff will amend this Complaint when additional Truth in Lending

10   violations are discovered.

11        11.    Plaintiff is informed and believes and based thereon alleges that after closing

12   the said loan, Argent sold and assigned the note and deed of trust to Defendant Deutsche

13   Bank.

14        12.    On August 11, 2008 and August 19, 2008, Plaintiff served Defendants with a

15   letter giving them notice of Plaintiff's election to rescind the loan.  The notice further

16   demanded that Defendants return all money given as earnest money, down payment, or

17   otherwise and take any action to reflect the termination of the above-described deed of trust.

18        13.    As a direct and proximate cause of Defendants' violations of the law,

19   Defendants were compelled to rescind the loan.  As a further direct and proximate cause of

20   such violations, Defendants were required to return such sums as required under 15 U.S.C.

21   § 1635(b).

22        14.    As of the date of filing this action, Defendants, and each of them, have failed

23   to rescind the loan or return the monies owed to Plaintiff.

24        15.    By virtue of the foregoing violations of the Truth in Lending Act, Plaintiff's

25   right to rescind the said loan was extended from 3 days to 3 years after consummation of the

26   transaction.  15 U.S.C. § 1635(f).

27        16.    As a direct and proximate cause of Defendants' violations under the Truth in

- 3 -

**COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635**

1   Lending Act, Plaintiff has incurred attorney's fees which amount will be proven at the time

2   of trial.

3

4        WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them,

5   as follows:

6        1.    For rescission of Loan no. 89719312 under 15 U.S.C. § 1635(a) and (b);

7        2.    For all sums to be paid under 15 U.S.C. § 1635(b);

8        3.    For attorney's fees pursuant to 15 U.S.C. § 1601, et seq.

9        4.    For pre-judgment interest at the legal rate from the time of injury;

10       5.    For costs of suit incurred herein; and

11       6.    For such other and further relief as the Court may deem just and proper.

12

13   DATED: August 19, 2008              LAW OFFICES OF MARSHALL E. ROSENBACH

14

15                                       By
16                                          MARSHALL E. ROSENBACH
                                            MICHAEL LOGHMANA
17                                          Attorney for Plaintiff
                                            CEDRIC PETERSON

18

19

20

21

22

23

24

25

26

27

- 4 -

COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635



### DEMAND FOR JURY TRIAL

Plaintiff CEDRIC PETERSON hereby demands a trial by jury in this action.

DATED: August 19, 2008

LAW OFFICES OF MARSHALL E. ROSENBACH

By: _____

MARSHALL E. ROSENBACH
MICHAEL LOGHMANA
Attorney for Plaintiff
CEDRIC PETERSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

- 5 -

COMPLAINT FOR RESCISSION UNDER 15 U.S.C. § 1635



Ameriquest MDL Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2278
Faribault, MN 55021-2413

**US BANK**

33-54
750

**118022**

| DATE | CLAIM NUMBER | AMOUNT |
|------|--------------|--------|
| October 15, 2010 | 0006110468 | $189.99 |

Financial Institutions: if you require verification of this check,
please call 1-888-538-5792

VOID AFTER One Hundred Eighty (180) Days
*NOT VALID FOR AMOUNT OTHER THAN $189.99*
*Payee's signature required on back in order for this instrument to be valid.*

Pay:    **One Hundred Eighty Nine Dollars and Ninety Nine Cents **

Pay to the order of:    CEDRIC PETERSON

Paul Vil

BORDER CONTAINS MICROPRINTING

⑈118022⑈ ⑆073000545⑆ 196473905129⑈

Date:10/20/2010 Sequence:692855740 Account:196473905129 Amount:$189.99 TR:73000545 Trancode:0 Serial:118022 EAF:0
InstID:9 DbCr:D Endpoint:9963 AppId:89 ReturnItemCode:0 XMITAcct:196473905129 ToBank:0 FromBank:9 Branch:417 Teller:0

First Bank  >122239131 <  10/20/2010    01417    0001910080

001910080 10202010 01417

POSITIVE I.D. REQUIRED

CREDIT TO THE ACCOUNT OF
WITHIN NAMED PAYEE, LACK C
ENDORSEMENT PAYEE, LACK CF
FIRST GUARANTEED.
IS GUARANTEED.

