

4

05-7097

# EXHIBIT A

to our June 29, 2010 entry of
Final Order and Judgment,
identifying Class Members who
opted out of the
Borrower Class Settlement

| Querk no Id | Claim no Id | Other (find) | Name1 | Name2 | Address | City | St | Zip | Loan #1 | Loan #2 | Loan #re request | Standby Individual | Date | Counsel Represented | Objection Filed (Settlement 9/11/09) | Insurance Nided Settlement (9/11/09) | Insurance Nided Select Agmt Nided # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 | 3473261 | | DEPECHE DELANEY | | 1512 LANGHORNE DR | LOUISVILLE | KY | 40245 | 32111113 | | NO | NO | April 13, 2010 | Per Rust - The Law Offices of Daniel Harris | | | |
| 436 | 3373905 | | KARAMELETTA | | | EAST LOYNE | IN | 46805 | 81961645 | | NO | NO | April 12, 2010 | Per Rust - The Law Offices of Daniel Harris | | | |
| 437 | 3373311 | | BROOKS BROD | | TU DUPC 691 | HENDERSON | NV | 77398 | 81962308 | | NO | NO | April 12, 2010 | Per Rust - The Law Offices of Daniel Harris | | | |
| 438 | 3121115 | | MICHAEL GONZALES | | 1794 ACORAZA LN | THOUSAND OAKS | CA | 91325 | 81961818 | | NO | NO | April 13, 2010 | Per Rust - The Law Offices of Daniel Harris | | | |
| 439 | 3489116 | 31116 KNUDSEN | KRUGER DAN DAN | | 845 REBOTTI AVE # B | CAMPBELL | CA | 50508 | 41963372 | | NO | NO | February 8, 2010 | Per Rust - The Law Offices of Daniel Harris | | | |
| 440 | 3688110 | | GEORGE BROTT | | 810 HARNEY ST | ENGLEWOOD | CO | 80111 | 41927641 | | NO | NO | January 11, 2010 | | | | |
| 441 | 3419311 | | JAS SUNDERLAND | | 1055 PROAX ST | CAMPBELL | NE | 51063 | 40982358 | | NO | YES | February 26, 2010 | | | | |
| 443 | 3689311 | | DONALD ECHOLS | | 1022 BUCHAN AVE | DALLAS TEXAS | TX | 75123 | 30083437 | | NO | YES | January 27, 2010 | | | | |



# LLB&L

## Locke Lord Bissell & Liddell LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Simon Fleischmann
Direct Telephone: 312-443-0462
Direct Fax: 312-896-6471
sfleischmann@lockelord.com

May 13, 2011

**VIA E-MAIL AND U.S. MAIL**

Mr. Marshall Ezsa Rosenbach
Marshall E Rosenbach Law Offices
468 North Camden Drive Suite 200
Beverly Hills, California 90210

marshall@marshallrosenbach.com

**Re: Peterson v. Ameriquest Mortgage Company, et al.**
   **Case No. 08 C 7281, USDC, Northern District of Illinois**
   **(MDL No.1715; Case No. 05 C 7097)**
   **Name of Borrower(s): Cedric Peterson**
   **Loan No. 4000833592**
   **Property Address: 9345 Rocky Lane, Orangevale, CA 95662**

Dear Counsel:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI"), in the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, centralized and pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). You are counsel of record for the above-referenced lawsuit, which is part of the Ameriquest MDL. AHMSI is the current servicer of the mortgage-loan account that is the subject of the lawsuit.

AHMSI began servicing the loan in February 2009. Since that time, AHMSI has endeavored to refrain from attempting to collect the payments due on this account because of the pending lawsuit in the Ameriquest MDL. Instead, AHMSI has actively sought to facilitate the settlement of claims in the Ameriquest MDL related to AHMSI-serviced loans through a variety of loss-mitigation initiatives. Among other things, as a participating servicer in the federal Making Home Affordable Program, AHMSI has encouraged borrowers to request a loan modification under the guidelines of the Home Affordable Modification Program ("HAMP").

You are receiving this letter because, according to AHMSI's records, the borrower is not currently making the payments required under the mortgage loan and has not responded to AHMSI's efforts to determine eligibility for a loan modification or other loss-mitigation alternative. We sent you a letter on March 29, 2010, inviting the borrower to request a loan modification under HAMP. A copy of that letter is enclosed for your reference. As of the date of this letter, AHMSI still has not received a complete financial package.

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

1776893v.2

We ask again that you respond to our efforts to communicate about a loan modification. Please follow the instructions included in the enclosed HAMP letter and submit a complete financial package within 30 days of the date of this letter.

If we do not receive a complete financial package within 30 days, AHMSI may commence collection activity on this account.

This letter is an attempt to collect a debt and all information received will be used for that purpose.

