



## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a
pro se party (that is, without an attorney).

NAME: CEDRIC & CHERRONE PETERSON
(Please print)

STREET ADDRESS: 9345 ROCKY LANE

CITY/STATE/ZIP: ORANGEVALE CA 95462

PHONE NUMBER: 916 987 3547

CASE NUMBER: 05 C 7097

Signature

Date 10/4/2011

FILED

OCT 11 2011
OCT 11 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT





**Locke Lord** LLP

Attorneys & Counselors

October 14, 2011

**VIA U.S. MAIL**

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re:   **Peterson v. Ameriquest Mortgage Company, et al.**
      **Case No. 08 C 07281, USDC, Northern District of Illinois**
      **(MDL #1715; Case No. 05 C 7097)**
      **Borrower's Name: Cedric Peterson**
      **Loan No.: 4000833592**
      **Property Address: 9345 Rocky Lane, Orangevale, California 95662**

Mr. Peterson:

This office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). AHMSI is the current servicer of your mortgage loan. Recently, AHMSI received a communication from you regarding a potential HAMP loan modification. I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry.

If you are interested in applying for a HAMP loan modification, please complete the enclosed HAMP package and return the completed package, along with all necessary supporting documents, to me within the next 14 days. Please see https://ahmsi3.com/servicing/hasp.asp for additional instructions regarding documents needed to be reviewed for a HAMP loan modification.

Please let me know if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

John E. Viskocil

Enclosure



Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z9X51130742390764 |
| **Service:** | UPS 2nd Day Air A.M.® |
| **Weight:** | 1.20 lbs |
| **Shipped/Billed On:** | 11/01/2011 |
| **Delivered On:** | 11/03/2011 8:49 A.M. |
| **Delivered To:** | NEW YORK, NY, US |
| **Signed By:** | CROOKS |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS. 04/11/2012 12:54 A.M. ET

En Espa

Search

An official program of the Departments of the Treasury & Housing and Urban Development

HOME        PROGRAMS        GET ASSISTANCE        LEARN MORE        NEWS

Home » Programs » Lower Your Payments » Principal Reduction Alternative (PR

Lower Your Payments

Home Affordable
Modification Program
(HAMP)

**Principal Reduction
Alternative (PRA)**

Second Lien Modification
Program (2MP)

FHA Home Affordable
Modification Program
(FHA-HAMP)

USDA's RHS Special Loan
Servicing

Veteran's Administration
Home Affordable
Modification (VA-HAMP)

Lower Your Rates

Get Help If Unemployed

Get Help With A Second
Mortgage

Get Help With Fallen Home
Value

# Principal Reduction Alternative (PRA)

PRA was designed to help homeowners whose homes are worth significantly less th
they owe by encouraging servicers and investors to reduce the amount you owe on
your home.

## Eligibility

You may be eligible for PRA if:

- Your mortgage is not owned or guaranteed by Fannie Mae or Freddie Mac.
- You owe more than your home is worth.
- You live in the home carrying the mortgage you want to modify.
- You obtained your mortgage on or before January 1, 2009.
- Your mortgage payment is more than 31 percent of your gross (pre-tax) monthly income.
- You owe up to $729,750 on your 1st mortgage.
- You have a financial hardship and are either delinquent or in danger of falling behind.
- You have sufficient, documented income to support the modified payment.
- You must not have been convicted within the last 10 years of felony larceny, theft, fraud or forgery, money laundering or tax evasion, in connection with a mortgage or real estate transaction.

## Program Availability

More than 100 HAMP℠-participating servicers are required to evaluate homeowners
for principal reduction. Participating servicers are required to develop written standar
for PRA application. The largest servicers include Bank of America, CitiMortgage, JF
Morgan Chase, and Wells Fargo.

