Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Diagram Explained

The mortgage loan moves from the lender to the seller, from the seller to the depositor.

A loan may be substituted for another. This is returned to the lender.

The mortgage loan is deposited to the trust.

The trustee performs fiduciary duties for the trust.

The mortgage loan document goes to the servicer for servicing (collection) purposes.

The mortgage loan document is acknowledged by the servicer.

The certificate is sold to the certificate holder.

The certificate is bought back from the certificate holder.

The lender collects from the borrower and the remits the proceeds to the trust through the servicer. The money is used to buy back the certificates from the certificate holder.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process

The following table shows the transactions which resulted in the separation of the Promissory Note and the Mortgage Deed.

| Date | Promissory Note | Deed of Trust |
|---|---|---|
| August 11, 2005 | Loan Granting<br>Argent Mortgage Co., LLC<br>Originating Lender and<br>Originator, Argent Securities, Inc.,<br>Series 2005-W3 Trust | Execution of the Deed<br>Argent Mortgage Co., LLC<br>Beneficiary<br>Town & Country Title Services, Inc.<br>Trustee |
| October 28, 2005 | Sale, Securitization<br>Ameriquest Mortgage Co., Seller<br>Argent Securities, Inc., Series 2005-W3 Trust | |
| October 28, 2005 | Simultaneous Sale, Securitization<br>Argent Securities, Inc., Depositor<br>Argent Securities, Inc., Series 2005-W3 Trust | |
| October 28, 2005 | Endorsement, Securitization<br>Deutsche Bank National Trust Co.<br>Trustee for Argent Securities, Inc.,<br>Series 2005-W3 Trust | |
| October 17, 2006 | | Assignment of Deed of Trust<br>AMC Mortgage Services, Inc. as<br>Authorized Agent for Argent Mortgage<br>Co., LLC, Assignor<br>Deutsche Bank National Trust Co. as<br>Trustee for Argent Securities, Inc.,<br>Series 2005-W3 Trust, Assignee |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process Continued

| Date | Particulars | Particulars |
|---|---|---|
| October 17, 2006 | | Substitution of Trustee<br>AMC Mortgage Services, Inc. as Attorney-in-Fact for Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Appointing Party<br>Cal-Western Reconveyance Corp. Substitute Trustee |
| December 21, 2007 | | Corrective Assignment of Deed of Trust<br>Citi Residential Lending, Inc. as Attorney-in-Fact for Argent Mortgage Co., LLC, Assignor<br>Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Assignee |
| December 21, 2007 | | Notice of Default and Election to Sell Under Deed of Trust<br>SPI, Inc. as Authorized Agent for Stewart Title Co. of California, as Agent for CR Title Services, Inc. |
| March 4, 2008 | | Substitution of Trustee<br>Citi Residential Lending, Inc. as Attorney-in-Fact for Deutsche Bank National Trust Co. as Trustee for Argent Securities, Inc., Series 2005-W3 Trust, Appointing Party<br>CR Title Services, Inc. Substitute Trustee |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### The Chain of Title and the Foreclosure Process Continued

| Date | Particulars | Particulars |
|------|-------------|-------------|
| March 24, 2008 | | Notice of Trustee's Sale<br>CR Title Services, Inc., Trustee<br>(Lender not named on Document) |

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## Notes on the Chain of Title and the Foreclosure Process

1   The loan was granted on August 11, 2005. The Deed of Trust was executed on the same date.

2   The Promissory Note should have been endorsed by lender who originated the loan into the trust in favor of the seller. The seller should have endorsed the Promissory Note to the depositor, and the depositor, to the trustee.

    Whether or not these endorsements were property executed on October 28, 2005 can only be determined upon actual examination of the mentioned document.

3   The Deed of Trust was assigned to the trust trustee almost one year after the Promissory Note was supposedly endorsed to the trust.

4   CR Title Services, Inc., who as Deed of Trust trustee filed a Notice of Default and Election to Sell Under Deed of Trust on December 21, 2007, was appointed to that capacity only on March 4, 2008.

