IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Patrick J. Vermurlen, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06812, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **PATRICK J. VERMURLEN** and **SHERRIE R. VERMURLEN** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.**, **DEUTSCHE BANK NATIONAL TRUST COMPANY, as Assignee and/or Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.,** and **AMERIQUEST MORTGAGE SECURITIES, INC.** (collectively "Defendants") hereby stipulate that the *Patrick J. Vermurlen, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-06812 (N.D. Ill) (transferred into the MDL from the Western District of Michigan) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 12, 2013          Respectfully submitted,

By: /s/ Craig L. Monette
*Attorneys for the Plaintiffs Patrick J. Vermurlen and Sherrie R. Vermurlen*

LAW OFFICES OF CRAIG L. MONETTE, PLC
Craig L. Monette, Esq.
316 Morris Avenue, Suite 310
Muskegon, MI 49440-1140
Telephone: (231) 725-6100
Facsimile: (888) 389-7248

DATED: February 12, 2013          Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

BN 12107244v1                          2

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 12th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies