IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Arndt v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill.<br>*Burris v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill.<br>*Churchill v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill.<br>*Curtis v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dunn v. Ameriquest*, 1:08-cv-03961, N.D. Ill.<br>*Johnson v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill.<br>*(Lyles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*(Mattix) Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill.<br>*Miller v. Ameriquest*, Case No. 1:06-cv-05703, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-3584, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.<br>*Roop v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank, et al.*, Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank., et al.*, 1:07-cv-00116, N.D. Ill.<br>*(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*(Thierren) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Walker v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*(Warner) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Wisniewski v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen<br><br>Assigned to Magistrate Judge Daniel G. Martin |

## **DEFENDANTS' MOTION TO DISMISS FOR WANT OF PROSECUTION**

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, and Town & Country Credit Corporation (collectively "Defendants") respectfully move for an order dismissing the complaints of the plaintiffs listed on the attached Exhibit A ("Plaintiffs") pursuant to Federal Rule of Civil Procedure, Rule 41(b). In support of their motion, Defendants state as follows:

1. As set forth in Defendants Motions to Compel Discovery Responses ("Motions") [5159, 5172], Plaintiffs have been unresponsive to Defendants' attempts to engage in settlement discussions or settlement discussions have not resulted in resolution.

2. As a result, Defendants propounded discovery requests to Plaintiffs in an effort to move the matters closer to resolution. Plaintiffs were each sent nearly identical sets of requests

for production, interrogatories, and requests for admission. However, Defendants did not receive any responses from Plaintiffs.

3. After not receiving any discovery responses from Plaintiffs, Defendants sent letters to Plaintiffs between September 11, 2012 and January 3, 2013, requesting responses. Plaintiffs did not respond to Defendants. Counsel for Defendants also spoke with, or at least attempted to speak with, each plaintiff to meet and confer regarding the outstanding discovery. Additionally, despite the fact that many of the pro se Plaintiffs are not registered parties and not included on the electronic service list, Defendants made their best effort to determine each Plaintiff's current phone number and mailing address before sending the meet and confer letters and calling Plaintiffs.

4. Despite Defendants' efforts to engage in settlement discussions and obtain discovery responses, Plaintiffs have remained silent, suggesting that they no longer wish to prosecute their claims.

5. For five of these cases Plaintiffs' silence may be explained by the fact that Plaintiffs are members of the MDL Consolidated Class Action settlement and released their claims pursuant to the Settlement Agreement. *See* Motion for Summary Judgment [4912]. Maria Arndt and Forrest Pendergraph, Joseph and Elizabeth Curtis, Gail Myers, Kimberly Sorah, and Tyrone Walker received notice of the MDL class settlement and did not opt-out of the settlement. *See* Amy Lake Affidavit In Support of Motion for Summary Judgment [4916]. Additionally, Joseph and Elizabeth Curtis, Kimberly Sorah, and Tyrone Walker completed and returned the MDL class settlement claim form to the claims administrator and were paid under the terms of the Class Settlement Agreement. *Id.* However, for these five cases Plaintiffs have never followed through in dismissing their pending actions.

6. On January 24, 2013, Defendants' Motions came on for hearing before Magistrate Judge Daniel Martin. Defendants' Motions were granted. The Court issued an order [5181], ordering Plaintiffs to respond to the outstanding discovery within fifteen (15) days from the date of the order – by February 9, 2013. The Court also admonished Plaintiffs that it may recommend

that Plaintiffs' claims be dismissed if Plaintiffs did not respond to the discovery or provide something in writing to indicate that they intended to proceed with the litigation. As requested by the Court, Defendants served the Order on Plaintiffs by mail and filed the Certificate of Service [5182].

7. Plaintiffs have ignored this Court's Order and have failed to respond to the discovery or provide any indication, written or otherwise, that they intend to pursue their claims.

8. Pursuant to Federal Rules of Civil Procedure 41(b), "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule . . . operates as an adjudication on the merits."

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Honorable Court dismiss, with prejudice, Plaintiffs' claims for want of prosecution, or in the alternative issue an Order to Show Cause as to why Plaintiffs' claims should not be dismissed.

DATED: February 14, 2013　　　　　　　Respectfully submitted,

By:/s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company, Argent Mortgage Company LLC, Town & Country Credit Corporation*

Joanne N. Davies, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 14th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to Plaintiffs' Counsel and Pro Se Plaintiffs via first class mail as set forth in the below Certificate of Service by Mail.

By: /s/ Joanne N. Davies

BN 13261394v2

## CERTIFICATE OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**DEFENDANTS' MOTION TO DISMISS FOR WANT OF PROSECUTION**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for Plaintiffs Maria Arndt and Forrest Pendergraph |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis and Elizabeth Curtis |

BN 13261394v2

| | |
|---|---|
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |
| H Robert Erwin, Jr<br>The Erwin Law Firm PA<br>6 West 39th Street<br>Baltimore, MD 21218 | Attorney for Plaintiff Samuel Gaillard |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1<br>Chicago, IL 60644 | |
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Lori Mattix<br>806 Thomas Avenue<br>St. Paul, MN 55104-2749 | |
| Lori Mattix<br>800 1st Street<br>Marrietta, MN 56257 | |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorney for Plaintiff Douglas Miller |
| Gail D. Myers<br>3016 Williams Road<br>Knoxville, TN 37932 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |

BN 13261394v2

| | |
|---|---|
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiff in pro per |
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiff in pro per, representatives of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |
| Joseph Wisniewski<br>10626 West Bayside Rd.<br>Sun City, AZ 85351-2732 | |

BN 13261394v2

☒  **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on February 14, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 14, 2013 at Irvine, California.

       Christine Emerson                            _Christine Emerson_
                                                                                 (Signature)

BN 13261394v2