# EXHIBIT A

# EXHIBIT A

| Plaintiff(s) Name | Case Name & Case No. | Moving Defendant |
|---|---|---|
| Arndt, Maria<br>Pendergraph, Forrest | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | Ameriquest Mortgage Company |
| Burris, Brett M.<br>Burris, Christine | *Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | Ameriquest Mortgage Company |
| Churchill, Dale<br>Churchill, Kelley | *Churchill, et al. v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. | Ameriquest Mortgage Company |
| Curtis, Joseph<br>Curtis, Elizabeth | *Curtis, et al. v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. | Ameriquest Mortgage Company |
| Dunn, Raymond<br>Dunn, Linda | *Dunn, et al. v. Ameriquest, et al.*, 1:08-cv-03961, N.D. Ill. | Ameriquest Mortgage Company |
| Johnson, Karen<br>Johnson, Stanley | *Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | Ameriquest Mortgage Company |
| Lyles, Audrey | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv- | Ameriquest Mortgage Company |
| Mattix, Lori | *Ameriquest v. Mattix, et al.*, 1:06-cv-04043, | Ameriquest Mortgage Company |
| Miller, Douglas | *Miller v. Ameriquest, et al.*, Case No. 1:06- | Ameriquest Mortgage Company |
| Myers, Gail | *Myers v. Ameriquest, et al.*, 1:07-cv-03584, | Ameriquest Mortgage Company |
| Nyepon, Francis | *Nyepon v. WM Specialty, et al.*, 1:08-cv- | Town & Country Credit Corporation |
| Roop, Sarah<br><br>Salazar, Jacob<br>Salazar, Nancy<br>as Representatives of the<br>Estate of Christopher Roop | *Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. | Argent Mortgage Company LLC |
| Schebel, Jr., Joseph F. | *Schebel v. Deutsche Bank National Trust Co., et al.*, 1:07-cv-06810 N.D. Ill. | Ameriquest Mortgage Company |
| Sorah, Kimberly | *Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv- | Ameriquest Mortgage Company |
| Stewart-Eagles, Donna | *Duncan, et al. v. Ameriquest, et al.*, 1:06-cv- | Ameriquest Mortgage Company |
| Therrien, Gloria | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv- | Ameriquest Mortgage Company |
| Walker, Tyrone | *Walker, et al. v. Ameriquest, et al.*, 1:06-cv- | Ameriquest Mortgage Company |
| Warner, Austin<br>Warner, Lorraine | *Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | Ameriquest Mortgage Company |
| Wisniewski, Joseph A. | *Wisniewski, et al. v. Town & Country, et al.*, | Town & Country Credit Corporation |