IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before The Honorable Marvin E. Aspen |
| *Arndt v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. | |
| *Burris v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. | |
| *Churchill v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. | Assigned to Magistrate Judge Daniel G. Martin |
| *Curtis v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. | |
| *Dunn v. Ameriquest*, 1:08-cv-03961, N.D. Ill. | |
| *Johnson v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. | |
| *(Lyles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | |
| *(Mattix) Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. | |
| *Miller v. Ameriquest*, Case No. 1:06-cv-05703, N.D. Ill. | |
| *Myers v. Ameriquest, et al.*, 1:07-cv-3584, N.D. Ill. | |
| *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. | |
| *Roop v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. | |
| *Schebel v. Deutsche Bank, et al.*, Case No. 1:07-cv-06810, N.D. Ill. | |
| *Sorah v. Deutsche Bank., et al.*, 1:07-cv-00116, N.D. Ill. | |
| *(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. | |
| *(Thierren) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | |
| *Walker v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. | |
| *(Warner) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. | |
| *Wisniewski v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | |

## [PROPOSED] ORDER ON MOTION TO DISMISS FOR WANT OF PROSECUTION

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, and Town & Country Credit Corporation (collectively "Defendants") Notice of Presentment of Motion to Dismiss for Want of Prosecution came on for hearing on February 21, 2013. Defendants appeared through counsel of record, Joanne N. Davies. There were no other appearances. No response to the motion has been received. The matter having been argued and submitted and good cause appearing therefore, the Court finds as follows:

**IT IS HEREBY ORDERED THAT:**

1. The claims of Plaintiffs identified on Exhibit A to this order shall be dismissed, with prejudice; and

2. Defendants shall mail a copy of this order to the Plaintiffs identified on Exhibit A or their counsel at their last known address.

**ALTERNATIVELY,**

**IT IS HEREBY ORDERED THAT:**

1. An Order to Show Cause Hearing re: Dismissal of the claims of Plaintiffs identified on Exhibit A to this order shall be set for March ___, 2013 at ___:00 a.m. before the Honorable Daniel G. Martin [or Marvin E. Aspen] or any judge sitting in his stead in Courtroom 1350 [or 2568] of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois  Plaintiffs are admonished that failing to attend the Order to Show Cause Hearing, by telephone or in-person, shall result in the dismissal of their claims with prejudice. Parties wishing to attend the hearing by telephone need to call Courtroom Deputy Lynette Santiago at (312) 435-5833 [or Gladys Lugo at (312) 435-5605] before the scheduled hearing to arrange for attendance by telephone; and

2. Defendants shall mail a copy of this order to the Plaintiffs identified on Exhibit A or their counsel at their last known address.

**IT IS SO RECOMMENDED.**

Dated: February ___, 2013  _____
                           Hon. Daniel G. Martin

**IT IS SO ORDERED.**

Dated: February ___, 2013  _____
                           Hon. Marvin E. Aspen

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 14th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to Plaintiffs' Counsel and Pro Se Plaintiffs via first class mail as set forth in the below Certificate of Service by Mail.

By: /s/ Joanne N. Davies

## CERTIFICATE OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER ON MOTION TO DISMISS FOR WANT OF PROSECUTION**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for Plaintiffs Maria Arndt and Forrest Pendergraph |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis and Elizabeth Curtis |

4

BN 13271428v1

| | |
|---|---|
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |
| H Robert Erwin, Jr<br>The Erwin Law Firm PA<br>6 West 39th Street<br>Baltimore, MD 21218 | Attorney for Plaintiff Samuel Gaillard |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1<br>Chicago, IL 60644 | |
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Lori Mattix<br>806 Thomas Avenue<br>St. Paul, MN 55104-2749 | |
| Lori Mattix<br>800 1st Street<br>Marrietta, MN 56257 | |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorney for Plaintiff Douglas Miller |
| Gail D. Myers<br>3016 Williams Road<br>Knoxville, TN 37932 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |

5

BN 13271428v1

| | |
|---|---|
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiff in pro per |
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiff in pro per, representatives of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |
| Joseph Wisniewski<br>10626 West Bayside Rd.<br>Sun City, AZ 85351-2732 | |

BN 13271428v1

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on February 14, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 14, 2013 at Irvine, California.

| Christine Emerson | *Christine Emerson* |
|---|---|
| | (Signature) |