IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*George Willis Jones, Jr. v. Argent Mortgage Company, LLC et al.*, 06-CV-04038, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **GEORGE WILLIS JONES, JR.** ("Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY, LLC** and **DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee** (collectively "Defendants") hereby stipulate that Plaintiff's claims in the *George Willis Jones, Jr. v. Argent Mortgage Company, LLC et al.*, 06-CV-04038 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

12581223v1

1

DATED: February 14, 2013					Respectfully submitted,

							By:/s/ Charles M. Baird
							*Attorneys for Plaintiff*

							Charles M. Baird, Esq.
							1270 Caroline Street, Suite D120-440
							Atlanta, Georgia 30307-2758
							Telephone: (404) 522-9485

DATED: February 14, 2013					Respectfully submitted,

							By: /s/ Joanne N. Davies
							*Attorneys for Defendants Argent Mortgage*
							*Company, LLC and Deutsche Bank National Trust*
							*Company, as Trustee*

							Joanne N. Davies, Esq.
							BUCHALTER NEMER
							18400 Von Karman Avenue, Suite 800
							Irvine, California 92612
							Telephone: (949) 760-1121
							Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 14th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies