## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen<br><br>Assigned to Magistrate Judge Daniel G. Martin |
| THIS DOCUMENT RELATES TO:<br>*Arndt v. Ameriquest, et al.,* 1:06-cv-02479, N.D. Ill.<br>*Burris v. Ameriquest, et al.,* 1:07-cv-00123, N.D. Ill.<br>*Churchill v. Ameriquest, et al.,* 1:07-cv-01026, N.D. Ill.<br>*Curtis v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill.<br>*Dunn v. Ameriquest,* 1:08-cv-03961, N.D. Ill.<br>*Johnson v. Ameriquest, et al.,* 1:07-cv-00772, N.D. Ill.<br>*(Lyles) Duncan, et al. v. Ameriquest, et al.,* 1:06-cv-02467, N.D. Ill.<br>*(Mattix) Ameriquest v. Mattix, et al.,* 1:06-cv-04043, N.D. Ill.<br>*Miller v. Ameriquest*, Case No. 1:06-cv-05703, N.D. Ill.<br>*Myers v. Ameriquest, et al.,* 1:07-cv-3584, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.,* 1:08-cv-04545, N.D. Ill.<br>*Roop v. Argent, et al.,* 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank, et al.,* Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank., et al.,* 1:07-cv-00116, N.D. Ill.<br>*(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al.,* 1:06-cv-02467, N.D. Ill.<br>*(Thierren) Belval, et al. v. Ameriquest, et al.,* 1:06-cv-02469, N.D. Ill.<br>*Walker v. Ameriquest, et al.,* 1:06-cv-02807, N.D. Ill.<br>*(Warner) Belval, et al. v. Ameriquest, et al.,* 1:06-cv-02469, N.D. Ill.<br>*Wisniewski v. Town & Country, et al.,* 1:06-cv-02697, N.D. Ill. | |

## **AMENDED PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**DEFENDANTS' MOTION TO DISMISS FOR WANT OF PROSECUTION; NOTICE OF MOTION TO DISMISS FOR WANT OF PROSECUTION; AND [PROPOSED] ORDER ON MOTION TO DISMISS FOR WANT OF PROSECUTION**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof

1

BN 13305646v1

in a sealed envelope as follows:

| | |
|---|---|
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for Plaintiffs Maria Arndt and<br>Forrest Pendergraph |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis<br>and Elizabeth Curtis |

| | |
|---|---|
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |
| H Robert Erwin, Jr<br>The Erwin Law Firm PA<br>6 West 39th Street<br>Baltimore, MD 21218 | Attorney for Plaintiff Samuel Gaillard |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1<br>Chicago, IL 60644 | |
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Lori Mattix<br>806 Thomas Avenue<br>St. Paul, MN 55104-2749 | |
| Lori Mattix<br>800 1st Street<br>Marrietta, MN 56257 | |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorney for Plaintiff Douglas Miller |
| Gail D. Myers<br>3016 Williams Road<br>Knoxville, TN 37932 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |

BN 13305646v1

| | |
|---|---|
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiff in pro per |
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiff in pro per, representatives of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |
| Joseph Wisniewski<br>10626 West Bayside Rd.<br>Sun City, AZ 85351-2732 | |

☒   **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on February 15, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 15, 2013 at Irvine, California.

Christine Emerson                                          _Christine Emerson_
                                                                           (Signature)

BN 13305646v1