## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>Arndt v. Ameriquest, et al., 1:06-cv-02479, N.D. Ill.<br>Burris v. Ameriquest, et al., 1:07-cv-00123, N.D. Ill.<br>Churchill v. Ameriquest, et al., 1:07-cv-01026, N.D. Ill.<br>Curtis v. Ameriquest, et al., 1:08-cv-04549, N.D. Ill.<br>Dunn v. Ameriquest, 1:08-cv-03961, N.D. Ill.<br>Johnson v. Ameriquest, et al., 1:07-cv-00772, N.D. Ill.<br>(Lyles) Duncan, et al. v. Ameriquest, et al., 1:06-cv-02467, N.D. Ill.<br>(Mattix) Ameriquest v. Mattix, et al., 1:06-cv-04043, N.D. Ill.<br>Miller v. Ameriquest, Case No. 1:06-cv-05703, N.D. Ill.<br>Myers v. Ameriquest, et al., 1:07-cv-3584, N.D. Ill.<br>Nyepon v. WM Specialty, et al., 1:08-cv-04545, N.D. Ill.<br>Roop v. Argent, et al., 1:07-cv-01347, N.D. Ill.<br>Schebel v. Deutsche Bank, et al., Case No. 1:07-cv-06810, N.D. Ill.<br>Sorah v. Deutsche Bank., et al., 1:07-cv-00116, N.D. Ill.<br>(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al., 1:06-cv-02467, N.D. Ill.<br>(Thierren) Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill.<br>Walker v. Ameriquest, et al., 1:06-cv-02807, N.D. Ill.<br>(Warner) Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill.<br>Wisniewski v. Town & Country, et al., 1:06-cv-02697, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen<br><br>Assigned to Magistrate Judge Daniel G. Martin |

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney or an attorney not of record, on oath, states:

I served a paper copy of the **Notification of Docket Entry No. 5210 and Notification of Docket Entry No. 5211** as required by Fed.R.Civ.P.5(a) by first class U.S. Mail, proper postage pre-paid, and deposited on February 20, 2013, before 5:00 p.m. in the U.S. mail depository at Irvine, California, on the following parties and/or their attorney(s) of record to this action by placing a true copies thereof in a sealed envelope as follows:

1

| | |
|---|---|
| Jerrold D. Farinash<br>Kennedy, Koontz & Farinash<br>320 North Holtzclaw Avenue<br>Chattanooga, TN 37404-2305 | Attorneys for Plaintiffs Maria Arndt and Forrest Pendergraph |
| Richard L. Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street<br>P.O. Box 1515<br>Cleveland, TN 37364-1515 | |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis and Elizabeth Curtis |

| | |
|---|---|
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |
| H Robert Erwin, Jr<br>The Erwin Law Firm PA<br>6 West 39th Street<br>Baltimore, MD 21218 | Attorney for Plaintiff Samuel Gaillard |
| Stanley Johnson<br>Karen Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644 | Plaintiffs in pro per |
| Stanley Johnson<br>Karen Johnson<br>9 N. Lavergne Ave, Apt. 1<br>Chicago, IL 60644 | |
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |
| Lori Mattix<br>801 1st Street<br>Marrietta, MN 56257 | Plaintiff in pro per |
| Lori Mattix<br>806 Thomas Avenue<br>St. Paul, MN 55104-2749 | |
| Lori Mattix<br>800 1st Street<br>Marrietta, MN 56257 | |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorney for Plaintiff Douglas Miller |
| Gail D. Myers<br>3016 Williams Road<br>Knoxville, TN 37932 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |

3

BN 13305646v1

| | |
|---|---|
| Sarah Roop<br>Christopher S. Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiff in pro per |
| Nancy Salazar<br>Jacob Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiff in pro per, representatives of Estate of Christopher Roop |
| Joseph F. Schebel, Jr.<br>71 Columbia Drive<br>Feeding Hills, MA 01030 | Plaintiff in pro per |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>5132 Town Ridge<br>Middletown, CT 06457-1638 | Plaintiff in pro per |
| Gloria Therrien<br>5 Winthrop Boulevard<br>Cromwell, CT 06416 | |
| Tyrone Walker<br>9059 S. Emerald Avenue<br>Chicago, IL 60620-2608 | Plaintiff in pro per |
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>9224 West Canyon Drive<br>Peoria, AZ 85382-3551 | Plaintiff in pro per |
| Joseph Wisniewski<br>10626 West Bayside Rd.<br>Sun City, AZ 85351-2732 | |

BN 13305646v1

☒   **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on February 20, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

_____Christine Emerson_____         _____/s/ Christine Emerson_____
                                                                                          (Signature)

BN 13305646v1