# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                             Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2013:

      MINUTE entry before Honorable Daniel G. Martin:In light of the briefing schedule set by the district court on Defendants' Motion to Dismiss for Want of Prosecution [5202], Defendants' Notice of Motion for presentment of their Motion to Dismiss for Want of Prosecution before Magistrate Judge Martin on 2/21/2013 at 10:00 a.m. [5203] is stricken. No appearance is required on 2/21/2013. Status hearing set for 3/7/2013 at 10:00 a.m. before Magistrate Judge Martin stands. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.