# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Boyd, et al. v. Argent Mortgage Company, et al.*, 09-CV-02343, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MORRIS BOYD** and **ANGELA M. WALKER-BOYD** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY LLC, CITI RESIDENTIAL LENDING,** and **AMERICAN TITLE COMPANY OF WASHTENAW**[1] (collectively "Defendants") hereby stipulate that the *Boyd, et al. v. Argent Mortgage Company, et al.*, 09-CV-02343 (N.D. Ill.) matter (transferred into the MDL) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by Charles Reinhart Company.

DATED: February 25, 2013              Respectfully submitted,

                                      By: /s/ D. Richard Black
                                      *Attorneys for Plaintiffs Morris Boyd and Angela M. Walker-Boyd*

                                      D. Richard Black, Esq.
                                      D. RICHARD BLACK ASSOC.
                                      283 Howard Ave.
                                      Holland, MI 49424
                                      Telephone: (616) 396-3998

DATED: February 25, 2013              Respectfully submitted,

                                      By: /s/ Joanne N. Davies
                                      *Attorneys for Citi Residential Lending and Argent Mortgage Company, LLC*

                                      Joanne N. Davies, Esq.
                                      BUCHALTER NEMER
                                      18400 Von Karman Avenue, Suite 800
                                      Irvine, California 92612
                                      Telephone: (949) 760-1121
                                      Facsimile: (949) 720-0182

DATED: February 25, 2013              Respectfully submitted,

                                      By: /s/ Michelle KJ Taylor
                                      *Attorneys for American Title Company of Washtenaw*

                                      Michelle KJ Taylor, Esq.
                                      American Title Company of Washtenaw
                                      3005 Boardwalk, Suite 202
                                      Ann Arbor, Michigan 48108
                                      Telephone: (734) 996-0036
                                      Email: mtaylor@atitle.biz

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 25th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies