IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Strait, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-03581, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ROBERT O. STRAIT** and **ANTONETTE L. STRAIT** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for **AMERIQUEST MORTGAGE SECURITIES, INC.,** and **CAMPBELL APPRAISAL SERVICE, INC.**[1] (collectively "Defendants") hereby stipulate that the *Strait, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-03581 (N.D. Ill.) matter (transferred into the MDL) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by Campbell Appraisal Service, Inc.

DATED: February 27, 2013  Respectfully submitted,

By: /s/ D. Richard Black
*Attorneys for Plaintiffs Robert O. Strait and Antonette L. Strait*

D. Richard Black, Esq.
D. RICHARD BLACK ASSOC.
283 Howard Ave.
Holland, MI 49424
Telephone: (616) 396-3998

DATED: February 27, 2013  Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 27th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies