**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST DEFENDANTS FOR STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Defendants respectfully submit the following Status Report in connection with the status conference scheduled to take place on March 7, 2013 before Magistrate Judge Daniel G. Martin.

I. **INTRODUCTION**

The status conference was scheduled to follow-up on a number of issues which are addressed in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Defendants;
2. Motion for Extension of Time to Respond to Discovery by Plaintiff Cedric (and Cherrone) Peterson [Dkt. 5199]; and
3. Status of discovery regarding third-party claims.

II. **SUMMARY OF STATUS OF OPT-OUT PLAINTIFFS' CASES**

On January 31, 2013, this Court issued an order scheduling a status hearing for March 7, 2013 regarding the status of the "cases between opt-out plaintiffs and the Ameriquest Defendants" [Dkt. 5183].

A. **Settlement Status**

Since the last status hearing, **9 opt-out cases** involving **15 opt-out plaintiffs** have been dismissed leaving **69 opt-out cases** involving **125 opt-out plaintiffs**. For the remaining opt-out cases many of those cases are in various phases of settlement negotiations as set forth below.

- *Settlement Agreements Signed or Signatures are Pending:* There are **8 opt-out** cases involving **14 opt-out plaintiffs** where settlement agreements have been signed but dismissal are pending, settlement agreements have been circulated for signature, or where the terms of the settlement have been finalized but the settlement agreements are in the process of being drafted.

- *Tentative Settlements:* There are also **20 opt-out cases** involving **44 opt-out plaintiffs** where settlement terms have been discussed with certain terms reached and negotiations are continuing on the remaining terms. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests. There are also instances where an opt-out plaintiff has qualified for a three month trial HAMP loan modification but is waiting for issuance of the final loan modification before finalizing settlement.

B. **Mediation Status**

On February 20, 2013, the Ameriquest Defendants, with the assistance of the loan servicers, participated in mediation before the Honorable Donald O'Connell (ret.) involving 18 opt-out plaintiffs represented by the Consumer Law Group. The parties were able to reach settlement with 12 opt-out plaintiffs and for the remaining 6 opt-out plaintiffs settlement negotiations are ongoing.

The Ameriquest Defendants continue to reach out to other opt-out plaintiffs to engage in settlement discussions.

C.  **Status of Discovery Propounded Against Plaintiffs**

- *Motion to Dismiss for Want of Prosecution For Non-Responsive Plaintiffs:* The Court issued an order requiring non-responsive plaintiffs to respond to discovery served by defendants by February 9, 2013 [Dkt. 5181]. Many plaintiffs failed to respond to discovery or provide any indication, written or otherwise, that they intend to pursue their claims. As a result, defendants brought a Motion to Dismiss for Want of Prosecution for **17 opt-out cases** involving **29 opt-out plaintiffs** [Dkt. 5202]. The Honorable Judge Marvin Aspen set a briefing schedule on the Motion to Dismiss requiring plaintiffs to respond by March 7, 2013, and defendants to reply by March 14, 2013 [Dkt. 5210]. The Ameriquest Defendants are optimistic that Judge Aspen may issue a ruling on the motion by the end of March which will assist the Ameriquest Defendants in determining which cases remain so that it can propose a realistic discovery schedule. In the interim, the Ameriquest Defendants are continuing to follow-up on written discovery propounded against plaintiffs and will be noticing plaintiffs' depositions as the written discovery is completed.

- *Other Plaintiffs Who Did Not Respond To Discovery:* The Court also ordered certain other plaintiffs to respond to discovery and most did not [Dkt. 5181]. The Ameriquest Defendants are again engaging in meet and confer efforts to obtain the missing discovery, but expect that these plaintiffs will continue to avoid providing discovery responses. As a result, the Ameriquest Defendants anticipate that they will be required to file a Motion for Order to Show Cause re Contempt in order to obtain plaintiffs' cooperation in discovery.

- *Additional Motion(s) to Compel:* There are certain plaintiffs where the Ameriquest Defendants' meet and confer efforts were ongoing at the time the initial Motion to Compel Discovery Responses was filed so those plaintiffs were not included in the initial motion. The Ameriquest Defendants are finishing their meet and confer efforts with these non-responsive plaintiffs and expect that they will be required to file an additional motion(s) to compel discovery responses.

### III. STATUS OF CEDRIC PETERSON DISCOVERY

Plaintiff Cedric Peterson failed to respond to Argent Mortgage Company's discovery requests. As a result, Peterson was included in the recent Motion to Compel and the Court ordered Peterson to respond to missing discovery by February 9, 2013 [Dkt. 5181]. Instead of responding, Peterson requests an extension of time to respond to May 1, 2013 but does not provide any valid reason for further delay [Dkt. 5199]. Argent's Opposition to Peterson's motion is attached hereto as Exhibit A [Dkt. 5224]. Peterson should be ordered to respond to the outstanding discovery in accord with the Court's prior order [Dkt. 5181], by March 21, 2013.

### IV. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS

The Ameriquest Defendants brought claims against third-party defendants, such as the closing/title agents who were responsible for the loan closings, and the title insurance underwriters who agreed to indemnify the Ameriquest Defendants for losses arising out of the loan closings. The Ameriquest Defendants' claims against third-party defendants are significant. For instance, third-party defendants the Fidelity Entities, Superior Closing, Mortgage Information Services, and Northwest Title are collectively involved in approximately **400 loans** where opt-out plaintiffs have alleged that the loan closings were botched by the closing agent's failure to provide plaintiffs with the Notice of Right to Cancel forms.

Problematic, however, discovery concerning third-party claims and defenses has not started and is currently stayed. Certain third-party defendants filed a motion, now pending before Judge Aspen, to dismiss or transfer the claims from the MDL to other courts and stay third-party discovery in the MDL [Dkt. 5101]. The Ameriquest Defendants have opposed the motion as it is without merit [Dkt. Nos. 5123 and 5134]. The Ameriquest Defendants are confident that discovery against third-party defendants will be allowed to proceed as Judge Aspen has already ruled on this issue when ordering reassignment of *Terry v. Ameriquest*, N.D. Ill. Case No. 08-cv-2475, and finding that "[r]eassignment would also make the most of coordinated discovery – already underway in *Terry* but relevant to similar claims in the MDL –

4

13357559v1

into the practices of third-party defendants, including their interpretations of the indemnity language." *See Terry* Order (Dkt. No. 782) which is attached hereto as Exhibit B.

                Respectfully submitted,

Dated: February 28, 2013    By: /s/ Joanne N. Davies
                *Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, Argent Mortgage Company, LLC, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

                Joanne N. Davies
                BUCHALTER NEMER,
                A Professional Corporation
                18400 Von Karman Avenue, Suite 800
                Irvine, CA 92612
                Telephone: (949) 760-1121
                Facsimile: (949) 720-0182

6

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 28th day of February 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to Cedric Peterson, 9345 Rocky Lane, Orangevale, CA 95662.

By: /s/ Joanne N. Davies

13357559v1