**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris filed complaints on behalf of 70 households in the Ameriquest MDL proceedings. With the help two settlement conferences conducted by Magistrate Judge Denlow, the parties were able to reach a settlement in principal in June 2011. Since then, this Court has entered 63 Stipulations of Dismissal.

Below is the status of the 7 plaintiffs whose claims are still pending:

1. Thomas and Linda Applegate – The Applegates are not communicating with Counsel. Homeward has indicated that they commenced collection activities.

2. Natalie Clemons – Clemons and Homeward have not yet been able to come to an agreement on a "short-pay" number or other settlement. Plaintiff has sent information to Homeward concerning the value of the property. If the parties are still unable to reach agreement, a settlement conference with Judge Martin may be useful.

3. Joyce Griggs – Griggs has been paying her mortgage pursuant to the HAMP loan modification agreement she entered into with Homeward. Unfortunately, Ms. Griggs' health issues have hampered her efforts to resolve all of the outstanding issues.

4. Jose & Rose Mejia – The parties have executed a settlement agreement and a stipulation of dismissal will be filed shortly.

5. Marcia Nowik – Ms. Nowik and Ameriquest have executed a settlement agreement. Chase has not yet executed the agreement. Once Chase executes the settlement agreement a stipulation of dismissal will be filed shortly thereafter.

6.   Michael & Susan O'Keefe – Plaintiffs' counsel has asked counsel for Ameriquest to prepare a settlement agreement for the O'Keefes which would resolve their claims in this case.  Chase has lifted the litigation hold on foreclosure proceedings placed on the O'Keefe account.

7.   Gil & Janet Solnin –The Solnins have submitted a new loan modification application and are waiting to hear back from Homeward.

Plaintiffs' Counsel is hopeful that these outstanding matters will be resolved shortly.

Respectfully Submitted:

Date:   March 1, 2013

_____/s/ Anthony P. Valach, Jr._____
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

     I, Anthony P. Valach, Jr., hereby certify that on this 1st day of March 2013, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                    By:      /s/ Anthony P. Valach, Jr.