UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 7, 2013:

  MINUTE entry before Honorable Daniel G. Martin: Status hearing held and continued to 4/23/2013 at 10:00 a.m. Attorney Daniel Blinn and pro se Plaintiff Cedric Peterson may appear by telephone at the next status hearing. Cedric Peterson's Motion for Extension of Time to Respond to Defendant's Motions to Compel Discovery Responses from Non−Responsive Plaintiffs [5199] is granted over objection. Cedric Peterson shall respond to the outstanding discovery by 5/1/2013. By 3/11/2013, the Petersons shall scan and email their financial package to Homeward's counsel Simon Fleischmann at sfleischmann@lockelord.com. Attorney William Spielberger's request to extend the time for Plaintiffs Rosa Dailey and Maynor Villagran to respond to outstanding discovery is entered and continued to 4/23/2013. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.