IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Gaillard v. Ameriquest Mortgage Services, Inc., et al.*, 08-CV-00740, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **SAMUEL GAILLARD** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Gaillard v. Ameriquest Mortgage Services, Inc., et al.*, 08-CV-00740 (N.D. Ill) (transferred into the MDL from Maryland) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: March 11, 2013  Respectfully submitted,

By: /s/ H. Robert Erwin, Jr.
*Attorneys for the Plaintiffs*

H. Robert Erwin, Jr., Esq.
THE ERWIN LAW FIRM PA
6 West 39th Street
Baltimore, Maryland 21218
Telephone: (410) 615-6026
Facsimile: (443) 385-1618

DATED: March 11, 2013  Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 11th day of March 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies