FILED

MAR 0 6 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

Lead Case No. 05-cv-07097

THIS DOCUMENT RELATES TO
Peterson v. Argent Mortgage Company, LLC et al.,
1:08-cv-07281, N.D. Ill

Centralized before the Honourable
Judge Marvin E. Aspen

Assigned to Magistrate Judge
Daniel G. Martin

PLAINTIFF CEDRIC PETERSON'S RESPONSE
TO ARGENT MORTGAGE COMPANY'S OPPOSITION
TO CEDRIC PETERSON'S MOTION FOR EXTENSION OF TIME

Plaintiff humbly requests the Court and Defendant's Counsel to give consideration for the recent hospitalization of Plaintiff Peterson's spouse, Cherrone, The upper bronchial infection was due to the recent flu epidemic. Per the physician the causation of the high blood pressure condition, is directly linked to stress, This has been ongoing since mid January. {Exhibit A}

On June 10, 2011, Plaintiff Peterson, at the request of Defendant's Counsel Locke, Lord, submitted a complete loan modification application file with the specified supporting documentation to AHMSI. {Exhibit B}

On October 31, 2011, Plaintiff Peterson, again as requested by Defendant, submitted another loan modification application to AHMSI. {Exhibit C}

On November 20, 2011, Plaintiff Peterson submitted additional documentation directly to John Visckocil, Esq of Locke, Lord, in response to Counsel's letter dated November 14 ,2011. {Exhibit C}

On April 13, 2012, Plaintiff Peterson submitted a Notice of Motion In Opposition Of Summary Judgment to Judge Aspen's Court. {Exhibit D}

On May 4, 2012, Plaintiff Peterson submitted a Second Reply to Defendant's Motion For Summary Judgment to Judge Aspen's Court. {Exhibit E}

On October 14, 2012, Plaintiff Peterson responded to the letter of Defendant's Counsel Bradley Grumbly of Buchalter Nemer, with a letter requesting a joint stipulation to an unbiased court evaluation of the subject transaction, in view of achieving a reasonable resolve. It is apparent that the content of Plaintiff's letter was not related to Counsel Randall Manvitz, as evidenced in Defendant's Motion to Compel Discovery Responses from Nonresponsive Plaintiffs, dated December 18, 2012, Defendant's Exhibit C, #9 of that document. {Exhibit F}

May the Court refer to Plaintiff's Motion For Extension of Time, in which all of Plaintiff's foregoing attemptsto achieve resolve to this matter have remained sans any response.

On February 15, 2013, again at the request of Defendant's Counsel Randall Manvitz ,Plaintiff did in fact submit a complete loan modification application file, via facsimile to Homeward and informed Defendant's Counselof the same. {Exhibit G}

On February 15, 2013 Plaintiff spoke with Homeward Customer Service Supervisor, George ID# G5M, who advised Plaintiff to phone back by 2/20/13, to verify Homeward's receipt of the file.

On February 19, 2013, Plaintiff spoke with Homeward Customer Service Representative, Edrick ID# 5EN, who advised Plaintiff that due to the loan files coding, he could not discuss the file with Plaintiff. Edrick transferred Plaintiff to the loan modification department, per Plaintiff's Request Plaintiff spoke with Customer Service Representative Karen ID# 3KW. Karen informed Plaintiff that since the loan file is in litigation and it can't be discussed, nor can it be negotiated at this time for modification.

May the Court refer to Defendant's Counsel's email dated February 18, 2013. It states that the "regular home preservation group will not be able to complete its review and get back to you due to the pending litigation. I can direct it to the appropriate people and make sure it gets reviewed promptly." {Exhibit H}

Apparently there is a conflict in what is being stated by Defendant's Counsel and Homeward's position. The question is who are these "appropriate people", that Defendant's counsel states the file can be directed to by them for prompt review ?

Plaintiff's prayer is that the Court grants Plaintiff's Motion For Extension Of Time, given the prevalent and ongoing medical issues of Plaintiff's spouse and the breakdown of communications of responses and documents between the parties, since June 2011. Plaintiff beseeches the Court to allow the time for accurate and complete responses to all of the discovery Defendant's Counsel has requested.

