October 31, 2011

AHMSI
POB 619063
Dallas Texas 75261-9063

RE: PRA Request for Loan Modification of Loan # 400083592

To Whom It May Concern:

Our financial status was weakened a few years ago when I became underemployed. This translates into that I have still been working in the same administrative and sales capacity as I have for the past twenty five plus years, but just not generating the same income.

My husband, Cedric, has an excellent stable salaried position, with a major telecommunications company, Metro PCS, for the past decade. In addition to his salary he also earns an annual five digit bonus, disbursed every February.

The positive news regarding my income is that it is increasing steadily this year and should continue accordingly, as I have returned fulltime to Sales Management.

We have been in our home since 2001 and are raising a large family here, as we still have seven at home, from college to kindergarten.

According to the PRA alternative, it is apparent that AHMSI is a participating HAMP servicer and our loan falls within the published guidelines.
Our mortgage is not owned nor guaranteed by FNMA or FHLMC ; we owe more that our home is worth; we owner occupy our home; we obtained our mortgage on 8/29/2005; our payment is more that 31% of our gross (pre tax) monthly income; we owe less than $729,750 on our principal balance; we have sufficient documented income to support the modified payment; nor have we been convicted of any financial or real estate crimes in the past ten years.

Please review our PRA/Loan Modification Request and advise.

Sincerely,

Cherrone Peterson

# Making Home Affordable Program
## Request For Modification and Affidavit (RMA)

**MAKING HOME AFFORDABLE.GOV**

**REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA) page 1** — COMPLETE ALL THREE PAGES OF THIS FORM

Loan I.D. Number: **4000833592**
Servicer: **AHMSI**

### BORROWER

| Field | Value |
|---|---|
| Borrower's name | Cedric V Peterson |
| Social Security number | 569216582 |
| Date of birth | 02/04/1962 |
| Home phone number with area code | 9169873547 |
| Cell or work number with area code | 9169889224 |

### CO-BORROWER

| Field | Value |
|---|---|
| Co-borrower's name | |
| Social Security number | |
| Date of birth | |
| Home phone number with area code | |
| Cell or work number with area code | |

| | | | |
|---|---|---|---|
| I want to: | ■ Keep the Property | ☐ Sell the Property | |
| The property is my: | ■ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ■ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

Mailing address: **POB 1165 Orangevale CA 95662**
Property address (if same as mailing address, just write same): **9345 Rocky Lane Orangevale CA 95662**
E-mail address: **genesisgrp@yahoo.com**

Is the property listed for sale? ☐ Yes ■ No
Have you received an offer on the property? ☐ Yes ■ No
Date of offer _____ Amount of offer $ _____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help ☐ Yes ■ No
If yes, please complete the following:
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____
Counselor's E-mail: _____

Who pays the real estate tax bill on your property?
■ I do ☐ Lender does ☐ Paid by condo or HOA
Are the taxes current? ■ Yes ☐ No
Condominium or HOA Fees ☐ Yes ☐ No $ _____
Paid to: _____

Who pays the hazard insurance premium for your property?
■ I do ☐ Lender does ☐ Paid by Condo or HOA
Is the policy current? ■ Yes ☐ No
Name of Insurance Co.: **QBE First Insurance Agency Inc**
Insurance Co. Tel #: **888-819-2847**

Have you filed for bankruptcy? ■ Yes ☐ No  If yes: ■ Chapter 7 ☐ Chapter 13  Filing Date: **4/19/2011**
Has your bankruptcy been discharged? ■ Yes ☐ No  Bankruptcy case number: **10-30003**

Additional Liens/Mortgages or Judgments on this property: **None**

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

### HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

- ■ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.
- ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.
- ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.
- ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.
- ☐ Other:

Explanation (continue on back of page 3 if necessary): **Per Attachment**
**Per Attachment**

**REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA)** page 2 — COMPLETE ALL THREE PAGES OF THIS FORM

## INCOME/EXPENSES FOR HOUSEHOLD[1]

Number of People in Household: ____

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $10500 | First Mortgage Payment | $5775.29 | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony / Separation[2] | $ | Insurance | $195.00 | Savings/ Money Market | $ |
| Social Security/SSDI | $ | Property Taxes | $453.00 | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $50.00 | Stocks / Bonds | $20000.00 |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Net Rental Expenses | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $200.00 | Other _____ | $ |
| Food Stamps/Welfare | $ | Car Payments | $698.43 | Other _____ | $ |
| Other (investment income, royalties, interest, dividends etc.) | $ | Other auto gas, utilities / food & toiletries / food & toiletries | $2055.00 | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| Total (Gross Income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

