VIA FACSIMILE

October 14, 2012

Bradley Grumbly
BUCHALTER NEMER
1000 Wilshire Blvd #1500
Los Angeles CA 90017-2457

RE: Ameriquest Multidistrict Litigation-Past Due Discovery-Peterson, etal, v. Argent Mortgage Company, etal, Case No. ILN 1:08-07281

Dear Mr. Grumbly,

With respect to your requests for production and admissions, we find it nonresponsive and redundant, to our motions dated April 10, 2012 and May 2, 2012, respectively.
It is a matter of public record that the loan documents were executed and recorded.
That however does not negate the fact that Argent Mortgage went bankrupt and was the subject of much litigation and scrutiny by federal authorities, due to their unscrupulous lending activities.

The loan was purchased by Deutsche Bank, (beneficiary) circa August 28, 2005, from Argent Mortgage, LLC, and thus Deutsche Bank inherited all of the unresolved securitization and forensic loan audit issues of the subject loan assignment transactions that ensued.

Furthermore, it is presumptuous of your firm to make such a request, never having responded to our requests in our motions submitted in April and May 2012.

In conclusion, and with respect to the "settlement check", your firm has been duly apprised that our prior counsel was professionally negligent with regards to our representation.

In August 2005, our home appraised for 970K. Todate, it is valued at 576K, per www.zillow.com. Our request at this time is simple. May we stipulate to a court evaluation of this transaction, comprised of a securitization audit (inclusive of the production of the original promissory note) and a forensic loan audit, to be performed by a mutually agreed upon third neutral party.

Attachments enclosed are excerpts from the preliminary title report, the securitization audit and a Bloomberg Lookup Screen Shot. (previously submitted in April and May motions).

Please review and advise.

Sincerely,

Cedric Peterson
Cherrone Peterson
9345 Rocky Lane
Orangevale, CA 95662

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill.<br>*Arndt, et al. v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill.<br>*Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill.<br>*Burris, et al. v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill.<br>*Curtis, et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill.<br>*Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill.<br>*Johnson, et al. v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill.<br>*Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill.<br>*Peterson v. Argent, et al.*, 1:08-cv-07281, N.D. Ill.<br>*Roop, et al. v. Argent, et al.*, 1:07-cv-01347, N.D. Ill.<br>*Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 1:07-cv-06810, N.D. Ill.<br>*Sorah v. Deutsche Bank Natl., et al.*, 1:07-cv-00116, N.D. Ill.<br>*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.<br>*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.<br>*Wisniewski, et al. v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | **MOTION TO COMPEL DISCOVERY RESPONSES FROM NON-RESPONSIVE PLAINTIFFS**<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

1

## MOTION TO COMPEL DISCOVERY RESPONSES FROM
## NON-RESPONSIVE PLAINTIFFS

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC, Town & Country Credit Corporation (collectively "Defendants") respectfully move for an order compelling the plaintiffs listed in the attached Exhibit A ("Plaintiffs") to respond to long overdue discovery requests. Specifically, Defendants seek an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling Plaintiffs to respond to Defendants' Requests for Production of Documents (Set One), Interrogatories (Set One), and Requests for Admission (Set One). Additionally, Defendants seek an order warning Plaintiffs that the failure to respond to the outstanding discovery or otherwise notify Defendants of their desire to participate in the litigation will result in the dismissal of their action for failure to prosecute, pursuant to Federal Rule of Civil Procedure, Rule 41(b). In support of their motion, Defendants state as follows:

1. Defendants have actively participated in mediation with many of the opt-out plaintiffs. However, some plaintiffs have been unresponsive to Ameriquest's invitations to engage in settlement discussions or the settlement discussions have not resulted in resolution. As a result, Defendants propounded discovery requests to Plaintiffs in an effort to move the matters closer to resolution.

2. Plaintiffs were each sent nearly identical sets of requests for production, interrogatories, and requests for admission. Exhibit A lists the dates each Plaintiff was served with the subject discovery and the respective deadlines for Plaintiffs' responses. The majority of Plaintiffs' responses have been due since August 13, 2012. Defendants have not received responses from Plaintiffs and Plaintiffs' responses are long overdue. An exemplar set of the discovery sent to Plaintiffs is attached as Exhibit B.

3. After not receiving any discovery responses from Plaintiffs on their respective due dates, Defendants sent letters to Plaintiffs between September 11 and 14, 2012 requesting responses. The letters sent to Plaintiffs are attached as Exhibit C. To date, Plaintiffs have not

responded to Defendants. Pursuant to Local Rule 37.2, counsel for Defendants also called, or attempted to call each plaintiff to meet and confer regarding the outstanding discovery. A summary of Defendant's meet-and-confer efforts is attached as Exhibit D.

