**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Arndt v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. <br> *Burris v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. <br> *Churchill v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. <br> *Curtis v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. <br> *Dunn v. Ameriquest,* 1:08-cv-03961, N.D. Ill. <br> *Johnson v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. <br> *(Lyles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *(Mattix) Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. <br> *Miller v. Ameriquest* , Case No. 1:06-cv-05703, N.D. Ill. <br> *Myers v. Ameriquest, et al.*, 1:07-cv-3584, N.D. Ill. <br> *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. <br> *Roop v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. <br> *Schebel v. Deutsche Bank, et al.*, Case No. 1:07-cv-06810, N.D. Ill. <br> *Sorah v. Deutsche Bank., et al.*, 1:07-cv-00116, N.D. Ill. <br> *(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *(Thierren) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *Walker v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. <br> *(Warner) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *Wisniewski v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen <br><br> Assigned to Magistrate Judge Daniel G. Martin |

**DEFENDANTS' REPLY TO MOTION TO DISMISS FOR WANT OF PROSECUTION**

Defendants Ameriquest Mortgage Company, Argent Mortgage Company LLC, and Town & Country Credit Corporation (collectively "Defendants") received only one objection to the motion to dismiss for want of prosecution ("Motion") [Dkt. 5202].

Defendants' counsel was contacted by counsel for Plaintiff Maria Arndt and the parties are currently meeting and conferring as to an agreeable deadline for Ms. Arndt to provide discovery responses. Since counsel for Ms. Arndt has indicated that she is agreeable to responding to discovery, Defendants agree to withdraw their motion to dismiss as to Ms. Arndt's claim only.

Defendants respectfully request that the Motion be granted as to all of the remaining plaintiffs who were listed on Exhibit A to Defendants' Motion pursuant to Federal Rule of Civil Procedure, Rule 41(b).

DATED: March 14, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:/s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　*Attorneys for Ameriquest Mortgage Company, Argent Mortgage Company LLC, Town & Country Credit Corporation*

　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　Irvine, CA 92612
　　　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　　　Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 14th day of March 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies