IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Gordon R. Howard, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00095, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **GORDON R. HOWARD** and **NOLA R. HOWARD** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, HOMEWARD RESIDENTIAL, INC. formerly known as AMERICAN HOME MORTGAGE SERVICING, INC.**, and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R2 (collectively "Defendants") hereby stipulate that the *Gordon R. Howard, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00095 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  March 15, 2013               Respectfully submitted,

                                     By:  /s/ Keith J. Keogh
                                     *Attorneys for the Plaintiffs Gordon R. Howard and Nola R. Howard*

                                     KEOGH LAW, LTD.
                                     Keith J. Keogh, Esq.
                                     101 N. Wacker Dr., Suite 605
                                     Chicago, IL 60606
                                     Telephone: (312) 265-3258
                                     Facsimile:  (312) 726-1093

DATED:  March 15, 2013               Respectfully submitted,

                                     By:  /s/ Joanne N. Davies
                                     *Attorneys for Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee*

                                     Joanne N. Davies, Esq.
                                     BUCHALTER NEMER
                                     18400 Von Karman Avenue, Suite 800
                                     Irvine, California 92612
                                     Telephone: (949) 760-1121
                                     Facsimile:  (949) 720-0182

DATED:  March 15, 2013               Respectfully submitted,

                                     By:  /s/ Simon A. Fleischmann
                                     *Attorneys for Defendants Homeward Residential, Inc. (formerly known as American Home Mortgage Servicing, Inc.)*

                                     Simon A. Fleischmann, Esq.
                                     LOCKE LORD, LLP
                                     111 South Wacker Drive
                                     Chicago, IL 60606
                                     Telephone: (312) 443-0700
                                     Facsimile:  (312) 443-0336

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 15th day of March 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies