IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Belval, et al v. Ameriquest Mortgage Company*, *et al.*, 06-CV-02469, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **HENRY T. OWEN** and **JOAN A. OWEN** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R1 (collectively Defendants") hereby stipulate that Plaintiffs' claims in the *Belval, et al v. Ameriquest Mortgage Company*, *et al.*, 06-CV-02469, (N.D. Ill) (transferred into the MDL from the District of Connecticut) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  March 21, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Daniel S. Blinn
　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs Henry T. Owen and Joan A. Owen*

　　　　　　　　　　　　　　　　　　　CONSUMER LAW GROUP
　　　　　　　　　　　　　　　　　　　Daniel S. Blinn, Esq.
　　　　　　　　　　　　　　　　　　　35 Cold Spring Road, Suite 512
　　　　　　　　　　　　　　　　　　　Rocky Hill, CT 06067
　　　　　　　　　　　　　　　　　　　Telephone: (860) 571-0408
　　　　　　　　　　　　　　　　　　　Facsimile:  (860) 571-7457

DATED:  March 21, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee*

　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　Telephone:  (949) 760-1121
　　　　　　　　　　　　　　　　　　　Facsimile:   (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 21st day of March 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies