IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Schebel v. Deutsche Bank, et al.*, Case No. 1:07-cv-06810, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

## AMERIQUEST'S RESPONSE TO PLAINTIFF JOSEPH F. SCHEBEL'S OPPOSITION TO MOTION TO DISMISS FOR WANT OF PROSECUTION

Defendant Ameriquest Mortgage Company ("Ameriquest") recently received plaintiff Joseph F. Schebel's ("Plaintiff") opposition [Dkt. 5247] to Ameriquest's motion to dismiss for want of prosecution ("Motion") [Dkt. 5202]. Contemporaneously, Ameriquest also received discovery responses from Plaintiff although Plaintiff has yet to produce any responsive documents.

On July 9, 2012, Ameriquest served discovery on Plaintiff. The discovery response deadline was August 13, 2012. Plaintiff failed to respond to the discovery. On September 14, 2012, Ameriquest's counsel sent Plaintiff a meet and confer letter requesting responses to the discovery. *See* Exhibit 1, September 14, 2012 letter. Ameriquest's counsel was contacted by a Barbara Johnson who was purportedly calling on behalf of Plaintiff, but she provided no written authorization from Plaintiff and has not appeared in the case. On October 24, 2012, Ameriquest's counsel sent Plaintiff another meet and confer letter seeking the discovery responses and advising that we would need his written authorization to speak with Ms. Johnson about his claims. *See* Exhibit 2, October 24, 2012 letter. Plaintiff did not respond to this letter.

1

2

In his opposition, Plaintiff confirms that he remains a pro se litigant and is not represented by counsel.

While Plaintiff claims to have previously mailed discovery responses to Ameriquest's counsel by certified mail on or about November 11, 2012, Ameriquest's counsel has no record of receiving these discovery responses from Plaintiff, and notably Plaintiff did not provide a copy of the certified mail receipt of the same even though the November 11, 2012 certificate of service provided in connection with Plaintiff's opposition claims the discovery was sent by certified mail.

Furthermore, if Plaintiff had indeed previously served discovery responses it is puzzling as to why Plaintiff did not contact Ameriquest's counsel in December 2012 and January 2013 when he was served with Ameriquest's Motions to Compel Discovery Responses [5159, 5172] in order to let Ameriquest's counsel know that he believed he had already responded to the discovery. He also did not contact Ameriquest's counsel after being served in late January 2013 with the Court's order compelling him to respond to discovery [5181, 5182]. Additionally, while Plaintiff admits to receiving the present Motion on February 21, 2013, he still did not reach out to Ameriquest's counsel to advise that he believed he had provided discovery responses and still wanted to pursue his claims until he filed his opposition to the Motion.

Nonetheless, because Plaintiff's actions indicate that he still intends to pursue his claims, Ameriquest agrees to withdraw its motion to dismiss as to Plaintiff's claim. Defendants previously withdrew their motion to dismiss as to Plaintiff Maria Arndt because she agreed to respond to discovery [Dkt. 5235]. However, Defendants respectfully request that the Motion be granted as to all of the remaining plaintiffs who were listed on Exhibit A to Defendants' Motion pursuant to Federal Rule of Civil Procedure, Rule 41(b).

/ / /

/ / /

/ / /

2

BN 13494212v1

Finally, contrary to Plaintiff's assertions, the parties have exchanged settlement proposals but the parties diverge significantly on their view of the merits of the case. However, Ameriquest's counsel will reach out to Plaintiff to discuss his most recent settlement proposal and see whether there is any possibility of resolution.

DATED: March 26, 2013                                Respectfully submitted,

                                                     By: /s/ Joanne N. Davies
                                                     *Attorneys for Ameriquest Mortgage Company,*
                                                     *Argent Mortgage Company LLC, Town & Country*
                                                     *Credit Corporation*

                                                     Joanne N. Davies, Esq. (admitted *pro hac vice*)
                                                     BUCHALTER NEMER
                                                     18400 Von Karman Avenue, Suite 800
                                                     Irvine, CA 92612
                                                     Telephone: (949) 760-1121
                                                     Facsimile: (949) 720-0182

**CERTIFICATE OF SERVICE**

    I, Joanne N. Davies, hereby certify that on this 26th day of March 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                By: /s/ Joanne N. Davies

BN 13494212v1