# **EXHIBIT 1**



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5758
E-Mail Address: bgrumbley@buchalter.com

September 14, 2012

**VIA U.S. MAIL**

Mr. Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Schebel v. Deutsche Bank National Trust Co., et al.*, Case No. 07-CV-06810

Dear Mr. Schebel:

As you know, this firm represents Ameriquest Mortgage Company in connection with the case referenced above. It is our understanding that you still represent yourself in this matter. If you are currently represented by counsel, please forward this letter to your attorney and instruct him or her to contact us directly.

To date, we have not received any response to our discovery requests served on July 9, 2012. August 13, 2012 was the deadline for responding to our discovery requests. You have waived any right to object to the discovery served by not responding.

Accordingly, please provide responses, without objection, no later than October 15, 2012. Should you again fail to provide us with written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that you be compelled to respond.

If you have any questions, please do not hesitate to contact me.

Sincerely,

BUCHALTER NEMER
A Professional Corporation

By _____
Bradley G. Grumbley

Los Angeles • Orange County • San Francisco • Scottsdale