# EXHIBIT 2



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5232
Direct Facsimile Number: (213) 630-5723
E-Mail Address: *psohi@buchalter.com*

October 24, 2012

**VIA U.S. MAIL**

Mr. Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030

Re: Ameriquest Multidistrict Litigation—Past Due Discovery—*Schebel v. Deutsche Bank National Trust Co., et al.,* Case No. 07-CV-06810

Dear Mr. Schebel:

I am following up on a letter my colleague Bradley Grumbley sent to you on September 14, 2012 regarding your failure to timely serve responses to Ameriquest Mortgage Company's discovery. The discovery requests were served on July 9, 2012 and August 13, 2012 was the deadline for responding to the discovery. We asked that you provide responses, without objection, by no later than October 15, 2012. To date, we have still not received any responses and have no choice but to file a motion for a Court order compelling you to respond to the subject discovery.

My office received a call from a Barbara Johnson who claimed to be acting on your behalf in this action. I asked Ms. Johnson to provide me something in writing which shows that either she represents you or that you have authorized her to act on your behalf. She did not indicate whether she would do so. Please confirm whether you are representing yourself in this matter or if Ms. Johnson is your attorney. If she is not your attorney, but you would like for us to speak with her about your case, please provide written authorization for us to do so.

Ms. Johnson stated that you would like to know the identities of the assignees of the subject loan and the current note holder. This was a bit puzzling because you have sued the assignee Deutsche Bank National Trust Company which is the Trustee of the trust Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2004-R12, which owns the loan. If you have any other questions about your loan, please contact me to discuss. You are also entitled to propound your own discovery in this case.

If you have any questions, please do not hesitate to contact me.

BuchalterNemer

Mr. Joseph F. Schebel, Jr.
November 21, 2011
Page 2

        Sincerely,

        BUCHALTER NEMER
        A Professional Corporation

By       /s/ Pooya E. Sohi
        Pooya E. Sohi