# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Arthur Coleman and Ethelyn Coleman v. Ameriquest Mortgage, et al.* Case No. 07-cv-2459 N.D. Ill. | Centralized before The Honorable Marvin E. Aspen<br><br>Assigned to Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION TO COMPEL PLAINTIFFS ARTHUR AND ETHELYN COLEMAN TO APPEAR AT DEPOSITION

**PLEASE TAKE NOTICE** that on April 18, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendant Ameriquest Mortgage Company's Motion to Compel Plaintiffs Arthur and Ethelyn Coleman to Appear at Deposition. A copy of the Motion to Dismiss for Want of Prosecution is concurrently served upon you.

DATED: April 12, 2013

Respectfully submitted,

By: /s/ Randall Manvitz
*Attorneys for Defendant* Ameriquest Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 12th day of April 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 13751581v1