**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: *Bailey, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-01733, N.D. Ill. | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JUSTIN THOMPSON** and **CYNTHIA THOMPSON** (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  April 18, 2013                Respectfully submitted,

                                       By:  /s/ Daniel S. Blinn
                                       *Attorneys for Plaintiffs Justin Thompson and*
                                       *Cynthia Thompson*

                                       Daniel S. Blinn, Esq.
                                       CONSUMER LAW GROUP, LLC
                                       35 Cold Spring Road, Suite 512
                                       Rocky Hill, CT  06067
                                       Telephone: (860) 571-0408
                                       Facsimile:  (860) 571-7457

DATED:  April 18, 2013                Respectfully submitted,

                                       By:  /s/ Joanne N. Davies
                                       *Attorneys for Ameriquest Mortgage Company and*
                                       *CitiMortgage successor in interest by merger to*
                                       *CitiFinancial Mortgage Co. Inc.*

                                       Joanne N. Davies, Esq.
                                       BUCHALTER NEMER
                                       18400 Von Karman Avenue, Suite 800
                                       Irvine, California 92612
                                       Telephone: (949) 760-1121
                                       Facsimile:  (949) 720-0182

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne N. Davies, hereby certify that on this 18th day of April 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies