IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Arndt, et al. v. Ameriquest, et al.*, 06-cv-02479, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**AMERIQUEST'S MOTION FOR RULE TO SHOW CAUSE WHY PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT'S DISCOVERY ORDER; NOTICE OF MOTION; AND THIS CERTIFICATE OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Jerrold D. Farinash
Kennedy, Koontz & Farinash
320 North Holtzclaw Avenue
Chattanooga, TN 37404-2305
jdf@kkflawfirm.com

Richard L. Banks
Richard Banks & Associates, P.C.
393 Broad Street
P.O. Box 1515
Cleveland, TN 37364-1515
rbanks@rbankslawfirm.com

BN 13855688v1

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on April 25, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY EMAIL** On April 25, 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 25, 2013 at Irvine, California.

Raquel Moreno

(Signature)

BN 13855688v1

# Moreno, Rachel

| | |
|---|---|
| **From:** | Moreno, Rachel |
| **Sent:** | Thursday, April 25, 2013 2:08 PM |
| **To:** | 'jdf@kkflawfirm.com'; 'rbanks@rbankslawfirm.com' |
| **Cc:** | Davies, Joanne |
| **Subject:** | Arndt et al., v. Ameriquest Case No. 06-cv-02479 |
| **Attachments:** | Ameriquest Notice of Motion.pdf; Ameriquest Motion & Exhibit.pdf |

Attached please find:

Notice of Motion; and
Ameriquest's Motion for Rule to Show Cause Why Plaintiffs Maria Arndt and Forrest Pendergrah Should Not be Held in Civil Contempt to Court's Discovery Order.

*Rachel Moreno*
*Secretary*
**BuchalterNemer**, A Professional Corporation
18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612
Direct Dial: (949) 224-6236 | Switchboard: (949) 760-1121
Email: rachelmoreno@buchalter.com | www.buchalter.com

1