# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL CASES | MDL No. 1715 Lead case No. 05-7097 Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris represents five remaining plaintiff households with claims still pending in the MDL.

1. Thomas and Linda Applegate – The Applegates are not communicating with Counsel. Ocwen has indicated that they commenced collection activities.

2. Natalie Clemons – Clemons and Ocwen are engaged in settlement negotiations and, hopefully, moving toward a resolution.

3. Joyce Griggs – Griggs and Ocwen are also engaged in settlement negotiations and, hopefully, moving toward a resolution.

4. Michael & Susan O'Keefe – The O'Keefes are reviewing the settlement agreement received on April 24, 2013. Chase has lifted the litigation hold on foreclosure proceedings placed on the O'Keefe account.

5. Gil & Janet Solnin – Ocwen has asked the Solnins to fill out loan modification paperwork. The Solnins are doing so and counsel hopes to have those documents to Ocwen shortly.

|  |  | Respectfully Submitted: |
|---|---|---|
| Date: | April 25, 2013 |       /s/ Anthony P. Valach, Jr. |

Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

## **CERTIFICATE OF SERVICE**

  I, Anthony P. Valach, Jr., hereby certify that on this 25th day of April 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


              By:   /s/ Anthony P. Valach, Jr.