# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before The Honorable |
| *Buck, et al.  v. Ameriquest, et al.*, 07-cv-04874, N.D. Ill. | Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

**<u>DECLARATION OF JOANNE N. DAVIES IN SUPPORT OF AMERIQUEST'S
MOTION FOR RULE TO SHOW CAUSE WHY PLAINTIFFS BRUCE BUCK AND
SHANNON BUCK SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT'S
DISCOVERY ORDER</u>**

I, Joanne N. Davies, declare as follows:

1.      I am an attorney duly licensed to practice law before all courts in the State of California and am a Shareholder with the law firm of Buchalter Nemer, A Professional Corporation, attorneys for Ameriquest Mortgage Company ("Ameriquest").  I have been admitted pro hac vice in this matter.  I make this Declaration on my own personal knowledge, except for matters set forth herein on my information and belief, and as to those matters, I believe my information to be true and correct.  If called as a witness, I could and would competently testify to the matters contained herein.

2.      As set forth in Ameriquest's Motions to Compel Discovery Responses ("Motions to Compel") [Dkts. 5159, 5172], Plaintiffs Bruce Buck and Shannon Buck ("Plaintiffs") have been unresponsive to Ameriquest's attempts to engage in settlement discussions or settlement discussions have not resulted in resolution.

1

3.     As a result, Ameriquest propounded discovery requests to Plaintiffs in an effort to move the matters closer to resolution.   Plaintiffs were sent requests for production, interrogatories, and requests for admission. However, Ameriquest only received unsigned responses to Ameriquest's requests for admission.  Plaintiffs failed to provide any responses to Ameriquest's requests for production or interrogatories and Plaintiffs have not produced any documents.

4.     After not receiving responses to the requests for production and interrogatories from Plaintiffs, counsel for Ameriquest sent a letter and left a voice message for counsel for Plaintiffs, Wayde Brooks, in an effort to obtain the discovery responses but Plaintiffs did not respond to the outstanding discovery.  [Dkt. 5172-4].

5.     On January 24, 2013, Ameriquest's Motions to Compel came on for hearing before Magistrate Judge Daniel Martin.  Ameriquest's Motions to Compel were granted.  The Court ordered Plaintiffs to respond to the outstanding discovery within fifteen (15) days from the date of the order – by February 9, 2013 ("Discovery Order").  [Dkt. 5181].  The Court also admonished Plaintiffs that it may recommend that Plaintiffs' claims be dismissed if Plaintiffs did not respond to the discovery or provide something in writing to indicate that they intended to proceed with the litigation.  As requested by the Court, Defendants served the Discovery Order on Plaintiffs by mail and filed the Certificate of Service.  [Dkt. 5182].

6.     Plaintiffs failed to comply with the Discovery Order and did not respond to the requests for production or interrogatories propounded by Ameriquest.  Pursuant to Local Rule 37.2, I have attempted to meet and confer with Plaintiffs' counsel, Wayde Brooks, on numerous occasions and each time my meet and confer efforts have been ignored by Mr. Brooks.  On February 25, 2013, I called Mr. Brooks to meet and confer regarding Plaintiffs' missing discovery responses but was unable to leave a voice message because Mr. Brooks voicemail box was full.  That same day, I followed-up by sending a letter (by email and mail) to Mr. Brooks requesting that he meet and confer with me.  Attached hereto as Exhibit 1 is my February 25, 2013 letter and email to Mr. Brooks.  On March 11, 2013, I again called Mr. Brooks and this

2

BN 13865180v1

time was able to leave a voice message asking him to call me to discuss Plaintiffs' failure to respond to the outstanding discovery and advising that if he did not call back Ameriquest would have no option but to seek court intervention. I received no response. On April 23, 2013, I again called Mr. Brooks and left him a voice message asking that he call so the parties could meet and confer. On that same day, I followed-up with an email to Mr. Brooks requesting a meet and confer and advising that if he did not contact me by April 25th that this matter would be brought to the attention of the Court. Attached hereto as Exhibit 2 is my April 23, 2013 email to Mr. Brooks. I have received no response from Mr. Brooks. Also, I have yet to receive any of the missing discovery responses from Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on April 25, 2013

Joanne N. Davies

3

# EXHIBIT 1

**Davies, Joanne**

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, February 25, 2013 4:33 PM |
| **To:** | Brooks, Wayde (wayde@brookslawoffices.net) |
| **Subject:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses |
| **Attachments:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses.PDF |

Please contact me to meet and confer on these discovery issues.

Joanne N. Davies | Shareholder | **Buchalter**Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

February 25, 2013

**VIA E-MAIL ([wayde@brookslawoffices.net](mailto:wayde@brookslawoffices.net)) &**
**FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

Re:    Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

As you are aware, Defendants brought Motions to Compel Discovery Responses from Non-Responsive Plaintiffs [5159, 5172]. The Motions included your clients, Bruce and Shannon Buck, for failing to respond to Ameriquest's Requests for Production and Interrogatories. On January 24, 2013, the Court granted Defendants' Motions and ordered your clients to respond to the outstanding discovery within fifteen (15) days [5181]. Despite the Court Order requiring them to do so, your clients failed to respond to Ameriquest's Requests for Production and Interrogatories.

This afternoon I called your office and tried to leave you a voice message but was unable to do so because the notification stated that your mail box was full. Please contact me immediately so that we can meet and confer telephonically regarding your clients' missing discovery responses. Also, please confirm a date certain by which you are going to provide discovery responses on behalf of your clients.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By Joanne N. Davies

# EXHIBIT 2

**Davies, Joanne**

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Tuesday, April 23, 2013 5:21 PM |
| **To:** | Brooks, Wayde (wayde@brookslawoffices.net) |
| **Subject:** | RE: 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses |
| **Attachments:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery....pdf |

Mr. Brooks,

As a follow-up to my voice message of this afternoon, while we have attempted to engage you in meet and confer discussions you have refused to respond to any of our efforts to speak with you.  Please contact me by this **Thursday, April 25, 2013**, to discuss the outstanding discovery issues.  If I do not hear from you, this leaves us with no option but to bring this matter to the attention of the Court.

Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Davies, Joanne
**Sent:** Monday, February 25, 2013 4:33 PM
**To:** Brooks, Wayde (wayde@brookslawoffices.net)
**Subject:** 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses

Please contact me to meet and confer on these discovery issues.

Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com



BuchalterNemer
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

February 25, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &**
**FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

      Re:    Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

      As you are aware, Defendants brought Motions to Compel Discovery Responses from Non-Responsive Plaintiffs [5159, 5172]. The Motions included your clients, Bruce and Shannon Buck, for failing to respond to Ameriquest's Requests for Production and Interrogatories. On January 24, 2013, the Court granted Defendants' Motions and ordered your clients to respond to the outstanding discovery within fifteen (15) days [5181]. Despite the Court Order requiring them to do so, your clients failed to respond to Ameriquest's Requests for Production and Interrogatories.

      This afternoon I called your office and tried to leave you a voice message but was unable to do so because the notification stated that your mail box was full. Please contact me immediately so that we can meet and confer telephonically regarding your clients' missing discovery responses. Also, please confirm a date certain by which you are going to provide discovery responses on behalf of your clients.

      If you have any questions, please do not hesitate to contact me.

                Very truly yours,

                BUCHALTER NEMER
                A Professional Corporation

                By                  

                Joanne N. Davies

BN 13340793v1

Los Angeles • Orange County • San Francisco • Scottsdale