# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Buck, et al. v. Ameriquest, et al.*, 07-cv-04874, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 2, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1300[1] of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendant Ameriquest Mortgage Company's **MOTION FOR RULE TO SHOW CAUSE WHY PLAINTIFFS BRUCE BUCK AND SHANNON BUCK SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT'S DISCOVERY ORDER** ("Motion"). A copy of the Motion is concurrently served upon you.

DATED: April 25, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

---

[1] Magistrate Judge Martin's courtroom has temporarily relocated from Courtroom 1350 to 1300.

BN 13863163v1

## CERTIFICATE OF SERVICE

    I, Joanne N. Davies, hereby certify that on this 25th day of April 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 13863163v1