# EXHIBIT A

# Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Tuesday, April 16, 2013 5:57 PM |
| **To:** | William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net) |
| **Subject:** | Ameriquest MDL - Discovery Responses from Rosa Dailey |

Bill,

As you will recall, Judge Martin issued an order providing an extension of time to April 23, 2013 for Rosa Dailey to provide discovery responses [Dkt. 5229]. Please advise as to whether Ms. Dailey intends to provide the requested discovery responses by April 23rd. If not, please let me know where things otherwise stand, such as with the guardianship issues that you raised, so that we can meet and confer about these issues in advance of the next status hearing on May 2nd.

Best Regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Tuesday, April 23, 2013 12:35 PM |
| **To:** | William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net) |
| **Subject:** | RE: Ameriquest MDL - Discovery Responses from Rosa Dailey |

Bill,

As a follow-up to my e-mail below and my voice messages on April 17, 2013 and April 23, 2013, please contact me at your earliest convenience so that we can meet and confer on outstanding discovery issues. While the Court provided an extension of time to April 23rd for Ms. Dailey to respond to discovery as of today we have no record of receiving any discovery responses from Ms. Dailey. Additionally, we have received no communication from you as to the status of any guardianship issues that may exist with respect to Ms. Dailey.

Again, please call me so that we have an opportunity to discuss and potentially reach a resolution on these matters in advance of the next status hearing.

Best regards,

Joanne


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com


**From:** Davies, Joanne
**Sent:** Tuesday, April 16, 2013 5:57 PM
**To:** William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net)
**Subject:** Ameriquest MDL - Discovery Responses from Rosa Dailey

Bill,

As you will recall, Judge Martin issued an order providing an extension of time to April 23, 2013 for Rosa Dailey to provide discovery responses [Dkt. 5229]. Please advise as to whether Ms. Dailey intends to provide the requested discovery responses by April 23rd. If not, please let me know where things otherwise stand, such as with the guardianship issues that you raised, so that we can meet and confer about these issues in advance of the next status hearing on May 2nd.

Best Regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 |

1

Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

# EXHIBIT B

# Davies, Joanne

**From:** Davies, Joanne
**Sent:** Wednesday, April 17, 2013 9:04 AM
**To:** William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net)
**Subject:** Ameriquest MDL - Discovery Responses from Maynor Villagran

Bill,

As a follow-up to my voice message of this morning, as you will recall, Judge Martin issued an order providing an extension of time to April 23, 2013 for Maynor Villagran to provide discovery responses [Dkt. 5229]. Please advise as to whether Mr. Villagran intends to provide the requested discovery responses by April 23rd. If not, please let me know where things otherwise stand so that we can meet and confer about these issues in advance of the next status hearing on May 2nd.

Best Regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

## Davies, Joanne

**From:** Davies, Joanne
**Sent:** Tuesday, April 23, 2013 12:37 PM
**To:** William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net)
**Subject:** RE: Ameriquest MDL - Discovery Responses from Maynor Villagran

Bill,

As a follow-up to my voice message of today, and my email and voice message of April 17th, please contact so that we can meet and confer regarding Mr. Villagran's failure to provide us with discovery responses by April 23rd as ordered by the Court.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Davies, Joanne
**Sent:** Wednesday, April 17, 2013 9:04 AM
**To:** William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net)
**Subject:** Ameriquest MDL - Discovery Responses from Maynor Villagran

Bill,

As a follow-up to my voice message of this morning, as you will recall, Judge Martin issued an order providing an extension of time to April 23, 2013 for Maynor Villagran to provide discovery responses [Dkt. 5229]. Please advise as to whether Mr. Villagran intends to provide the requested discovery responses by April 23rd. If not, please let me know where things otherwise stand so that we can meet and confer about these issues in advance of the next status hearing on May 2nd.

Best Regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com