## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**STATUS REPORT OF THE AMERIQUEST DEFENDANTS FOR MAY 2, 1013 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Jerrold D. Farinash, Esq.
Kennedy, Koontz & Farinash
320 North Holtzclaw Avenue
Chattanooga, TN 37404-2305
jdf@kkflawfirm.com

Counsel for Plaintiffs Maria Arndt and Forrest Pendergraph

Richard L. Banks, Esq.
Richard Banks & Associates, P.C.
393 Broad Street
P.O. Box 1515
Cleveland, TN 37364-1515
rbanks@rbankslawfirm.com

BN 13891341v1

| | |
|---|---|
| Wayde Brooks, Esq.<br>Law Offices of Wayde Brooks<br>1360 Hewitt Avenue<br>Saint Paul, MN 55104<br>wayde@brookslawoffices.net | Counsel for Plaintiffs Bruce and Shannon Buck |
| William F. Spielberger, Esq.<br>53 West Jackson Blvd., Suite 1231<br>Chicago, IL 60604<br>bartleby.scriviner@sbcglobal.net | Counsel for Plaintiffs Rosa Dailey and Maynor Villagran |
| Cedric Peterson<br>9345 Rocky Lane<br>Orangevale, CA 95662<br>genesisgrp@yahoo.com | Pro per plaintiff |

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on April 26, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY EMAIL** On April 26, 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒ I declare that I am a pro hac vice member of the bar of this court at whose direction the service was made. Executed on April 26, 2013 at Irvine, California.

Joanne N. Davies

_____  _____
                                                                   (Signature)

# Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Friday, April 26, 2013 12:32 PM |
| **To:** | Farinash, Jerrold D. (jdf@kkflawfirm.com); Banks, Richard L. (rbanks@rbankslawfirm.com) |
| **Subject:** | 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B |
| **Attachments:** | 5278 - 00 - STATUS REPORT for the Ameriquest Defendants.PDF; 5278 - 01 - STATUS REPORT Exhibits A and B.PDF |

Messrs. Farinash and Banks,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Friday, April 26, 2013 12:27 PM |
| **To:** | Brooks, Wayde (wayde@brookslawoffices.net) |
| **Subject:** | 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B |
| **Attachments:** | 5278 - 00 - STATUS REPORT for the Ameriquest Defendants.PDF; 5278 - 01 - STATUS REPORT Exhibits A and B.PDF |

Mr. Brooks,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

1

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Friday, April 26, 2013 12:27 PM |
| **To:** | William F. Spielberger, Esq. (bartleby.scriviner@sbcglobal.net) |
| **Subject:** | 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B |
| **Attachments:** | 5278 - 00 - STATUS REPORT for the Ameriquest Defendants.PDF; 5278 - 01 - STATUS REPORT Exhibits A and B.PDF |

Bill,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

# Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Friday, April 26, 2013 12:28 PM |
| **To:** | 'genesisgrp@yahoo.com' |
| **Subject:** | 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B |
| **Attachments:** | 5278 - 00 - STATUS REPORT for the Ameriquest Defendants.PDF; 5278 - 01 - STATUS REPORT Exhibits A and B.PDF |

Mr. Peterson,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

1