**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT LEE S. JACOBOWITZ**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **LEE S. JACOBOWITZ** ("Jacobowitz") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Jacobowitz.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Jacobowitz shall bear their own costs and attorneys' fees.

DATED: May 10, 2013                     Respectfully submitted,

                                        By:  /s/ Joanne N. Davies
                                        *Attorneys for Ameriquest Mortgage Company,*
                                        *Town & Country Credit Corporation, and Argent*
                                        *Mortgage Company, LLC*

                                        Joanne N. Davies, Esq.
                                        BUCHALTER NEMER
                                        18400 Von Karman Avenue, Suite 800
                                        Irvine, California 92612
                                        Telephone:  (949) 760-1121
                                        Facsimile:  (949) 720-0182

DATED: May 10, 2013                     Respectfully submitted,

                                        By:  /s/ Scott Brown
                                        *Attorneys for Lee S. Jacobowitz*

                                        Scott Brown, Esq.
                                        CASSIDAY SCHADE LLP
                                        20 N. Wacker Drive, Suite 1000
                                        Chicago, IL 60606
                                        Telephone: (312) 444-1613

BN 9933267v1                              2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of May 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies