IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT NIGRO ASSOCIATES, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **NIGRO ASSOCIATES, LLC** ("Nigro") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Nigro.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Nigro shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED: May 10, 2013 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies |
| | *Attorneys for Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC* |
| | Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| DATED: May 10, 2013 | Respectfully submitted, |
| | By: /s/ Scott Brown |
| | *Attorneys for Nigro Associates, LLC* |
| | Scott Brown, Esq.<br>CASSIDAY SCHADE LLP<br>20 N. Wacker Drive, Suite 1000<br>Chicago, IL 60606<br>Telephone: (312) 444-1613 |

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 10th day of May 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies