# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                                  Plaintiff,

v.                                                             Case No.: 1:05−cv−07097

                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Pursuant to Federal Rule of Civil Procedure 41(a), and joint stipulation of dismissal of claims against third−party defendant Dewrell & Sacks, LLP.,. (5285) third party plaintiff Ameriquest Mortgage Company, Argent Mortgage Company, LLC., and Town & Country Credit Corporation (collectively the "AMC Entities") dismiss all of their claims in the Fifth Amended Consolidated Third−Party Complaint against third−party defendant Dewrell & Sacks, LLP., with prejudice. All other claims by AMC Entities against other Third−party defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Dewrell shall bear their own costs and attorneys' fee. Dewrell Sacks, LLP terminated. terminated.Judicial staff mailed notice.(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.