**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Morse, et al. v. Ameriquest Mortgage Company, et al.*, 07-00314, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **STACIE L. MORSE** and **DAVID L. MORSE** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for **AMERIQUEST MORTGAGE SECURITIES, INC., SHAWN PRESNELL,** and **MICHAEL C. CAMPBELL**[1] (collectively "Defendants") hereby stipulate that the *Morse, et al. v. Ameriquest Mortgage Company, et al.*, 07-00314 (N.D. Ill.) matter (transferred into the MDL) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by Michael C. Campbell.

| | |
|---|---|
| DATED: May 15, 2013 | Respectfully submitted,<br><br>By: /s/ D. Richard Black<br>*Attorneys for Plaintiffs Stacie L. Morse and David L. Morse*<br><br>D. Richard Black, Esq.<br>D. RICHARD BLACK ASSOC.<br>283 Howard Ave.<br>Holland, MI 49424<br>Telephone: (616) 396-3998 |
| DATED: May 15, 2013 | Respectfully submitted,<br><br>By: /s/ Joanne N. Davies<br>*Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, Ameriquest Mortgage Securities, Inc., and Shawn Presnell*<br><br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 15th day of May 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      By: /s/ Joanne N. Davies