# EXHIBIT A

**Citi Residential Lending**

P.O. Box 11000
Santa Ana, CA 92711-1000

**citi**

December 15, 2008

#BWNKZZS
Betty J Jones
Rosa L Dailey
7431 S Merrill Ave
Chicago, IL 60649

Re: Loan No. **Redacted**
Due Date:
Property Address: 7431 S Merrill Ave, Chicago IL 60649

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of the above mortgage loan, is being assigned, sold or transferred from Citi Residential Lending to Chase Home Finance, LLC. effective January 1, 2009.

This assignment, sale or transfer will only affect the servicing of your loan. All other terms contained in your mortgage documents remain in effect. Please note that if you have other loans serviced by Citi Residential Lending, these loans will remain with Citi Residential Lending unless you are informed otherwise.

Your present servicer is Citi Residential Lending. If you have any questions relating to the transfer of servicing, call our Customer Care Department between 6:00 a.m. to 6:00 p.m., PST, Monday through Friday at (800) 430-5262.

Your new servicer will be Chase Home Finance, LLC. Below are its contacts for Correspondence and Payment questions:

| (CORRESPONDENCE) | (PAYMENTS) |
|---|---|
| Chase Home Finance | Chase Home Finance |
| Attn: Research | PO Box 78116 |
| PO Box 24573 | Phoenix, AZ 85062-8116 |
| Columbus, OH 43224 | |

The toll-free telephone number of your new servicer is (800) 548-7912. If you have any questions relating to the transfer of servicing, call Customer Service between 8:00 a.m. and 9:00 p.m., EST, Monday - Friday, and Saturday, 8:00 a.m. to 5:00 p.m., EST.

The date that your present servicer will stop accepting payments from you is December 31, 2008. The date that your new servicer will start accepting payments from you is January 1, 2009. Send all payments due on or after that date to your new servicer.

Federal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law otherwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only.

If you have mortgage life, disability, or other type of optional insurance policies, they will be transferred to the new servicer, unless notified otherwise. If you are enrolled in our monthly Automatic Payment Draft service, the drafting will be transferred to the new servicer. If you are enrolled in our biweekly Automatic Payment Draft service the drafting will be cancelled.

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605) requires that your present servicer send you a notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e. the right to collect payments from you) at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request.

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where services are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.
SR842/011/CPI