IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable<br>Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Brissett, et al. v. Ameriquest Mortgage Company,<br>et al.*, Case No. 1:07-00130, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **SEAN WELLS** and **PATRICIA WELLS** hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their third-party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: ~~April~~ May 21, 2013

Respectfully submitted,

By: _____
*Pro se plaintiff Sean Wells*

Sean Wells
823 E. 228th Street
Bronx, NY 10466

DATED: ~~April~~ May 21, 2013

Respectfully submitted,

By: *Patricia Wells*
*Pro se plaintiff Patricia Wells*

Patricia Wells
823 E. 228th Street
Bronx, NY 10466

DATED: April 23, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies, Esq.
*Attorneys for Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Ave.
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of May 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies