### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Coleman, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-03577, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ROBERT L. ELDER** and **NANCY ELDER COLEMAN** (collectively "Plaintiffs") hereby stipulate to the dismissal of their claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: June 4, 2013 | Respectfully submitted,<br><br>By: /s/ Charles M. Baird<br>*Attorneys for the Plaintiffs Robert L. Elder and Nancy Elder Coleman*<br><br>Charles M. Baird, Esq.<br>1270 Caroline Street<br>Suite D120-440<br>Atlanta, Georgia 30307-2758<br>Telephone: (404) 522-9485 |
| DATED: June 4, 2013 | Respectfully submitted,<br><br>By: /s/ Joanne N. Davies<br>*Attorneys for Defendants Ameriquest Mortgage Company, JPMC Specialty Mortgage LLC, and Deutsche Bank National Trust Company, as Trustee*<br><br>Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 4th day of June 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies