# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Buck, et al. v. Ameriquest, et al.*, 07-cv-04874, N.D. Ill. | Centralized before The Honorable Marvin E. Aspen |
| | Assigned to Magistrate Judge Daniel G. Martin |

### DECLARATION OF JOANNE N. DAVIES IN SUPPORT OF AMERIQUEST'S MOTION FOR RULE TO SHOW CAUSE WHY PLAINTIFFS BRUCE BUCK AND SHANNON BUCK SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT'S DISCOVERY ORDER

I, Joanne N. Davies, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts in the State of California and am a Shareholder with the law firm of Buchalter Nemer, A Professional Corporation, attorneys for Ameriquest Mortgage Company ("Ameriquest"). I have been admitted pro hac vice in this matter. I make this Declaration on my own personal knowledge, except for matters set forth herein on my information and belief, and as to those matters, I believe my information to be true and correct. If called as a witness, I could and would competently testify to the matters contained herein.

2.     As set forth in Ameriquest's Motions to Compel Discovery Responses ("Motions to Compel") [Dkts. 5159, 5172], Plaintiffs Bruce Buck and Shannon Buck ("Plaintiffs") have been unresponsive to Ameriquest's attempts to engage in settlement discussions or settlement discussions have not resulted in resolution.

1

3.     As a result, Ameriquest propounded discovery requests to Plaintiffs in an effort to move the matters closer to resolution.   Plaintiffs were sent requests for production, interrogatories, and requests for admission. However, Ameriquest only received unsigned responses to Ameriquest's requests for admission.  Plaintiffs failed to provide any responses to Ameriquest's requests for production or interrogatories and Plaintiffs have not produced any documents.

4.     After not receiving responses to the requests for production and interrogatories from Plaintiffs, counsel for Ameriquest sent a letter and left a voice message for counsel for Plaintiffs, Wayde Brooks, in an effort to obtain the discovery responses but Plaintiffs did not respond to the outstanding discovery.  [Dkt. 5172-4].

5.     On January 24, 2013, Ameriquest's Motions to Compel came on for hearing before Magistrate Judge Daniel Martin.  Ameriquest's Motions to Compel were granted.  The Court ordered Plaintiffs to respond to the outstanding discovery within fifteen (15) days from the date of the order – by February 9, 2013 ("Discovery Order").  [Dkt. 5181].  The Court also admonished Plaintiffs that it may recommend that Plaintiffs' claims be dismissed if Plaintiffs did not respond to the discovery or provide something in writing to indicate that they intended to proceed with the litigation.  As requested by the Court, Defendants served the Discovery Order on Plaintiffs by mail and filed the Certificate of Service.  [Dkt. 5182].

6.     Plaintiffs failed to comply with the Discovery Order and did not respond to the requests for production or interrogatories propounded by Ameriquest.  Pursuant to Local Rule 37.2, I have attempted to meet and confer with Plaintiffs' counsel, Wayde Brooks, on numerous occasions and each time my meet and confer efforts have been ignored by Mr. Brooks.  On February 25, 2013, I called Mr. Brooks to meet and confer regarding Plaintiffs' missing discovery responses but was unable to leave a voice message because Mr. Brooks voicemail box was full.  That same day, I followed-up by sending a letter (by email and mail) to Mr. Brooks requesting that he meet and confer with me.  Attached hereto as Exhibit 1 is my February 25, 2013 letter and email to Mr. Brooks.  On March 11, 2013, I again called Mr. Brooks and this

2

Case: 1:05-cv-07097 Document #: 5273-1 Filed: 04/25/13 Page 4 of 10 PageID #:50677

time was able to leave a voice message asking him to call me to discuss Plaintiffs' failure to respond to the outstanding discovery and advising that if he did not call back Ameriquest would have no option but to seek court intervention.  I received no response.  On April 23, 2013, I again called Mr. Brooks and left him a voice message asking that he call so the parties could meet and confer.  On that same day, I followed-up with an email to Mr. Brooks requesting a meet and confer and advising that if he did not contact me by April 25th that this matter would be brought to the attention of the Court.  Attached hereto as Exhibit 2 is my April 23, 2013 email to Mr. Brooks.  I have received no response from Mr. Brooks.  Also, I have yet to receive any of the missing discovery responses from Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on April 25, 2013

