# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before The Honorable Marvin E. Aspen |
| *Bruce Buck and Shannon Buck v. Ameriquest Mortgage Company, et al.,* N.D. Ill. Case No. 07-cv-04874 | Assigned to Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION
## RE: DEFENDANT AMERIQUEST'S MOTION TO DISMISS COMPLAINT OF PLAINTIFFS BRUCE AND SHANNON BUCK FOR WANT OF PROSECUTION

**PLEASE TAKE NOTICE** that on July 9, 2013, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Ameriquest's Motion to Dismiss Complaint of Plaintiffs Bruce and Shannon Buck for Want of Prosecution. A copy of Defendant Ameriquest's Motion to Dismiss Complaint of Plaintiffs Bruce and Shannon Buck for Want of Prosecution is concurrently served upon you.

DATED: June 27, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 27th day of June 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


By: /s/  Joanne N. Davies

BN 14347371v1