IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  ——————————————————————  THIS DOCUMENT RELATES TO:  *Bruce Buck and Shannon Buck v. Ameriquest Mortgage Company, et al.*, N.D. Ill. Case No. 07-cv-04874 | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before The Honorable Marvin E. Aspen  Assigned to Magistrate Judge Daniel G. Martin |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**DEFENDANT AMERIQUEST'S MOTION TO DISMISS COMPLAINT OF BRUCE AND SHANNON BUCK FOR WANT OF PROSECUTION; AND NOTICE OF MOTION**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Wayde Brooks, Esq.
Law Offices of Wayde Brooks
1360 Hewitt Avenue
Saint Paul, MN 55104
wayde@brookslawoffices.net

BN 14348152v1

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on June 27, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY EMAIL** On June 27, 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 27, 2013 at Irvine, California.

Raquel Moreno                                   _____
                                                              (Signature)

BN 14348152v1