# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                          Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2013:

      MINUTE entry before Honorable Daniel G. Martin:Cedric Peterson is directed by Magistrate Judge Martin to not copy his Courtroom Deputy, Lynette Santiago, on any further emails with Attorney Randall Manvitz. Communicating by email with the Court';s staff members about the merits of the case or parties' disputes regarding discovery matters is not proper. Parties may not litigate by email. If Mr. Peterson wishes to communicate with the Court, he shall file an appropriate document according to the local rules and case management procedures of the Magistrate Judge. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.