IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Walker, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02807, N.D. Ill. | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **TYRONE WALKER** and **BETTY WALKER**[1] (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, WM SPECIALTY MORTGAGE, LLC,** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Walker, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02807 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Plaintiff Betty Walker passed away on June 26, 2009. Her interest in this action transferred to the remaining Plaintiff, Tyrone Walker.

DATED: 6/22, 2013

Respectfully submitted,

By: Tyrone Walker
*Pro Se Plaintiff*

Tyrone Walker
9059 South Emerald Avenue
Chicago, Illinois 60620-2608
Telephone: (773) 454-4899

DATED: 7/9, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, WM Specialty Mortgage, LLC n/k/a JPMC Specialty Mortgage, LLC, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 9th day of July 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies