IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Arndt v. Ameriquest, et al.*, 1:06-cv-02479, N.D. Ill. <br> *Burris v. Ameriquest, et al.*, 1:07-cv-00123, N.D. Ill. <br> *Churchill v. Ameriquest, et al.*, 1:07-cv-01026, N.D. Ill. <br> *Curtis v. Ameriquest, et al.,* 1:08-cv-04549, N.D. Ill. <br> *Dunn v. Ameriquest,* 1:08-cv-03961, N.D. Ill. <br> *Johnson v. Ameriquest, et al.*, 1:07-cv-00772, N.D. Ill. <br> *(Lyles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *(Mattix) Ameriquest v. Mattix, et al.*, 1:06-cv-04043, N.D. Ill. <br> *Miller v. Ameriquest* , Case No. 1:06-cv-05703, N.D. Ill. <br> *Myers v. Ameriquest, et al.*, 1:07-cv-3584, N.D. Ill. <br> *Nyepon v. WM Specialty, et al.*, 1:08-cv-04545, N.D. Ill. <br> *Roop v. Argent, et al.*, 1:07-cv-01347, N.D. Ill. <br> *Sorah v. Deutsche Bank., et al.*, 1:07-cv-00116, N.D. Ill. <br> *(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al.*, 1:06-cv-02467, N.D. Ill. <br> *(Thierren) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *(Warner) Belval, et al. v. Ameriquest, et al.*, 1:06-cv-02469, N.D. Ill. <br> *Wisniewski v. Town & Country, et al.*, 1:06-cv-02697, N.D. Ill. | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen <br><br> Assigned to Magistrate Judge Daniel G. Martin |

## AMERIQUEST'S SUPPLEMENTAL REPLY TO MOTION TO DISMISS FOR WANT OF PROSECUTION

Defendant Ameriquest Mortgage Company recently received written discovery responses from Forrest Pendergraph who is a plaintiff in the case *Arndt, et al. v. Ameriquest, N.D. Ill. Case No. 06-cv-02479*. As a result, Ameriquest agrees to withdraw its motion to dismiss, [Dkt. 5202], as to Mr. Pendergraph's claim.

DATED: July 12, 2013

Respectfully submitted,

By:/s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

## CERTIFICATE OF SERVICE

     I, Joanne N. Davies, hereby certify that on this 12th day of July 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           By: /s/ Joanne N. Davies

BN 14435743v1