**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris represents five remaining plaintiff households with claims still pending in the MDL.

1. Thomas and Linda Applegate – The Applegates have executed a settlement agreement and hope to file a stipulation of dismissal shortly.

2. Natalie Clemons – Clemons has executed a settlement agreement and hopes to file a stipulation of dismissal shortly.

3. Joyce Griggs – Griggs and Ocwen are engaged in settlement negotiations and hopefully moving toward a resolution.

4. Michael & Susan O'Keefe – Plaintiffs' counsel has not heard back from the O'Keefes regarding the settlement agreement sent to them in April of 2013. Chase has lifted the litigation hold on foreclosure proceedings placed on the O'Keefe account.

5. Gil & Janet Solnin – Ocwen has asked the Solnins to fill out loan modification paperwork. The Solnins are doing so and counsel hopes to have those documents to Ocwen shortly.

|  |  | Respectfully Submitted: |
|---|---|---|
| Date: | July 15, 2013 |       /s/ Anthony P. Valach, Jr. |
|  |  | Attorney for Various Individual Plaintiffs |

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

**<u>CERTIFICATE OF SERVICE</u>**

      I, Anthony P. Valach, Jr., hereby certify that on this 15th day of July 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


      By: <u>/s/ Anthony P. Valach, Jr.</u>