IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | Case No: 05 C 7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | Magistrate Judge Daniel G. Martin |

## ORDER

Status hearing held and continued to 10/9/2013 at 9:30 a.m. Status hearing regarding the Rosa Dailey case only set for 8/8/2013 at 10:00 a.m. Only Attorneys Spielberger and Davies need appear for the 8/8/2013 status hearing. Chase attorney Benjamin Wieck's appearance on 8/8/2013 is excused. In light of Defendant Ameriquest's Motion to Dismiss Complaint of Bruce and Shannon Buck for Want of Prosecution [5314], Ameriquest's Motion for Rule to Show Cause Why Plaintiffs Bruce Buck and Shannon Buck Should Not Be Held in Civil Contempt of Court's Discovery Order [5273] is denied without prejudice to reassertion if necessary. Given Plaintiffs Maria Arndt and Forrest Pendergraph's production of initial discovery responses and interest in pursing loan modification, Ameriquest's Motion for Rule to Show Cause Why Plaintiffs Maria Arndt and Forrest Pendergraph Should Not be Held in Civil Contempt of Court's Discovery Order [5268] is also denied without prejudice to reassertion if necessary. Specific discovery orders and deadlines as to Plaintiffs Rosa Dailey, Maynor Villagran and Cedric Peterson are detailed below. Discovery regarding third-party claims remains stayed.

## STATEMENT

### A. Plaintiff Rosa Dailey

After a meet and confer session this morning, Attorneys William Spielberger and Joanne Davies reported the following agreements regarding Plaintiff Rosa Dailey. Within one week, Defendants plan to respond in writing to Attorney Spielberger's written settlement demand. With regard to discovery, Attorney Spielberger will provide all responsive documents in his possession concerning Plaintiff Dailey by 7/25/2013. By 7/25/2013, Attorney Spielberger will file a petition to appoint a guardian ad litem in the state court foreclosure action. By 7/26/2013, Attorney Spielberger will file a status report in this case confirming his filing of the petition to appoint a guardian ad litem and attach the petition.

### B. Plaintiff Maynor Villagran

For the reasons stated in open court, Plaintiff Maynor Villagran shall provide complete responses to outstanding discovery by 7/25/2013. Attorney William Spielberger reported in open court that he would produce documents regarding Plaintiff Villagran in his possession today. If Plaintiff Villagran claims any further responsive documents do not exist, after a diligent search, he is instructed to so state under oath by 7/25/2013. If Plaintiff Villagran does not provide complete discovery responses by 7/25/2013, this Court recommends that Ameriquest file a motion to dismiss for want of prosecution with the district court.

**C.      Plaintiff Cedric Peterson**

As explained in open court, to remedy Plaintiff Cedric Peterson's failure to fully participate in discovery, the Court orders the following:

1. <u>Document Production</u>: Plaintiff Peterson shall produce the following documents by August 15, 2013:

    A.  Documents requested in the deposition notice set for June 25, 2013 (Plaintiff Peterson did not object to the document request and did not appear);

    B.  Loan documents for any loans for the Elm property including the loan application;

    C.  Communications with the lender for the Elm property about loan modifications including the loan modification application; and

    D.  Communications with any creditor (including the IRS) about payment terms.

2. <u>Interrogatories</u>: Plaintiff Cedric Peterson shall provide complete responses to outstanding interrogatories by August 15, 2013.

3. <u>Deposition</u>: Plaintiff Cedric Peterson shall appear for his deposition at a mutually convenient time after August 15, 2013 for up to four hours and the parties will schedule a second day of up to three hours at a mutually convenient time thereafter.

If no settlement is reached and Plaintiff Peterson fails to comply with these discovery deadlines, this Court recommends that Ameriquest file a motion to dismiss for want of prosecution with the district court.


**Date:  July 18, 2013**              /s/  Daniel G. Martin