IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before The Honorable Marvin E. Aspen |
| *Bruce Buck and Shannon Buck v. Ameriquest Mortgage Company, et al.,* N.D. Ill. Case No. 07-cv-04874 | Assigned to Magistrate Judge Daniel G. Martin |

**DEFENDANT AMERIQUEST'S REPLY TO MOTION TO DISMISS COMPLAINT OF BRUCE AND SHANNON BUCK FOR WANT OF PROSECUTION**

On June 27, 2013 Defendant Ameriquest Mortgage Company ("Ameriquest") filed its Motion to Dismiss Complaint of Plaintiffs Bruce and Shannon Buck for Want of Prosecution [Dkt. 5314]. The Motion was served on Plaintiffs' counsel by mail and e-mail [Dkt. 5316]. On July 1, 2013 this Court set a briefing schedule providing a deadline of July 19, 2013 for Plaintiffs to respond and a deadline of July 24, 2013 for Ameriquest to reply [MDL Dkt. 5317; Indiv. Dkt. 15]. On July 12, 2013, Ameriquest filed a status report for the July 18, 2013 MDL Opt-Out Plaintiffs status hearing before Magistrate Judge Martin and again reiterated the briefing deadlines on the Motion [Dkt. 5324]. As a courtesy, Ameriquest's counsel also e-mailed the status report to Plaintiffs' counsel. *See* Exhibit A. Ameriquest's counsel attended the status hearing but Plaintiffs' counsel did not appear either in-person or telephonically. Plaintiffs' deadline for filing an opposition has passed and no opposition has been filed either in the main MDL docket or individual case docket.

Ameriquest respectfully requests that the Motion be granted and that Plaintiffs' claims be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(b).

1

DATED:  July 24, 2013                   Respectfully submitted,

                                                          By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 24th day of July 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 14488192v1