**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br>O'KEEFE v. AMERIQUEST MORTGAGE COMPANY, et al., 07-cv-5878 (N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen<br><br>JURY TRIAL DEMAND |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR
MICHAEL AND SUSAN O'KEEFE**

The undersigned counsel, Daniel M. Harris and Anthony P. Valach, Jr. on their own behalf and on behalf of The Law Offices of Daniel Harris, herby move this Honorable Court for leave to withdraw as counsel for Michael and Susan O'Keefe ("Plaintiffs"). In support of this Motion, Counsel states as follows:

1. Plaintiffs have represented Plaintiffs in this matter since the filing of the Complaint.

2. Mr. and Mrs. O'Keefe have not responded to calls, voicemails and emails form Counsel since April of 2013.

3. In addition to calls and emails, Counsel sent the O'Keefes a letter by USPS Priority Mail which was received on July 13, 2013 informing them that counsel would seek leave of Court to withdraw as their counsel if counsel did hear from the O'Keefes by July 26, 2013.

4. Counsel has not heard from the O'Keefes in response to the letter delivered on July 13, 2013. Further attempts to contact the O'Keefes by phone have also been unsuccessful.

5. As indicated in the Notice of Motion attached hereto, Petitioners have given written notice to the O'Keefes of their intention to move for leave to withdraw on the date, place and time specified therein.

6. The O'Keefes have been given reasonable warning that counsel will seek leave of Court to withdraw as counsel unless the O'Keefes communicated with counsel. The O'Keefes have not done so.

WHEREFORE, Petitioners Daniel M. Harris and Anthony P. Valach, Jr., on their own behalf and on behalf of The Law Offices of Daniel Harris, respectfully pray this Honorable Court for leave to withdraw as counsel for Michael and Susan O'Keefe in this matter.

Date: July 30, 2013     Respectfully Submitted:

/s/ Anthony P. Valach, Jr.
Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976

**CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 30th day of July 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by U.S. Mail to the following parties:

Michael & Susan O'Keefe
74 Steele Avenue
Staten Island, NY 10306


                                              /s/ Anthony Valach
                                              Anthony Valach