# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>O'KEEFE v. AMERIQUEST MORTGAGE COMPANY, et al., 07-cv-5878 (N.D. Ill.) | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before the Honorable Marvin E. Aspen<br><br>JURY TRIAL DEMAND |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, August 15, 2013**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR MICHAEL AND SUSAN O'KEEFE**, a copy of which is currently being served upon you.

Dated: July 30, 2013

Respectfully submitted by:
s/ Anthony P. Valach, Jr
Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, Jr., hereby certify that on this 30th day of July 2013, a true and correct copy of plaintiffs' **NOTICE OF MOTION** will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by U.S. Mail to the following parties:

Michael & Susan O'Keefe
74 Steele Avenue
Staten Island, NY 10306


          /s/ Anthony Valach
             Anthony Valach