# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen<br><br>Assigned to Magistrate Judge Daniel G. Martin |
| THIS DOCUMENT RELATES TO:<br>Arndt v. Ameriquest, et al., 1:06-cv-02479, N.D. Ill.<br>Burris v. Ameriquest, et al., 1:07-cv-00123, N.D. Ill.<br>Churchill v. Ameriquest, et al., 1:07-cv-01026, N.D. Ill.<br>Curtis v. Ameriquest, et al., 1:08-cv-04549, N.D. Ill.<br>Dunn v. Ameriquest, 1:08-cv-03961, N.D. Ill.<br>Johnson v. Ameriquest, et al., 1:07-cv-00772, N.D. Ill.<br>(Lyles) Duncan, et al. v. Ameriquest, et al., 1:06-cv-02467, N.D. Ill.<br>(Mattix) Ameriquest v. Mattix, et al., 1:06-cv-04043, N.D. Ill.<br>Miller v. Ameriquest, Case No. 1:06-cv-05703, N.D. Ill.<br>Myers v. Ameriquest, et al., 1:07-cv-3584, N.D. Ill.<br>Nyepon v. WM Specialty, et al., 1:08-cv-04545, N.D. Ill.<br>Roop v. Argent, et al., 1:07-cv-01347, N.D. Ill.<br>Sorah v. Deutsche Bank., et al., 1:07-cv-00116, N.D. Ill.<br>(Stewart-Eagles) Duncan, et al. v. Ameriquest, et al., 1:06-cv-02467, N.D. Ill.<br>(Thierren) Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill.<br>(Warner) Belval, et al. v. Ameriquest, et al., 1:06-cv-02469, N.D. Ill.<br>Wisniewski v. Town & Country, et al., 1:06-cv-02697, N.D. Ill. | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

### ORDER [DOCKET NO. 5336]; AND THIS CERTIFICATE OF SERVICE

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

1

2

| | |
|---|---|
| Forrest Pendergraph<br>9700 Granny Walker Road<br>Soddy Daisy, TN 37379 | Plaintiff in pro per |
| Brett Burris<br>Christine Burris<br>7919 Beachfront Ct.<br>Evansville, IN 47715-9107 | Plaintiffs in pro per |
| Dale Churchill<br>1776 Coats Grove Rd.<br>Hastings, MI 49058-8408 | Plaintiffs in pro per |
| Kelley Churchill<br>2831 N. Agaming Street<br>Hastings, MI 49058-9553 | |
| Matthew J. Dunn, Esq.<br>Berluti McLaughlin & Kutchin LLP<br>44 School Street<br>Boston, MA 02108 | Attorneys for Plaintiffs Joseph Curtis<br>and Elizabeth Curtis |
| Raymond Dunn<br>Linda Dunn<br>38 Norton Road<br>Hampton, NH 03842-1343 | Plaintiffs in pro per |

BN 14530431v1

| | |
|---|---|
| Stanley Johnson<br>141 N. Laramie Avenue<br>Chicago, IL 60644-3316 | Plaintiffs in pro per |

Karen Johnson
141 N. Laramie Avenue
Chicago, IL 60644-3316

Karen Johnson
5125 W. Washington Blvd.
Apt. 1
Chicago, IL 60644-3653

Stanley Johnson
*PREVIOUSLY NOTIFIED THAT ADDRESS NOT VALID*
*Mail returned – Return to Sender*
*141 N. Laramie Avenue*
*Chicago, IL 60644-3316*

Stanley Johnson
Karen Johnson
*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*
*Mail returned – Attempted Not Known/Unable to Forward for*
*9 N. Lavergne Ave, Apt. 1*
*Chicago, IL 60644*

| | |
|---|---|
| Audrey Lyles<br>80 North Main Street<br>Ansonia, CT 06401-1626 | Plaintiff in pro per |

| | |
|---|---|
| Lori Mattix<br>3696 Edgerton Street<br>Vadnais Hts, MN 55127-7130 | Plaintiff in pro per |
| Lori Mattix<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Return to Sender/Attempted Not Known/Unable to Forward for*<br>*307 2nd Avenue N*<br>*Marrietta, MN 56257* | |
| Lori Mattix<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Forward Time Exp/Rtn to Sender*<br>*801 1st Street*<br>*Marrietta, MN 56257* | |
| Lori Mattix<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned-Handwritten Note, "Torn Down"*<br>*806 Thomas Avenue*<br>*St. Paul, MN 55104-2749* | |
| Lori Mattix<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Forward Time Exp/Rtn to Sender*<br>*800 1st Street*<br>*Marrietta, MN 56257* | |
| Samuel Lawrence Huffman<br>Huffman, Landis, Weaks & Wist<br>80 South Plum Street<br>Troy, OH 45373 | Attorneys for Plaintiff Douglas Miller |

4

| | |
|---|---|
| Gail D. Myers<br>3016 Williams Road<br>Knoxville, TN 37932 | Plaintiff in pro per |
| Saul M. Ostroff<br>Law Offices of Saul M. Ostroff<br>24 Union Avenue, Suite #5<br>Framingham, MA 01702 | Attorneys for Plaintiff Francis Nyepon |
| Sarah Roop<br>23696 Cedar Ridge Drive<br>Romulus, MI 48174-9307 | Plaintiffs in pro per |
| Jacob Salazar<br>Nancy Salazar<br>7 N. Robin Drive<br>Belton, TX 76513-6323 | Plaintiffs in pro per, representatives of Estate of Christopher Roop |
| Kimberly Sorah<br>157 West Garfield Avenue<br>Hazel Park, MI 48030 | Plaintiff in pro per |
| Kimberly Sorah<br>172 West Garfield Avenue<br>Hazel Park, MI 48030 | |
| Donna Stewart-Eagles<br>324 Truman Street<br>Bridgeport, CT 06606-4972 | Plaintiff in pro per |
| Gloria Therrien<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Moved Left No Address/Unable to Forward*<br>*5132 Town Ridge*<br>*Middletown, CT 06457-1638* | Plaintiff in pro per |
| Gloria Therrien<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Not Deliverable as Addressed/Unable to Forward*<br>*5 Winthrop Boulevard*<br>*Cromwell, CT 06416* | |

5

| | |
|---|---|
| Austin Warner<br>Lorraine Warner<br>32 Corn Tassle Road, Apt. 11<br>Danbury, CT 06811-3225 | Plaintiffs in pro per |
| Joseph Wisniewski<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Forwarding Order Expired for*<br>*9224 West Canyon Drive*<br>*Peoria, AZ 85382-3551* | Plaintiff in pro per |
| Joseph Wisniewski<br>*ADDRESS NO LONGER VALID SO WILL NOT ATTEMPT TO SERVE AT THIS ADDRESS*<br>*Mail returned – Attempted Not Known/Return to Sender for*<br>*10626 West Bayside Rd.*<br>*Sun City, AZ 85351-2732* | |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on July 31, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on July 31, 2013, at Irvine, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on ~~July 31, 2013~~ at Irvine, California.

Raquel Moreno

_____
(Signature)