**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) |

**JENNIFER M. BISENIUS'S MOTION TO WITHDRAW**

Jennifer M. Bisenius respectfully requests that this Court enter an order granting her leave to withdraw as counsel of record for Third-Party Defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company (collectively, the "Fidelity Third-Party Defendants"). In support of this motion, Bisenius states as follows:

1. Butler Rubin Saltarelli & Boyd LLP represents the Fidelity Third-Party Defendants in this action.

2. Bisenius, an attorney with Butler Rubin Saltarelli & Boyd LLP, filed her appearance on behalf of the Fidelity Third-Party Defendants on June 12, 2013.

3. Bisenius will be leaving Butler Rubin Saltarelli & Boyd LLP, effective August 16, 2013.

4. Butler Rubin Saltarelli & Boyd LLP continues to represent the Fidelity Third-Party Defendants through attorney Albert E. Fowerbaugh, Jr. (lead counsel) and Andrew D. Shapiro.

5. Permitting Bisenius to withdraw as counsel for the Fidelity Third-Party Defendants will not jeopardize their case, nor will it result in any delay or prejudice to any other party.

WHEREFORE, Jennifer M. Bisenius respectfully requests that she be granted leave to withdraw her appearance on behalf of Third-Party Defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

Dated: August 12, 2013

Respectfully submitted,

Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

By: /s/ Jennifer M. Bisenius
One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro
Jennifer M. Bisenius
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Ste. 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of *Jennifer M. Bisenius's Motion to Withdraw* was served on August 12, 2013 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on August 12, 2013:

Joan M. Pridgeon
448 West Englewood Street
Chicago, IL  60621

Isiah P. Ward
303 Waterford Dr.
Willowbrook, IL  60527-5463

/s/ Jennifer M. Bisenius

507708