**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) ) |

## NOTICE OF MOTION

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, August 15, 2013, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Marvin E. Aspen in Courtroom 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **JENNIFER M. BISENIUS'S MOTION TO WITHDRAW**, a copy of which is hereby served upon you.

Dated: August 12, 2013

Respectfully submitted,

Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

By: /s/ Jennifer M. Bisenius
One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro
Jennifer M. Bisenius
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Ste. 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding *Notice of Motion* was served on August 12, 2013 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on August 12, 2013:

Joan M. Pridgeon
448 West Englewood Street
Chicago, IL  60621

Isiah P. Ward
303 Waterford Dr.
Willowbrook, IL  60527-5463

/s/  Jennifer M. Bisenius

507706