MA

Received 8-3-13

05CV7097

In the United States District Court For The Northern District of Illinois Eastern Division

**FILED**
AUG 30 2013
Aug 30 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

I Gail D. Myers request to put a motion for relief from this court order. I have been unaware of not having representation with my court case. It has been (case) 6 yrs. & the only information I have been given have been letters from Buchalter Nemer within a years time frame. Ameriquest argue that we have not responded & have failed in prosecuting our claims in a timely manner, neglecting to discovery requests or to the pending motion, January 25, 2013, we were given (my atty.) & I 45 days. Also February 14, 2013, to March 7, 2013. One final warning was given for July 26 Letter received in mail was dated 7-31-2013. I have not heard from my atty (John Boucher) Regarding my case. In 2007, I asked him to keep me informed & I would also call a few times to check to see how things are going to get Re-assurance for myself in 2007 & for the past four to five years, we lost touch. I was told sometimes these class action law suits last for years, 2013. I have tried to touch base with John Boucher & he will not return my call. I have left numerous messages. He has moved his office twice, & I'm beginning to feel like a fugitive. I have also gone to his office to make copies of papers that I have received. No luck there. Assistant only copied one

paper off. Some how, some where, some way I hope to have the kind of good help I need. I am a Certified Surgical Technologist, & it's been rewarding helping those in need, now, I myself, could use some help. I did this for 30 years in hospitals. I truly do hope I can get some assistance. I dislike the fact of me losing my home. I have no family left & no where to go. I do have my caring animals.

I can't believe someone could do another person the way I have been done, by not keeping me informed at all about this issue. I thought surely John Bouchee would come forward & let me know something. I need time, if I may, to find someone, if at all possible.

Respectfully,
Gail Myers

P.S. It stated on the court orders received that I was pro se (did not know what that meant, but found out, it was without an attorney). There along, I supposebigly had an atty.

Gail Myers
3016 Williams Rd.
Knox Tn. 37932