MA

Gail Myers
3016 Williams Road
Knoxville, TN 37932

Clerk
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

AUG 30 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In Re: Ameriquest Mortgage, et al
    Case No 1:05-CV-07097

Enclosed please find a filing on my behalf in the above-referenced case.

Thank You

Gail Myers