IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Dercksen, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06742, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ARTHUR A. DERCKSEN** and **NELL A. DERCKSEN** (collectively "Plaintiffs") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Dercksen, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-06742 (N.D. Ill) (transferred into the MDL from 06-CV-00324, E.D. Arkansas) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendant expressly reserves all of its Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

07.18.2013  10:17    A A Dercksen           479 754 5999       PAGE  2/

DATED: 9 27, 2013

Respectfully submitted,

By: _____
Pro Se Plaintiffs

Arthur A. Dercksen
215 College Avenue
Clarksville, AR 72830-2922
Telephone: (479) 754-5999

DATED: 6 27, 2013

Respectfully submitted,

By: _____
Pro Se Plaintiffs

Nell A. Dercksen
215 College Avenue
Clarksville, AR 72830-2922
Telephone: (479) 754-5999

DATED: 9/23, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
Attorneys for Defendant Ameriquest Mortgage Company

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 23rd day of September 2013, a true and correct copy of the foregoing document was filed electronically and also mailed, via U.S. mail to Plaintiffs at Arthur and Nell Dercksen, 215 College Avenue, Clarksville, Arkansas 72830. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies