IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*O'Keefe et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-05878, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS MICHAEL AND SUSAN O'KEEFE**

Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully moves for an order compelling Plaintiffs Michael and Susan O'Keefe to respond to overdue discovery requests. Specifically, Ameriquest seek an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling Plaintiffs to respond to Ameriquest's Requests for Production of Documents (Set One), Interrogatories (Set One), and Requests for Admission (Set One). Additionally, Ameriquest seeks an order warning Plaintiffs that the failure to respond to the outstanding discovery or otherwise notify Ameriquest of their desire to participate in the litigation will result in the dismissal of their action for failure to prosecute, pursuant to Federal Rule of Civil Procedure, Rule 41(b).

In support of its motion, Ameriquest states as follows:

1. On July 9, 2013, Ameriquest served Plaintiffs with nearly identical sets of requests for production, interrogatories, and requests for admission. Plaintiffs' responses were

due on August 12, 2013.[1] As an example, the set of the discovery sent to Plaintiff Michael O'Keefe (without exhibits) is attached as Exhibit A.

2. After not receiving any discovery responses from Plaintiffs, Ameriquest's counsel sent a letter to Plaintiffs on August 22, 2013 requesting responses and providing Plaintiffs with a courtesy copy of the discovery that was previously served upon Plaintiffs' counsel. The letter sent to Plaintiffs is attached as Exhibit B (without exhibits). To date, Plaintiffs have not responded to Ameriquest.

3. Pursuant to Local Rule 37.2, Joanne Davies, counsel for Ameriquest, states that her attempts to consult with Plaintiffs about the outstanding discovery were unsuccessful due to no fault of counsel's. Ms. Davies sent the meet and confer letter to the address for Plaintiffs identified by Plaintiffs' counsel in their motion to withdraw as counsel. Plaintiffs' counsel's motion to withdraw as counsel did not include any e-mail or telephone contact information for Plaintiffs and Plaintiffs have not registered any telephone numbers or email addresses with the Court.

4. Despite Ameriquest's efforts to obtain discovery responses, Plaintiffs have remained silent, suggesting that they no longer wish to prosecute their claims.

5. Ameriquest requests the following relief:

    A. An order compelling responses to the outstanding discovery within 30 days, without objection as all objections have been waived; and

    B. An order warning Plaintiffs that if they do not respond to the discovery or notify Ameriquest's counsel, in writing, that they wish to participate in the litigation within 30 days, their claims will be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

---

[1] On August 12, 2013, this Court entered an order granting Plaintiffs' counsels' motion for leave to withdraw as counsel [MDL Dkt. No. 5340 and Indiv. Dkt. 23].

DATED: October 1, 2013   Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

3

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 1st day of October 2013, a true and correct copy of the Motion to Compel Discovery Responses From Plaintiffs Michael and Susan O'Keefe was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via FedEx Two Day Delivery:

Michael and Susan O'Keefe  Plaintiffs in pro per
74 Steele Avenue
Staten Island, NY 10306

By: /s/ Joanne N. Davies

BN 14984938v1