# EXHIBIT B



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@Buchalter.com*

August 22, 2013

<u>**VIA FEDEX TWO DAY DELIVERY**</u>

Michael and Susan O'Keefe
74 Steele Avenue
Staten Island, NY 10306

Re: *Michael and Susan O'Keefe v. Ameriquest Mortgage Company, et al.*

Dear Mr. and Mrs. O'Keefe:

This Firm is counsel for Ameriquest Mortgage Company. On August 12, 2013, the Court granted Daniel M. Harris and Anthony P. Valach's motion for leave to withdraw as counsel of record for you in the above-referenced action. If you have retained new counsel, please provide us with your new counsel's contact information. Otherwise, please address the issues raised below regarding your failure to respond to Ameriquest's outstanding discovery requests.

On July 9, 2013, Ameriquest propounded a set of discovery against each of you which included Requests for Admissions, Requests for Production of Documents, and Interrogatories. For your ease of reference, enclosed is a copy of the discovery requests. The deadline for you to respond to the discovery requests has passed. By failing to respond in the time required you have waived any objections to the discovery requests.

Please provide us with your written responses to the discovery, without objection, as well as produce all responsive documents. If we do not receive the requested responses and documents by **September 9, 2013**, we will have no option but to bring this matter to the attention of the Court.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*
Joanne N. Davies

Enclosures

BN 14728384v1    Los Angeles • Orange County • San Francisco • Scottsdale