## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *O'Keefe, et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-05878, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

## NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS MICHAEL AND SUSAN O'KEEFE

**PLEASE TAKE NOTICE** that on Wednesday, October 9, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendant Ameriquest Mortgage Company's Motion to Compel Discovery Responses from Plaintiffs Michael and Susan O'Keefe. A copy of the Motion to Compel is concurrently served upon you.

DATED: October 1, 2013

Respectfully submitted,

By:/s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

1

BN 14987004v1

2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 1st day of October 2013, a true and correct copy of the Notice of Motion to Compel Discovery Responses From Plaintiffs Michael and Susan O'Keefe was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via FedEx Two Day Delivery:

Michael and Susan O'Keefe                    Plaintiffs in pro per
74 Steele Avenue
Staten Island, NY 10306

By: /s/ Joanne N. Davies

2

BN 14987004v1