IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

**MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH**

Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully moves for an order compelling Plaintiffs Maria Arndt and Forrest Pendergraph to provide further responses to discovery. Specifically, Ameriquest seek an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling Plaintiffs to provide further responses to Ameriquest's Requests for Production of Documents (Set One) and Interrogatories (Set One).

In support of its motion, Ameriquest states as follows:

1. On December 19, 2011, Ameriquest served Plaintiffs with nearly identical sets of requests for production, interrogatories, and requests for admission. Plaintiffs failed to respond to the discovery requests and on January 25, 2013 were ordered to respond by this Court, without objection, within fifteen (15) days [MDL Dkt. 5181]. The requests for admission were deemed admitted. Plaintiffs failed to respond.

2. On February 14, 2013, Ameriquest filed a Motion to Dismiss for Want of Prosecution ("Motion to Dismiss"). Plaintiffs were included in the Motion to Dismiss due to their failure to respond to discovery or otherwise participate in the litigation [MDL Dkt. 5202].

1

3. After the Motion to Dismiss was filed, Ameriquest's counsel was contacted by counsel for Plaintiff Arndt stating that Plaintiff Arndt would provide discovery responses. As a result, Ameriquest withdrew the Motion to Dismiss as to Plaintiff Arndt [MDL Dkt. 5235].

4. After not receiving the promised discovery responses, on April 25, 2013, Ameriquest filed its motion for rule to show cause why Plaintiffs should not be held in civil contempt of Court's discovery order [MDL Dkt. 5268]. The motion for rule to show cause was heard on May 2, 2013 and was "entered and continued without prejudice to Ameriquest filing a motion to dismiss for want of prosecution on the same basis before the district court" [MDL Dkt. 5281].

5. On or about June 14, 2013, Ameriquest's counsel received Plaintiffs' deficient discovery responses. The discovery deficiencies are enumerated in detail in the meet and confer letter sent by Ameriquest's counsel to each Plaintiff on June 28, 2013. For instance, Plaintiff Arndt provided a one line response to the requests for production stating "I am sending everything I have in documents I don't understand some of the things you requested." Ameriquest is unable to determine what requests Plaintiff Arndt understood or didn't understand so it cannot determine whether Plaintiff Arndt is withholding responsive documents. Furthermore, while documents reflecting Plaintiff Arndt's income were requested, none were produced suggesting that Plaintiff Arndt withheld responsive documents. Plaintiff Pendergraph's only written response to the discovery was one line stating "My answers are the same as my mother's Maria Arndt" and Plaintiff Pendergraph failed to produce any responsive documents. Attached as Exhibit A are the meet and confer letters sent to Plaintiff Arndt (and emails sent to her bankruptcy counsel, Richard Banks) and attached as Exhibit B are the meet and confer letters sent to Plaintiff Pendergraph. These discovery responses, and others, do not satisfy Plaintiffs discovery obligations.

6. After receiving no response from Plaintiffs to the meet and confer letter, on July 10, 2013, Ameriquest's counsel sent another meet and confer letter to each Plaintiff. *See* Exhibits A and B.

7. Shortly afterward, Ameriquest's counsel was contacted by Plaintiff Arndt's bankruptcy counsel, Richard Banks, who although not acting as Plaintiff Arndt's counsel in this action offered to facilitate communication with Plaintiff Arndt. Mr. Banks advised that Plaintiff Arndt was interested in pursuing a loan modification and Ameriquest offered to hold off on pursuing discovery if Plaintiff Arndt followed through with submitting the hardship application package to Plaintiffs' loan servicer, Ocwen Loan Servicing, LLC. *See* Exhibit A – July 15, 2013 email from Joanne Davies to Richard Banks.

8. Unfortunately weeks passed and Plaintiffs failed to submit a hardship application so Ameriquest's counsel sent a final meet and confer letter to Plaintiffs on August 15, 2013 advising that if further responses to the discovery responses were not provided that Ameriquest would proceed with filing its motion to compel. *See* Exhibits A and B. To date, Plaintiffs have not provided further discovery responses or otherwise contacted Ameriquest's counsel.

9. Pursuant to Local Rule 37.2, Joanne Davies, counsel for Ameriquest, states that her attempts to consult with Plaintiffs about the outstanding discovery were unsuccessful due to no fault of counsel's. Ms. Davies sent numerous meet and confer letters to the address for Plaintiffs identified by Plaintiffs' counsel in his motion to withdraw as counsel. Plaintiffs' counsel's motion to withdraw as counsel did not include any e-mail or telephone contact information for Plaintiffs and Plaintiffs have not registered any telephone numbers or email addresses with the Court. Furthermore, all of the telephone numbers that Ameriquest's counsel otherwise located for Plaintiffs have been disconnected.

10. Despite Ameriquest's efforts to obtain further discovery responses from Plaintiffs, Plaintiffs have remained silent, suggesting that they no longer wish to prosecute their claims.

11. Ameriquest requests the following relief:

    A. An order compelling further responses to the outstanding discovery within 30 days, without objection as all objections have been waived.

DATED: October 1, 2013 Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

4

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 1st day of October 2013, a true and correct copy of the Motion to Compel Further Discovery Responses From Plaintiffs Maria Arndt and Forrest Pendergraph was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via FedEx Two Day Delivery:

Maria Arndt and Forrest Pendergraph       Plaintiffs in pro per
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379


By: /s/ Joanne N. Davies

BN 14987486v1