# EXHIBIT A



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@Buchalter.com*

June 28, 2013

**VIA FEDEX TWO DAY DELIVERY,**
**SIGNATURE WAIVED**

Ms. Maria Arndt
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379

   Re: *Arndt, et al., v. Ameriquest Mortgage Company*, N.D. Ill. Case No. 06-cv-02479
     **Meet and Confer Regarding Inadequate Discovery Responses**

Dear Ms. Arndt:

  We are in receipt of the documents and responses that you provided in response to Ameriquest Mortgage Company's requests for production, interrogatories, and requests for admission. The responses that we received do not comply with your discovery obligations. As such, we would like to schedule a time to speak with you about your discovery responses pursuant to Local Rule 37.2's meet and confer requirements. The purpose of this letter is to set forth the issues that we would like to discuss with you on the telephone.

### Requests for Production

  Federal Rule of Civil Procedure 34(2)(B) requires that a party must provide a written response to each request identifying whether all responsive documents have been produced. Instead of doing so you handwrote on the side of page 5 of the requests for production that "I am sending everything I have in documents I don't understand some of the things requested." This response does not satisfy your discovery obligations as it is impossible for Ameriquest to determine which requests for production your production responds to and for which requests for production you are withholding documents because you have a question about what is being requested.

  For instance, Request No. 12 asks you to produce documents that identify your income for certain years but your production does not include any income documentation. As another example, Request No. 13 asks you to produce documents that would show what monies you have deposited into your bank account but your production does not include any bank statements or other documents that would provide this information. Since income documents and bank statements are documents that a person would normally have it appears that you are withholding those from production. These documents should be produced.

BuchalterNemer

Ms. Maria Arndt
June 28, 2013
Page 2

During our meet and confer call we can answer any questions that you may have about what documents a particular request in seeking. You will then need to provide a written response to each request for production and produce responsive documents that you have not already provided to us.

### Interrogatories

While you provided a written response to each interrogatory you failed to supply the scope of information required by an interrogatory and provided vague and ambiguous statements.

> **INTERROGATORY NO. 1**: For each cause of action in your complaint, Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications upon which You rely in support of Your contentions.
>
> **MARIA ARNDT RESPONSE TO INTERROGATORY NO. 1**: I was recovering from TB and I had a lot of bills and they were pressing me to do the loan. They sent a girl to the house to sign the papers and she misled me. They agreed to let me pay $300.00 per month.

Your response to Interrogatory No. 1 is inadequate as it is not complete. For instance, you say you "had a lot of bills" but do not identify or describe the creditor for the bill, amount of the bill, etc. You also claim that "they were pressing me to do the loan" but fail to identify which Persons you are referring to and what communications you are referencing. Further, while you state you were misled by a girl who came your house you don't explain how you were misled. Moreover, you state that "they" agreed to let you pay $300 per month but you don't identify to whom "they" refers and to whom you would pay $300 per month. Finally, the response you provided does not address many of the factual allegations in your complaint. Please provide the additional information requested.

> **INTERROGATORY NO. 2:**
> Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications, upon which You rely in support of Your contention that (if any) that any defendant inflated the appraisal of your property.
>
> **MARIA ARNDT RESPONSE TO INTERROGATORY NO. 2:**
> My property was not worth half of what they said. They told me not to worry about it.

Your response to Interrogatory No. 2 is inadequate as it provides incomplete information. For instance, you say that your "property was not worth had they said," but you provide no explanation as to whom "they" refers to, what value they said, and why you believe your property was not worth what they said. Please explain your contention what facts you are relying upon to support your contention.

BuchalterNemer

Ms. Maria Arndt
June 28, 2013
Page 3

**INTERROGATORY NO. 3:** Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications upon which You rely in support of Your contention that (if any) any alleged wrongful act or omission by Ameriquest Mortgage Company against You was intentional.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 3:** They didn't pay off anything they agreed to pay.

