IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>―――――――――――――――――<br><br>THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

### NOTICE OF MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH

**PLEASE TAKE NOTICE** that on Wednesday, October 9, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendant Ameriquest Mortgage Company's Motion to Compel Further Discovery Responses from Plaintiffs Maria Arndt and Forrest Pendergraph. A copy of the Motion to Compel is concurrently served upon you.

DATED: October 1, 2013

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

1

BN 14987549v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 1st day of October 2013, a true and correct copy of the Notice of Motion to Compel Further Discovery Responses From Plaintiffs Maria Arndt and Forrest Pendergraph was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via FedEx Two Day Delivery:

Maria Arndt and Forrest Pendergraph      Plaintiffs in pro per
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379

By: /s/ Joanne N. Davies