**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. *Burton v. Ameriquest, et al.*, 1:07-06714, N.D. Ill. *Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill. *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill *Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill. *Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill. *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. *Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill. *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. *Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill. *Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill. *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 *Powell et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill. *Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill. *Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill. *Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill. *Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill. *Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill. *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. *Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill. *Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill. | |

**NOTICE OF UPDATED LIST OF PLAINTIFFS SUBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On May 8, 2012, defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively the "AMC Entities"), by and through their attorneys, Buchalter Nemer, A Professional Corporation, moved this Court for summary judgment for the claims asserted by the above-captioned plaintiffs (collectively, "Plaintiffs"), which have been transferred into this Multidistrict Litigation ("MDL") (the "Motion") [MDL Dkt. 4912]. The Motion was taken under advisement [MDL Dkt. 4935].

1

Plaintiffs' claims have been settled as they fall squarely within the class action settlement finalized by the Court on June 29, 2010. Therefore, pursuant to the terms of the class action settlement, Plaintiffs' complaints should be dismissed.

Since the AMC Entities' Motion was filed, many of the cases originally included in the Motion have been dismissed by agreement of the parties or have otherwise been dismissed by the Court. The purpose of this Notice is to provide an update as to which Plaintiffs' cases remain subject to the Motion.

Below is a list of those cases which are active and remain subject to the pending Motion:

1. *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.
2. *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill
3. *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.
4. *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.
5. *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584, N.D. Ill.
6. *Powell, et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill.
7. *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.

                                        Respectfully submitted,

DATED: October 3, 2013        By:  /s/ Joanne N. Davies
                                        *Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*

                                        Joanne N. Davies, Esq. (*admitted pro hac vice*)
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

    I, Joanne N. Davies, hereby certify that on this 3rd day of October 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                  By: /s/  Joanne N. Davies

BN 15000036v1