# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |

THIS DOCUMENT RELATES TO:

*Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.
*Burton v. Ameriquest, et al., 1:07-06714, N.D. Ill.*
*Curtis et al. v. Ameriquest, et al.*, 1:08-cv-04549, N.D. Ill.
*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill
*Delaney et al. v. AMC Mtg. Serv., et al.*, 1:09-cv-00216, N.D. Ill.
*Dickerson v. Royal Mortgage, et al.*, 1:07-cv-03580, N.D. Ill.
*Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.
*Goodell, et al. v. Ameriquest, et al.*, 1:07-cv-03583, N.D. Ill.
*Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.
*Lewark v. AMC Mtg. Services, et al.*, 1:09-cv-00218, N.D. Ill.
*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.
*Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584
*Powell et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill.
*Sorah v. Deutsche Bank Natl., et al.*, 1:08-cv-04993, N.D. Ill.
*Surin v. Ameriquest Mtg. Co., et al.*, 1:06-cv-03584, N.D. Ill.
*Taylor, et al. v. Ameriquest, et al.*, 1:08-cv-04993, N.D. Ill.
*Threlkel, et al. v. Ameriquest, et al.*, 1:07-cv-03578, N.D. Ill.
*Vermurlen, et al. v. Ameriquest, et al.*, 1:07-cv-06812, N.D. Ill.
*Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill.
*Walker, et al. v. Ameriquest, et al.*, 1:06-cv-02807, N.D. Ill.
*Whitsett, et al. v Ameriquest, et al.*, 1:08-04291, N.D. Ill.

1

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**NOTICE OF UPDATED LIST OF PLAINTIFFS SUBJECT TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
[DOCKET NO. 5356]; AND THIS CERTIFICATE OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Maria Arndt and Forrest Pendergraph | Pro Se | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | Maria Arndt and Forrest Pendergraph 9700 Granny Walker Cemetery Road Soddy Daisy, TN 37379 |
| Rosa Dailey | William F. Spielberger | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | William F. Spielberger, Esq. William F. Spielberger & Associates, P.C. 53 West Jackson Blvd., Suite 1231 Chicago, IL 60604 |
| Cheryl Evans | Adebayo Ogunmeno | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | Adebayo Ogunmeno, Esq. Ogunmeno Law Firm 623 Tauromee Avenue Kansas City, KS 66101 |
| Jerry and Jacqueline Ivery | Paul Anthony Robinson | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | Paul Anthony Robinson, Esq. Law Offices of Paul Robinson 5 North 3rd Street, Suite 2000 Memphis, TN 38103 |
| James and Mildred Null | James K. Murphy | *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 | James K. Murphy Lynch Cox Gillman & Mahan PSC 500 West Jefferson Street, Suite 2100 Louisville, KY 40202 |
| John Powell and Sylvia Dailey | Pro Se | *Powell, et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill. | John Darius Powell Sylvia Marie Dailey 418 S. Scott Street New Orleans, LA 70119 |

BN 15003580v1

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Villagran, Maynor | William F. Spielberger | *Villagran v. Ameriquest*, 1:06-cv-05699, N.D. Ill. | William F. Spielberger, Esq. William F. Spielberger & Associates, P.C. 53 West Jackson Blvd., Suite 1231 Chicago, IL 60604 |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on October 3, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on October 3, 2013, at Irvine, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 3, 2013 at Irvine, California.

Raquel Moreno

_____
(Signature)

BN 15003580v1