UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## STATUS REPORT FOR HARRIS FIRM CASES

The Law Offices of Daniel Harris represents five remaining plaintiff households with claims still pending in the MDL.

1. Joyce Griggs – Griggs and Ocwen are engaged in settlement negotiations and hopefully moving toward a resolution.

2. Gil & Janet Solnin – Settlement documents have been sent to the Solnins.

Respectfully Submitted:

Date: October 7, 2013

/s/ Anthony P. Valach, Jr.
Attorney for Various Individual Plaintiffs

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@yahoo.com

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 7th day of October 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


      By:    /s/ Anthony P. Valach, Jr.