UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 8, 2013:

MINUTE entry before Honorable Marvin E. Aspen: We order Defendants to send (1) a copy of this order, (2) a copy of their updated list filed October 3, 2013, and (3) a copy of the original motion papers, to the opposing counsel or parties in the Ardnt, Dailey, Evans, Ivery, Myers, Null, and Powell actions. Defendants shall file a certificate of service no later than Friday October 11, 2013, confirming their compliance with this order. Responses in opposition to the motion for summary judgment (4912) must be filed on or by Friday, November 8, 2013. Defendants may file a reply no later than Friday, November 22, 2013. It is so ordered. Enter Order. (For further details, see Order in separate docket entry).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.