UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| **THIS DOCUMENT RELATES TO CERTAIN INDIVIDUAL ACTIONS**: | ) ) ) | Centralized before the Honorable Marvin E. Aspen |
| *Arndt et al. v. Ameriquest* (06 C 2479), *Dailey v. Citi Residential Lending* (07 C 5426), *Evans v. Ameriquest* (09 C 1150), *Ivery et al. v. Ameriquest* (08 C 4293), *Myers v. Ameriquest* (07 C 3584), *Null et al. v. Ameriquest* (08 C 1584), and *Powell et al. v. Ameriquest* (06 C 5699). | ) ) ) ) ) ) ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

On October 3, 2013, Defendants Ameriquest Mortgage Company and Argent Mortgage Company updated the court (Dkt. No. 5356) as to the cases that remain relevant to Defendants' pending motion for summary judgment (Dkt. No. 4912). We hereby revise that list, to exclude *Villagran v. Ameriquest* (No. 06 C 5699), which we dismissed on October 7, 2013 for want of prosecution. (Indiv. Dkt. No. 8.) We also instruct Ameriquest to consider the motion pending in *Myers v. Ameriquest* (No. 07 C 3584), which we are reinstating by separate order pursuant to plaintiff's August 30, 2013 request.

With that in mind, we order Defendants to send (1) a copy of this order, (2) a copy of their updated list filed October 3, 2013, and (3) a copy of the original motion papers, to the opposing counsel or parties in the *Ardnt*, *Dailey*, *Evans*, *Ivery*, *Myers*, *Null*, and *Powell* actions. Defendants shall file a certificate of service no later than Friday October 11, 2013, confirming

-2-

their compliance with this order.

Responses in opposition to the motion for summary judgment must be filed on or by Friday, November 8, 2013.

Defendants may file a reply no later than Friday, November 22, 2013. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: October 8, 2013