UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| THIS DOCUMENT RELATES TO: *Myers v. Ameriquest* (No. 07 C 3584) | ) ) | Centralized before the Honorable Marvin E. Aspen |

## ORDER

MARVIN E. ASPEN, District Judge:

On July 31, 2013, we dismissed several opt-out claims due to the plaintiffs' failure to prosecute. (Dkt. No. 5336.) In that order, we specifically dismissed the claims brought by Gail Myers. On August 30, 2013, Ms. Myers filed a motion seeking reinstatement of her claim. Ms. Myers indicates that she was not receiving copies of filings or court notices regularly or in a timely manner, due to the breakdown in communication between her and her attorney. Ms. Myers states that she was unaware that her attorney had stopped representing her earlier this year. Under these circumstances, we grant the motion and reinstate Ms. Myers' case.

We further advise Ms. Myers that Defendants filed a motion, seeking dismissal of her case by summary judgment. Defendants will send a copy of that motion directly to Ms. Myers. Pursuant to a separate order we are issuing today, Ms. Myers must respond to that motion for summary judgment no later than November 8, 2013. It is so ordered.

Marvin E. Aspen
United States District Judge

Dated:   October 8, 2013