IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *O'Keefe et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-05878, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

**[PROPOSED] ORDER ON MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS MICHAEL AND SUSAN O'KEEFE**

Defendant Ameriquest Mortgage Company's ("Ameriquest") Notice of Presentment of Motion to Compel Discovery Responses from Plaintiffs Michael and Susan O'Keefe ("Plaintiffs") [Dkt. 5350] came on for hearing on October 9, 2013. Ameriquest appeared through counsel of record, Joanne Davies. Pro se plaintiff Michael O'Keefe appeared on his own behalf. No response to the motion has been received. The matter having been argued and submitted and good cause appearing therefor, the Court finds as follows:

1. Within thirty (30) days from the date of this order, Plaintiffs are ordered to respond to the outstanding discovery served by Ameriquest, without objection.

2. Since Plaintiffs failed to timely respond to Requests for Admission served by Ameriquest as required by Federal Rules of Civil Procedure, Rule 36(a)(3) those matters are deemed admitted.

3. For any Plaintiff who fails to respond to the discovery, Ameriquest intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that if they do not respond to the discovery or notify Ameriquest's counsel, in writing, that they wish to

participate in the litigation within thirty (30) days, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

    4.    Ameriquest will mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.


Dated: October __, 2013                    _____
                                                  Hon. Daniel G. Martin

BN 15039594v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of October 2013, a true and correct copy of the [Proposed] Order on Motion to Compel Discovery Responses From Plaintiffs Michael and Susan O'Keefe was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via first class mail:

Michael and Susan O'Keefe                    Plaintiffs in pro per
74 Steele Avenue
Staten Island, NY 10306

By: /s/ Joanne N. Davies

BN 15039594v1