# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Assigned to Magistrate Judge Daniel G. Martin) |

## [PROPOSED] ORDER ON MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH

Defendant Ameriquest Mortgage Company's ("Ameriquest") Notice of Presentment of Motion to Compel Further Discovery Responses from Plaintiffs Maria Arndt and Forrest Pendergraph ("Plaintiffs") [Dkt. 5352] came on for hearing on October 9, 2013. Ameriquest appeared through counsel of record, Joanne Davies. There were no other appearances. No response to the motion has been received. Accordingly, the Court finds as follows:

1.      Within thirty (30) days from the date of this order, Plaintiffs are ordered to produce responsive documents and provide further responses to the outstanding discovery served by Ameriquest, without objection; and

2.      Ameriquest will mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: October __, 2013      _____
                                                        Hon. Daniel G. Martin

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 10th day of October 2013, a true and correct copy of the [Proposed] Order on Motion to Compel Further Discovery Responses From Plaintiffs Maria Arndt and Forrest Pendergraph was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via first class mail:

Maria Arndt and Forrest Pendergraph                    Plaintiffs in pro per
9700 Granny Walker Cemetery Road
Soddy Daisy, TN 37379


                                        By: /s/  Joanne N. Davies