IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**[PROPOSED] ORDER COMPELLING DISCOVERY RESPONSES FROM PLAINTIFF ROSA DAILEY**

Status hearing held and continued to December 5, 2013 at 10:00 a.m.

1. Plaintiff Rosa Dailey ("Plaintiff") is ordered to respond to outstanding written discovery served by JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC ("JPMC Specialty") by October 16, 2013, without objection.

2. If Plaintiff fails to respond to the discovery, JPMC Specialty intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiff is admonished that if she does not respond to the discovery by October 16, 2013, this Court may recommend that her claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

3. JPMC Specialty will mail a copy of this order to William Spielberger, counsel for Plaintiff, at his last known address.

IT IS SO ORDERED.


Dated: October __, 2013       _____
                              Hon. Daniel G. Martin

1

BN 15041153v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of October 2013, a true and correct copy of the [Proposed] Order Compelling Discovery Responses From Plaintiff Rosa Dailey was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via first class mail and e-mail:

William F. Spielberger, Esq.                    Counsel for Plaintiff Rosa Dailey
William F. Spielberger & Associates, P.C.
53 West Jackson Blvd., Suite 1231
Chicago, IL 60604
bartleby.scriviner@sbcglobal.net
wm.spielberger@sbcglobal.net


                                                By: /s/  Joanne N. Davies

BN 15041153v1