IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Bowe, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02471, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **TRICIA SAFFERSTEIN** and **GARY SAFFERSTEIN** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-R9 (collectively "Defendants") hereby stipulate that Plaintiffs' claims in the *Bowe, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02471, N.D. Ill. (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  October 10, 2013     Respectfully submitted,

By:  /s/ Daniel S. Blinn
*Attorneys for Plaintiffs Tricia Safferstein and Gary Safferstein*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone: (860) 571-0408
Facsimile:  (860) 571-7457

DATED:  October 10, 2013     Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 10th day of October 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies