Bruce Buck
18861 Silo Ct.
Shafer, MN 55074
Tel. 651 257-5373
brucejbuck@msn.com



September 25, 2013

| The Honorable<br>Marvin E. Aspen<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | Magistrate Judge Daniel G. Martin<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 |



ATTN: Magistrate Judge Daniel G. Martin

Dear Judge Martin:

I am writing to respectfully request 3 weeks time in order for me to obtain a new lawyer to assist me with my Case No. 07cv4874 called Buck vs Ameriquest.

I thought I was represented by a lawyer. I learned that my lawyer thought he agreed to do only a few things for me and nothing more. When I contacted him recently, he said he did all that he was hired to do. As a result I was unaware that I had no lawyer. It looks like I was representing myself for several weeks or months.

An acquaintance looked up the electronic records on my case and informed me that the lawyer I thought was working for me was not responding to things. I learned that Ameriquest had sent electronic papers lawyer call discovery and a dismissal request which were regrettably ignored.

Since I was not represented, I did not get any notice or learn of what Ameriquest may have sent electronically, until recently. . And my former lawyer did not respond to my frequent telephone calls. He moved out of his former residence and I had no idea what his new address was in Minnesota. I later learned he was employed by a company to do work requiring that he be continuously in North Dakota.

Given what has happened to my family because of Ameriquest's conduct and the time and money I have invested up to this point I surely can't afford to have it dismissed without an opportunity to present my facts to the court. I can show that at the closing that occurred in our home, we told the title company representative that we did not want the loan because the terms were not what were promised. We told the title company representative to take back all the loan

papers and return with loan papers that had the correct terms in them. He left our home and did not leave us one piece of paper.

To our surprise we later learned that Ameriquest closed the loan and paid off our old mortgage even though we told them we did not want the loan. When we tried to correct this, but we learned that the Ameriquest branch where our loan officer worked had closed and the employees were dismissed.

Later, we rescinded the mortgage loan using the Truth In Lending Act but Ameriquest went ahead with a foreclosure anyway. We were evicted, which wasn't right.

I apologize to the Ameriquest lawyers and you for my being unresponsive, but since I was not aware that my former lawyer was not responding.

I request that you not consider the motion if I can hire a lawyer to represent me by October 17. In the meantime, since I do not have a lawyer now, Ameriquest can send any settlement proposal to me at my home address shown above and I'll respond in writing to it within a few days. I'll pull together the information and papers requested by Ameriquest right away and I'll forward those things to the Ameriquest lawyers. I'd appreciate getting paper letters in the future, as I don't understand how to use the electronic system.

Your understanding and cooperation with my request is greatly appreciated.

With Kind Regards,

BruceJ Buck
/ } )
(Home) 651-257-5373
(Cell) 763-516-5517