**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                                 Case No.: 1:05−cv−07097
                                                                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2013:

      MINUTE entry before Honorable Marvin E. Aspen: We grant Mr. Bucks motion (Dkt. No. 5371) for an extension of time. He must respond to the pending motion to dismiss (Dkt. No. 5314) for want of prosecution on or by November 1, 2013. Ameriquest may file a revised reply on or by November 13, 2013. It is so ordered. Enter Order. (See Order in separate docket entry).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.