UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-7097 |
| THIS DOCUMENT RELATES TO: *Buck v. Ameriquest* (07 C 4874) | ) ) ) | Centralized before the Honorable Marvin E. Aspen |

## ORDER

MARVIN E. ASPEN, District Judge:

On June 27, 2013, Defendant Ameriquest Mortgage Company filed a motion to dismiss the claims of Plaintiffs Bruce and Shannon Buck for want of prosecution. (Dkt. No. 5314.) We ordered Plaintiffs to respond to the motion by July 19, 2013. (7/1/13 Min. Order, Dkt. No. 5317.) Plaintiffs failed to do so.

By letter dated September 25, 2013, Mr. Buck requested additional time to oppose the motion. Mr. Buck stated that he did not know his lawyer was no longer representing him and was not responding to Ameriquest's discovery requests. Mr. Buck also indicated that he is prepared to engage in discovery and that Ameriquest can send documents directly to him until such time as he obtains a new lawyer. We grant Mr. Buck's motion for an extension of time. He must respond to the pending motion to dismiss for want of prosecution on or by November 1, 2013. Ameriquest may file a revised reply on or by November 13, 2013. It is so ordered.

Marvin E. Aspen
United States District Judge

Dated: October 10, 2013