IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill.<br>*Dailey v. Citi Residential, et al.*, 1:07-cv-05426, N.D. Ill<br>*Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill.<br>*Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill.<br>*Myers v. Ameriquest, et al.*, 1:07-cv-03584, N.D. Ill.<br>*Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584<br>*Powell et al. v. Ameriquest,* 1:06-cv-03585, N.D. Ill. | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

1. **MINUTE ENTRY BEFORE THE HONORABLE MARVIN E. ASPEN [DKT. 5361];**

2. **ORDER ENTERED BY THE HONORABLE MARVIN E. ASPEN [DKT. 5362];**

3. **NOTICE OF UPDATED LIST OF PLAINTIFFS SUBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 5356];**

4. **DEFENDANT AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW [DKT. 4912];**

1

5. NOTICE OF MOTION [DKT 4913];

6. NOTICE TO PRO SE LITIGANTS OPPOSING DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT [DKT. 4914];

7. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY'S SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DKT. 4915];

8. AFFIDAVIT OF AMY LAKE IN SUPPORT OF DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT [DKT. 4916];

9. CERTIFICATE OF SERVICE [DKT. 4917]; AND

10. AFFIDAVIT OF AMY LAKE IN SUPPORT OF DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT [DKT. 4918].

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Maria Arndt and Forrest Pendergraph | Pro Se | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | Maria Arndt and Forrest Pendergraph 9700 Granny Walker Cemetery Road Soddy Daisy, TN 37379 |
| Rosa Dailey | William F. Spielberger | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | William F. Spielberger, Esq. William F. Spielberger & Associates, P.C. 53 West Jackson Blvd., Suite 1231 Chicago, IL 60604 |
| Cheryl Evans | Adebayo Ogunmeno | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | Adebayo Ogunmeno, Esq. Ogunmeno Law Firm 623 Tauromee Avenue Kansas City, KS 66101 |
| Jerry and Jacqueline Ivery | Paul Anthony Robinson | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | Paul Anthony Robinson, Esq. Law Offices of Paul Robinson 5 North 3rd Street, Suite 2000 Memphis, TN 38103 |

BN 15043324v1

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Gail Myers | Pro Se | *Myers v. Ameriquest, et al.*, 1:07-cv-03584 | Gail Myers<br>3016 Williams Road<br>Knoxville, TN 37932 |
| James and Mildred Null | James K. Murphy | *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 | James K. Murphy<br>Lynch Cox Gillman & Mahan PSC<br>500 West Jefferson Street, Suite 2100<br>Louisville, KY 40202 |
| John Powell and Sylvia Dailey | Pro Se | *Powell, et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill. | John Darius Powell and Sylvia Marie Dailey<br>418 S. Scott Street<br>New Orleans, LA 70119 |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on October 10, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on October 10, 2013, at Irvine, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 10, 2013 at Irvine, California.

Raquel Moreno

_____
(Signature)

BN 15043324v1