IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

### ORDER ON MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH

Defendant Ameriquest Mortgage Company's ("Ameriquest") Motion to Compel Further Discovery Responses from Plaintiffs Maria Arndt and Forrest Pendergraph ("Plaintiffs") (doc. 5352) was presented for hearing on October 9, 2013. Ameriquest appeared through counsel of record, Joanne Davies. Plaintiffs did not appear. No written response to the motion has been filed. Accordingly, Ameriquest's Motion to Compel is granted to the extent stated below:

1. Within thirty (30) days from the date of this order, Plaintiffs are ordered to produce responsive documents and provide further responses to the outstanding discovery served by Ameriquest, without objection; and

2. Ameriquest shall mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: October 11, 2013

*/s/ Daniel G. Martin*

Hon. Daniel G. Martin