IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**ORDER COMPELLING DISCOVERY RESPONSES FROM PLAINTIFF ROSA DAILEY**

Status hearing held on October 9, 2013. Plaintiff Rosa Dailey ("Plaintiff") appeared through counsel of record, William Spielberger. Joanne Davies appeared for JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC ("JPMC Specialty"). The Court finds as follows:

1. Plaintiff is ordered to respond to outstanding written discovery served by JPMC Specialty by October 16, 2013, without objection.

2. If Plaintiff fails to respond to the discovery, JPMC Specialty intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiff is admonished that if she does not respond to the discovery by October 16, 2013, this Court may recommend that her claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

3. JPMC Specialty shall mail a copy of this order to William Spielberger, counsel for Plaintiff, at his last known address.

IT IS SO ORDERED.

*Daniel G. Martin*

Dated: October 11, 2013

_____
Hon. Daniel G. Martin