IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*O'Keefe et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-05878, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

### ORDER ON MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS MICHAEL AND SUSAN O'KEEFE

Defendant Ameriquest Mortgage Company's ("Ameriquest") Motion to Compel Discovery Responses from Plaintiffs Michael and Susan O'Keefe ("Plaintiffs") (doc. 5350) was presented for hearing on October 9, 2013. Ameriquest appeared through counsel of record, Joanne Davies. Pro se plaintiff Michael O'Keefe appeared by telephone on his own behalf. No written response to the motion has been filed. The matter having been argued, Ameriquest's Motion to Compel is granted to the extent stated below:

1. Within thirty (30) days from the date of this order, Plaintiffs are ordered to respond to the outstanding discovery served by Ameriquest, without objection.

2. To the extent Plaintiffs assert that they do not have any responsive documents in their possession, they shall provide an affidavit, under oath, explaining why such documents are not in their possession and detailing any efforts they undertook to locate responsive documents.

3. Since Plaintiffs failed to timely respond to Requests for Admission served by Ameriquest as required by Rule 36(a)(3) of the Federal Rules of Civil Procedure, those matters are deemed admitted.

4.      For any Plaintiff who fails to respond to the discovery, Ameriquest intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that if they do not respond to the discovery or notify Ameriquest's counsel, in writing, that they wish to participate in the litigation within thirty (30) days, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

5.      Ameriquest shall mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: October 11, 2013

*/s/ Daniel G. Martin*

Hon. Daniel G. Martin