IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**ORDER ON MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH [DOCKET NO. 5378]; AND THIS CERTIFICATE OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Maria Arndt and Forrest Pendergraph<br>9700 Granny Walker Cemetery Road<br>Soddy Daisy, TN 37379 | Plaintiffs in pro per |

☒    **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on October 11, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on October 11, 2013, at Irvine, California.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 11, 2013 at Irvine, California.

Raquel Moreno
_____

_/s/ Raquel Moreno_
(Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## ORDER ON MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH

Defendant Ameriquest Mortgage Company's ("Ameriquest") Motion to Compel Further Discovery Responses from Plaintiffs Maria Arndt and Forrest Pendergraph ("Plaintiffs") (doc. 5352) was presented for hearing on October 9, 2013. Ameriquest appeared through counsel of record, Joanne Davies. Plaintiffs did not appear. No written response to the motion has been filed. Accordingly, Ameriquest's Motion to Compel is granted to the extent stated below:

1. Within thirty (30) days from the date of this order, Plaintiffs are ordered to produce responsive documents and provide further responses to the outstanding discovery served by Ameriquest, without objection; and

2. Ameriquest shall mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: October 11, 2013

*Daniel G. Martin*

Hon. Daniel G. Martin