IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**ORDER COMPELLING DISCOVERY RESPONSES FROM PLAINTIFF ROSA DAILEY [DOCKET NO. 5379]; AND THIS CERTIFICATE OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

William F. Spielberger, Esq.                    Counsel for Plaintiff Rosa Dailey
William F. Spielberger & Associates, P.C.
53 West Jackson Blvd., Suite 1231
Chicago, IL 60604
bartleby.scriviner@sbcglobal.net
wm.spielberger@sbcglobal.net

1

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on October 11, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ **BY EMAIL** On October 11, 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on October 11, 2013, at Irvine, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 11, 2013 at Irvine, California.

Raquel Moreno

_____  (Signature)

BN 15047403v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## ORDER COMPELLING DISCOVERY RESPONSES FROM PLAINTIFF ROSA DAILEY

Status hearing held on October 9, 2013. Plaintiff Rosa Dailey ("Plaintiff") appeared through counsel of record, William Spielberger. Joanne Davies appeared for JPMC Specialty Mortgage, LLC f/k/a WM Specialty Mortgage, LLC ("JPMC Specialty"). The Court finds as follows:

1.     Plaintiff is ordered to respond to outstanding written discovery served by JPMC Specialty by October 16, 2013, without objection.

2.     If Plaintiff fails to respond to the discovery, JPMC Specialty intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiff is admonished that if she does not respond to the discovery by October 16, 2013, this Court may recommend that her claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

3.     JPMC Specialty shall mail a copy of this order to William Spielberger, counsel for Plaintiff, at his last known address.

IT IS SO ORDERED.

Dated: October 11, 2013

_____
Hon. Daniel G. Martin