**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Carleton Whitsett, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-cv-04291(N.D. Ill.) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **CARLETON WHITSETT** and **KIMBERLY WHITSETT** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** and **AMERIQUEST MORTGAGE SECURITIES, INC.** (collectively "Defendants") hereby stipulate that the *Carleton Whitsett, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-cv-04291(N.D. Ill.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  October 22, 2013

Respectfully submitted,

By:  /s/ Marshall A. Yee
*Attorneys for the Plaintiffs*

Marshall A. Yee, Esq.
KEMPF & YEE
913 W. Holmes Road, Suite 130
Lansing, MI 48910
Telephone: (517) 394-4430
Facsimile:  (517) 393-4545

DATED:  October 22, 2013

Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage*
*Company and Ameriquest Mortgage Securities, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne N. Davies, hereby certify that on this 22nd day of October 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies