IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Leading Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO: | |
| | Centralized before the Honorable Marvin E. Aspen |
| CHERYL E. EVANS v. AMERIQUEST MORTGAGE COMPANY f/n/a LONG BEACH MORTGAGE COMPANY; and AMC MORTGAGE SERVICES, INC., f/n/a AMERIQUEST NEWCO, INC., f/n/a PPC MORTGAGE COMPANY, f/n/a BEDFORD HOME LOANS, INC., and AMERICAN HOME MORTGAGE SERVICING, INC., Case No. 09-cv-1150 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case 08-4046-SAC (KS) | |

**PLAINTIFF'S CHERLY EVAN'S MOTION FOR EXTENSION OF TIMETO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Cheryl Evans and moves the court for extension of time to file her response to defendant's motion for summary judgment. In support plaintiff shows the court the following:

1. Plaintiff's response to defendant's motion for summary judgment is due November 8, 2013.

2. This motion is filed before the due date.

3. Plaintiff's counsel is unable to complete plaintiff's response to defendant's motion for summary judgment because of counsel heavy case load.

1

4. Plaintiff's counsel is preparing for trial of a criminal defense matter which start November 12, 2013 and which is constrained by defendant's constitutional and statutory speedy trial right.

5. Plaintiff's counsel estimate he needs about additional 21 days to complete plaintiff's response to defendant's motion for summary judgment, and therefore, counsel requests the court extend plaintiff's response time to November 29, 2013.

6. Prior to filing this motion for extension of time, plaintiff counsel consulted with defendant's counsel who has no objection to plaintiff's request for additional time.

WHEREFORE, plaintiff prays the court to grant her motion for extension of time in which to file her response to defendant's motion for summary to November 29, 2013.

Respectfully submitted,

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808
155 S. 18th Street, Suite 250
Kansas City, Kansas 66102-5654
Tel. (913) 233-2133
Attorney for the Plaintiff.
aikogun@ogunmenolawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on this ***November 7, 2013***. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808