-1-

Case 1:05-CV-07097 #5364 Filed: 10-8-13 P. 1 of 1 ID#51051

United States District Court
Northern District Court of Illinois
Eastern Division

In Re: Ameriquest Mortgage Co.          MDL No. 1715
Mortgage Lending Practices              Lead Case No. 05-7097
Litigation

This Document Relates to:               Centralized before the
Myers v. Ameriquest (No. 07C-3584)      Honorable Marvin E. Aspen

Response to Order

**FILED**
NOV 5 2013
11/5/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Honorable Marvin E. Aspen:

I, Gail D. Myers, would like to file a motion for an extension of time, to respond to the motion of dismissal of a summary judgement against me. I received the order in regard to Myers v. Ameriquest (No. 07C-3584) The order was received at my home 10-15-13, & I have until 11-8-13 to file. I do graciously appreciate the good help, time, & effort of re-considering my case. I have religiously been trying to seek help & I can't seem to be getting anywhere. I need some guidance & direction in knowing how to handle this situation. Can't seem to get help. I could come home any day & find a lock on my door. Its very distraughtful & tramatic, to think after working 30 yrs. with Surgical procedures, that I could loose my home & things that I have worked for all those years. (But it, of course, are mostly material things.) But I shall never loose helping those in need, in which I keep within my heart. That is so rewarding in helping & now I

myself need help. Now I'm trying to learn to receive graciously. I need not be so lengthy with my letter, but hopefully something nice will happen for me for now I myself need help. I'm wondering as well, since my case has been re-instated, if I will need to come there in Chicago, or can it be hard here in Knoxville, Tn.? At the moment I have no vehicle, but I may need to arrange for transit. I have been without a car for 5 yrs, & I never knew I would not have a car. I ride a small bus that is federally funded, that takes me to the doctor & store. It is difficult to get out & find help. I seem to be doing everything else to help me. It would be nice if you, Judge Marvin E. Aspen, could suggest a reputable atty, or atty's here in Knoxville, that could reside with my case. I suppose perhaps that would not permissable. Nice thought anyway. It would be wonderfull, if you could hear my case again. That would be a blessing. You know, Atty's can be like surgeons, you have good ones & not so skilled ones. The only ones to know of this, are the ones who work with them & can see their skills. Well, as you can see, if noticed, my Arthritis in hands & fingers are acting up. Hope you can read this.

Getting back to the atty issue, I thought I had found one to hire (John Boucher) up front on the beginning to handle this for me. I told him to keep me informed, & every 2 or 3 months I would call for re-assurance. Mr. Boucher said sometimes, class action law suites can take yrs. I was never notified in any way, about John Boucher leaving my case (In writing or verbally). I had the utmost respect for John Boucher & he compiled some hard work for my case, but you would think from one professional to

another professional person (or for anyone for that matter) there would have been respect shown. He never sent me copies of anything in what was going on, & his 1st assistant, before he (John Burckel) changed ofc's, sent to me papers to me & he was unable. I have signed papers where he had signed them. If I had known he was going to do me this way, I could have found another atty for representation. It seems their difficult to find out there, I guess, pending what type of case one has. I have called & called trying to touch base with them. The atty's seem un-certain in how to handle the case. And, of course, to get a good atty, one has to have some up front money, (&c— which they certainly deserve this. I use to make good money when working, & being on Social Security Disability — makes a difference. At 65 Social Security Disability automatically changes to retirement. You would think that would be a medical issue decision.

Once again, I do graciously appreciate your good work, time, & effort, especially re-consideration of my case, for I truly need help. Some how, some where, some way someday, I hope things work out for the best. Thank you for listening & I spicifically hope you can help. You seem to put and extra foot forward in wanting to help me. I do have that feeling. It is a blessing to know there are concerning ones out there, that are concerned & care.
                                    Thanks Kindly &
                                    Respectfully,
                                    Gaie D. Myers

☆ Next page please

By the way,—

I tried & tried to touch base with John Boucher (Atty, to represent me in this case. He ignored my calls many times. Would not return my calls at all. I went to his office to have copies of my papers to be copied off for him, there was neglect there. His assistant copied 1 paper off. I had everything (papers) all organized & in place for copying. He was never available for me & did not respond to calls, visits & would try to make appointment & would fail. His assistant said for me to leave a message & he could return my call, that I probably would not have to come to the ofc., [Quote/ Un Quote] that my questions could be answered by telephone probably. I had begun going to his ofc. unannounced.

Finally, John Boucher came out to the lobby area & we were confronted with one another. He said he was not representing me anymore & that he had sent me a letter. To this day, I have never, not ever, received this letter. There was a small discussion out in the lobby area (not very proffessionaly) & he slowly walked away. When I saw him leave, I broke down like a child. 1st time this type thing has ever happen to me. Basically, I'm a strong person, yet that after my dear Mother & Dad.

Thanks again,
Gail