IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERRY L. IVERY AND JACQUELINE D. IVERY

    Plaintiff(s),

Vs.

AMERIQUEST MORTGAGE COMPANY,

    Defendant.

MDL 1715 Lead Case No. 05-7097

**FILED**
NOV 8 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### EMERGENCY MOTION OF JERRY AND JACQUELINE IVERY FOR ADDITIONAL TIME TO FILE A RESPONSE TO THE MOTION OF DEFENDANT AMERIQUEST FOR SUMMARY JUDGMENT

Comes now your Plaintiffs Jerry and Jacqueline Ivery and moves this Honorable Court for additional time to file a response to the Motion for Summary Judgment filed herein by defendant Ameriquest as Jerry and Jacqueline Ivery only received the documents two weeks ago and have not has sufficient time to response and therefore need additional time to prepare and file a response

Respectfully submitted,

Jerry Ivery
1979 S. Parkway E.
Memphis, TN 38114

I hereby certify that I, Jerry Ivery have this 8 day of Nov, 2013 caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing document.

Joanne N. Davies, Esq.,
BUCHALTER NEMER, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514