UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                      Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 15, 2013:

       MINUTE entry before Honorable Marvin E. Aspen: Plaintiffs Gail Myers (Ind. Case No. 07 C 3584), Cheryl Evans (Ind. Case No. 09 C 1150), and Jerry and Jacqueline Ivery (Ind. Case No. 08 C 4293) have requested extensions of time to respond to Ameriquest's pending motion for summary judgment. (MDL Dkt. Nos. 538789.) Those motions are granted. Plaintiffs Myers, Evans, and Ivery shall filed their responses to the motion no later than December 20, 2013. Ameriquest's reply brief shall be filed no later than January 17, 2014. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.