UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>SOLNIN, *et al.*, v. AMERIQUEST MORTGAGE COMPANY, *et al.*, 06-cv-4866 (N.D. Ill.) | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR GILBERT AND JANET SOLNIN

The undersigned counsel, Daniel M. Harris and Anthony P. Valach, Jr. on their own behalf and on behalf of The Law Offices of Daniel Harris, hereby move this Honorable Court for leave to withdraw as counsel for Gilbert and Janet Solnin ("Plaintiffs"). In support of this Motion, Counsel states as follows:

1. Plaintiffs have represented Plaintiffs in this matter since the filing of the Complaint.
2. Irreconcilable differences have arisen between Petitioners and the Solnins which prevent petitioners from continuing to represent the Solnins.
3. As indicated in the Notice of Motion attached hereto, Petitioners have given written notice to the Solnins of their intention to move for leave to withdraw on the date, place and time specified therein.

WHEREFORE, Petitioners Daniel M. Harris and Anthony P. Valach, Jr., on their own behalf and on behalf of The Law Offices of Daniel Harris, respectfully pray this Honorable Court for leave to withdraw as counsel for Gilbert and Janet Solnin in this matter.

Date:   November 18, 2013             Respectfully Submitted:

                                            /s/ Anthony P. Valach, Jr.
                                            Counsel for Plaintiffs

 Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., herby certify that on this 18th day of November 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by U.S. Mail to the following parties:

Gilbert & Janet Solnin
16 Lillian Lane
Plainview, NY 11803


                                                    /s/ Anthony Valach
                                                      Anthony Valach