# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: SOLNIN, *et al.*, v. AMERIQUEST MORTGAGE COMPANY, *et al.*, 06-cv-4866 (N.D. Ill.) | |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR GILBERT AND JANET SOLNIN

**PLEASE TAKE NOTICE** that on **Tuesday, December 3, 2013**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR GILBERT AND JANET SOLNIN**, a copy of which is currently being served upon you.

Date:  November 18, 2013            Respectfully Submitted:

                           /s/ Anthony P. Valach, Jr.
                            Counsel for Plaintiffs

 Daniel M. Harris
 Anthony P. Valach, Jr.
 **THE LAW OFFICES OF DANIEL HARRIS**
 150 N. Wacker Drive, Suite 3000
 Chicago, IL 60606
 P: (312) 960-1802
 F: (224) 523-7976

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 18th day of November 2013, a true and correct copy of plaintiffs' **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR GILBERT AND JANET SOLNIN** will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and by U.S. Mail to the following parties:

Gilbert & Janet Solnin
16 Lillian Lane
Plainview, NY 11803


                                                    /s/ Anthony Valach
                                                       Anthony Valach