IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Solnin, et al., v. Ameriquest Mortgage Company, et al.,* Case No. 06-cv-4866 (N.D. Ill.) | |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR GILBERT AND JANET SOLNIN**

On November 18, 2013, Daniel M. Harris, Anthony P. Valach, Jr., and the Law Offices of Daniel Harris filed a motion to withdraw as counsel for Plaintiffs Gilbert and Janet Solnin [MDL Dkt. 5392]. Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company do not oppose the granting of this motion.

Respectfully submitted,

DATED: November 18, 2013

By: /s/ Joanne N. Davies
*Attorneys for defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

BN 15260281v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 18th day of November 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Joanne N. Davies

BN 15260281v1