IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Arndt, et al. v. Ameriquest* (06 C 2479)<br>*Dailey v. Citi Residential Lending* (07 C 5426)<br>*Evans v. Ameriquest* (09 C 1150)<br>*Ivery et al. v. Ameriquest* (08 C 4293)<br>*Myers v. Ameriquest* (07 C 3584)<br>*Null et al. v. Ameriquest* (08 C 1584), and<br>*Powell et al. v. Ameriquest* (06 C 5699) | (Centralized before The Honorable Marvin E. Aspen) |

**REPLY REGARDING MOTION FOR SUMMARY JUDGMENT AS TO CERTAIN PLAINTIFFS**

On October 8, 2013, this Court entered an order [Dkt. 5362] setting a briefing schedule for plaintiffs in the above-referenced actions to file an opposition to Ameriquest Mortgage Company and Argent Mortgage Company, LLC's (collectively the "AMC Entities"), motion for summary judgment [Dkt. 4912], by no later than November 8, 2013. The AMC Entities were to reply by 11/22/2013.

Plaintiffs in the *Powell* action resolved their claims against defendants and a stipulation of dismissal was filed [Dkt. 5386] and dismissal was entered by the Court [Dkt. 5391]. Accordingly, the motion is moot as to these plaintiffs.

Plaintiffs in the *Evans, Ivery,* and *Myers* actions requested extensions of time to respond to the motion and on November 15, 2013 this Court entered an order allowing plaintiffs in these three actions until 12/20/2013 to file a response and providing the AMC Entities until 1/17/2014 to reply [Dkt. 5390].

Plaintiffs in the *Arndt* and *Null* actions did not oppose the motion. Accordingly, the motion should be granted for these two actions.

1

Plaintiff in the *Dailey* action filed, in one pleading, oppositions to two pending motions, Defendants' cross-motion to dismiss with prejudice and the motion for summary judgment [Indiv. Dkt. 50]. Plaintiff's opposition to the motion for summary judgment is one mere sentence: "The motion should not be granted because there are material, disputed facts" [Indiv. Dkt. 50, p. 15]. But, Plaintiff's opposition mistakenly identifies the facts from the cross-motion to dismiss with prejudice [Indiv. Dkt. 49] and treats them as undisputed material facts supporting the pending motion for summary judgment [Dkt. 4915]. *Id.* at pp. 1-13. However, the facts in the cross-motion relate to Plaintiff's allegations in the underlying complaint and Plaintiff's failure to comply with her discovery obligations. The summary judgment motion is a different motion based on completely different facts.

The material facts relevant to the summary judgment motion is that Plaintiff is a member of the Ameriquest MDL class settlement, Plaintiff did not opt-out of the class settlement, and Plaintiff's claims have been released. Therefore, the *Dailey* action should be dismissed. *See* AMC Entities' separate statement of material facts filed in support of the motion [Dkt. 4915]. Plaintiff does not address a single fact set forth in the separate statement of material facts. Accordingly, the facts that the AMC Entities rely upon in their motion for summary judgment remain undisputed and the motion should be granted as to Plaintiff Dailey. *See* [Dkt. 4341, Order] (denying belated opt-out of Class Settlement where court-approved notice mailed to plaintiffs' address and there was no excuse for delay in seeking relief).

For the foregoing reasons, the motion for summary judgment should be granted in the *Arndt*, *Dailey*, and *Null* actions.

Respectfully submitted,

DATED: November 22, 2013   By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*
Joanne N. Davies, Esq. (*admitted pro hac vice*)
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 22nd day of November 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 15000036v1