IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Arndt, et al. v. Ameriquest* (06 C 2479)<br>*Dailey v. Citi Residential Lending* (07 C 5426)<br>*Evans v. Ameriquest* (09 C 1150)<br>*Ivery et al. v. Ameriquest* (08 C 4293)<br>*Myers v. Ameriquest* (07 C 3584)<br>*Null et al. v. Ameriquest* (08 C 1584), and<br>*Powell et al. v. Ameriquest* (06 C 5699) | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

1. **REPLY REGARDING MOTION FOR SUMMARY JUDGMENT AS TO CERTAIN PLAINTIFFS [DKT. 5397]; and**

2. **THIS CERTIFICATE OF SERVICE.**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Maria Arndt and Forrest Pendergraph | Pro Se | *Arndt, et al. v. Ameriquest*, 1:06-cv-02479, N.D. Ill. | Maria Arndt and Forrest Pendergraph 9700 Granny Walker Cemetery Road Soddy Daisy, TN 37379 |

1

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Rosa Dailey | William F. Spielberger | *Dailey v. Citi Residential Lending, et al.*, 1:07-cv-05426, N.D. Ill. | William F. Spielberger, Esq.<br>William F. Spielberger & Associates, P.C.<br>53 West Jackson Blvd., Suite 1231<br>Chicago, IL 60604 |
| Cheryl Evans | Adebayo Ogunmeno | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | Adebayo Ogunmeno, Esq.<br>Ogunmeno Law Firm<br>623 Tauromee Avenue<br>Kansas City, KS 66101 |
| Jerry and Jacqueline Ivery | Paul Anthony Robinson | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | Paul Anthony Robinson, Esq.<br>Law Offices of Paul Robinson<br>5 North 3rd Street, Suite 2000<br>Memphis, TN 38103 |
| Gail Myers | Pro Se | *Myers v. Ameriquest, et al.*, 1:07-cv-03584 | Gail Myers<br>3016 Williams Road<br>Knoxville, TN 37932 |
| James and Mildred Null | James K. Murphy | *Null, et al. v. Ameriquest, et al.*, 1:08-cv-01584 | James K. Murphy<br>312 S. 4th Street, Suite 700<br>Louisville, KY 40202 |
| John Powell and Sylvia Dailey | Pro Se | *Powell, et al. v. Ameriquest*, 1:06-cv-03585, N.D. Ill. | John Darius Powell and Sylvia Marie Dailey<br>418 S. Scott Street<br>New Orleans, LA 70119 |

☑     **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on November 22, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on November 22, 2013, at Irvine, California.

2

BN 15295172v1

BN 15295172v1

☑    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 22, 2013 at Irvine, California.

Raquel Moreno            _____
                                                  (Signature)