UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
            Plaintiff,

v.                   Case No.: 1:05−cv−07097
                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 5, 2013:

  MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 2/20/2014 at 10:00 a.m. Over the objection of the Fidelity Third−Party Defendants, the deadline to conclude non−case−specific discovery is extended to 2/28/2014. Ameriquest's request to allow until early spring 2014 to resolve issues regarding responses to the second set of discovery and until late spring 2014 to conduct depositions is entered and continued. Detailed order to follow regarding Plaintiffs Maria Arndt and Forrest Pendergraph. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.