# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

## ORDER COMPELLING FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH

On October 1, 2013, Ameriquest filed a motion to compel discovery responses from Plaintiffs Maria Arndt and Forrest Pendergraph [MDL Doc. 5352]. On October 11, 2013, this Court entered an order requiring Plaintiffs to produce responsive documents and provide further responses to the outstanding discovery by November 10, 2013 [MDL Doc. 5378]. On that same date, a copy of the order was mailed to Plaintiffs [MDL Doc. 5381]. On November 27, 2013, Ameriquest filed a status report with this Court advising that Plaintiffs failed to provide any further responses or produce documents [MDL Doc. 5402]. On that same date, a copy of the status report was mailed to Plaintiffs [MDL Doc. 5403]. On December 5, 2013, Ameriquest appeared at the status conference through counsel of record, Joanne Davies. Plaintiffs Arndt and Pendergraph did not appear. Accordingly, the Court finds as follows:

1. Within fifteen (15) days from the date of this order, Plaintiffs Arndt and Pendergraph are ordered to produce responsive documents and provide further responses to the outstanding discovery served by Ameriquest, without objection;

2.	If Plaintiffs Arndt and Pendergraph fail to respond to the discovery, Ameriquest intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs Arndt and Pendergraph are admonished that if they do not respond to the discovery within fifteen (15) days from the date of this order, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b);

3.	Plaintiff Arndt is further ordered to appear for deposition beginning at 10:00 a.m. on February 5, 2014, at the office of National Reporting Agency, 1255 Market Street, Chattanooga, TN 37402 unless Plaintiff Arndt and Ameriquest's counsel agree on another mutually agreeable date, time and/or location;

4.	Plaintiff Pendergraph is further ordered to appear for deposition beginning at 10:00 a.m. on February 6, 2014, at the office of National Reporting Agency, 1255 Market Street, Chattanooga, TN 37402 unless Plaintiff Pendergraph and Ameriquest's counsel agree on another mutually agreeable date, time and/or location; and

5.	Ameriquest shall mail a copy of this order to Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: December 9, 2013

*Daniel G. Martin*

Hon. Daniel G. Martin