IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Maria Arndt, et al. v. Ameriquest Mortgage Company, et al.*, 1:06-cv-02479, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**ORDER COMPELLING FURTHER DISCOVERY RESPONSES FROM PLAINTIFFS MARIA ARNDT AND FORREST PENDERGRAPH [DOCKET NO. 5407]; AND THIS CERTIFICATE OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Maria Arndt<br>9700 Granny Walker Cemetery Road<br>Soddy Daisy, TN 37379 | Plaintiff in pro per |
| Forrest Pendergraph<br>9700 Granny Walker Cemetery Road<br>Soddy Daisy, TN 37379 | Plaintiffs in pro per |

1

☒   **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on December 9, 2013. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on December 9, 2013, at Irvine, California.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 9, 2013 at Irvine, California.

Raquel Moreno

(Signature)

2

BN 15047312v1