MA

-1-

**FILED**
DEC 18 2013
Dec 18 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern Division of Il,
219 South Dearborn St.
Chicago Il, 60604

In Re: Ameriquest Mortgage, et al
Case # 1:05-CV-07097
Honorable Marvin E. Aspen

I am filing a motion to request an extension of time on my behalf in response to Ameriquest's pending motion for summary judgement. I have tried + tried to seek counsel in regard to my above referenced case. No one seems to know how to help me. Perhaps, it is too involved + no one seems to know how to help + do proceed forward with my case + pick up from where it left off. I'm being referred to different atty's, but none of them seem to handle my type case, (Class action lawsuites). I truly need help + I am to go in AM to Federal Court House to try to get help. I've had some good references, but they do not handle mortgages. I must continue to find help. There are atty's out there that can help, but I am unaware where they are. I need to quickly keep on keeping on, as long as I can, if I may. I may need to seek counsel there. I'm not sure if that is permissable or not. I do graciously appreciate your consideration in extending my time once before, + I do help hope you can help me again. I need some guidance + direction, + whom to turn to. I've always had the utmost

-2-

respect for legal counsel, & also in the medical field. Somewhere, Somehow, Someway, Someday, perhaps this case can be settled respectfully for all involved

Thanks Kindly -
Respectfully -
Gaie Myers

Dated 12-15-13

Thank you again for your kindness, patience & consideration

Gail Myers
3016 Williams Rd.
Knoxville, Tn. 37932

Clerk
U.S Court House
219 South Dearborn Street
Chicago, IL. 60604

In Re: Ameriquest Mortage, eTaL
Case No 1:05-cv-07097

Enclosed please find a filing on my behalf in the above-referenced case.

Thanks Kindly, / Respectfully,
Gail Myers