# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Ivery et al. v. Ameriquest* (08 C 4293) | (Centralized before **The Honorable Marvin E. Aspen**) |

FILED DEC 2013
DEC 20 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION OF JERRY AND JACQUELINE IVERY FOR ADDITIONAL TIME TO FILE A RESPONSE TO THE MOTION OF DEFENDANT AMERIQUEST FOR SUMMARY JUDGMENT

Comes now Plaintiffs Jerry and Jacqueline Ivery and moves this Honorable Court for an extension in time to file a response to the defendant's Motion for Summary Judgment [Dkt. 4912]. In support the Plaintiff presents the court with the following:

1. The Parties have been in negotiations regarding a settlement agreement. The agreement should be finalized soon.

2. One of the Plaintiffs, Jerry Ivery, has been out of the country for the majority of December and is set to return December 22, 2013. In addition, the other Plaintiff, Jacqueline Ivery, has been ill.

The Plaintiffs pray that the court grant them an additional 45 days to respond to the defendant's Motion for Summary Judgment [Dkt. 4912], to allow time to finalize the settlement agreement. Plaintiffs have already discussed extension with Defendants' counsel Joanne Davies. Defendants do not oppose the extension.

Respectfully submitted,

Jacqueline Ivery
1979 S. Parkway E.
Memphis, TN 38114

I hereby certify that I, Jacqueline Ivery, have this 20th day of December, 2013 caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing document.

Joanne N. Davies, Esq.,

BUCHALTER NEMER, A Professional Corporation

18400 Von Karman Avenue, Suite 800

Irvine, California 92612-0514