26-7, 8, 10, 12

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | Lead Case No. 05 CV 07097 |
| LITIGATION | ) | |
| | ) | Centralized before the |
| | ) | Honorable Marvin E. Aspen |

## MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION

NOW COMES Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., and Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C., (hereinafter "Third-Party Defendants"), by and through their attorneys, Gary T. Jansen and Nicole D. Milos of Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC, and request this Honorable Court grant Third-Party Defendants an extension of time to answer Defendant's *Requests for Admission, Interrogatories, and Requests for Production.* In support of said *Motion,* Third-Party Defendants state as follows:

1.      On September 3, 2013, the Honorable Marvin E. Aspen entered a *Memorandum Opinion* and *Order* stating that case specific discovery on the third-party actions in this case should be completed by January 31, 2014. Doc. No. 5346.

2.      Nearly three and one-half months after this court's *Memorandum Opinion* and *Order,* Defendant Argent Mortgage Company, LLC issued written discovery to Third-Party Defendants. On December 27, 2013, Third-Party Defendants' counsel received via email Defendant Argent Mortgage Company, LLC's requests for admission, interrogatories, and requests for production directed to Third-Party Defendants.

3.      Defendant Argent Mortgage Company, LLC's requests for admission, interrogatories, and requests for production are directed at four different law firms, and relate to six separate real estate transactions that occurred in 2003-2004.

4.      In light of the foregoing, as well as the difficulty in obtaining information and documents from Third-Party Defendants during the holiday season, additional time is necessary to prepare Third-Party Defendants' answers to Defendant Argent Mortgage Company, LLC's requests for admission, interrogatories, and requests for production.

5.      Defendant Argent Mortgage Company, LLC will not be prejudice why this extension of time.

6.      This request for extension of time is not intended to delay discovery.

7.      Presently, case specific discovery on the third-party actions in this case is to be completed by February 28, 2014.  Doc. No. 5405.

8.      On December 21, 2013, Third-Party Defendants' attorney, Gary T. Jansen, sent an email to defendant Argent Mortgage Company, LLC's attorney, Joanne N. Davies, requesting an extension of time to answer defendant's requests for admission, interrogatories, and requests for production.   Presently, Third-Party Defendants' counsel has not received a response from Defendant's attorney.

WHEREFORE, for the foregoing reasons, Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., and Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C., pray that this Honorable Court enter an *Order* granting said Third-Party Defendants' *Motion for Extension of Time*, and granting Third-Party Defendants an extension of time of 30 days, to and including

February 14, 2014, to answer Defendant Argent Mortgage Company, LLC's requests for admission, interrogatories, and requests for production.

Respectfully submitted,


/s/ Gary T. Jansen
One of the Attorneys for Third-Party
Defendants

Gary T. Jansen
CREMER, SPINA, SHAUGHNESSY, JANSEN AND SPINA
One North Franklin, 10th Floor
Chicago, Illinois 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
310074