UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO:   All Counsel of Record Pursuant to the ECF/CM System

PLEASE TAKE NOTICE that on **January 9, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Daniel G. Martin, in Courtroom 1350, or any judge sitting in his stead in the courtroom usually occupied by him, at the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present on behalf of Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., and Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C., their *Motion for Extension of Time to Answer Defendant's Requests for Admission, Interrogatories, and Requests for Production*, said *Motion* having been electronically filed on December 26, 2013.

/s Gary T. Jansen
One of the Attorneys for Third-Party Defendants
Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC,
Fred D. Sette, and Sette & Bonadies, P.C., and Baruti,
Scola & Smith P.C. f/k/a Law Offices of Borner, Scola,
Baruti & Vancini P.C.

Gary T. Jansen
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 310077

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **December 27, 2013** the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished, electronically through the CM/ECF system.

/s/ Gary T. Jansen

Gary T. Jansen
Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile