IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Black, et al. v. Argent Mortgage Company, LLC, et al.*, 06-CV-04418, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ROSE J. BLACK** and **DAVID E. BLACK, SR.**[1] (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION, WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WHQ1,** and **OCWEN LOAN SERVICING LLC**[2] (collectively "Defendants") hereby stipulate that the *Black, et al. v. Argent Mortgage Company, LLC, et al.*, 06-CV-04418 (N.D. Ill) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Plaintiff Davie E. Black, Sr. is deceased as set forth in Plaintiffs' counsels' motion to withdraw from representation of plaintiffs filed on May 6, 2013 [Indiv. Dkt. 63]. His interest in the Lawsuit transferred to the remaining Plaintiff, Rose J. Black.

[2] An appearance has not been filed by Ocwen Loan Servicing LLC due to agreement between Ocwen and Plaintiff's former counsel and the various stipulations with servicers named only as necessary parties in their administrative capacities.

DATED: December 14, 2013      Respectfully submitted,

By: *Rose Black*
*Pro Se Plaintiff Rose J. Black*

Rose J. Black
415 Helen Street
Garden City, MI 48135-3110
Telephone: (734) 306-6822

DATED: Dec. 27, 2013      Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company, LLC, Homeq Servicing Corporation, Wells Fargo Bank, N.A., Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-W*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 27th day of Dec. 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies