IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION
_____

MDL No. 1715

Lead Cause No: 05-cv-07097 (07-cv-316)
Centralized before:
The Honorable Marvin E. Aspen

MOTION FOR LEAVE TO WITHDRAW

Nicholas D. Butovich, of the law firm of Litchfield Cavo LLP, moves this Court for an order granting him leave to withdraw as counsel. In support of his motion, Mr. Butovich states:

1. Nicholas D. Butovich of Litchfield Cavo LLP is on record as the attorney for Defendants Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company, and U.S. Bank, N.A. (collectively, "Wells Fargo").

2. Nicholas D. Butovich of Litchfield Cavo LLP requests that he be granted leave to withdraw as attorney of record.

3. Pursuant to Court Orders dated May 25, 2012, (Doc. Nos. 87 and 88 in case No. 07-cv-316), the Court dismissed the Complaint in its entirety against all Defendants, including Wells Fargo. See **Exhibit A**.

4. Allowing Nicholas D. Butovich to withdraw will not prejudice any party.

5. A copy of this Motion has been served upon all parties on December 27, 2013 by CM/ECF.

WHEREFORE, Nicholas D. Butovich prays that this Court grant his Motion and allow him to withdraw from representation of Defendants Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company, and U.S. Bank, N.A in this matter.

Dated: <u>December 27, 2013</u>  Respectfully submitted,

/s/ *Nicholas D. Butovich*
Nicholas D. Butovich
LITCHFIELD CAVO LLP
Attorney for Defendants Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company, and U.S. Bank, N.A.

Firm No. 36351
Nicholas D. Butovich
LITCHFIELD CAVO LLP
303 W. Madison St., Ste. 300
Chicago, IL 60606
t 312-781-6573
f 312-781-6630
butovich@litchfieldcavo.com