IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Third-Party Defendants:*<br>*Hillard N. Einbinder*<br>*Desautels, Mahoney & Kohn, LLC*<br>*Fred D. Sette*<br>*Sette & Bonadies, P.C.*<br>*Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner Scola, Baurti & Vancini P.C.* | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |

**JOINT STIPULATION BY CERTAIN THIRD-PARTY DEFENDANTS AND THIRD-PARTY PLAINTIFF ARGENT MORTGAGE COMPANY, LLC TO EXTEND DISCOVERY DEADLINES**

On December 27, 2013 Third-Party Defendants Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, Sette & Bonadies, P.C., and Baruti, Scola & Smith P.C. f/k/a Law Offices of Borner Scola, Baurti & Vancini P.C. ("Third-Party Defendants") filed a motion for extension of time to answer Third-Party Plaintiff Argent Mortgage Company, LLC's ("Argent") Requests for Admission, Interrogatories, and Requests for Production (the "Discovery Requests") [MDL Dkt. 5412].

Argent and Third-Party Defendants have engaged in good faith meet and confer discussions and Argent does not oppose the relief requested in the motion so long as Argent has an extension of time to review Third-Party Defendants' discovery responses and to complete its discovery.

1

Accordingly, Third-Party Plaintiff Argent and Third-Party Defendants stipulate to the following:

1. An extension to February 14, 2014 for Third-Party Defendants to respond to the outstanding Discovery Requests; and
2. An extension to March 31, 2014 for Third-Party Plaintiff Argent to complete discovery with respect to Third-Party Defendants.

DATED: January 3, 2014

Respectfully submitted,

By: /s/ Gary T. Jansen
*Attorneys for Third-Party Defendants*

Gary T. Jansen
CREMER, SPINA, SHAUGHNESSY, JANSEN AND SPINA
One North Franklin 10th Floor
Chicago, IL 60606
Telephone: (312) 726-3800
Facsimile: (312) 726-3818

DATED: January 3, 2014

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Third-Party Plaintiff Argent Mortgage Company, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

BN 15459488v1

- 3 -

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 3rd day of January 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Joanne N. Davies

BN 15459488v1