IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>*Evans v. Ameriquest* (09 C 1150);<br>*Ivery et al. v. Ameriquest* (08 C 4293); and<br>*Myers v. Ameriquest* (07 C 3584) | (Centralized before The Honorable Marvin E. Aspen) |

**RESPONSE TO REQUESTS FOR EXTENSION OF TIME FILED BY THE IVERY AND MYERS PLAINTIFFS REGARDING MOTION FOR SUMMARY JUDGMENT**

On October 8, 2013, this Court entered an order [Dkt. 5362] setting a briefing schedule for plaintiffs in the above-referenced actions to file an opposition to Ameriquest Mortgage Company and Argent Mortgage Company, LLC's (collectively the "AMC Entities"), motion for summary judgment [Dkt. 4912], by no later than November 8, 2013. The AMC Entities were to reply by 11/22/2013.

Plaintiffs in the *Evans, Ivery,* and *Myers* actions requested extensions of time to respond to the motion and on November 15, 2013 this Court entered an order allowing plaintiffs in these three actions until 12/20/2013 to file a response and providing the AMC Entities until 1/17/2014 to reply [Dkt. 5390].

On December 18, 2013, plaintiff Gail Myers filed a motion requesting an extension of time and inviting settlement discussions [Dkt. 5410]. Counsel for the AMC Entities reached out to plaintiff Myers to discuss resolution and the parties are currently engaged in settlement negotiations.

On December 20, 2013, plaintiffs Jerry and Jacqueline Ivery also filed a motion for additional time [Dkt. 5411]. The parties are currently engaging in settlement negotiations.

While plaintiff Cheryl Evans did not file a motion for additional time, the parties are also engaging in settlement negotiations for this matter.

1

Accordingly, the AMC Entities do not object to a further thirty (30) day extension of time from today for the Evans, Ivery, and Myers plaintiffs to respond to the pending motion for summary judgment provided the AMC Entities have an opportunity to file a reply.

Respectfully submitted,

DATED: January 6, 2014      By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*
Joanne N. Davies, Esq. (*admitted pro hac vice*)
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

3

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 6th day of January 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies