IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Evans v. Ameriquest* (09 C 1150);<br>*Ivery et al. v. Ameriquest* (08 C 4293); and<br>*Myers v. Ameriquest* (07 C 3584) | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

1. **RESPONSE TO REQUESTS FOR EXTENSION OF TIME FILED BY THE IVERY AND MYERS PLAINTIFFS REGARDING MOTION FOR SUMMARY JUDGMENT [DKT. 5421];** and

2. **THIS CERTIFICATE OF SERVICE.**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| **Plaintiff** | **Counsel of Record** | **Case** | **Mailing Address** |
|---|---|---|---|
| Cheryl Evans | Adebayo Ogunmeno | *Evans v. Ameriquest, et al.*, 1:09-cv-01150, N.D. Ill. | Adebayo Ogunmeno, Esq.<br>Ogunmeno Law Firm<br>623 Tauromee Avenue<br>Kansas City, KS 66101 |

1

| Plaintiff | Counsel of Record | Case | Mailing Address |
|---|---|---|---|
| Jerry and Jacqueline Ivery | Paul Anthony Robinson | *Ivery, et al. v. Ameriquest, et al.*, 1:08-cv-04293, N.D. Ill. | Paul Anthony Robinson, Esq. Law Offices of Paul Robinson 5 North 3rd Street, Suite 2000 Memphis, TN 38103 |
| Gail Myers | Pro Se | *Myers v. Ameriquest, et al.*, 1:07-cv-03584 | Gail Myers 3016 Williams Road Knoxville, TN 37932 |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on January 6, 2014. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on January 6, 2014, at Irvine, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 6, 2014 at Irvine, California.

Raquel Moreno

_____
(Signature)

2

BN 15295172v1