UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                                            Plaintiff,

v.                                                                              Case No.: 1:05−cv−07097
                                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2014:

MINUTE entry before the Honorable Daniel G. Martin: In light of the Joint Stipulation by Certain Third−Party Defendants and Third−Party Plaintiff Argent Mortgage Company, LLC to Extend Discovery Deadlines [5420], the Motion for Extension of Time to Answer Defendant's Requests for Admission, Interrogatories, and Requests for Production [5412] is granted. The Third−Party Defendants shall respond to Third−Party Plaintiff Argent's discovery requests by 2/14/2014. Third−Party Plaintiff Argent has until 3/31/2014 to complete discovery with respect to the moving Third−Party Defendants. No appearance required on the motion on 1/9/2014. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.