UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2014:

   ailed notice(gl, )MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs Ivery and Myers motions (5410 & 5411) to extend time to respond to defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively, the AMC Entities) motion for summary judgment (4912) are granted. Although Cheryl Evans has not filed a motion for extension of time, the Court will also grant an extension of time to Cheryl Evans to respond to defendants motion for summary judgment. Plaintiffs Ivery, Myers and Cheryl Evans, (Individual Case Nos: 07 C 3584;.08 C 4291; and 09 C 1150) are given an extension of time, up to and including 2/10/14, to respond to defendants motion for summary judgment (Dkt. No. 4912). Defendants to reply by 2/24/14. Judicial staff m

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.