# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                                    Plaintiff,

v.                                                                        Case No.: 1:05−cv−07097

                                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2014:

      MINUTE entry before the Honorable Marvin E. Aspen: The status conference scheduled for January 30, 2014 is hereby reset to May 29, 2014 at 11:00 am. The parties shall file written status reports updating the Court on the progress of their relevant portion(s) of the MDL, including the status of any ongoing mediations, by April 4, 2014. These reports may be filed jointly or separately, at the parties' discretion.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.