IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>Plaintiff Harry Bodin – *Abruscato, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04548 (N.D. Ill.) (the "*Bodin* Action"); and<br><br>Plaintiff Louis Pasacreta – *Louis Pasacreta, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-cv-2468 (N.D. Ill.) (the "*Pasacreta* Action") | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before<br>  The Honorable Marvin E. Aspen |

**GOLDBERG KOHN LTD.'S MOTION TO WITHDRAW
AS COUNSEL TO THIRD-PARTY DEFENDANT
<u>NATIONAL REAL ESTATE INFORMATION SERVICES</u>**

Goldberg Kohn Ltd. ("Goldberg Kohn") hereby moves this Court for leave to withdraw as counsel to Third-Party Defendant National Real Estate Information Services ("NREIS"). In support of its motion, Goldberg Kohn states as follows:

1. On October 18, 2007, this firm entered an Appearance in this matter for NREIS.

2. In May 2012, the parties were in the process of documenting a settlement agreement for the two matters referenced in the caption above when counsel for NREIS posed a question to counsel for Ameriquest regarding the scope of the releases. The

question went unanswered, and the matters languished with no further activity for more than a year.

3. More than 1-1/2 years later, on December 17, 2013, counsel for NREIS was served with discovery requests in the above-referenced matters. In the course of attempting to contact NREIS regarding the discovery, counsel learned that its contact information for NREIS is no longer valid, and it appears NREIS is now defunct. Despite efforts, counsel has been unable to reach anyone associated with NREIS.

4. Given that counsel is unable to contact NREIS, it is necessary for counsel to withdraw.

WHEREFORE, Goldberg Kohn Ltd. respectfully requests that this Honorable Court enter an order providing for the withdrawal of David J. Chizewer, Kerry D. Nelson, and Kathryn B. Walter as counsel to Third-Party Defendant National Real Estate Information Services.

Dated: January 31, 2014

    Respectfully submitted,

    GOLDBERG KOHN LTD.

    By /s/ David J. Chizewer
       One of Its Attorneys

David J. Chizewer
Kerry D. Nelson
Kathryn B. Walter
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000