# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

_____

THIS DOCUMENT RELATES TO:

Plaintiff Harry Bodin – *Abruscato, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-04548 (N.D. Ill.) (the "*Bodin* Action"); and

Plaintiff Louis Pasacreta – *Louis Pasacreta, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-cv-2468 (N.D. Ill.) (the "*Pasacreta* Action")

MDL No. 1715

Lead Case No. 05-cv-07097

Centralized before
  The Honorable Marvin E. Aspen

## NOTICE OF MOTION

TO:     COUNSEL OF RECORD

PLEASE TAKE NOTICE that on February 6, 2014 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **GOLDBERG KOHN'S MOTION TO WITHDRAW AS COUNSEL TO THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated:  January 31, 2014

Respectfully submitted,

GOLDBERG KOHN LTD.


By  /s/ David J. Chizewer_____
     One of Its Attorneys

David J. Chizewer
Kerry D. Nelson
Kathryn B. Walter
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## <u>CERTIFICATE OF SERVICE</u>

I, David J. Chizewer, hereby certify that on this 31st day of January, 2014, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer