IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Karen Johnson, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00772, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **STANLEY JOHNSON** and **KAREN JOHNSON** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R2, **AMERICAN HOME MORTGAGE SERVICING, INC.** n/k/a **HOMEWARD RESIDENTIAL, INC.**, and **AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2** (collectively "Defendants") hereby stipulate that the *Karen Johnson, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-00772 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 9-26, 2013

Respectfully submitted,

By: /Stanley Johnson/
*Pro Se Plaintiff*

Stanley Johnson
141 North Laramie Avenue
Chicago, IL 60644
Telephone: (773) 690-81812

DATED: 9, 27, 2013

Respectfully submitted,

By: /Karen Johnson/
*Pro Se Plaintiff*

Karen Johnson
141 North Laramie Avenue
Chicago, IL 60644
Telephone: (847) 322-2140

DATED: 1/31, 2014

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: 1/31, 2014

Respectfully submitted,

By: /s/ Simon A. Fleischmann
*Attorneys for American Home Mortgage Servicing, Inc. n/k/a Homeward Residential, Inc.*

Simon A. Fleischmann, Esq.
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0462
Facsimile: (312) 896-6471

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 31st day of Jan. 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies