UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                                                                  Case No.: 1:05−cv−07097
                                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2014:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants (5432 − Re: Case No. 07 C 772Johnson, et al v. Ameriquest, et al), all of plaintiffs claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys fees. Defendants expressly reserve all of its third−party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the fifth amended consolidated third−party complaint.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.