UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APPEARANCE
MDL NO. 1715
CASE NO. 1:05-CV-07097

To: The Clerk of this Court and all parties of record.

Enter my appearance as counsel in this case for the following plaintiffs:

Bruce Buck
18861 Silo Court
Shafer, MN 55074

Shannon Buck
18861 Silo Court
Shafer, MN 55074

January 29, 2014
Date

0127243
Minnesota Federal Bar No.

(612) 338-6743
Telephone

(612) 338-4281
Fax

peplawyers@aol.com
Email Address

_____
Signature

Richard D. Kampa
Print Clearly or Type Name

Peterson, Engberg & Peterson
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401-2387
Address

FILED
FEB 3, 2014
THOMAS G. BRUTON