IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LITIGATION PRACTICES LITIGATION, | MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>Centralized before The<br>Hon. Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate: Hon. Daniel G. Martin |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al.<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>LAW OFFICES OF RUSSO & MINCHOFF<br><br>Third-Party Defendant. | |

**JOINT STIPULATION TO DISMISS**

      Third-Party Plaintiffs AMERIQUEST MORTGAGE COMPANY, a Delaware corporation ("Ameriquest"), TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation ("TCCC"), and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company ("Argent"), and Third-Party Defendant LAW OFFICES OF RUSSO & MINCHOFF ("Russo & Minchoff"), by and through their respective counsel, hereby stipulate as follows:

      1.      That all claims that Ameriquest, TCCC and Argent have or could have raised against Russo & Minchoff in this multi-district litigation relating to *Nyepon v. WM Specialty, et al.*, United States District Court, Northern District of Illinois Case No. 1:08-cv-04545 and/or in the Francis Whratee Nyepon bankruptcy and adversarial matter filed in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division Case Number 07-14909-WH, Adversarial Proceeding Number 08-01109 are dismissed with prejudice with all parties to bear their own respective fees and costs; and

15559914.1

2. That all claims that Russo & Minchoff have or could have raised against Ameriquest, TCCC and Argent in this multi-district litigation relating to *Nyepon v. WM Specialty, et al.*, United States District Court, Northern District of Illinois Case No. 1:08-cv-04545 and/or in the Francis Whratee Nyepon bankruptcy and adversarial matter filed in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division Case Number 07-14909-WH, Adversarial Proceeding Number 08-01109 are dismissed with prejudice with all parties to bear their own respective fees and costs.

**SO STIPULATED:**

| | |
|---|---|
| *On behalf of Third-Party Plaintiffs Ameriquest, TCCC and Argent:* | *On Behalf of Third-Party Defendant Russo & Minchoff* |
| /s/ Joanne N. Davies | /s/ Bryan E. Curry |
| Joanne N. Davies | Bryan E. Curry |
| **BUCHALTER NEMER, P.C.** | **BULLARO & CARTON, P.C.** |
| 18400 Von Karman Ave. | 200 N. LaSalle Street |
| Suite 800 | Suite 2420 |
| Irvine, California 69621-6221 | Chicago, Illinois 60601 |
| jdavies@Buchalter.com | bcurry@bullarocarton.com |
| Phone: (946) 760-1121 | Phone: (312) 831-1000 |
| Fax: (949) 224-6201 | Fax: (312) 831-0647 |

*Prepared by:*
Bryan E. Curry
**BULLARO & CARTON, P.C.**
200 North LaSalle Street
Suite 2420
Chicago, Illinois 60601
bcurry@bullarocarton.com
Phone: (312) 831-1000
Fax: (312) 831-0647

15559914.1     2

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 14th day of February 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies