UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | Lead Case No. 05-CV-07097 |
| LITIGATION | (Centralized before The Honorable Marvin E. Aspen) |
| | Assigned to Magistrate Judge Daniel Martin |

**PROPOUNDING PARTY: Third-Party Plaintiff ARGENT MORTAGE COMPANY LLC**

**RESPONIDNG PARTY:    Third-Party Defendant SETTE & BONADIES, P.C.**

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing Certificate of Service certifies that a true and accurate copy of Third-Party Defendant Sette & Bonadies, P.C.'s *Answers to Interrogatories, Response to Request for Documents*, and *Response to Requests for Admission* were served, via email and US mail, on the *14th day of February, 2014*, to:    Joanne N. Davies
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612

This Certificate of Service having been electronically filed with the Clerk of the Court on **February 14, 2014** using CM/ECF system and served via the CM/ECF system upon all counsel of record.


                                /s/ Gary T. Jansen

Gary T. Jansen
Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile