**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: AMERIQUEST MORTGAGE CO.           MDL No. 1715

MORTGAGE LENDING PRACTICES           Lead Case No. 05-CV-07097

LITIGATION           (Centralized before The Honorable Marvin E. Aspen)

Assigned to Magistrate Judge Daniel Martin

**PROPOUNDING PARTY: Third-Party Plaintiff ARGENT MORTAGE COMPANY LLC**

**RESPONIDNG PARTY:     Third-Party Defendant LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C.**

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing Certificate of Service certifies that a true and accurate copy of Third-Party Defendant Law Offices of Borner, Scola, Baruti & Vancini, P.C.'s ***Answers to Interrogatories, Response to Request for Documents***, and ***Response to Requests for Admission*** were served, via email and US mail, on the ***14th day of February, 2014***, to:

> Joanne N. Davies
> Buchalter Nemer
> 18400 Von Karman Avenue, Suite 800
> Irvine, CA  92612

This Certificate of Service having been electronically filed with the Clerk of the Court on **February 14, 2014** using CM/ECF system and served via the CM/ECF system upon all counsel of record.

/s/ <u>Gary T. Jansen</u>

Gary T. Jansen
Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile