UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 19, 2014:

    MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to joint stipulation to dismiss (5437) all claims that Ameriquest, TCCC and Argent have or could haveraised against Russo & Minchoff in this multi−district litigation relating toNyepon v. WM Specialty, et al., United States District Court, NorthernDistrict of Illinois Case No. 1:08−cv−04545 and/or in the Francis WhrateeNyepon bankruptcy and adversarial matter filed in the United StatesBankruptcy Court for the District of Massachusetts, Eastern Division CaseNumber 07−14909−WH, Adversarial Proceeding Number 08−01109 aredismissed with prejudice with all parties to bear their own respective feesand costs; and 2. That all claims that Russo & Minchoff have or could have raised againstAmeriquest, TCCC and Argent in this multi−district litigation relating toNyepon v. WM Specialty, et al., United States District Court, Northern District of Illinois Case No. 1:08−cv−04545 and/or in the Francis Whratee Nyeponbankruptcy and adversarial matter filed in the United States BankruptcyCourt for the District of Massachusetts, Eastern Division Case Number 07−14909−WH, Adversarial Proceeding Number 08−01109 are dismissed withprejudice with all parties to bear their own respective fees and costs.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.