UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 20, 2014:


MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 5/8/2014 at 10:00 a.m. Attorney Speilberger reported that Plaintiff Rosa Dailey passed away on 2/18/2014. Over the Fidelity Third−Party Defendants' partial objection, Third−Party Plaintiffs' request to extend the non−case−specific discovery deadline 90 days is granted given the breadth of the discovery at issue with the third−party claims. The deadline to complete non−case−specific discovery is 5/29/2014. By agreement, the time for the Superior Closing Third−Party Defendants to respond to Third−Party Plaintiffs' discovery requests, including Requests to Admit, is extended to 28 days after the mediation. Ameriquest's request to withdraw its Motion for Discovery Orders and Request for Report and Recommendation for Sanctions [21] in Case No. 07 C 1817 pursuant to the parties' agreement at the 2/13/2014 mediation is granted. Ameriquest's Motions for Rule to Show Cause as to Plaintiffs Maria Arndt and Forrest Pendergraph and Bruce and Shannon Buck [5268, 5273] are denied without prejudice. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.