IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before The Honorable
Marvin E. Aspen)

THIS DOCUMENT RELATES TO:
*Jagoe, et al. v. Ameriquest Mortgage Company, et
al.,* 08-CV-00258, N.D. Ill.

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff
**JOYCE GRIGGS** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, DEUTSCHE BANK
NATIONAL TRUST COMPANY,** individually and as Trustee of **AMERIQUEST
MORTGAGE SECURITIES, INC.,** Asset-Backed Pass Through Certificates, Series 2005-R1,
**AMERIQUEST MORTGAGE SECURITIES, INC.,** Asset-Backed Pass Through Certificates,
Series 2005-R1 (collectively "Defendants") hereby stipulate that Plaintiff's claims in the *Jagoe,
et al. v. Ameriquest Mortgage Company, et al.*, 08-CV-00258 (N.D. Ill) (transferred into the
MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own
costs and attorneys' fees.

There are no remaining claims by any Plaintiffs in this case and this case may be
terminated in its entirety.

Defendants expressly reserve all of their Third-Party claims in connection with the claims
being dismissed through this stipulation including, without limitation, any and all claims set forth
in the Fifth Amended Consolidated Third-Party Complaint.

## CERTIFICATE OF SERVICE

I, Anthony Valach, hereby certify that on this __21__ day of ~~January~~ February 2014, a true and

correct copy of the foregoing document was filed electronically. Notice of this filing will be sent

by electronic mail to all counsel of record by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

By: /s/ Anthony Valach