IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Leading Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO: | |
| CHERYL E. EVANS v. AMERIQUEST MORTGAGE COMPANY f/n/a LONG BEACH MORTGAGE COMPANY; and AMC MORTGAGE SERVICES, INC., f/n/a AMERIQUEST NEWCO, INC., f/n/a PPC MORTGAGE COMPANY, f/n/a BEDFORD HOME LOANS, INC., and AMERICAN HOME MORTGAGE SERVICING, INC., Case No. 09-cv-1150 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case 08-4046-SAC (KS) | Centralized before the Honorable Marvin E. Aspen |

## SUGGESTION OF BANKRUPTCY FILING

COMES NOW Plaintiff Cheryl Evans, by and through her attorney of record in this matter, and notifies the court and the parties that plaintiff filed a petition for bankruptcy on January 15, 2014, in the United States Bankruptcy Court for the District of Kansas, and which matter was assigned a case number 14-40028-13.

Respectfully submitted,

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808
155 S. 18th Street, Suite 250
Kansas City, Kansas 66102-5654
Tel. (913) 233-2133
*Attorney for the Plaintiff.*
aikogun@ogunmenolawfirm.com

1

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on this **_February 24, 2014_**. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Adebayo Ogunmeno
        Adebayo Ogunmeno  KS Bar #14808