**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Myers v. Ameriquest* (07 C 3584) | |

**NON-OPPOSITION TO REQUEST FOR EXTENSION OF TIME FILED BY
PLAINTIFF MYERS REGARDING MOTION FOR SUMMARY JUDGMENT**

On October 8, 2013, this Court entered an order [Dkt. 5362] setting a briefing schedule for plaintiffs in the above-referenced actions to file an opposition to Ameriquest Mortgage Company and Argent Mortgage Company, LLC's (collectively the "AMC Entities"), motion for summary judgment [Dkt. 4912], by no later than November 8, 2013. The AMC Entities were to reply by 11/22/2013.

On January 10, 2014 this Court entered an order allowing plaintiffs in the *Evans, Ivery,* and *Myers* actions until 2/10/2014 to file a response and providing the AMC Entities until 2/24/2014 to reply [Dkt. 5425].

On February 3, 2014, plaintiff Gail Myers filed a motion requesting an extension of time [Indiv. Dkt. 33]. Plaintiff Myers has submitted a completed loan modification application to her loan servicer, Ocwen Loan Servicing, for review and consideration. Ocwen is in the process of reviewing her loan modification application. Accordingly, the AMC Entities do not object to a further thirty (30) day extension of time from today for plaintiff Myers to respond to the pending motion for summary judgment provided the AMC Entities have an opportunity to file a reply.

No responses were filed by plaintiffs Evans or Ivery. Today, plaintiff Evans filed a Suggestion of Bankruptcy [Dkt. 5449].

1

Respectfully submitted,

DATED: February 24, 2014     By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*
Joanne N. Davies, Esq. (*admitted pro hac vice*)
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

15768352.1

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 24th day of February 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

15768352.1