## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *O'Keefe, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-05878, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **MICHAEL O'KEEFE** and **SUSAN O'KEEFE** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC.,** and **JPMC SPECIALTY MORTGAGE, LLC F/K/A WM SPECIALTY MORTGAGE, LLC** (collectively "Defendants") hereby stipulate that the *O'Keefe, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-05878 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 1-29, 2014, 2013

Respectfully submitted,

By: _____
    Michael O'Keefe, *Plaintiff*

74 Steele Avenue,
Staten Island, NY 10306
Telephone: (718) 667-3447

DATED: 1-29, 2014, 2013

Respectfully submitted,

By: _____
    Susan O'Keefe, *Plaintiff*

74 Steele Avenue,
Staten Island, NY 10306
Telephone: (718) 667-3447

DATED: 3/19/2014

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage
Company, AMC Mortgage Services, Inc., and
JPMC Specialty Mortgage, LLC f/k/a WM Specialty
Mortgage, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 19th day of Mar. 2014 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice was provided to the following via first class mail:

Michael and Susan O'Keefe          Plaintiffs in pro per
74 Steele Avenue,
Staten Island, NY 10306

By: /s/ Joanne N. Davies