IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Bowe, et al. v. Ameriquest Mortgage Company, et al.*, 06-CV-02471, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff **RONALD I. CHORCHES**, Chapter 7 Bankruptcy Trustee as substitute Plaintiff in lieu of Mauro Troetti ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

There are no remaining claims by any Plaintiffs in this case and this case may be terminated in its entirety

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  March 27, 2014 	Respectfully submitted,

By:  /s/ Daniel S. Blinn
*Attorneys for Ronald I. Chorches, Chapter 7 Trustee of the United States Bankruptcy Court, District of Connecticut (Bridgeport), Case No. 11-51109 ("Trustee"), on behalf of the bankruptcy estate of Debtor Mauro Troetti and Janet Troetti*

Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone: (860) 571-0408
Facsimile:  (860) 571-7457

DATED:  March 27, 2014 	Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company and Ameriquest Funding II, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 27th day of March 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies