IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715 |
| | | Lead Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | Centralized before The Honorable Marvin E. Aspen |
| | | April 1, 2014 |

## STATUS REPORT FOR PLAINTIFFS REPRESENTED BY DANIEL S. BLINN

The parties are continuing to settle cases following the mediation and future sessions are not contemplated.

Of the 181 Plaintiffs represented by this firm who asserted claims, only one is remaining: Mary Anne Richards (D. Conn. Case No. 1:09-cv-00215). The undersigned counsel is participating in settlement discussions with Attorney Joanne Davies in an attempt to settle this matter.

Respectfully Submitted,

By: /s/ Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408;  Fax. (860) 571-7457

## CERTIFICATION

I hereby certify that on this 1st day of April, 2014, a copy of foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

N:\WordData\_AMERIQUEST\MDL\Pleadings\Status Reports\Status report 03.28.14.doc