**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST DEFENDANTS FOR MAY 29, 2014 STATUS CONFERENCE BEFORE THE HONORABLE MARVIN E. ASPEN**

The Ameriquest Defendants respectfully submit the following Status Report in connection with the status conference scheduled to take place on May 29, 2014 at 11:00 a.m. before the Honorable Marvin E. Aspen and pursuant to this Court's Order of January 13, 2014 [Dkt. 5427].

The status report will address issues in the following order:

1. Summary of cases settled;
2. Status of Opt-Out Plaintiffs' cases against the Ameriquest Defendants;
3. Status of mediation with Opt-Out Plaintiffs and Third-Party Defendants; and
4. Status of discovery regarding third-party claims.

**I.  SUMMARY OF CASES SETTLED.**

Defendants have now settled the claims of 1618 Opt-Out Plaintiffs. There remain approximately 26 lawsuits, 43 Opt-Out Plaintiffs, as well as the claims involving 407 loans against non-settling Third-Party Defendants.

As approved by this Court [Dkt. 3628], the Ameriquest Defendants also settled 29 borrower class actions consolidated before this Court, together with a class action filed in a state court of California. Distribution of the class settlement amounts has been completed. The class settlement included approximately 714,000 borrowers.

II. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

    A. **Cases Dismissed or Dismissal Pending Since Last Status Report [Dkt. 5069]:** **69 Opt-Out cases** (involving **130 Opt-Out Plaintiffs**) have been dismissed or dismissals will soon be filed since the last status report was filed [Dkt. 5069]**.**

    B. **Remaining Cases:** **26 Opt-Out cases** (involving **43 Opt-Out Plaintiffs**) remain. Below is a breakdown of the remaining cases.

    C. **Cases Where Settlement Agreements Have Been Or Shortly Will Be Circulated:** there are **9 Opt-Out** cases involving **13 Opt-Out Plaintiffs** where settlement agreements have been or shortly will be circulated for signature.

    D. **Cases Where Settlement Negotiations Are In Progress:** there are **7 Opt-Out cases** involving **12 Opt-Out Plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

    E. **Active Cases:** The Ameriquest Defendants are engaged in discovery with respect to the remaining cases but remain willing to engage in settlement negotiations with opt-out plaintiffs.

III. **STATUS OF MEDIATION WITH OPT-OUT PLAINTIFFS AND THIRD-PARTY DEFENDANTS**

    A. **Brooks Firm Mediation:** on February 13, 2014, the Ameriquest Defendants and Lloyd Brooks, counsel for a number of opt-out plaintiffs, attended mediation before Judge Donald O'Connell (ret.). Through the mediation the parties were able to reach settlement on **5 opt-out** cases involving **7 opt-out plaintiffs**. Furthermore, settlement negotiations are continuing with respect to **1 opt-out case** involving **2 opt-out plaintiffs**.

    B. **Superior Third-Party Defendants:** the Ameriquest Defendants and Superior Third-Party Defendants (approx. 10 different corporate entities with third-party claims involving

approximately **91 loans** in 9 states) have agreed to participate in mediation before Judge Donald O'Connell (ret.). The parties are working to confirm a mediation date that is convenient for all parties and have agreed to stay discovery pending mediation.

### IV. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS

The Ameriquest Defendants' third-party claims involve **407 loans** and a number of Third-Party Defendants as follows:

- *Fidelity Entities Third-Party Defendants* (approx. 14 different corporate entities) with claims involving approximately **253 loans** in 21 states;

- *Superior Third-Party Defendants* (approx. 10 different corporate entities) with claims involving approximately **91 loans** in 9 states;

- *Mortgage Information Services, Inc. Defendants* with claims involving approximately **70 loans** in 11 states;

- *Northwest Title and Escrow Corporation Defendants* with claims involving approximately **60 loans** in 6 states; and

- *Einbinder Third-Party Defendants* (5 different parties) with claims involving **6 loans.**

The Ameriquest Defendants are actively engaged in discovery with Third-Party Defendants and there remains an extensive amount of discovery to be completed. Due to the breadth of the discovery at issue with the third-party claims, the Court granted an extension to May 29, 2014 to complete non-case-specific discovery relating to third-party claims [Dkt. 5444]. The Ameriquest Defendants remain willing to engage in settlement discussions with Third-Party Defendants.

                                                          Respectfully submitted,

Dated: April 4, 2014                    By: /s/ Joanne N. Davies
                                                *Attorneys for the Ameriquest Defendants*

                                                  Joanne N. Davies
                                                  BUCHALTER NEMER,
                                                  A Professional Corporation
                                                  18400 Von Karman Avenue, Suite 800
                                                  Irvine, CA 92612
                                                  Telephone: (949) 760-1121
                                                  Facsimile: (949) 720-0182

                                                  Randall L. Manvitz, Esq.
                                                  Telephone: (415) 227-3644
                                                  Facsimile: (415) 227-0700

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 4th day of April 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

16060551v1