IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Myers v. Ameriquest* (07 C 3584) | |

## AMC ENTITIES' REPLY REGARDING MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF GAIL MYERS

On March 5, 2014, this Court entered an order [Dkt. 5452] setting a briefing schedule for Plaintiff Gail Myers to file an opposition to the AMC Entities' motion for summary judgment [Dkt. 4912], by no later than March 25, 2014.[1] The AMC Entities were to reply by April 7, 2014. The AMC Entities have not received any opposition from Plaintiff Myers. Accordingly, the motion for summary judgment should be granted as to this action.

Respectfully submitted,

DATED: April 7, 2014      By: /s/ Joanne N. Davies
*Attorneys for the AMC Entities*
Joanne N. Davies, Esq. (*admitted pro hac vice*)
BUCHALTER NEMER, a P.C.
18400 Von Karman Avenue, Suite 800
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

---

[1] Plaintiff Myers has submitted a completed loan modification application to her loan servicer, Ocwen Loan Servicing, for review and consideration. Ocwen is in the process of reviewing her loan modification application.

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 7th day of April 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 16099108v1