# EXHIBIT 1

| Username | Lender | Lender Address | Lender City | Lender State | Lender Zip | Lender Fax | Attention | A_Name1 | A_Name2 | Address | City | State | Zipcode | Fax | Borrower Reference | Company | Creation_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| tristar1301 | Ameriquest Mortgage Company | 1900 Spring Rd., Suite 218 | Oakbrook | IL | 60523 | 630-586-9887 | Brian Larsen | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | | Ticor Title Insurance Company | 9/18/2004 0:00 |
| tristar1301 | Residential Mortgage Assistanc | 3350 East Birch St., STE101 | Brea | CA | 92821 | | Closing Dept. | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | Kathy Busse | Ticor Title Insurance Company | 1/29/2004 0:00 |
| tristar1301 | Residential Mortgage Assistanc | 3350 East Birch St., STE101 | Brea | CA | 92821 | | Closing Dept. | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | Kathy Busse | Ticor Title Insurance Company | 1/29/2004 0:00 |
| tristar1301 | AMERICAN MORTGAGE | 777 EAST BUTTERFIELD RD | LOMBARD | IL | 60148 | | CLOSING DEPT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | | Ticor Title Insurance Company | 4/21/2004 0:00 |
| tristar1301 | FREMONT INVESTMENT & LOAN | 175 N RIVERVIEW DR | ANAHEIM | CA | 92808 | | CLOSING DEPT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | SWIFT | Ticor Title Insurance Company | 4/22/2004 0:00 |
| tristar1301 | Cherry Creek Mortgage Company, | 7600 E. Orchard Road, Suite 25 | Greenwood Village | CO | 80111 | | Product Solution Team | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-01218 | Ticor Title Insurance Company | 3/11/2005 0:00 |
| tristar1301 | Cherry Creek Mortgage Company, | 7600 E. Orchard Road, Suite 25 | Greenwood Village | CO | 80111 | | Product Solution Team | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-012188 | Ticor Title Insurance Company | 3/11/2005 0:00 |
| tristar1301 | HSBC MORTGAGE CORPORATION | 2929 WALDEN AVENUE | DEPEW | NY | 14043 | | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-02751 | Ticor Title Insurance Company | 3/11/2005 0:00 |
| tristar1301 | Wells Fargo Bank NA | PO Box 4500 | Springfield | IL | 45501 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 3/11/2005 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11062 | ORANGE | CA | 92856-8152 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | WILSON / TTC05-01858 | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11062 | ORANGE | CA | 92856-8151 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | SMITH / TTC06-02059 | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | FIRST FRANKLIN | 1061 PERIMETER DR. STE 800 | SCHAUMBURG | IL | 60173 | 847-413-2256 | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC06-00481 | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11062 | ORANGE | CA | 92856-8152 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | KELLY SLEETER | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | POTTS / TTC05-002138 | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11061 | ORANGE | CA | 92856-8151 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | KELLY SLEETER | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | MARSALA / TTC06-01475 | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | ARGENT MORTGAGE COMPANY LLC | 1701 GOLF ROAD | ROLLING MEADOWS | IL | 60008 | | ISAOA | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | - | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | ARGENT MORTGAGE CO. LLC, ISAOA | P.O. BOX 11056 | ORANGE | CA | 92856 | | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-02823 SHEPARD | Ticor Title Insurance Company | 3/14/2005 0:00 |
