UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | Lead Case No. 05-CV-07097 |
| LITIGATION | (Centralized before The Honorable Marvin E. Aspen) |
| | Assigned to Magistrate Judge Daniel G. Martin |

### THIRD-PARTY DEFENDANTS' RESPONSE TO SUPPLEMENTAL STATUS REPORT OF THE AMERIQUEST DEFENDANTS FOR MAY 29, 2014 STATUS CONFERENCE

NOW COMES Third-Party Defendants, Hillard N. Einbinder, Desautels, Mahoney & Kohn, LLC, Fred D. Sette, and Sette & Bonadies, P.C., and Baruti Scola & Smith, P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C.), (hereinafter "Moving Third-Party Defendants"), by and through their attorneys, Gary T. Jansen and Nicole D. Milos of Cremer, Spina, Shaughnessy, Jansen and Siegert, LLC, and as *Third-Party Defendants' Response to Supplemental Status Report of the Ameriquest Defendants for May 29, 2014 Status Conference*, state as follows:

On September 3, 2013, the Honorable Marvin E. Aspen entered a *Memorandum Opinion and Order* stating that this court would not relinquish the third-party action until all common discovery was completed. Doc. No. 5346. This court's *Memorandum Opniion and Order* states that non-case-specific discovery on the third-party action is to be completed by January 31, 2014. *Id.*

On December 27, 2013, nearly three and one-half months after this court's *Memorandum Opinion and Order*, defendant Argent Mortgage Company, LLC issued written discovery to Moving Third-Party Defendants. On January 7, 2014, the Honorable Magistrate Judge Daniel G. Martin entered an *Order* granting Moving Third-Party Defendants an extension of time to February 14, 2014, to answer defendant Argent Mortgage Company, LLC's requests to admit, interrogatories, and requests for production Doc. No. 5424. The *Order* states that defendant Argent Mortgage Company, LLC has until March 31, 2014 to complete discovery with respect to Moving Third-Party Defendants. *Id.*

Although Defendant Argent Mortgage Company, LLC's requests to admit, interrogatories, and requests for production arguably constitute case-specific discovery, in the interest of moving toward the remand of the third-party claims to the transfer or courts, Moving Third-Party Defendants answered the discovery requests. On February 14, 2014, Moving Third-Party Defendants timely answered defendant Argent Mortgage Company, LLC's requests to admit, interrogatories, and requests for production. Doc. Nos. 5438, 5439, 5440 and 5441.

On December 5, 2013, defendants were granted an extension of time to February 28, 2014 to complete common third-party discovery. Doc. No. 5405. On February 20, 2014, defendants were granted a further extension of time to May 29, 2014 to complete common third-party discovery. Doc. No. 5444.

On April 29, 2014, the Ameriquest Defendants filed with the court a *Supplemental Status Report*. Doc. No. 5465. Therein, the Ameriquest Defendants state that "Third-Party Defendants other than Fidelity agree that an extension of discovery is necessary." Doc. No. 5465. The Ameriquest Defendants request that this court continue to allow third-party discovery to proceed in the MDL. *Id.*

Contrary to the statement in the Ameriquest Defendants' *Supplemental Status Report*, Moving Third-Party Defendants have not agreed that an extension of discovery is necessary. To the contrary, common third-party discovery as to Moving Third-Party Defendants has been completed. As such, an extension of time for common third-party discovery as to Moving Third-Party Defendants is unnecessary and unwarranted.

The Ameriquest Defendants' *Status Report* states that their third-party claims involve 407 loans. Doc. No. 5461. There are only 6 loans involved in the third-party claims relating to Moving Third-Party Defendants. Since 2007, Moving Third-Party Defendants have been unable to proceed with case-specific discovery and motion practice.

Any remaining discovery as to Moving Third-Party Defendants is non-case-specific discovery. Therefore, Moving Third-Party Defendants object to any extension of time to complete common third-party discovery as to Moving Third-Party Defendants.

                Respectfully submitted,

                s/ Gary T. Jansen_____
                One of the attorneys for
                Moving Third-Party Defendants

Gary T. Jansen
Nicole D. Milos
CREMER SPINA
   SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
Document No: 315347

## CERTIFICATE OF SERVICE

This Certificate of Service having been electronically filed with the Clerk of the Court on **May 2, 2014** using CM/ECF system and served via the CM/ECF system upon all counsel of record.

/s/ Gary T. Jansen

Gary T. Jansen
Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile