IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**SECOND SUPPLEMENTAL STATUS REPORT OF THE AMERIQUEST DEFENDANTS RE: STIPULATED DISCOVERY CUT-OFF WITH CERTAIN THIRD-PARTY DEFENDANTS**

The Ameriquest Defendants respectfully submit the following Second Supplemental Status Report in connection with the status conference scheduled to take place on May 29, 2014 at 11:00 a.m. before the Honorable Marvin E. Aspen and pursuant to this Court's Order of January 13, 2014 [Dkt. 5427].

**RECENT STIPULATION WITH CERTAIN THIRD-PARTY DEFENDANTS REGARDING DISCOVERY CUT-OFF**

Third-Party Defendants with the largest numbers of claims and Third-Party Plaintiffs have agreed upon a discovery extension for third-party discovery at least through August 29, 2014. The Fidelity Third-Party Defendants previously objected to an extension [Dkt. 5462] but Fidelity has now stipulated to an extension with further extensions as agreed by the parties or as determined appropriate by Judge Martin. Mortgage Information Services and Superior Closing Services have agreed to an extension at least to August 29th and will continue to meet and confer as August 29th approaches to propose a mutually acceptable deadline for the Court's consideration.

Respectfully submitted,

Dated: May 19, 2014

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants*

Joanne N. Davies
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Randall L. Manvitz, Esq.
Telephone: (415) 227-3644
Facsimile: (415) 227-0700

2

16367745v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 19th day of May 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

16367745v1