**EXHIBIT 3**

# Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Monday, May 05, 2014 3:29 PM |
| **To:** | 'AShapiro@butlerrubin.com' |
| **Cc:** | Davies, Joanne; AFowerbaugh@butlerrubin.com |
| **Subject:** | RE: In re Ameriquest |

Andy,

Last Thursday, we reminded you that we have not received a response to our request to schedule a 30(b)(6) concerning missing Fidelity documents and you explained that Fidelity would respond in writing. Please respond as soon as possible so that we can plan accordingly.

Randall Manvitz | Sr. Counsel | Buchalter Nemer, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com


-----Original Message-----
From: AShapiro@butlerrubin.com [mailto:AShapiro@butlerrubin.com]
Sent: Monday, May 05, 2014 12:56 PM
To: Manvitz, Randall L.
Cc: Davies, Joanne; AFowerbaugh@butlerrubin.com
Subject: In re Ameriquest

Randall,

Following up on our conversation during last week's deposition, the Fidelity Entities are willing to agree to a one-time extension of the discovery cut-off deadline from May 29, 2014 to August 29, 2014. This agreement is contingent, however, on Ameriquest's agreement to provide substantive responses to the Fidelity Entities' outstanding discovery requests on or before July 29, 2014, so that the Fidelity Entities will have an opportunity to take any necessary follow-up discovery before the August 29 deadline.

Kindly confirm that this proposal is acceptable.

Regards,
Andy


Andrew D. Shapiro

Butler Rubin Saltarelli & Boyd LLP

70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com

This email message is intended for the sole use of the intended recipient
(s) and may contain confidential or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message.  To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

http://www.butlerrubin.com