# EXHIBIT 4

# Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Friday, May 09, 2014 2:21 PM |
| **To:** | 'AFowerbaugh@butlerrubin.com'; ashapiro@butlerrubin.com |
| **Cc:** | Davies, Joanne |
| **Subject:** | RE: Ameriquest/Fidelity: 30(b)(6) Depositions Re: Missing Documents |

Counsel,

We are waiting to hear from you if Fidelity will produce a 30(b)(6) witness and when. This issue has now been outstanding for two weeks. Please respond by Monday. If a conference call would be of assistance on Monday, let me know so we can move this along and determine promptly whether court intervention is necessary.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

---

**From:** Manvitz, Randall L.
**Sent:** Thursday, April 24, 2014 5:52 PM
**To:** AFowerbaugh@butlerrubin.com; ashapiro@butlerrubin.com
**Cc:** Davies, Joanne
**Subject:** Ameriquest/Fidelity: 30(b)(6) Depositions

Counsel,

Fidelity's response to Ameriquest's Interrogatories, Set One, Interrogatory No. 2 repeatedly is that Fidelity has been unable to locate any data from the local agency website. We would like to schedule a 30(b)(6) deposition of the person most knowledgeable concerning what happened to the data and why it has not been located, any search for the data, the document retention policy and retention efforts, back-up systems, the same questions for the missing closing protection letters, and related topics. Please propose a location and available dates.

If you have an explanation why the data has not been located, please let us know.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio