# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> (Assigned to Magistrate Judge Daniel G. Martin) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on May 29, 2014 following the previously scheduled Status Conference or if none shall take place, 10:00 a.m., we shall appear before the Honorable Daniel G. Martin in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Ameriquest's Motion To Compel Fidelity To Appear For 30(b)(6) Deposition Concerning Spoliation Of Closing Protection Letters, a copy of which is concurrently being served upon you.

DATED: May 22, 2014

Respectfully submitted,

By: /s/ *Randall L. Manvitz*
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company*

Randall L. Manvitz, Esq. (admitted *pro hac vice*)
BUCHALTER NEMER
55 Second Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

BN 16392514v1

1

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 22th day of May 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Randall Manvitz