UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                 Plaintiff,

v.                                                Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Ameriquest's Notice of
Motion [5471] setting its Motion to Compel Fidelity to Appear for 30(b)(6) Deposition for
presentment at 10:00 a.m. on 5/29/2014 is stricken. Ameriquest's Motion to Compel will
be heard at the status hearing previously set for 5/29/2014 at 11:30 a.m. No appearance
required at 10:00 a.m. on 5/29/2014. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.