IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Johnson, et al. v. Argent Mortgage Co, et al.,* Case No. 07-01345 (N.D. Ill.) | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT CLASSIC HOME MORTGAGE CORP.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff **ARGENT MORTGAGE COMPANY, LLC** ("Argent") and Third-Party Defendant **CLASSIC HOME MORTGAGE CORP.** ("Classic Home") hereby stipulate to the dismissal, without prejudice, of Argent's claims in the Fifth Amended Consolidated Third-Party Complaint against Classic Home with respect to the claims asserted by Phillip and Lisa Johnson (plaintiffs in the action *Johnson, et al. v. Argent Mortgage Co, et al., Case No. 07-01345 (N.D. Ill.)* (transferred into the MDL).

All other claims by Argent in the Fifth Amended Consolidated Third-Party Complaint against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

10898854v1

1

DATED:  May 27, 2014									Respectfully submitted,

									By:  /s/ Joanne N. Davies
									Attorneys for Argent Mortgage Company, LLC

									Joanne N. Davies, Esq.
									BUCHALTER NEMER
									18400 Von Karman Avenue, Suite 800
									Irvine, California 92612
									Telephone:  (949) 760-1121
									Facsimile:  (949) 720-0182


DATED: May 27, 2014									Respectfully submitted,

									By:  /s/ Christopher H. Murphy, Esq.
									*Attorneys for Classic Home Mortgage Corp.*

									Christopher H. Murphy, Esq.
									COZEN O'CONNOR
									333 West Wacker Drive, Suite 1900
									Chicago, IL 60606
									Telephone:  (312) 382-3100
									Facsimile: (312) 382-8910

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 27th day of May 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies