# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| | **NOTICE OF DEPOSITION OF FIDELITY'S PERSON MOST KNOWLEDGEABLE RE: LOST OR DESTROYED CLOSING PROTECTION LETTERS** |
| | **Date:** **May 19, 2014** |
| | **Time:** **10:00 a.m.** |
| | **Place:** **First Choice Reporting, 233 East Bay Street, Ste. 912 Jacksonville, FL 32202** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Third-Party Plaintiff Ameriquest Mortgage Company ("Third-Party Plaintiff") will take the deposition upon oral examination, to be recorded by stenographic means and videotape, at the offices of First Choice Reporting, 233 East Bay Street, Ste. 912, Jacksonville, FL, of Third-Party Defendants Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, Transnation Title Insurance Company (collectively "Third-Party Defendants"). Third-Party Defendants are requested to designate the person or persons most knowledgeable and prepared to testify on behalf of Third-Party Defendants concerning the subject matter described on Attachment A hereto. The deposition(s) will commence at 10:00 a.m.

on May 19, 2014 and will continue from day to day thereafter, weekends and holidays excluded, until completed.

**NOTICE IS FURTHER GIVEN** that Third-Party Plaintiffs will record the testimony at the above-described deposition by videotape, instant display of testimony, and/or audiotape in addition to recording this testimony by stenographic method.

**PLEASE TAKE FURTHER NOTICE** that this notice is accompanied by a Request for Production of Documents, as set forth in Attachment B. Such documents should be produced to Buchalter Nemer, 55 2ⁿᵈ Street, 17ᵗʰ Floor, San Francisco, California, on or before May 15, 2014.

DATED: May 8, 2014

BUCHALTER NEMER
A Professional Corporation

By:_____
RANDALL L. MANVITZ
Attorneys for Third-Party Plaintiffs

**ATTACHMENT A**

**DEFINITIONS AND INSTRUCTIONS**

1.      "Third-Party Defendants" means Chicago Title Insurance, Commonwealth Land

Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title

Insurance Company, American Pioneer Title Insurance Company, and Transnation Title

Insurance Company.

2.      "Blanket" or "Blanket Closing Protection Letter," means any closing protection

letter that would apply to future closings of real estate transactions when conducted by an

identified issuing agent/approved attorney and a policy is issued by the title underwriter.

3.      "Chart" refers to the following:

| Third-Party Defendant | Alabama | Connecticut | Illinois | Massachusetts | Michigan | Rhode Island |
|---|---|---|---|---|---|---|
| Chicago Title Insurance | X | X | X | X | X | n/a |
| Commonwealth Land Title | X | X | X | X | n/a | X |
| Fidelity National Title Insurance Co. | X | X | X | X | X | X |
| Lawyers Title Insurance Company | X | X | X | X | X | n/a |
| Ticor Title Insurance Company | X | X | X | X | X | X |
| American Pioneer Title Insurance Co. | n/a | X | X | X | X | n/a |
| Transnation Title Insurance Co. | n/a | n/a | n/a | X | X | X |

4.      "Missing Data" means the closing protection letter data for the state and brands

identified in the Fidelity Third-Party Defendants response to Ameriquest's Interrogatory No. 2

for which the Fidelity Third-Party Defendants responded that they were unable locate any data

concerning closing protection letters:

AL – Chicago Title Insurance Company
AL – Fidelity National Title Insurance Company
AL – Ticor Title Insurance Company
CT – American Pioneer Title Insurance Company
CT – Chicago Title Insurance Company
CT – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
CT – Fidelity National Title Insurance Company
CT – Ticor Title Insurance Company
IL – American Pioneer Title Insurance Company
IL – Chicago Title Insurance Company
IL – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
IL – Fidelity National Title Insurance Company
MA – American Pioneer Title Insurance Company
MA – Chicago Title Insurance Company/Ticor Title Insurance Company
MA – Fidelity National Title Insurance Company
MA – Transnation Title Insurance

MI – American Pioneer Title Insurance Company
MI – Chicago Title Insurance Company
MI – Fidelity National Title Insurance Company
MI – Lawyers Title Insurance Company and Transnation Title Insurance Company
MI – Ticor Title Insurance Company
RI – Fidelity National Title Insurance Company
RI – Ticor Title Insurance Company
RI – Transnation Title Insurance Company

5.     "Missing Exemplar Closing Protection Letters" means the closing protection

letters for the state and brands identified in the Fidelity Third-Party Defendants' response to

Ameriquest's Interrogatory No. 2 for which the Fidelity Third-Party Defendants responded that

they were unable locate an exemplar closing protection letter, specifically:

AL – Fidelity National Title Insurance Company
AL – Ticor Title Insurance Company
CT – American Pioneer Title Insurance Company
CT – Ticor Title Insurance Company
IL – American Pioneer Title Insurance Company
IL – Chicago Title Insurance Company
IL – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
MA – American Pioneer Title Insurance Company
MA – Transnation Title Insurance
MI – American Pioneer Title Insurance Company
MI – Chicago Title Insurance Company
MI – Lawyers Title Insurance Company and Transnation Title Insurance Company
RI – Commonwealth Land Title Insurance Company
RI – Ticor Title Insurance Company
RI – Transnation Title Insurance Company

## **TOPICS FOR EXAMINATION**

**Topic 1**: The document retention or destruction policies and procedures (a/k/a records management) applicable to any Missing Data, Missing Exemplar Closing Protection Letters, and closing protection letters and compliance or non-compliance with such policies or procedures in relation to the Ameriquest MDL litigation.

