Case: 1:05-cv-07097 Document #: 5479-5 Filed: 05/28/14 Page 1 of 3 PageID #:51519

# EXHIBIT 5



**RE: In re Ameriquest**
Andrew D. Shapiro  to: Manvitz, Randall L.                    05/05/2014 05:16 PM
Cc: "AFowerbaugh@butlerrubin.com", "Davies, Joanne"

It is acceptable. Thanks.


**Andrew D. Shapiro**

**Butler Rubin Saltarelli & Boyd LLP**
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com


| | "Manvitz, Randall L."  Andy, We are agreeable to stipulating to exte... | 05/05/2014 03:44:59 PM |

| From: | "Manvitz, Randall L." <rmanvitz@buchalter.com> |
|---|---|
| To: | "AShapiro@butlerrubin.com" <AShapiro@butlerrubin.com>, |
| Cc: | "Davies, Joanne" <jdavies@Buchalter.com>, "AFowerbaugh@butlerrubin.com" <AFowerbaugh@butlerrubin.com> |
| Date: | 05/05/2014 03:44 PM |
| Subject: | RE: In re Ameriquest |

Andy,

We are agreeable to stipulating to extend the discovery cut-off to August 29 and have any further extensions left to the discretion of Judge Martin. For discovery responses, we are willing to make an effort to provide substantive responses by July 29 to the extent we are able to do so and the discovery is not objectionable.

We cannot commit to this being the last and final extension of the discovery cut-off as there are too many open issues and discovery that Third-Party Plaintiffs need that are out of our control. For example, we are still waiting for Fidelity to propose a date and location for a 30(b)(6) witness on the closing protection letters that were lost or destroyed by Fidelity apparently while this litigation was pending. Also, there is a significant amount of discovery we are waiting on from other third-party defendants.

If the proposal is agreeable, please let me know immediately.

Randall Manvitz | Sr. Counsel | Buchalter Nemer, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com

-----Original Message-----
From: AShapiro@butlerrubin.com [mailto:AShapiro@butlerrubin.com]
Sent: Monday, May 05, 2014 12:56 PM
To: Manvitz, Randall L.
Cc: Davies, Joanne; AFowerbaugh@butlerrubin.com

Subject: In re Ameriquest

Randall,

Following up on our conversation during last week's deposition, the Fidelity Entities are willing to agree to a one-time extension of the discovery cut-off deadline from May 29, 2014 to August 29, 2014. This agreement is contingent, however, on Ameriquest's agreement to provide substantive responses to the Fidelity Entities' outstanding discovery requests on or before July 29, 2014, so that the Fidelity Entities will have an opportunity to take any necessary follow-up discovery before the August 29 deadline.

Kindly confirm that this proposal is acceptable.

Regards,
Andy


Andrew D. Shapiro

Butler Rubin Saltarelli & Boyd LLP
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com



This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message. To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

http://www.butlerrubin.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.