**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Honorable ) Marvin E. Aspen) ) ) Magistrate Judge Daniel G. Martin ) |

**NOTICE OF MOTION**

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, June 3, 2014, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Daniel G. Martin in Courtroom 1350 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **Fidelity Third-Party Defendants' Motion to Strike Ameriquest's Motion to Compel**, a copy of which is hereby served upon you.

Dated: May 28, 2014

Respectfully submitted,

Chicago Title Insurance Company, Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Lawyers Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company.

By: /s/ Andrew D. Shapiro
One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Ste. 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding *Notice of Motion* was served on May 28, 2014 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on May 28, 2014:

Joan M. Pridgeon
448 West Englewood Street
Chicago, IL  60621

Isiah P. Ward
303 Waterford Dr.
Willowbrook, IL  60527-5463

                                              /s/  Andrew D. Shapiro

516640