**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

## STATUS REPORT BY THE FIDELITY THIRD-PARTY DEFENDANTS

Third-party defendants Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company (collectively the "Fidelity Third-Party Defendants") hereby submit their status report in advance of the status hearing scheduled to take place before Judge Daniel D. Martin on May 29, 2014 at 11:30 a.m.

**I.      Agreement to Extend Discovery Cut-Off**

Subject to the Court's approval, the Fidelity Third-Party Defendants have agreed to Ameriquest's request to extend the discovery cut-off deadline from May 29, 2014 to August 29, 2014.

**II.      Ameriquest's Motion to Compel and the Fidelity Entities' Motion to Strike**

On May 8, 2014, Ameriquest sent the Fidelity Third-Party Defendants a Rule 30(b)(6) deposition notice containing 15 deposition topics and 17 document requests. On May 12, 13,

and 21, 2014, the Fidelity Third-Party Defendants informed Ameriquest that they were in the process of reviewing and assessing the 12-page notice and that they would respond to it by May 23, 2014—less than 12 business days after receiving the notice. On May 22—the day before the Fidelity Third-Party Defendants agreed to provide their response—Ameriquest filed a motion to compel all of the testimony and documents sought in the notice.

The next day, the Fidelity Third-Party Defendants advised Ameriquest that its motion to compel violated Federal Rule of Civil Procedure 34(b)(2)(A), Judge Martin's Standing Order, and Local Rule 37.2 and asked Ameriquest to withdraw its motion. Ameriquest refused. Accordingly, on May 28, 2014, the Fidelity Third-Party Defendants filed a motion to strike Ameriquest's motion. A copy of the Fidelity Third-Party Defendants' motion to strike is attached as Exhibit 1 hereto.

Pursuant to the notice requirement set forth in Judge Martin's Standing Order, the motion to strike is set for hearing on June 3, 2014, at 10:00 a.m.

                                      Respectfully submitted,

Alamo Title Insurance Company, American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Fidelity National Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, and Transnational Title Insurance Company.

By: /s/ Andrew D. Shapiro
        One of Their Attorneys

Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Ste. 1800
Chicago, Il 60602
Phone: (312) 444-9660
Fax: (312) 444-9287

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding *Status Report* was served on May 28, 2014 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served on the following persons by United States mail first class on May 28, 2014:

Joan M. Pridgeon
448 West Englewood Street
Chicago, IL  60621

Isiah P. Ward
303 Waterford Dr.
Willowbrook, IL  60527-5463

/s/  Andrew D. Shapiro

516656