**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                          Plaintiff,

v.                                                                     Case No.: 1:05−cv−07097
                                                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Status and motion hearing held. Over the Einbinder Third−Party Defendants' objection, Ameriquest's request for a 90−day extension of the third−party discovery deadline to 8/29/2014 as to all Third−Party Defendants is granted. Ameriquest's Motion to Compel [5470] is stricken without prejudice to refiling in part or in full after Ameriquest and the Fidelity Third−Party Defendants meet and confer in a good faith attempt to compromise and resolve or narrow Fidelity's objections to Ameriquest's Rule 30(b)(6) deposition notice. The Fidelity Third−Party Defendants' Motion to Strike Ameriquest's Motion to Compel [5479] is granted to allow the parties to meet and confer. The deadline for Ameriquest and Fidelity to meet and confer is 6/16/2014. Following the meet and confer session, counsel shall jointly contact the Magistrate Judge's Courtroom Deputy to schedule a telephone status hearing. Next status hearing set for 8/7/2014 at 9:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.