IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Meek, et al. v. Ameriquest Mortgage Company, et al.*, 09-CV-00217, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **RICHARD MEEK** and **KELLY MEEK** (collectively, "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION,** and **CITIFINANCIAL SERVICES, INC.** (collectively, "Defendants") hereby stipulate that Plaintiffs' claims in the *Meek, et al. v. Ameriquest Mortgage Company, et al.*, 09-CV-00217 (N.D. Ill) (transferred into the MDL from 3:07-cv-03781 N.D. Ohio) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: May 30, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Dennis P. Strong
　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs Richard Meek and Kelly Meek*

　　　　　　　　　　　　　　　　　　Dennis P. Strong, Esq.
　　　　　　　　　　　　　　　　　　STRONG LAW
　　　　　　　　　　　　　　　　　　5600 Monroe Street
　　　　　　　　　　　　　　　　　　Bldg. B, Suite 202
　　　　　　　　　　　　　　　　　　Sylvania, Ohio 43560
　　　　　　　　　　　　　　　　　　Telephone: (419) 885-8877
　　　　　　　　　　　　　　　　　　Facsimile: (419) 885-0665

DATED: May 30, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company, ACC Capital Holdings Corporation, CitiFinancial Services, Inc.*

　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　　Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of May 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies