IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Moore v. Ameriquest Mortgage Company, et al.*, Case No. 07-CV-01817, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **BRENDA COX MOORE** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY**, **ACC CAPITAL HOLDINGS CORPORATION**, and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Moore v. Ameriquest Mortgage Company, et al.*, Case No. 07-CV-01817 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  June 4, 2014 Respectfully submitted,

By:  /s/ Lloyd J. Brooks
*Attorneys for the Plaintiff Brenda Cox Moore*

Lloyd J. Brooks, Esq.
THE BROOKS LAW FIRM
18110 Dixie Highway, Suite 2N
Homewood, IL 60430
Telephone: (708) 841-8000
Facsimile:  (708) 841-8080


DATED:  June 4, 2014 Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 4th day of June 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies