IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Tucker v Argent Mortgage Company*, 08-cv-00992, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **SARAH TUCKER**[1] ("Plaintiff") and Defendant **ARGENT MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Tucker v. Argent Mortgage Company*, 08-cv-00992, (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Plaintiff Sarah Tucker passed away any and all interest in this action has passed to Debrina Sarah Moore, the Executrix of Plaintiff's Estate. This dismissal is being filed with the authorization and at the instruction of Ms. Moore.

DATED: June 13, 2014  Respectfully submitted,

By: /s/ Lloyd J. Brooks
*Attorneys for Sarah Tucker and Debrina Sarah Moore, Executrix of Plaintiff's Estate*

THE BROOKS LAW FIRM
Lloyd J. Brooks, Esq.
4747 Lincoln Mall Drive
Suite 410
Matteson, Illinois 60443
Telephone: (708) 841-8000
Facsimile: (708) 841-8080

DATED: June 13, 2014  Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Lloyd J. Brooks, hereby certify that on this 13th day of June 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Lloyd J. Brooks