IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | ) ) ) ) ) ) | Case No. 05 C 7097 Judge Marvin E. Aspen Magistrate Judge Daniel G. Martin |
| THIS ORDER APPLIES TO *McLin et al v. AmeriQuest Mortgage Company et al,* *07-cv-2460, N.D.Ill* | ) ) ) ) | |

## <u>ORDER OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [5489], Plaintiffs Dwayne McLin and Bridgette McLin claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees .

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

6/24/14

_____

Marvin E. Aspen
United States District Judge