IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation ) ) ) ) ) ) | Case No. 05 C 7097<br>Judge Marvin E. Aspen<br>Magistrate Judge Daniel G. Martin |
| THIS ORDER APPLIES TO )<br>*Tucker v. Argent Mortgage* )<br>*Company et al,* )<br>*08-cv-992, N.D.Ill* ) | |

### ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [5490], Plaintiff Sarah Tucker claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees .

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

6/24/14

_____
Marvin E. Aspen
United States District Judge