IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Walrod, et al., v. Ameriquest Mortgage Company, et al., 08-cv-00742, N.D. Ill.* | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

**MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS**

Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully moves for an order compelling Plaintiffs James Walrod and Teresa Walrod ("Plaintiffs") to provide responses to discovery. Specifically, Ameriquest seeks an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling each Plaintiff to provide responses to Ameriquest's Requests for Production of Documents (Set One), Requests for Admission (Set One), and Interrogatories (Set One).

In support of its motion, Ameriquest states as follows:

1. On March 10, 2014, Ameriquest served each Plaintiff with a first set of requests for production, interrogatories, and requests for admission. Plaintiffs' discovery responses were due on April 14, 2014.

2. On April 9, 2014, Plaintiffs' counsel requested a 7-10 extension of time for Plaintiffs to respond to the discovery requests. Plaintiffs' counsel's email requesting an extension of time is attached hereto as Exhibit 1 (part of email string).

2

3. On April 10, 2014, Ameriquest's counsel, responded agreeing to a 10 day extension of time to April 25, 2014 for Plaintiffs to respond to the discovery. Ameriquest's counsel's email granting the requested extension of time is attached hereto as Exhibit 1 (part of email string).

4. On May 2, 2014, Ameriquest's counsel emailed Plaintiffs' counsel advising that Plaintiffs' discovery responses had yet to be received. Ameriquest's counsel asked Plaintiffs' counsel to advise as to when the discovery responses would be provided. Ameriquest's counsel's May 2, 2014 email is attached hereto as Exhibit 1 (part of email string).

5. During this time period, Ameriquest's counsel and Plaintiffs' counsel participated in telephone conferences which included discussions about the status of Plaintiffs' discovery responses. Plaintiffs' counsel explained that she was waiting for responses from Plaintiffs.

6. On June 9, 2014, Ameriquest's counsel sent Plaintiffs' counsel an email stating that discovery responses had still not been received and requesting that Plaintiffs provide responses by the end of the week. No responses have been received. Ameriquest's counsel's June 9, 2014 email is attached hereto as Exhibit 1 (part of email string).

7. Pursuant to Local Rule 37.2, Joanne Davies, counsel for Ameriquest, states that her attempts to consult with Plaintiffs' counsel about the outstanding discovery was unsuccessful due to no fault of counsel's. Ms. Davies sent meet and confer emails to Plaintiffs' counsel. Ms. Davies has also spoken with Plaintiff's counsel about these discovery issues.

8. Despite Ameriquest's counsel's efforts to obtain discovery responses from Plaintiffs, Plaintiffs have failed to provide them suggesting that they no longer wish to prosecute their claims.

9. Ameriquest requests the following relief:

A. An order compelling responses by each Plaintiff to the first set of discovery within 15 days, without objection as all objections have been waived;

B. An order deeming the requests for admission (set one) as to each Plaintiff admitted; and

        C.    An order admonishing Plaintiffs, that if Plaintiffs fail to respond to the first set of discovery within 15 days, that Ameriquest intends to file a motion to dismiss for lack of prosecution and this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

DATED: July 10, 2014        Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

3

BN 16540411v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies