# **EXHIBIT 1**

**Davies, Joanne**

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, June 09, 2014 5:28 PM |
| **To:** | 'Louise "Ellie" Johnson' |
| **Subject:** | RE: Walrod - Draft Stipulation |

Ellie,

We still have not received the Walrod discovery responses.  When we recently spoke, I understood that you were waiting for responses from you clients but that does not appear to have materialized.  If we do not receive discovery responses by this Friday we will have no  option but to move to compel.

Joanne


Joanne N. Davies | Shareholder | Buchalter Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com




-----Original Message-----
From: Davies, Joanne
Sent: Friday, May 02, 2014 12:58 PM
To: Louise "Ellie" Johnson
Subject: RE: Walrod - Draft Stipulation

Ellie,

I am writing because we have not received your clients' responses to discovery which were due on April 25th.

Please let me know when we can expect to receive the discovery responses with no objections as they been waived and the requests for admission are deemed admitted.

Joanne


Joanne N. Davies | Shareholder | Buchalter Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com




-----Original Message-----
From: Louise "Ellie" Johnson [mailto:johnsonle2010@aol.com]

Sent: Friday, April 11, 2014 5:41 AM
To: Davies, Joanne
Subject: Re: Walrod - Draft Stipulation

thank you.  In trial all week so that additional time will assist greatly!  Enjoy your weekend.  Ellie


-----Original Message-----
From: Davies, Joanne <jdavies@Buchalter.com>
To: Louise "Ellie" Johnson <johnsonle2010@aol.com>
Sent: Thu, Apr 10, 2014 7:45 pm
Subject: RE: Walrod - Draft Stipulation


Hi Ellie,

Our records reflect that the Walrod discovery responses are due on April 14th.
We are agreeable to providing an extension of time to April 25th.

Best regards,

Joanne

-----Original Message-----
From: Louise "Ellie" Johnson [mailto:johnsonle2010@aol.com]
Sent: Wednesday, April 09, 2014 11:25 AM
To: Davies, Joanne
Subject: Re: Walrod - Draft Stipulation

Good Afternoon Joann,  I have been in trial and will be till Friday.
As such, may I get an additional 7-10 days on your discovery request.
Thank you and I look forward to your response. Ellie

Louise "Ellie" Johnson
  Attorney at Law
146 Monroe Center NW, Ste 1110
Grand Rapids, MI 49503
616-634-5618


-----Original Message-----
From: Davies, Joanne <jdavies@Buchalter.com>
To: Louise "Ellie" Johnson <johnsonle2010@aol.com>
Sent: Fri, Mar 14, 2014 6:18 pm
Subject: RE: Walrod - Draft Stipulation


OK.  I will go ahead and file.

Best,

Joanne