IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Loren M. Vasquez et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04873, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |
| | (Assigned to Magistrate Judge Daniel G. Martin) |

## MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS

Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully moves for an order compelling Plaintiffs Loren M. Vasquez and Diana Vasquez ("Plaintiffs") to provide responses to discovery. Specifically, Ameriquest seeks an order, pursuant to Federal Rules of Civil Procedure, Rules 33, 34, 36, and 37, compelling each Plaintiff to provide responses to Ameriquest's Requests for Production of Documents (Set One), Requests for Admission (Set One), and Interrogatories (Set One).

In support of its motion, Ameriquest states as follows:

1. On January 16, 2014, Ameriquest served each Plaintiff with a first set of requests for production, interrogatories, and requests for admission. Attached hereto as Exhibit 1 are the emails forwarding the discovery requests to Plaintiffs.

2. Plaintiffs' discovery responses were due on February 21, 2014 but no responses were received.

3. During this time period, Ameriquest's counsel, Joanne Davies, had numerous conversations with Plaintiffs' counsel, D. Richard Black regarding the past due discovery

1

2

responses. During this time counsel were also in discussions to see whether settlement was possible.

4. On May 19, 2014, Ameriquest's counsel spoke with Mr. Black, left a voice message for Mr. Hall, Plaintiffs' other counsel, and sent emails to both of them explaining that if Plaintiffs' did not provide discovery responses by May 22, 2014 that Ameriquest would proceed with filing a motion to compel. Attached hereto as Exhibit 2 are Ameriquest's counsel's May 19, 2014 meet and confer emails.

5. Plaintiffs failed to provide any discovery responses by the requested date but Ameriquest held off on filing a motion to compel because it appeared that settlement was near however, settlement was not finalized.

6. On June 9, 2014, Ameriquest's counsel sent another email to Plaintiffs' counsel providing a deadline of June 13, 2014 to provide Plaintiffs' discovery responses. Attached hereto as Exhibit 3 are Ameriquest's counsel's June 9, 2014 meet and confer emails. No discovery responses have been received.

7. Pursuant to Local Rule 37.2, Joanne Davies, counsel for Ameriquest, states that her attempts to consult with Plaintiffs' counsel about the outstanding discovery was unsuccessful due to no fault of counsel's. Ms. Davies sent meet and confer emails to the email addresses for Plaintiffs' counsel. Ms. Davies has also spoken with Plaintiff's counsel Rich Black and left a voice message for Plaintiff's counsel David Hall.

8. Despite Ameriquest's efforts to obtain discovery responses from Plaintiffs' counsel, Plaintiffs have failed to provide them suggesting that they no longer wish to prosecute their claims.

9. Ameriquest requests the following relief:

    A. An order compelling responses by each Plaintiff to the first set of discovery within 15 days, without objection as all objections have been waived;

    B. An order deeming the requests for admission (set one) as to each Plaintiff admitted; and

2

    C. An order admonishing Plaintiffs, that if Plaintiffs fail to respond to the first set of discovery within 15 days, that Ameriquest intends to file a motion to dismiss for lack of prosecution and this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

DATED: July 10, 2014      Respectfully submitted,

                By:/s/ Joanne N. Davies
                *Attorneys for Ameriquest Mortgage Company*

                Joanne N. Davies, Esq.(admitted *pro hac vice*)
                BUCHALTER NEMER
                18400 Von Karman Avenue, Suite 800
                Irvine, CA 92612
                Telephone: (949) 760-1121
                Facsimile: (949) 224-6221

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies

Case: 1:05-cv-07097 Document #: 5497 Filed: 07/10/14 Page 4 of 4 PageID #:51630