# EXHIBIT 1

## Davies, Joanne

| | |
|---|---|
| **From:** | Moreno, Rachel <rachelmoreno@Buchalter.com> |
| **Sent:** | Thursday, January 16, 2014 1:19 PM |
| **To:** | rich-black@comcast.net |
| **Cc:** | Davies, Joanne |
| **Subject:** | Loren Vasquez v. Ameriquest [IWOV-BN.FID763124] |
| **Attachments:** | Interrogatories to Loren Vasquez (1st Set).PDF; Reqeust for Production to Loren Vasquez (1st Set).PDF; Request for Admissions Loren Vasquez (1st Set).PDF |

Attached please find the following discovery which is being served upon you:

1. Defendant Ameriquest Mortgage Company's First Set of Interrogatories Propounded Upon Loren M. Vasquez;
2. Defendant Ameriquest Mortgage Company's First Set of Request for Production Propounded Upon Loren M. Vasquez; and
3. Defendant Ameriquest Mortgage Company's First Set of Request for Admission Propounded Upon Loren M. Vasquez.

*Rachel Moreno*
*Secretary*
**BuchalterNemer**, A Professional Corporation
18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612
Direct Dial: (949) 224-6236 | Switchboard: (949) 760-1121
Email: rachelmoreno@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

## Davies, Joanne

| | |
|---|---|
| **From:** | Moreno, Rachel <rachelmoreno@Buchalter.com> |
| **Sent:** | Thursday, January 16, 2014 1:24 PM |
| **To:** | rich-black@comcast.net |
| **Cc:** | Davies, Joanne |
| **Subject:** | Loren Vasquez v. Ameriquest [IWOV-BN.FID763124] |
| **Attachments:** | Interrogatories to Diana Vasquez (1st Set).PDF; Reqeust for Production to Diana Vasquez (1st Set).PDF; Request for Admissions Diana Vasquez (1st Set).PDF |

Attached please find the following discovery which is being served upon you:

1. Defendant Ameriquest Mortgage Company's First Set of Interrogatories Propounded Upon Diana Vasquez;
2. Defendant Ameriquest Mortgage Company's First Set of Request for Production Propounded Upon Diana Vasquez; and
3. Defendant Ameriquest Mortgage Company's First Set of Request for Admission Propounded Upon Diana Vasquez.

*Rachel Moreno*
*Secretary*
**BuchalterNemer**, A Professional Corporation
18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612
Direct Dial: (949) 224-6236 | Switchboard: (949) 760-1121
Email: rachelmoreno@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**