# EXHIBIT 3

# Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, June 09, 2014 5:08 PM |
| **To:** | black-law@comcast.net; David M. Hall (dmhall@davidhallpc.com) |
| **Subject:** | Vasquez v. Ameriquest - Plaintiff Diana Vasquez missing discovery responses |

David,

As you are the actively licensed attorney on this case we are sending you this meet and confer email. Please note that we still have not received the discovery responses from Plaintiff Diana Vasquez. I also did not receive any response from you to my voice message or prior meet and confer email. We delayed in filing our motion to compel as we were hopeful the case might settle but that does not appear to be the case. Accordingly, we are providing you with another opportunity to avoid a motion to compel. Please provide us with the discovery responses, without objection, by this Friday.

Joanne N. Davies | Shareholder | **Buchalter**Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Davies, Joanne
**Sent:** Monday, May 19, 2014 12:54 PM
**To:** black-law@comcast.net; David M. Hall (dmhall@davidhallpc.com)
**Subject:** FW: Loren Vasquez v. Ameriquest [IWOV-BN.FID763124]

Rich,

As you know, we have yet to receive responses to the attached discovery propounded against Plaintiff Diana Vasquez in January of this year. While we were hopeful that the case would be resolved informally it does not appear that the parties are able to reach an agreement.

As we discussed this morning, we have a status hearing before Magistrate Judge Martin on May 29th and plan to bring these discovery issues to his attention. Our deadline to file a motion to compel so that it can be heard at the May 29th hearing is this Thursday, May 22nd. If we do not receive discovery responses, without objections, by that deadline we will have no option but to proceed with the motion to compel.

David – since Rich's license is currently suspended, and you have also appeared as counsel of record, we are including you on this communication. I left a message for you this afternoon with your receptionist. Please contact me so that we can meet and confer on this matter.

Best regards,

Joanne

---

**From:** Moreno, Rachel [mailto:rachelmoreno@Buchalter.com]
**Sent:** Thursday, January 16, 2014 1:24 PM
**To:** rich-black@comcast.net
**Cc:** Davies, Joanne
**Subject:** Loren Vasquez v. Ameriquest [IWOV-BN.FID763124]

Attached please find the following discovery which is being served upon you:

1. Defendant Ameriquest Mortgage Company's First Set of Interrogatories Propounded Upon Diana Vasquez;
2. Defendant Ameriquest Mortgage Company's First Set of Request for Production Propounded Upon Diana Vasquez; and
3. Defendant Ameriquest Mortgage Company's First Set of Request for Admission Propounded Upon Diana Vasquez.

*Rachel Moreno*
*Secretary*
**BuchalterNemer**, A Professional Corporation
18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612
Direct Dial: (949) 224-6236 | Switchboard: (949) 760-1121
Email: rachelmoreno@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

**Davies, Joanne**

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, June 09, 2014 5:09 PM |
| **To:** | black-law@comcast.net; David M. Hall (dmhall@davidhallpc.com) |
| **Subject:** | Vasquez v. Ameriquest - Plaintiff Loren Vasquez missing discovery responses |

David,

As you are the actively licensed attorney on this case we are sending you this meet and confer email.  Please note that we still have not received the discovery responses from Plaintiff Loren Vasquez.  I also did not receive any response from you to my voice message or prior meet and confer email.  We delayed in filing our motion to compel as we were hopeful the case might settle but that does not appear to be the case.  Accordingly, we are providing you with another opportunity to avoid a motion to compel.  Please provide us with the discovery responses, without objection, by this Friday.

Joanne N. Davies | Shareholder | **Buchalter**Nemer, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Davies, Joanne
**Sent:** Monday, May 19, 2014 12:53 PM
**To:** black-law@comcast.net; David M. Hall (dmhall@davidhallpc.com)
**Subject:** FW: Loren Vasquez v. Ameriquest [IWOV-BN.FID763124]

Rich,

As you know, we have yet to receive responses to the attached discovery propounded against Plaintiff Loren Vasquez in January of this year.  While we were hopeful that the case would be resolved informally it does not appear that the parties are able to reach an agreement.

As we discussed this morning, we have a status hearing before Magistrate Judge Martin on May 29th and plan to bring these discovery issues to his attention.  Our deadline to file a motion to compel so that it can be heard at the May 29th hearing is this Thursday, May 22nd.  If we do not receive discovery responses, without objections, by that deadline we will have no option but to proceed with the motion to compel.

David – since Rich's license is currently suspended, and you have also appeared as counsel of record, we are including you on this communication. I left a message for you this afternoon with your receptionist. Please contact me so that we can meet and confer on this matter.

Best regards,

Joanne



Joanne N. Davies | Shareholder | **BuchalterNemer**, A Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612-0514 | Direct Dial: (949) 224-6221 | Cell Phone: (949) 887-6583 | Direct Fax: (949) 224-6209 | Switchboard: (949) 760-1121 | jdavies@Buchalter.com | www.buchalter.com

---

**From:** Moreno, Rachel [mailto:rachelmoreno@Buchalter.com]
**Sent:** Thursday, January 16, 2014 1:19 PM
**To:** rich-black@comcast.net
**Cc:** Davies, Joanne
**Subject:** Loren Vasquez v. Ameriquest [IWOV-BN.FID763124]

Attached please find the following discovery which is being served upon you:

1. Defendant Ameriquest Mortgage Company's First Set of Interrogatories Propounded Upon Loren M. Vasquez;
2. Defendant Ameriquest Mortgage Company's First Set of Request for Production Propounded Upon Loren M. Vasquez; and
3. Defendant Ameriquest Mortgage Company's First Set of Request for Admission Propounded Upon Loren M. Vasquez.

*Rachel Moreno*
*Secretary*
**BuchalterNemer**, A Professional Corporation
18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612
Direct Dial: (949) 224-6236 | Switchboard: (949) 760-1121
Email: rachelmoreno@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**