IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: <br> *Loren M. Vasquez et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04873, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) <br><br> (Assigned to Magistrate Judge Daniel G. Martin) |

## MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS

**PLEASE TAKE NOTICE** that on Thursday, July 17, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Daniel G. Martin or any judge sitting in his stead in Courtroom 1350 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Defendant Ameriquest Mortgage Company's Motion to Compel Discovery Responses from Plaintiffs Loren M. Vasquez and Diana Vasquez. A copy of the Motion to Compel is concurrently served upon you.

DATED: July 10, 2014

Respectfully submitted,

By:/s/ Joanne N. Davies

*Attorneys for Ameriquest Mortgage Company*
Joanne N. Davies, Esq.(admitted *pro hac vice*)
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6221

1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 10th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 16540335v1