IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Loren M. Vasquez et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04873, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**STIPULATED ORDER ON MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS**

On July 10, 2014, Defendant Ameriquest Mortgage Company's ("Ameriquest") filed a Motion to Compel Further Discovery Responses from Plaintiffs Loren M. Vasquez and Diana Vasquez ("Plaintiffs") [MDL Dkt. 5497 and Indiv. Dkt. 8]. The motion is scheduled to come on for hearing on July 17, 2014 [MDL Dkt. 5498 and Indiv. Dkt. 9]. In response to the motion, Plaintiffs have agreed to provide the requested discovery responses. Accordingly, Plaintiffs and Ameriquest hereby stipulate to the following:

1. Within fifteen (15) days from the date of this order, each Plaintiff is ordered to respond to the Requests for Production of Documents (Set One) and Interrogatories (Set One) served by Ameriquest, without objection;

2. As a result of Plaintiffs' failure to timely respond to Ameriquest's Requests for Admission (Set One) as required by Federal Rules of Civil Procedure, Rule 36(a)(3) those matters are deemed admitted; and

3. If Plaintiffs fail to respond to the discovery, Ameriquest intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that if they do not

1

respond to the discovery within fifteen (15) days from the date of this order, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

DATED: July 16, 2014              Respectfully submitted,

                                  By: /s/ David M. Hall
                                  *Attorneys for Loren and Diana Vasquez*
                                  Jonah M. Davies, Esq. (admitted pro hac vice)
                                  BUCHALTER NEMER
                                  18400 Von Karman Avenue, Suite 800
                                  Irvine, CA 92612
                                  Telephone: (949) 760-1121
                                  Facsimile: (949) 224-6221

DATED: July 16, 2014              Respectfully submitted,

                                  By: /s/ Joann N. Davies
                                  *Attorneys for Ameriquest Mortgage Company*
                                  Joann N. Davies, Esq. (admitted pro hac vice)
                                  BUCHALTER NEMER
                                  18400 Von Karman Avenue, Suite 800
                                  Irvine, CA 92612
                                  Telephone: (949) 760-1121
                                  Facsimile: (949) 224-6221

2

BN 16712008v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 16th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 16712008v1