IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> *Walrod, et al., v. Ameriquest Mortgage Company, et al.*, 08-cv-00742, N.D. Ill. | |

**JOINT STIPULATION BY PLAINTIFFS AND DEFENDANTS TO POSTPONE HEARING ON DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

On July 10, 2014, Defendant Ameriquest Mortgage Company's ("Ameriquest") filed a Motion to Compel Further Discovery Responses from Plaintiffs James and Teresa Walrod ("Plaintiffs") [MDL Dkt. 5495 and Indiv. Dkt. 44]. The motion is scheduled to come on for hearing on July 17, 2014 [MDL Dkt. 5496 and Indiv. Dkt. 45]. The parties have tentatively reached a settlement. In order to allow time for the settlement to be finalized, Ameriquest has agreed to postpone its presentment on the motion to July 31, 2014. Accordingly, Plaintiffs and Ameriquest hereby stipulate to a continuance of the hearing scheduled for July 17, 2014 to July 31, 2014.

BN 16305135v1

DATED: July 16, 2014				Respectfully submitted,

						By: /s/ Louise E. Johnson
						*Attorneys for Plaintiffs James and Teresa Walrod*

						Louise E. Johnson
						146 Monroe Center NW, Suite 1110
						Grand Rapids, MI 49503
						Telephone: (616) 458-8038
						Facsimile: (616) 243-3339

DATED: July 16, 2014				Respectfully submitted,

						By: /s/ Joanne N. Davies
						*Attorneys for Defendants Ameriquest Mortgage Company and specially appearing for Deutsche Bank National Trust Company, as Trustee*

						Joanne N. Davies, Esq.
						BUCHALTER NEMER
						18400 Von Karman Avenue, Suite 800
						Irvine, California 92612
						Telephone: (949) 760-1121
						Facsimile: (949) 720-0182

- 2 -

BN 16305135v1

- 3 -

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 16th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Joanne N. Davies

- 3 -

BN 16305135v1