IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Loren M. Vasquez et al. v. Ameriquest Mortgage Company, et al.*, 1:07-cv-04873, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**STIPULATED ORDER ON MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFFS**

On July 10, 2014, Defendant Ameriquest Mortgage Company ("Ameriquest") filed a Motion to Compel Further Discovery Responses from Plaintiffs Loren M. Vasquez and Diana Vasquez ("Plaintiffs") [MDL Dkt. 5497 and Indiv. Dkt. 8]. The motion was scheduled for presentment on July 17, 2014. In response to the motion, Plaintiffs have agreed to provide the requested discovery responses. Accordingly, the Court orders as follows:

1. Within fifteen (15) days from the date of this order, each Plaintiff is ordered to respond to the Requests for Production of Documents (Set One) and Interrogatories (Set One) served by Ameriquest, without objection;

2. As a result of Plaintiffs' failure to timely respond to Ameriquest's Requests for Admission (Set One) as required by Federal Rules of Civil Procedure, Rule 36(a)(3) those matters are deemed admitted; and

3. If Plaintiffs fail to respond to the discovery, Ameriquest intends to file a motion to dismiss for lack of prosecution. Accordingly, Plaintiffs are admonished that if they do not respond to the discovery within fifteen (15) days from the date of this order, this Court may

recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b)

IT IS SO ORDERED.

Dated: July 18, 2014

_____
Hon. Daniel G. Martin