# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Marvin E. Aspen is presiding over proceedings as part of MDL 1715 (05 C 7097, *In re Ameriquest Mortgage Company Mortgage Lending Practices Litigation*); and

It further appearing that the cases on the attached list are part of MDL 1715; and

It further appearing that Magistrate Judge Daniel Martin is the designated magistrate judge for the cases in MDL 1715; therefore

IT IS HEREBY ORDERED That the cases on the attached list are to be referred for discovery supervision to Magistrate Judge Martin.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 29th day of July, 2014.

Cases to Be Referred to Magistrate Judge Daniel Martin
for Discovery Supervision

| | |
|---|---|
| 06 CV 2479 | Arndt, et al. v. Ameriquest Mortgage Co. |
| 06 CV 4866 | Solnin, et al. v. Ameriquest Mortgage Co., et al. |
| 06 CV 6967 | Yeaman, et al. v. Ameriquest Mortgage Co., et al. |
| 07 CV 312 | Zaremba, et al. v. Ameriquest Mortgage Co. |
| 07 CV 2459 | Coleman, et al. v. Ameriquest Mortgage Co., et al. |
| 07 CV 2462 | Sims v. Ameriquest Mortgage Co., et al. |
| 07 CV 3315 | Swanigan, et al. v. Argent Mortgage Co., et al. |
| 07 CV 3584 | Myers v. Ameriquest Mortgage Co., et al. |
| 07 CV 3942 | Hanson, et al. v. Ameriquest Mortgage Co., et al. |
| 07 CV 4874 | Buck, et al. v. Ameriquest Mortgage Co., et al. |
| 07 CV 4873 | Vasquez, et al. v. Ameriquest Mortgage Co., et al. |
| 07 CV 5426 | Dailey v. Citi Residential Lending, et al. |
| 07 CV 6810 | Schebel v. Ameriquest Mortgage Co., et al. |
| 07 CV 7182 | Cooley, et al. v. Ameriquest Mortgage, Inc., et al. |
| 08 CV 742 | Walrod, et al. v. Ameriquest Mortgage Co., et al. |
| 08 CV 1584 | Null, et al. v. Ameriquest Mortgage Co., et al. |
| 08 CV 4293 | Ivery, et al. v. Ameriquest Mortgage Co. |
| 08 CV 7281 | Peterson v. Argent Mortgage Co., et al. |
| 09 Cv 1151 | Diaz et al. v. Ameriquest Mortgage Co., et al. |