# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> *Walrod, et al., v. Ameriquest Mortgage Company, et al.,* 08-cv-00742, N.D. Ill. | |

## JOINT STIPULATION BY PLAINTIFFS AND DEFENDANTS TO POSTPONE HEARING ON DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

On July 10, 2014, Defendant Ameriquest Mortgage Company ("Ameriquest") filed a Motion to Compel Further Discovery Responses from Plaintiffs James and Teresa Walrod ("Plaintiffs") [Indiv. Dkt. 44]. The motion was originally scheduled to come on for hearing on July 17, 2014 and later continued by stipulation to July 31, 2014 [Indiv. Dkt. Nos. 45 and 48]. The parties tentatively reached a settlement which is in the process of being documented. In order to allow time for the settlement to be finalized, Ameriquest has agreed to further postpone its presentment on the motion to August 14, 2014. Accordingly, Plaintiffs and Ameriquest hereby stipulate to a continuance of the hearing to August 14, 2014.

BN 16787396v1

DATED:  July 29, 2014	Respectfully submitted,

By:  /s/ Louise E. Johnson
*Attorneys for Plaintiffs James and Teresa Walrod*

Louise E. Johnson
146 Monroe Center NW, Suite 1110
Grand Rapids, MI 49503
Telephone: (616) 458-8038
Facsimile:  (616) 243-3339

DATED:  July 29, 2014	Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company and specially appearing for Deutsche Bank National Trust Company, as Trustee*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

- 2 -

BN 16787396v1

- 3 -

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 29th day of July 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Joanne N. Davies

BN 16787396v1