## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ameriquest Mortgage Company, et al.

                                         Plaintiff,

v.                                                                 Case No.: 1:05−cv−07097
                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: In light of the Joint Stipulation [5506], the motion hearing on Defendant Ameriquest's Motion to Compel Further Discovery Responses From Plaintiffs James and Teresa Walrod set for 7/31/2014 at 10:00 a.m. is stricken and reset to 8/14/2014 at 10:00 a.m. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.