**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR AUGUST 7, 2014 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on August 7, 2014 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties;

2. Status of mediation and settlement discussions with third-party defendants; and

3. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Cases Dismissed Since Last Status Hearing:** **6 opt-out cases** (involving **9 opt-out plaintiffs**) have been dismissed since the last status hearing.

B. **Remaining Cases:** **19 opt-out cases** (involving **33 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Agreements Have Been Fully Executed and Dismissals Will be Filed:** there is **1 opt-out** case involving **2 opt-out plaintiffs** where the settlement agreement has been fully executed and the dismissal will soon be filed.

1

2

D. **Cases Where Settlement Agreements Have Been Circulated**: there is **1 opt-out** case involving **1 opt-out plaintiff** where the settlement agreement has been circulated for signature.

E. **Cases Where Settlement Negotiations Are In Progress**: there are **7 opt-out cases** involving **14 opt-out plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

F. **Active Cases**: The Ameriquest Parties are engaged in discovery with respect to the remaining **10 opt-out cases** involving **16 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims.

II. **STATUS OF SETTLEMENT DISCUSSIONS OR MEDIATION WITH THIRD-PARTY DEFENDANTS AND THE AMERIQUEST PARTIES**

A. **Superior Third-Party Defendants**: the Ameriquest Parties and the *Superior Third-Party Defendants* (approx. 10 different corporate entities with claims involving approximately **91 loans** in 9 states) participated in mediation in Chicago on June 25, 2014 before Judge Donald P. O'Connell (ret.). At the mediation the parties were able to reach settlement with respect to all of the claims against the *Superior Third-Party Defendants*. The parties are in the process of documenting the settlement and hope to have it finalized with dismissals filed within the next few weeks.

B. **Einbinder Third-Party Defendants**: the Ameriquest Parties and the *Einbinder Third-Party Defendants* (5 different parties with claims involving **6 loans**) have exchanged settlement proposals and it is possible that the parties will be able to reach a resolution.

III.    **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

A.    **Mortgage Information Services Third-Party Defendants:** the Ameriquest Parties and the *Mortgage Information Services, Inc. Defendants* (involving approximately 70 loans in 11 states) have been meeting and conferring concerning Mortgage Information Services recent discovery responses and document production. Mortgage Information Services is searching for additional responsive documents. Counsel for Mortgage Information Services is unavailable for deposition in August and Randall Manvitz, the attorney primarily responsible for the third-party discovery for the Ameriquest Parties, is generally unavailable for travel until late September due to the upcoming birth of his child so the parties are meeting and conferring about the scope of potential depositions and deposition scheduling. Counsel for the Ameriquest Parties expects that discovery with Mortgage Information Services will conclude by mid-November and counsel for Mortgage Information Services does not have an objection to the extension.

B.    **Fidelity Entities Third-Party Defendants:** After the last status conference, the Ameriquest Parties and the Fidelity Entities (approx. 14 different corporate entities with claims involving approximately 253 loans for properties located in 21 states), participated in a telephonic meet and confer to discuss the issues raised in Ameriquest's motion to compel [Dkt. 5470] seeking a 30(b)(6) witness from the Fidelity Entities concerning Fidelity's failure to maintain records and/or data related to its issuance of closing protection letters to Ameriquest. The Fidelity Entities agreed to provide the Ameriquest Parties with additional information in the form of supplemental interrogatory responses as a starting point, but the Fidelity Entities required until July 29, 2014 in order to do so. After having received the Fidelity Entities' supplemental interrogatory responses last week, it is apparent that the information provided is inadequate and will require the parties to continue to meet and confer about whether Fidelity will voluntarily provide the requested information with depositions to follow. Additionally, the Fidelity Entities are seeking to meet and confer regarding the Ameriquest Parties' responses to the discovery that the Fidelity Entities recently served on the Ameriquest Parties which responses were also provided on July 29, 2014.

16819101v1

C. **<u>Request for 90-Day Extension of Third-Party Discovery Deadline</u>**

In light of the ongoing discovery issues the Ameriquest Parties respectfully request a 90-day extension of the third-party discovery deadline as to all Third-Party Defendants.

Respectfully submitted,

Dated: August 5, 2014

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 5th day of August 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies