UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 7, 2014:


    MINUTE entry before the Honorable Daniel G. Martin: Status hearing held. Status hearing set for 9/18/2014 at 9:30 a.m. for the Ameriquest Parties and the Fidelity Third−Party Defendants. Status hearing for the remainder of the MDL set for 11/20/2014 at 9:30 a.m. Over the Fidelity Third−Party Defendants' objection, the third−party discovery deadline is extended to 12/1/2014. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.