IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Butler, et al. v. Ameriquest Mortgage Company, et al.,* CASE NO. 1:08-CV-07282 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lonnie K. Phifer ("Plaintiff") hereby stipulates to the dismissal of his claims against all named Defendants, with prejudice. Each party shall bear its own costs and attorneys' fees.

There are no remaining claims by any Plaintiffs in this case and this case may be terminated in its entirety.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: August 12, 2014

Respectfully submitted,

By: /s/ C. Lance Gould
*Attorneys for the Plaintiffs*

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS
& MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (808) 898-2034
Facsimile: (334) 954-7555

DATED:  August 12, 2014        Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendant Citi Residential Lending, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 12th day of August 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies