IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Swanigan, et al. v Argent Mortgage Company, et al.*, 07-cv-03315, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ELGIN SWANIGAN, Jr.** and **DENISE SWANIGAN** (collectively "Plaintiffs") and Defendants **ARGENT MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION,** and **MIDWEST HOME FUNDING, LLC** (collectively "Defendants") hereby stipulate that the *Swanigan, et al. v. Argent Mortgage Company, et al.*, 07-cv-03315, (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

| | |
|---|---|
| DATED: September 4, 2014 | Respectfully submitted, |
| | By: /s/ Lloyd J. Brooks |
| | *Attorneys for the Plaintiffs* |
| | THE BROOKS LAW FIRM |
| | Lloyd J. Brooks, Esq. |
| | 4747 Lincoln Mall Drive |
| | Suite 410 |
| | Matteson, Illinois 60443 |
| | Telephone: (708) 841-8000 |
| | Facsimile: (708) 841-8080 |
| DATED: September 4, 2014 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies |
| | *Attorneys for Defendants Argent Mortgage Company and ACC Capital Holdings Corporation* |
| | Joanne N. Davies, Esq. |
| | BUCHALTER NEMER |
| | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, California 92612 |
| | Telephone: (949) 760-1121 |
| | Facsimile: (949) 720-0182 |
| DATED: September 4, 2014 | Respectfully submitted, |
| | By: /s/ John J. Lydon |
| | *Attorneys for Defendant Midwest Home Funding, LLC* |
| | John J. Lydon, Esq. |
| | Nazia J. Hasan, Esq. |
| | GOMBERG, SHARFMAN, GOLD & OSTLER, P.C. |
| | 208 South LaSalle Street, Suite 1410 |
| | Chicago, Illinois 60604 |
| | Telephone: (312) 332-6194 |
| | Facsimile: (312) 332-4083 |

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 4th day of September, 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies