**EXHIBIT 4**

## Davies, Joanne

| | |
|---|---|
| **From:** | Davies, Joanne |
| **Sent:** | Monday, August 04, 2014 4:24 PM |
| **To:** | Andrew D. Shapiro; Manvitz, Randall L. |
| **Cc:** | Albert Fowerbaugh; Sandra Durkin |
| **Subject:** | RE: Ameriquest/Town & Country/Argent - Responses to Fidelity's First Sets of Discovery Requests [IWOV-BN.FID763124] |

Please let us know what issues you would like to meet and confer about so that we can be prepared to address your concerns. We also have concerns about Fidelity's supplemental responses and will be sending you a letter that sets forth our concerns. Let's set aside some time where we can review both of our concerns. August 5th and 6th don't work for us, as you will recall we are traveling to Chicago on the 6th for the status conference.

Joanne

---

**From:** Andrew D. Shapiro [mailto:AShapiro@butlerrubin.com]
**Sent:** Friday, August 01, 2014 2:13 PM
**To:** Manvitz, Randall L.; Davies, Joanne
**Cc:** Albert Fowerbaugh; Sandra Durkin
**Subject:** RE: Ameriquest/Town & Country/Argent - Responses to Fidelity's First Sets of Discovery Requests [IWOV-BN.FID763124]

Joanne and Randall,

Pursuant to Local Rule 37.2, we would like to meet and confer about Ameriquest's, Town & Country's, and Argent's Responses to Fidelity's First Set of Interrogatories and Document Requests provided in Randall's email below.

We would like to schedule the meet-and-confer teleconference for August 5 or 6. Please let us know your availability on those dates.

Regards,
Andy

**Andrew D. Shapiro**
**Butler Rubin Saltarelli & Boyd LLP**
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com

---

**From:** Gilbert, Constance M [mailto:cgilbert@buchalter.com] **On Behalf Of** Manvitz, Randall L.
**Sent:** Tuesday, July 29, 2014 7:08 PM
**To:** Albert Fowerbaugh; Andrew D. Shapiro; Sandra Durkin
**Cc:** Randall L Manvitz
**Subject:** Ameriquest/Town & Country/Argent - Responses to Fidelity's First Sets of Discovery Requests [IWOV-BN.FID763124]

Attached please find Ameriquest Mortgage Company's, Town & Country Credit Corporation's and Argent Mortgage Company, LLC's responses to Fidelity Third-Party Defendants' First Sets of Interrogatories and Documents Requests. A CD of responsive documents will follow by mail.

*Constance M. Gilbert*

*Legal Assistant to Glenn P. Zwang, Randall L. Manvitz and Cynthia Fair Moir*
**BuchalterNemer**, A Professional Corporation
55 Second Street, Suite 1700 | San Francisco, CA 94105-3493
Direct Dial: (415) 227-3694 | Switchboard: (415) 227-0900
Email: cgilbert@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message. To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.


BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation


http://www.butlerrubin.com