# **EXHIBIT 5**

**Davies, Joanne**

| | |
|---|---|
| **From:** | Andrew D. Shapiro <AShapiro@butlerrubin.com> |
| **Sent:** | Sunday, September 14, 2014 6:31 PM |
| **To:** | Manvitz, Randall L. |
| **Cc:** | Albert Fowerbaugh; Sandra Durkin; Davies, Joanne |
| **Subject:** | Re: Ameriquest/Fidelity [IWOV-BN.FID763124] |

Randall,

We will call you tomorrow at 3:30 pm central.

Regards,
Andy


**Andrew D. Shapiro**

**Butler Rubin Saltarelli & Boyd LLP**

70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com



On Sep 12, 2014, at 11:49 AM, "Manvitz, Randall L." <rmanvitz@buchalter.com> wrote:

> Andy,
>
> I am available on Monday at 3:30 CT but not Tuesday and again request a meet and confer letter from Fidelity in advance addressing any issues Fidelity may have, as requested over a month ago. Also, do you have proposed dates for deposition scheduling?
> Randall Manvitz | Sr. Counsel | **Buchalter****Nemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio
>
> ---
>
> **From:** Andrew D. Shapiro [mailto:AShapiro@butlerrubin.com]
> **Sent:** Thursday, September 11, 2014 6:43 PM
> **To:** Manvitz, Randall L.; Albert Fowerbaugh; Sandra Durkin
> **Cc:** Davies, Joanne
> **Subject:** RE: Ameriquest/Fidelity [IWOV-BN.FID763124]
>
> Randall,
>
> I have been out of the office at a deposition preparation session all day today and will be out of

1

the office at a deposition all day tomorrow.  Accordingly, I will not be able to draft and send you the letter you request.  Notably, in the past, we have requested similar letters from Ameriquest in advance of meet-and-confer conferences, which you have refused to provide.  In those instances, we have simply discussed our issues during the meet-and-confer conference.  We suggest proceeding in that manner and conducting our meet-and-confer conference on Tuesday, September 16 at 3 pm central, as suggested below.

Kindly confirm that you are available for a call at that time.

Regards,
Andy


**Andrew D. Shapiro**
**Butler Rubin Saltarelli & Boyd LLP**
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com

**From:** Manvitz, Randall L. [mailto:rmanvitz@buchalter.com]
**Sent:** Thursday, September 11, 2014 1:36 PM
**To:** Andrew D. Shapiro; Albert Fowerbaugh; Sandra Durkin
**Cc:** Davies, Joanne
**Subject:** RE: Ameriquest/Fidelity [IWOV-BN.FID763124]

Andy,

Over a month ago, we requested that you provide us with a letter describing any issues Fidelity may have with the Ameriquest parties' discovery responses in advance of a teleconference about the discovery.  We have not received any such communication.  Our suggestion is that both parties exchange letters identifying their issues by tomorrow with a follow-up conference on Monday at 3:30 CST.

Let me know if that works for you.
Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio


**From:** Andrew D. Shapiro [mailto:AShapiro@butlerrubin.com]
**Sent:** Wednesday, September 10, 2014 11:57 AM
**To:** Manvitz, Randall L.; Albert Fowerbaugh; Sandra Durkin
**Cc:** Davies, Joanne
**Subject:** RE: Ameriquest/Fidelity

Randall,

As we requested more than a month ago, let's schedule a meet-and-confer teleconference to discuss each party's issues with the other's discovery. Are you available on Tuesday, September 16 at 3 pm central?

Regards,
Andy

**Andrew D. Shapiro**
**Butler Rubin Saltarelli & Boyd LLP**
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

ashapiro@butlerrubin.com
www.butlerrubin.com

---

**From:** Manvitz, Randall L. [mailto:rmanvitz@buchalter.com]
**Sent:** Wednesday, September 10, 2014 1:11 AM
**To:** Albert Fowerbaugh; Sandra Durkin; Andrew D. Shapiro
**Cc:** Davies, Joanne
**Subject:** Ameriquest/Fidelity

Counsel,

As discussed in our Status Conference report, your June 20 letter states that Fidelity will provide the following:

"2. A description of the search undertaken to locate the Data in connection with the litigation;

3. The identity of individuals/entities responsible for the custody, maintenance, preservation, and/or destruction of the Data; and

4. A description of the back-up system or back-up media which contains or contained the Data."

However, the responses do not contain this information with the exception of some information for a single brand and state. You proposed providing information requested in the 30(b)(6) deposition notices in written format in lieu of a 30(b)(6) deposition. However, practically no information has been provided. We request that you provide the information, promptly, or agree to provide witnesses for the 30(b)(6) deposition.

With respect to the identification of persons who have been involved with the closing protection letter data/websites, we note that Fidelity states that it is unaware of persons **still employed by Fidelity** but this is an artificial and improper limitation. The identity of any such person is requested, not just any current employee. Will you provide the names of former employees? We have also requested organization charts which would also have the names of the former employees but you have declined to provide them without explanation. By refusing to provide the names of the individuals with knowledge of the closing protection letter systems that Fidelity claims not to have knowledge about, Fidelity is significantly obstructing our ability to proceed with discovery. Again, we request that you confer about this immediately so that we can try to come to some resolution.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct

Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

---

**From:** Albert Fowerbaugh [mailto:AFowerbaugh@butlerrubin.com]
**Sent:** Thursday, September 04, 2014 12:04 PM
**To:** Manvitz, Randall L.; Andrew D. Shapiro; Sandra Durkin
**Cc:** Davies, Joanne
**Subject:** RE: Ameriquest/Fidelity

We disagree with the contention in your email and in the August 7, 2014 status report that Fidelity's responses to Ameriquest's discovery requests are deficient. After extensive investigation, Fidelity has produced all responsive documents, data, and information. On August 4, Joanne Davies advised that you would be sending us a letter outlining the issues you have Fidelity's responses, but we have not yet received that letter. We can discuss those issues in a meet-and-confer session that encompasses both parties' disputes, as we requested over one month ago.

Regarding the proposed depositions, we are checking on witness availability and will get back to you shortly.

Al


**Albert E. Fowerbaugh, Jr.**

**Butler Rubin Saltarelli & Boyd LLP**
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4440 | 312.444.9294 fax
<image001.png>
**Download My Contact Details**
afowerbaugh@butlerrubin.com
www.butlerrubin.com

---

> **From:** Manvitz, Randall L. [mailto:rmanvitz@buchalter.com]
> **Sent:** Friday, August 29, 2014 3:43 PM
> **To:** Albert Fowerbaugh; Andrew D. Shapiro
> **Cc:** Davies, Joanne
> **Subject:** Ameriquest/Fidelity
>
> Counsel,
>
> In Ameriquest's recent status conference statement, we noted a significant amount of foundational information that was to be provided by Fidelity by July 29, 2014 in response to Ameriquest's discovery requests. We have neither received the information nor any explanation why it has not been provided. Please let us know the status soon as this information is important to proceeding with discovery.
>
> We would also like to schedule the depositions of two of the Illinois witnesses you Fidelity identified as being knowledgeable about closing protection letter practices, Paul Cozzi and David Franks. We propose September 17 and 19, the days before and after the September 18, 2014 status conference. Let me know about availability.

4

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message. To reply to our email administrator directly, send an email to postmaster@butlerrubin.com.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

http://www.butlerrubin.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

This email message is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy and delete all copies of the original message.

BUTLER RUBIN SALTARELLI & BOYD LLP
excellence in litigation