# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                                   Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 10/9/2014 at 9:30 a.m. with the Fidelity Third Party Defendants. Counsel were directed to meet and confer regarding the discovery issues raised in the status reports submitted on 9/17/2014. After the meet and confer, parties reported agreement has been reached and an agreed order will be submitted no later than 9/23/2014. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.