IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) MDL NO. 1715<br><br>Lead Case No. 05 C 7097<br><br>Magistrate Judge Daniel G. Martin |

## ORDER

      Status hearing held on 9/18/2014 and continued to 10/9/2014 at 9:30 a.m. between the Ameriquest Parties and the Fidelity Third-Party Defendants. Counsel met and conferred regarding the issues raised in the status reports dated 9/17/2014. By 9/23/2014, counsel shall submit a proposed, agreed order detailing the agreements reached at the meet and confer session. Status reports for the 10/9/2014 hearing shall be filed no later than 10/7/2014. Counsel are expected to genuinely confer in good faith and make reasonable efforts to resolve discovery issues without court intervention. In the event the Ameriquest and Fidelity parties wish to file any future discovery motions with respect to each other, they must follow the new procedures set forth below.

## STATEMENT

      The Court sets forth the following procedure that parties must follow in the event they wish to file discovery motions:

1.    In the event a party intends to file a motion to compel discovery or for a protective order, the moving party must first send a letter to opposing counsel setting forth with specificity the relief the moving party would seek in the motion, and the factual and legal basis (including citation of authority) on which the motion would be based.

2.    Within seven days after receiving the letter referred to in paragraph 1 (unless the parties agree in writing to a longer period), the opposing party must provide the moving party with a letter in response. The letter must identify any areas of agreement, and for those areas of disagreement, must set forth with specificity the factual and legal basis (including citation of authority) for the opposing party's position.

3.    Within seven days after the exchange of letters referred to in paragraphs 1-2 (unless the parties agree in writing to a longer period), the parties must convene a Rule 37.2 conference to attempt to resolve their dispute. The Rule 37.2 conference must involve an **in-person** meeting between moving and opposing counsel of record who have the full authority to make decisions and to resolve the dispute.

4.    Within seven days after the Rule 37.2 conference (unless the parties agree in writing to a longer period), the moving and opposing counsel must prepare a joint statement reporting on the results of the meet and confer. The joint statement must include a statement of all agreements reached, and of those matters that remain in dispute.

5.  After completion of the foregoing steps, the moving party may file a discovery motion. The motion may not exceed seven pages (double spaced); must attach the letters, the joint statement, and any discovery requests at issue in the motion; and must cite any relevant authority the moving party wishes the Court to consider. No separate memorandum of law may be filed. After reviewing the motion and attachments, the Court will determine whether the matter requires further briefing or can be decided after oral argument.

Date: 9/22/2014 /s/ *Daniel G. Martin*