**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Vasquez, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-04873, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **LOREN M. VASQUEZ** and **DIANA VASQUEZ** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for **AMERIQUEST MORTGAGE SECURITIES, INC.,** and **ADVANCED REAL ESTATE APPRAISERS, LLC**[1] (collectively "Defendants") hereby stipulate that the *Vasquez, et al. v. Ameriquest Mortgage Company, et al.*, 07-CV-04873 (N.D. Ill.) matter (transferred into the MDL) be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] An appearance has not been filed by Advanced Real Estate Appraisers, LLC.

DATED:  September 23, 2014

Respectfully submitted,

By:  /s/ David M. Hall
*Attorneys for Plaintiffs Loren M. Vasquez and Diana Vasquez*

David M. Hall, Esq.
DAVID HALL & ASSOCIATES, INC.
375 Douglas Ave
Holland, MI  49424
Telephone:  (616) 396-3998


DATED:  September 23, 2014

Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Ameriquest Mortgage Securities, Inc.*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 23rd day of September 2014, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies