**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT BATTERSBY TITLE, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **BATTERSBY TITLE, INC.** ("Battersby Title") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Battersby Title.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Battersby Title shall bear their own costs and attorneys' fees.

DATED:  September 24, 2014

Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

DATED: September 24, 2014

Respectfully submitted,

By:  /s/ Christopher H. Murphy
*Attorneys for Battersby Title, Inc.*

Christopher H. Murphy, Esq.
COZEN O'CONNOR
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: (312) 382-3155

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 24th day of September, 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies