**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT TITLE-TECH NETWORKS, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **TITLE-TECH NETWORKS, INC.** ("Title-Tech") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Title-Tech.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Title-Tech shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED:  September 24, 2014 | Respectfully submitted, |
| | |
| | By:  /s/ Joanne N. Davies  |
| | *Attorneys for Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC* |
| | |
| | Joanne N. Davies, Esq. |
| | BUCHALTER NEMER |
| | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, California 92612 |
| | Telephone:  (949) 760-1121 |
| | Facsimile:  (949) 720-0182 |
| DATED: September 24, 2014 | Respectfully submitted, |
| | |
| | By:  /s/ Christopher H. Murphy  |
| | *Attorneys for Title-Tech Networks, Inc.* |
| | |
| | Christopher H. Murphy, Esq. |
| | COZEN O'CONNOR |
| | 333 West Wacker Drive, Suite 1900 |
| | Chicago, IL 60606 |
| | Telephone: (312) 382-3155 |

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 24th day of September, 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Joanne N. Davies