**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT TOWNE & COUNTRY LAND TITLE AGENCY, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **TOWNE & COUNTRY LAND TITLE AGENCY, INC.** ("Towne & Country Land Title") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Towne & Country Land Title.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Towne & Country Land Title shall bear their own costs and attorneys' fees.

DATED:  September 24, 2014          Respectfully submitted,

                                    By:  /s/ Joanne N. Davies
                                    *Attorneys for Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC*

                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Avenue, Suite 800
                                    Irvine, California 92612
                                    Telephone:  (949) 760-1121
                                    Facsimile:  (949) 720-0182

DATED: September 24, 2014           Respectfully submitted,

                                    By:  /s/ Christopher H. Murphy
                                    *Attorneys for Towne & Country Land Title Agency, Inc.*

                                    Christopher H. Murphy, Esq.
                                    COZEN O'CONNOR
                                    333 West Wacker Drive, Suite 1900
                                    Chicago, IL 60606
                                    Telephone: (312) 382-3155

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 24th day of September, 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies