**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR OCTOBER 2, 2014 STATUS CONFERENCE BEFORE THE HONORABLE MARVIN E. ASPEN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on October 2, 2014 at 10:30 a.m. before the Honorable Marvin E. Aspen and pursuant to this Court's Order of May 28, 2014 [Dkt. 5478].

The status report will address issues in the following order:

1. Summary of cases settled in the MDL;
2. Status of settlement of Opt-Out Plaintiffs' cases;
3. Status of motions pending against Opt-Out Plaintiffs;
4. Status of settlement with Third-Party Defendants; and
5. Status of discovery regarding third-party claims.

**I.      SUMMARY OF CASES SETTLED IN THE MDL.**

The Ameriquest Parties have now settled the claims of 1634 Opt-Out Plaintiffs. There remain approximately 16 lawsuits, 27 Opt-Out Plaintiffs, as well as the claims involving 339 loans against non-settling Third-Party Defendants.

As approved by this Court [Dkt. 3628], the Ameriquest Parties also settled 29 borrower class actions consolidated before this Court, together with a class action filed in a state court of California. Distribution of the class settlement amounts has been completed. The class settlement included approximately 714,000 borrowers.

1

II. **STATUS OF SETTLEMENT OF OPT-OUT PLAINTIFFS' CASES.**

A. **Cases Dismissed or Dismissal Pending Since Last Status Report [Dkt. 5461]:** **10 Opt-Out cases** (involving **16 Opt-Out Plaintiffs)** have been dismissed or dismissals will soon be filed since the last status report was filed [Dkt. 5461]**.**

B. **Remaining Cases:** **16 Opt-Out cases** (involving **27 Opt-Out Plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Agreements Have Been Circulated:** there are **2 Opt-Out** cases involving **3 Opt-Out Plaintiffs** where settlement agreements have been circulated for signature.

D. **Cases Where Settlement Negotiations Are In Progress:** there are **3 Opt-Out cases** involving **6 Opt-Out Plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

E. **Remaining Cases:** The Ameriquest Parties have either filed dispositive motions or are engaged in discovery with respect to the remaining Opt-Out cases but remain willing to engage in settlement negotiations with opt-out plaintiffs.

F. **Status Conference Before Magistrate Judge Daniel G. Martin:** On August 7, 2014, the Ameriquest Parties participated in a status hearing before Judge Martin and provided the Court with an update on the status of Opt-Out Plaintiffs claims and third-party discovery. Judge Martin has scheduled the next Opt-Out Plaintiffs status hearing for November 20, 2014 at 9:30 a.m.

/ / /

/ / /

/ / /

III. **SUMMARY OF DISPOSITIVE MOTIONS PENDING AGAINST OPT-OUT PLAINTIFFS.**

  A. **Motions for Summary Judgment Pending For Plaintiffs That Have No Claims As A Result of the MDL Class Action Settlement:** The Ameriquest Parties filed motions for summary judgment involving **6 cases** (involving **9 plaintiffs**). [Dkt. 4669 and 4912]. These pending motions have been fully briefed. The cases and plaintiffs subject to the motions for summary judgment are as follows:

- Arndt, Maria and Forrest Pendergraph, *Arndt, et al. v. Ameriquest,* N.D. Ill. Case No. 06-cv-2479;
- Dailey Rosa, *Dailey v. Citi Residential Lending, et al.,* N.D. Ill. Case No. 07-cv-05426;
- Ivery, Jerry and Jacqueline, *Ivery, et al. v. Ameriquest, et al.,* N.D. Ill. Case No. 08-cv-04293;
- Myers, Gail, *Myers v. Ameriquest, et al.,* N.D. Ill. Case No. 07-cv-03584;
- Null, James and Mildred, *Null, et al. v. Ameriquest, et al.,* N.D. Ill. Case No. 08-cv-01584; and
- Peterson, Cedric, *Peterson v. Argent, et al.,* N.D. Ill. Case No. 08-cv-07281.

The basis for the motions for summary judgment are that plaintiffs have no claims remaining against the Ameriquest Parties because their claims fall squarely within the class action settlement finalized by the Court on June 29, 2010. An order granting summary judgment resulting in dismissal of these claims is not only appropriate as these plaintiffs are part of the MDL class would allow the Ameriquest Parties to focus their attention and settlement efforts on the remaining cases.

