**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 3, 2014:

      MINUTE entry before the Honorable Daniel G. Martin:Counsel for Argent Mortgage Company, LLC, Randall Manvitz, contacted the Court's courtroom deputy to inquire whether Plaintiff Cedric Peterson's Motion to Quash Subpoena and Discovery Process and Deposition Proceedings by Defendant Argent Mortgage Company would be heard on October 8, 2014 at 8:00 a.m. Plaintiff Peterson sent a notice of motion to Defendant indicating that he would present his Motion to Quash on "Thursday, October 8, 2014 at 8:00 a.m." The dockets for Case Nos. 05 C 7097 and 08 C 7281 show no Motion to Quash on file. Plaintiff Peterson did not provide the Court with a courtesy copy of the Motion to Quash or otherwise bring it to the Court's attention. In accordance with its Motion Schedule, the Court will hear Plaintiff Peterson's Motion to Quash, if he files one, on Thursday, October 9, 2014 at 10:00 a.m. Central Standard Time. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.