IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | ) ) ) ) Case No. 05 C 7097 ) Judge Marvin E. Aspen ) Magistrate Judge Daniel G. Martin |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation (collectively the "AMC Entities" ) and the following Third-Party Defendants:

Anchor Title LLC [5526]
Battersby Title, Inc. [5527]
Colonial Title & Escrow, Inc. [5528]
Equititle, LLC. [5529]
Heights Title Agency, Inc. [5530]
National Real Estate Information Services of New Jersey, Inc. [5531]
Superior Closing Services, LLC [5532]
Taylor Abstract Company [5533]
Title-Tech Networks Inc. [5534]
Towne & Country Land Tittle Agency, Inc. [5535]

hereby stipulate to the dismissal, with prejudice of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Third-Party Defendants shall bear their own costs and attorneys' fees.

10/7/14

_____
Marvin E. Aspen
United States District Judge