mr

**FILED**

OCT 03 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AmeriQuest Mortgage Co.                    )
                                           )
Plaintiff                                  )
                                           )        Case Number: MDL 1715
v.      Peterson v Arlena Mortgage         )        Lead Case 05cv07097
                                           )        Judge: The Honorable Marvin E Aspen
                                           )        Assigned to Magistrate Judge
                                           )        Daniel G. Martin
Defendant                                  )

### NOTICE OF MOTION

TO: ___Randall Manvitz, Esq___

___Buchalter Nemer___

___55 Second St. #1700___

___San Francisco CA 94105___

**PLEASE TAKE NOTICE** that on ___October 8, 2014___ at ___8:00 Am___ or as soon
thereafter as I may be heard, I shall appear before the Honorable Judge ___Martin___
or any judge sitting in his or her stead in **Courtroom** ___1350___ of the U.S. District Court of
the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and
shall present **the following motion attached hereto:**

NOTICE OF MOTION

---

### CERTIFICATE OF SERVICE

I hereby certify that on ___September 29, 2014___ provided service to the person or persons listed
above by the following means: ___FedEx___

Signature: ___Joseph Venegas___                  Date: ___September 29, 2013___

Name (Print): ___Joseph Venegas___

Address: ___8675 Elm Ave___          Phone: ___916 308 6455___

___Orangevale CA 95662___