# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

**PROPOSED DISCOVERY ORDER**

On September 18, 2014, the Fidelity-related parties[1] and Ameriquest-related parties[2] appeared before the Court concerning the status of discovery and the parties were ordered to meet and confer while Court was in session and then report back to the Court later that day. Some agreements were reached between the parties in an effort to narrow discovery disputes between the parties, as follows:

**Fidelity's Discovery Responses**

1. By September 29, 2014, Fidelity will amend its response to Ameriquest's Interrogatory No. 2 (Set One) as it pertains to Chicago Title in Illinois to reflect that the TEAM system was not used to prepare closing protection letters.

2. By September 29, 2014, Fidelity will supplement its response to Ameriquest's Interrogatory No. 7 (Set Two), which identifies witnesses with knowledge about multi-

---

[1] Third-Party Defendants Alamo Title Insurance Company, Chicago Title Insurance Company, Chicago Title Company, Chicago Title Insurance Company of Michigan, Commonwealth Land Title Insurance Company, Commonwealth Land Title Company, Fidelity National Title Insurance Company, Fidelity National Title Insurance Company of New York, Lawyers Title Insurance Company, Security Union Title Insurance Company, Ticor Title Insurance Company, American Pioneer Title Insurance Company, and Transnation Title Insurance Company (collectively "Fidelity").

[2] Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, and Town and Country Credit Corporation (collectively "Ameriquest").

transaction closing protection letters, to include the state where each witness works or resides.

3. By September 29, 2014, Fidelity will confirm that all responsive instructions or informational materials related to the AgentXtra/AgentXtraNet web system have been produced.

4. For each brand described in response to Ameriquest's Interrogatory No. 2 (Set One) that manually prepared closing protection letters between 2001 and 2005, Fidelity will supplement its response to said interrogatory with information describing the brand's processes for memorializing, duplicating, or retaining manually prepared multi-transaction closing protection letters, to the extent that such processes existed.

5. By September 29, 2014, Fidelity will follow-up on additional issues raised by Ameriquest at the meet-and-confer on September 18, 2014.

**Ameriquest's Discovery Responses**

6. Ameriquest agreed to provide a written response as a follow-up to the issues raised by Fidelity at the teleconference on September 15, 2014 by September 29, 2014.

_____ , 2014.

Entered on this \_\_\_ day of

                                                        Hon. Daniel G. Martin, Magistrate Judge

**ENTRY REQUESTED BY:**

By: /s/ Andrew D. Shapiro
BUTLER RUBIN
SALTARELLI & BOYD LLP
Albert E. Fowerbaugh, Jr.
Andrew D. Shapiro

Sandra J. Durkin
70 W. Madison St., Ste 1800
Chicago, Illinois 60602-4257
(T) (312) 444-9660
(F) (312) 444-9287
afowerbaugh@butlerrubin.com
ashapiro@butlerrubin.com
sdurkin@butlerrubin.com

*Attorneys for Third-Party Defendants*

519536