UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2014:

    MINUTE entry before the Honorable Daniel G. Martin: Motion hearing held. Pro Se Plaintiff Cedric Peterson appeared by telephone. Counsel for Defendant Argent Mortgage Company and counsel for Ocwen Loan Servicing appeared in open court. Plaintiff&#039;s Motion to Quash Subpoena and Discovery Process and Deposition Proceedings by Defendant Argent Mortgage Co [5541] (05 C 7097) is denied. It is unclear what subpoenas Plaintiff objects to as he failed to attach any subpoenas to his motion to quash. Plaintiff's motion is also moot as the dates for production on the subpoenas served by Defendant have long passed and all but one responding party has already produced documents. As to the subpoena directed to Plaintiff's wife, Defendant represented that it is not currently seeking to depose her. Defendant Argent Mortgage Company's Motion to Compel Discovery [19] (08 C 7281) is granted. Detailed order to follow regarding Plaintiff Cedric Peterson's discovery obligations. Plaintiff advised that he is no longer being represented by counsel Marshall Ezsa Rosenbach. Marshall Ezsa Rosenbach is hereby terminated as counsel for Plaintiff Peterson in Case No. 08 C 7281. Plaintiff Peterson is directed to complete and file an Appearance Form for Pro Se Litigants with the Clerk's Office. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.