# Davies, Joanne

| | |
|---|---|
| **From:** | Manvitz, Randall L. <rmanvitz@buchalter.com> |
| **Sent:** | Friday, September 12, 2014 11:29 AM |
| **To:** | Albert Fowerbaugh; ashapiro@butlerrubin.com |
| **Cc:** | Davies, Joanne |
| **Subject:** | Ameriquest/Fidelity: Ticor 1894 [IWOV-BN.FID763124] |

Counsel,

We would like to schedule the deposition of the author/contributors to Ticor 1894, a Fidelity training program regarding closing protection letters. When we next confer about scheduling, please let us know the author/contributor and whether they are still employed by Fidelity and any other scheduling issues such as preferred location.

We look forward to working with on scheduling.
Randall Manvitz | Sr. Counsel | **Buchalter**Nemer, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.