# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Terry et. al. v. Ameriquest Mortgage Company, et. al.;* Case No. 08-2475 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on October 23, 2014 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Ameriquest's Motion For Extended Briefing Schedule, a copy of which is concurrently being served upon you.

DATED: October 19, 2014

Respectfully submitted,

By: /s/ Randall L. Manvitz
*Attorneys for Third Party Plaintiffs*
Randall L. Manvitz, Esq.
Joanne N. Davies, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 224-6221
Facsimile: (949) 720-0182

- 2 -

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 19th day of October, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: October 19, 2014

/s/ Randall L. Manvitz

BN 17173698v1