IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

**STIPULATED ORDER TO EXTEND DISCOVERY CUTOFF BETWEEN AMERIQUEST AND MORTGAGE INFORMATION SERVICES**

Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendant Mortgage Information Services ("MIS") state as follows:

There are over 70 loans at issue involving Ameriquest and MIS. MIS has needed a significant amount of additional time to respond to discovery requests propounded by Ameriquest, is continuing to produce documents, and continues to require more time to meet and confer about the discovery requests for various reasons, at no fault of Ameriquest. Ameriquest has also sought the depositions of certain MIS employees, and MIS needs additional time to meet and confer about the requested depositions with six witnesses residing in cities around the nation requiring travel by both parties' counsel for the depositions.

In order to allow the parties to further meet and confer about the outstanding discovery and to accommodate the need for additional time by MIS and in light of the upcoming holidays, Ameriquest and MIS request an extension of the discovery cut-off as between them to March 31, 2014.

BN 17233099v1

Accordingly, Ameriquest and MIS request an order as follows:

The discovery cut-off for discovery between Ameriquest and MIS is extended to March 31, 2015.

DATED: October 22, 2014          Respectfully submitted,

By: /s/ Tim Elliott
*Attorneys for Mortgage Information Services*

Timothy D. Elliott (ARDC 6237023)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500

DATED: October 22, 2014          Respectfully submitted,

By: /s/ Randall Manvitz
*Attorneys for Defendants Ameriquest Mortgage Company*

Randall Manvitz, Esq.
Buchalter Nemer
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 227-0770

IT IS SO ORDERED.

Date: October 27, 2014

_Daniel G. Martin_
Hon. Daniel G. Martin

BN 17233099v1