# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, *et al.*, <br><br> Defendants. | Case No.: 08 CV 2475 <br><br> Honorable David H. Coar <br><br> Magistrate Judge Michael Mason <br><br> **THIRD-PARTY PLAINTIFF AMERIQUEST MORTGAGE COMPANY'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON TICOR TITLE INSURANCE COMPANY** |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, <br><br> Third-Party Plaintiffs, <br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, *et al.*, <br><br> Third-Party Defendants. | |

**PROPOUNDING PARTY:** Third-Party Plaintiff AMERIQUEST MORTGAGE COMPANY

**RESPONDING PARTY:** Third-Party Defendant TICOR TITLE INSURANCE COMPANY

**SET NO.:** ONE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") hereby requests that Third-Party Defendant Ticor Title Insurance Company ("Ticor") produce the documents requested below within thirty (30) days of the date of service hereof, at the offices of Buchalter Nemer, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017-5704. Ameriquest's inspection and copying will not permanently alter the items inspected or copied.

1

## DEFINITIONS

1. "Ameriquest" means Ameriquest Mortgage Company, its agents, representatives, assigns, employees, attorneys, parent entities, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

2. "Document" and "Documents" shall have the meaning ascribed to them in Rule 34 of the Federal Rules of Civil Procedure.

3. "Communications" means and includes correspondences, conversations and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile or other mode of transmission.

4. "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

5. "You" and "Your" means Ticor, its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

## INSTRUCTIONS

1. Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner. If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2. The document requests set forth below pertain to all Documents available to You, including all Documents in Your possession, custody or control.

3. Unless otherwise specified, the document requests set forth below pertain to Documents that were prepared, generated, written, sent, dated or received during the time period from January 1, 1999 to the date of Your production.

4. If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information:

    (a) The disposition of the Document;

    (b) The date such disposition was made;

(c) The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

(d) Identify the Person who made the decision to dispose of the Document;

(e) State the reason for the disposition;

(f) Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

5. Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

(a) Identify the nature of the privilege (including work product) that is being claimed; and

(b) Provide the following information in a privilege log accompanying Your response:

(i) The paragraph of this request to which such Document is responsive;

(ii) The type of Document,

(iii) The general subject matter of the Document;

(iv) The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

6. If any part of a Document is responsive, produce the entire Document. If You assert privilege with respect to any part of a responsive Document, redact the privileged portion and indicate clearly on the Document where material was redacted by the legend "REDACTED-PRIVILEGED." Redacted Documents should be produced even if You believe that the non-redacted portion is not responsive. Please identify redactions on Your privilege log in the same manner as withheld Documents.

7. If You withhold any Document responsive to any request for any reason other than a claim of attorney-client privilege or work-product protection, provide a list identifying each such Document withheld, the asserted basis for withholding the Document, the custodian, the date of the Document, the author(s), all recipients, together with the job titles or positions of

the author(s) and recipients, the subject matter of the Document and the paragraph of this Request to which each such Document relates.

8. Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

9. If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

10. Your obligation to produce Documents responsive to these requests is continuing. If You create or discover responsive Documents after Your initial response to these requests, promptly produce such Documents in accordance with these instructions or follow the procedures specified for Documents withheld under a claim of privilege or otherwise.

11. These requests are not intended to be duplicative. Each request should be responded to fully, and to the extent not covered by other requests. If Documents are responsive to more than one request, You should so note in Your response and produce each such Document in response to the request that is more specifically directed to the subject matter of the particular Document.

12. Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to FRCP 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information to Ameriquest without delay.

## DOCUMENTS REQUESTED

### REQUEST NO. 1:

All Documents Relating To the loan closings for the loans referenced at Ex. A to the Third-Party Complaint (and attached hereto) including but not limited to closing affidavits, closing protection letters, and closing instructions.

### REQUEST NO. 2:

The closing files for the loans referenced at Ex. A to the Third-Party Complaint.

**REQUEST NO. 3:**

All Documents Relating To any agreement with the title company or closing agents referenced at Ex. A to the Third-Party Complaint applicable from 2003 to the present including but not limited to agency agreements, "issuing agency contracts," approved agency or attorney letters, or underwriting agreements.

**REQUEST NO. 4:**

All Documents Relating To any blanket or general closing protection letters, insured closing letters, or approved attorney letters applicable to Ameriquest.

**REQUEST NO. 5:**

All Communications to Ameriquest explaining or promoting services provided by You.

**REQUEST NO. 6:**

All Communications to Ameriquest Relating To closing instructions.

**REQUEST NO. 7:**

All Communications to Ameriquest Relating To closing protection letters.

**REQUEST NO. 8:**

All Communications to Ameriquest Relating To closing affidavits.

**REQUEST NO. 9:**

All Communications to Ameriquest Relating To loan closings.

**REQUEST NO. 10:**

All Documents referencing the scope of duties of approved agents including issuing agents, title companies, approved vendors, direct operations, approved attorneys and approved settlement agents.

**REQUEST NO. 11:**

All Communications to the title companies or closing agents referenced at Ex. A to the Third-Party Complaint Relating To closing instructions.

**REQUEST NO. 12:**

All Communications to the title companies or closing agents referenced at Ex. A to the Third-Party Complaint Relating To closing protection letters.

**REQUEST NO. 13:**

All Communications to the title companies or closing agents referenced at Ex. A to the Third-Party Complaint Relating To closing affidavits.

## REQUEST NO. 14:

All Communications to the title companies or closing agents referenced at Ex. A to the Third-Party Complaint Relating To loan closings.

## REQUEST NO. 15:

All training materials Relating To closing instructions.

## REQUEST NO. 16:

All training materials Relating To closing protection letters.

## REQUEST NO. 17:

All training materials Relating To closing affidavits.

## REQUEST NO. 18:

All training materials Relating To loan closings.

## REQUEST NO. 19:

All training materials Relating To approved attorneys, title companies, issuing agents, closing vendors, notaries, and settlement agents.

## REQUEST NO. 20:

All advertising, marketing, or promotional materials Relating To closing instructions.

## REQUEST NO. 21:

All advertising, marketing, or promotional materials Relating To closing protection letters.

## REQUEST NO. 22:

All advertising or promotional materials Relating To closing affidavits.

## REQUEST NO. 23:

All advertising or promotional materials Relating To loan closings.

## REQUEST NO. 24:

All Documents explaining the utilization of closing protection letters.

## REQUEST NO. 25:

All Documents explaining or construing closing protection letters.

## REQUEST NO. 26:

All Communications with title or closing agents Relating To Notice of Right to Cancel forms including but not limited to any obligation to complete or distribute copies of the form.

**REQUEST NO. 27:**

All Documents Relating To policies and procedures for the handling and, or completion of Notice of Right to Cancel forms.

**REQUEST NO. 28:**

All Documents Relating To policies and procedures for loan closings.

**REQUEST NO. 29:**

All Documents Relating To policies and procedures for issuing loan closing protection letters.

**REQUEST NO. 30:**

All Documents upon which you rely in support of Your denial of coverage or applicability of a closing protection letter for the Plaintiffs' allegations in the Second Amended Complaint.

**REQUEST NO. 31:**

All Documents upon which you rely in support of your affirmative defenses.

**REQUEST NO. 32:**

All files concerning the third-party defendant title companies or closing agents.

**REQUEST NO. 33:**

All Documents Relating To Your actual or potential liability for an act of third-party defendant title companies or closing agents including but not limited to agreements, judgments, and Complaints alleging liability.

**REQUEST NO. 34:**

All Documents identifying any closing protection letter applicable to Ameriquest at any time from 2003 to the present.

**REQUEST NO. 35:**

All Documents supporting your contention, if any, that there was not a closing protection letter for each Ameriquest loan from 2004 through 2006.

**REQUEST NO. 36:**

All application files for third-party defendant title companies or closing agents.

**REQUEST NO. 37:**

All audit files for third-party defendant title companies or closing agents.

**REQUEST NO. 38:**

All policies and procedures provided to any agent or closing agent on or after 2002.

**REQUEST NO. 39:**

All files Relating To Ameriquest.

**REQUEST NO. 40:**

All Communications Relating To Ameriquest.

**REQUEST NO. 41:**

All Documents stating or limiting the authority of third-party defendant title companies or closing agents.

**REQUEST NO. 42:**

All agreements involving You and Ameriquest or any third-party defendant referenced on Ex. A to the Third-Party Complaint.

**REQUEST NO. 43:**

All Documents describing the business relationship between You any third-party defendant referenced on Ex. A to the Third-Party Complaint.

**REQUEST NO. 44:**

All Documents Relating To the supervision of any third-party defendant referenced on Ex. A to the Third-Party Complaint.

**REQUEST NO. 45:**

All Documents Relating To policies and procedures for review, audit, or supervision of title companies, agents, approved attorneys', and closing agents including approval, compliance review, and audit procedures.

**REQUEST NO. 46:**

All Documents Relating To the status (or lack thereof) as Approved Closing Services Vendor, Issuing Agent, or Approved Attorney for any third-party defendant referenced on Ex. A to the Third-Party Complaint for any loan referenced as insured by You.

**REQUEST NO. 47:**

All insurance policies issued for any third-party defendant referenced on Ex. A to the Third-Party Complaint such as Errors and Omission or Professional Liability Insurance applicable at any time between 2004 and 2007.

**REQUEST NO. 48:**

All Documents Relating To any services provided to other third-party defendants referenced on Ex. A to the Third-Party Complaint including but not limited to marketing, accounting, human resources, or reimbursement for any of the aforementioned services.

**REQUEST NO. 49:**

All Documents Relating To any agreements between You and a title company, settlement agent, or closing vendor Relating To the provision of services for Ameriquest loans.

**REQUEST NO. 50:**

Documents sufficient to identify the Tri-Star Title closing files in the possession of Ticor Title.

**REQUEST NO. 51:**

Documents sufficient to identify the Northwest Title closing files in the possession of Ticor.

DATED: April 13, 2009                 By:___/s/ Randall Manvitz_____

*Attorneys for Defendant* Ameriquest Mortgage Company

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
333 Market St. 25th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0700

# EXHIBIT A

Case 1:08-cv-02475   Document 137-2   Filed 01/23/2009   Page 1 of 4

EXHIBIT "A" to THIRD-PARTY COMPLAINT

Parties Relationship to Each Loan Transaction

| | | | | | | |
|---|---|---|---|---|---|---|
| Baez, Juan | 0116605292 | Ticor Title Insurance Company | Tristar Title, LLC | Helen F. Mitchell Carter | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF July 1, 2005, WITHOUT RECOURSE |
| Bolo, Jorge | 0122695646 | Ticor Title Insurance Company | Tristar Title, LLC | Angela Barbucci | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Bolo, Lucia | 0122695546 | Ticor Title Insurance Company | Tristar Title, LLC | Angela Barbucci | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Collister, Artamais | 0133703322 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Lowe | Ameriquest Mortgage Company | CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. | |
| Collister, Ethel | 0133703322 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Lowe | Ameriquest Mortgage Company | CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. | |
| Cox, Michael | 0132215825 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |
| Favela, Ramses | 0145700781 | Ticor Title Insurance Company | Tristar Title, LLC | Kley King | Ameriquest Mortgage Company | WM Specialty Mortgage, LLC n/k/a JPMC Specialty Mortgage LLC | |
| Garcia, Wences | 0131865485 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |

1 of 4

Case: 1:05-cv-07097 Document #: 5555-2 Filed: 10/28/14 Page 13 of 18 PageID #:52138
Apr-13-09  04:54pm  From-Buchalter Nemer SF                 +                T-379  P.013/018  F-799

Case 1:08-cv-02475    Document 137-2    Filed 01/23/2009    Page 2 of 4

EXHIBIT "A" to THIRD-PARTY COMPLAINT

Parties Relationship to Each Loan Transaction

| Borrower | Loan # | Title Insurer | Title Agent | Closing Agent | Originator | Seller | Trustee/Servicer |
|---|---|---|---|---|---|---|---|
| Guylon, Johanna | 0140620766 | Ticor Title Insurance Company | Tristar Title, LLC | Joan M. Pridgeon | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-R1 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF February 1, 2006, WITHOUT RECOURSE |
| Guylon, Johanna | 01214483663 | Ticor Title Insurance Company | Tristar Title, LLC | Tia M. Martin | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF July 1, 2005, WITHOUT RECOURSE |
| Hill, Elizabeth | 0129695482 | Ticor Title Insurance Company | Tristar Title, LLC | Michael R. Smith | Ameriquest Mortgage Company | WM Specialty Mortgage, LLC n/k/a JPMC Specialty Mortgage LLC | |
| Hill, Elizabeth | 10142138629 | Ticor Title Insurance Company | Tristar Title, LLC | Joan M. Pridgeon | Ameriquest Mortgage Company | CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. | |
| Jaime, Alfredo | 0140665928 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-R1 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF February 1, 2006, WITHOUT RECOURSE |
| Jaime, Ann Vella | 0140665928 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-R1 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF February 1, 2006, WITHOUT RECOURSE |
| Lara, Maria | 0131865485 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |
| Lawrence, Susan | 0132216625 | Ticor Title Insurance Company | Tristar Title, LLC | Lynne A. Love | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |
| Lee, Carey | M14354187643 | First American Title Insurance Company | Lenders First Choice | Isiah P. Ward | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | |

2 of 4

Case 1:08-cv-02475    Document 137-2    Filed 01/23/2009    Page 3 of 4

EXHIBIT "A" to THIRD-PARTY COMPLAINT

Parties Relationship to Each Loan Transaction

| | | | | | |
|---|---|---|---|---|---|
| Lee, Carey | 0123075442 | Ticor Title Insurance Company | Tristar Title, LLC | Kiley King | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Lee, Denise | 0143567848 | First American Title Insurance Company | Lenders First Choice | Isiah P. Ward | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | |
| Lee, Denise | 0123075442 | Ticor Title Insurance Company | Tristar Title, LLC | Kiley King | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Monson, Daryl | 0120654598 | Ticor Title Insurance Company | Tristar Title, LLC | Tai M. Martin | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R9 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF October 1, 2005, WITHOUT RECOURSE |
| Mueller, Lawrence | 0131049140 | Ticor Title Insurance Company | Tristar Title, LLC | Jackie Vasquez | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |
| Neeley, Benjamin | 0128534948 | Ticor Title Insurance Company | Tristar Title, LLC | Michael R. Smith | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R9 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF October 1, 2005, WITHOUT RECOURSE |
| Noradin, Julie | 0144362780 | First American Title Insurance Company | Lenders First Choice | Vincent L. Davis | Ameriquest Mortgage Company | Greenwich Capital Financial Products, Inc. | |
| Noradin, Julie | 0111647485 | Ticor Title Insurance Company | Tristar Title, LLC | Helen T. Mitchell-Carter | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF July 1, 2005, WITHOUT RECOURSE |
| Parnell, Roy | 0139413843 | Ticor Title Insurance Company | Northwest Title & Escrow Corp. | Mellssa Thomas | Ameriquest Mortgage Company | CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. | |

Case 1:08-cv-02475   Document 137-2   Filed 01/23/2009   Page 4 of 4

EXHIBIT "A" to THIRD-PARTY COMPLAINT

Parties Relationship to Each Loan Transaction

| | | | | | | |
|---|---|---|---|---|---|---|
| Puga, Constance | 0140065723 | First American Title Insurance Company | Lenders First Choice | N/A | Ameriquest Mortgage Company | |
| Puga, John | 0140065723 | First American Title Insurance Company | Lenders First Choice | N/A | Ameriquest Mortgage Company | |
| Quire, Beatrice | 0122913288 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Quire, Selvin | 0122913288 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R7 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF August 1, 2005, WITHOUT RECOURSE |
| Rovera, Cruz | 0116505262 | Ticor Title Insurance Company | Tristar Title, LLC | Helen F. Mitchell-Carter | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF July 1, 2005, WITHOUT RECOURSE |
| | | Ticor Title Insurance Company | Tristar Title, LLC | Tia M. Martin | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R10 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF November 1, 2005, WITHOUT RECOURSE |
| Terry, Rose | 0120838102 | Ticor Title Insurance Company | Tristar Title, LLC | Cesar Gaitan | Ameriquest Mortgage Company | Ameriquest Mortgage Securities, Inc. | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF July 1, 2005, WITHOUT RECOURSE |
| Watt, Terry | 0139443843 | Ticor Title Insurance Company | Northwest Title & Escrow Corp. | Melissa Thomas | Ameriquest Mortgage Company | CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc. | |
| Wells, Harold | 0145455207 | Ticor Title Insurance Company | Northwest Title & Escrow Corp. | Tia M. Martin | Ameriquest Mortgage Company | CitiGroup Global Markets Realty Corp. erroneously sued as Citigroup Global Markets, Inc. | |

4 of 4

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**THIRD-PARTY PLAINTIFF AMERIQUEST MORTGAGE COMPANY'S REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON TICOR TITLE INSURANCE COMPANY**

on all other parties and/or their attorney(s) of record to this action by faxing and/or placing a true copy thereof in a sealed envelope as follows:

**VIA FACSIMILE AND MAIL**

*Attorneys for Third Party Defendant Ticor Title Insurance Company*
Albert Edwin Fowerbuagh, Jr.
DLA Piper US LLP IL
203 North LaSalle Street
20th Floor
Chicago, IL 60601
Tel: (312) 368-6804

Email: al.fowerbaugh@dlapiper.com

**PLEASE SEE ATTACHED SERVICE LIST**

☒ **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on April 13, 2009. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 13, 2009, at San Francisco, California.

Bethany Maxwell                                     _Bethany Maxwell_
                                                         (Signature)

BN 3229460v1

TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.

United States District Court, Northern District of Illinois

Case No. 08CV2475

SERVICE LIST

| | |
|---|---|
| Anthony P. Valach, Jr., Esq.<br>The Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 960-1803<br>Fax: (312) 960-1936<br>Email: anthonyvalach@sbcglobal.net | Attorneys for Plaintiffs |
| Daniel Mark Harris, Esq.<br>The Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>Tel: (213) 960-1802<br>Email: lawofficedh@yahoo.com | Attorneys for Plaintiffs |
| Thomas Joseph Wiegand, Esq.<br>David Edward Dahlquest, Esq.<br>Greg J. Miarecki, Esq.<br>Justin Lennon Leinenweber, Esq.<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Tel: (312) 558-5600<br>Email: twiegand@winston.com<br>  ddahlquist@winston.com<br>  gmiarecki@winston.com<br>  jleinenweber@winston.com | Attorneys for Defendant Wayne Lee |
| Alan Norris Salpeter, Esq.<br>Therese King Nohos, Esq.<br>Vincent P. Schmeltz, III, Esq.<br>Erin L. Ziaja, Esq.<br>Dewey & LaBoeuf LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601<br>Tel: (312) 784-8088<br>Email: asalpeter@dl.com<br>  tnohos@dl.com<br>  vschmeltz@dl.com<br>  eziaja@dl.com | Attorneys for<br>Dawn Arnall; The Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall |

BN 3229460v1

# TERRY, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.
## United States District Court, Northern District of Illinois
### Case No. 08CV2475
### SERVICE LIST

| | |
|---|---|
| Robert Radasevich, Esq.<br>Jason A. Frye, Esq.<br>Neal, Garber & Eisenberg<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Attorneys for Third Party Defendant<br>First American Title Insurance Company |
| Russell J. Stewart, Esq.<br>805 West Touhy Avenue<br>Park Ridge, IL 60068<br>Tel: (708) 692-3350<br>Email: russ@russstewart.com | Attorneys for Third Party Defendant<br>Jackie Vasquez |
| Joan M. Pridgeon<br>448 West Englewood Street<br>Chicago, IL 60621<br>Tel: (714) 448-5149 | Pro Se Third Party Defendant |
| Helen F. Mitchell-Carter<br>7646 South Merrill Avenue<br>Chicago, IL 60649<br>Tel: (773) 771-2280 | Pro Se Third Party Defendant |
| James S. Schreier, Esq.<br>Eric P. Early, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, CA 90067 | Attorneys for Third Party Defendant<br>Ticor Title Insurance Company |
| Isiah P. Ward<br>303 Waterford Drive<br>Willowbrook, IL 60527<br>Tel: (630) 906-9273 | Pro Se Third Party Defendant |
| Michael Smith<br>442 Hyde Park Avenue<br>Bellwood, IL 60104-1714 | Pro Se Third Party Defendant |