**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR NOVEMBER 20, 2014 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on November 20, 2014 at 10:00 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties;

2. Status of mediation and settlement discussions with third-party defendants; and

3. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Cases Dismissed Since Last Status Hearing**: **4 opt-out cases** (involving **8 opt-out plaintiffs**) have been dismissed since the last status hearing**.**

B. **Remaining Cases**: **15 opt-out cases** (involving **25 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Agreements Have Been Circulated**: **2 opt-out** cases involving **3 opt-out plaintiffs** where the settlement agreement has been circulated for signature.

D. **Cases Where Settlement Negotiations Are In Progress**: there are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent

foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

      **E.**     <u>**Active Cases**</u>**:** The Ameriquest Parties are engaged in discovery with respect to the remaining **10 opt-out cases** involving **16 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims.

      **F.**     <u>**Status Of Plaintiff Cedric Peterson's Continued Failure To Comply With His Discovery Obligations**</u>**:** Plaintiff Cedric Peterson ("Peterson") was ordered to respond to Argent's Interrogatories, Set One and Requests for Production, Set Two, without objection, by October 24, 2014. Case No. 1:08-cv-07281, Dkt. 22. Once again, Peterson failed to comply. He failed to substantively respond to most of the interrogatories or produce many of the requested documents and has not submitted any signed or verified discovery responses. Peterson agreed to correct the deficiencies by November 19, 2014. The Fidelity Parties, Peterson, and Argent agreed to reschedule his deposition to December 22, 2014.

**II.**     <u>**STATUS OF SETTLEMENT DISCUSSIONS OR MEDIATION WITH THIRD-PARTY DEFENDANTS AND THE AMERIQUEST PARTIES**</u>

      **A.**     <u>**Superior Third-Party Defendants**</u>**:** the Ameriquest Parties and the *Superior Third-Party Defendants* (approx. 10 different corporate entities with claims involving approximately **91 loans** in 9 states) participated in mediation in Chicago on June 25, 2014 before Judge Donald P. O'Connell (ret.). At the mediation the parties were able to reach settlement with respect to all of the claims against the *Superior Third-Party Defendants*. The settlement agreement was recently finalized and an Order of Dismissal was entered on October 7, 2014. Dkt. 5540.

      **B.**     <u>**Einbinder Third-Party Defendants**</u>**:** the Ameriquest Parties and the *Einbinder Third-Party Defendants* (5 different parties with claims involving **6 loans**) continue to exchange settlement proposals and are working to finalize resolution.

III.     **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

A.     **Mortgage Information Services Third-Party Defendants:**  The discovery cut-off was extended to March 31, 2015 for MIS and the Ameriquest Parties to allow the parties time to continue to meet and confer about depositions of MIS employees among other discovery issues.  Dkt. 5552.  The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states.  The parties are now in agreement concerning the scheduling of depositions and expect to complete five depositions in December and January.  Some discovery disputes remain although the parties are hopeful that the depositions will narrow or resolve the disputed issues.

B.     **Fidelity Entities Third-Party Defendants:**  The Ameriquest Parties and the Fidelity Parties (approx. 14 different corporate entities with claims involving approximately 253 loans for properties located in 21 states) will attend mediation on **December 11, 2014**.  As a result, at the last status conference, the Court suggested that the parties defer motions to compel until after the mediation.  As previously reported, there are a host of discovery disputes that the Court will need to resolve before progress can be made in discovery.  The Court set a follow-up discovery status conference on **December 18, 2014** to discuss the status of discovery following mediation.  In the interim, the Fidelity Parties have effectively stayed all discovery, objecting to proceeding with depositions or producing documents.

If the parties are unable to reach a resolution at mediation, the Ameriquest Parties will address outstanding discovery issues and a timeline to resolve outstanding discovery in advance of the December 18, 2014 conference.

C.     **Northwest Title Third-Party Defendants:**   The parties are in the process of meeting and conferring regarding deposition scheduling which will have to be coordinated with multiple parties and may take some time.  We expect the deposition to occur in January or early February.

Respectfully submitted,

Dated:   November 17, 2014

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants*
*and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 17th day of November 2014, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies