UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2014:

  MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 1/22/2015 at 10:00 a.m., with the exception of the third−party claims against the Fidelity Third−Party Defendants which are set for a status hearing on 12/18/2014. The Estate of Rosa Dailey and Chase shall meet and confer regarding counsel for the estate's request to enter the home to retrieve the original copy of the will. As to Case No. 08 C 7281, counsel for Argent reported that Plaintiff Cedric Peterson provided signed discovery responses and agreed to a deposition date but he failed to substantively respond to most of its interrogatories or produce many of the requested documents. Federal Rule of Civil Procedure 41(b) allows for the involuntary dismissal of an action [i]f the plaintiff fails to prosecute or to comply with these rules or a court order. Fed. R. Civ. P. 41(b). This Court ordered Mr. Peterson to respond to Argent's Interrogatories, Set One, and produce the documents requested by Argent's Request for Production, Set Two, without objection, by 10/24/2014. (Doc. 22, Case No. 08 C 7281). The Court warned Mr. Peterson in writing that a failure to comply with his discovery obligations could lead to a recommendation of dismissal with prejudice. Id. Mr. Peterson has not fully complied with the Court's order dated 10/14/2014. This is not the first time Mr. Peterson has failed to comply with his discovery obligations and a court order. On 1/25/2013, Mr. Peterson was originally ordered to respond to Argent's Interrogatories, Set One by 2/9/2013. (Doc. 5181, Case No. 05 C 7097). On 2/8/2013, Mr. Peterson requested more time to answer the interrogatories. (Doc. 5199, Case No. 05 C 7097). Over Argent's objection, the Court granted the extension and allowed Mr. Peterson until 5/1/2013 to respond to the outstanding interrogatories. (Doc. 5229, Case No. 05 C 7097). Mr. Peterson did not comply with the 5/1/2013 deadline. Because Mr. Peterson has repeatedly failed to comply with his discovery obligations and violated court orders, this Court recommends that the district court dismiss Cedric Peterson's case (Case No. 08 C 7281) with prejudice for failure to prosecute.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.