IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sims v Ameriquest Mortgage Company, et al.*, 07-cv-02462, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **IVAN SIMS** ("Plaintiff") and Defendants **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, HOMEWARD RESIDENTIAL, INC., AMERIQUEST MORTGAGE SECURITIES, INC.,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R11 (collectively "Defendants") hereby stipulate that the *Sims v. Ameriquest Mortgage Company, et al.*, 07-cv-02462, (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  November 24, 2014           Respectfully submitted,

                                    By:  /s/ Lloyd J. Brooks
                                    *Attorneys for the Plaintiffs*

                                    THE BROOKS LAW FIRM
                                    Lloyd J. Brooks, Esq.
                                    4747 Lincoln Mall Drive
                                    Suite 410
                                    Matteson, Illinois 60443
                                    Telephone: (708) 841-8000
                                    Facsimile:  (708) 841-8080

DATED:  November 24, 2014           Respectfully submitted,

                                    By:  /s/ Joanne N. Davies
                                    *Attorneys for Defendants Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and AMC Mortgage Services, Inc.*

                                    Joanne N. Davies, Esq.
                                    BUCHALTER NEMER
                                    18400 Von Karman Avenue, Suite 800
                                    Irvine, California 92612
                                    Telephone: (949) 760-1121
                                    Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 24th day of November 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies