## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Ameriquest Mortgage Company, et al.
                                                         Plaintiff,

v.                                                                     Case No.: 1:05−cv−07097
                                                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2014:

       MINUTE entry before the Honorable Daniel G. Martin: Status hearing held between the Ameriquest Parties and the Fidelity Third−Party Defendants and continued to 1/22/2015 at 10:00 a.m. Counsel advised parties reached a resolution to the third−party claims involving the Fidelity Third−Party Defendants during private mediation. Parties intend to finalize the settlement documents before the next status hearing. Stipulated dismissal order shall be filed with the district court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.