### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Ivery, et al. v. Ameriquest Mortgage Company*, 08-CV-04293, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JERRY L. IVERY** and **JACQUELINE D. IVERY**[1] (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY** ("Defendant") hereby stipulate that the *Ivery, et al. v. Ameriquest Mortgage Company*, 08-CV-04293 (N.D. Ill) (transferred into the MDL from W.D. Tennessee) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Certificate of Death as to Plaintiff Jacqueline D. Ivery was issued on February 10, 2014. Her interest in the Lawsuit transferred to the remaining Plaintiff, Jerry L. Ivery.

BN 15214999v1

1

DATED:  December 30, 2014     Respectfully submitted,

By:  /s/ Paul Anthony Robinson, Jr.
*Attorneys for the Plaintiffs*

Paul Anthony Robinson, Jr., Esq.
Law Offices of Paul Robinson
5 North 3rd Street, Suite 200
Memphis, Tennessee 38103-2698
Telephone: (901) 649-4053
Facsimile:  (901) 328-1803

DATED:  December 30, 2014     Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of December 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies