IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR JANUARY 22, 2015 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on January 22, 2015 at 10:00 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties;

2. Status of mediation and settlement discussions with third-party defendants; and

3. Status of discovery with third-party defendants.

I.  **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Cases Dismissed Since Last Status Hearing:** 2 **opt-out cases** (involving 3 **opt-out plaintiffs**) have been dismissed since the last status hearing.

B. **Remaining Cases:** 13 **opt-out cases** (involving **22 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Negotiations Are In Progress:** there are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional

1

documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

D.  **Active Cases**:  The Ameriquest Parties are engaged in discovery with respect to the remaining **10 opt-out cases** involving **16 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims.

E.  **Rosa Dailey (Case No. 07-cv-5426)**:  Plaintiff Rosa Dailey recently filed a motion to substitute and motion to strike motion to withdraw the complaint (the "motion") [Indiv. Dkt. 55].  Defendants filed an opposition to the motion on the grounds that the motion: (1) is time barred pursuant to Federal Rule of Civil Procedure 25(a)(1); (2) fails to identify a proper party to substitute; and (3) is futile as there are no viable pending claims [Indiv. Dkt. 63]. Defendants further renewed their motion to dismiss for want of prosecution as a result of Plaintiff Dailey's failure to obey this Court's orders and to comply with her discovery obligations.  *Id.*  A status hearing for the Dailey matter is scheduled to take place on April 2, 2015 before the Honorable Marvin E. Aspen [Dkt. 62].

F.  **Status Hearing Before The Honorable Marvin E. Aspen**:  The general MDL status hearing before the Honorable Marvin E. Aspen was continued from January 15, 2015 to July 16, 2015 [Dkt. 5564].

II. **STATUS OF SETTLEMENT DISCUSSIONS OR MEDIATION WITH THIRD-PARTY DEFENDANTS AND THE AMERIQUEST PARTIES**

A.  **Fidelity Entities Third-Party Defendants**:  the Ameriquest Parties and the *Fidelity Third-Party Defendants* (approx. 14 different corporate entities with claims involving approximately 253 loans for properties located in 21 states) are in the process of documenting the resolution reached at mediation.

B.  **Einbinder Third-Party Defendants**:  the Ameriquest Parties and the *Einbinder Third-Party Defendants* (5 different parties with claims involving **6 loans**) expect to finish documenting resolution of these claims within the next week.

17661124v1

**III. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

A. **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. The parties are scheduling depositions. Some discovery disputes remain although the parties are hopeful that the depositions will narrow or resolve the disputed issues. The parties may need to seek a continuance of the current discovery cut-off if the parties are not able to resolve these discovery matters by the current March 31, 2015 discovery cut-off date.

B. **Northwest Title Third-Party Defendants:** The parties are in the process of meeting and conferring regarding deposition scheduling which will have to be coordinated with multiple parties.

Respectfully submitted,

Dated: January 20, 2015

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 20th day of January 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

17661124v1