IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS DESAUTELS, MAHONEY & KOHN, LLC, HILLARD N. EINBINDER, LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C., SETTE & BONADIES, P.C., FRED SETTE, AND THE MATLUSKY FIRM, LLC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY** and **ARGENT MORTGAGE COMPANY** (collectively the "AMC Entities") and Third-Party Defendants **DESAUTELS, MAHONEY & KOHN, LLC, HILLARD N. EINBINDER, LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C., SETTE & BONADIES, P.C., FRED SETTE,** and **THE MATLUSKY FIRM, LLC** ("Settling Third-Party Defendants") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against Settling Third-Party Defendants.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and Settling Third-Party Defendants shall bear their own costs and attorneys' fees.

DATED: January 30, 2015        Respectfully submitted,

                                                            By:  /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company, LLC*

                                                            Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone:  (949) 760-1121
Facsimile:   (949) 720-0182

DATED: January 30, 2015        Respectfully submitted,

                                                              By:  /s/ Gary T. Jansen
*Attorneys for Desautels, Mahoney & Kohn, LLC, Hillard N. Einbinder, Law Offices of Borner, Scola, Baruti & Vancini P.C., Sette & Bonadies, P.C., Fred Sette, and The Matlusky Firm, LLC*

                                                            Gary T. Jansen, Esq.
CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC
One N. Franklin, Tenth Floor
Chicago, IL 60606
Telephone: (312) 726-3800
Facsimile:  (312) 726-3818

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of January, 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies