**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>─────────────────────────<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR FEBRUARY 26, 2015 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on February 26, 2015 at 10:00 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties;

2. Status of mediation and settlement discussions with third-party defendants; and

3. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Remaining Cases:** 13 opt-out cases (involving 22 opt-out plaintiffs) remain. Below is a breakdown of the remaining cases.

B. **Cases Where Settlement Negotiations Are In Progress:** there are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

      C.    **<u>Active Cases</u>:** The Ameriquest Parties are engaged in discovery with respect to the remaining **10 opt-out cases** involving **16 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims.

      D.    **<u>Cedric Peterson (Case No. 08-cv-07281)</u>:** Cherrone Peterson objected to being deposed because of an alleged medical condition. Because the Petersons failed to provide the requisite support, her objection was overruled. Dkt. 33. The depositions of Cherrone and Cedric Peterson have been scheduled for March 4 and March 5 to coincide with the hearing on Argent's Motion for Relief from Stay in Cherrone Peterson's bankruptcy. Relief from stay allowing the depositions to proceed was granted on February 24, 2015. However, now Cherrone Peterson refuses to appear for deposition.

      To avoid the argument that Cherrone needs to be served with a subpoena despite having repeatedly appeared before this Court, Argent attempted to have her served. The Petersons have interfered with the service attempts, giving the process server the run around and recently yelling at the process server to "Get the f*** out of here" while slamming the door. To facilitate the deposition, an order is requested compelling Cedric Peterson to cooperate by handing Cherrone Peterson a copy of the subpoena and notice within 24 hours to preclude her argument that she was not served with a subpoena. The depositions of Cherrone and Cedric Peterson are scheduled for March 4 and March 5, respectively, in Sacramento, California.

      E.    **<u>Status Hearing Before The Honorable Marvin E. Aspen</u>:** The general MDL status hearing before the Honorable Marvin E. Aspen was continued from January 15, 2015 to July 16, 2015 [Dkt. 5564].

**II.    STATUS OF SETTLEMENT DISCUSSIONS OR MEDIATION WITH THIRD-PARTY DEFENDANTS AND THE AMERIQUEST PARTIES**

      A.    **<u>Fidelity Entities Third-Party Defendants</u>:** the Ameriquest Parties and the *Fidelity Third-Party Defendants* (approx. 14 different corporate entities with claims involving approximately 253 loans for properties located in 21 states) have finalized documenting the

resolution reached at mediation. The AMC Entities anticipate filing a joint stipulation of dismissal of claims against the Fidelity Third-Party Defendants by the end of this week.

   **B.** **Einbinder Third-Party Defendants:** the Ameriquest Parties and the *Einbinder Third-Party Defendants* (5 different parties with claims involving **6 loans**) finalized documenting resolution of these claims and a joint stipulation of dismissal of claims against the Einbinder Third-Party Defendants was filed on January 30, 2015 [Dkt. 5568].

### III. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS

   A. **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. The parties have scheduled depositions in Florida in March and Ohio in April. Some discovery disputes remain although the parties are hopeful that the depositions will narrow or resolve the disputed issues. The parties have agreed to seek a continuance of the current discovery cut-off.

   B. **Northwest Title Third-Party Defendants:** On February 19, 2015, the parties completed the deposition of Wayne Holstad, CEO of Northwest Title and Escrow, about claims involving more than 90 loans. Additional documents were identified at the deposition and the parties will meet and confer about a supplemental document production.

         Respectfully submitted,

Dated: February 24, 2015   By: /s/ Joanne N. Davies
         *Attorneys for the Ameriquest Defendants*
         *and Third-Party Plaintiffs*

         Joanne N. Davies, Esq.
         Randall L. Manvitz, Esq.
         BUCHALTER NEMER,
         A Professional Corporation
         18400 Von Karman Avenue, Suite 800
         Irvine, CA 92612
         Telephone: (949) 760-1121
         Facsimile: (949) 720-0182

17850512v1

**CERTIFICATE OF SERVICE**

  I, Joanne N. Davies, hereby certify that on this 24th day of February 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 By: /s/ Joanne N. Davies

17850512v1