UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                            Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 25, 2015:

    MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to Joint Stipulation of Dismissal [5568], all of the AMC Entities' claims in the Fifth Amended Consolidated Third−Party Complaint are dismissed with prejudice against Settling Third−Party Defendants − Desautels, Mahoney & Kohn, LLC, Hillard N. Einbinder, Law Offices of Borner, Scola, Baruti & Vancini P.C., Sette & Bonadies, P.C., Fred Sette, and the Matlusksy Firm, LLC. These Third−Party Defendants − Desautels, Mahoney & Kohn, LLC, Hillard N. Einbinder, Law Offices of Borner, Scola, Baruti & Vancini P.C., Sette & Bonadies, P.C., Fred Sette, and the Matlusksy Firm, LLC are dismissed as parties in this case.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.