# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ameriquest Mortgage Company, et al.

                        Plaintiff,

v.                                                              Case No.: 1:05−cv−07097
                                                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2015:

      MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 4/30/2015 at 10:00 a.m. Pro se Plaintiff Cedric Peterson (Case No. 08 C 7281) appeared by telephone. The depositions of Cherrone and Cedric Peterson are scheduled for March 4 and March 5, 2015, respectively, in Sacramento, California. The discovery cut−off for the Ameriquest Parties and Mortgage Information Services, Inc. is extended to 7/1/2015. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.