### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANTS FIDELITY ENTITIES

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendants **ALAMO TITLE INSURANCE COMPANY; AMERICAN PIONEER TITLE INSURANCE COMPANY; CHICAGO TITLE COMPANY; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE OF MICHIGAN, INC.; COMMONWEALTH LAND TITLE COMPANY; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; LAWYERS TITLE INSURANCE CORPORATION; SECURITY UNION TITLE INSURANCE COMPANY; TICOR TITLE INSURANCE COMPANY;** and **TRANSNATION TITLE INSURANCE COMPANY** (collectively the "Fidelity Entities") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against the Fidelity Entities.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and the Fidelity Entities shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED: February 27, 2015 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies<br>*Attorneys for the AMC Entities* |
| | Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| DATED: February 27, 2015 | Respectfully submitted, |
| | By: /s/ *Albert E. Fowerbaugh, Jr.*<br>*Attorneys for the Fidelity Entities* |
| | Albert E. Fowerbaugh, Jr., Esq.<br>BUTLER, RUBIN, SALTARELLI & BOYD, LLP<br>70 West Madison Street, Ste. 1800<br>Chicago, IL 60602<br>Telephone: (312) 696-4440<br>Facsimile: (312) 444-9294 |

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 27th day of February 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies