UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                          Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2015:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to Joint Stipulation of Claims Against Third−Party Defendants Fidelity Entities [5572], all the claims of Third−Party Plaintiffs AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC, and TOWN & COUNTRY CREDIT CORPORATION (collectively the "AMC Entities") in the Fifth Amended Consolidated Third−Party Complaint against Third−Party Defendants ALAMO TITLE INSURANCE COMPANY; AMERICAN PIONEER TITLE INSURANCE COMPANY; CHICAGO TITLE COMPANY; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE OF MICHIGAN, INC.; COMMONWEALTH LAND TITLE COMPANY; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; LAWYERS TITLE INSURANCE CORPORATION; SECURITY UNION TITLE INSURANCE COMPANY; TICOR TITLE INSURANCE COMPANY; and TRANSNATION TITLE INSURANCE COMPANY (collectively the "Fidelity Entities") are dismissed, with prejudice. All claims by the AMC Entities against other Third−Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and the Fidelity Entities shall bear their own costs and attorneys' fees. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.