IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Hon. Marvin E. Aspen) <br><br> Magistrate Judge Daniel G. Martin |
| THIS DOCUMENT RELATES TO: <br><br> Bruce Buck and Shannon Buck, <br><br>   Plaintiffs <br> v. <br><br> Ameriquest Mortgage Company, <br> Northwest Title and Escrow Corp., <br> Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., <br> Kerry K. Langer, <br> Colleen F. Litfin, and <br> Rivertown Appraisals, Inc. <br><br>   Defendants <br><br> *N.D. Ill. Case No. 07-cv-4874* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RIVERTOWN APPRAISALS, INC., KERRY K. LANGER, AND COLLEEN F. LITFIN AND INFLATED APPRAISAL CLAIMS**

The above entitled parties, by and through their respective counsel, hereby stipulate and agree that Plaintiffs' claims against Defendants Rivertown Appraisals, Inc., Kerry K. Langer, and Colleen F. Litfin shall be dismissed with prejudice and without an award of costs to any party; and the court administrator of said court, upon the filing of this document, is hereby authorized and

directed to dismiss Rivertown Appraisals, Inc., Kerry K. Langer, and Colleen F. Litfin as parties from said action of record.

Also, the above entitled parties, by and through their respective counsel, hereby stipulate and agree that all of Plaintiff's claims arising out of their Inflated Appraisal Factual Allegations set forth in Plaintiff's Complaint [Ind. Dkt. 14-3] shall be dismissed with prejudice as to all Defendants and without an award of costs to any party.

Plaintiffs expressly reserve all of their remaining claims against the remaining Defendants including, without limitation, any and all remaining claims set forth in the Complaint.

Dated: 3/25, 2015

**PETERSON, ENGBERG & PETERSON, P.A.**

By: _Richard D. Kampa_
Richard D. Kampa (#0127243)
250 Marquette Avenue, Suite 540
Minneapolis, Minnesota 55401-2387
612.338.6743
peplawyers@aol.com

ATTORNEYS FOR PLAINTIFFS
BRUCE BUCK AND SHANNON BUCK

Dated: 3/30, 2015

**ZAHN LAW FIRM, P.A.**

By: _____
Matthew R. Zahn (#289000)
Edinborough Corporate Center
3300 Edinborough Way, Suite 601
Minneapolis, Minnesota 55435
952.831.1800
mzahn@zahn-law.net

ATTORNEYS FOR DEFENDANTS
RIVERTOWN APPRAISALS, INC., KERRY K. LANGER,
AND COLLEEN F. LITFIN

2

Dated: 3/26 , 2015

BUCHALTER NEMER

By: _____
Joanne N. Davies (#204100)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
949.760.1121
jdavies@Buchalter.com

ATTORNEYS FOR DEFENDANTS
AMERIQUEST MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

Dated: _____, 2015

HOLSTAD & KNAAK, PLC

By: _____
Wayne B. Holstad (#0124461)
4501 Allendale Drive
Saint Paul, Minnesota 55127
651.490.9078
wholstad@titlemaster.com

ATTORNEYS FOR DEFENDANT AND THIRD PARTY DEFENDANT NORTHWEST TITLE AND ESCROW CORPORATION

3

BUCHALTER NEMER

Dated: _____, 2015

By: _____
    Joanne N. Davies (#204100)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
949.760.1121
jdavies@Buchalter.com

ATTORNEYS FOR DEFENDANTS
AMERIQUEST MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

HOLSTAD & KNAAK, PLC

Dated: March 31, 2015

By: _____
    Wayne B. Holstad (#0124461)
4501 Allendale Drive
Saint Paul, Minnesota 55127
651.490.9078
wholstad@titlemaster.com

ATTORNEYS FOR DEFENDANT AND THIRD PARTY DEFENDANT NORTHWEST TITLE AND ESCROW CORPORATION

## CERTIFICATE OF SERVICE

     I, Joanne N. Davies, hereby certify that on this 2nd day of April 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: /s/ Joanne N. Davies