UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                             Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2015:

MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Stipulation of Dismissal [5575], Plaintiffs' claims against Defendants Rivertown Appraisals, Inc., Kerry K. Langer, and Colleen F. Litfin are dismissed with prejudice and without an award of costs to any party. Rivertown Appraisals, Inc., Kerry K. Langer, and Colleen F. Litfin are dismissed as parties in this action. The above entitled parties, by and through their respective counsel, hereby stipulate and agree that all of Plaintiff's claims arising out of their Inflated Appraisal Factual Allegations set forth in Plaintiff's Complaint [Ind. Dkt. 14−3] shall be dismissed with prejudice as to all Defendants and without an award of costs to any party.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.