IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Peterson v. Argent Mortgage Company LLC, et al.*, 08-CV-07281, N.D. Ill. | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **CEDRIC PETERSON** ("Plaintiff") and Defendants **ARGENT MORTGAGE COMPANY LLC** and **DEUTSCHE BANK NATIONAL TRUST COMPANY**[1] (collectively "Defendants") hereby stipulate that the *Peterson v. Argent Mortgage Company LLC, et al.*, 08-CV-07281 (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Defendant Deutsche Bank National Trust Company has not been served in the action.

DATED: 4/20, 2015

Respectfully submitted,

By: _____
*Plaintiff Cedric Peterson*

9345 Rocky Lane
Orangevale, CA 95662

DATED: April 24, 2015

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Argent Mortgage Company LLC and Deutsche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

**CERTIFICATE OF SERVICE**

      I, Joanne N. Davies, hereby certify that on this 24th day of April 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       By: /s/ Joanne N. Davies