**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR APRIL 30, 2015 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on April 30, 2015 at 10:00 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and
2. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Case Settled Since Last Status Hearing (Cedric Peterson (Case No. 08-cv-07281):** **1 opt-out cases** (involving **1 opt-out plaintiff)** has been settled since the last status hearing. Ameriquest is pleased to inform the Court that the parties filed a Joint Stipulation of Dismissal of Claims last week. The parties anticipate that the dismissal will be entered within the next few weeks. This matter was often before this Court on discovery matters and the parties appreciate the Court's involvement and assistance in moving this case to its conclusion.

B. **Remaining Cases:** **12 opt-out cases** (involving **21 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Negotiations Are In Progress**: there are **4 opt-out cases** involving **8 opt-out plaintiffs** where settlement negotiations are in progress. These are often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

D. **Active Cases**: The Ameriquest Parties are engaged in discovery with respect to the remaining **8 opt-out cases** involving **13 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims. The Ameriquest Parties anticipate that they may need to bring discovery disputes to the Court's attention with respect to the remaining claims.

E. **Gilbert and Janet Solnin (Case No. 06-cv-04866)**: Gilbert Solnin and Janet Solnin were ordered to retain counsel by May 7, 2015 or proceed *pro se*. To date, there is no indication they have hired counsel. The motion to compel was continued to May 14, 2015. [Dkt. 33]. The Solnins' response to Ameriquest's Requests for Production (Set Two) is due on or about May 17, 2015 and the depositions of the Solnins have been set for June 2 and 4, 2015.

F. **Status Hearing Before The Honorable Marvin E. Aspen**: The general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on July 16, 2015 [Dkt. 5564].

II. **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

A. **Mortgage Information Services Third-Party Defendants**: The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. In March, Ameriquest took a 30(b)(6) deposition for MIS as well as two percipient witness depositions. Ameriquest has requested additional documents from MIS and has noticed the deposition of witnesses identified by MIS and through deposition. Ameriquest is seeking to resolve the document production issues before proceeding with the additional depositions and the

18223444v1

parties are in the process of meeting and conferring on these document issues. Ameriquest anticipates that these depositions will be held in May or June. The third-party discovery cut-off is currently set for July 1, 2015. If the parties are not able to quickly resolve these discovery issues, the parties may need to seek a continuance of the current discovery cut-off.

    B.  **Northwest Title Third-Party Defendants:**  On February 19, 2015, the parties completed the deposition of Wayne Holstad, CEO of Northwest Title and Escrow, about claims involving more than 90 loans. Additional documents were identified at the deposition and the parties will meet and confer about a supplemental document production.

                     Respectfully submitted,

Dated: April 28, 2015       By: /s/ Joanne N. Davies
                  *Attorneys for the Ameriquest Defendants*
                  *and Third-Party Plaintiffs*

                  Joanne N. Davies, Esq.
                  Randall L. Manvitz, Esq.
                  BUCHALTER NEMER,
                  A Professional Corporation
                  18400 Von Karman Avenue, Suite 800
                  Irvine, CA 92612
                  Telephone: (949) 760-1121
                  Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of April 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

18223444v1