IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR JUNE 25, 2015 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on June 25, 2015 at 10:00 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Cases Dismissed Since Last Status Hearing**: **2 opt-out cases** (involving **2 opt-out plaintiffs**) were dismissed since the last status hearing, Rosa Dailey, Case No. 07-cv-05426 and Cedric Peterson, Case No. 08-cv-07281.

B. **Remaining Cases**: **11 opt-out cases** (involving **20 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

C. **Cases Where Settlement Agreements Have Been Circulated - Phillip and Janet Hanson (Case No. 07-cv-03942)**: there is **1 opt-out case** involving **2 opt-out plaintiffs** where a settlement agreement has been circulated for signature and settlement is imminent.

D. **Cases Where Settlement Negotiations Are In Progress**: there are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are

1

often cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests.

  E. **Active Cases**: The Ameriquest Parties are engaged in discovery with respect to the remaining **4 opt-out cases** involving **7 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims. The Ameriquest Parties anticipate that they may need to bring discovery disputes to the Court's attention with respect to the remaining claims.

  F. **Cases Recommended For Dismissal For Want of Prosecution**: The following cases have been recommended for dismissal for want of prosecution. The deadline to object has passed for one case and will expire on June 22, 2015 for two others.

- **Gilbert and Janet Solnin (Case No. 06-cv-04866)**: An order recommending dismissal was served by mail on May 14, 2015 [Dkt. 35], and therefore the 14-day objection period expired without objection.

- **Maria Arndt and Forrest Pendergraph (Case No. 06-cv-02479)**: An order recommending dismissal was served by mail on June 4, 2015 [Dkt. 44], and therefore the 14-day objection period will expire on June 22, 2015.

- **Joseph Schebel (Case No. 07-cv-06810)**: An order recommending dismissal was served by mail on June 4, 2015 [Dkt. 43], and therefore the 14-day objection period will expire on June 22, 2015.

  G. **Pending Motion to Dismiss for Want of Prosecution - Gail Myers (Case No. 07-cv-03584)**: This matter was previously dismissed for want of prosecution but the Court reinstated the matter after Ms. Myers belatedly blamed her prior counsel for her failure to participate. [MDL Dkt. 5366]. As explained in Ameriquest's pending motion for a recommendation of dismissal for want of prosecution set contemporaneously with the status conference, [Individual Dkt. 35] Ms. Myers will not participate in the litigation. She still has not

18485359v1

complied with the Court's January 2013 order to respond to the discovery outstanding since July 2012 [MDL Dkt. 5181]. She has not opposed the summary judgment motion pending since May 2012 although the Court granted four requests for an extension to March 2014 [MDL Dkt. 5452]. Although Ameriquest sent two loan modification offers to her, she has ignored all communications since approximately February 2014. Her lack of participation warrants dismissal.

   **H.** **Status Hearing Before The Honorable Marvin E. Aspen**: The general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on October 22, 2015 [Dkt. 5581].

**II.** **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

   **A.** **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. In March, Ameriquest took a 30(b)(6) deposition for MIS as well as two percipient witness depositions. The parties have been meeting and conferring about document production issues and MIS produced additional documents on June 12, 2015. Ameriquest has requested additional documents from MIS and has noticed the deposition of witnesses identified by MIS and through deposition. Ameriquest is seeking to resolve the document production issues before proceeding with the additional depositions and the parties are in the process of meeting and conferring on these document issues. Ameriquest anticipates that these depositions will be held in August. The third-party discovery cut-off is currently set for July 1, 2015. Accordingly, Ameriquest requests an extension of the discovery cut-off to coincide with the October 22, 2015 status hearing before Judge Aspen. MIS concurs with the request.

//
//
//
//

3

B. **Northwest Title Third-Party Defendants:** On February 19, 2015, the parties completed the deposition of Wayne Holstad, CEO of Northwest Title and Escrow, about claims involving more than 90 loans. Additional documents were identified at the deposition and the parties will meet and confer about a supplemental document production.

                          Respectfully submitted,

Dated: June 18, 2015           By:/s/ Randall Manvitz
                                      *Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

                                      Joanne N. Davies, Esq.
                                      Randall L. Manvitz, Esq.
                                      BUCHALTER NEMER,
                                      55 2nd Street, Suite 1700
                                      San Francisco, CA 94105
                                      Telephone: (415) 227-3644
                                      Facsimile: (415) 227-0770

18485359v1

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 18th day of June 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Randall Manvitz

18485359v1