**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**MOTION TO WITHDRAW CERTAIN BUCHALTER NEMER ATTORNEYS**

Buchalter Nemer respectfully submits the following Motion to Withdraw Certain Buchalter Nemer Attorneys. While the following Buchalter Nemer attorneys appeared in the action, these attorneys are no longer with Buchalter Nemer and are no longer involved in representing any of the parties in this action:

1. Sarah K. Andrus;

2. Brandon A. Block;

3. Bernard E. LeSage;

4. Joshua R. Mandell;

5. Brian H. Newman;

6. Melody A. Petrossian; and

7. Rachel A. P. Saldana.

Other attorneys from Buchalter Nemer remain in the case and represent the Ameriquest related parties and Third Party Plaintiffs. Accordingly, Buchalter Nemer respectfully requests that the appearance of the above listed attorneys be withdrawn.

1

Respectfully submitted,

Dated:   August 17, 2015        By:/s/ Joanne N. Davies
                             *Attorneys for the Ameriquest Defendants*
                             *and Third-Party Plaintiffs*

                             Joanne N. Davies, Esq.
                             Randall L. Manvitz, Esq.
                             BUCHALTER NEMER,
                             A Professional Corporation
                             18400 Von Karman Avenue, Suite 800
                             Irvine, CA 92612
                             Telephone: (949) 760-1121
                             Facsimile: (949) 720-0182

2

18901427v1

3

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 17th day of August 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Joanne N. Davies

18901427v1