IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) <br><br> (Assigned to Magistrate Judge Daniel G. Martin) |

## NOTICE OF MOTION TO WITHDRAW CERTAIN BUCHALTER NEMER ATTORNEYS

**PLEASE TAKE NOTICE** that on Thursday, August 27, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present counsel's Motion to Withdraw Certain Buchalter Nemer Attorneys. A copy of the Motion to Withdraw Certain Buchalter Nemer Attorneys is concurrently served upon you.

Dated: August 17, 2015

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

BN 18901795v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 17th day of August 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 18901795v1