**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Phillip M. Hanson, et al. v. Ameriquest Mortgage Company,* N.D. Ill. Case No. 07-cv-03942 | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **PHILLIP M. HANSON** and **JANET M. HANSON** (collectively, "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY,** and **ACC CAPITAL HOLDINGS CORPORATION** (collectively, "Defendants") hereby stipulate that Plaintiffs claims in the *Hanson, et al. v. Ameriquest Mortgage Company,* N.D. Ill. Case No. 07-cv-03942 (N.D. Ill) (transferred into the MDL from Minnesota) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: 5-28, 2015

Respectfully submitted,

By: _____
*Plaintiff* Phillip M. Hanson

DATED: 5-28, 2015

Respectfully submitted,

By: _____
*Plaintiff* Janet M. Hanson

DATED: 5-28, 2015



Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants* Ameriquest Mortgage Company, Deutsche Bank National Trust Company, and ACC Capital Holdings Corporation

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

SHAILESH C PATEL
MY COMMISSION #FF157142
EXPIRES September 4, 2018
(407) 398-0153    FloridaNotaryService.com

BN 18373126v1

2

## **CERTIFICATE OF SERVICE**

                                                          August

        I, Joanne N. Davies, hereby certify that on this __21st__ day of ~~June~~ 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             By: /s/ Joanne N. Davies