IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Phillip M. Hanson, et al. v. Ameriquest Mortgage Company, et al.*, 07-cv-03942, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing documents described as:

**ATTORNEY APPEARANCE FOR JOANNE N. DAVIES [INDIV. DKT. 9]; JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS [INDIV. DKT. 10]; AND JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS [INDIV. DKT. 5589]**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Phillip and Janet Hanson                Plaintiffs in pro per
5757 Bergquist Road
Duluth, MN 55804

1

BN 18358307v1

☑    **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on August 21, 2015. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑    **BY EMAIL** On August 21, 2015, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on August 21, 2015, at Irvine, California.

Joanne N. Davies

*(Signature)*

2

BN 18358307v1