# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

## ORDER

Motion to withdraw certain Buchalter Nemer attorneys [5587] is granted. Motion is stricken from the Court's call of 8/27/2015. The following attorneys are withdrawn from this case: Sarah K. Andrus; Brandon A. Block; Bernard E. LeSage; Joshua R. Mandell; Brian H. Newman; Melody A. Petrossian; and Rachel A. P. Saldana.

Date: August 21, 2015

_____
U.S. District Judge Marvin E. Aspen