FILED

SEP 01 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRIT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **WILBERT COOLEY** | ) | **MDL Docket No.: 1715** |
| | ) | |
| | ) | **Lead Case No.: 05-cv-07097** |
| **Plaintiff,** | ) | |
| | ) | **(Centralized before the Honorable** |
| **v.** | ) | **Marvin E. Aspin)** |
| | ) | |
| **AMERIQUEST MORTGAGE** | ) | |
| **COMPANY, et al.,** | ) | **(Assigned to Magistrate Judge Daniel G.** |
| | ) | **Martin)** |
| **Defendants.** | ) | |

## MOTION TO QUASH DEFENDANT'S MOTION TO COMPEL

**COMES NOW** Plaintiff Wilbert Cooley and files the above described Motion to Quash the Defendant's Motion to Compel Discovery Responses from Plaintiff. As grounds for Quashing said Motion filed by the Defendant, Plaintiff submits that the defendant is attempting to circumvent the legal process by filing this motion. To clarify that point the Plaintiff further states that the Defendant is well aware of the fact that currently before the Court is Defendant's Sur Reply submitted to the Court on or about July 17, 2015, in accordance to a "Memorandum Opinion and Order" rendered by the Court pertaining to the Plaintiff's Application for Suggestion of Remand.

The Plaintiff submits that the Defendant is continuing to use tactics that are designed to distract the Plaintiff from focusing on Court ordered deadlines, by bombarding Plaintiff with emails, phone calls and letters pertaining to matters that are known to be directly associated with the Plaintiff's Application for Suggestion of Remand and the matters that the Defendant has

consistently badgered the Plaintiff with will be impacted by the Courts ultimate Order related to the Plaintiff's Application for Suggestion of Remand.

## CONCLUSION

Based upon the foregoing analysis, Plaintiff request that the Court Quash the Defendant's Motion To Compel Discovery Responses from Plaintiff, prior to the Court's ultimate Order related to the Plaintiff's Application for Suggestion of Remand.

Respectfully submitted this the 31st  day of August, 2015.

*[signature]*

**WILBERT COOLEY**

## CERTIFICATE OF SERVICE

I hereby certified that I have served a copy of the above and foregoing upon the following counsel of record by placing a copy of same in the United States Mail, Postage Prepaid, and properly addressed as follows on this the 31st day of August, 2015.

Randall Manvitz. Esq.
Buchalter Nemer, PC
55 Second Street, Suite 1700
San Francisco, California 94105-3493

*[signature]*

**WILBERT COOLEY**