

# United States District Court
# Northern District of Illinois

In the Matter of

Wilbert Cooley                                                        Magistrate Judge Daniel G. Martin

                            v.                                     Case No. 05-CV-07097

Ameriquest Mortgage Company, et al

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Daniel G. Martin, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Marvin E. Aspen**

Date: Thursday, September 03, 2015

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Daniel G. Martin

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, September 03, 2015

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Other, as specifically set forth below.

...............................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Plaintiffs Motion to Quash Defendants Motion to Compel [5608].

District Referral - To Designated Magistrate Judge