**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR SEPTEMBER 17, 2015
STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on September 17, 2015 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2. Status of discovery with third-party defendants.

I.  **STATUS OF OPT-OUT PLAINTIFFS' CASES**

   A.  **Cases Dismissed Since Last Status Hearing:**  Significant progress was made since the last status hearing as **5 opt-out cases** (involving **8 opt-out plaintiffs**) were dismissed:

   - Maria Arndt and Forrest Pendergraph (Case No. 06-cv-02479);
   - Phillip and Janet Hanson (Case No. 07-cv-03942);
   - Gail Myers (Case No. 07-cv-03584);
   - Joseph Schebel (Case No. 07-cv-06810); and
   - Gilbert and Janet Solnin (Case No. 06-cv-04866).

   B.  **Remaining Cases:**  **6 opt-out cases** (involving **12 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

1

**C.** **Cases Where Settlement Negotiations Are In Progress:** there are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests. Additionally, certain of the opt-out plaintiffs are considering loan modifications offers that have been provided to them by the loan servicers.

**D.** **Active Cases:** The Ameriquest Parties are engaged in discovery with respect to the remaining **3 opt-out cases** involving **6 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims. The Ameriquest Parties anticipate that they may need to bring discovery disputes to the Court's attention with respect to the remaining claims. A number of potential discovery disputes have arisen particularly concerning the common set of discovery served on all opt-out parties in July 2012 which has been before this court on many occasions. We expect multiple motions to compel to be filed within the next month if the parties are not able to resolve the issues.

- **Wilbert and Kandee Cooley, (Case No. 07-cv-07182):** Ameriquest is seeking guidance from the court as to whether discovery is stayed in the *Cooley* matter. On April 29, 2015, Wilbert Cooley filed a motion for suggestion of remand before the Honorable Marvin E. Aspen [Indiv. Dkt. 69]. The motion has been fully briefed. On August 28, 2015, Ameriquest filed a motion to compel regarding discovery that has pending against Plaintiffs since 2012 (enforcement was delayed due to a protective order filed by Wilbert Cooley that was only recently denied) [Indiv. Dkt. 72 and 82]. Ameriquest's motion to compel was heard on September 3, 2015 and was "denied without prejudice to reassertion if necessary after the district court rules on Plaintiff Wilbert Cooley's Suggestion of Remand." [Indiv. Dkt. 85].

On September 10, 2015, Wilbert Cooley filed a motion to quash defendant's subpoenas duces tecum to Regions Bank, Compass Bank, and William Mace, Phd. [Indiv. Dkt. 88]. Mr. Cooley did not engage in any meet and confer regarding the subpoenas before filing his motion.

All of the subpoenas at issue were served before the court issued its ruling on Ameriquest's motion to compel. For one subpoena, the production deadline has passed (Regions Bank) so the motion to quash is untimely. Regions Bank is gathering the documents for production. Compass Bank responded that it has no documents so an objection to that subpoena is moot. For Dr. Mace, the production deadline is September 25, 2015 and this subpoena relates to obtaining medical records relating to Plaintiffs' emotional distress claims.

It is Ameriquest's understanding that per the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(d):

> The pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court. An order to transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Accordingly, Cooley's filing of a motion for remand would not automatically stay discovery and the discovery will ultimately need to proceed regardless of venue. However, in light of the court's ruling on September 3, 2015, and Cooley's recent motion to quash the subpoenas, Ameriquest seeks direction from the court as to whether discovery in *Cooley* is stayed and what action, if any, Ameriquest should take in connection with the outstanding subpoenas.

The documents requested pursuant to the subpoenas are necessary regardless whether the case continues in this Court or is transferred to another court and the motion to quash is devoid of any showing otherwise. The only result of quashing the subpoenas is delay.

E. **Status Hearing Before The Honorable Marvin E. Aspen**: The general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on October 22, 2015 [Dkt. 5581].

/ / /

/ / /

/ / /

19023104v1

## II. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS

**A. Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. In March, Ameriquest took a 30(b)(6) deposition for MIS as well as two percipient witness depositions. On August 25, 2015, Ameriquest's counsel and MIS's counsel met and conferred about outstanding document production issues and MIS is in the process of responding to certain document requests. Ameriquest is seeking to resolve the document production issues before proceeding with the additional depositions and the parties continue the process of meeting and conferring on these document issues. Ameriquest has proposed deposition dates in late October 2015 and MIS's counsel is conferring with his client regarding the availability of witnesses on those dates. The third-party discovery cut-off is currently set for October 22, 2015. Accordingly, Ameriquest requests an extension of the discovery cut-off to January 22, 2016. MIS concurs with the request.

**B. Northwest Title Third-Party Defendants:** On February 19, 2015, the parties completed the deposition of Wayne Holstad, CEO of Northwest Title and Escrow, about claims involving more than 90 loans. Additional documents were identified at the deposition and the parties will meet and confer about a supplemental document production.

Respectfully submitted,

Dated: September 11, 2015

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

19023104v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 11th day of September 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

19023104v1