



**NCLC®**

**NATIONAL**
**CONSUMER**
**LAW**
**CENTER®**

Advancing Fairness
in the Marketplace for All

BOSTON HEADQUARTERS
7 Winthrop Square, Boston, MA 02110-1245
Phone: 617-542-8010 • Fax: 617-542-8028

WASHINGTON OFFICE
1001 Connecticut Avenue NW, Suite 510, Washington, DC 20036
Phone: 202-452-6265 • Fax: 202-296-4062

www.nclc.org



**FILED**

SEP 0 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court for the Northern District of Illinois
Clerk's Office
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:      1:05-cv-07097, Docket No. 5600

Dear Clerk:

Recently the enclosed Notice of Electronic Filing was forwarded to me. I was formerly counsel for some of the plaintiffs in this action. But all of those cases have been dismissed. So I was unaware that I was under any further obligation to stay in touch with the Court. My new mailing address is: 1001 Connecticut Ave., NW, Suite 510, Washington, DC 20036. My phone number is 202-452-6252 ext. 106.

Please note that I no longer work for the firm that represented these clients. If there is any additional information that you require, or if you have any further questions, please let me know.

Last, I attempted to respond to the court at the email address specified in the ECF notice: Docketing_ILND@uscourts.gov. But that address is not valid.

Thank you for your time.
Respectfully,

Andrew Pizor

Encl.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Monday, August 31, 2015 4:41 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-07097 In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation" Electronic NEF Bounce Back

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6,1

## Notice of Electronic Filing

The following transaction was entered on 8/31/2015 at 3:40 PM CDT and filed on 8/17/2015
**Case Name:**          In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation"
**Case Number:**        1:05-cv-07097
**Filer:**
**Document Number:** 5600

**Docket Text:**
NOTICE OF EMAIL NOTIFICATION FAILURE, for document #[5587], [5588] sent to Attorney Andrew Pizor apizor@consumerlawgroup.com returned as: Unknown Address Error. The Clerk telephoned Andrew Pizor, no contact made. Document [5587], [5588] mailed to attorney Andrew Pizor with Letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerk's Office at Docketing_ILND@uscourts.gov when a Notification of Change of Address has been filed to

Case: 1:05-cv-07097 Document #: 5613 Filed: 09/08/15 Page 3 of 3 PageID #:52336

**Subject:** Delivery Status Notification (Failure)
**From:** "Mail Delivery System" <MAILER-DAEMON@smtp2.sndg.gtwy.dcn>
**Date:** 9/1/2015 1:35 PM
**To:** apizor@nclc.org

The following message to <Docketing_ILND@uscourts.gov> was undeliverable.
The reason for the problem:
5.1.0 - Unknown address error 550-'5.1.1 <Docketing_ILND@uscourts.gov>... User
unknown'

---

Reporting-MTA: dns; smtp2.sndg.gtwy.dcn

Final-Recipient: rfc822;Docketing_ILND@uscourts.gov
Action: failed
Status: 5.0.0 (permanent failure)
Remote-MTA: dns; [156.119.163.224]
Diagnostic-Code: smtp; 5.1.0 - Unknown address error 550-'5.1.1
<Docketing_ILND@uscourts.gov>... User unknown' (delivery attempts: 0)

— Attachments: —————————————————————————————

FW: Activity in Case 1:05-cv-07097 In Re: "Ameriquest Mortgage Co.,.eml        3.7 KB