**ANDERSON + WANCA**
ATTORNEYS AT LAW

3701 ALGONQUIN ROAD, SUITE 760, ROLLING MEADOWS, IL 60008
TEL: (847) 368-1500 • FAX: (847) 368-1501
EMAIL: BUSLIT@ANDERSONWANCA.COM



September 9, 2015

Thomas G. Bruton
Clerk of the Court
U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

Dear Mr. Bruton:

We received the attached correspondence from your office. We believe this was sent to us in error. We do not have an attorney named Clark Murray Stalker working at this firm nor does this firm represent any of the parties in Case No. 05-cv-07097.

Very truly yours,

ANDERSON + WANCA

Tina Natali
Legal Assistant

Enclosure



**THOMAS G. BRUTON**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

August 31, 2015

Clark Murray Stalker
Anderson Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

RE: Failure to Comply with General Order 14-0024

Dear Clark Stalker

As you know, the Northern District of Illinois utilizes CM/ECF to provide electronic notices to parties. You are receiving this letter due to a critical concern with your email account. Pursuant to General Order 14-0024 Section IV(G), e-filers must maintain a current and active email account. On 8/17/2015, my office received a report that a notice of electronic filing sent to you at clark.stalker@mbtlaw.com was returned undeliverable.

In order to resolve this issue, you must access your CM/ECF account by following the applicable steps on the enclosed instructional sheet to update your contact information. If this attorney no longer works at your law firm, you must immediately file the appropriate documents to be in compliance with the local rules. Once you have updated your information, you are required to send an email to the Clerk's office. Please send the email to: docketing_ilnd@ilnd.uscourts.gov and provide your name, the case number referenced on the enclosed document, and an indication that you have updated your account and/or filed a notification of change of address.

Attached to this letter is a copy of the filing that was returned undeliverable to your email address. Again, you must resolve this matter immediately and notify my office once you have corrected the problem.

Sincerely,

*Thomas G. Bruton*

Thomas G. Bruton
Clerk of Court
Northern District of Illinois

Enclosures

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

## MOTION TO WITHDRAW CERTAIN BUCHALTER NEMER ATTORNEYS

Buchalter Nemer respectfully submits the following Motion to Withdraw Certain Buchalter Nemer Attorneys. While the following Buchalter Nemer attorneys appeared in the action, these attorneys are no longer with Buchalter Nemer and are no longer involved in representing any of the parties in this action:

1. Sarah K. Andrus;
2. Brandon A. Block;
3. Bernard E. LeSage;
4. Joshua R. Mandell;
5. Brian H. Newman;
6. Melody A. Petrossian; and
7. Rachel A. P. Saldana.

Other attorneys from Buchalter Nemer remain in the case and represent the Ameriquest related parties and Third Party Plaintiffs. Accordingly, Buchalter Nemer respectfully requests that the appearance of the above listed attorneys be withdrawn.

Respectfully submitted,

Dated: August 17, 2015

By:/s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

18901427v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 17th day of August 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

18901427v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## NOTICE OF MOTION TO WITHDRAW CERTAIN BUCHALTER NEMER ATTORNEYS

**PLEASE TAKE NOTICE** that on Thursday, August 27, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present counsel's Motion to Withdraw Certain Buchalter Nemer Attorneys. A copy of the Motion to Withdraw Certain Buchalter Nemer Attorneys is concurrently served upon you.

Dated: August 17, 2015

By:/s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

BN 18901795v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 17th day of August 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions: **In order to update your information**, complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select E-Filing Info, CM/ECF User Guide, "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:

FIRM:

STREET ADDRESS:

CITY/STATE/ZIP:

PHONE NUMBER:

E-MAIL ADDRESS:

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____  _____
Attorney Signature                                    Date
updated 06/11/2015

CM Account FAQ's

How do I correct my address and email information?

If you have a ECF user account:
1) Login
2) From the blue menu bar select the Utilities option
3) Select one or more of the following options:
   a) Maintain Your Address
   b) Maintain Your Email
4) Enter address or email changes and click the Submit button
5) Follow the prompts
6) For address changes, E-file a Notification of Change of Address in each case an appearance has been filed.

If you have lost or misplaced their login and/or password refer to the ECF Help Desk at 312-435-5671

If you do not have a ECF account file a Notification of Change of Address. The form is located on the website **www.ilnd.uscourts.gov** under On-line Forms/Attorney tab
Also register for an ECF account. See reference below.


How do I register for a ECF account?
   a. Go to the website **www.ilnd.uscourts.gov**: Attorney Info/Related Links – Electronic Case Filing (ECF) Registration. Select the registration option that applies.

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clark Murray Stalker
Anderson Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

NOTIFY SENDER OF NEW ADDRESS
ANDERSON & WANCA
3701 ALGONQUIN RD STE 500
ROLLING MDWS IL 60008-3157
BC: 60008315725

neopost
09/01/2015
US POSTAGE $000.70⁵
FIRST-CLASS MAIL
ZIP 60604
041M11270962







**ANDERSON + WANCA**
ATTORNEYS AT LAW
3701 ALGONQUIN ROAD, SUITE 760, ROLLING MEADOWS, IL 60008

Thomas G. Bruton
Clerk of the Court
U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

2015 SEP 11 PM 12: 12

INSPECTED U.S. Marshals

IL 601 09 SEP '15

UNITED STATES POSTAGE
$000.925
PITNEY BOWES
02 1P
0000616452 SEP 09 2015
MAILED FROM ZIP CODE 60008