FILED

SEP 15 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILBERT COOLEY | ) | MDL Docket No.: 1715 |
| | ) | |
| | ) | Lead Case No.: 05-cv-07097 |
| Plaintiff, | ) | |
| | ) | (Centralized before the Honorable |
| v. | ) | Marvin E. Aspin) |
| | ) | |
| AMERIQUEST MORTGAGE | ) | |
| COMPANY, et al., | ) | (Assigned to Magistrate Judge Daniel G. |
| | ) | Martin) |
| Defendants. | ) | |

## PLAINTIFF WILBERT COOLEY'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUR-REPLY RE: PLAINTIFF'S APPLICATION FOR SUGGESTION OF REMAND [DKT. 84]

On August 28, 2015, plaintiff Wilbert Cooley filed Plaintiff's Reply To Defendant Ameriquest's Sur-Reply To Application of Plaintiff Wilbert Cooley for Suggestion of Remand [84], as ordered by the Court, Notification of Docket Entry August 4, 2015. On September 9, 2015, defendant Ameriquest filed a Motion for Leave to file a response to address, what the defendant alleges to be, new and false statements by plaintiff Wilbert Cooley.

Defendant Ameriquest takes exception to plaintiff Wilbert Cooley's statement, 1) that the defendant Ameriquest's counsel refused to make a good faith effort to meet and confer, and 2) that defendant Ameriquest's counsel objected to plaintiff Wilbert Cooley having a witness present, and terminated a scheduled telephone call on August 18, 2015. See plaintiff's exhibits 1, 2 and 3 which clearly contradicts statements asserted by the defendant which purport to support

false claims advanced by the defendant in defendant's exhibit 1, 2 and 3 which are attached to the defendant's Motion for Leave to File a Response to Plaintiff's response to defendant's Sur-Reply to Plaintiff's Application for Suggestion of Remand.

Defendant Ameriquest, in its response to support its Motion for Leave, fails to establish good cause for the Court to grant such leave. Plaintiff's statements, concerning the defendant Ameriquest's counsels' lack of good faith, are neither new nor untrue. Such statements have been repeatedly addressed, in detail, in plaintiff's original Application for Suggestion of Remand [69], plaintiff's response to defendant Ameriquest Sur-Reply [84], plaintiff's e-mail correspondence to defendant dated, 8/18/2015 and various other e-mail correspondences with the defendant's counsel. The aforementioned correspondences show a repeated pattern of defendant Ameriquest's counsel, demanding to confer without reasonably adequate notice, refusing to compromise on meeting dates and times, and being hostile and condescending toward the plaintiff. Plaintiff Wilbert Cooley has adequately and sufficiently supported his statements regarding defendant's counsels' behavior and attitude. Further, such statements are not substantive to, or definitive of, the Court's ruling on the Application of Plaintiff Wilbert Cooley's Application for Suggestion of Remand.

Resultantly, the defendant lacks the basis to support a Sur-Reply to the plaintiff's response to the defendant's Sur-Reply as ordered by the Court in the Court's Memorandum Opinion and Order dated July 24, 2015 related to the plaintiff's Application for Suggestion of Remand, and therefore, defendant Ameriquest's Motion for Leave to File Response should be denied.

## CONCLUSION

Based upon the foregoing analysis, Plaintiff request that the Court grant this Motion to Deny the Defendant's Motion for Leave to File a Response to the Plaintiff's Response to theDefendant's Sur-Reply to Plaintiff's Application for Suggestion of Remand as Ordered by the Court in the Court's Memorandum Opinion and Order dated July 24, 2015

Respectfully submitted this the 14th day of September, 2015.

*[signature]*
WILBERT COOLEY

## CERTIFICATE OF SERVICE

I hereby certified that I have served a copy of the above and foregoing upon the following counsel of record by placing a copy of same in the United States Mail, Postage Prepaid, and properly addressed as follows on this the 14th day of September, 2015.

Randall Manvitz. Esq.
Buchalter Nemer, PC
55 Second Street, Suite 1700
San Francisco, California 94105-3493

*[signature]*

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

July 31, 2015

Randall Manvitz, Esq
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

    Re:    Correspondence dated July 1, 2015, *Wilbert Cooley and Kandee Cooley v. Ameriquest Mortgage Company et al.,* **United States District Court Northern District of Illinois, Case No., 07-cv-07182, N.D. ILL.**

Dear Mr. Manvitz:

    I am writing you in regards to the above described correspondence, in which you referred to a brief telephone conversation that took place the day prior to said correspondence. During the discussion you expressed a desire to, "meet and confer about Ameriquest's Request for Production, Set One, and Interrogatories, Set One served on July 9, 2012.

    As you will recall, I informed you that I would only confer in writing and you proceeded to address the matter in the above described correspondence. Therefore, I am writing to say that in my view your questions concerning my responses to Ameriquest's Request for Production, Set One, and Interrogatories, Set One which as you indicated were served on July 9, 2012, are both relative to my Motion for protective Order which was ruled on by the MDL on or about May 28, 2015.

    Moreover, I continue to maintain by stated position regarding the responses set forth in my objections to Ameriquest's Request as described in my Motions for Protective Order. However, I attaching the Court's Scheduling Order in my case along with a Motion advanced by Ameriquest, which clearly cites said Scheduling Order in advancement of their stated position as it related to their motion.

    I pray that the foregoing documentation satisfies your concerns regarding this matter.

*EXHIBIT 1*

Reply to Attorney Randall Manvitz' 8/18/2015 email to plaintiff just minutes before a previously scheduled meet and confer telephone conference indicating that, "it was his understanding that the that the conversation would be recorded." Mr. Manvitz did not respond to my reply to his email.

**From:** Wilbert Cooley <wilbertcooley39@gmail.com>
**Date:** August 18, 2015 at 1:09:37 PM CDT
**To:** "Manvitz, Randall L." <rmanvitz@buchalter.com>
**Subject: Re: Ameriquest/Cooley [IWOV-BN.FID1793787]**

Mr. Manvitz,

I never had a discussion with you concerning the meet and confer call being recorded, and I object to the call being recorded.

Sent from my iPhone


On Aug 18, 2015, at 12:05 PM, Manvitz, Randall L. <rmanvitz@buchalter.com> wrote:

This is a reminder for the 11:30 call. You can reach me at my regular office phone: (415) 227-3644. My understanding is that the parties agree to have the call recorded, and you will be prepared to address the topics in my written meet and confer correspondence.

I look forward to speaking with you.

Randall Manvitz | Sr. Counsel | Buchalter Nemer, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com

EXHIBIT 2