**FILED**

**SEP 15 2015**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY ) | MDL Docket No.: 1715 |
| ) | |
| ) | Lead Case No.: 05-cv-07097 |
| Plaintiff, ) | |
| ) | (Centralized before the Honorable |
| v. ) | Marvin E. Aspin) |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, et al., ) | (Assigned to Magistrate Judge Daniel G. |
| ) | Martin) |
| Defendants. ) | |

THIS DOCUMENT RELATES TO:

*Wilbert Cooley v. Ameriquest Mortgage Company, et al.,* 07-cv-07182, N.D. Ill.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 14, 2015, Plaintiff Wilbert Cooley filed a Motion Opposing the Defendant's Motion for Leave to Respond to Plaintiff's Response to Defendant's Sur-Reply to Plaintiff's Application for Suggestion of Remand related to the above described litigation involving the Plaintiff, based upon the grounds as set out in said Motion, a copy of which is concurrently served upon (Randall Manvitz, Esq.) Attorney of Record for Ameriquest Mortgage Company.

DATED: September 14, 2015.

Respectfully submitted this the 14th, day of September, 2015.

By: *Wilbert Cooley*
WILBERT COOLEY

## CERTIFICATE OF SERVICE

      I hereby certified that I have served a copy of the above and foregoing upon the following counsel of record by placing a copy of same in the United States Mail, Postage Prepaid, and properly addressed as follows on this the 14th day of September, 2015. I further certify that a True and Correct Copy of the foregoing document was sent via Overnight Mail to The Court and a copy was sent to Randall Manvitz, Esq., via email at rmanvitz@buchalter.com.

Randall Manvitz. Esq.
Buchalter Nemer, PC
55 Second Street, Suite 1700
San Francisco, California 94105-3493

**WILBERT COOLEY**