

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Wilbert Cooley
(Please print)

**STREET ADDRESS:** 1070 Zurich St.

**CITY/STATE/ZIP:** Mobile, AL 36608

**PHONE NUMBER:** (251)367-8609 or (251)343-0603

**CASE NUMBER:** 1:07-cv-07182     lead case no. 05-cv-07097

Signature: *(signed)* Wilbert Cooley

Date: 9/14/15

*FILED SEP 22 2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT*

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

wilbertcooley39@gmail.com

E-Mail Address
(Please Print Clearly)

Updated 03/26/14