**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | : MDL No. 1715 :  : Lead Case No. 05-cv-07097 : : (Centralized before the Honorable Marvin : E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : Magistrate Judge Daniel G. Martin : |

## MOTION TO WITHDRAW APPEARANCE

An undersigned attorney of record for EMC Mortgage Corporation ("EMC"), hereby respectfully moves this Court to withdraw her appearance for EMC, who will continue to be represented by other existing counsel. In support of this Motion, the undersigned states that she left the law firm of Neal, Gerber & Eisenberg LLP in 2008, has not represented EMC since then and has since worked in-house.

By: /s/ Linda B. Dubnow

Linda B. Dubnow
TransUnion LLC
555 W. Adams St.
Chicago, Illinois 60661
ldubnow@transunion.com