# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | : MDL No. 1715 <br> : <br> : Lead Case No. 05-cv-07097 <br> : <br> : (Centralized before the Honorable <br> : Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : <br> : Magistrate Judge Daniel G. Martin <br> : |

## NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, October 1, 2015 at 10:30 a.m.**, we shall appear before the Honorable Marvin E. Aspen in Room 2568 and present **Motion to Withdraw Appearance,** copies of which were filed electronically and are available through the Court's system.

Dated: September 24, 2015

        /s/ Linda B. Dubnow

Linda B. Dubnow
TransUnion LLC
555 W. Adams St.
Chicago, Illinois  60661
ldubnow@transunion.com

21793291.1

**CERTIFICATION OF SERVICE**

      I HEREBY CERTIFY, that on September 24, 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/ Linda B. Dubnow
                                                 Linda B. Dubnow