# EXHIBIT A

Jul 31 15 11:42p     Wilbert Cooley     343-0603     p.1

**Wilbert Cooley**

1070 Zurich Street
Mobile, AL 36608
Phone: 251.367.8609
Phone: 251.447.4000
Fax: 251.343.0603

# Fax

To: _Randall Mannitz, Esq._    From: _Wilbert Cooley_
Fax: _415.904.3102_    Pages: _Ten (10) including Cover_
Phone: _415.227.3644_    Date: _7/31/2015_
Re: _Request to meet & Confer_    CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Note:

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

July 31, 2015

Randall Manvitz, Esq
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Re:  *Correspondence dated July 1, 2015, Wilbert Cooley and Kandee Cooley v. Ameriquest Mortgage Company et al.,* **United States District Court Northern District of Illinois, Case No., 07-cv-07182, N.D. ILL.**

Dear Mr. Manvitz:.

    Your questions related to this matter are relative to my Motions for Protective Order, which the Court has already ruled on. Therefore, your questions regarding the Protective Order are no longer at issue. You also questioned my stated position that discovery in this case ended long before July 9, 2012. Please see attached, the Court's Scheduling Order.

Best Regards,

*Wilbert Cooley*
Wilbert Cooley