# EXHIBIT B

# Manvitz, Randall L.

| | |
|---|---|
| **From:** | Manvitz, Randall L. |
| **Sent:** | Tuesday, September 29, 2015 4:26 PM |
| **To:** | Cooley Wilbert (wcooley1@bellsouth.net) (wcooley1@bellsouth.net); Cooley Wilbert (wilbertcooley39@gmail.com) (wilbertcooley39@gmail.com) |
| **Cc:** | Manvitz, Randall L. |
| **Subject:** | Cooley v. Ameriquest [IWOV-BN.FID1794671] |

Mr. Cooley,

If you have anything suggesting that Exhibit 1 to MDL Dkt. 5617, Plaintiff Wilbert Cooley's Motion in Opposition to Defendant's Motion for Leave to File Response to Plaintiff's Sur-Reply Re: Plaintiff's Application for Suggestion of Remand was sent to me, please provide it to me by no later than 11:00 a.m. CT tomorrow.

Randall Manvitz | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 55 Second Street, Suite 1700 | San Francisco, CA 94105-3493 | Direct Dial: (415) 227-3644 | Direct Fax: (415) 904-3102 | Switchboard: (415) 227-0900 | rmanvitz@buchalter.com | www.buchalter.com | Bio

1