**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**MOTION OF ALAN N. SALPETER AND THERESE KING NOHOS FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Alan N. Salpeter and Therese King Nohos hereby move (the "Motion") for leave to withdraw their appearances as counsel to Roland Arnall ("Arnall"). In support thereof, Alan N. Salpeter and Therese King Nohos respectfully state as follows:

1.      At the time of filing their appearances in this matter on behalf Roland Arnall, Alan N. Salpeter and Therese King Nohos were employed by the law firm of Dewey & LeBoeuf LLP ("Dewey & LeBoeuf").

2.      On May 17, 2015, Alan N. Salpeter and Therese King Nohos filed Notices of Change of Address informing the Court of their employment with the law firm of Kaye Scholer LLP ("Kaye Scholer") [ECF nos. 4944, 4955].

3.      Alan N. Salpeter continues to practice law as Special Counsel with Kaye Scholer.

4.      Therese King Nohos is no longer employed by Kaye Scholer and is currently Senior Legal Counsel at DeVry Education Group.

5.      Roland Arnall died on March 17, 2008, and none of the settling or non-settling plaintiffs ever sued him or his estate as part of this proceeding.

6.      Furthermore, permitting Alan N. Salpeter and Therese King Nohos to withdraw as

counsel for the Arnall will not jeopardize or negatively impact Arnall's case, and it will not delay or prejudice any other party.

7.      For all the above reasons, the Court should grant Alan N. Salpeter and Therese King Nohos leave to withdraw their appearances on behalf of Arnall.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order: (a) granting the Motion; (b) granting Alan N. Salpeter and Therese King Nohos leave to withdraw their appearances as counsel for the Arnall; and (c) granting such other relief as the Court deems just and equitable.

Dated:  October 7, 2015

Respectfully submitted,

By:  /s/ Alan N. Salpeter
Alan N. Salpeter
KAYE SCHOLER LLP
Three First National Plaza
70 West Madison Street
Suite 4200
Chicago, IL 60602
Phone: (312) 583-2376
Fax:    (312) 583-2360
Email: alan.salpeter@kayescholer.com

-and-

By:  /s/ Therese King Nohos
Therese King Nohos
DEVRY EDUCATION GROUP
Three First National Plaza
3005 Highland Pkwy
Suite 4200
Downers Grove, IL 60515
Phone: (630) 515-7700

2