**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, October 15, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Marvin E. Aspen, or any other judge sitting in his place and stead, in the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Room 2568, and present the **MOTION OF ALAN N. SALPETER AND THERESE KING NOHOS FOR LEAVE TO WITHDRAW AS COUNSEL,** copies of which are hereby served upon you.

Dated: October 7, 2015

Respectfully submitted,

By: /s/ Alan N. Salpeter
Alan N. Salpeter
KAYE SCHOLER LLP
Three First National Plaza
70 West Madison Street
Suite 4200
Chicago, IL 60602
Phone: (312) 583-2376
Fax: (312) 583-2360
Email: alan.salpeter@kayescholer.com

-and-

By: /s/ Therese King Nohos
Therese King Nohos
DEVRY EDUCATION GROUP
Three First National Plaza
3005 Highland Pkwy
Suite 4200
Downers Grove, IL 60515
Phone: (630) 515-7700

## CERTIFICATE OF SERVICE

I, Alan N. Salpeter, an attorney, hereby certify that on October 7, 2015, I caused the foregoing **NOTICE OF MOTION** and **MOTION OF ALAN N. SALPETER AND THERESE KING NOHOS FOR LEAVE TO WITHDRAW AS COUNSEL** to be filed through the Court's CM/ECF System, thereby serving the counsel of record in compliance with Local Rule 5.5 and the Court's General Order on Electronic Case Filing.

/s/ Alan N. Salpeter
Alan N. Salpeter