UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | : MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | : |
| LITIGATION, | : Lead Case No. 05-cv-07097 |
| | : |
| _____ | : (Centralized before the Honorable |
| | : Marvin E. Aspen) |
| THIS DOCUMENT RELATES | : |
| TO ALL ACTIONS | : Magistrate Judge Daniel G. Martin |
| | : |

### **MOTION TO WITHDRAW APPEARANCE**

An undersigned attorney of record for First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Company, The Talon Group, United General Title Insurance Company, First American Title Insurance Company of New York and First American National Title Company (collectively, and referred to in the singular as, "First American"), hereby respectfully moves this Court to withdraw his appearance for First American, as all claims against First American have been resolved.


By: /s/ Robert Radasevich _____

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY, that on October 26, 2015, a true and correct copy of

the foregoing document was filed electronically.  Notice of this filing will be sent

by electronic mail to all counsel of record by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.


/s/ Robert Radasevich


Robert Radasevich (#6180383)
NEAL GERBER & EISENBERG LLP
2 North LaSalle St.
Suite 1700
Chicago, IL  60602
PHONE:  (312) 269-8000
rradasevich@ngelaw.com