IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | : : : : : : : | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the<br>Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | Magistrate Judge Daniel G. Martin |

### NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on **Thursday, November 5, 2015 at 10:30 a.m.**, we shall appear before the Honorable Marvin E. Aspen in Room 2568 and present **Motion to Withdraw Appearance,** copies of which were filed electronically and are available through the Court's system.

Dated: October 26, 2015

                                              /s/ Robert Radasevich

                                        Robert Radasevich ((#6180383)
                                        rradasevich@ngelaw.com
                                        NEAL GERBER & EISENBERG LLP
                                        2 North LaSalle St.
                                        Suite 1700
                                        Chicago, IL 60602
                                        PHONE: (312) 269-8000

020828.0601:21930744.1