**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR NOVEMBER 19, 2015 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on November 19, 2015 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and
2. Status of discovery with third-party defendants.

I.  **STATUS OF OPT-OUT PLAINTIFFS' CASES**

   A.  **Cases Dismissed Since Last Status Hearing:**  There were no opt-out cases dismissed since the last status hearing.

   B.  **Remaining Cases:**  **6 opt-out cases** (involving **12 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

   C.  **Cases Where Settlement Agreement Has Been Finalized:**  There is **1 opt-out case** involving **2 opt-out plaintiffs** where the settlement agreement was recently executed and the matter will be dismissed soon.

   D.  **Cases Where Settlement Negotiations Are In Progress:**  There are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are cases where opt-out plaintiffs are seeking loan modifications, deeds in lieu, or consent

1

foreclosures from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests. Additionally, certain of the opt-out plaintiffs are considering loan modifications offers that have been provided to them by the loan servicers.

E. **Active Cases:** The Ameriquest Parties are engaged in discovery with respect to the remaining 2 **opt-out cases** involving **4 opt-out plaintiffs** or dispositive motions have been filed and are pending with respect to these claims. The Ameriquest Parties anticipate that they may need to bring discovery disputes to the Court's attention with respect to the remaining claims. A number of potential discovery disputes have arisen particularly concerning the common set of discovery served on all opt-out parties in July 2012 which has been before this court on many occasions. We expect multiple motions to compel to be filed within the next month if the parties are not able to resolve the issues.

- **Ameriquest v. James Null (Case No. 07-cv-01584):** The Court granted Ameriquest's Motion to Compel on September 25, 2015. Dkt. 32. The Nulls were ordered to produce all outstanding documents by October 2, 2015. They failed to produce any documents by the deadline and few since then. Ameriquest's counsel has repeatedly attempted to convince the Nulls to comply with their discovery obligations. The Nulls recently had a death in the family temporarily excusing their participation in discovery after October 5. The Nulls have agreed to comply with the order by producing documents by November 16, 2015 and appearing for deposition during the first week of December. Ameriquest's counsel will update the Court at the time of the status hearing whether the Nulls have produced the requested documents.

F. **Closed Case:** *Joyce Griggs v. Ameriquest*, **Case No. 08-CV-1583: Pending Motion To Set Aside Settlement [Dkt. 32]**: On October 16, 2015, Ameriquest responded to Joyce Griggs' motion to set aside settlement agreement. Ind. Dkt. 34. Ms. Griggs' claims were settled and dismissed almost two years ago whereby the parties agreed she could pay off her loan at a discounted amount with a March 2014 payment deadline. There is no indication that she made any effort to pay off her loan by March 2014 or at any other time. Nonetheless, her motion

asks Judge Aspen to set aside the settlement agreement to allow her to negotiate a new deal. There is no basis to set aside the settlement agreement, but Ms. Griggs and Ameriquest have jointly requested to have her motion held in abeyance for 60 days in an effort to provide Ms. Griggs and the loan servicer sufficient time to analyze her loan modification application. The settlement agreement provides that any disputes concerning the settlement agreement are to be determined by the Magistrate Judge for the MDL, so if the matter is re-opened and if the parties are unable to resolve the dispute, Ameriquest expects further briefing before this Court. There is nothing that needs to be done at this time.

   G. **Status Hearing Before The Honorable Marvin E. Aspen**: The general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on February 18, 2016 [Dkt. 5630].

II. **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

   A. **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. In March, Ameriquest took a 30(b)(6) deposition for MIS as well as two percipient witness depositions. On August 25, 2015, Ameriquest's counsel and MIS's counsel met and conferred about outstanding document production issues and MIS is in the process of responding to certain document requests. Ameriquest is seeking to resolve the document production issues before proceeding with the additional depositions and the parties continue the process of meeting and conferring on these document issues. On November 10 and 11, 2015, MIS supplemented their document production, and since then, the parties have continued to engage in discussions about additional documents. The parties are attempting to schedule three days of depositions in Cleveland, Ohio, during the week of December 14, 2015 with another deposition in Cincinnati, Ohio on a date to be determined in January or February 2016. The third-party discovery cut-off is currently set for January 22, 2016. Accordingly, Ameriquest requests an extension of the discovery cut-off to April 22, 2016. MIS concurs with this request.

B. **Northwest Title Third-Party Defendants:** One of the matters involving Northwest Title was recently settled and a dismissal will be entered in the near future. Ameriquest intends to meet and confer about certain outstanding document issues involving the third-party claims related to more than 90 loans.

Respectfully submitted,

Dated: November 16, 2015

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

19487963v2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 16th day of November 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

19487963v2