IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL, <br><br> Plaintiff(s), <br><br> vs. <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br> Defendant(s). | Case No. 08-cv-01584/05-cv-07097 <br><br> MOTION FOR LEAVE TO APPEAR PRO HOC VICE |

Comes, James K. Murphy, as counsel for James and Mildred Null, one of the parties in the above referenced action who moves this court to allow him to enter his appearance PRO HOC VICE.

Counsel has obtained an electronic case filing account and his physical address is:

> James K. Murphy
> 200 S. Fifth Street, Suite 400S
> Louisville, Kentucky 40202

Any physical copies of documents should be sent to that address.

DATED: November 18, 2015          Respectfully submitted,

By: _____
James K. Murphy, Esq.
200 S. Fifth Street, Suite 400S
Louisville, KY 40202
502-548-4120
*Attorneys for Plaintiffs, James E. Null and Mildred Nulls*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was on this 18th day of November, 2015 sent via email to the following

Randall Manvitz, Esq.
**BuchalterNemer**, A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (949) 760-1121
Facsimile: (949) 720-0182