UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                             Case No.: 1:05−cv−07097
                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2015:

    MINUTE entry before the Honorable Daniel G. Martin:Status hearing held and continued to 2/11/2016 at 9:30 a.m. As to Case No. 08 C 1584, Plaintiffs' counsel represented that outstanding responsive documents will be produced by 11/22/2015. To the extent Plaintiffs do not have within their custody or control information or documents responsive to a request, Plaintiffs shall provide a sworn affidavit to that effect by 11/22/2015. By 11/23/2015, Plaintiffs James and Mildred Null shall file a status report with the court describing their compliance with their discovery obligations. As to Ameriquest and MIS, the third−party discovery cut−off is extended from 1/22/2016 to 4/22/2016.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.