IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL,<br><br>        Plaintiff(s),<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.<br><br>        Defendant(s). | Case No. 08-cv-01584/05-cv-07097<br><br>COMPLIANCE WITH DISCOVERY REQUEST |

Comes, Mildred Null and James Null, as Plaintiff in the above referenced action, by Counsel to provide this statement of compliance with Defendant's discovery request and provide affidavits of the Plaintiffs with regard to such compliance.

1. Plaintiffs have provided to Counsel for Ameriquest an additional 2,684 pages of documents via the online file sharing service Dropbox. This is in additional to the previous 492 pages of documents provided during the course of this litigation.

2. Plaintiffs have provided copies of all of their billing records for the period from 2005 through 2015.

3. Plaintiffs have provided their bank records from South Central Bank since 2013.

4. Plaintiff have provided their loan records with ABC Finance and Check Advance.

  DATED: November 18. 2015

                                            Respectfully submitted,

                                            By: /s/ James K. Murphy
                                            James K. Murphy, Esq.
                                            200 S. Fifth Street, Suite 400S
                                            Louisville, KY 40202
                                            502-548-120
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was on this 22nd day of November, 2015 sent via online filing to the following

Joanne N. Daviess
Randall Manvitz, Esq.
**BuchalterNemer**, A Professional Corporation
18400 Von Kampen Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

By: /s/ James K. Murphy