IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL,<br><br>        Plaintiff(s),<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.<br><br>        Defendant(s). | Case No. 08-cv-O1584/05-cv-07097<br><br>AFFIDAVIT OF JAMES NULL |

Comes, James Null, as Plaintiff in the above referenced action, who swears and affirms under oath, as follows:

1. I have provided to counsel for Ameriquest copies of all documents that are in my possession related to my financial condition and physical condition relating to the period of time from the year 2000 until the present time. There are no documents in my possession that have not been disclosed to counsel for Ameriquest.

2. In addition, I have provided copies of my health records and my medical bills as well as with regard to my loans with ABC Finance and Check Advance.

3. I have further provided information I have kept related to collection efforts over the past years.

4. Many documents relating to years prior to 2010 were lost when the basement of our home flooded. I previously believed that the basement flooded in 2013 but upon further recollection, I determined that the basement flooded in 2010. Any documents that were present in the basement at the time of the flood were lost.

5. Documents which have been provided relating to years prior to 2010 were not located in the basement and thus were not lost.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James Null

STATE OF KENTUCKY     )
                                   ) SS
COUNTY OF Barren     )

Subscribed and sworn to before me, a Notary Public in and for the aforesaid State and County, by James Null this 21 day of November, 2015.

My commission expires _____

_____
NOTARY PUBLIC, STATE AT LARGE

[Notary Seal: JAMES K. MURPHY, NOTARY PUBLIC, ID NO. 539786, MY COMMISSION EXPIRES 8/12/2019, STATE AT LARGE, KY.]