IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL,<br><br>   Plaintiff(s),<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.<br><br>   Defendant(s). | Case No. 08-cv-01584/05-cv-07097<br><br>AMENDED COMPLIANCE WITH DISCOVERY REQUEST |

Comes, Mildred Null and James Null, as Plaintiff in the above referenced action, by Counsel to provide this statement of compliance with Defendant's discovery request and provide affidavits of the Plaintiffs with regard to such compliance. These documents were provided on November 22, 2015 via the online file sharing service Dropbox. All documents which were previously produced from a prior request for production of documents in 2012 have been re-produced in response to this Request.

  In direct respect to the document request, Counsel states as follows:

REQUEST NO.1: All documents related to Ameriquest

  <u>Response</u>:   While this is broad, Plaintiff have provided all documents in their possession to Counsel

REQUEST NO. 2: All documents provided to you by Ameriquest

  <u>Response</u>:   These documents have previously been provided to counsel in 2012 but were attached to the present response.

REQUEST NO. 3: All documents you provided to Ameriquest

  <u>Response</u>:   Plaintiff have provided all documents in their possession to Counsel

REQUEST NO. 4: All Documents Relating To Communications between You and Ameriquest.

  <u>Response</u>:   Plaintiff have provided all documents in their possession to Counsel

REQUEST NO. 5: All Documents Relating To Your Loan from Ameriquest including Loan Documents.

Response: This has been previously provided and was produced again. Plaintiff have provided all documents in their possession to Counsel

REQUEST NO. 6: All Documents that were present at the Loan Closing.

Response: This has been previously provided and was produced again. Plaintiff have provided all documents in their possession to Counsel

REQUEST NO. 7: All Documents Relating To any Communication(s) You had with person Relating To of the matters alleged in the Complaint.

Response: This has been previously provided and was produced again. Plaintiff have provided all documents in their possession to Counsel.

REQUEST NO. 8: All Documents created and/or maintained by any Person, including but not limited to, notes, journals, ledgers, and diaries, Relating To any of the matters alleged in the Complaint.

Response: To the extent that such documents exist, they have been provided.

REQUEST NO. 9: All Documents, including any written statement, affidavit, or declaration that You have obtained from any Person concerning any matter alleged in the Complaint.

Response: No documents exist which are responsive to this request other than the statements of the other defendants in this matter which are found in the pleadings.

REQUEST NO. 10: All Documents sufficient to identify all past or current litigation in which You were plaintiff, defendant, third party defendant, or witness from January 1, 1995 to the present.

Response: To the extent that such documents exist, they have been produced.

REQUEST NO. 11: Documents sufficient to show the ownership or lease by You of any real estate from January 1, 2000 to the present.

Response: Defendants have not purchased any real property since 2000. They do not have copies of their original deed which is a public record.

REQUEST NO. 12: Documents sufficient to identify Your income, assets, debt, and liabilities for the years 2002 to the present.

Response: To the extent that such documents exist, they have been produced.

REQUEST NO. 13: All Documents showing bank account deposits maintained or drawn

upon by You at any time from January 1, 2002 to the present, including periodic statements for any checking account, savings account, money market, or any other type of account in which You are or were a user, signatory, beneficiary or other type of person with access to the account.

Response: To the extent that such documents exist, they have been produced. The years prior to 2013 cannot be located but have been requested by Counsel from the Bank.

REQUEST NO. 14:

All Documents for any retirement accounts, 401K accounts, lRA accounts, 529 Savings Plan, or any other type of long term savings or investment account in which You are or were a user, signatory, beneficiary or other type of person with access to the account during the period from January 1, 2002 to the present.

Response: There are no documents that are responsive to this request.

REQUEST NO. 15: All Documents for any stock purchase accounts, mutual fund account, or any other investment account in which You are or were a user, signatory, beneficiary or other type of person with access to the account during the period from January 1, 2002 to the present.

Response: There are no documents that are responsive to this request.

REQUEST NO. 16: All periodic statements for any credit card, debit card, or any other type of card You used for purchases at any time from January 1, 2002 to the present, including any and all Documents reflecting the status of any payments, late payments, card termination, or debt collection efforts.

Response: To the extent that such documents exist, they have been produced.

REQUEST N0.17: All credit reports, credit statements, or other Documents reflecting Your credit score or status at any time from January 1, 2002 to the present.

Response: Plaintiffs do not possess any documents which are directly responsive to this request.

REQUEST NO. 18: All Documents Relating To the value of the Property at any time January 1, 2002 to the present including any appraisals or valuations.

Response: Plaintiffs do not possess any documents which are directly responsive to this request.

REQUEST NO. 19: Any credit application or other statement of Your income, assets, or debt at any time January 1, 2002 to the present.

<u>Response</u>: To the extent that such documents exist, they have been produced

REQUEST NO. 20: All Documents Relating To any loan obtained by You or any attempts by You to obtain a loan after January 1, 2002.

<u>Response</u>: These documents have been produced.

REQUEST NO. 21: All Documents Relating To any collection letter or other effort to collect money from You at any time from 2002 to the present.

<u>Response</u>: To the extent that such documents exist, they have been produced

REQUEST NO. 22: All pleadings served or filed in any lawsuit filed by You or involving You.

<u>Response</u>: To the extent that such documents exist, they have been produced

REQUEST NO. 23: All Documents Relating To Your attempts to rescind a Loan from Ameriquest.

REQUEST NO. 24: All Documents supporting Your contention that You are able to meet Your tender obligations or otherwise show that You are financially able to reimburse Ameriquest for any Loan Proceeds paid to You or on Your behalf.

<u>Response</u>: There are no documents which are responsive to this request as Plaintiffs never could meet the obligations under the loan.

REQUEST NO. 25: All Documents Relating To any effort to refinance the Loan including but not limited to communications with lenders, loan applications, and loan documents

<u>Response</u>: To the extent that such documents exist, they have been provided.

REQUEST NO. 26: All Documents which You contend support Your allegations in the Complaint.

<u>Response</u>: The documents have previously been provided and have been re-produced.

REQUEST NO. 27: All Documents Relating To any rental property owned by You at any time from January 2002 to the present.

<u>Response</u>: There are no documents which are responsive to this request.

REQUEST NO. 28: All Documents Relating To any business or commercial use of any real property owned by You such as leases, rental agreements, or documents related to a home office or business operated out of Your home.

<u>Response</u>: There are no documents which are responsive to this request.

REQUEST NO. 29: All Documents Relating To Your use or intended use of the Loan

Proceeds.

<u>Response</u>: There are no documents which are responsive to this request.

REQUEST NO. 30: All Documents identified in Your responses to Ameriquest's interrogatories propounded upon You.

<u>Response</u>: The documents have previously been provided and have been re-produced.

REQUEST NO. 31: All Documents Relating To any loan You have obtained from January 2002 to the present including but not limited to any refinance of Your residence.

<u>Response</u>: These documents have been produced

REQUEST NO. 32: All Documents Relating To Your Communications with a mortgage broker from January 2002 to the present.

<u>Response</u>: To the extent these documents exist, they have been provided.

REQUEST NO. 33: All Documents Relating To Your Communications with any mortgage lender from January 2002 to the present.

<u>Response</u>: To the extent these documents exist, they have been provided.


DATED: November 24, 2015

    Respectfully submitted,

    By: <u>/s/ James K. Murphy</u>
    James K. Murphy, Esq.
    200 S. Fifth Street, Suite 400S
    Louisville, KY 40202
    502-548-120
    *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was on this 24th day of November, 2015 sent via online filing to the following

Joanne N. Daviess
Randall Manvitz, Esq.
**BuchalterNemer**, A Professional Corporation
18400Von Kampen Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

By: /s/ James K. Murphy