# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Bruce Buck, et al. v. Ameriquest Mortgage Company*, N.D. Ill. Case No. 07-cv-04874 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **BRUCE BUCK** and **SHANNON BUCK** (collectively, "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, NORTHWEST TITLE AND ESCROW CORP., DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Ameriquest Mortgage Securities, Inc., KERRY K. LANGER,**[1] **COLLEEN F. LITFIN,**[2] and **RIVERTOWN APPRAISALS, INC.**[3] (collectively, "Defendants") hereby stipulate that Plaintiffs' claims in the *Buck, et al. v. Ameriquest Mortgage Company*, Case No. 07-cv-04874 (N.D. Ill) (transferred into the MDL from Minnesota) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] Kerry K. Langer was previously dismissed with prejudice on April 9, 2015.
[2] Colleen F. Litfin was previously dismissed with prejudice on April 9, 2015.
[3] Rivertown Appraisals, Inc. was previously dismissed with prejudice on April 9, 2015.

DATED: _____, 2015

Respectfully submitted,

By: /s/ Richard D. Kampa
*Attorneys for the Plaintiffs*

Richard D. Kampa, Esq.
PETERSON, ENGBERG & PETERSON
250 Marquette Avenue, Suite 540
Minneapolis, Minnesota 55401
Telephone: (612) 338-6743
Facsimile: (612) 338-4281

DATED: _____, 2015

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company and Deustche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: _____, 2015

Respectfully submitted,

By: _____
*Attorneys for Defendant Northwest Title and Escrow Corp.*

Wayne B. Holstad, Esq.
Fritz Knaak, Esq.
HOLSTAD & KNAAK PLC
4501 Allendale Drive
St. Paul, Minnesota 55127
Telephone: (651) 490-9078
Facsimile: (651) 490-1580

| | |
|---|---|
| DATED: _____, 2015 | Respectfully submitted, |
| | By: /s/ Richard D. Kampa |
| | *Attorneys for the Plaintiffs* |
| | Richard D. Kampa, Esq.<br>PETERSON, ENGBERG & PETERSON<br>250 Marquette Avenue, Suite 540<br>Minneapolis, Minnesota 55401<br>Telephone: (612) 338-6743<br>Facsimile: (612) 338-4281 |
| DATED: December 30, 2015 | Respectfully submitted, |
| | By: /s/ Joanne N. Davies |
| | *Attorneys for Defendants Ameriquest Mortgage Company and Deustche Bank National Trust Company* |
| | Joanne N. Davies, Esq.<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| DATED: _____, 2015 | Respectfully submitted, |
| | By: _____ |
| | *Attorneys for Defendant Northwest Title and Escrow Corp.* |
| | Wayne B. Holstad, Esq.<br>Fritz Knaak, Esq.<br>HOLSTAD & KNAAK PLC<br>4501 Allendale Drive<br>St. Paul, Minnesota 55127<br>Telephone: (651) 490-9078<br>Facsimile: (651) 490-1580 |

DATED: _____, 2015	Respectfully submitted,

By: /s/ Richard D. Kampa
*Attorneys for the Plaintiffs*

Richard D. Kampa, Esq.
PETERSON, ENGBERG & PETERSON
250 Marquette Avenue, Suite 540
Minneapolis, Minnesota 55401
Telephone: (612) 338-6743
Facsimile: (612) 338-4281

DATED: _____, 2015	Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage Company and Deustche Bank National Trust Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: 10/23/2015	Respectfully submitted,

By: [signature]
*Attorneys for Defendant Northwest Title and Escrow Corp.*

Wayne B. Holstad, Esq.
Fritz Knaak, Esq.
HOLSTAD & KNAAK PLC
4501 Allendale Drive
St. Paul, Minnesota 55127
Telephone: (651) 490-9078
Facsimile: (651) 490-1580

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of December 2015, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies