# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ameriquest Mortgage Company, et al.

                                              Plaintiff,

v.                                                                                Case No.: 1:05−cv−07097
                                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2016:

      MINUTE entry before the Honorable Daniel G. Martin:Individual Case No. 07 C 7182 is set for a status hearing on 2/18/2016 at 9:30 a.m. If Plaintiffs Wilbert Cooley and Kandee Cooley wish to participate in the 2/18/2016 status hearing by telephone, they must contact Magistrate Judge Martin's Courtroom Deputy at 312−435−5833 prior to the status hearing to confirm their participation by phone and to provide a contact number. Plaintiff Kandee Cooley is directed to complete and file an Appearance Form for Pro Se Litigants with the Clerk's Office. Status hearing set for 2/18/2016 at 9:30 a.m. in the MDL case (Case No. 05 C 7097) stands.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.