IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-0709 |
| _____<br>THIS DOCUMENT RELATES TO:<br>*Bruce Buck, et al. v. Ameriquest Mortgage* Company, N.D. Ill. Case No. 07-cv-04874 | ) ) ) ) | <br><br>(Centralized before The<br>    Honorable Marvin E. Aspen) |

**ORDER**

Pursuant to Joint Stipulation of Dismissal of Claims Against Defendants [5645], Plaintiffs Bruce Buck and Shannon Buck's claims in the *Buck, et al. v. Ameriquest Mortgage Company*, Case No. 07-cv-04874 (N.D. Ill) (transferred into the MDL from Minnesota) are dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees. Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Date: February 1, 2016

_____
U.S. District Judge Marvin E. Aspen