IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*James E. Null and Mildred Null v. Ameriquest Mortgage* Company, N.D. Ill. Case No. 08-cv-1584 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **JAMES E. NULL** and **MILDRED NULL** (collectively, "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, NATIONS TITLE AGENCY OF INDIANA, and JON CLARK** (collectively, "Defendants") hereby stipulate that Plaintiffs' claims in the *Null, et al. v. Ameriquest Mortgage Company*, Case No. 1:08-cv-01584 (N.D. Ill) (transferred into the MDL from the Western District of Kentucky, case no. 3:08-cv-47-H) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: February 9, 2016      Respectfully submitted,

By: _____
*Attorneys for the Plaintiffs*

James K. Murphy, Esq.
HOGE & ASSOCIATES
First Trust Centre, Suite 400 South
200 South First Street
Louisville, Kentucky 40202
Telephone: (502) 583-2005
Facsimile: (502) 583-1223

DATED: February __, 2016      Respectfully submitted,

By: _____
*Attorneys for Defendants Ameriquest Mortgage Company*

Randall Manvitz, Esq.
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

DATED: February ___, 2016     Respectfully submitted,

By: _____
*Attorneys for Defendant Nations Title Agency of Indiana*

David C. McCormack, Esq.
McCormack Law., S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone: (262) 790-1160

DATED: February ___, 2016    Respectfully submitted,

By: _____
*Attorneys for the Plaintiffs*

James K. Murphy, Esq.
HOGE & ASSOCIATES
First Trust Centre, Suite 400 South
200 South First Street
Louisville, Kentucky 40202
Telephone: (502) 583-2005
Facsimile: (502) 583-1223

DATED: February 8, 2016    Respectfully submitted,

By: _____
*Attorneys for Defendants Ameriquest Mortgage Company*

Randall Manvitz, Esq.
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

DATED: February ___, 2016    Respectfully submitted,

By: _____
*Attorneys for Defendant Nations Title Agency of Indiana*

David C. McCormack, Esq.
McCormack Law., S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone: (262) 790-1160

DATED: February ___, 2016          Respectfully submitted,

                                                                By: _____
*Attorneys for the Plaintiffs*

James K. Murphy, Esq.
HOGE & ASSOCIATES
First Trust Centre, Suite 400 South
200 South First Street
Louisville, Kentucky 40202
Telephone: (502) 583-2005
Facsimile: (502) 583-1223

DATED: February ___, 2016          Respectfully submitted,

                                                                By: _____
*Attorneys for Defendants Ameriquest Mortgage Company*

Randall Manvitz, Esq.
BUCHALTER NEMER
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

DATED: February 2, 2016          Respectfully submitted,

                                                                By: /s/ David C. McCormack
*Attorneys for Defendant Nations Title Agency of Indiana*

David C. McCormack, Esq.
McCormack Law., S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone: (262) 790-1160

DATED: February 1, 2016

Respectfully su[bmitted]

By: _____

Jonathan D. Boggs Esq.
O'Koon Hintermeister, PLLC
550 West Jefferson Street
1100 PNC Plaza
Louisville, Kentucky 40202-2835
Telephone: (502) 581-1630
Facsimile: (502) 581-1821

## CERTIFICATE OF SERVICE

I, Randall Manvitz, hereby certify that on this 9th day of February 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Randall Manvitz