UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                                            Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 11, 2016:

    MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Joint Stipulation of Dismissal of Claims Against Defendants [5651] and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs James E. Null and Mildred Null (collectively, "Plaintiffs") and Defendants Ameriquest Mortgage Company, Nations Title Agency of Indiana, and Jon Clark (collectively "Defendants"), Plaintiffs' claims on the Null, et al. v. Ameriquest Mortgage Company, Case No. 1:08−cv−01584 (N.D. Ill) (transferred into the MDL from the Western District of Kentucky, case no. 3:08−cv−47−H) matter are dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees. Defendants expressly reserve all of their Third−Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.