### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Robert Radasevich to withdraw as attorney of record for First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Company, The Talon Group, United General Title Insurance Company, First American Title Insurance Company of New York and First American National Title Company [5634] is granted.

Date: February 11, 2016

_____
U.S. District Judge Marvin E. Aspen