UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.  Case No.: 1:05−cv−07097
    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 18, 2016:

  MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 5/10/2016 at 9:30 a.m. Counsel for Ameriquest reported on the status of the remaining opt−out plaintiffs' cases and the third−party claims. The third−party discovery cut−off is extended to 6/22/2016. Regarding Individual Case No. 07 C 7182, Pro Se Plaintiff Wilbert Cooley appeared telephonically. Counsel for Ameriquest was present. Pro Se Plaintiff Kandee Cooley failed to confirm her participation by phone as directed in minute entry dated 1/29/2016 [5649] and failed to appear at the status hearing. By 2/29/2016, the parties shall meet and confer in a good faith attempt to resolve any issues relating Ameriquest's discovery requests. The Cooleys shall produce responsive written discovery by 3/29/2016. The deadline for the Cooleys to propound discovery requests on Ameriquest is 3/18/2016. Plaintiffs are admonished that if they do not respond to their discovery obligations, this Court may recommend that their claims be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The next status hearing in Case No. 07 C 7182 is set for 4/14/2015 at 9:30 a.m. If Plaintiffs Wilbert Cooley and Kandee Cooley wish to participate in the 4/14/2015 status hearing by telephone, they must contact Magistrate Judge Martin's Courtroom Deputy as 312−435−5833 prior to the status hearing to confirm their participation by phone and to provide a contact number.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.