**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR MAY 10, 2016 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on May 10, 2016 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and
2. Status of discovery with third-party defendants.

I. **STATUS OF OPT-OUT PLAINTIFFS' CASES**

A. **Remaining Cases**: **4 opt-out cases** (involving **8 opt-out plaintiffs**) remain. Below is a breakdown of the remaining cases.

B. **Cases Where Settlement Negotiations Are In Progress**: There are **3 opt-out cases** involving **6 opt-out plaintiffs** where settlement negotiations are in progress. These are cases where opt-out plaintiffs are seeking loan modifications from the loan servicers and the loan servicers are either waiting for additional documentation from opt-out plaintiffs or are in the process of reviewing opt-out plaintiffs' requests. Additionally, certain of the opt-out plaintiffs are considering loan modifications offers that have been provided to them by the loan servicers.

C. **Active Cases**: The Ameriquest Parties are also engaged in discovery with respect to **4 opt-out cases** involving **8 opt-out plaintiffs** or dispositive motions have been filed and are

pending with respect to these claims. The Ameriquest Parties anticipate that they may need to bring discovery disputes to the Court's attention with respect to the remaining claims.

- **Wilbert Cooley v. Ameriquest, Case No. 07-cv-7182:**

On April 15, 2016, the Court entered an order requiring Wilbert Cooley to provide Ameriquest with certain documents, corrected discovery responses, and declarations by today, May 6, 2016. [Indiv. Dkt. 112]. As of the time of filing this status report, Ameriquest's counsel has yet to receive any of the required documentation. Ameriquest's counsel has noticed depositions of the Cooleys in May.

D. **Closed Case**: *Joyce Griggs v. Ameriquest*, **Case No. 08-CV-1583: Pending Motion To Set Aside Settlement [Dkt. 32]**: Ameriquest filed a status report concerning this matter on February 5, 2016. Ind. Dkt. 38. In short, because the parties continue to try to resolve Ms. Griggs' pending motion to set aside the settlement agreement through ongoing loan modification discussions, Ameriquest requests that this matter be continued to the next status conference.

As background, on October 16, 2015, Ameriquest responded to Joyce Griggs' motion to set aside the settlement agreement. Ind. Dkt. 34. Ms. Griggs' claims were settled and dismissed almost two years ago whereby the parties agreed she could pay off her loan at a discounted amount with a March 2014 payment deadline. There is no indication that she made any effort to pay off her loan by March 2014 or at any other time. Nonetheless, her motion asks Judge Aspen to set aside the settlement agreement to allow her to negotiate a new deal. There is no basis to set aside the settlement agreement, but Ms. Griggs and Ameriquest jointly requested to have her motion held in abeyance in an effort to provide Ms. Griggs and the loan servicer, Ocwen, sufficient time to engage in loan modification discussions. It is Ameriquest's understanding that these discussions are ongoing.

E. **Status Hearing Before The Honorable Marvin E. Aspen**: The general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on September 15, 2016 [Dkt. 5647].

II.     **STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS**

        A.     **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. On April 13, 2016, MIS supplemented their document production, and since then, Ameriquest's counsel has sent a meet and confer inquiry to MIS's counsel to engage in discussions about additional documents that are believed to exist related to a third-party accounting software vendor and continue to explore whether those documents can be produced and when. As soon as the documents are produced, the parties will schedule three days of depositions in Cleveland, Ohio with another deposition in Cincinnati, Ohio on a date to be determined thereafter. The third-party discovery cut-off is currently set for June 22, 2016. Accordingly, Ameriquest requests an extension of the third-party discovery cut-off to August 22, 2016.

        Respectfully submitted,

Dated: May 6, 2016

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

20721108v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 6th day of May 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Joanne N. Davies

4

20721108v1