# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                                            Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier:Status hearing held on 5/10/16. Counsel for Ameriquest personally appeared and informed the Court as to the status of the remaining opt−out plaintiffs' cases as well as the remaining third−party claims. The discovery cut−off date as to the third party claims is extended to 8/22/16. Status hearing set for 8/18/16 at 9:30 a.m. before Magistrate Judge Daniel G. Martin. On 8/18/16, Ameriquest's counsel shall be prepared to inform the Court as to the remaining discovery issues pertaining to the opt−out plaintiffs in this case. Should Ameriquest and third party defendant Mortgage Information Services be interested in scheduling a settlement conference, counsel for both parties shall jointly contact Magistrate Judge Martin's courtroom deputy at (312) 435−5833 to obtain available settlement conference dates prior to the 8/18/16 status hearing. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.