UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-7097 |
| THIS DOCUMENT RELATES TO CERTAIN INDIVIDUAL ACTIONS: | Centralized before the<br>Honorable Marvin E. Aspen |
| *Arndt et al. v. Ameriquest* (06 C 2479),<br>*Dailey v. Citi Residential Lending* (07 C 5426),<br>*Evans v. Ameriquest* (09 C 1150),<br>*Ivery et al. v. Ameriquest* (08 C 4293),<br>*Myers v. Ameriquest* (07 C 3584),<br>*Null et al. v. Ameriquest* (08 C 1584), and<br>*Powell et al. v. Ameriquest* (06 C 5699). | |

### ORDER

MARVIN E. ASPEN, District Judge:

On May 8, 2012, Defendants Ameriquest Mortgage Company and Argent Mortgage Company filed a motion for summary judgment, arguing that plaintiffs in twenty-one different matters within this MDL could not prevail because their claims were precluded by the class action settlement finalized on June 29, 2010. (Dkt. No. 4912). According to the docket, it appears that all claims by these same plaintiffs have been dismissed over the years, for one reason or another. Accordingly, we hereby strike the motion for summary judgment as moot.

It is so ordered.

Marvin E. Aspen
United States District Judge

Dated: July 25, 2016