### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Roberta Zaremba v. Ameriquest Mortgage Company, et al.*, 1:07-cv-00312, N.D. Ill. | |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ROBERTA ZAREMBA** and **PAUL ZAREMBA**[1] (collectively, "Plaintiffs") and Defendant **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") hereby stipulate that Plaintiffs' claims in the *Zaremba, et al. v. Ameriquest Mortgage Company*, Case No. 1:07-cv-00312 (N.D. Ill) (transferred into the MDL from the District of Massachusetts, Case No. 3:06-cv-30176) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Ameriquest expressly reserves all of its Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

---

[1] A Notice of Suggestion of Death of Plaintiff Paul R. Zaremba was filed on July 29, 2010 [Indiv. Dkt. 20]. His interest in the above-captioned action transferred to the remaining Plaintiff, Roberta Zaremba.

DATED: July 27, 2016                    Respectfully submitted,

                                                          By:  /s/ Christopher W. McHallam
*Attorneys for the Plaintiffs*

Christopher W. McHallam, Esq.
165 Main Street, Suite 109
Medway, MA 02053
(617) 406-9751
Fax: (774) 324-3004

DATED: July 27, 2016                    Respectfully submitted,

                                                          By:  /s/ Joanne N. Davies
*Attorneys for Defendant Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 27th day of July 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies