UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:05−cv−07097
                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2016:

    MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to Joint Stipulation of Dismissal of Claims Against Defendants [5668], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs ROBERTA ZAREMBA and PAUL ZAREMBA (collectively, "Plaintiffs") and Defendant AMERIQUEST MORTGAGE COMPANY ("Ameriquest") stipulate that Plaintiffs' claims in the Zaremba, et al. v. Ameriquest Mortgage Company, Case No. 1:07−cv−00312 (N.D. Ill) (transferred into the MDL from the District of Massachusetts, Case No. 3:06−cv−30176) are dismissed with prejudice as to all defendants, and these plaintiffs' claims are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. Ameriquest expressly reserves all of its Third−Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third−Party Complaint.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.