UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

     MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Counsel for Ameriquest reports that they will participate in a mediation for the Yeaman case (06−CV−6967). Counsel further reports that they are determining whether the parties will be participating in a mediation for the Coleman case (07−CV−2459). With respect to the Mortgage Information Services Third−Party Defendants, counsel reports that settlement discussions are at an impasse and that they wish to proceed with further depositions. Defense counsel's oral motion for an extension of time to complete discovery is granted and extended to 11/22/16. The matter is set for a status hearing before Magistrate Judge Daniel G. Martin on 10/18/16 at 9:30 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.