# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br> *Wilbert Cooley, et al. v. Ameriquest Mortgage Company*, N.D. Ill. Case No. 07-cv-07182 | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **WILBERT COOLEY** and **KANDEE COOLEY** (collectively, "Plaintiffs") hereby stipulate that Plaintiffs' claims in the *Cooley, et al. v. Ameriquest Mortgage Company*, Case No. 07-cv-07182 (N.D. Ill) (transferred into the MDL from Alabama) matter be dismissed with prejudice as to all defendants, including, but not limited to defendants **AMERIQUEST MORTGAGE COMPANY** ("Ameriquest") and **HERITAGE TITLE, LLC**. Each party shall bear their own costs and attorneys' fees.

Ameriquest expressly reserves all of its Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: August 31, 2016

Respectfully submitted,

By: /s/ Wilbert Cooley
*Plaintiff* Wilbert Cooley

BN 21436258v1

1



DATED: August 31, 2016

Respectfully submitted,

By: /s/ Kandee Cooley
*Plaintiff* Kandee Cooley

DATED: ~~August~~ Sept. 9, 2016

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Defendant Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

BN 21436258v1

2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 9th day of Sept. 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

