OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
neopost
08/31/2016
US POSTAGE $000.46⁵
ZIP 60604
041M11270962

2016 SEP 13 AM 11:53

John Cseh
12800 ShakerBoulevard
Suite U12
Cleveland, OH 44120

44120-200059
60604>1800

NIXIE      441      7E  1           0009/09/16
       RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 60604180099        *0286-02317-31-44