OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
US POSTAGE $000.46
neopost 08/31/2016
ZIP 60604
041M11270962

2016 SEP 13 AM 11:53

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos,
1 Old Country Road
Suite 200
Carle Place, NY 11514

NIXIE    101    7E    1    0009/08/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60604180099    *1461-03021-31-43

05cv7097