OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
neopost
08/31/2016
US POSTAGE $000.46
ZIP 60604
041M11270962

2016 SEP 14 AM 11:27

05cv7097 #5618

NIXIE 021 7E 1 0002/09/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60604180099 *0686-08393-31-43

Matthew J. Dunn
The Dunn Law Group
15 Broad Street
Fifth Floor
Boston, MA 02108