OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

S SUBURBAN
IL 604
31 AUG '16
PM 3 L

neopost
08/31/2016
US POSTAGE $000.46⁵

FIRST-CLASS MAIL

ZIP 60604
041M11270962

**RETURN TO SENDER**
**INMATE NOT AT THIS FACILITY**

2016 SEP 22 PM 12: 01
DC RECEIVED

SEP 22 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

05CV7097 #5478

Jonathan Lee Riches
#40948-018 :
Lexington
P. O. Box 14500
Lexington, KY 40512

NIXIE       402    72  1         0009/16/16    UTF
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC:  60604180099      *1361-09588-31-43