**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

S SUBURBAN
IL 604
16 SEP '16
PM 4 L

2016 OCT 13 PM 12: 01

neopost
09/16/2016
US POSTAGE $000.46⁵

FIRST-CLASS MAIL

ZIP 60604
041M11270962

05cv7097

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, NY 11514



NIXIE      161     SE 1           0010/07/16
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 60604170299          *1461-05468-16-45

