**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Ameriquest Mortgage Company, et al.
                             Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 20, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier:Status hearing held. Counsel for Ameriquest and Ocwen Loan Servicing, LLC were present. Counsel for Ameriquest reported that the parties reached an agreement to settle the Yeaman case (06 C 6967) and are in the process of finalizing the settlement documents. Counsel for Ameriquest further reported that the parties in the Coleman case (07 C 2459) participated in a mediation but were unable to reach an agreement to settle. The Coleman parties anticipate participating in another mediation by late this year or early next year. The parties in the Griggs case (08 C 1583) are proceeding with the briefing schedule on Plaintiff's Renewed Motion to Set Aside and/or Motion to Enforce. Ameriquest and MIS anticipate meeting the November 22, 2016 deadline for completion of third−party discovery. The matter is set for a status hearing before Magistrate Judge Martin on 12/6/2016 at 9:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.