## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | MDL No. 1714 |
| LITIGATION | ) | |
| | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| | ) | Hon. Marvin E. Aspen |

## <u>MOTION TO WITHDRAW</u>

Pursuant to Northern District of Illinois Local Rule 83.17, Peter V. Baugher hereby moves the Court for an Order allowing him to withdraw his appearance as counsel for General American Corporation. On January 22, 2008, Counsel for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Ameriquest Capital Corporation, Town & Country Title Services, Inc. and Ameriquest Mortgage Securities, Inc. filed a Notice of Dismissal of Third Party Defendant General American Corporation Without Prejudice (Docket No. 1899).

WHEREFORE, Peter V. Baugher, respectfully requests that the Court enter an Order withdrawing him from this action.

Dated: November 16, 2016

Respectfully submitted,

/s/ Peter V. Baugher
HONIGMAN MILLER SCHWARTZ AND COHN LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Telephone: (312) 701-9300
Fax: (312) 701-9335
E-mail: pbaugher@honigman.com

23126176.1

## <u>CERTIFICATE OF SERVICE</u>

I, Peter V. Baugher, an attorney, hereby certify that on this 16th day of November, 2016,

I electronically filed the foregoing **Motion to Withdraw** with the Clerk of the Court using the

CM/ECF system, which will automatically send email notifications of such filing to all registered

parties and counsel.


/s/ Peter V. Baugher

2