**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL DOCKET NO. 1715

Lead Case No. 05-cv-07097

Honorable Marvin E. Aspen

## MOTION TO WITHDRAW

Jason B. Hirsh ("Hirsh"), pursuant to Local Rule 83.17, respectfully requests leave to withdraw his appearance on behalf of Third-Party Defendants Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Lawyers Title Insurance Corporate (collectively, "Third-Party Defendants"). In support of this Motion, Mr. Hirsh states as follows:

1. On October 9, 2008, Mr. Hirsh, then with the law firm of Arnstein & Lehr LLP, filed his appearance for Third-Party Defendants.

2. In 2010, Mr. Hirsh resigned from his position at, and is no longer associated with, Arnstein & Lehr LLP.

3. Arnstein & Lehr LLP continues to represent Third-Party Defendants in this case.

4. Accordingly, by this Motion, Mr. Hirsh respectfully requests leave to withdraw his appearance on behalf of Third-Party Defendants.

WHEREFORE, for the reasons set forth above, Jason B. Hirsh respectfully requests that this Court grant his request for leave to withdraw his appearance on behalf of Third-Party Defendants Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Lawyers Title Insurance Corporate.

Dated:  November 16, 2016    Respectfully submitted,

/s/ Jason B. Hirsh
Jason B. Hirsh (ARDC No. 6283094)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Facsimile)

## **CERTIFICATE OF SERVICE**

    I, Jason B. Hirsh, an attorney, hereby certify that on November 16, 2016 I caused a true and accurate copy of the foregoing **Motion to Withdraw** to be served via the Court's CM/ECF system upon all registered counsel and parties of record.

                                                  /s/ Jason B. Hirsh
                                                    Jason B. Hirsh