# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., ) | |
| MORTGAGE LENDING PRACTICES ) | MDL DOCKET NO. 1715 |
| LITIGATION ) | |
| ) | Lead Case No. 05-cv-07097 |
| ) | |
| ) | Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO: ALL REGISTERED COUNSEL AND PARTIES OF RECORD

**PLEASE TAKE NOTICE** that on **December 1, 2016** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and at that time and place shall present **Motion to Withdraw**, a copy of which was served on you via the CM/ECF system.


Dated: November 16, 2016

Respectfully submitted,

/s/ Jason B. Hirsh
Jason B. Hirsh (ARDC No. 6283094)
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Facsimile)

## **CERTIFICATE OF SERVICE**

I, Jason B. Hirsh, an attorney, hereby certify that on November 16, 2016 I caused a true and accurate copy of the foregoing **Notice of Motion** to be served via the Court's CM/ECF system upon all registered counsel and parties of record.

      /s/ Jason B. Hirsh
        Jason B. Hirsh