# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL no. 1715 |
| MORTGAGE LENDING PRACTICES ) | |
| LITITGATION ) | Lead case No. 05-7097 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Centralized before the |
| *ASENCIO & ALICIA SALAZAR and* ) | Honorable Marvin E. Aspen |
| *HAZEL STREET v. ARGENT MORTGAGE* ) | |
| *COMPANY, LLC, DEUTSCHE BANK* ) | |
| *NATIONAL TRUST COMPAY, ARGENT* ) | |
| *MORTGAGE SECURITIES, INC.,* ) | |
| *CITIGROUP INC., LEHMAN BROTHERS,* ) | |
| *INC. and ARGENT MORTGAGE* ) | |
| *SECURITIES, INC. ASSET BACKED* ) | |
| *PASS THROUGH CERTIFICATES,* ) | |
| *SERIES 2006-M3*(Case No. 08-cv-3875) ) | |

## DEFENDANT LEHMAN BROTHERS, INC.'S MOTION TO WITHDRAW

The undersigned attorney of record for Defendant, Lehman Brothers, Inc. hereby respectfully moves this Court to withdraw his appearance for Defendant, Lehman Brothers, Inc., as all claims against this Defendant have been resolved.

November 17, 2016                                   Respectfully submitted,

                                                    /s/ Steven M. Brandstedt
                                                        Steven M. Brandstedt

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served **Defendant, Lehman Brothers, Inc.'s Motion to Withdraw as Counsel** by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system on November 17, 2016.

                                                /s/ Steven M. Brandstedt