# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL no. 1715 |
| MORTGAGE LENDING PRACTICES ) | |
| LITITGATION ) | Lead case No. 05-7097 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Centralized before the |
| *ASENCIO & ALICIA SALAZAR and* ) | Honorable Marvin E. Aspen |
| *HAZEL STREET v. ARGENT MORTGAGE* ) | |
| *COMPANY, LLC, DEUTSCHE BANK* ) | |
| *NATIONAL TRUST COMPAY, ARGENT* ) | |
| *MORTGAGE SECURITIES, INC.,* ) | |
| *CITIGROUP INC., LEHMAN BROTHERS,* ) | |
| *INC. and ARGENT MORTGAGE* ) | |
| *SECURITIES, INC. ASSET BACKED* ) | |
| *PASS THROUGH CERTIFICATES,* ) | |
| *SERIES 2006-M3*(Case No. 08-cv-3875) ) | |

## NOTICE OF MOTION

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, December 15, 2016** at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 and present **Defendant, Lehman Brothers Inc.'s Motion to Withdraw as Counsel**, copies of which were filed electronically and are available through the Court's system.

November 17, 2016                                         Respectfully submitted,

                                                          /s/ Steven M. Brandstedt
                                                            Steven M. Brandstedt

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2016, a true and correct copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Brandstedt