IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE D. NIMOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 316 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Originally 06 C 177 (W.D. Mich.) |
| U.S. BANK, N.A., as Trustee for the Home | ) | |
| Equity Asset Trust 2005-4, Home Equity | ) | |
| Pass Through Certificates, Series 2005-4 | ) | (Transferred to Judge Aspen for pre- |
| WELLS FARGO HOME MORTGAGE | ) | Trial) |
| COMPANY, INC., d/b/a AMERICA'S | ) | |
| SERVICING CO., AND DOES 1-5, | ) | Proceeding under MDL #1715 |
| | ) | Lead Case No. 05 C 7097 |
| Defendants. | ) | |
| | ) | |

**<u>DEFENDANTS WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S
SERVICING COMPANY AND U.S. BANK, N.A., AS TRUSTEE FOR THE
HOME EQUITY ASSET TRUST 2005-4, HOME EQUITY PASS THROUGH
CERTIFICATES, SERIES 2005-4 41(b) MOTION TO WITHDRAW</u>**

As undersigned attorney of record for Defendants WELLS FARGO HOME

MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY ("Wells Fargo"), and

U.S. BANK, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity

Pass Through Certificates, Series 2005-4 ("US Bank") hereby respectfully moves this

Court to withdraw his appearance for Defendants, Wells Fargo and U.S. Bank as all

claims against these two Defendants have been resolved.

November 17, 2016                                    Respectfully submitted,

                                                     /s/Thomas M. Crawford
                                                     Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served **Defendants, WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY ("Wells Fargo"), and U.S. BANK, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity Pass Through Certificates, Series 2005-4 ("US Bank")** Motion to Withdraw as Counsel by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system on November 17, 2016.

/s/Thomas M. Crawford