IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE D. NIMOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 316 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Originally 06 C 177 (W.D. Mich.) |
| U.S. BANK, N.A., as Trustee for the Home | ) | |
| Equity Asset Trust 2005-4, Home Equity | ) | |
| Pass Through Certificates, Series 2005-4 | ) | (Transferred to Judge Aspen for pre- |
| WELLS FARGO HOME MORTGAGE | ) | Trial) |
| COMPANY, INC., d/b/a AMERICA'S | ) | |
| SERVICING CO., AND DOES 1-5, | ) | Proceeding under MDL #1715 |
| | ) | Lead Case No. 05 C 7097 |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, December 15, 2016** at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 and present **Defendants, WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY ("Wells Fargo"), and U.S. BANK, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity Pass Through Certificates, Series 2005-4 ("US Bank") Motion to Withdraw as Counsel**, copies of which were filed electronically and are available through the Court's system.

November 17, 2016                              Respectfully submitted,

/s/Thomas M. Crawford
Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2016, a true and correct copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Thomas M. Crawford