090149.23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | No.   MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>Judge Marvin E. Aspen |

## MOTION TO WITHDRAW

The undersigned attorney of record for third-party defendant, Scott E. Lawrence, hereby respectfully moves this Court to withdraw his appearance for third-party defendant, Scott E. Lawrence, as all claims against this third-party defendant have been resolved.

Dated: November 18, 2016

                                                        Respectfully submitted,

                                                        DONOHUE BROWN MATHEWSON & SMYTH LLC

                                                        /s/ Donald J. Brown, Jr.
By: _____
                                                        Donald J. Brown, Jr.

ARDC #312630
DONOHUE BROWN MATHEWSON & SMYTH LLC
Donald J. Brown, Jr. (donald.brown@dbmslaw.com)
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
Service by Facsimile:  (312) 422-0909
Service by Email:        service@dbmslaw.com

## CERTIFICATE OF SERVICE

I, Donald J. Brown, Jr., hereby certify that on this 18th day of November, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered parties and counsel.

By: /s/ Donald J. Brown, Jr.