IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | No. MDL NO. 1715<br><br>LEAD CASE NO. 05-CV-07097<br>Judge Marvin E. Aspen |

## NOTICE OF MOTION

TO: All Parties of Record

PLEASE TAKE NOTICE that on **Thursday, December 15, 2016,** at **10:30 a.m.,** or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in Room 2578 in the 219 South Dearborn Street, Chicago, IL, and, present **Motion to Withdraw**, a copy of which was served on you via the CM/ECF system.

Dated: November 18, 2016

s/ Donald J. Brown, Jr.
Donald J. Brown, Jr.
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
 (312) 422-0900
*donald.brown@dbmslaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which provided electronic service of such filing to the counsel of record set forth below.

s/ Donald J. Brown, Jr.
Donald J. Brown, Jr.