# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | Case No.: 1:05-cv-07097 |

### MOTION OF MARK A. RABINOWITZ FOR LEAVE TO WITHDRAW APPEARANCE FOR DEFENDANTS, BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION AND EMC MORTGAGE CORPORATION

Movant, Mark A. Rabinowitz, of Cozen O'Connor, pursuant to Local Rule 83.17, hereby requests this Court to enter an Order granting him leave to withdraw his appearance as counsel of record for Defendants, Bear Stearns Residential Mortgage Corporation ("Bear Stearns") and EMC Mortgage Corporation ("EMC"), improperly named as Bear Stearns/EMC, in the above-captioned matter. In support of this Motion, Mr. Rabinowitz states as follows:

1. On March 10, 2008, Patricia Leal filed her Complaint in Individual Case no. 1:06-cv-02475, captioned *Leal v. Ameriquest Mortgage Company, et. al.,* (the "Individual Action").

2. The Individual Action was transferred to this Court as part of the above-captioned MDL proceeding.

3. On May 6, 2009, I filed my appearance on behalf of defendant Bear Stearns/EMC in the Individual Action [Document 26].

4. On May 14, 2009, I filed my appearance on behalf of Bear Stearns on in the MDL proceeding [Document 2760].

5. On May 14, 2009, I filed my appearance on behalf of EMC in the MDL proceeding [Document 2761].

LEGAL\28696269\1

6.     On November 18, 2010, attorney Christoper Mickus filed a motion to substitute on behalf of defendant Bear Stearns and EMC in the Individual Action [Document 28] and the Court granted this motion and my appearance of record was terminated on November 22, 2010 [Document 29].

7.     However, I remain on the ECF service list for the MDL proceeding as counsel for Defendants, Bear Stearns and EMC.

WHEREFORE, Mark A. Rabinowitz requests of this Court to enter an Order granting his Motion for Leave to Withdraw his Appearance as counsel of record for Defendants, Bear Stearns and EMC in the MDL proceeding.

Respectfully submitted,

By: s/ Mark A. Rabinowitz
One of the Attorneys for
Defendants EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation and Saxon Mortgage Services, Inc.

Mark A. Rabinowitz, ARDC# 3122026
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: (312)-382-3150
mrabinowitz@cozen.com