UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | Case No.: 1:05-cv-07097 |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on **December 1, 2016 at 10:30 a.m.** we shall appear before the Honorable Marvin E. Aspen or any Judge sitting in his stead, at 219 South Dearborn Street, Room 2568, Chicago, IL 60604, and then and there present **MOTION OF MARK A. RABINOWITZ FOR LEAVE TO WITHDRAW APPEARANCE FOR DEFENDANTS, BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION AND EMC MORTGAGE CORPORATION**, a copy of which is attached hereto and hereby served upon you.

                            Respectfully submitted,

                            By: s/ Mark A. Rabinowitz

Mark A. Rabinowitz, ARDC# 3122026
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: (312)-382-3150
mrabinowitz@cozen.com