UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | Case No.: 1:05-cv-07097 |

### MOTION OF MARK A. RABINOWITZ FOR
### LEAVE TO WITHDRAW APPEARANCE FOR
### DEFENDANT, SAXON MORTGAGE SERVICES, INC.

Movant, Mark A. Rabinowitz, of Cozen O'Connor, pursuant to Local Rule 83.17, hereby requests this Court to enter an Order granting him leave to withdraw his appearance as counsel of record for Defendant, Saxon Mortgage Services, Inc. ("Saxon") in the above-captioned matter. In support of this Motion, Mr. Rabinowitz states as follows:

1. On May 16, 2006, Plaintiff, Truman Rogers filed his Complaint in Individual Case no. 1:06-cv-02736, captioned *Rogers v. Town & Country Credit, et. al.* (the "Individual Action").

2. The Individual Action was transferred to this Court as part of the above-captioned MDL proceeding.

3. On April 24, 2009, I filed an appearance on behalf of Saxon in the Individual Action [Document 45].

4. On May 14, 2009, I filed my appearance on behalf of Saxon in the MDL proceeding [Document 2762].

5. On November 18, 2010, attorney Christoper Mickus filed a motion to substitute counsel on behalf of Saxon in the Individual Action [Document 48] and the Court granted this motion and my appearance of record was terminated on November 22, 2010 [Document 49].

LEGAL\28696246\1

6.       However, I remain on the ECF service list in the MDL proceeding as counsel for Defendant, Saxon.

WHEREFORE, Mr. Rabinowitz requests this Court to enter an Order granting his Motion for Leave to Withdraw his Appearance as counsel of record for Saxon in the MDL proceeding.

Respectfully submitted,

By: s/ Mark A. Rabinowitz

Mark A. Rabinowitz, ARDC# 3122026
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
T: (312)-382-3150
mrabinowitz@cozen.com