IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMIERQUEST MORTGAGE CO. LENDING PRACTICES LITGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | Centralized Before Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. Third-Party Defendants. | |

## MOTION TO WITHDRAW

The undersigned attorney of record for defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, and Stewart Title of Seattle (collectively "Stewart Title Defendants") hereby respectfully moves this Court to withdraw his appearance for the Stewart Title Defendants, as all claims against the Stewart Title Defendants have been resolved.

Dated: November 18, 2016

                                                       */s/ Thomas R. Heisler*
                                                       Thomas R. Heisler

Thomas R. Heisler (ARDC #6296712)
Gair Law Group, Ltd.
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900