IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMIERQUEST MORTGAGE CO. LENDING PRACTICES LITGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | Centralized Before Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. Third-Party Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on December 1, 2016 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Motion to Withdraw**, a copy of which is hereby served upon you.

Dated: November 18, 2016

                                                               */s/ Thomas R. Heisler*
                                                             Thomas R. Heisler

Thomas R. Heisler (ARDC #6296712)
Gair Law Group, Ltd.
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900