IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS ) <br> ) <br> AMERIQUEST MORTGATE CO., et al., ) <br> ) <br>     Defendants and Third-Party ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW CORP., ) <br> et al., ) <br> ) <br>     Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Hon. Marvin E. Aspen <br><br> Hon. Morton Denlow |

## MOTION TO WITHDRAW

Movants, Jeanne M. Hoffmann and Terrence J. Madden (Deceased), pursuant to Local Rule 83.17, hereby request this Court to enter an Order granting them leave to withdraw their appearance as counsel of record for Third-Party Defendant Goldman Gruder & Woods, LLC. In support of this Motion, Jeanne M. Hoffmann and Terrence J. Madden (Deceased) state as follows:

1. On August 24, 2007, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") filed its First Amended Consolidated Third-Party Complaint;

2. On October 23, 2007, Jeanne M. Hoffmann filed her appearance on behalf of Third-Party Defendant Goldman Gruder & Woods, LLC;

3. On October 23, 2007, Terrence J. Madden filed his appearance on behalf of Third-Party Defendant Goldman Gruder & Woods, LLC;

4. On November 11, 2011, a Joint Stipulation of Dismissal of Claims against Third-Party Defendant Goldman Goldman Gruder & Woods, LLC was entered.

WHEREFORE, Jeanne M. Hoffmann and Terrence J. Madden (Deceased) request this Court to enter an Order granting their Motion for Withdrawal of their Appearance as counsel of record for Third-Party Defendant, Goldman Gruder & Woods, LLC.

Respectfully Submitted,

By:/s/ Jeanne M. Hoffmann

Jeanne M. Hoffmann (ARDC #6201309)
Terrence J. Madden (ARDC #1726684)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
jhoffmann@bdlfirm.com

## CERTIFICATE OF SERVICE

 I certify that on the 18th day of November, 2016, the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent to attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: s/Jeanne M. Hoffmann

Jeanne M. Hoffmann (ARDC #6201309)
Terrence J. Madden (ARDC #1726684)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502
jhoffmann@bdlfirm.com