IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | |
| | ) | |
| AMERIQUEST MORTGATE CO., et al., | ) | MDL No. 1715 |
| | ) | Lead Case No. 05-cv-07097 |
| Defendants and Third-Party | ) | |
| Plaintiffs, | ) | Hon. Marvin E. Aspen |
| | ) | |
| v. | ) | Hon. Morton Denlow |
| | ) | |
| NORTHWEST TITLE AND ESCROW CORP., | ) | |
| et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## **NOTICE OF MOTION**

TO:     ALL REGISTERED COUNSEL AND PARTIES OF RECORD

PLEASE TAKE NOTICE that on December 1, 2016 at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and at that time and place shall present Motion to Withdraw, a copy of which was served on you via the CM/ECF system.

Respectfully Submitted,


By:/s/ Jeanne M. Hoffmann_____


Jeanne M. Hoffmann (ARDC #6201309)
Terrence J. Madden (ARDC #1726684)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street
Suite 2700
Chicago, IL  60601
(312) 377-1501
jhoffmann@bdlfirm.com

{01384741.DOCX / }

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 18th day of November, 2016, the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/Jeanne M. Hoffmann        

Jeanne M. Hoffmann (ARDC #6201309)
Terrence J. Madden (ARDC #1726684)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502
jhoffmann@bdlfirm.com