**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | Case No: 05 C 7097 |
| LITIGATION | ) | |
| | ) | |
| | ) | Judge Marvin E. Aspen |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **ORDER**

Motion of Steven M. Brandstedt to withdraw his appearance as counsel of record for Lehman Brothers, Inc. [5697] is granted.  Motion is stricken from the Court's call of 12/15/2016.


Date:   November 22, 2016                    _____
                                                                  U.S. District Judge Marvin E. Aspen