IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 05 C 7097 <br> 07 C 316 <br><br> Judge Marvin E. Aspen |

## ORDER

Motion of Thomas M. Crawford to withdraw his appearance as counsel of record for Wells Fargo Hone Mortgage Inc. and U.S. Bank N.A. [5699] is granted. Motion is stricken from the Court's call of 12/15/2016.

Date: November 22, 2016

_____
U.S. District Judge Marvin E. Aspen