IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Donald J. Brown, Jr. to withdraw his appearance on behalf of Scott E. Lawrence [5701] is granted. Motion is stricken from the Court's call of 12/15/2016.

Date: November 22, 2016

_____
U.S. District Judge Marvin E. Aspen