IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Jason B. Hirsch to withdraw his appearance as attorney for Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp., Transnation Title Insurance Co. [5695] is granted.  Motion is stricken from the Court's call of 12/1/2016.

Date:   November 22, 2016

_____
U.S. District Judge Marvin E. Aspen