IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Mark A. Rabinowitz to withdraw his appearance as counsel of record for Saxon Mortgage Services, Inc. [5705] is granted. Motion is stricken from the Court's call of 12/1/2016.

Date: November 22, 2016

_____
U.S. District Judge Marvin E. Aspen