IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 05 C 7097 <br><br> Judge Marvin E. Aspen |

**ORDER**

Motion of Mark A. Rabinowitz to withdraw his appearance as counsel of record for Bear Stearns Residential Mortgage Corporation and EMC Mortgage Corporation, improperly named as Bear Stearns/EMC [5703] is granted. Motion is stricken from the Court's call of 12/1/2016.

Date:　November 22, 2016　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Marvin E. Aspen