IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Thomas R. Heisler to withdraw his appearance as counsel of record for defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, and Stewart Title of Seattle [5707] is granted. Motion is stricken from the Court's call of 12/1/2016.

Date: November 22, 2016

_____
U.S. District Judge Marvin E. Aspen