UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | Case No.: 1:05-cv-07097 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR DEFENDANT, ROY W. WALLER

The undersigned attorney of record for Defendant, Roy W. Waller, hereby respectfully moves this Court to withdraw his appearance for Defendant, Roy W. Waller. Pursuant to Notification of Docket Entry (Document #2424) dated September 30, 2008 and attached hereto as Exhibit A, attorney Michael J. Weber was granted withdrawal and terminated as counsel.

November 28, 2016

Respectfully submitted,

/s/ Michael J. Weber
Michael J. Weber

Michael J. Weber (6186285)
Dinsmore & Shohl LLP
227 West Monroe Street
Suite 3850
Chicago, IL 60606
(312) 775-1742
Fax: (312) 372-6085

### CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Motion for Leave to Withdraw Appearance for Defendant, Roy W. Waller by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system on November 28, 2016.

/s/ Michael J. Weber

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 30, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 9/30/08:Defendant/third−party defendant Roy W. Waller's Motion to withdraw [2363] (2264) Michele L. Killebrew and Michael J. Weber as counsel is granted. Motion terminated. Attorney Michele Lynn Killebrew and Michael J. Weber terminated. Defendant Roy W. Waller will represent himself until such time he retains new counsel. The motion hearing set for 10/2/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Exhibit A