UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LEDNING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-0797<br><br>(Centralized before The Honorable Marvin E. Aspen |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Northern District of Illinois Local Rule 83.17, Thomas J. Wiegand hereby moves the Court for an Order allowing him to withdraw his appearance as counsel for Argent Securities, Inc., Argent Securities, N.A., and Argent Mortgage Company, LLC (collectively "Argent"). Mr. Wiegand will no longer be participating in this case. Argent will continue to be represented by Joanne Davies, who previously has entered her appearance. Mr. Wiegand does not need notice of filings and should be removed from all service lists including the CM/ECF system.

WHEREFORE, Mr. Wiegand respectfully request that the Court grant Thomas J. Wiegand leave to withdraw as one of the attorneys of record in this action and remove him from all service lists.

Dated: November 28, 2016

                                                Respectfully submitted,

                                                By: /s/ Thomas J. Wiegand
                                                MoloLamken LLP
                                                300 N. LaSalle St.
                                                Chicago, Illinois 60654
                                                Telephone: (312) 450-6703
                                                Facsimile: (312) 450-6701
                                                Twiegand@mololamken.com

## CERTIFICATE OF SERBICE

I, Thomas J. Wiegand, an attorney, hereby certify that on this 28th day of November, 2016, I electronically filed the foregoing **Motion to Withdraw** with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered parties and counsel.

/s/ Thomas J. Wiegand