## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., )<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION ) | Case No.: 1:05-cv-07097 |

### NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

Please take notice that on Thursday, December 15, 2016 at 10:30 a.m., we shall appear before the Honorable Judge Marvin E. Aspen in Room 2568 and present Motion for Leave to Withdraw Appearance for Defendant, Roy W. Waller, copies of which were filed electronically and are available through the Court's system.

November 28, 2016                                        Respectfully submitted,


                                                         /s/ Michael J. Weber
                                                         Michael J. Weber


Michael J. Weber (6186285)
Dinsmore & Shohl LLP
227 West Monroe Street
Suite 3850
Chicago, IL 60606
(312) 775-1742
Fax: (312) 372-6085


### CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2016, a true and correct copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         /s/ Michael J. Weber