# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LEDNING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-0797<br><br>(Centralized before The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO: ALL REGISTERED COUNSEL AND PARTIES OF RECORD

**PLEASE TAKE NOTICE** that on **December 1, 2016** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and at that time and place shall present **Motion to Withdraw**, a copy of which was served on you via the CM/ECF system.

Dated: November 28, 2016

        Respectfully submitted,

        By: /s/ Thomas J. Wiegand
        MoloLamken LLP
        300 N. LaSalle St.
        Chicago, Illinois 60654
        Telephone: (312) 450-6703
        Facsimile: (312) 450-6701
        Twiegand@mololamken.com

**CERTIFICATE OF SERBICE**

    I, Thomas J. Wiegand, an attorney, hereby certify that on this 28th day of November, 2016, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered parties and counsel.

                                           /s/ Thomas J. Wiegand