IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Thomas J. Wiegand to withdraw his appearance as counsel of record for Argent Securities, Inc., Argent Securities, N.A., and Argent Mortgage Company, LLC [5721] is granted. Motion is stricken from the Court's call of 12/1/2016.

Date: November 29, 2016

_____
U.S. District Judge Marvin E. Aspen