IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

**ORDER**

Motion of Michael J. Weber to withdraw his appearance as counsel of record for Roy W. Waller [5720] is granted. Motion is stricken from the Court's call of 12/15/2016.

Date:   November 29, 2016

_____
U.S. District Judge Marvin E. Aspen