UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO., | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | Lead Case No. 05-cv-07097 |
| | ) | Honorable Marvin E. Aspen |

## **MOTION TO WITHDRAW**

The undersigned attorney of record for Third Party Defendant Home-Land Title & Abstract Co., Inc. hereby respectfully moves this Court to withdraw his appearance for Third Party Defendant Home-Land Title & Abstract Co., as all claims against this Third Party Defendant have been resolved.

Dated: December 2, 2016

                                          Respectfully submitted,

                                          QUINN, JOHNSTON, HENDERSON, PRETORIUS
                                             & CERULO

                                        By:      */s/Gregory A. Cerulo*
                                                   Gregory A. Cerulo

Gregory A. Cerulo (Illinois Bar No. 6184006)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Avenue
Peoria, IL 61602-1211
Telephone: (309) 674-1133
Facsimile: (309) 674-6503

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I electronically filed this **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send email notifications of such filing to all registered parties and counsel.

                      */s/Gregory A. Cerulo*
Gregory A. Cerulo (Illinois Bar No. 6184006)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503

4817-9610-8093, v. 6