IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 05 C 7097 <br><br> Judge Marvin E. Aspen |

### ORDER

Motion of Gregory A. Cerulo to withdraw his appearance for Third Party Defendant Home-Land Title & Abstract Co. [5726] is granted.

Date: December 8, 2016

_____
U.S. District Judge Marvin E. Aspen