# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., | : | |
| MORTGAGE LENDING PRACTICES | : | Case No. 1:05-cv-07097 |
| LITIGATION | : | |
| | : | December 14, 2016 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to U.S.D.C. Local Rule 83.17, the undersigned counsel respectfully moves to withdraw his appearance in the above-captioned action on behalf of HSBC Mortgage Services ("HSBC"). The Court docket reflects other counsel of record for HSBC, so granting this motion will not leave HSBC unrepresented in the event it remains an active party in this litigation. The undersigned was Connecticut counsel in 2006 before these matters were consolidate in this Court and has since had no involvement in this matter based on other counsel representing HSBC.

Wherefore, the undersigned respectfully requests the Court grant this motion to withdraw.

By: /s/ Richard P. Colbert
Richard P. Colbert (ct08721)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
E-mail: rpcolbert@daypitney.com

96013504.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2016, the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any party who is unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                     /s/ Richard P. Colbert
                                                       Richard P. Colbert