**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 <br> ) <br> ) Case No. 1:05-cv-07097 <br> ) <br> ) Honorable Marvin E. Aspen <br> ) <br> ) December 16, 2016 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves for leave to withdraw his Appearance on behalf of the Plaintiffs. Undersigned counsel is no longer affiliated with the Consumer Law Group, LLC and all claims against the plaintiffs represented by the undersigned have been resolved.

| | |
|---|---|
| December 16, 2016 <br> Date | /s/ *Andrew G. Pizor* <br> Andrew G. Pizor <br> Fed. Bar. No.ct27015 <br> 1001 Connecticut Avenue NW <br> Suite 510 <br> Washington, DC 20036 <br> Tel: (203) 452-6252 <br> andrew@agp-law.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of December, 2016, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's

                                                     /s/ *Andrew G. Pizor*
                                                     Andrew G. Pizor