IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | Case No. 1:05-CV-07097 |

## MOTION TO WITHDRAW APPEARANCE

NOW COME Dominick W. Savaiano and the law firm of Nielsen, Zehe & Antas, P.C. and move *instanter* to withdraw their appearance for Travis Mortgage LLC. All claims against Travis Mortgage LLC have been resolved.

Dominick W. Savaiano and the firm of Nielsen, Zehe & Antas, P.C. are not counsel for Travis Mortgage LLC.

_____
Dominick W. Savaiano

Dominick W. Savaiano
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
(312) 322-9900 *Main*
(312) 322-9977 *Fax*
Attorneys for Travis Mortgage LLC