IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Yeaman, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-CV-06967, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **WILLIAM YEAMAN** and **PAMELA YEAMAN** (collectively, "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AMERICAN HOME MORTGAGE SERVICING, INC.; HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, INC.** (collectively, "Defendants") hereby stipulate that Plaintiffs' claims in the *Yeaman, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-CV-06967 (N.D. Ill.) matter be dismissed with prejudice as to all defendants, including, but not limited to defendants**.** Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED:  December 23, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:  /s/  Lloyd J. Brooks
　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

　　　　　　　　　　　　　　　　　CONSUMER LEGAL GROUP, P.C.
　　　　　　　　　　　　　　　　　Lloyd J. Brooks, Esq.
　　　　　　　　　　　　　　　　　4747 Lincoln Mall Drive, Suite 410
　　　　　　　　　　　　　　　　　Matteson, IL 60443
　　　　　　　　　　　　　　　　　Telephone: (708) 279-4191
　　　　　　　　　　　　　　　　　Facsimile:  (708) 747-2390

DATED:  December 23, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:  /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc.*

　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 23rd day of December 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies