IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No.: 05-cv-07097 Hon. Marvin E. Aspen |

## MOTION TO WITHDRAW AS COUNSEL

Movant, George K. Flynn, pursuant to Local Rule 83.17, hereby requests this Court enter an Order granting him leave to withdraw his appearance as counsel of record for the following Third-Party Defendants as all claims against these Third-Party Defendants have been resolved:

1. Law Offices of Gregory T. Lattanzi, LLC (Docket No. 4323);

2. Jones, Damia, Kaufman, Borofsky & DePaul, LLC (Docket No. 4464)

3. Schop & Pleskow, LLP (Docket Nos. 4336, 4496)

4. Synodi Videll & Green, LLC and Gordon Videll (Docket Nos. 4413, 4492)

Respectfully submitted,

/s/ George K. Flynn

GEORGE K. FLYNN (ARDC NO. 6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
gflynn@clausen.com

1584381.1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion to Withdraw as Counsel** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on January 11, 2017.

/s/ George K. Flynn

GEORGE K. FLYNN (ARDC No. 6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
gflynn@clausen.com

2

1584381.1