IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No.: 05-cv-07097 Hon. Marvin E. Aspen |

## NOTICE OF MOTION

To: All counsel of record via CM/ECF system

PLEASE TAKE NOTICE that on the **19th** day of **January, 2017**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen, Room 2568** in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present **Motion to Withdraw as Counsel,** a copy of which was served on you via the CM/ECF system.

Respectfully submitted,

/s/ George K. Flynn
_____

GEORGE K. FLYNN (ARDC NO. 6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
gflynn@clausen.com

1584409.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on January 11, 2017.

/s/ George K. Flynn