IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

### ORDER

Motion of Richard M. Kaplan to withdraw his appearance for Third Party Defendants Jones, Damia, Kaufman, Borofsky & DePaul LLC, Law Offices of Gregory T. Lattanzi, LLC, Schop & Pleskow, LLP, Synodi Videll & Green, LLC. [5737] is granted. Motion is stricken from the Court's call of January 19, 2017.

Date: January 11, 2017

_____
U.S. District Judge Marvin E. Aspen