UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., | : | |
| MORTGAGE LENDING PRACTICES | : | Case No. 1:05-cv-07097 |
| LITIGATION | : | |
| | : | January 13, 2017 |

## NOTICE OF MOTION

To: All counsel of record via CM/ECF system

    PLEASE TAKE NOTICE that on the 19th day of January, 2017, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, Room 2568 in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present Motion to Withdraw as Counsel, a copy of which was served on you via the CM/ECF system.

    Respectfully submitted,

By: /s/ Richard P. Colbert
Richard P. Colbert (ct08721)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
E-mail: rpcolbert@daypitney.com

96316435.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017, the foregoing Notice of Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any party who is unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Richard P. Colbert
Richard P. Colbert

96316435.1