IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

**ORDER**

Motion of Dominick W. Savaiano and the law firm of Nielsen, Zehe & Antas, P.C. to withdraw their appearance on behalf of Travis Mortgage LLC [5732] is granted.

Date: January 13, 2017

_____
U.S. District Judge Marvin E. Aspen