# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

## ORDER

Motion of Richard P. Colbert to withdraw his appearance on behalf of HSBC [5730] is granted.

Date: January 13, 2017

_____
U.S. District Judge Marvin E. Aspen