IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| ——————————————— | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| | Magistrate Judge Daniel G. Martin |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE COURT AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, effective January 3, 2017, the law firm of Buchalter Nemer, A Professional Corporation, has changed its name to Buchalter, A Professional Corporation. The remainder of the address is unchanged. As a result, the address of the Firm's Los Angeles Office is now:

> Buchalter
> A Professional Corporation
> 1000 Wilshire Boulevard, Suite 1500
> Los Angeles, CA 90017

The address of the Firm's Irvine Office is now:

> Buchalter
> A Professional Corporation
> 18400 Von Karman Avenue, Suite 800
> Irvine, CA 92612

The address of the Firm's San Francisco Office is now:

> Buchalter
> A Professional Corporation
> 55 Second Street, Suite 1700
> San Francisco, CA 94105

Please update your records to reflect this change.

Respectfully submitted,

Dated:   January 20, 2017

By: /s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
Randall L. Manvitz, Esq.
BUCHALTER NEMER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

27852891v1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 20th day of January 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

27852891v1