UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ameriquest Mortgage Company, et al.
                                             Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                             Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 2, 2017:


    MINUTE entry before the Honorable Marvin E. Aspen: Status hearing of 2/16/2017 is stricken and reset for 7/13/2017 at 10:30 AM. The date by which parties shall file written status reports updating the Court on the progress of their relevant portion(s) of the MDL, including the status of any ongoing settlement negotiations and third−party discovery, is set for 6/26/2017. These reports may be filed jointly or separately, at the parties' discretion.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.