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
Financial Institutions: If you require verification of this check, please call
1-888-538-5792.

3



BuchalterNemer
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

October 11, 2011

**VIA FEDERAL EXPRESS**

Marshall Ezsa Rosenbach
Marshall E Rosenbach Law Offices
468 North Camden Drive Suite 200
Beverly Hills, CA 90210
310-860-4764

Re:      *Prior Acceptance of Settlement Funds—Joint Stipulation of Dismissal*

**AMERIQUEST MULTIDISTRICT LITIGATION**

*Peterson v. Argent Mortgage Company, et al.,* Case No. ILN 1:08-07281

Dear Mr. Rosenbach:

We are writing to inform that on October 15, 2010 your client accepted $189.99 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, your client agreed that this case would be dismissed in exchange for receiving the settlement funds described above. Plaintiff in the above-mentioned case has no claim to further funds because of this prior settlement. Therefore, we have prepared and enclosed a Joint Stipulation of Dismissal to be executed and filed with the Court, as previously agreed to by your client.

Please execute and return the enclosed dismissal to my attention within 10 business days from the date of this letter. If the dismissal is not signed within this timeframe, we will move the Court to dismiss this action. Should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By

Bradley G. Grumbley

BN 10177380v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Peterson v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cedric Peterson ("Plaintiff") and Defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Peterson v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 (N.D. Ill) (transferred into the MDL from the United States District Court, Central District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

BN 10177444v1

1

DATED: _____, 2011   Respectfully submitted,

          By: _____
          *Attorneys for Cedric Peterson*

          Marshall Ezsa Rosenbach
          Marshall E Rosenbach Law Offices
          468 North Camden Drive Suite 200
          Beverly Hills, CA 90210
          Telephone: (310)860-4764
          Facsimile: (310)860-4763

DATED: _____, 2011   Respectfully submitted,

          By: _____
          *Attorneys for Argent Mortgage Company*

          Bernard E. LeSage, Esq.
          Joanne N. Davies, Esq.
          BUCHALTER NEMER
          18400 Von Karman Avenue, Suite 800
          Irvine, California 92612
          Telephone: (949) 760-1121
          Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                               By: _____

3   emer
       ration

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: *bgrumbley@buchalter.com*

November 22, 2011

**VIA EXPRESS MAIL**

Cedric and Cherrone Peterson
9345 Rocky Lane
Orangevale, California 95662
(916) 987-3547

Re:    Prior Settlement and Request to Dismiss

**AMERIQUEST MULTIDISTRICT LITIGATION**

*Peterson, et al. v. Argent Mortgage Company, et al.,* Case No. ILN 1:08-07281

Dear Mr. and Mrs. Peterson:

We are writing to inform that on October 15, 2010 you accepted $189.99 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, you agreed that this case would be dismissed in exchange for receiving the settlement funds described above. No claim to further funds exists because of this prior settlement. Therefore, we have prepared and enclosed a Joint Stipulation of Dismissal to be executed and filed with the Court, as you previously agreed to.

Please execute and return the enclosed dismissal to my attention within 10 business days from the date of this letter. If the dismissal is not signed within this timeframe, we will move the Court to dismiss this action. Should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By   Bradley G. Grumbley

Enclosure

L7526.0723 BN 10504864v1

Los Angeles • Orange County • San Francisco • Scottsdale

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Peterson, et al. v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cedric and Cherrone Peterson (collectively "Plaintiffs") and Defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Peterson, et al. v. Argent Mortgage Company, et al.,* Case No. 1:08-07281 (N.D. Ill) (transferred into the MDL from the United States District Court, Central District of California) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

*Please Return in the envelope provided. Thanx.*

DATED: _____, 2011

Respectfully submitted,

By: _____
*Cedric and Cherrone Peterson*

Cedric and Cherrone Peterson
9345 Rocky Lane
Orangevale, California 95662
Telephone: (916) 987-3547

DATED: _____, 2011

Respectfully submitted,

By: _____
*Attorneys for Argent Mortgage Company*

Bernard E. LeSage, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____