Please contact me immediately if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL and LIDDELL LLP

Simon Fleischmann

SF:k
Enclosure

```
TIME  : 06/12/2011 21:41
NAME  : GENESIS GROUP
FAX   : 9169889398
TEL   : 9169889398
SER.# : 000F6J324135
```

```
DATE,TIME        06/12  21:20
FAX NO./NAME     8664521837
DURATION         00:21:22
PAGE(S)          66
RESULT           OK
MODE             STANDARD
                 ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
**8675 Elm Ave/POB 1165**
**Orangevale CA 95662**
**(916) 988-9224  OFC**
**(916) 988-9398  FACSIMILE**
genesisgrp@yahoo.com

RE: _____ Ln # 4000833592 _____

DATE: 6/12/11                  TO: Attmdt Hamp program

TIME: 10:10 pm pst            FAX: 866-452-1837

                              FROM: C Peterson

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: Total of 67 pages

Making Home Affordable Program

Request for Modification and Affidavit (RMA) page 1

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |
|---|---|

Loan I.D. Number _____4000833592_____     Servicer _____AHMSI_____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name<br>Cedric V Peterson | Co-borrower's name<br>Cherrone E Peterson |
| Social Security number     Date of birth<br>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              02/04/1962 | Social Security number     Date of birth<br>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              09/30/1960 |
| Home phone number with area code<br>(916) 987-3547 | Home phone number with area code<br>(916) 987-3547 |
| Cell or work number with area code<br>(916) 640-8911 | Cell or work number with area code<br>(916) 988-9224 |

| I want to: | ☑ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☑ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

Mailing address                                          POB 1165 Orangevale CA 95662

Property address (if same as mailing address, just write same)                E-mail address
9345 Rocky Lane Orangevale CA 95662                        genesisgrp@yahoo.com

Is the property listed for sale? ☐ Yes ☑ No

Have you received an offer on the property? ☐ Yes ☑ No

Date of offer _____ Amount of offer $_____

Agent's Name: _____

Agent's Phone Number: _____

For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help ☐ Yes ☑ No

if yes, please complete the following:

Counselor's Name: _____

Agency Name: _____

Counselor's Phone Number: _____

Counselor's E-mail: _____

Who pays the real estate tax bill on your property?
☑ I do   ☐ Lender does   ☐ Paid by condo or HOA

Are the taxes current? ☑ Yes ☐ No

Condominium or HOA Fees ☐ Yes ☑ No  $_____

Paid to: _____

Who pays the hazard insurance premium for your property?
☐ I do   ☐ Lender does   ☐ Paid by Condo or HOA

Is the policy current? ☐ Yes ☐ No

Name of Insurance Co.: _____

Insurance Co. Tel #: _____

Have you filed for bankruptcy? ☑ Yes ☐ No  If yes: ☑ Chapter 7 ☐ Chapter 13  Filing Date: _____04/19/2010_____

Has your bankruptcy been discharged? ☑ Yes ☐ No  Bankruptcy case number _____10-30003_____

Additional Liens/Mortgages or Judgments on this property:              None

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |

| HARDSHIP AFFIDAVIT |
|---|

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☑ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☑ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ Other:

Explanation (continue on back of page 3 if necessary): _____
_____

### ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| Borrower Signature | Date |
| Co-Borrower Signature | Date 6/10/11 |

**HOMEOWNER'S HOTLINE**

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*

**888-995-HOPE**
Homeowner's HOPE™ Hotline

**NOTICE TO BORROWERS**

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



Subject:     My withdrawal from Cedric's case.

From:        Marshall Rosenbach (marshall@marshallrosenbach.com)

To:          genesisgrp@yahoo.com;

Date:        Monday, August 8, 2011 6:35 AM

Hi Cherrone.  Regrettably, I am going to have to withdraw from Cedric's case.  Will Cedric sign a stipulation for my withdrawal as his attorney?  If not, I will have to file a motion to withdraw.  Pleas let me know by the end of the day.  Thanks.

*Law Offices of Marshall E. Rosenbach*

### Florida Office
**3950 RCA Boulevard, Suite 5008**
**Palm Beach Gardens, Florida 33410**
**Phone: (561) 627-8990   Fax: (561) 694-1359**

### Beverly Hills Office
**468 N. Camden Drive, Suite 200**
**Beverly Hills, California 90210**
**Phone: (310) 860-4764   Fax: (310) 860-4763**

*The information contained in this electronic mail transmission and any attachments are attorney/client privilege and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (310) 860-4764 or immediately reply to the sender, via electronic mail. Thank you.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | Lead Case No. 05 C 7097 |
| MORTGAGE LENDING PRACTICES LITIGATION | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Centralized before |
| | ) | The Hon. Marvin E. Aspen |

## STIPULATION OF COUNSEL AND PLAINTIFF, CEDRIC PETERSON, FOR WITHDRAWAL OF COUNSEL

Plaintiff, CEDRIC PETERSON, ("Plaintiff"), and his counsel, Marshall E. Rosenbach of the Law Offices of Marshall E. Rosenbach ("Rosenbach"), hereby agree and stipulate as follows:

WHEREAS Plaintiff and Rosenbach agree that Rosenbach shall withdraw as counsel of record for Defendants in this action.

WHEREAS the basis and need for the withdrawal is that irreconcilable differences between Plaintiff and Rosenbach have arisen that could not be resolved.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1.  Marshall E. Rosenbach of the Law Offices of Marshall E. Rosenbach shall

be withdrawn as counsel of record for Plaintiff, CEDRIC PETERSON, and

Rosenbach's responsibility in this action shall cease as of the date of the

1

Court's Order granting this withdrawal request.

Dated: August ___, 2011

Law Offices of Marshall E. Rosenbach
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
(310) 860-4764 Telephone
(310) 860-4763 Facsimile
E-mail: marshall@marshallrosenbach.com
Attorney for Plaintiff, Cedric Peterson

_____

Marshall E. Rosenbach, Esq.
California Bar No. 214214

DATED: August ___, 2011

By:_____
Cedric Peterson, individually

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | Lead Case No. 05 C 7097 |
| MORTGAGE LENDING PRACTICES LITIGATION | ) | |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Centralized before |
| _____ | ) | The Hon. Marvin E. Aspen |

## MARSHALL E. ROSENBACH'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, CEDRIC PETERSON

Marshall E. Rosenbach, of the Law Offices of Marshall E. Rosenbach,

("Rosenbach"), hereby files this Motion to Withdraw from the representation of Plaintiff,

CEDRIC PETERSON, ("Plaintiff"), as follows:

1.     On or about August 19, 2008, Rosenbach originally filed an action against

Argent Mortgage Company, LLC and Deutsche Bank National Trust Company, in Los

Angeles Superior Court, Central District of California, which was transferred and

consolidated with this proceeding in the above-captioned Court.

2.     Due to irreconcilable differences between Rosenbach and Plaintiff which

cannot be resolved, Rosenbach requests an Order granting his withdrawal from

representation in the instant action.

3.     Plaintiff and Rosenbach have executed a Stipulation of Counsel and Plaintiff

for Withdrawal of Counsel, which is attached hereto as Exhibit "1."

4.     Plaintiff's last known address is 9345 Rocky Lane, Orangevale, California

1

95662.

5.      Plaintiff was given notice of this Motion by electronic mail and U.S. mail on August 15, 2011.

**WHEREFORE**, for the foregoing reasons, Marshall E. Rosenbach of the Law Offices of Marshall E. Rosenbach respectfully requests an Order granting his withdrawal from representation of Plaintiff, CEDRIC PETERSON, in the above-captioned case, or for such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail on this 15th day of August, 2011 to: Cedric Peterson, 9345 Rocky Lane, Orangevale, California 95662.

> Law Offices of Marshall E. Rosenbach
> 468 N. Camden Drive, Suite 200
> Beverly Hills, California 90210
> (310) 860-4764 Telephone
> (310) 860-4763 Facsimile
> E-mail: marshall@marshallrosenbach.com
> Attorney for Plaintiff, Cedric Peterson

> By:_____
> Marshall E. Rosenbach, Esq.
> California Bar no.: 214214

Court's Order granting this withdrawal request.

Dated: August ___, 2011

Law Offices of Marshall E. Rosenbach
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
(310) 860-4764 Telephone
(310) 860-4763 Facsimile
E-mail: marshall@marshallrosenbach.com
Attorney for Plaintiff, Cedric Peterson

_____

Marshall E. Rosenbach, Esq.
California Bar No. 214214

DATED: August *13*, 2011

By: _____

Cedric Peterson, individually

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AmeriQuest Mortgage Co.                    )
_____Plaintiff_____                        )
                                           )
v.                                         )        Case Number: MDL 1715
                                           )        LEAD CASE 05 CV 07097
                                           )        Judge:
Peterson v. Argent Mortgage Co. LLC        )        THE HONORABLE MARVIN E. ASPE
_____Defendant_____                        )

## NOTICE OF MOTION

TO: Bernard LeSage, Eco

     Buchalter Nemer

     18400 Von Karman Ave #800

     Irvine CA 92612

**PLEASE TAKE NOTICE** that on _____ at _____, or as soon
thereafter as I may be heard, I shall appear before the Honorable Judge _Aspen_
or any judge sitting in his or her stead in **Courtroom** _2568_ of the U.S. District Court of
the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and
shall present **the following motion attached hereto:**

## CERTIFICATE OF SERVICE

I hereby certify that on _April 12, 2012_ provided service to the person or persons listed
above by the following means: _via UPS_

Signature: _Joseph Venegas_     Date: _4/12/12_

Name (Print): _Joseph Venegas_

Address: _8675 Elm Ave_     Phone: _916-308-6455_

     _Orangevale CA 95662_