1. AgFirstFarm Credit Bank
2. Allstate Mortgage Loans & Investments, Inc.
3. American Eagle Federal Credit Union
4. American Finance House LARIBA
5. American Home Mortgage Servicing, Inc
6. AMS Servicing, LLC
7. Aurora Loan Services, LLC
8. Bank of America, N.A.1
9. Bank United

10/31/2011

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 10/31/2011 22:33
                                    NAME  : GENESIS GROUP
                                    FAX   : 9169889398
                                    TEL   : 9169889398
                                    SER.# : 000F6J324135
```

```
DATE,TIME           10/31  22:27
FAX NO./NAME        8668717067
DURATION            00:05:23
PAGE(S)             14
RESULT              OK
MODE                STANDARD
                    ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
**8675 Elm Ave/POB 1165**
**Orangevale CA 95662**
**(916) 988-9224 OFC**
**(916) 988-9398 FACSIMILE**
**genesisgrp@yahoo.com**

RE : _Loan # 4000833592_

DATE : _10/31/11_       TO : _Hm Ownership Pres Ofc_

                        FAX : _866-871-7067_

TIME : _10:30 pm PST_   FROM : _C. Peterson_

**PLEASE CALL/EMAIL TO CONFIRM RECEIPT:** _total of 14 pages_

_Pursuant to your legal counsel's letter attached, we are submitting our PRA Loan modification Application._

_We are prepared to forward bank statements and any other documents needed to complete this application._

October 31, 2011

AHMSI
POB 619063
Dallas Texas 75261-9063

RE: PRA Request for Loan Modification of Loan # 4000833592

To Whom It May Concern:

Our financial status was weakened a few years ago when I became underemployed. This translates into that I have still been working in the same administrative and sales capacity as I have for the past twenty five plus years, but just not generating the same income.

My husband, Cedric, has an excellent stable salaried position, with a major telecommunications company, Metro PCS, for the past decade. In addition to his salary he also earns an annual five digit bonus, disbursed every February.

The positive news regarding my income is that it is increasing steadily this year and should continue accordingly, as I have returned fulltime to Sales Management.

We have been in our home since 2001 and are raising a large family here, as we still have seven at home, from college to kindergarten.

According to the PRA alternative, it is apparent that AHMSI is a participating HAMP servicer and our loan falls within the published guidelines.
Our mortgage is not owned nor guaranteed by FNMA or FHLMC ; we owe more that our home is worth; we owner occupy our home; we obtained our mortgage on 8/29/2005; our payment is more that 31% of our gross (pre tax) monthly income; we owe less than $729,750 on our principal balance; we have sufficient documented income to support the modified payment; nor have we been convicted of any financial or real estate crimes in the past ten years.

Please review our PRA/Loan Modification Request and advise.


Sincerely,


Cherrone Peterson

Request For Modification and Affidavit (RMA)    MAKING HOME AFFORDABLE.GOV

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1    COMPLETE ALL THREE PAGES OF THIS FORM

Loan I.D. Number  4000833592    Servicer  AHMSI

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name<br>Cedric V Peterson | Co-borrower's name |
| Social Security number        Date of birth<br>569216582              02/04/1962 | Social Security number        Date of birth |
| Home phone number with area code<br>9169873547 | Home phone number with area code |
| Cell or work number with area code<br>**9169889224** | Cell or work number with area code |

| | |
|---|---|
| I want to: | ■ Keep the Property      ☐ Sell the Property |
| The property is my: | ■ Primary Residence      ☐ Second Home      ☐ Investment |
| The property is: | ■ Owner Occupied      ☐ Renter Occupied      ☐ Vacant |

Mailing address
POB 1165 Orangevale CA 95662

Property address (if same as mailing address, just write same)          E-mail address
9345 Rocky Lane Orangevale CA 95662                                     genesisgrp@yahoo.com

Is the property listed for sale?  ☐ Yes  ■ No          Have you contacted a credit-counseling agency for help  ☐ Yes  ■ No
Have you received an offer on the property?  ☐ Yes  ■ No      If yes, please complete the following:
Date of offer _____  Amount of offer $ _____      Counselor's Name: _____
Agent's Name: _____          Agency Name: _____
Agent's Phone Number: _____          Counselor's Phone Number: _____
For Sale by Owner?  ☐ Yes  ☐ No                     Counselor's E-mail: _____

Who pays the real estate tax bill on your property?      Who pays the hazard insurance premium for your property?
■ I do  ☐ Lender does  ☐ Paid by condo or HOA          ■ I do  ☐ Lender does  ☐ Paid by Condo or HOA
Are the taxes current?  ■ Yes  ☐ No                 Is the policy current?  ■ Yes  ☐ No
Condominium or HOA Fees  ☐ Yes  ☐ No  $ _____      Name of Insurance Co.:  QBE First Insurance Agency Inc
Paid to: _____          Insurance Co. Tel #:  888-819-2847

Have you filed for bankruptcy?  ■ Yes  ☐ No   If yes:  ■ Chapter 7  ☐ Chapter 13    Filing Date:  4/19/2011
Has your bankruptcy been discharged?  ■ Yes  ☐ No    Bankruptcy case number  10-30003

Additional Liens/Mortgages or Judgments on this property:  None

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

### HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

■ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.      ■ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.      ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ Other:

Explanation (continue on back of page 3 if necessary):  Per Attachment
Per Attachment

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| _____ | **10/31/2011** |
| Borrower Signature | Date |
| | 10/31/2011 |
| _____ | |
| Co-Borrower Signature | Date |

---

**HOMEOWNER'S HOTLINE**

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling,*
*you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



888-995-HOPE™
Homeowner's HOPE™ Hotline

---

**NOTICE TO BORROWERS**

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

# LOCKE
# Lord LLP

Attorneys & Counselors

November 14, 2011

**VIA U.S. MAIL**

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re:     Peterson v. Ameriquest Mortgage Company, et al.
        Case No. 08 C 07281, USDC, Northern District of Illinois
        (MDL #1715; Case No. 05 C 7097)
        Borrower's Name: Cedric Peterson
        Loan No.: 4000833592
        Property Address: 9345 Rocky Lane, Orangevale, California 95662

Mr. Peterson:

As you know, this office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). Previously, I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry into a HAMP loan modification.

Recently, this office received HAMP documents submitted by you. In order to complete the review of your HAMP application, AHMSI is requesting (1) a *signed* copy of your 2010 tax return, including all schedules and pages, (2) a recent utility bill to show proof of occupancy, and (3) a non-borrower authorization form completed by your spouse (enclosed).

Please submit the documents identified above to my attention as soon as reasonably possible. Let me know if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

John E. Viskocil

Enclosure

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 11/20/2011 20:29
                              NAME  : GENESIS GROUP
                              FAX   : 9169889398
                              TEL   : 9169889398
                              SER.# : 000F6J324135
```

| DATE,TIME | 11/20  20:21 |
|---|---|
| FAX NO./NAME | 6462249668 |
| DURATION | 00:07:48 |
| PAGE(S) | 22 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

## FAX COVER SHEET

*attachments*
*+ issued 11/18/11*
*Rocky Tomos Bill*

GENESIS GROUP
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224  OFC
(916) 988-9398  FACSIMILE
genesisgrp@yahoo.com

RE: *Loan # 4000833592*

DATE: *11/20/11*          TO: *John Viskocil*

                          FAX: *646-224-9668*

TIME: _____        FROM: *C. Peterson*

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: *total of 22 pages*



| | |
|---|---|
| Subject: | Re: AHMSI |
| From: | Ron LaL (ron.loanredux@yahoo.com) |
| To: | genesisgrp@yahoo.com; |
| Date: | Monday, November 9, 2009 5:26 PM |

Cherrone,

I have just cofirmed verbally that your letter was recieved it takes up to 21 days for the lender to apply and upload in their system.

I hope to speak with them regarding your loan by the end of the week.

Thank you,



Ron LaL

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax

www.mfisheriawoffice.com



**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron Lal <ron.loanredux@yahoo.com>
**Sent:** Wed, October 21, 2009 7:34:58 PM
**Subject:** AHMSI

Ron,

I sent the fax to AHMSI Legal Dept today. You should be able to converse with them by Monday.

I will see you tomorrow.

Sincerely,

Cherrone

| | |
|---|---|
| **Subject:** | Re: AHMSI |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Date:** | Monday, November 2, 2009 11:39 AM |

The lender still has the legal block on your account. Please fax the letter again (fax 866 795 6529 ATTN LEGAL DEPT) and also to our office.

Thank you,


Ron LaL
Processor/Negotiator

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com


**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron Lal <ron.loanredux@yahoo.com>
**Sent:** Wed, October 21, 2009 7:34:58 PM
**Subject:** AHMSI

Ron,

I sent the fax to AHMSI Legal Dept today. You should be able to converse with them by Monday.

I will see you tomorrow.

Sincerely,

Cherrone

Print                                                                Page 1 of 2

| | |
|---|---|
| **Subject:** | Re: AHMSI |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Date:** | Tuesday, November 17, 2009 12:04 PM |

Cherrone,

The lender is sending a packet regarding the Making Homes Affordable Modification program. We need to up date all items and forward back to lender to continue with modification.

Please forward the packet when you recieve it.

We will also need all date sensitive items as well at that time, paystubs bank statements etc...

Thank you.

Ron LaL
Processor/Negotiator

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.rnfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, November 10, 2009 10:53:02 PM
**Subject:** Re: AHMSI

Ron,

That is great news, we will be in next week with another payment. the plubming and mold issue has been cumbersome and the insurance has still yet not made their determination.

Sincerely,

CP

--- On **Mon, 11/9/09, Ron LaL <_ron.loanredux@yahoo.com_>** wrote:

| | |
|---|---|
| **Subject:** | Re: AHMSI |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Date:** | Wednesday, November 25, 2009 4:15 PM |

Have you recieved package from the lender?

Ron LaL
Processor/Negotiator

916.988.8001  Ext-104

916.988.8002  Fax
916.209.8655  E-Fax
ron.loanredux@yahoo.com

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Wed, November 18, 2009 10:35:03 PM
**Subject:** Re: AHMSI

Ron,

That is great, we will forward all of the requested documents to you.

Thank You,

Cherrone

--- On **Tue, 11/17/09, Ron LaL *<ron.loanredux@yahoo.com>*** wrote:

From: Ron LaL <ron.loanredux@yahoo.com>
Subject: Re: AHMSI
To: "C.Peterson" <genesisgrp@yahoo..com>
Date: Tuesday, November 17, 2009, 12:04 PM

| | |
|---|---|
| **Subject:** | Re: AHMSI |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Date:** | Wednesday, December 2, 2009 1:22 PM |

Cherrone,

I called to check on the documents and lender states the same thing again regarding legal representation as before. Now they state there is no letter.

I never recieved a copy of the letter that you faxed to lender. Please forward it over.

Thanks,

Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax
ron.loanredux@yahoo.com

www.mfignariawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Fri, November 27, 2009 7:51:34 PM
**Subject:** Re: AHMSI

No, not yet.

CP

--- On **Wed, 11/25/09, Ron LaL <*ron.loanredux@yahoo.com*>** wrote:

From: Ron LaL <ron.loanredux@yahoo.com>
Subject: Re: AHMSI
To: "C.Peterson" <genesisgrp@yahoo.com>



| | |
|---|---|
| **Subject:** | Loan Modification |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; gosheninvllc@yahoo.com; |
| **Date:** | Saturday, February 13, 2010 2:07 PM |

Cherrone,

Sign and return the attached 4506 T, This is a new form that the lender is now requiring.

Thank you,

CONFIDENTIALITY NOTE: This e-mail, and any attachment to it, contains privileged and/or confidential information intended only for the use of the intended recipient of this e-mail. If the reader of this e-mail is not the intended recipient, you are hereby notified that reading, using, or disseminating this e-mail, or any attachment to it, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**Subject:** Re: AHMSI

**From:** Ron LaL (ron.loanredux@yahoo.com)

**To:** genesisgrp@yahoo.com;

**Date:** Tuesday, February 23, 2010 4:20 PM

Cherrone sign all the appropriate areas and send it to me.

www.ronsbrokeroffice.com

CONFIDENTIALITY NOTE: This e-mail, and any attachment to it, contains privileged and/or confidential information intended only for the use of the intended recipient of this e-mail. If the reader of this e-mail is not the intended recipient, you are hereby notified that reading, using, or disseminating this e-mail, or any attachment to it, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaI <ron.loanredux@yahoo.com>
**Sent:** Tue, February 23, 2010 7:29:13 AM
**Subject:** AHMSI

Ron,

AHMSI sent us a "Making Home Affordable" packet. Do you want us to complete this or not ?

Please advise.

CP

Subject:   Need for Loan Modification

From:      Rebecca Kreisher (rebecca.kreisher@yahoo.com)

To:        genesisgrp@yahoo.com;

Date:      Saturday, March 13, 2010 12:16 PM

Hi Cherrone-
Okay here is what I need from you to complete the banks request

Last 30 days paystubs from your husband

Profit and Loss for your last quarter lets do Dec Jan and Feb if you just send me your gross what you made and I can fill out the rest

Also in your file it looks like we are referencing 2500 in rental income but I only see a rental agreement for 500 here so can you give me the other one please.

Also need last 30 days bank statements

Pls gather this for me quickly and I will send it all out to the bank

Thanks
Becki

FAX TO 916-782-1380

| | |
|---|---|
| **Subject:** | Re: Peterson - Loan Modification |
| **From:** | Ron LaL (ron.loanredux@yahoo.com) |
| **To:** | genesisgrp@yahoo.com; |
| **Cc:** | rebecca.kreisher@yahoo.com; |
| **Date:** | Thursday, October 15, 2009 12:18 PM |

Cherrone,

The lender is stating that they will not speak to me even with a 3rd party along with you as well, Unless you call their legal department directly.

Please contact them and let us know.

877 304 3100
account # 400 0833 592

Thank you,

Ron LaL
Processor/Negotiator

916.988.8001 Ext-104

916..988.8002 Fax
916.209.8655 E-Fax

www.mfisherlawoffice.com

---

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, September 15, 2009 4:50:44 PM
**Subject:** Re: Peterson - Loan Modification

My cell is fine and I am moving my office lines. they won't be available until 10/5/09.

| Subject: | Re: Peterson - Loan Modification |
| --- | --- |
| From: | Ron LaL (ron.loanredux@yahoo.com) |
| To: | genesisgrp@yahoo.com; |
| Cc: | rebecca.kreisher@yahoo.com; |
| Date: | Tuesday, October 20, 2009 3:09 PM |

Cherrone,

I just spoke to the lender, They stated this account is flagged and has been referred to there attorney and WILL not discuss any thing with us as a 3rd party. Lender has also stated that they spoke with Cedrick on October 13, 2009 advising him of this.

I couldn't get much out of them about why, but they did say that you have to obtain an attorney to due diligence and contact the lenders attorney to discuss your account.

I spoke with Grechen (id # MRG) in loss mitt.

Thank you,

Ron Lai
Processor Negotiator

916.988.8001 Ext-104

916.988.8002 Fax
916.209.8655 E-Fax

www.mfisherlawoffice.com

**From:** C.Peterson <genesisgrp@yahoo.com>
**To:** Ron LaL <ron.loanredux@yahoo.com>
**Sent:** Tue, October 20, 2009 2:18:29 PM
**Subject:** Re: Peterson - Loan Modification

http://us.mg206.mail.yahoo.com/