5   The documents pertaining to the appointments of AMC Mortgage Services, Inc. and CR Title Services, Inc., who represented the trust trustee as attorneys-in-fact on October 17, 2006 and December 21, 2007, respectively, are also subject for examination. AMC Mortgage Services, Inc., in particular, acted both as Attorney-in-Fact for the lender and for the trust on October 17, 2006.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

A Diagram on this Securitization



Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## The Examiner's Closing Statement

The loan that is the subject of this securitization was securitized into Argent Securities, Inc., Series 2005-W3 Trust. The trust existed and operated according to its purpose as shown by the certificates it issued bearing their respective CUSIP Numbers, the Statement of Compliance by its servicer, and the Notice of Suspension of Duty to File Reports that was executed by its trustee.

This securitization could result in the separation of the Promissory Note and the Mortgage Deed. If this is the case, then there is no basis to foreclose on the property that was mortgaged to secure the note on this loan.

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

## Attachments

1     Deed of Trust executed on August 11, 2005

2     Adjustable Rate Rider dated August 11, 2005

3     Substitution of Trustee dated October 26, 2006

4     Assignment of Deed of Trust dated October 26, 2006

5     Notice of Default and Election to Sell dated December 21, 2007

6     Corrective Assignment of Deed of Trust dated December 21, 2007

7     Substitution of Trustee dated March 4, 2008

8     Notice of Trustee's Sale dated March 24, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AMERIQUEST MORTGAGE Co.

Plaintiff

v.

PETERSON V. ARGENT MORTGAGE EQUIC

Defendant

Case Number: MDL 1715
LEAD CASE 05 CV 0709

Judge: THE HONORABLE MARVIN E ASI

### NOTICE OF MOTION

TO: BERNARD LE SAGE, ESQ
JOANNE N. DAVIES. ESQ
BUCHALTER NEMER
18400 VON KARMAN AVE F800
IRVINE CA 92612

**PLEASE TAKE NOTICE** that on _____ **at** _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in **Courtroom** _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

_____

### CERTIFICATE OF SERVICE

I hereby certify that on MAY 3, 2012, I provided service to the person or persons listed above by the following means: VIA UPS

Signature: _Joseph Venegas_    Date: 5/3/12

Name (Print): JOSEPH VENEGAS

Address: 8675 ELM AVE    Phone: 916 3086455

ORANGEVALE CA 95662

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur, May 3, 2012

EXPECTED DELIVERY DATE:
FRI, MAY 4, 2012 10:30 AM

SHIP FROM:
CHERRONE PETERSON
PO BOX 1165
Orangevale CA 95662
(916) 988-9224

SHIP TO:
CLERK OF THE USDC
LEAD CASE# 05C7097
219 S DEARBORN ST
FL 20
CHICAGO IL 60604-1894
Business

SHIPMENT INFORMATION:
UPS Next Day Air Com
0.70 lbs actual wt
1.00 lbs billable wt
Carrier Letter

Tracking Number: 1z9S5110159983728
Shipment ID: MH6SHSYYV26T
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Next Day Air Com          $53.70
Service Options            $0.00
Fuel Surcharge             $7.52
CHS Processing Fee         $0.20

Total                     $61.42

COMPLETE ONLINE TRACKING:
Either enter the address in your web browser to track,
or cut & paste enter "Shipment ID" (1z9S5x)
http://www.theupsstore.com (select Tracking)
http://www.ups.com (select Tracking)

SHIPPED THROUGH:
THE UPS STORE #1157
ORANGEVALE CA 95662-4059
(916) 988-6302

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

Shipment ID: MH6SHSYYV26T

Powered by iShip(tm)
05/03/2012 01:26 PM Pacific Time

---

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur, May 3, 2012

EXPECTED DELIVERY DATE:
MON, MAY 7, 2012 EOD

SHIP FROM:
CHERRONE PETERSON
PO BOX 1165
Orangevale CA 95662
(916) 988-9224

SHIP TO:
BUCHALTER NEMER
BERNARD LESAGE ESQ.
18400 VON KARMAN AVE
STE 800
IRVINE CA 92612-0514
Business

SHIPMENT INFORMATION:
UPS Ground Commercial
0.38 lbs actual wt
1.00 lbs billable wt
Dims: 12.00x9.00x1.00

Tracking Number: 1z9S5110359985964
Shipment ID: MH6SHSVN36S2O
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Ground Commercial         $8.67
Service Options           $0.00
Fuel Surcharge            $0.69
CHS Processing Fee        $0.20

Total                     $9.56

COMPLETE ONLINE TRACKING:
Either enter the address in your web browser to track,
or cut & paste enter "Shipment ID" (1z9S5x)
http://www.theupsstore.com (select Tracking)
http://www.ups.com (select Tracking)

SHIPPED THROUGH:
THE UPS STORE #1157
ORANGEVALE CA 95662-4059
(916) 988-6302

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

Shipment ID: MH6SHSVN36S2O

Powered by iShip(tm)
05/03/2012 01:30 PM Pacific Time

## Receipt 1

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur, Apr 12, 2012

EXPECTED DELIVERY DATE:
MON, APR 16, 2012 EOD

SHIP FROM:
CHERONNE PETERSON
PO BOX 1165
Orangevale CA 95662
(916) 988-9224

SHIP TO:
BUCHALTER NEMER
BERNARD LESAGE ESQ
18400 VON KARMAN AVE
STE 800
IRVINE CA 92612-0514
Business

SHIPMENT INFORMATION:
UPS Ground Commercial
1.02 lbs actual wt
2.00 lbs billable wt
Dims: 15.00x12.00x2.00

Tracking Number: 1Z9511301987S6203
Shipment ID: MH6SWSVYE6UUT
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Ground Commercial          $9.83
Service Options            $0.00
Fuel Surcharge             $0.79
CMS Processing Fee         $0.20

Total          $10.82

COMPLETE ONLINE TRACKING
Enter your package address in your web browser to track:
http://thupsstore.com these address to track
Enter your Tracking enter Shipment ID #)
http://www.com (select Tracking enter Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

SHIPPED THROUGH:
THE UPS STORE #1157
ORANGEVALE CA 95662-4059
(916) 988-6302



ShipmentID: MH6SWSVYE6UUT

Powered by iShip(tm)
04/12/2012 09:14 AM Pacific Time

## Receipt 2

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Thur, Apr 12, 2012

EXPECTED DELIVERY DATE:
FRI, APR 13, 2012 10:30 AM

SHIP FROM:
CHERONNE PETERSON
PO BOX 1165
Orangevale CA 95662
(916) 988-9224

SHIP TO:
US DC OF NORTHERN DIST OF IL E DIV
219 S DEARBORN ST
RM 2578
CHICAGO IL 60604-1823
Business

SHIPMENT INFORMATION:
UPS Next Day Air Com
1.86 lbs actual wt
2.00 lbs billable wt
Carrier Letter

Tracking Number: 1Z9511301S727088
Shipment ID: MH6SWSVOCAP7S
Order/Item #: - - -
Ref#: - -

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:
Next Day Air Com         $59.15
Service Options           $0.00
Fuel Surcharge            $8.28
CMS Processing Fee        $0.20

Total          $67.63

COMPLETE ONLINE TRACKING
Enter your package address in your web browser to track:
http://thupsstore.com these address to track
Enter your Tracking enter Shipment ID #)
http://www.com (select Tracking enter Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

SHIPPED THROUGH:
THE UPS STORE #1157
ORANGEVALE CA 95662-4059
(916) 988-6302

ShipmentID: MH6SWSVOCAP7S

Powered by iShip(tm)
04/12/2012 09:11 AM Pacific Time

Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE; AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL. NO. 1715

Lead Case No. 05-cv-07097

THIS DOCUMENT RELATES TO:
Peterson v. Argent Mortgage Company, LLC et al,
1:08-cv-07281, N>D> Ill

(Centralized before the
Honourable Marvin E.
Aspen)

## SECOND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Plaintiff maintains that Plaintiff was without knowledge of a pending Settlement Agreement and forthcoming settlement check. Our counsel was without knowledge of the same and thereby did not inform Plaintiff.

2. Plaintiff maintains that Plaintiff's counsel of record did not forward nor inform Plaintiff of the "Opt-Out" documents, which would have afforded Plaintiff the opportunity to make an informed decision, thereby denying Plaintiff the due process of law, as a matter of law.

3. Plaintiff was never afforded the opportunity to receive the court settlement Agreements (Order of Preliminary Approval of Class Action Settlement, (12/8/2009) and the Settlement Agreement (4/8/2010) from Plaintiff's counsel nor Defendant's Counsel.

4. Plaintiff's first occasion to receive any court documents regarding this matter was November 22. 2011 (Joint Stipulation to Dismiss), from Defendant's Counsel. (Exhibit 1)

5.  Counsel Rosenbach requested to withdraw on 8/8/2011 from Plaintiff's representation, yet failed to forward Plaintiff an executed and court filed document, approving counsel's withdrawal.

6.  On October 11, 2011 Defendant's counsel sent a letter to Plaintiff's counsel regarding "Prior acceptance of the settlement check along with a "Joint Stipulation of Dismissal ". It is apparent that Defendant's had not been notified that Counsel Rosenbach had withdrawn from this case.

7  On April 12, 2012, Plaintiff phoned the court to verify if Counsel Rosenbach had filed and sought court approval to withdraw. The "Stipulation to Withdraw", that had been signed by Plaintiff on August 13, 2011. The Court informed Plaintiff that Counsel Rosenbach had not filed the "Stipulation to Withdraw".

8  Plaintiff maintains that no Court approved settlement agreements were received by Plaintiff's Counsel nor by Plaintiff, with respect to the settlement check, ( Exhibit 2)

9  Plaintiff maintains that the same "Joint Stipulation to Dismiss" that was sent to Plaintiff on November 22, 2011,( thirteen months after the date of the check) , was never signed and accepted by Plaintiff.

10  Plaintiff maintains that in the absence of a signed court order approving Counsel Rosenbach's withdrawal from this case, supports Plaintiff's stance of Counsel Rosenbach's failure to communicate to the Court and to Plaintiff.

11  Plaintiff maintains that two loan modification applications have been submitted to Defendant's Counsel, sans receipt of a response from Defendant.

12  After a thorough review of the case filings, it is apparent that subsequent to the initial filing of the "Complaint for Rescission" on August 19, 2008, Counsel Rosenbach failed to communicate and interface effectively regarding this case.

13  Plaintiff had not been apprised of any of the ongoing court filings, hearings and decisions, until receipt of Defendant's Request for "Joint Stipulation for Dismissal "and subsequently the " Motion for Summary Judgment".

It is apparent that none of the ongoing court filings or decisions were mailed to Plaintiff at the subject property until November 2011.

It is evident that per the filings by Defendant's Counsel, all documents were addressed to Plaintiff, (absent Plaintiff's address), nor to Plaintiff's Counsel

## CONCLUSION

Plaintiff maintains the position of nonacceptance of having knowingly waived ALL claims and rights to pursue a legal and equitable remedy, due to the lack of counsel's communication thereby impairing Plaintiff's ability to make an informed decision and Plaintiff's due process of law, as a matter of law.

In support of Plaintiff's initial Recission Complaint, Plaintiff humbly beseeches the Court to review the "Securitization Audit" for the subject property, (Exhibit 3) and the validity of the "Chain of Title" of the documents and the signers who executed said documents in the mortgage assignment process of AMC Loan # 0084967512.

Furthermore, Plaintiff requests the original mortgage note to be produced for the Court's review. In support of Plaintiff's requests, two recent USDC rulings involving Deutsche Bank are Deutsche Bank National Trust Company as Trustee etc v Williams, Civ No 11-00632 JMS/RLP, (USDC Hawaii) which dismissed Deutsche Bank's complaint due to a flawed mortgage assignment process.

Furthermore in view of affirmation or declination of the allegations of Plaintiff's Recission Complaint and with respect to Defendant's MSJ, Plaintiff beseeches the court to review the subject loan transaction and compel Defendants to a court-ordered securitization discovery for the same, in the light of another recent ruling from the Florida USDC 4th District, Osorto v. Deutsche Bank No 4D10-3631, involving court-ordered securitization discovery.

Respectfully Submitted,

May 2, 2012

Cedric Peterson, In Pro Per
Attorney for Plaintiff
Cedric Peterson
9345 Rocky Lane/POB 1165
Orangevale CA 95662
(916) 988-9224    OFFICE
(916) 988-9398    FACSIMILE

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this _____ day of _____ 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____

Exhibit 9

# Transmission Log

GENESIS GROUP              Monday, 2012-10-15   23:57          9169889398

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
| ---------- | ----- | ---- | ----- | ------ | ----- | -------------------- | ----- | ---------------- |
| 2012-10-15 | 23:55 | SCAN | 175 | 1:45 | 9600 | Buchalter Nemer | 6 | OK -- V.29 AM31 |

---

**FAX COVER SHEET**

**GENESIS GROUP**
**8675 ELM AVE**
**POB 1165**
**ORANGEVALE, CA 95662**
**(916) 988-9224 OFFICE**
**(916) 988-9398 FACSIMILE (916) 988-8527 Alt Fax**
**(916) 519-7727 CELLULAR *** Best contact number**
genesisgrp@yahoo.com

RE_____

TOTAL PAGES INCLUDING COVER SHEET_____

DATE_____    TO_____
                        FAX #_____

TIME_____    FROM_____

MESSAGE_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# FAX COVER SHEET

**GENESIS GROUP**
**8675 ELM AVE**
**POB 1165**
**ORANGEVALE, CA 95662**
**(916) 988-9224   OFFICE**
**(916) 988-9398   FACSIMILE   (916) 988-8527 Alt Fax**
**(916) 519-7727   CELLULAR *** Best contact number**
**genesisgrp@yahoo.com**

RE _Case no ACN 1:08-07281_

TOTAL PAGES INCLUDING COVER SHEET __6 .__

DATE __10/15/12__          TO __Brad Grumbly__
                          FAX # __213 630 5758__

TIME __12 am PST__          FROM __C. Peterson__

MESSAGE _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VIA FACSIMILE

October 14, 2012

Bradley Grumbly
BUCHALTER NEMER
1000 Wilshire Blvd #1500
Los Angeles CA 90017-2457

RE: Ameriquest Multidistrict Litigation-Past Due Discovery-Peterson, etal, v. Argent
    Mortgage Company, etal, Case No. ILN 1:08-07281

Dear Mr. Grumbly,

With respect to your requests for production and admissions, we find it nonresponsive and
redundant, to our motions dated April 10, 2012 and May 2, 2012, respectively.
It is a matter of public record that the loan documents were executed and recorded.
That however does not negate the fact that Argent Mortgage went bankrupt and was the
subject of much litigation and scrutiny by federal authorities, due to their unscrupulous lending
activities.

The loan was purchased by Deutsche Bank, (beneficiary) circa August 28, 2005, from Argent
Mortgage, LLC , and thus Deutsche Bank inherited all of the unresolved securitization and forensic loan
audit issues of the subject loan assignment transactions that ensued.

Furthermore, it is presumptuous of your firm to make such a request, never having responded to our
requests in our motions submitted in April and May 2012.

In conclusion, and with respect to the "settlement check", your firm has been duly apprised that our
prior counsel was professionally negligent with regards to our representation.

 In August 2005, our home appraised for 970K. Todate, it is valued  at 576K, per www.zillow.com.
Our request at this time is simple. May we stipulate to a court evaluation of this transaction, comprised
of a securitization audit (inclusive of the production of the original promissory note) and a forensic loan
audit, to be performed by a mutually agreed upon third neutral party.

Attachments enclosed are excerpts from the preliminary title report , the securitization audit and a
Bloomberg Lookup Screen Shot. (previously submitted in April and May motions).

Please review and advise.

Sincerely,

Cedric Peterson
Cherrone Peterson
9345 Rocky Lane
Orangevale, CA 95662

Securitization Audit for Cedric V. Peterson
9345 Rocky Lane, Orangevale, California 95662

### Notes on the Chain of Title and the Foreclosure Process

1   The loan was granted on August 11, 2005. The Deed of Trust was executed on the same date.

2   The Promissory Note should have been endorsed by lender who originated the loan into the trust in favor of the seller. The seller should have endorsed the Promissory Note to the depositor, and the depositor, to the trustee.

   Whether or not these endorsements were property executed on October 28, 2005 can only be determined upon actual examination of the mentioned document.

3   The Deed of Trust was assigned to the trust trustee almost one year after the Promissory Note was supposedly endorsed to the trust.

4   CR Title Services, Inc., who as Deed of Trust trustee filed a Notice of Default and Election to Sell Under Deed of Trust on December 21, 2007, was appointed to that capacity only on March 4, 2008.

5   The documents pertaining to the appointments of AMC Mortgage Services, Inc. and CR Title Services, Inc., who represented the trust trustee as attorneys-in-fact on October 17, 2006 and December 21, 2007, respectively, are also subject for examination. AMC Mortgage Services, Inc., in particular, acted both as Attorney-in-Fact for the lender and for the trust on October 17, 2006.

Order No. 175-1333841-62

An instrument declaring a modification thereof was recorded 7/30/1996, as Instrument No. 199607301671, Official Records

11    An easement for purposes herein stated, as shown on or dedicated by the map of said tract
      For :                    Road, access and incidental purposes
      Affects :                The Southwesterly most portion as delineated in Book 75, Page 29 of Parcel Maps of said
                               land.

12    An instrument, upon the terms and conditions contained therein
      Entitled:                Agreement to Mitigation Monitoring and Reporting Program
      Recorded:                3/10/2004 as Instrument No. in Book 20040310, page 2272, Official Records.

13    A Deed of Trust to secure the indebtedness of
      Amount:                  **$727,500.00**
      Trustor:                 **Cedric Peterson, a married man, as his sole and separate property**
      Trustee:                 Town and Country Title Services, Inc
      Beneficiary:             Argent Mortgage Company, LLC, a Limited Liability Company
      Dated:                   August 11, 2005
      Recorded:                8/24/2005 as in Book 20050824, Page 0339, Official Records.

Said Deed of Trust contains a provision that the NOTE secured thereby provides for a variable interest rate and allows
periodic adjustments in the rate of interest.

The beneficial interest under said Deed of Trust was assigned
To:                           Deutsche Bank National Trust Company, as Trustee of Argent Securities Inc., Asset Backed
                              Pass Through Certificates Series 2005-W3, Under the Pooling and Servicing Agreement
                              Dated as of October 1, 2005 without recourse
By Assignment Recorded:       12/8/2006 as Instrument No. in Book 20061208, Page 0033, Official Records.

An instrument, upon the terms and conditions contained therein
Entitled:                     Corrective Assignment of Deed of Trust
Recorded:                     12/26/2007 as Instrument No. in Book 20071226, Page 0071, Official Records.

The trustee in said Deed of Trust was substituted by an instrument
Recorded:                     12/8/2006 as Instrument No. in Book 20061208, Page 0034, Official Records.
New trustee:                  Cal-western Reconveyance Corporation, a California Corporation

Notice of default under the terms of said Deed of Trust was
Recorded:                     12/21/2007 as Instrument No. in Book 20071221, Page 1064, Official Records.

The trustee in said Deed of Trust was substituted by an instrument
Recorded:                     3/27/2008 as Instrument No. in Book 20080327, Page 0230, Official Records.
New trustee:                  CR Title Services Inc

A notice of trustee's sale under the terms of said Deed of Trust was recorded: 3/27/2008 as Instrument No. in Book
20080327, Page 0231, Official Records.
Trustee:                      CR Title Services Inc
Date of sale:                 April 14, 2008 at 9:30 AM

The trustee in said Deed of Trust was substituted by an instrument
Recorded:                     8/8/2008 as Instrument No. in Book 20080808, Page 0076, Official Records.
New trustee:                  CR Title Services Inc

A notice of trustee's sale under the terms of said Deed of Trust was recorded: 8/8/2008 as Instrument No. in Book
20080808, Page 0077, Official Records.
Trustee:                      CR Title Services Inc
Date of sale:                 August 26, 2008 at 9:30 AM



‹HELP› for explanation.                                                    Mtge

Lo

Search for Non-Agency residential loans by characteristics. Either Loan Number or
Original Amount needs to be provided to perform a search.

Loan Number ██  008496751[2]

Origination date  ███████████    Zip Code  ████████

| Loan Number | Issuer | Series | Group | Orig Balance |
|---|---|---|---|---|
| 11) 008496751[2] | -RSI | 05-48 | 0.2 | 727,500 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2012 Bloomberg Fi
                                                    SN 957815 EDT  GMT-4:00 G687-78-0 11-Apr-201