In conclusion, Plaintiff would like to take the liberty of informing the Court and Defendant's Counsel that effective March 11, 2013, Homeward is no longer the servicer for this loan, per Homeward's letter dated February 22, 2013. {Exhibit I}

Dated: March 3, 2013

_____
Cedric Peterson, In Pro Per
Attorney for Plaintiff
Cedric Peterson
9345 Rocky Lane/POB 1165
Orangevale CA 95662
(916) 988-9224   OFFICE
(916) 988-9398   FACSIMILE

*Exhibit A*

**Mercy Hospital of Folsom**
**1600 Creekside Drive**
**Sacramento, CA 95630**
**(916) 983-7400**

**Name:** CHERRONE PETERSON  **DOB:** 09/30/60
**Current Date:** 01/17/13 11:52:42
**MRN:** 09289024(M)  **FIN:** 301672713(M)
**Patient Address:** PO BOX 1165 ORANGEVALE CA 95662

**Patient Phone:** (916)519-7727

Mercy Hospital of Folsom would like to thank you for allowing us to assist you with your healthcare needs. These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

**Follow-Up Instructions:**
**CHERRONE PETERSON has been given these follow-up instructions:**

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Take all medications as prescribed | | |
| **Comments:** | | |

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Return to ED if symptoms worsen | | |
| **Comments:** | | |

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Follow up with your usual provider | | |
| **Comments:** tomorrow for hypertension | | |

**Patient Education Materials:**
**CHERRONE PETERSON has been given the following patient education materials:**

Family Medicine

# Upper Respiratory Infection (URI), Adult

Name: CHERRONE PETERSON    1 of 6    Jan/17/13 11:52:42
MRN: 09289024(M)

**TREATMENT PLAN FOR** _Cherrone Peterson_
(first name only)

To ensure your smooth journey throughout our Emergency Department today, our providers have selected the following tests for your treatment plan. Please keep this treatment plan and give it to each technician for the test ordered below.

**Tests Ordered** — **Time completed/Initial**

- ☐ EKG
- ☑ Urine
- ☑ Lab  —  KA
  - ☐ POCT-Lactate
- ☑ X-Ray
- ☐ CT Scan
- ☐ Ultrasound
- ☐ Respiratory therapy

**Registration completed**

211/101    228/128

Dignity Health.

PS-G-MHF-348

# Mercy Hospital of Folsom
1650 Creekside Drive
Folsom, CA 95630
(916) 983-7400

## Emergency Department
## Patient Discharge Instructions

**Name:** PETERSON, CHERRONE ELIZABETH
**Current Date:** 02/24/13 13:33:55
**DOB:** 9/30/1960 12:00 AM       **MRN:** 09289024(M)       **FIN:** 301725057(M)

**Patient Address:** PO BOX 1165 ORANGEVALE California 95662
**Patient Phone:** (916)519-7727

**Reason For Visit:** Finger pain-swelling

**Discharge Diagnosis:**

Mercy Hospital of Folsom would like to thank you for allowing us to assist you with your healthcare needs. These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

The following diagnostic tests and/or procedures were performed during your stay:


PETERSON, CHERRONE ELIZABETH has been given the following list of follow-up instructions, prescriptions, patient education materials, and valuables/belongings:

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Follow up with your usual provider | | |

**Comments:**

Call for follow up appointment to monitor and manage your blood pressure. Return to ED if symptoms worsen, if increasing reddness swelling, or other

worsening symptoms.

**Patient Education Materials:**

# You have a felon, accumulation of blood in finger tip. This was drained while here. Please do warm salt water soaks.

# You have high blood pressure. You need to follow up with your PCP to eval your blood pressure as schedueld at 3pm today.

## Paronychia (Felon, Whitlow)

Paronychia is an inflammatory reaction involving the folds of the skin surrounding the fingernail. This is commonly caused by an infection in the skin around a nail. The most common cause of paronychia is frequent wetting of the hands (as seen with bartenders, food servers, nurses or others who wet their hands). This makes the skin around the fingernail susceptible to infection by bacteria (germs) or fungus. Other predisposing factors are:
Aggressive manicuring.
Nail biting.
Thumbsucking.

Name PETERSON, CHERRONE ELIZABETH
Feb/24/13 13:33:55

MRN 09289024(M)

DOB 09/30/60

2 of 7

*Exhibit B*

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/12/2011 21:41
NAME    : GENESIS GROUP
FAX     : 9169889398
TEL     : 9169889398
SER.#   : 000F6J324135
```

```
DATE,TIME         06/12 21:20
FAX NO./NAME      8664521837
DURATION          00:21:22
PAGE(S)           66
RESULT            OK
MODE              STANDARD
                  ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224 OFC
(916) 988-9398 FACSIMILE
genesisgrp@yahoo.com

RE: Ln # 4000833592

DATE: 6/12/11         TO: AHMSI- Hamp program

TIME: 10:10 pm pst    FAX: 866-452-1837.

                      FROM: C. Peterson

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: Total of 67 pages

Print Form

**Making Home Affordable Program**
**Request For Modification and Affidavit (RMA)**



REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1 — COMPLETE ALL THREE PAGES OF THIS FORM

Loan I.D. Number: 4000833592
Servicer: AHMSI

### BORROWER
- Borrower's name: Cedric V Peterson
- Social Security number: 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
- Date of birth: 02/04/1962
- Home phone number with area code: (916) 987-3547
- Cell or work number with area code: (916) 640-8911

### CO-BORROWER
- Co-borrower's name: Cherrone E Peterson
- Social Security number: 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
- Date of birth: 09/30/1960
- Home phone number with area code: (916) 987-3547
- Cell or work number with area code: (916) 988-9224

| | | |
|---|---|---|
| I want to: | ✓ Keep the Property | ☐ Sell the Property |
| The property is my: | ✓ Primary Residence | ☐ Second Home ☐ Investment |
| The property is: | ✓ Owner Occupied | ☐ Renter Occupied ☐ Vacant |

Mailing address: POB 1165 Orangevale CA 95662
Property address (if same as mailing address, just write same): 9345 Rocky Lane Orangevale CA 95662
E-mail address: genesisgrp@yahoo.com

Is the property listed for sale? ☐ Yes ✓ No
Have you received an offer on the property? ☐ Yes ✓ No
Date of offer _____ Amount of offer $ _____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help ☐ Yes ✓ No
If yes, please complete the following:
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____
Counselor's E-mail: _____

Who pays the real estate tax bill on your property?
✓ I do ☐ Lender does ☐ Paid by condo or HOA
Are the taxes current? ✓ Yes ☐ No
Condominium or HOA Fees ☐ Yes ✓ No $ _____
Paid to: _____

Who pays the hazard insurance premium for your property?
☐ I do ☐ Lender does ☐ Paid by Condo or HOA
Is the policy current? ☐ Yes ☐ No
Name of Insurance Co.: _____
Insurance Co. Tel #: _____

Have you filed for bankruptcy? ✓ Yes ☐ No  If yes: ✓ Chapter 7 ☐ Chapter 13  Filing Date: 04/19/2010
Has your bankruptcy been discharged? ✓ Yes ☐ No  Bankruptcy case number: 10-30003

Additional Liens/Mortgages or Judgments on this property: None

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

### HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

- ✓ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.
- ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.
- ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.
- ✓ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.
- ☐ Other:

Explanation (continue on back of page 3 if necessary): _____

page 1 of 3

**REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 2**     **COMPLETE ALL THREE PAGES OF THIS FORM**

## INCOME/EXPENSES FOR HOUSEHOLD[1]

*Number of People in Household: 8*

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ 10,500.00 | First Mortgage Payment | $ 5775.29 | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony / Separation[2] | $ | Insurance | $ 196.16 | Savings/ Money Market | $ |
| Social Security/SSDI | $ | Property Taxes | $ 598.33 | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ 50.00 | Stocks / Bonds | $ 20,000.00 |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Net Rental Expenses | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other _____ | $ |
| Food Stamps/Welfare | $ | Car Payments | $ 698.00 | Other _____ | $ |
| Other (investment income, royalties, interest, dividends etc.) | $ | Other utilities, gasoline auto insurance | $ 1233.00 | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| Total (Gross Income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

### INCOME MUST BE DOCUMENTED

[1] Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.

[2] You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☒ I do not wish to furnish this information | CO-BORROWER | ☒ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

| To be completed by interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by:<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type) & ID Number<br><br>Interviewer's Signature    Date<br><br>Interviewer's Phone Number (include area code) | |

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 3 — COMPLETE ALL THREE PAGES OF THIS FORM

## ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.
3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.
5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.
6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

▶ _____ /s/ _____   Borrower Signature     Date: 6/10/11

▶ _____ Chenne Peterson _____   Co-Borrower Signature     Date: 6/10/11

### HOMEOWNER'S HOTLINE

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*


888-995-HOPE™
Homeowner's HOPE™ Hotline

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

*Exhibit C*

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/31/2011 22:33
NAME   : GENESIS GROUP
FAX    : 9169889398
TEL    : 9169889398
SER.#  : 000F6J324135
```

```
DATE,TIME       10/31  22:27
FAX NO./NAME    8668717067
DURATION        00:05:23
PAGE(S)         14
RESULT          OK
MODE            STANDARD
                ECM
```

## FAX COVER SHEET

**GENESIS GROUP**
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224 OFC
(916) 988-9398 FACSIMILE
genesisgrp@yahoo.com

RE: _Loan # 4000833592_

DATE: _10/31/11_

TIME: _10:30 pm PST_

TO: _Am Ownership Pres. Ofc_

FAX: _866-871-7067_

FROM: _C. Peterson_

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: _total of 14 pages_

_Pursuant to your legal counsel's letter attached, we are submitting our PRA Loan Modification Application. We are prepared to forward bank statements and any other documents needed to complete this application._