### INCOME MUST BE DOCUMENTED

[1] Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.
[2] You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ■ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

### To be completed by interviewer

| This request was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature    Date 10/31/2011 | |
| | Interviewer's Phone Number (include area code) | |

## ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements, and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.
3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.
5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.
6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | |
|---|---|
| *[signature]* | 10/31/2011 |
| Borrower Signature | Date |
| | 10/31/2011 |
| Co-Borrower Signature | Date |

### HOMEOWNER'S HOTLINE

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



888-995-HOPE™
Homeowner's HOPE™ Hotline

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



Attorneys & Counselors

November 14, 2011

<u>VIA U.S. MAIL</u>

Mr. Cedric Peterson
9345 Rocky Lane
Orangevale, California 95662

Re: Peterson v. Ameriquest Mortgage Company, et al.
Case No. 08 C 07281, USDC, Northern District of Illinois
(MDL #1715; Case No. 05 C 7097)
Borrower's Name: Cedric Peterson
Loan No.: 4000833592
Property Address: 9345 Rocky Lane, Orangevale, California 95662

Mr. Peterson:

As you know, this office represents American Home Mortgage Servicing, Inc. ("AHMSI") in connection with the multidistrict litigation matter known as *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL Docket No. 1715, Lead Case No. 05-cv-7097, pending in the United States District Court for the Northern District of Illinois (the "Ameriquest MDL"). Previously, I spoke with your counsel of record, Marshall Rosenbach, who instructed me to contact you directly regarding your inquiry into a HAMP loan modification.

Recently, this office received HAMP documents submitted by you. In order to complete the review of your HAMP application, AHMSI is requesting (1) a *signed* copy of your 2010 tax return, including all schedules and pages, (2) a recent utility bill to show proof of occupancy, and (3) a non-borrower authorization form completed by your spouse (enclosed).

Please submit the documents identified above to my attention as soon as reasonably possible. Let me know if you have any questions. Thank you.

Sincerely,

LOCKE LORD BISSELL & LIDDELL LLP

*John E. Viskocil*

John E. Viskocil

Enclosure

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/20/2011 20:29
NAME   : GENESIS GROUP
FAX    : 9169889398
TEL    : 9169889398
SER.#  : 000F6J324135
```

```
DATE,TIME        11/20  20:21
FAX NO./NAME     6462249668
DURATION         00:07:48
PAGE(S)          22
RESULT           OK
MODE             STANDARD
                 ECM
```

# FAX COVER SheeT

*attachments*
*+ wind 11/11/11*
*+ Rocky Spring Bid*

**GENESIS GROUP**
8675 Elm Ave/POB 1165
Orangevale CA 95662
(916) 988-9224 OFC
(916) 988-9398 FACSIMILE
genesisgrp@yahoo.com

RE: _Loan # 4000833592_

DATE: _11/20/11_

TIME: _____

TO: _John Viskocil_
FAX: _646-224-9668_
FROM: _C. Peterson_

PLEASE CALL/EMAIL TO CONFIRM RECEIPT: _total of 22 pages_

*Exhibit D*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

05 CV 7097

In RE: AMERIQUEST MORTGAGE CO. )
    Plaintiff )
    v. )
PETERSON V. ARGENT MORTGAGE LL )
    Defendant )

Case Number: MDL 1715 LEAD CASE 05CV07097

Judge: THE HONORABLE MARVIN E ASPEN

Magistrate Judge:

NOTICE OF MOTION OF OPPOSITION
TO DEFENDANT ARGENT MORTGAGE COMPANY LLC'S
MOTION FOR SUMMARY JUDGMENT

FILED
APR 13 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cedric Peterson ("Plaintiff") vehemently opposes:

1. Plaintiff Cedric Peterson seeks to retain the "Complaint For Rescission Under 15 U.S.C. Sect. 1635. (Plaintiff's Exhibit 1).

2. Plaintiff Cedric Peterson, nor Plaintiff's counsel were informed on or about October 15, 2010, by opposing counsel, that the check for $189.99, was a settlement check for all claims (Plaintiff's Exhibit 2).

3. The "Joint Stipulation of Dismissal of Claims Against Defendants" was sent by opposing counsel on November 22, 2011. It is Plaintiff's position that that letter dated November 22, 2011, for "Stipulation to Dismiss" all legal claims, should have accompanied that check, dated October 15, 2010. The check clearly states that the "Payee's signature is required on back in order for this instrument to be valid". The check was arbitrarily deposited by Plaintiff's spouse, unbeknownst to her, that this was a settlement check, that Plaintiff never saw nor endorsed. Opposing counsel's letter dated October 11, 2011, stating that Plaintiff Peterson accepted the check and was in agreement to settle, is not valid (Plaintiff's Exhibit 3).

4. Plaintiff Peterson was never apprised of the option to "opt out" by Plaintiff's former counsel, dated June 29, 2010, regarding Class members who "opted out of the Borrower Class Settlement" (Plaintiff's Exhibit 4).

5. On May 13, 2011, the Law Offices of Locke Lord Bissell & Liddell sent a letter to Plaintiff's former counsel, stating that Plaintiff Peterson should apply for a loan modification. Plaintiff applied on June 12,

Exhibit E

FILED 4M
MAY X 4 2012
MAY 4 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE; AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL. NO. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: Peterson v. Argent Mortgage Company, LLC et al, 1:08-cv-07281, N>D> Ill | (Centralized before the Honourable Marvin E. Aspen) |

### SECOND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Plaintiff maintains that Plaintiff was without knowledge of a pending Settlement Agreement and forthcoming settlement check. Our counsel was without knowledge of the same and thereby did not inform Plaintiff.

2. Plaintiff maintains that Plaintiff's counsel of record did not forward nor inform Plaintiff of the "Opt-Out" documents, which would have afforded Plaintiff the opportunity to make an informed decision, thereby denying Plaintiff the due process of law, as a matter of law.

3. Plaintiff was never afforded the opportunity to receive the court settlement Agreements (Order of Preliminary Approval of Class Action Settlement, (12/8/2009) and the Settlement Agreement (4/8/2010) from Plaintiff's counsel nor Defendant's Counsel.

4. Plaintiff's first occasion to receive any court documents regarding this matter was November 22. 2011 (Joint Stipulation to Dismiss), from Defendant's Counsel. (Exhibit 1)

*Exhibit H*

**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Cedric Peterson
Cherrone Peterson
9345 Rocky Lane
Orangevale, CA 95662

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Peterson, et al. v. Argent Mortgage Company, et al.*, Case No. ILN 1:08-07281

Dear Mr. and Mrs. Peterson:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

On October 11, 2011, we wrote to inform you that on October 15, 2010 you accepted $189.99 to settle the case referenced above as part of the Multidistrict Litigation Class Settlement. Pursuant to the terms of the settlement, you agreed that this case would be dismissed in exchange for receiving the settlement funds described above. We again requested that you file a dismissal of your claims.

But you have not dismissed the case. You also have not signed and returned the Joint Stipulation of Dismissal as requested, which required us to file a Motion for Summary Judgment on May 18, 2012 to dispose of the claim. On May 21, 2012, I called to discuss an amicable resolution of this case. Again, I received no response.

To date, we have received no response to our discovery requests served on July 23, 2012. August 27, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding. Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

BuchalterNemer

Cedric Peterson
Cherrone Peterson
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By _____
Bradley G. Grumbley

# Transmission Log

```
GENESIS GROUP                 Monday, 2012-10-15  23:57                    9169889398

   Date      Time   Type  Job #  Length  Speed   Fax Name/Number      Pages      Status
----------  -----   ----  -----  ------  -----   -----------------    -----   ----------------
2012-10-15  23:55   SCAN   175    1:45   9600       Buchalter Nemer     6      OK -- V.29 AM31
```

FAX COVER SHEET

GENESIS GROUP
8675 ELM AVE
POB 1165
ORANGEVALE, CA 95662
(916) 988-9224  OFFICE
(916) 988-9398  FACSIMILE   (916) 988-8527 Alt Fax
(916) 519-7727  CELLULAR  *** Best contact number
genesisgrp@yahoo.com

RE_____

TOTAL PAGES INCLUDING COVER SHEET____

DATE_____           TO_____
                             FAX #_____

TIME_____           FROM_____

MESSAGE_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## FAX COVER SHEET

**GENESIS GROUP**
**8675 ELM AVE**
**POB 1165**
**ORANGEVALE, CA 95662**
**(916) 988-9224   OFFICE**
**(916) 988-9398   FACSIMILE   (916) 988-8527 Alt Fax**
**(916) 519-7727   CELLULAR *** Best contact number**
genesisgrp@yahoo.com

RE _Case no ACN 1:08-07281_

TOTAL PAGES INCLUDING COVER SHEET _6_

DATE _10/15/12_   TO _Brad Grumbly_
   FAX # _213.630.5758_

TIME _12 am pst_   FROM _C. Peterson_

MESSAGE _____