4. Pursuant to Local Rule 37.2, counsel for Defendants state that its attempts to consult with Plaintiffs about the outstanding discovery were unsuccessful due to no fault of counsel's. Additionally, despite the fact that many of the pro se Plaintiffs are not registered parties and not included on the electronic service list, Defendants made their best effort to determine each Plaintiff's current phone number and mailing address before calling or sending the discovery and the meet and confer letters.

5. Despite Defendants' efforts to engage in settlement discussions and obtain discovery responses, Plaintiffs have remained silent, suggesting that they no longer wish to prosecute their claims.

6. Without responses to the subject discovery, Defendants will be significantly hindered in defending against Plaintiffs' claims.

7. Defendants request the following relief:

A. An order compelling responses to the outstanding discovery within 30 days, without objection as all objections have been waived; and

B. An order warning Plaintiffs that if they do not respond to the discovery or notify Defendants' counsel, in writing, that they wish to participate in the litigation within 30 days, their claims will be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

DATED: December 18, 2012          Respectfully submitted,

By:/s/ Randall L. Manvitz
*Attorneys for and Ameriquest Mortgage Company*

Randall L. Manvitz, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 227-3644
Facsimile: (415) 904-3102

3

BN 12723499v2

one answered and the voicemail box was full and Mr. Manvitz could not leave a message. To date, Defendants have not received any discovery responses from plaintiff or a response to correspondence requesting responses to discovery. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

7. **Lori Mattix**

Defendants have been unable to contact plaintiff because her phone number is unknown and cannot be found despite diligent efforts. On November 26, 2012, Mr. Manvitz attempted to call plaintiff at two different phone numbers, but each time was informed that he had reached the wrong number. Despite running Google searches as well as a search on www.accurint.com to obtain plaintiff's current phone number, to date, Defendants have been unable to do so. Defendants have not received discovery responses from plaintiff or a response to correspondence requesting responses to discovery. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

8. **Francis Nyepon**

On November 26, 2012, Mr. Manvitz spoke with plaintiff's counsel, Saul Ostroff, who stated that plaintiff had moved to Liberia and is no longer in contact with Mr. Ostroff. No response has been received to this communication or the correspondence requesting discovery responses. To date, Defendants have not received any discovery responses from plaintiff. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

9. **Cedric Peterson**

On November 26, 2012 and November 30, 2012, Mr. Manvitz called pro se plaintiff Cedric Peterson and left a voice message requesting responses to the subject discovery. To date, Defendants have not received any discovery responses from plaintiff. Defendants have also not received a response to the letter they sent to plaintiff on September 14, 2012, which is attached to the Motion as Exhibit C.

BN 12955499v2

Exhibit A

# Transmission Log

```
GENESIS GROUP              Saturday, 2013-02-16  11:29                    9169889398

  Date      Time   Type  Job #  Length  Speed   Fax Name/Number      Pages      Status
----------  -----  ----  -----  ------  -----  -------------------   -----  ----------------
2013-02-16  11:09  SCAN   261   20:16   9600              HOMEWARD     34    OK -- V.29 AM31
```

**FAX COVER SHEET**

GENESIS GROUP
8675 ELM AVE
POB 1165
ORANGEVALE, CA 95662
(916) 988-9224  OFFICE
(916) 988-9398  FACSIMILE
(916) 519-7727  CELLULAR *** Best contact number
genesisgrp@yahoo.com

RE _____

TOTAL PAGES INCLUDING COVER SHEET ____

DATE _____  TO _____
                  FAX # _____

TIME _____  FROM _____

MESSAGE _____

# FAX COVER SHEET

**GENESIS GROUP**
**8675 ELM AVE**
**POB 1165**
**ORANGEVALE, CA 95662**
**(916) 988-9224 OFFICE**
**(916) 988-9398 FACSIMILE**
**(916) 519-7727 CELLULAR** *** Best contact number
genesisgrp@yahoo.com

RE _Part 1_

TOTAL PAGES INCLUDING COVER SHEET _34_

DATE _2/15/13_   TO _Modification Dept_
                 FAX # _866 452 1837_

TIME _11:20 AM PST_   FROM _Cedric Peterson_

MESSAGE

_40 pages to follow._

_Thank You,_
_CP_

**Making Home Affordable Program**
**Request For Mortgage Assistance (RMA)**



If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about **all** of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.

## SECTION 1: BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME: Cedric Peterson | CO-BORROWER'S NAME: |
| SOCIAL SECURITY NUMBER: 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    DATE OF BIRTH (MM/DD/YY): 02/04/62 | SOCIAL SECURITY NUMBER:    DATE OF BIRTH (MM/DD/YY): |
| HOME PHONE NUMBER WITH AREA CODE: (916) 987-3547 | HOME PHONE NUMBER WITH AREA CODE: |
| CELL OR WORK NUMBER WITH AREA CODE: (916) 988-9224 | CELL OR WORK NUMBER WITH AREA CODE: |
| MAILING ADDRESS: POB 1165 | MAILING ADDRESS (IF SAME AS BORROWER, WRITE "SAME"): |
| EMAIL ADDRESS: genesisgrp@yahoo.com | EMAIL ADDRESS: |

Has any borrower filed for bankruptcy? [X] Chapter 7   [ ] Chapter 13
Filing Date: 04/19/10   Bankruptcy case number: 10-30003
Has your bankruptcy been discharged? [X] Yes [ ] No

Is any borrower a servicemember? [ ] Yes [X] No
Have you recently been deployed away from your principal residence or recently received a permanent change of station order? [ ] Yes [X] No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? 0

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification? [ ] Yes [X] No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification? [ ] Yes [X] No   If "Yes", how many? ____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence? [ ] Yes [X] No

## SECTION 2: HARDSHIP AFFIDAVIT

I (We) am/are requesting review under MHA.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

[X] My household income has been reduced. For example: reduced pay or hours, decline in business or self-employment earnings, death, disability or divorce of a borrower or co-borrower.

[X] My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

[ ] My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

[ ] My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

[ ] I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago.

Other: Spouse is underemployed and tax liability pymt is $800.00 monthly.

Explanation (continue on a separate sheet of paper if necessary):
Per letter attached

## SECTION 9: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT

1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.

5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.

6. I understand that if I have not provided all requested documents or if the documents that I have provided are incomplete, I will be contacted via telephone and in writing by the servicer in an effort to facilitate the workout option. I consent to being contacted concerning this request for assistance at any cellular or mobile telephone number that I have provided. Providing a cellular or mobile telephone number indicates my express consent for the servicer to contact me at this number using an automated dialer, if needed. *** PLEASE NOTE: If this debt was previously discharged in bankruptcy proceedings, these communications are not an attempt to establish personal liability, but rather a means of facilitating the workout option.

7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.

11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| [signature] | 569 216 582 | 2/4/62 | 2/14/13 |

| Co-Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| | | | |

*Exhibit H*

| | |
|---|---|
| **Subject:** | RE: Homeward Hardship Package - Cedrick and Cherrone Peterson |
| **From:** | Manvitz, Randall L. (rmanvitz@buchalter.com) |
| **To:** | genesisgrp@yahoo.com; SFleischmann@lockelord.com; |
| **Cc:** | pkam@buchalter.com; JViskocil@Lockelord.com; TTill@lockelord.com; jdavies@Buchalter.com; |
| **Date:** | Tuesday, February 19, 2013 10:09 AM |

Cedric,
I don't understand your response. Are you sending the package to Simon by email today? And what guidance are you seeking from the Court concerning its submission?

Randall Manvitz | Sr. Counsel | **Buchalter**   55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

**From:** C.Peterson [mailto:genesisgrp@yahoo.com]
**Sent:** Tuesday, February 19, 2013 9:11 AM
**To:** Fleischmann, Simon; Manvitz, Randall L.
**Cc:** Kam, Pamela; Viskocil, John; Till, Tiffany B.; Davies, Joanne
**Subject:** Re: Homeward Hardship Package - Cedrick and Cherrone Peterson

As we are concerned with having our file equitably reviewed and given the pending litigation extant, we're seeking the Court's opinion and guidance with respect to its submission.

We remain awaiting the March 7th conference with the Court.

Sincerely,

Cedric Peterson
Cherrone Peterson
GENESIS GROUP
POB 1165
Orangevale CA 95662
(916) 988-9224
(916) 988-9398 Facsimile
genesisgrp@yahoo.com

**From:** "Fleischmann, Simon" <SFleischmann@lockelord.com>
**To:** C.Peterson <genesisgrp@yahoo.com>; "Manvitz, Randall L." <rmanvitz@buchalter.com>
**Cc:** "Kam, Pamela" <pkam@buchalter.com>; "Viskocil, John" <JViskocil@Lockelord.com>; "Till, Tiffany B." <TTill@lockelord.com>; "Davies, Joanne (jdavies@Buchalter.com)" <jdavies@Buchalter.com>
**Sent:** Monday, February 18, 2013 7:14 PM
**Subject:** RE: Homeward Hardship Package - Cedrick and Cherrone Peterson

Please send the package to me by email. The regular home preservation group will not be able to complete its review and get back to you due to the pending litigation. I can direct it to the appropriate people and make sure it gets reviewed promptly. Thanks.

Locke Lord LLP

sfleischmann@lockelord.com

---

**From:** C.Peterson [mailto:genesisgrp@yahoo.com]
**Sent:** Monday, February 18, 2013 8:32 PM
**To:** Fleischmann, Simon; Manvitz, Randall L.
**Cc:** Kam, Pamela; Viskocil, John; Till, Tiffany B.
**Subject:** Re: Homeward Hardship Package - Cedrick and Cherrone Peterson

Just informing you that the file was sent via facsimile to the Homeward Loan Modification Department's dedicated number (866) 452 1837, on Friday, (refer to attachment).

We were informed by a Homeward Customer Service Supervisor, George ID# G5M, to call back, in on Tuesday or Wednesday to confirm Homeward's receipt of the same.

Please note that the date discrepancy was due to an internal error with our office's facsimile machine, however the file was verily transmitted on the 15th.

Cedric Peterson
Cherrone Peterson
GENESIS GROUP
POB 1165
Orangevale CA 95662
(916) 988-9224
(916) 988-9398 Facsimile

genesisgrp@yahoo.com

**From:** "Fleischmann, Simon" <SFleischmann@lockelord.com>
**To:** C.Peterson <genesisgrp@yahoo.com>; "Manvitz, Randall L." <rmanvitz@buchalter.com>
**Cc:** "Kam, Pamela" <pkam@buchalter.com>; "Viskocil, John" <JViskocil@Lockelord.com>; "Till, Tiffany B." <TTill@lockelord.com>
**Sent:** Monday, February 18, 2013 10:34 AM
**Subject:** RE: Homeward Hardship Package - Cedrick and Cherrone Peterson

Just following up to confirm that I did not receive an updated loan modification package on Friday, February 15.

Simon Fleischmann
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606

Exhibit 1



**Homeward RESIDENTIAL**
PO Box 619063
Dallas, TX 75261-9063

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

OCWEN

February 22, 2013



0-764-80139-0039064-001-01-001-000-000-000

CEDRIC V PETERSON
PO BOX 1165
ORANGEVALE CA 95662-1165

OCWEN LOAN #: 7142990394
HOMEWARD LOAN #: 4000833592
PROPERTY ADDRESS: 9345 ROCKY LANE
ORANGEVALE CA 95662

474-2032-0307F

## NOTICE OF SERVICING TRANSFER (RESPA) and WELCOME TO OCWEN LOAN SERVICING, LLC

Dear Borrower(s):

Effective 03/11/2013, Homeward Residential, Inc. (Homeward Residential) will transfer the servicing of your account to Ocwen Loan Servicing, LLC (Ocwen). The transfer of the servicing of your account does not affect any term or condition of your financing agreement, other than terms directly related to the servicing of your account. Your loan number will change, and the new loan number is noted above.

Should you have questions relating to the transfer of servicing or need information regarding your account prior to 03/11/2013, please contact Homeward Residential's Customer Care Department at (877) 304-3100.

New Servicing Contact Information:
As of 03/11/2013, Ocwen's Customer Care Center will assist you with questions regarding the transfer of servicing or any other questions relating to your account. You may reach Ocwen's Customer Care Center at (800) 746-2936 Monday through Friday 8:00 am ET to 9:00 pm ET, Saturday 8:00 am ET to 5:00 pm ET or Sunday 9:00 am ET to 9:00 pm ET. Information concerning Ocwen and your mortgage loan may also be found online at www.ocwen.com. You can also obtain information using Ocwen's Automated Telephone System or by speaking with a Customer Care Center Representative. Please be sure to have your loan number available when you call.

As of 03/11/2013, all written inquiries should be sent to Ocwen at the following address. Please be sure to indicate your loan number on all correspondence to ensure prompt response to your inquiry.

Ocwen Loan Servicing, LLC
Attn: Customer Service Department
P.O. Box 24738
West Palm Beach, FL 33416-4738

Making Payments:
**The date that Homeward will stop accepting payments is 3/10/2013. The date that Ocwen will start accepting payments from you is 03/11/2013. Please make all checks payable to Ocwen and send all payments due on or after 03/11/2013 to the following address.** If you use a Bill Pay Service, you will also need to inform them of this new payment address.

For Western Union Quick Collect users, you can find the location nearest you by calling (800) 238-5772 or visiting www.westernunion.com and clicking "Find a Location". At the location, please pay to name "OCWEN" and provide the loan number.

PAYMENTS
Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

OVERNIGHT EXPRESS ADDRESS
Ocwen Loan Servicing, LLC
Attn: Cashiering
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

If you are currently enrolled in Homeward Residential's Automated Clearing House (ACH) or the Equity Accelerator Program and your monthly payments are automatically withdrawn from your bank account, the service will continue with Ocwen. Please note, the first draft at Ocwen may be delayed. For your convenience, we have included a temporary payment coupon at the end of this letter.

Ocwen NMLS#: 1852
Homeward Residential NMLS#: 3984

2400.0137