Joanne N. Davies

BN 13865180v1

# EXHIBIT 1

**Davies, Joanne**

---

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, February 25, 2013 4:33 PM |
| **To:** | Brooks, Wayde (wayde@brookslawoffices.net) |
| **Subject:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses |
| **Attachments:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses.PDF |

Please contact me to meet and confer on these discovery issues.

Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

1



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: jdavies@buchalter.com

February 25, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &
FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

Re:     Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

As you are aware, Defendants brought Motions to Compel Discovery Responses from Non-Responsive Plaintiffs [5159, 5172]. The Motions included your clients, Bruce and Shannon Buck, for failing to respond to Ameriquest's Requests for Production and Interrogatories. On January 24, 2013, the Court granted Defendants' Motions and ordered your clients to respond to the outstanding discovery within fifteen (15) days [5181]. Despite the Court Order requiring them to do so, your clients failed to respond to Ameriquest's Requests for Production and Interrogatories.

This afternoon I called your office and tried to leave you a voice message but was unable to do so because the notification stated that your mail box was full. Please contact me immediately so that we can meet and confer telephonically regarding your clients' missing discovery responses. Also, please confirm a date certain by which you are going to provide discovery responses on behalf of your clients.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*

Joanne N. Davies

BN 13340793v1

Los Angeles · Orange County · San Francisco · Scottsdale

# EXHIBIT 2

Case: 1:05-cv-07097 Document #: 5273-1 Filed: 04/25/13 Page 9 of 10 PageID #:50682

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Tuesday, April 23, 2013 5:21 PM |
| **To:** | Brooks, Wayde (wayde@brookslawoffices.net) |
| **Subject:** | RE: 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses |
| **Attachments:** | 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery....pdf |

Mr. Brooks,

As a follow-up to my voice message of this afternoon, while we have attempted to engage you in meet and confer discussions you have refused to respond to any of our efforts to speak with you. Please contact me by this **Thursday, April 25, 2013**, to discuss the outstanding discovery issues.  If I do not hear from you, this leaves us with no option but to bring this matter to the attention of the Court.


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com


**From:** Davies, Joanne
**Sent:** Monday, February 25, 2013 4:33 PM
**To:** Brooks, Wayde (wayde@brookslawoffices.net)
**Subject:** 2013-02-25 Ltr to W. Brooks re_ Bruce and Shannon Buck Missing Discovery Responses

Please contact me to meet and confer on these discovery issues.


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

1



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: jdavies@buchalter.com

February 25, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &
FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

Re: Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

As you are aware, Defendants brought Motions to Compel Discovery Responses from Non-Responsive Plaintiffs [5159, 5172]. The Motions included your clients, Bruce and Shannon Buck, for failing to respond to Ameriquest's Requests for Production and Interrogatories. On January 24, 2013, the Court granted Defendants' Motions and ordered your clients to respond to the outstanding discovery within fifteen (15) days [5181]. Despite the Court Order requiring them to do so, your clients failed to respond to Ameriquest's Requests for Production and Interrogatories.

This afternoon I called your office and tried to leave you a voice message but was unable to do so because the notification stated that your mail box was full. Please contact me immediately so that we can meet and confer telephonically regarding your clients' missing discovery responses. Also, please confirm a date certain by which you are going to provide discovery responses on behalf of your clients.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _____
Joanne N. Davies

BN 13340793v1

# EXHIBIT B

Case: 1:05-cv-07097 Document #: 5172-3 Filed: 01/18/13 Page 52 of 57 PageID #:50073



18400 Von Karman Avenue, Suite 800 Irvine, California 92612-0514
Telephone (949) 760-1121 / Fax (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: jdavies@buchalter.com

January 2, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &**
**FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

   Re: Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

  This firm represents Ameriquest Mortgage Company in the above-referenced matter. The purpose of this letter is to meet and confer regarding your clients' failure to respond to Ameriquest's Requests for Production and Interrogatories which were served on July 9, 2012. The deadline to timely respond to this discovery was August 13, 2012. Your clients have waived any right to object to the discovery served by not responding by August 13, 2012. Please have your clients provide responses, without objection, by January 18, 2013. Should we fail to receive written responses to the discovery requests, we will have no option but to bring this matter to the Court's attention and request that your clients be compelled to respond.

  We did receive responses to the Requests for Admission that were served on July 9, 2012 but these were not signed either by you or your clients. Please forward to us signed responses to the Requests for Admission by January 18, 2013.

  If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    BUCHALTER NEMER
    A Professional Corporation

    By

      Joanne N. Davies

BN 13074576v1    Los Angeles · Orange County · San Francisco · Scottsdale

# EXHIBIT C

## <u>Defendants' Attempts To Confer With Plaintiffs By Telephone</u>

Pursuant to Local Rule 37.2, Defendants' counsel conferred by telephone with each plaintiff or attempted to do so, to meet and confer regarding the subject discovery as follows:

1.  **<u>Maria Arndt and Forrest Pendergraph</u>**

On November 26, 2012, Defendants' counsel Randall L. Manvitz called Plaintiffs' counsel Richard Banks, but Mr. Banks did not answer and Mr. Manvitz did not have the option of leaving a voice message. On December 10, 2012, Mr. Manvitz called again and spoke with Mr. Bank's assistant who stated that Mr. Bank's was out of the office until December 17, 2012. Mr. Manvitz informed Mr. Bank's assistant that Defendants would file a motion to compel unless they received discovery responses or an adequate response on or before December 17, 2012. To date, Defendants have not received discovery responses from plaintiffs or any response from Mr. Banks. Defendants have also not received a response to the letter they sent to Plaintiffs on September 11, 2012, which is attached to the Motion as Exhibit C. Although plaintiffs were served with this Motion on or about December 18, 2012, they have not contacted Defendants' counsel.

2.  **<u>Bruce and Shannon Buck</u>**

On January 15, 2013, Defendants' counsel Randall L. Manvitz called Plaintiffs' counsel Wayde Brooks and left a message requesting a return call and reiterating that Defendants would file a motion to compel unless received discovery responses or an adequate response on or before January 18, 2013. To date, Defendants have not received discovery responses from Plaintiffs or any response from Plaintiffs' counsel. Defendants have also not received a response to the letter they sent to Plaintiffs on January 2, 2013, which is attached to the Motion as Exhibit C.

3.  **<u>Brett Burris and Christine Burris</u>**

Defendants have been unable to contact Plaintiffs because their phone numbers are unknown and cannot be found despite diligent efforts. On November 26, 2012, Mr. Manvitz attempted to call Plaintiffs at two different phone numbers, but each time was informed that he had reached the wrong number. Despite running Google searches as well as a search on

BN 13154261v2

# EXHIBIT D

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Daniel G. Martin |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/2/2013 |
| **CASE TITLE** | In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation" | | |

### DOCKET ENTRY TEXT

Status and motion hearing held and continued to 6/20/2013 at 10 a.m. For the reasons explained in open court and below, Ameriquest's Motions for Rule to Show Cause as to Plaintiffs Maria Arndt and Forrest Pendergraph and Bruce and Shannon Buck [5268, 5273] are entered and continued without prejudice to Ameriquest filing a motion to dismiss for want of prosecution on the same basis before the district court. As to Plaintiff Rosa Dailey, Attorney Spielberger represented that he will seek a guardian ad litem in state court by 5/16/2013 and provide Ameriquest with all responsive documents in his possession. As to Plaintiff Maynor Villagran, Attorney Spielberger will provide Ameriquest with all responsive documents in his possession by 5/2/2013. After Attorney Spielberger's production, Attorney Spielberger and counsel for Ameriquest shall continue to meet and confer in good faith regarding any additional outstanding discovery. Plaintiff Cedric Peterson shall produce outstanding responsive discovery to Ameriquest by 5/16/2013. Discovery regarding third-party claims remains stayed.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

### STATEMENT

Ameriquest's Motions for Rule to Show Cause Why Plaintiffs Maria Arndt and Forrest Pendergraph [5268] and Bruce and Shannon Buck [5273] Should Not Be Held in Civil Contempt of Court's Discovery Order were noticed for presentment this morning. Plaintiffs Maria Arndt, Forrest Pendergraph, Bruce Buck, and Shannon Buck did not appear at the motion hearing, and their counsel did not appear at the hearing.

On January 25, 2013, this Court entered an order granting the Ameriquest Defendants' Motion to Compel and ordering the Plaintiffs identified in Exhibit A to the order to respond to the outstanding discovery served by Defendants, without objection, by February 9, 2013. (Doc. 5181). Maria Arndt, Forrest Pendergraph, Bruce Buck, and Shannon Buck were identified in Exhibit A to that order. This Court also admonished Plaintiffs that if they did not respond to the discovery or notify defense counsel in writing that they intended to proceed with the litigation, it may recommend that their claims be dismissed with prejudice for failure to prosecute.

Plaintiffs Maria Arndt, Forrest Pendergraph, and Bruce and Shannon Buck did not comply with this Court's Order dated January 25, 2013. Ameriquest has not received any discovery responses from Plaintiffs Maria Arndt, Forrest Pendergraph, Bruce Buck, and Shannon Buck. In its motions, Ameriquest requests that this Court enter an order: (1) holding Plaintiffs in civil contempt for violating the Order dated January 25, 2013 and enter appropriate sanctions against Plaintiffs, counsel for the Plaintiffs; or both; and (2) order that Plaintiffs be required to respond to the written discovery and produce responsive documents within seven (7) days.

As explained in open court, magistrate judges do not have the same contempt authority as Article III district judges. Under the Federal Magistrates Act (the "Act"), federal magistrate judges are authorized to exercise contempt authority in certain limited circumstances. These circumstances include summary criminal contempt authority, which may be imposed by the magistrate judge for misbehavior "in the magistrate judge's presence so as to obstruct the administration of justice," 28 U.S.C. § 636(e)(2), as well as criminal contempt authority in misdemeanor cases and civil contempt authority in cases where the magistrate judge presides with

Case: 1:05-cv-07097 Document #: 5281 Filed: 05/02/13 Page 2 of 2 PageID #:50725

## STATEMENT

the consent of the parties, 28 U.S.C. §§ 636(e)(3), (4). In all other instances where a person has committed an act constituting a contempt in a proceeding before a magistrate judge, the Act sets forth a certification procedure under 28 U.S.C. § 636(e)(6), whereby the magistrate judge certifies the facts to a district judge, enters an order requiring the person to appear before the district judge on a day certain to show cause why that person should not be held in contempt, and then the district judge hears the evidence as to the act complained of and if warranted, punishes such person.

Because the action complained of here–failing to comply with a discovery order in a non-consent case–does not fall within the definitions set forth in 28 U.S.C. § 636(e)(2), (3), or (4), this Court does not have the authority to enter a contempt order. Rather, in this situation, this Court must follow the certification procedure under Section 636(e)(6). Under the procedural requirements of 28 U.S.C. § 636(e)(6), this Court would certify the facts relevant to the issue of contempt to District Judge Aspen, and Judge Aspen would then hold a hearing. Rather than proceeding under Section 636(e)(6), it is more efficient for Ameriquest to proceed directly to the district court with a Motion to Dismiss for Want of Prosecution under Federal Rule of Civil Procedure 41(b). Rule 41(b) provides that "a defendant may move to dismiss the action or any claim against it" "[i]f the plaintiff fails to prosecute or comply with . . . a court order." Ameriquest currently has a Motion to Dismiss for Want of Prosecution [5202] pending before Judge Aspen which is based on the same conduct as the show cause motions, namely Plaintiffs' failure to respond to outstanding discovery by February 9, 2013 as ordered by this Court.

For these reasons, Ameriquest's Motions for Rule to Show Cause as to Plaintiffs Maria Arndt and Forrest Pendergraph and Bruce and Shannon Buck [5268, 5273] are entered and continued without prejudice to Ameriquest filing a motion to dismiss for want of prosecution on the same basis before the district court.

# EXHIBIT E

**Davies, Joanne**

| | |
|---|---|
| **From:** | wayde@brookslawoffices.net |
| **Sent:** | Thursday, May 02, 2013 7:24 AM |
| **To:** | Davies, Joanne |
| **Subject:** | RE: 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B |
| **Attachments:** | 20110913 Buck Transmittal letter 0001.pdf; 20120125 BUCK transmittal letter 0002 sigscan.pdf; 20120216 Buck transmittal letter 0003 FINAL.pdf; 20120809 admissions answers Transmittal Letter BUCK.pdf; 20120809 Buck v Ameriquest email.pdf |
| | |
| **Importance:** | High |

Good morning Ms. Davies,

Please find attached several pdf of documents your firm has received from us concerning the above matter.  I will be calling you in a moment to speak with you concerning your upcoming status report on our file.

I find the action your clients have instructed you to take in Mr. & Mrs. Buck's case to be of questionable value and objectionable as both a method of further delaying this action by running it off the rails with ridiculous demands and as avoiding what we've been trying to achieve all along--either a reasonable settlement or a trial.

We've found the original closer.  Things are looking surprisingly good for trial from our point of view.

I am presently in North Dakota to attend a Public Services Commission hearing advocating for a multi-million dollar natural gas pipeline build for a client.


So, I am arranging for an associate law firm to prepare the motion necessary to return this case to Minnesota and deal with any frivolous motions or complaints your client has decided to launch against us in this matter as my work in North Dakota is at a critical stage for permitting and site approval.  That counsel will contact you directly to respond formally to your clients' demands and to make the motion to bring this matter to trial in Minnesota with the court.

This email (and the phone call immediately after) is my effort to notify you of these facts.  Take a look at the attached documents.  These, along with this email, will be exhibits to any forth coming motion we make to the court in this matter.

If you are interested in discussing the contents of this email or our upcoming communication with the court, you may contact me on my cell phone, (651) 645-0500. Unfortunately, I am in public and commission hearings through Friday evening. I will not be able to return a call during business hours until Tuesday, May 7th, when I return to Minneapolis/Saint Paul area.

Thank you for your attention to the above items.

Wayde Brooks


-------- Original Message --------
Subject: 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 -
STATUS REPORT Exhibits A and B
From: "Davies, Joanne" <jdavies@Buchalter.com>
Date: Fri, April 26, 2013 2:26 pm
To: "Brooks, Wayde (wayde@brookslawoffices.net)"
<wayde@brookslawoffices.net>


Mr. Brooks,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **Buchalter**Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com


Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129. **IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

# EXHIBIT F



18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@buchalter.com*

May 7, 2013

**VIA E-MAIL (wayde@brookslawoffices.net) &
FIRST CLASS MAIL**

Wayde Brooks, Esq.
Law Offices of Wayde Brooks, PLLC
1350 Hewitt Avenue
Saint Paul, MN 55104

     Re:    Ameriquest MDL - *Buck v. Ameriquest Mortgage Company, et al.*

Dear Mr. Brooks:

     The purpose of this letter is to respond to your recent email and voice message. As an initial matter, the Ameriquest MDL remains pending for the purpose of allowing the Court to coordinate discovery and decide common issues, including deciding dispositive motions. While you may file a motion to remand to Minnesota, we would oppose such a motion and are confident it would be denied by the Court.

     Further, regardless of where the case is pending, your clients have an obligation to respond to discovery and they have failed to do so. As you are aware, nearly one year ago, on July 9, 2012, Ameriquest served your clients with requests for admission, requests for production of documents, and interrogatories. The only responses that we received from your clients were unsigned responses to the requests for admission. Per FRCP Rule 36(a)(3) responses to requests for admission must be signed by either the party or their attorney. Over the last few months I have made repeated attempts to reach you to discuss the outstanding discovery issues and until last Thursday you had not returned any of my calls, emails, or letters. Disappointingly, in your recent email and voicemail, you still do not address any of the outstanding discovery issues.

     I left you a voice message earlier today hoping to reach you so that we could meet and confer regarding these issues. I am generally available this week to participate in a meet and confer telephone call, please let me know what date and time is convenient for you to discuss these issues. If I do not hear from you by Monday, May 13, 2013, and as recommended by Magistrate Judge Martin, we will move forward with adding your clients' claims to Ameriquest's pending motion to dismiss for want of prosecution.

BuchalterNemer

Wayde Brooks, Esq.
May 7, 2013
Page 2

We remain willing to discuss the possibility of resolving this matter informally through settlement.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By ⟨signature⟩

Joanne N. Davies

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Tuesday, May 07, 2013 1:43 PM |
| **To:** | 'wayde@brookslawoffices.net' |
| **Subject:** | Meet and Confer - Buck v. Ameriquest |
| **Attachments:** | 2013-05-07 Ltr to Wayde Brooks re_ Meet and Confer - Buck v. Ameriquest.PDF |

Mr. Brooks,

As a follow-up to my voice message of earlier today, attached is a meet and confer letter. Please contact me at your earliest convenience so that we can discuss the outstanding discovery issues or direct me to the attorney that will be handling this case.

Best regards,

Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** wayde@brookslawoffices.net [mailto:wayde@brookslawoffices.net]
**Sent:** Thursday, May 02, 2013 7:24 AM
**To:** Davies, Joanne
**Subject:** RE: 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 - STATUS REPORT Exhibits A and B
**Importance:** High

Good morning Ms. Davies,

Please find attached several pdf of documents your firm has received from us concerning the above matter. I will be calling you in a moment to speak with you concerning your upcoming status report on our file.

I find the action your clients have instructed you to take in Mr. & Mrs. Buck's case to be of questionable value and objectionable as both a method of further delaying this action by running it off the rails with ridiculous demands and as avoiding what we've been trying to achieve all along--either a reasonable settlement or a trial.

We've found the original closer. Things are looking surprisingly good for trial from our point of view.

I am presently in North Dakota to attend a Public Services Commission hearing advocating for a multi-million dollar natural gas pipeline build for a client.

So, I am arranging for an associate law firm to prepare the motion necessary to return this case to Minnesota and deal with any frivolous motions or complaints your client has decided to launch against us in this matter as my work in North Dakota is at a critical stage for permitting and site approval. That counsel will contact you directly to respond formally to your clients' demands and to make the motion to bring this matter to trial in Minnesota with the court.

This email (and the phone call immediately after) is my effort to notify you of these facts. Take a look at the attached documents. These, along with this email, will be exhibits to any forth coming motion we make to the court in this matter.

If you are interested in discussing the contents of this email or our upcoming communication with the court, you may contact me on my cell phone, (651) 645-0500. Unfortunately, I am in public and commission hearings through Friday evening. I will not be able to return a call during business hours until Tuesday, May 7th, when I return to Minneapolis/Saint Paul area.

Thank you for your attention to the above items.

Wayde Brooks


-------- Original Message --------
Subject: 5278 - STATUS REPORT for the Ameriquest Defendants and 5278 -
STATUS REPORT Exhibits A and B
From: "Davies, Joanne" <jdavies@Buchalter.com>
Date: Fri, April 26, 2013 2:26 pm
To: "Brooks, Wayde (wayde@brookslawoffices.net)"
<wayde@brookslawoffices.net>

Mr. Brooks,

Attached please find the Status Report of the Ameriquest Defendants for May 2, 2013 Status Conference Before Magistrate Judge Daniel G. Martin.

Best regards,


Joanne N. Davies | Shareholder | **Buchalter**Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com