Your response to Interrogatory No. 3 is inadequate as it is vague and incomplete. For instance, you again say that "they" didn't pay off what they agreed to pay but you don't identify to whom "they" refers and you don't provide any information as to what you believe "they" agreed to pay. Please provide a complete and detailed answer to this interrogatory.

**INTERROGATORY NO. 4:** Identify all facts, including all related Documents, Persons having knowledge of such facts, and Communications, upon which You rely in support of Your contention that (if any) any defendant engaged in any fraudulent or misleading act or practice as alleged in the Complaint.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 4:** They tricked me into signing the papers and they didn't pay me what they were supposed to pay.

Your response to Interrogatory No. 4 is inadequate as it is vague and incomplete. For instance, you state "they" tricked you and "they" didn't pay you but you don't identify to whom you are referring to as "they." You also don't identify what you believe you were supposed to be paid, why you believe you were supposed to be paid a certain amount, and what amount you received instead. Please provide a complete and detailed answer to this interrogatory.

**INTERROGATORY NO. 5:** For any real estate owned by you at any time from January 1, 2002 to January 1, 2008, state (a) the address; (b) the date of Your purchase or lease of it; (c) the dates You resided there; (d) Identify all Persons leasing or using the property and dates thereof; and (e) Describe how the Property has been Used from January 2000 to the present.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 5:** This is the only house I owed [sic] in the last 10 years.

Your response to Interrogatory No. 5 is inadequate as it provides only a partial response. You fail to explain why you purchased the property, the dates you resided at the property, the identification of any other Person who has resided at the property and dates they resided at the property, and you didn't explain how the property has been used during the requested time period. Please provide a complete response to this interrogatory.

**INTERROGATORY NO. 7:** For your contention (if any) that you received less favorable loan terms than as represented by any defendant state the circumstances of You learning of the less favorable term including the date and whether or not You learned of the less favorable term in advance of the Closing and/or signing of the Loan Documents.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 7:** They changed the papers.

Your response to Interrogatory No. 7 is inadequate and is non-responsive as it does not answer the question posed. Please answer the question asked in this interrogatory.

BN 14349730v1

BuchalterNemer

Ms. Maria Arndt
June 28, 2013
Page 4

**INTERROGATORY NO. 9:** Identify each item of damage or cost You claim Ameriquest Mortgage Company is liable for, separately for each cause of action and for each wrongful act or omission by Ameriquest, including the dates of occurrence, amount, the total damages and show how You computed the damage.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 9:** I was tricked and had to file Chapter 13 because of what Ameriquest did.

Your response to Interrogatory No. 9 is inadequate as it is non-responsive as it does not answer the question posed. If you claim you have been damaged by Ameriquest you need to identify each item of damage, the amount of the damage, and an explanation of how you calculated the damage. Please provide a complete response to this interrogatory.

**INTERROGATORY NO. 10:** If You contend You are able to pay back to Ameriquest Mortgage Company the amount of the Loan Proceeds less any payment to Ameriquest by You, state any and all facts supporting Your contention including an identification of the means by which You intend to pay back Ameriquest and any and all steps You have taken to ensure that You are able to obtain the requisite funds to rescind the Loan.

**MARIA ARNDT RESPONSE TO INTERROGATORY NO. 10:** I was tricked. Why should I pay.

Your response to Interrogatory No. 10 is inadequate as it does not answer the question posed. You need to explain how you plan to tender any rescission amounts back to Ameriquest should you prevail on your claims. Please answer the question asked in this interrogatory.

### Requests for Admission

The requests for admission served upon you have already been deemed admitted by the Court. *See* Judge Martin's Discovery Order, MDL Dkt. 5181. As a result, we do not need to meet and confer with you regarding your responses to the requests for admission.

Please contact me by telephone or email by July 5, 2013 so that we can schedule a mutually convenient date and time for our meet and confer telephone call which should take place sometime during the week of July 8th. I am generally available during the week of July 8th from 1 p.m. – 7 p.m. EDT.

On the call we will also have an opportunity to discuss what options may exist for resolution of this matter. In the event you would like to be considered for a loan modification, we are enclosing your current loan servicer, Ocwen Loan Servicing, LLC's, hardship package for your review and completion. A loan modification with an interest rate and payment reduction may be available to you, but Ocwen is unable to determine what it is willing to offer to you without reviewing your current financial situation. We encourage you and Mr. Pendergraph to fill-out the hardship package and return it to our office. You are not obligated to accept a loan modification from Ocwen, but it is at least worth applying to find out whether there is a loan modification that may be agreeable to you. If you receive a loan modification offer that you would like to accept then your bankruptcy counsel, Mr. Banks, can submit the required documentation to the bankruptcy court for its review and approval.

BN 14349730v1

BuchalterNemer

Ms. Maria Arndt
June 28, 2013
Page 5

     Please return the completed Ocwen hardship package with the requested supporting income documents to me in the enclosed, return FedEx envelope. A label has already been included with the FedEx envelope so all you will need to do is place the envelope in a FedEx drop box.

     If you have any questions, please do not hesitate to contact me.

                        Very truly yours,

                        BUCHALTER NEMER
                        A Professional Corporation

By *[signature]*
       Joanne N. Davies

Enclosures



**BuchalterNemer**
A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@Buchalter.com*

July 10, 2013

**VIA OVERNIGHT MAIL**

Ms. Maria Arndt
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379

Re: *Arndt, et al., v. Ameriquest Mortgage Company,* N.D. Ill. Case No. 06-cv-02479
**Meet and Confer Regarding Inadequate Discovery Responses**

Dear Ms. Arndt:

On June 28, 2013, I sent you a letter detailing the problems with your discovery responses and requesting that you contact me by July 5, 2013 to schedule a time for a telephone call so that you and I could discuss the problems with your discovery responses. FedEx delivered my letter to you on July 2, 2013. Despite my request, you failed to contact me to schedule a telephone call and you have not otherwise responded to my letter.

If you want to continue to pursue your claims as a plaintiff in this case you have an obligation to make yourself available to talk to me about these discovery issues. Since you are refusing to communicate with me regarding the problems with your discovery responses you leave us with no option but to bring this matter to the attention of the Court.

If you are willing to discuss the outstanding discovery issues and/or would like to discuss settlement options, please call me immediately upon receipt of this letter at (949) 224-6221.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*
Joanne N. Davies

BN 14404606v1         Los Angeles • Orange County • San Francisco • Scottsdale

## Davies, Joanne

**From:** Davies, Joanne
**Sent:** Monday, July 15, 2013 11:04 AM
**To:** Banks, Richard L. (rbanks@rbankslawfirm.com)
**Subject:** Maria Arndt
**Attachments:** 2013-06-28 Ltr to Maria Arndt re_ Meet and Confer on Discovery Responses....pdf

Per our conversation this morning, we understand that you are not acting as counsel for Ms. Arndt but are working with her to facilitate communication with us in this matter. As we discussed on the telephone this morning, if Ms. Arndt wants to work to resolve the litigation the best opportunity for her to do so is to complete the Ocwen hardship package and submit that to me so that I can forward it to Ocwen's counsel. If we receive the completed hardship package from Ms. Arndt by the end of this week, we will agree to wait until after Ocwen has had an opportunity to review her loan modification application before continuing to pursue discovery in this case (assuming the Court doesn't set discovery cut-off deadlines that we would be forced to comply with). The hardship package was included in our meet and confer letter to Ms. Arndt which I have attached for your ease of reference.

You can either scan and email or fax the completed hardship package to me.

Best regards,


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

## Davies, Joanne

**From:** Davies, Joanne
**Sent:** Wednesday, August 14, 2013 5:25 PM
**To:** 'Richard Banks'
**Subject:** RE: Maria Arndt

Mr. Banks,

Since I have not heard from you for over two weeks on this matter, I plan to send one last meet and confer letter to Ms. Arndt before bringing another motion to dismiss for want of prosecution. If Ms. Arndt wants to be considered for a loan modification, she will need to submit the necessary paperwork. If she wants to prosecute her claims, by the end of this week she will need to provide me with a date and time certain as to when she is available to meet and confer.

Joanne


Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Davies, Joanne
**Sent:** Saturday, August 03, 2013 3:16 PM
**To:** 'Richard Banks'
**Subject:** RE: Maria Arndt

Hi Richard,

Do you have an update that you would be able to provide?

Joanne

---

**From:** Richard Banks [mailto:rbanks@rbankslawfirm.com]
**Sent:** Wednesday, July 31, 2013 8:40 AM
**To:** Davies, Joanne
**Subject:** RE: Maria Arndt

Joanne

1

I plan on talking with Ms. Arndt tomorrow. She has been seriously ill and I have been unable to meet with her. I will be in contact tomorrow afternoon or on Friday.

Richard

--

Richard L. Banks
Richard Banks & Associates, P.C.
393 Broad Street NW
PO Box 1515
Cleveland, TN 37364-1515
(423) 479-4188
(423) 478-1175 fax
www.rbankslawfirm.com

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Richard Banks and Associates, P.C. law offices may contain information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.

**From:** Davies, Joanne [mailto:jdavies@Buchalter.com]
**Sent:** Tuesday, July 30, 2013 4:51 PM
**To:** Richard Banks
**Subject:** Maria Arndt

As a follow-up to my telephone message of this afternoon, when you and I last spoke you indicated that Ms. Arndt wanted to pursue a loan modification with Ocwen. I previously provided you and Ms. Arndt the paperwork that she would need to complete. I don't have record of receiving the completed paperwork. If that was forwarded directly to Ocwen, please forward a copy to me so that I can provide it to Ocwen's outside counsel, Simon Fleischmann. If that has yet to be provided, please advise as to status.

If Ms. Arndt is no longer interested in pursuing a loan modification, please let me know when she should would be available to participate in a meet and confer call so that we can discuss the numerous discovery issues set forth in our meet and confer letter to her.

Best regards,

Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your

system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Richard Banks and Associates, P.C. law offices may contain information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.


A Professional Law Corporation

18400 VON KARMAN AVENUE, SUITE 800 IRVINE, CALIFORNIA 92612-0514
TELEPHONE (949) 760-1121 / FAX (949) 720-0182

File Number: L7526-0723
Direct Dial Number: (949) 224-6221
Direct Facsimile Number: (949) 224-6209
E-Mail Address: *jdavies@Buchalter.com*

August 15, 2013

**VIA OVERNIGHT MAIL**

Ms. Maria Arndt
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379

    Re:    *Arndt, et al., v. Ameriquest Mortgage Company,* N.D. Ill. Case No. 06-cv-02479
            **Meet and Confer Regarding Inadequate Discovery Responses**

Dear Ms. Arndt:

    On June 28, 2013, I sent you a letter detailing the problems with your discovery responses and requested that you contact me by July 5, 2013 to schedule a time for a telephone call so that you and I could discuss the problems with your discovery responses. Despite my request, you failed to contact me to schedule a telephone call and you did not otherwise respond to my letter.

    On July 10, 2013, I sent you a follow-up letter advising you that if you wanted to continue to pursue your claims as a plaintiff in this case you have an obligation to make yourself available to talk to me about the deficiencies with your discovery responses.

    In response to my letter, you and your bankruptcy counsel, Richards Banks, contacted me and I was advised that you wanted to be considered for a loan modification. I again told Mr. Banks that in order for you to be considered for a loan modification you would need to complete the Ocwen hardship application. Over a month has passed and I have yet to receive a completed hardship package from you. Moreover, I have twice asked Mr. Banks to provide me with dates and times that you are available to participate in a meet and confer call and no dates have been forthcoming.

BuchalterNemer

Ms. Maria Arndt
August 15, 2013
Page 2

As such, please provide me with a date and time certain wherein you are available to discuss the outstanding discovery issues. If you are still interested in being considered for a loan modification, please provide me with the completed Ocwen hardship package. However, if you fail to communicate with me by **August 23, 2013,** regarding the problems with your discovery responses you leave us with no option but to bring this matter to the attention of the Court.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*

Joanne N. Davies