| tristar1301 | BNC Mortgage Inc. | 1901 Main Street | Irvine | CA | 92614 | | Closing Letters | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-02566 | Ticor Title Insurance Company | 3/15/2005 0:00 |
| tristar1301 | New Century Mortgage Corporati | PO Box 11052 | Orange | CA | 92856-8151 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 3/15/2005 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11051 | ORANGE | CA | 92856-8151 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TENCA / TTC06-02247 | Ticor Title Insurance Company | 3/14/2006 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE IT'S SUCC | P.O. BOX 11052 | ORANGE | CA | 92856-8152 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | PERSFUL / TTC05-02125 | Ticor Title Insurance Company | 3/14/2006 0:00 |
| tristar1301 | Draper and Kramer Mortgage Cor | 33 West Monroe St. | Chicago | IL | 60603 | | Closing Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC06-02335 | Ticor Title Insurance Company | 3/14/2006 0:00 |
| tristar1301 | NEW CENTURY MORTGAGE AND/OR AS | P.O. BOX 11062 | ORANGE | CA | 92856-8151 | 847-466-2051 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | SZUPER / TTC06-02788 | Ticor Title Insurance Company | 4/18/2005 0:00 |
| tristar1301 | GREEN POINT MORTGAGE FUNDING, I | P.O. BOX 80347 | ATLANTA | GA | 30366 | | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/15/2005 0:00 |
| tristar1301 | Encore Credit Corp, Isaoa | 1833 Alton Parkway | Irvine | CA | 92606 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/15/2005 0:00 |
| tristar1301 | BNC Mortgage, Inc., its succes | 1901 Main Street | Irvine | CA | 92614 | | Closing Letters | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-03603/SHIELDS | Ticor Title Insurance Company | 4/18/2005 0:00 |
| tristar1301 | First Magnus Financial Corpora | 5285 East Williams Circle, Sui | Tucson | AZ | 85711 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/18/2005 0:00 |
| tristar1301 | World Savings, Isaoa | PO Box 7512 | Springfield | OH | 45501-7511 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/18/2005 0:00 |
| tristar1301 | GAYROCK MORTGAGE CORPORATION, | 11300 SOUTHBRIDGE PARKWAY, SUI A | ALPHARETT | GA | 30022 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | Loan # 0003008645 | Ticor Title Insurance Company | 4/18/2005 0:00 |
| tristar1301 | Wells Fargo Bank NA, Isaoa | PO Box 5708 | Springfield | OH | 45501 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | Loan # 0144002174 | Ticor Title Insurance Company | 4/19/2005 0:00 |
| tristar1301 | Encore Credit Corporation | 1833 Alton Parkway | Irvine | CA | 92606 | | Loan Docs Department | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | TTC05-04077-DUARTE | Ticor Title Insurance Company | 4/19/2005 0:00 |
| tristar1301 | Encore Credit Corporation | 1833 Alton Parkway | Irvine | CA | 92606 | | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/19/2005 0:00 |
| tristar1301 | Argent Mortgage Co., LLC, its | P.O. Box 11056 | Orange | CA | 92856 | | Closing Letters | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite 1 | Oak Brook | IL | 60523 | 630 954-0004 | . | Ticor Title Insurance Company | 4/19/2005 0:00 |

TICOR0001512
CONFIDENTIAL

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| tristar1301 | P.C.H.I.J. | 1952 McDowell Suite # 302 | Naperville | IL | 60563 | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | WILLIAMS | Ticor Title Insurance Company | 10/26/2005 0:00 |
| tristar1301 | MILA INC. | 6021 244TH ST SW | MOUNTLAK E TERRACE | WA | 98043 | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-11412 | Ticor Title Insurance Company | 10/26/2005 0:00 |
| tristar1301 | ACCREDITED HOME LENDERS, INC I | P.O. BOX 10436 | VAN NUYS | CA | 91410 | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | KENNEDY | Ticor Title Insurance Company | 10/26/2005 0:00 |
| tristar1301 | LAKESHORE FUNDING | 1425 W FULLERTON | CHICAGO | IL | 60614 | CLOSING PROTECTION | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | . | Ticor Title Insurance Company | 10/18/2005 0:00 |
| tristar1301 | ADVANTAGE MORTGAGE CONSULTING, | 1700 S. MICHIGAN AVENUE SUITE | CHICAGO | IL | 60616 . | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | . | Ticor Title Insurance Company | 10/18/2005 0:00 |
| tristar1301 | Argent Mortgage Co, LLC ISAOA | PO Box 11056 | Orange | CA | 92856 | n/a | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-12404 | Ticor Title Insurance Company | 10/18/2005 0:00 |
| tristar1301 | ACOUSTIC HOME LOANS, LLC, ISAO | 770 THE CITY DRIVE SOUTH, SUIT | ORANGE | CA | 92868 | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | | Ticor Title Insurance Company | 10/18/2005 0:00 |
| tristar1301 | AMERIQUEST MORTGAGE COMPANY | . | . | . | 92856 . | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | . | Ticor Title Insurance Company | 10/18/2005 0:00 |
| tristar1301 | MILA, INC., ISAOA/ATIMA | 6021 244TH STREET S.W. | MOUNTLAK E TERRACE | WA | 98043-5400 . | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-08118 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ENCORE CREDIT CORP ISAOA | 1833 ALTON PARKWAY | IRVINE | CA | 92606 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1302 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01319 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | PEOPLE'S CHOICE HOME LOAN, INC | 4901 NW 17TH WAY STE 606 | FORT LAUDERDAL | FL | 33309 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01386 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ARGENT MORTGAGE COMANY, LLC IS | P.O. BOX 11056 | ORANGE | CA | 92856 | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01351 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ARGENT MORTGAGE COMPANY LLC IS | PO BOX 11056 | ORANGE | CA | 92856 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01534 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | MORTGAGE IT ISAOA/ATIMA | 33 MAIDEN LANE 6TH FLR | NEW YORK | NY | 10038 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01101 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ARGENT MORTGAGE COMPANY LLC IS | PO BOX 11056 | ORANGE | CA | 92856 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01530 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ACCREDITED HOME LENDERS A CALI | PO BOX 501910 | SAN DIEGO | CA | 92150-1910 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01407 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | EQUIFIRST CORPORATION, OTTOMA | 500 FOREST POINT CIR | CHARLOTTE | NC | 28273-5670 | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TC06-00814 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ENCORE CREDIT CORPORATION ISAO | 1833 ALTON PARKWAY | IRVINE | CA | 92606 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | LONG BEACH MORTGAGE | ONE PIERCE PLACE 7TH FLR | ITASCA | IL | 60143 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suite2 | Oak Brook | IL | 60523 630 954-0004 | BEATRICE HINER JOHNSON/TCO6-00643 | Ticor Title Insurance Company | 2/13/2006 0:00 |
| tristar1301 | ARGENT MORTGAGE COMANY, LLC IS | P.O. BOX 11056 | ORANGE | CA | 92856 | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01678 | Ticor Title Insurance Company | 2/10/2006 0:00 |
| tristar1301 | ENCORE CREDIT CORPORATION ISAO | 1833 ALTON PARKWAY | IRVINE | CA | 92606 | HEATHER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTCO6-01455 | Ticor Title Insurance Company | 2/13/2006 0:00 |
| tristar1301 | BNC MORTGAGE, INC. | 1901 MAIN STREET | IRVINE | CA | 92614 | CLOSING LETTERS | Tristar Title LLC | Kelly Sleeter | 1302 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | VICTOR KAY 858 TALLGRASS, BART | Ticor Title Insurance Company | 2/13/2006 0:00 |
| tristar1301 | DELTA FUNDING CORPORATION | 1000 WOODBURY RD. | WOODBURY | NY | 11797 | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | MOORE | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | FREMONT INVESTMENT & LOAN | 1411 OPUS PLACE STE 600 | DOWNERS GROVE | IL | 60515 708-683-5120 | CLOSING DEPARTMENT | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-12113 / DUMAS | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | ACCREDITED HOME LENDERS | 2651 WARRENVILLE RD STE 400 | DOWNERS GROVE | IL | 60515 | Closing Protection Letter | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TC05-02148 | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | AEGIS FUNDING INC., ISAOA/ATIM | P. O. BOX 7739 | SPRINGFIEL D | OH | 45501-7739 . | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-12112 | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | New Century Mortgage Corp., IS | P.O. Box 11052 | Orange | CA | 92856-8152 847-466-2051 | Kristina | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-21318/Marsala | Ticor Title Insurance Company | 20/29/2005 0:00 |
| tristar1301 | FIRST FRANKLIN FINANCIAL, ISAO | 1051 PERIMETER DRIVE SUITE 800 | SCHAUMBU RG | IL | 60173 . | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-12279 | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | Wilmington Finance, A Division | 401 Plymouth Rd Ste400 | Plymouth Meeting | PA | 19462 | n/a | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | n/a | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | AEGIS FUNDING INC., ISAOA/ATIM | P. O. BOX 7739 | SPRINGFIEL D | OH | 45501-7739 . | CLOSING PROTECTION LETTER | Tristar Title LLC | Kelly Sleeter | 2301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05-22111 | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | Argent Mortgage Co, LLC ISAOA | PO Box 11056 | Orange | CA | 92856 | n/a | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05- 12315 | Ticor Title Insurance Company | 10/19/2005 0:00 |
| tristar1301 | Argent Mortgage Co, LLC | PO Box 11056 | Orange | CA | 92856 | n/a | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05- 11864 | Ticor Title Insurance Company | 10/20/2005 0:00 |
| tristar1301 | Argent Mortgage Co, LLC ISAOA | PO Box 11056 | Orange | CA | 92856 | n/a | Tristar Title LLC | Kelly Sleeter | 1301 West 22nd Street, Suites | Oak Brook | IL | 60523 630 954-0004 | TTC05- 11864 | Ticor Title Insurance Company | 10/20/2005 0:00 |

TICOR0001586
CONFIDENTIAL

TICOR0001748
CONFIDENTIAL

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mrtitle1 | ARGENT MORTGAGE, LLC | PO BOX 13056 | ORANGE | CA | 91856 | Closing Dept | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | DUP | | Ticor Title Insurance Company | 7/16/2004 0:00 |
| mrtitle1 | Equity One | 301 Lippincott Dr. Ste 100 | Marlton | NJ | 8053 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 6/11/2004 0:00 |
| mrtitle1 | Equity One | 301 Lippincott Dr. Ste 100 | Marlton | NJ | 8053 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | Patrick Mee | | Ticor Title Insurance Company | 6/21/2004 0:00 |
| mrtitle1 | Decision One Mortgage Company, | 6060 J.A. Jones Drive Suite 1 | Charlotte | NC | 28287 480-755-4747 | Robin Moss | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | 539501-Lindstrom | | Ticor Title Insurance Company | 6/29/2004 0:00 |
| mrtitle1 | Decision One Mortgage Company, | 6060 J.A. Jones Drive Suite 1 | Charlotte | NC | 28287 480-715-1747 | Robin Moss | Northwest Title and Escrow Cor | Frank T. Griebenow | 4252 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | 539501-Lindstrom | | Ticor Title Insurance Company | 6/28/2004 0:00 |
| mrtitle1 | Decision One Mortgage Company, | 6060 J.A. Jones Drive Suite 4 | Charlotte | NC | 28287 480-756-1747 | Robin Moss | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | 538501-Lindstrom | | Ticor Title Insurance Company | 4/30/2004 0:00 |
| mrtitle1 | IndyMac Bank, F.S.B. | P.O. Box 10433 | Van Nuys | CA | 91410-0433 480-755-1303 | Angie | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | 119051 | Ticor Title Insurance Company | 6/3/2004 0:00 |
| mrtitle1 | Decision One Mortgage Company, | 10049 North Bulger Road | Springfield | OH | 64110 | Angie | Northwest Title and Escrow Cor | Frank T. Griebenow | 4411 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 6/14/2004 0:00 |
| mrtitle1 | Town & Country Credit | 900 Port Blvd. Suite 300 | Itasca | IL | 60143 630-919-4751 | Karl | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 5/13/2004 0:00 |
| mrtitle1 | Fairmont Mortgage Bankers Cor | 4609 Fannin Blvd. Suite #104 | Kansas City | MO | 64110 | Angie | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 5/17/2004 0:00 |
| mrtitle1 | Bank One Loan Servicing | P.O. Box 901044 | Fort Worth | TX | 76101-2044 480-755-1303 | Angie | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | 524404 | Ticor Title Insurance Company | 5/17/2004 0:00 |
| mrtitle1 | NOVASTAR MORTGAGE | 888 W BIG BEAVER RD # 1290 | TROY | MI | 48084 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | CLAUDE WEATHERSBY AND YOLANDA | | Ticor Title Insurance Company | 3/30/2005 0:00 |
| mrtitle1 | JP MORGAN CHASE MANHATTAN MORT | 1301 W 22ND ST #905 | OAKBROOK | IL | 60523 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | NEAL | | Ticor Title Insurance Company | 2/11/2005 0:00 |
| mrtitle1 | Decision One Mortgage Co. LLC, | 6060 J. A. Jones Drive, Suite | Charlotte | NC | 28187 | Closing Dept. | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 5/7/2004 0:00 |
| mrtitle1 | Decision One Mortgage Co. LLC | 6060 J. A. Jones Drive, Suite | Charlotte | NC | 28187 | Closing Dept. | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 5/7/2004 0:00 |
| mrtitle1 | Argent mortgage company, llc | 5605 Shore dr | st. paul | mn | 55108 | Lynn | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 8/17/2004 0:00 |
| mrtitle1 | Chase Manhattan Mortgage | 1301 w. 22nd st | oakbrook | IL | 60523 | Closing Dept | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | 561887 | Ticor Title Insurance Company | 8/17/2004 0:00 |
| mrtitle1 | Sally's hair salon | 5205 Tate Way | lakeville | mn | 55304 | Sally | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 8/27/2004 0:00 |
| mrtitle1 | Intervale Mortgage Corp | PO BOX 241180 | CHARLOTTE | NC | 28224 314-564-4361 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9004 | | | Ticor Title Insurance Company | 9/14/2004 0:00 |
| mrtitle1 | Ameriquest Mortgage Company | 1551 Wall Street, Suite 120 | St. Charles | MO | 63303 651 490-4082 | Closing Dept. | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 4/30/2004 0:00 |
| mrtitle1 | Ameriquest Mortgage Company | 10113 Sunset Office Drive, Sui | Sunset Hills | MO | 63127 651 490-4002 | Closing Dept. | Northwest Title and Escrow Cor | Frank T. Griebenow | 4755 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 4/30/2004 0:00 |
| mrtitle1 | [illegible] Home Loans | 3800 W. 80th Street, Suite 800 | Bloomington | MN | 55431 651 490-4002 | Closing Dept. | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 4/30/2004 0:00 |
| mrtitle1 | Flagstar Bank, FSB | P.O. Box 7028 | Troy | MI | 48007-7028 972-918-7302 | Dawn | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 10/11/2004 0:00 |
| mrtitle1 | Wachovia Mortgage Corporation | 1100 Corporate Center Drive | Raleigh | NC | 27607-5066 | Asset Management Division | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 8/30/2004 0:00 |
| mrtitle1 | Bank of America its successors | 1201 Main Street, 7th Floor | Dallas | TX | 71201 | Lamaill Williams | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 5/4/2004 0:00 |
| mrtitle1 | DECISION ONE MORTGAGE COMPANY | 11960 WESTLINE INDUSTRIAL RD # | ST. LOUIS | MO | 63146 | CLOSING | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9001 | BAHRE | | Ticor Title Insurance Company | 3/28/2005 0:00 |
| mrtitle1 | decision one mortgage | 11960 westline industrial dr | st louis | mo | 63146 | kim | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | barry | | Ticor Title Insurance Company | 3/11/2006 0:00 |
| mrtitle1 | ARGENT MORTGAGE | PO BOX 13054 | ORANGE | CA | 91856 | CLOSING DEPARTMENT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | | Ticor Title Insurance Company | 8/3/2004 0:00 |
| mrtitle1 | COUNTRYWIDE HOME LOANS, INC. | 4500 PARK GRANADA | CALABASAS | CA | 91302 | TBD | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55210 651 490-9002 | GERSTENECKER | | Ticor Title Insurance Company | 3/31/2005 0:00 |
| mrtitle1 | AMERICAN MORTGAGE NETWORK | PO BOX 45462 | SAN DIEGO | CA | 11188 303-221-0700 | INSURANCE PROCESSING | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | JOHN FISCHER | | Ticor Title Insurance Company | 4/18/2005 0:00 |
| mrtitle1 | Option One Mortgage Corp. | 15612 Commercentre Drive, Su | Lake Forest | CA | 92630 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4252 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | WYETTE SHELTON | | Ticor Title Insurance Company | 4/18/2005 0:00 |
| mrtitle1 | HOMECOMINGS FINANCIAL NETWORK | 14850 QUORUM DR, # 500 | DALLAS | TX | 75254 9522 | DEBORAH DRAKE | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | LUDWICK | | Ticor Title Insurance Company | 3/18/2005 0:00 |
| mrtitle1 | JP MORGAN CHASE BANK NA | 1301 W 22ND ST #905 | OAKBROOK | IL | 60523 877-544-1361 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9001 | | 637703 | Ticor Title Insurance Company | 1/29/2006 0:00 |
| mrtitle1 | JP MORGAN CHASE BANK, NA | 1301 W 22ND ST #905 | OAKBROOK | IL | 60523 314-514-1717 | BRENDA | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | SCHNEIDERS/633663 | | Ticor Title Insurance Company | 4/1/2005 0:00 |
| mrtitle1 | JP MORGAN CHASE BANK NA | 1301 W 22ND ST #905 | OAKBROOK | IL | 60523 811-544-4361 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | 631792 | Ticor Title Insurance Company | 1/31/2005 0:00 |
| mrtitle1 | Jp Morgan Chase Bank, NA | 1301 W 22ND ST | Oakbrook | IL | 60523 636-733-8748 | Brenda | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 12110 651 490-9002 | Neumann/671201 | | Ticor Title Insurance Company | 6/6/2005 0:00 |
| mrtitle1 | ARGENT MORTGAGE COMPANY LLC | PO BOX 13056 | ORANGE | CA | 92856 | CLOSING | Northwest Title and Escrow Cor | Frank T. Griebenow | 4111 White Bear Parkway, Suite | Vadnais Heights | MN | 51110 651 490-9001 | CHURCHICH | | Ticor Title Insurance Company | 5/26/2006 0:00 |
| mrtitle1 | OPTION ONE | 1600 PARKWOOD CIRCLE, STE 100 | ATLANTA | GA | 30339 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 621 490-9002 | FBO | | Ticor Title Insurance Company | 8/5/2005 0:00 |
| mrtitle1 | ARGENT MORTGAGE COMPANY LLC I | PO BOX 13058 | ORANGE | CA | 92856 | CLOSING | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 11110 651 490-9002 | WEISER | | Ticor Title Insurance Company | 4/19/2005 0:00 |
| mrtitle1 | CREVECOR MORTGAGE, INC., ISAOA | 1158 HANLEY INDUSTRIAL CT | ST. LOUIS | MO | 63144 314-114-1211 | BRUCE | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | TIDCKE | | Ticor Title Insurance Company | 5/11/2005 0:00 |
| mrtitle1 | JPMORGAN CHASE BANK | 1301 w. 22nd st | oakbrook | IL | 60523 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 15110 651 490-9001 | KAYE | | Ticor Title Insurance Company | 6/10/2005 0:00 |
| mrtitle1 | JPMORGAN CHASE BANK | 1301 w. 22nd st | oakbrook | IL | 60521 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 15110 155 490-9002 | KAYE | | Ticor Title Insurance Company | 6/22/2011 0:00 |
| mrtitle1 | Equity One, Inc. | 301 Lippincott Dr. Ste 100 | Marlton | NJ | 8051 303-221-0700 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4755 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | GARY TOWNSEN | | Ticor Title Insurance Company | 8/31/2005 0:00 |
| mrtitle1 | Equity One, Inc. | 301 Lippincott Dr. Ste 100 | Marlton | NJ | 8051 301-221-0700 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | GARY TOWNSEN | | Ticor Title Insurance Company | 8/31/2005 0:00 |
| mrtitle1 | EQUITY ONE, INC. | 301 LIPPINCOTT DR, STE 100 | MARLTON | NJ | 8053 | CLOSING DEPARTMENT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 11110 651 490-9002 | NANCY | | Ticor Title Insurance Company | 7/5/2005 0:00 |
| mrtitle1 | JP MORGAN CHASE BANK NA | 1301 W 22ND ST #905 | OAKBROOK | IL | 60521 117-544-1361 | JULIA | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9001 | JACKSON | | Ticor Title Insurance Company | 8/30/2005 0:00 |
| mrtitle1 | NEW CENTURY | 655 CRAIG RD #340 | CREVE COEUR | MO | 63141 466-874-8856 | SARAH | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 611 490-9002 | WAHSH | | Ticor Title Insurance Company | 6/21/2005 0:00 |
| mrtitle1 | JP MORGAN CHASE BANK NA | 1301 W 22ND ST | OAKBROOK | IL | 60523 | SUITE 905 | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | | 671842 | Ticor Title Insurance Company | 6/15/2011 0:00 |
| mrtitle1 | DECISION ONE MTG CO., LLC | 11960 WESTLINE INDUSTRIAL DRIV | ST LOUIS | MO | 63146 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | NEWCOMB | | Ticor Title Insurance Company | 6/22/2005 0:00 |
| mrtitle1 | Equity One, Inc. | P.O. BOX 17063 | IRVINE | CA | 61240 866-741-3296 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9001 | 193870 LAWRENCE HAAS | | Ticor Title Insurance Company | 1/3/2006 0:00 |
| mrtitle1 | Equity One, Inc. | 301 Lippincott Dr. Ste 100 | Marlton | NJ | 4053 866-762-1396 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | Bruce Schilling | | Ticor Title Insurance Company | 9/16/2005 0:00 |
| mrtitle1 | Equity One, Inc. | P.O. BOX 17043 | IRVINE | CA | 92619 303-221-0700 | Closing Department | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | STEPHEN JACKSON | | Ticor Title Insurance Company | 8/23/2005 0:00 |
| mrtitle1 | DECISION ONE MORTGAGE | 11960 WESTLINE INDUSTRIAL, STE | ST. LOUIS | MO | 63146 | CLOSING DEPT | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | RANDOLPH | | Ticor Title Insurance Company | 11/1/2005 0:00 |
| mrtitle1 | Fremont Investment & Loan | 1411 Opus Place Suite 600 | Downers Grove | IL | 60515 114-736-2916 | Kim Baddie | Northwest Title and Escrow Cor | Frank T. Griebenow | 4251 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 651 490-9002 | 758291/Norvell | | Ticor Title Insurance Company | 1/7/2006 0:00 |
| mrtitle1 | Mortgage Lenders Network | 1200 Arrie Blvd | Oak Brook | IL | 60526 416-554-2461 | Mike | Northwest Title and Escrow Cor | Frank T. Griebenow | 4255 White Bear Parkway, Suite | Vadnais Heights | MN | 55110 414-739-1096 | 761806 Perples | | Ticor Title Insurance Company | 1/26/2006 0:00 |

TICOR0001749
CONFIDENTIAL

# EXHIBIT 9