**Topic 2**: Any and all document retention or destruction policies or procedures (a/k/a records management) for the states and brands in the Chart from 2002 to the present and compliance or non-compliance with such policies or procedures in relation to the Ameriquest MDL litigation.

**Topic 3**: Any and all preservation or destruction efforts relating to the Missing Data, Missing Exemplar Closing Protection Letters, and closing protection letters including but not limited to efforts to inventory such documents, duplicate them, migrate them, and store them, and any

communications to preserve or destroy such documents.

**Topic 4**: Any search undertaken for the Missing Data or Missing Exemplar Closing Protection Letters including but not limited to for each applicable brand and state: (1) any date on which a search was undertaken; (2) the identification of any person involved in the search; (3) the scope of the search including any electronic media, network location, or electronic file, or hard copy search.

**Topic 5**:    Any search undertaken for closing protection letters or data reflecting closing protection letters that had been issued applicable to the Ameriquest loans identified in **Exhibit A [list of all loans]** including but not limited to: (1) the date(s) of the search; (2) the identity of any and all persons and entities involved in the search; and (3) the scope of the search including whether the search included any and all closing protection letters referencing Ameriquest and efforts to locate blanket or multi-transaction closing protection letters.

**Topic 6**:    Any search undertaken for any non-Agent-Trax multi-transaction or Blanket Closing Protection Letters of any Fidelity-related entity applicable to Illinois including but not limited to: (1) the date(s) of the search; (2) the identity of any and all persons and entities involved in the search; and (3) the scope of the search including whether the search included any and all closing protection letters referencing Ameriquest and efforts to locate blanket or multi-transaction closing protection letters.

**Topic 7**:    The identity of all persons and entities responsible for the custody, maintenance, preservation, and/or destruction of the Missing Data or Missing Exemplar Closing Protection Letters for each state and brand on the Chart from 2001 to the present and the scope of their responsibilities.

**Topic 8**:    The identity of all persons and entities who participated in the preservation and, or destruction of the Missing Data or Missing Exemplar Closing Protection Letters and the scope of their participation.

**Topic 9**:    The identity of all persons and entities who participated in the transition from the older websites for generating closing protection letters to Agent-Trax for the state and brand on the

chart encompassing the Missing Data or Missing Exemplar Closing Protection Letters.

**Topic 10**: The destruction, loss, or inability to access or locate Missing Data or Missing Exemplar Closing Protection Letters for each applicable brand and state including: (a) the date(s) it was lost, destroyed, and, or no longer accessible from the web or by issuing agents or by Third-Party Defendants' employees; (b) electronic media and systems it has been located on; (c) any duplicates or back-ups containing the missing documents or data; (d) back-up systems for the missing documents or data; (e) any explanation why it cannot be found or what happened to it; (f) whether it was deleted or otherwise destroyed; (g) any records reflecting its status at any time; and (h) why it was deleted or otherwise not maintained such that it was accessible.

**Topic 11:** The back-up system and back-up media which contains or contained the Missing Data or Missing Exemplar Closing Protection Letters or some portion thereof including the frequency of back-ups, time periods of use, the reason why the back-up media is insufficient to obtain the Missing Data or Missing Exemplar Closing Protection Letters, the status of the media such as whether and when the media for back-ups was over-written, lost, deleted, or destroyed.

**Topic 12:** The back-up policies and practices for the states and brands in the Chart from 2001 to the present.

**Topic 13**: The circumstances of any Fidelity-related entity or its counsel learning that the Missing Data and Missing Exemplar Closing Protection Letters were not available or could not be located including the date(s), persons involved in any communication or search or inquiry, and purpose of the search.

**Topic 14:** The involvement of vendors or other third-parties with the development of websites, hosting websites, or storing the Missing Data or Missing Exemplar Closing Protection Letters for websites used for generating closing protection letters for any of the states and brands listed on the Chart including contracts, hosting data, communications about preservation, destruction, and termination of services.

**Topic 15:** The system and accompanying closing protection letter data for generating closing protection letters and memorializing the closing protection letters that had been issued for each

of the brands and states listed in the Chart in use from 2001 to the replacement with the Agent-Trax web-based system including but not limited to the dates of use, data stored, method of memorializing letters issued, purpose of the system, whether web-based or otherwise, website, software used, vendor involvement, where the data memorializing the issuance of a letter was stored at any time, and reports that could be generated from the system such as spreadsheets of closing protection letters historically issued.

**ATTACHMENT B**

**DEFINITIONS AND INSTRUCTIONS**

1.      "Third-Party Defendants" means Chicago Title Insurance, Commonwealth Land Title, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company.

2.      "Chart" refers to the following:

| Third-Party Defendant | Alabama | Connecticut | Illinois | Massachusetts | Michigan | Rhode Island |
|---|---|---|---|---|---|---|
| Chicago Title Insurance | X | X | X | X | X | n/a |
| Commonwealth Land Title | X | X | X | X | n/a | X |
| Fidelity National Title Insurance Co. | X | X | X | X | X | X |
| Lawyers Title Insurance Company | X | X | X | X | X | n/a |
| Ticor Title Insurance Company | X | X | X | X | X | X |
| American Pioneer Title Insurance Co. | n/a | X | X | X | X | n/a |
| Transnation Title Insurance Co. | n/a | n/a | n/a | X | X | X |

3.      "Missing Data" means the closing protection letter data for the state and brands identified in the Fidelity Third-Party Defendants response to Ameriquest's Interrogatory No. 2 for which the Fidelity Third-Party Defendants responded that they were unable locate any data concerning closing protection letters:

AL – Chicago Title Insurance Company
AL – Fidelity National Title Insurance Company
AL – Ticor Title Insurance Company
CT – American Pioneer Title Insurance Company
CT – Chicago Title Insurance Company
CT – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
CT – Fidelity National Title Insurance Company
CT – Ticor Title Insurance Company
IL – American Pioneer Title Insurance Company
IL – Chicago Title Insurance Company
IL – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
IL – Fidelity National Title Insurance Company
MA – American Pioneer Title Insurance Company
MA – Chicago Title Insurance Company/Ticor Title Insurance Company
MA – Fidelity National Title Insurance Company
MA – Transnation Title Insurance
MI – American Pioneer Title Insurance Company
MI – Chicago Title Insurance Company
MI – Fidelity National Title Insurance Company
MI – Lawyers Title Insurance Company and Transnation Title Insurance Company
MI – Ticor Title Insurance Company
RI – Fidelity National Title Insurance Company

RI – Ticor Title Insurance Company
RI – Transnation Title Insurance Company

      4.    "Missing Exemplar Closing Protection Letters" means the closing protection

letters for the state and brands identified in the Fidelity Third-Party Defendants response to

Ameriquest's Interrogatory No. 2 for which the Fidelity Third-Party Defendants responded that

they were unable locate an exemplar closing protection letter, specifically:

AL – Fidelity National Title Insurance Company
AL – Ticor Title Insurance Company
CT – American Pioneer Title Insurance Company
CT – Ticor Title Insurance Company
IL – American Pioneer Title Insurance Company
IL – Chicago Title Insurance Company
IL – Commonwealth Land Title Insurance Company and Lawyers Title Insurance Company
MA – American Pioneer Title Insurance Company
MA – Transnation Title Insurance
MI – American Pioneer Title Insurance Company
MI – Chicago Title Insurance Company
MI – Lawyers Title Insurance Company and Transnation Title Insurance Company
RI – Commonwealth Land Title Insurance Company
RI – Ticor Title Insurance Company

      5.    Document" and "Documents" shall have the meaning ascribed to those terms in

Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, papers,

writings, memoranda, contracts, agreements, books, journals, ledgers, statements, reports, bills,

billings, invoices, work sheets, projections, notes, letters, email, instant messaging, text

messaging, correspondence, Communications, abstracts, advertisements, drawings, photographs,

audits, charges, balance sheets, income statements, checks, diagrams, certificates, diaries,

calendars, logs, drafts, recordings, instructions, lists, minutes of meetings, orders, resolutions,

recitals, telegrams, wires, cables, telexes, facsimiles, messages, telephone bills, resumes,

summaries, tabulations, tallies, statistical analyses, magnetic and electronic media (tapes, hard

disks, floppy disks, computer tapes, computer printouts, input/output computer systems, whether

optical, visual or magnetic), and any other tangible things on which any handwriting, typing,

printing, photostatic image, magnetic or electronic impulse, or other form of communication is

recorded or reproduced, and any amendments or supplements to any of the foregoing no matter

by whom prepared. The term "Document" includes originals and each copy thereof if such copy

differs in any respect from the original (whether because of notes or other information appearing on such copy or otherwise).

6. "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

## DOCUMENTS REQUESTED

**REQUEST NO. 1:**

Any and all litigation hold documents Relating To the In Re: Ameriquest matter.

**REQUEST NO. 2:**

Any and all document retention policies or procedures (a/k/a records management) for the states and brands in the Chart from 2002 to the present.

**REQUEST NO. 3:**

Any and all organization charts Relating To the persons responsible (at any time) for records management of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 4:**

Any and all Documents Relating To the retention of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 5:**

Any and all Documents Relating To the destruction of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 6:**

Any and all Documents Relating To the loss of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 7:**

Any and all communications Relating To the destruction or loss of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 8:**

Any and all communications Relating To the preservation of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 9:**

Any and all communications Relating To any loss of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 10:**

Any and all contracts with any vendors who were involved with the Missing Data or Missing Exemplar Closing Protection Letters such as web-related vendors responsible for the closing protection letter data or closing protection letter websites.

**REQUEST NO. 11:**

Any and all Documents Relating To back-up policies or procedures for electronic media or data for the states and brands on the Chart at any time between 2002 and the present.

**REQUEST NO. 12:**

Any and all Documents reflecting the back-up of the Missing Data or Missing Exemplar Closing Protection Letters including records of the back-ups and back-up media.

**REQUEST NO. 13:**

Any Documents Relating To any Third-Party Defendants' compliance with its document retention or destruction policy regarding the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 14:**

Any and all records of pre-Agent-Trax closing protection letters issued between 2000 and 2006 for the brands and states on the Chart.

**REQUEST NO. 15:**

Any and all inventories Relating To the preservation or destruction of the Missing Data or Missing Exemplar Closing Protection Letters.

**REQUEST NO. 16:**

Any and all Documents Relating To the location of the Missing Data or Missing Exemplar Closing Protection Letters at any time including inventories and documents preservation or destruction lists and catalogues, documents reflecting the migration or copying of the documents.

**REQUEST NO. 17:**

An exemplar pre-Agent-Trax closing protection letter for each state and brand combination for the Missing Exemplar Closing Protection Letters.

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of

18 and not a party to the within action. My business address is at BUCHALTER NEMER, A

Professional Corporation, 55 Second Street, Suite 1700, San Francisco, California 94105.

On May 8, 2014, I served the foregoing documents described as:

**NOTICE OF DEPOSITION OF FIDELITY'S PERSON MOST KNOWLEDGEABLE RE: LOST OR DESTROYED CLOSING PROTECTION LETTERS**

on all other parties and/or their attorney(s) of record to this action as follows:

Albert Edwin Fowerbaugh , Jr.
Andrew D. Shapiro
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, IL 60602
Tel: 312-444-9660
Fax: 312-444-9287
Email: afowerbaugh@butlerrubin.com
      ashapiro@butlerrubin

√    BY MAIL    I am readily familiar with the business' practice for collection and
processing of correspondence for mailing with the United States Postal Service. The address(es)
shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in
the United States Postal Service at Buchalter Nemer in San Francisco, California on the date set
forth below. The envelope was sealed and placed for collection and mailing with first-class
prepaid postage on this date following ordinary business practices.  Service made pursuant to
FRCP 5(b)(2)(C), and CCP §§ 1012 and 1013(a), upon motion of a party served, shall be
presumed invalid if the postal cancellation date or postage meter date on the envelope is more
than one day after the date of deposit for mailing contained in the affidavit.

√    BY EMAIL    On May 8,2014, I personally electronically served from my
electronic address cgilbert@buchalter.com, in "PDF" format, the document(s) described above,
with attachments to the individuals stated above to their known email/electronic addresses as
shown above. The transmission was reported as complete and without error. (FRCP 5(b)(2)(E),
6(d) and CCP. §1010.6; CRC §2.251, *et seq.*)

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct to the best of my knowledge. Executed on May 8, 2014, at San

Francisco, California.

Constance M. Gilbert

BN 16146547v1

# EXHIBIT A

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Abbatematteo, Joann Abbatematteo, Joseph | 0059864702 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Adamowicz, Timothy Adamowicz, Francis | 0065211104 | The Matlusky Firm, LLC; Resource Title, LLC | American Pioneer Title Insurance Co. |
| Adams, Glenn Adams, Laverne | 0069529667 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Adkins, Sherry Adkins, James | 0103988804 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Aguiar, Paul Aguiar, Guilhermina | 0128911666 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Allgood, Kellie | 0138240924 | Heritage Title | Fidelity National Title Insurance Company |
| Anderson, Dean Anderson, Diane | 0083573527 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bailey, James H. | 0103453601 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Bailey, Wray Bailey, Wendy | 0042412726 | Superior Closing Services, LLC; Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Balark, Eric McMiller, Michelle | 0120067921 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Banuelos, Pedro Banuelos, Celia | 0119993186 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Barboza, Benjamin Barboza, Manuel | 0043368737 | Superior Closing Services, LLC Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Barletta, Pam | 0070114186 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Barrett, Linda | 0128580305 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Beane, Virginia Beane, Robert | 0067116327 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Beaudoin, Carol A. Beaudoin, Ronald | 0135092088 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Benoit, Ronald Benoit, Monique | 0122988207 | Nicholas Barrett and Associates | Fidelity National Title Insurance Company |
| Bergquist, Sandra | 0104425285 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Besterfield, James | 0103670881 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Billings, Jacob Billings, Taylor | 0109840405 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Black, Junior Terrance Campbell, Rene | 0085340586 | John Weber & Associates, P.C.; Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Bodin, Harry | 0044849156 | National Real Estate | Fidelity National Title Insurance Company |
| Booth, Sallie | 0044303477 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Bowe, Michael | 0074714387 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Bowles, Karen | 0133068908 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Braz, Gary Braz, Anita | 0106843360 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Bricker, Anthony Bricker, Michelle | 0086694684 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bridges, LaFranco | 0083711408 | Prince Brothers Inc. | Fidelity National Title Insurance Company |
| Britt, Robert Britt, Tammy | 0100645704 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Calvin Brown, Dora | 0069107308 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Dorothy | 0091080069 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Brown, Kenneth Brown, Monica | 0101981686 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Buck, Bruce Buck, Shannon | 0080501968 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Buckner, Jacqueline | 0083227264 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Bumpers, Henry Bumpers, Elizabeth | 0070729785 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Buniski, Carolyn F. | 0052795721 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Burgess, Ernest Burgess, Peggy | 0066806142 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Burton, Kenneth G. | 0138039805 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Butt, Stephanie Butt, James | 0139228407 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Carlson, Raymond Carlson, Rebecca | 0047829833 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Cavallo, Matthew | 0079910949 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Chandler, Jennifer | 0135748085 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Chaney, Shirley Chaney, Willie | 0030315899 | ATI Title | Chicago Title Insurance Co. |
| Charette, Heidi Charette, Richard | 0092283761 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Chaumley, Sarah | 0078232485 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Churchill, Dale<br>Churchill, Kelley | 0106221526 | Devon Title | Transnation Title Insurance Co. |
| Clark, Harvey | 0104443825 | Nations Title Agency of Arizona, Inc. | American Pioneer Title Insurance Co. |
| Clarke, Christopher<br>Clarke, Karie | 0112275508 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Coleman, Arthur<br>Coleman, Ethelyn | 0138267067 | Richmond Title Services | Lawyers Title Insurance Corporation |
| Coleman, Nancy Elder<br>Elder, Robert | 0103956702 | CT Mortgage Information Services | Lawyers Title Insurance Corporation |
| Coleman, Nancy Elder<br>Elder, Robert | 0144716883 | Richmond Title Services | Lawyers Title Insurance Corporation |
| Cooley, Kandee<br>Cooley, Wilbert | 0083562207 | LSI - Fidelity Title & Escrow | Chicago Title Insurance Co. |
| Copeland, Kevin | 0065508947 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Coutant, Jeffrey<br>Coutant, Sharon | 0087464087 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Crandall, Gary | 0120394523 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Crocker, David | 0083173526 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Cue, Willie Mae | 0040642738 | Law Offices of Morris I. Olmer | Lawyers Title Insurance Corporation |
| Curtis, Joseph G.<br>Curtis, Elizabeth | 0098918063 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Davis, Sonja<br>Davis, Donya | 0100970763 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Delgado, John F. | 0110734142 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Dell, Simon | 0050091420 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Derda, Cindy<br>Derda, Paul | 0062396445 | Integrity Closing Service | American Pioneer Title Insurance Co. |
| Desrosiers, Wilfred<br>Desrosiers, Barbara | 0079544524 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Diaz, Jr., Jesus<br>Diaz, Karen | 0081706145 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company of New York |
| Dickerson, Mark | 0133619882 | K.E.L. Title Insurance Agency;<br>Security Union Title Insurance Company | Chicago Title Insurance Co. |
| Diggins, Janet | 0091594127 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Doolittle, Edward<br>Doolittle, Babette | 0088403308 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Dorney, Joan<br>Dorney, James | 0140211467 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Duchene, David John | 0135511566 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Dugan, James<br>Dugan, Donna | 0089319222 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Duhamel, Sandra L. | 0106693260 | Tapalian & Tadros, P.C. | Commonwealth Land Title Co. |
| Dupuis, Glenn<br>Dupuis, Holly | 0110526944 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Evans, Cheryl E. | 0136899861 | Northwest Title & Escrow Corporation;<br>Ticor Title Insurance Company of Florida | Ticor Title Insurance Co. |
| Faust, Gwen<br>Russell, Eileen | 0115697526 | Schop & Pleskow, LLP | Ticor Title Insurance Co. |
| Ferencz, Dawn<br>Ferencz, Steven | 0085000982 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Filian, Carlos<br>Filian, Alicia Margarita | 0073138604 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Fitzner, Kenneth<br>Fitzner, Dawn | 0083422162 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Fox, Michael A. | 0075479105 | Prince Brothers Inc. | Fidelity National Title Insurance Company |
| Freeberg, Marianne<br>Freeberg, Oscar | 0093095602 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Fuller, Kurt<br>Fuller, Nancy | 0081990061 | Fidelity National Title Insurance Company | Fidelity National Title Insurance Company |
| Furgeson, Marie | 0044556546 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Gaeta, Joseph<br>Gaeta, Dorothy | 0101193985 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Galvan, Patrick | 0063846661 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Gayauski, Peter<br>Gayauski, Donna | 0135483980 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Gburek, Camille | 0037940988 | Executive Land Title | Lawyers Title Insurance Corporation |
| Gelman, Carl<br>Gelman, Hope | 0084367846 | Complete Title Solutions, Inc. | Commonwealth Land Title Co. |
| General, Gevasia<br>General, Ronald | 0072149149 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Gerbig, Karen<br>Huston, Mary Christine | 0072228349 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Gomez, Luz | 0039269618 | Equity Settlement Services, Inc.;<br>Peter Marchelos;<br>Vital Signing, Inc. | American Pioneer Title Insurance Co. |
| Goodell, Lee<br>Goodell, Rebecca | 0111910147 | Alamo Title Company | Alamo Title Insurance Co. |
| Grabowski, Peter | 0083059626 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Grayson, Erwin<br>Grayson, Lillian | 0124514761 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Green, Donald<br>Green, Sharon | 0097806905 | Towne & Country Land Title Agency, Inc. | Fidelity National Title Insurance Company |
| Greene, Samuel | 0044930105 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Griffin, Nicholas<br>Griffin, Ann | 0048273841 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Gruhlke, Michael<br>Gruhlke, Lorie | 0148243629 | Richmond Title Services, LP | Chicago Title Insurance Co. |
| Guiditta, Edward<br>Guiditta, Nina | 0118957927 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Guillemette, Michael A.<br>Guillemette, Michelle | 0101495406 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Harris, Castella Williams | 0037122983 | Law Title Insurance Company | Fidelity National Title Insurance Company |
| Harris, Melissa D. | 0078473709 | Tristar Title, LLC;<br>First Choice Signing Service, LLC | Ticor Title Insurance Co. |
| Hasapes, Jason | 0067067561 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Hawkins, Nile E. | 0114642309 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Henderson, Irma | 0121482723 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Hinkley, Diana | 0055275523 | First Suburban Title Company | Chicago Title Insurance Co. |
| Hinkley, Diana | 0098518848 | First Suburban Title Company | Chicago Title Insurance Co. |
| Hodor, Steven<br>Hodor, Valerie | 0069293702 | Northwest Title & Escrow Corporation;<br>CloseNet, LLC | American Pioneer Title Insurance Co. |
| Holmes, Dennis<br>Homes, Brenda | 0043218940 | Superior Closing Services, LLC;<br>Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Holt, Geraldine | 0074227885 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Holzmeister, Michael | 0095230520 | Tek Title, LLC | Lawyers Title Insurance Corporation |
| Horne, Mary Ann<br>Parker, Ann M. | 0121966626 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Huggins, Maurice<br>Huggins, Pearl | 0053631628 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Igaz, Michael<br>Igaz, Connie | 0095977864 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Isom, Dennis<br>Isom, Lisa | 0123358244 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Ivery, Jerry<br>Ivery, Jacqueline | 0080872088 | Network Closing Services, Inc.;<br>American Pioneer Title Insurance Co. | American Pioneer Title Insurance Co. |
| Iwanczenko, John<br>Iwanczenko, Maryann | 0041565672 | Superior Closing Services, LLC;<br>Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |
| Jagoe, Bobby<br>Jagoe, Karen | 0119209120 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co.;<br>Lawyers Title Insurance Corp. |
| Jagoe, Bobby<br>Jagoe, Karen | 0119209120 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co.;<br>Lawyers Title Insurance Corp. |
| Jaye, Patrick<br>Jaye, Laurie | 0127250520 | Richmond Title Services, L.P. | Lawyers Title Insurance Corporation |
| Jennings, Larry | 0134245125 | Richmond Title Services, LP;<br>Lawyers Title Insurance Corp.;<br>NPC | Lawyers Title Insurance Corporation |
| Johnson, Karen<br>Johnson, Stanley | 0105748222 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Jones, Janie | 0144214681 | K.E.L. Title Insurance Agency, Inc. | Fidelity National Title Insurance Company |
| Jones, Joann | 0137944849 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Jones, Michael<br>Jones, Debbie | 0128325123 | Richmond Title Services, LP | Lawyers Title Insurance Corporation |
| Jones, Mona Lee | 0068283043 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Jones, Sentueal<br>Palmer, Cecily O. | 0063296545 | Schop & Pleskow, LLP | Ticor Title Insurance Co. |
| Joyner, Preston<br>Joyner, Delana | 0086271541 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Juano, Charlie<br>Juano, Mylani | 0094070703 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Juillerat, Deborah | 0034005595 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Karlin, David | 0128708765 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Key, Earl E. | 0035972652 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Kielczewski, Anna M. | 013448168B | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Knox, Nona<br>Knox, Albert | 0036185353 | Commonwealth Land Title Company | Commonwealth Land Title Insurance Co. |
| Kobialka, Edward<br>Kobialka, Ruth | 0040776569 | The Law Offices of William A. Snider | Lawyers Title Insurance Corporation |
| Korlacki, Stephen R. | 0124572603 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Kosla, Christine<br>Kosla, Joseph | 0071655781 | Northwest Title & Escrow Corporation;<br>CloseNet, LLC | American Pioneer Title Insurance Co. |
| Krise, George D.<br>Haynes, Dana S. | 0074193848 | Northwest Title & Escrow Corporation;<br>CloseNet, LLC | American Pioneer Title Insurance Co. |
| Kruger, John | 0148383847 | Middle Atlantic Settlement Services, LLC;<br>Advanced Closing Services, Inc. | Lawyers Title Insurance Corp. |
| Kudyba, Krystyna | 0129540803 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Kukla, Mike A. | 0075414789 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Lancaster, Christopher<br>D'Ortona, Carolin | 0120945787 | Tapalian & Tadros, P.C. | LandAmerica Commonwealth |
| Lappin, William<br>Lappin, Linda | 0088363841 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Leal, Patricia | 0114984743 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Leblanc, Scott | 0073714503 | Synodi Videll & Green, LLC | Chicago Title Insurance Co. |
| Lehan, Timothy | 0049862287 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Lenahan, Richard | 0137807681 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Lepore, Anthony<br>Lepore, Lori | 0105499784 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Lewis, Benjamin<br>Lewis, Maia | 0142568187 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Luedtke, Roger<br>Luedtke, Christine | 0089427223 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Lyles, Audrey | 0074486523 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Lyness, Gary<br>Lyness, Linda | 0117997221 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Macswain, Andrea<br>Clark, Stephen | 0116621103 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Madrazo, Richard A. | 0099057747 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Magliano, Mike<br>Magliano, Judith | 0108082066 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Mandeville, Darlene L. | 013349026B | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Marshall, Mondria | 0126418342 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Martin, Shelly<br>Martin, Joseph | 0114278781 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Martindell, Donald<br>Martindell, Wanda | 0105962807 | Indiana Title Network Company | Fidelity National Title Insurance Company |
| Masson, Patricia | 0114938483 | Tapalian & Tadros, P.C. | Commonwealth Land Title Co. |
| McCray, Frances<br>McCray, Harold | 0137625968 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co.;<br>LandAmerica Commonwealth |
| McCrum, Jerry<br>McCrum, Jeanne | 0136557568 | Richmond Title Services, LP;<br>Lawyers Title Insurance Corp.;<br>NPC | Lawyers Title Insurance Corporation |
| McGowan, Sandra | 0048603070 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| McLin, Dwayne<br>McLin, Bridgette | 0095996724 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Meek, Richard<br>Meek, Kelly | 0069028066 | Oldstone Title Agency, LLC | Commonwealth Land Title Insurance Co. |
| Mejia, Jose<br>Mejia, Rose | 0130946809 | Tristar Title, LLC;<br>Ticor Title Insurance Co. | Ticor Title Insurance Co. |
| Mikowski, Joseph<br>Mikowski, Patricia | 0110926862 | Indiana Title Network Company | Fidelity National Title Insurance Company |
| Milardo, David<br>Milardo, Lucinda | 0080946668 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Miller, Benjamin<br>Miller, Katherine | 0081183584 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Mills, Delois | 0037658861 | Residential Title Services, Inc. | Commonwealth Land Title Insurance Co. |
| Montgomery, Michele<br>Montgomery, Mark | 0093481703 | Devon Title | Fidelity National Title Insurance Company |
| Morgan, Robert<br>Morgan, Marjorie | 0130929789 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Muro, Robert | 0046878773 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Nason, David<br>Nason, Rachel | 0098937188 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Neubeck, Christopher<br>Neubeck, Peggy | 0138470489 | Tristar Title, LLC | Ticor Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Niese, Catherine | 0073386500 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| O'Donnell, Brian M. | 0096289608 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| O'Keefe, Michael, III<br>O'Keefe, Susan | 0122094329 | Avalon Abstract Corp. | Chicago Title Insurance Co. |
| Olynciw, Michael | 0039385992 | Superior Closing Services, LLC | Commonwealth Land Title Insurance Co. |
| Onesimus, Joseph<br>Onesimus, Myra | 0103758769 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Osten, Michael<br>Osten, Maria | 0046573267 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Overstreet, Layton | 0130796063 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Pascoe, Dwuith<br>Pascoe, Tanya | 0078443843 | Superior Closing Services | Ticor Title Insurance Co. |
| Patterson, Estelle | 0089538086 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Peabody, Robert<br>Peabody, Debra | 0031952948 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Pecor, Joseph<br>Pecor, Jacqueline | 0104026380 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Pepper, Michael<br>Pepper, AnnMarie | 0106375280 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Perry, Judy | 0096677760 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Peterson, Harold<br>Zevallos, Elizabeth | 0088668769 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Pipkins, Richard | 0141329920 | Northwest Title Alabama | Ticor Title Insurance Co. |
| Potter, John<br>Potter, Lisa | 0048024269 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Ramos, Leonor C. | 0087240529 | Tapalian & Tadros, P.C. | Lawyers Title Insurance Corporation |
| Rehbock, Charles<br>Rehbock, Linda | 0099940140 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rita, Linda L. | 0110586047 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Robinson, Shree<br>Robinson, James | 0072915200 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Rocco, Joseph<br>Rocco, Nancy | 0106137409 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rodriguez, Hector<br>Rodriguez, Brenda | 0090473448 | Law Offices of Anthony Senerchia | Chicago Title Insurance Co. |
| Rodriguez, Jose<br>Albarran, Virginia | 0136200688 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Rodriguez, Ralph<br>Chapman, Barbara | 0069970101 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Rondeau, Jan<br>Rondeau, Mathias | 0092958529 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Ross, Johnnie<br>Ross, Kareem | 0092076108 | Dewrell Sacks, LLP | Chicago Title Insurance Co. |
| Russo, Michael | 0103632907 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Salazar, Sergio<br>Salazar, Guadalupe | 0036302156 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Saunders, Pegi | 0083553800 | Fidelity National Title Company | Chicago Title Insurance Co. |
| Scott, George<br>Scott, Cynthia | 0118588904 | Home-Land Title & Abstract Co., Inc. | Fidelity National Title Insurance Company |
| Sedgwick, Kelly<br>Sedgwick, JoLynn | 0048180624 | Nations Title Agency of Illinois, Inc. | Lawyers Title Insurance Corporation |
| Seger, John<br>Seger, Deanna | 0061852901 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Sherman, Thomas | 0083393025 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sievers, Jerome<br>Sievers, Cheryl | 0083472829 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Simmons, Edward | 0122054380 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Sims, Ivan | 0136258688 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Singleton, LuAnn | 0121908305 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Skanes, Barbara J. | 0073752909 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Smith, Edward<br>Smith, Gail | 0090978966 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Smith, Eric<br>Yanong, Guillermina | 0034678318 | Nations Title Agency of Illinois | Lawyers Title Insurance Corporation |
| Smith, Wendy | 0087454328 | Nations Title Agency of the Carolinas | American Pioneer Title Insurance Co. |
| Snowden, Allie Bell | 0134417369 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Soto, Joanne<br>Soto, Jose | 0083697003 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sparks, Christine | 0124649146 | Richmond Title Services, L.P. | Lawyers Title Insurance Corporation |
| Spence-English, Sonia | 0052619467 | Superior Closing Services, LLC;<br>Holler & Holler, LLC | Commonwealth Land Title Insurance Co. |

Ex. A to RFP to Fidelity Entities, MDL 1715

| Name of Borrower Plaintiff(s) | Loan No. | Title Defendant | Title Underwriter |
|---|---|---|---|
| Steinmiller, Gary<br>Steinmiller, Kelly | 0044147221 | B & S Services, LLC;<br>Vital Signing, Inc. | American Pioneer Title Insurance Co. |
| Stratford, Samuel<br>Stratford, Christina | 0067947606 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Sulinski, Peter<br>Sulinski, Victoria | 0056477847 | The Law Offices of William A. Snider;<br>Holler & Holler, LLC | Ticor Title Insurance Co. |
| Sullivan, David<br>Bathin, Drucie | 0045825080 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Sutton, Daniel<br>Sutton, Jeanie | 0083808840 | Northwest Title & Escrow Corporation | Ticor Title Insurance Co. |
| Szurley, Andrew | 0133733725 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Terrell, Gloria J. | 0137675021 | Heritage Title | Fidelity National Title Insurance Company |
| Therrien, Gloria J. | 0078511185 | Fidelity National Title Insurance Company;<br>Vital Signing, Inc. | Fidelity National Title Insurance Company of New York |
| Thibodeau, Chantel<br>Thibodeau, Jeffrey | 0069302644 | Schop & Pleskow, LLP | Chicago Title Insurance Co. |
| Thompson, Kenneth<br>Thompson, Linda | 0114692502 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Tieri, Rocco C. | 0109642082 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Tipton, Hugh<br>Tipton, Mary | 0124840620 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Titus-Ashford, Jacqueline | 0088499686 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Townes, James | 0124610908 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Treadwell, Gilbert<br>Treadwell, Genelle | 0039506936 | Nations Title Agency of Illinois | Fidelity National Title Insurance Company of New York;<br>Lawyers Title Insurance Co. |
| VanderPol, William<br>VanderPol, Trudy | 0065099228 | Devon Title | Fidelity National Title Insurance Company |
| Wakefield, David<br>Wakefield, Janet | 0046273900 | David B. Carroll | Chicago Title Insurance Co. |
| Walker, Tyrone<br>Walker, Betty | 0118684869 | Tristar Title, LLC | Ticor Title Insurance Co. |
| Walsh, Keith<br>Walsh, Yvonne | 0089620124 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Walz, Steve<br>Walz, Suellen | 0059452227 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Warner, Iris | 0137967261 | Heritage Title | Fidelity National Title Insurance Company |
| Warren, Sheila<br>Warren, Ronald | 0091066928 | Lawyers Title Insurance Corporation | Lawyers Title Insurance Corporation |
| Washington, Rochelle<br>Washington, Sidney | 0043996610 | Law Title Insurance Company;<br>A Title Escrow Company | Lawyers Title Insurance Corporation |
| Wayland, Clarence | 0071265540 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Wayne, Robert<br>Wayne, Twila | 0087201323 | Towne & Country Land Title Agency, Inc. | Fidelity National Title Insurance Company |
| Webb, Priscilla C. | 0149704223 | LandAmerica Onestop 1 | Lawyers Title Insurance Corporation |
| Wessel, Kevin<br>Wessel, Sherry | 0047432372 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Whitsett, Shalese | 0083329847 | Northwest Title & Escrow Corporation | American Pioneer Title Insurance Co. |
| Whittall, Constance | 0133231902 | The Law Offices of George T. Crowley | Fidelity National Title Insurance Company |
| Wildermuth, Victoria A.<br>Wildermuth, Thomas J. | 0075658724 | Charter Title Agency | Commonwealth Land Title Insurance Co. |
| Wilgoren, Joshua | 0132292129 | Tapalian & Tadros, P.C. | Commonwealth Land Title Insurance Co. |
| Williams, Claude | 0038192357 | Prince Brothers Inc. | Fidelity National Title Insurance Company of New York |
| Williams, Victoria | 0126678408 | Anchor Title, LLC | Commonwealth Land Title Insurance Co. |
| Witham, Beth<br>Witham, Leon | 0064755242 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |
| Wright, Evelyn<br>Battle, Mary | 0099058448 | Devon Title | Fidelity National Title Insurance Company |
| Zahirovic, Osman<br>Zahirovic, Azra | 0112392568 | Tristar Title, LLC;<br>Ticor Title Insurance Co. | Ticor Title Insurance Co. |
| Zarate, Ramon | 0038877080 | Chicago Title Insurance Co. | Chicago Title Insurance Co. |
| Zaremba, Paul<br>Zaremba, Roberta | 0099118184 | The Law Offices of William A. Snider | Ticor Title Insurance Co. |