  B. **Other Motions Pending Against Plaintiffs:**

   1. **Rosa Dailey:** On October 16, 2013, Dailey filed a Motion to Strike Complaint Without Prejudice. [07-cv-5426, Indiv. Dkt. 44]. On October 28, 2013, Defendants filed their Opposition to Dailey's Motion and filed their Cross-Motion to Dismiss with Prejudice. [*Id*., Indiv. Dkt. 49]. Dailey's Motion and Defendants' Cross-Motion are fully briefed and awaiting ruling by this Court. [*See id*., Indiv. Dkt. 50, 51].

According to Dailey's counsel, Dailey passed away on February 18, 2014. [*Id.*, Indiv. Dkt. 52]. Since then, neither Dailey's counsel (nor anyone else) has participated in this case, filed any documents with this Court or otherwise sought to continue prosecuting her alleged claims.

Similarly, following Dailey's death, neither her counsel nor anyone else participated in the state foreclosure action that had been pending against Dailey since 2007. In that case, judgment was entered against Dailey, and the subject property was sold to the Plaintiff, JPMC Specialty Mortgage, LLC, through a judicial foreclosure sale on January 21, 2014, which was prior to Dailey's death. On March 27, 2014, after Dailey died, JPMC Specialty Mortgage moved to have a special representative appointed to represent Dailey's estate. On June 10, 2014, the court granted that motion and appointed Gerald Nordgren as the special representative. On June 19, 2014, JPMC Specialty Mortgage filed its motion to confirm the judicial sale that took place on January 21, 2014. On July 7, 2014, the court confirmed the sale and the foreclosure judgment became final. At no point after Dailey's death did her counsel or anyone else appear on behalf of her estate in the foreclosure case.

2. **Maria Arndt and Forrest Pendergraph:** On March 5, 2014, Ameriquest filed a motion to dismiss for want of prosecution against plaintiffs Arndt and Pendergraph based on their repeated failure to comply with this Court's discovery orders. [06-cv-02479, Indiv. Dkt. 34]. Plaintiffs have not only ignored this Court's Orders but have otherwise failed to provide any indication in writing or otherwise that they intend to pursue their claims.

IV. **STATUS OF SETTLEMENT WITH THIRD-PARTY DEFENDANTS**

A. **Superior Third-Party Defendants:** the Ameriquest Parties and the *Superior Third-Party Defendants* (approx. 10 different corporate entities with claims involving approximately **91 loans** in 9 states) participated in mediation in Chicago on June 25, 2014 before Judge Donald P. O'Connell (ret.). At the mediation the parties were able to reach settlement with respect to all of the claims against the *Superior Third-Party Defendants*. Dismissals of claims against these third-party defendants were filed this week.

B.     **Einbinder Third-Party Defendants:** the Ameriquest Parties and the *Einbinder Third-Party Defendants* (5 different parties with claims involving **6 loans**) were able to reach settlement with respect to all of the claims against the *Einbinder Third-Party Defendants*. The parties are in the process of documenting the settlement and hope to have it finalized with dismissals filed within the next few weeks.

V.     **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

The Ameriquest Parties' remaining third-party claims involve **339 loans** and a number of Third-Party Defendants as follows:

- *Fidelity Entities Third-Party Defendants* (approx. 14 different corporate entities) with claims involving approximately **253 loans** in 21 states;
- *Mortgage Information Services, Inc. Defendants* with claims involving approximately **70 loans** in 11 states; and
- *Northwest Title and Escrow Corporation Defendants* with claims involving approximately **60 loans** in 6 states.

The Ameriquest Parties are actively engaged in discovery with Third-Party Defendants and there remains an extensive amount of discovery to be completed. Due to the breadth of the discovery at issue with the third-party claims, at the August 7, 2014 status hearing the Court granted an extension to December 1, 2014 to complete non-case-specific discovery relating to third-party claims [Dkt. 5444]. The Ameriquest Parties and the Fidelity Entities Third-Party Defendants are actively engaged in meeting and conferring on various discovery issues and counsel for these parties attended a follow-up status hearing before Judge Martin on September 18, 2014 to discuss these issues. The status hearing was held and continued to October 9, 2014 [Dkt. 5524]. The Ameriquest Parties remain willing to engage in settlement discussions with Third-Party Defendants.

Respectfully submitted,

Dated:   September 25, 2014    By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Parties*

Joanne N. Davies
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Randall L. Manvitz, Esq.
Telephone: (415) 227-3644
Facsimile: (415) 227-0700

17094384v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 25th day of September 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies