**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL No. 1715 |
| ) | |
| ) | Lead Case No. 05-cv-07097 |
| MORTGAGE LENDING PRACTICES ) | |
| LITIGATION ) | (Centralized before The Honorable Marvin |
| ) | E. Aspen) |
| _____ ) | |
| THIS DOCUMENT RELATES TO ALL ) | Magistrate Judge Daniel G. Martin |
| ACTIONS ) | |
| ) | |

## MOTION TO WITHDRAW ATTORNEY

Edelman, Combs, Latturner & Goodwin, LLC, requests the withdrawal of the appearance of Catherine Ceko Charpie, who represented multiple plaintiffs in closed individual actions.

In support of this motion, Edelman, Combs, Latturner & Goodwin, LLC states as follows:

1. The undersigned, Catherine Ceko Charpie, was an attorney at the law firm of Edelman, Combs, Latturner and Goodwin, LLC, and one of multiple individual plaintiffs' attorneys of record in this matter, including Marie Furgeson, Brett Wertepny, Yvonne Wertepny, Sandra Pintsak and William Pintsak.

2. Ms. Charpie has left Edelman, Combs, Latturner and Goodwin, LLC. Moreover, all of the individual cases in which Ms. Charpie appeared have concluded.

4. Edelman Combs, Latturner & Goodwin, LLC requests that this Court withdraw her appearances in this proceeding.

Respectfully submitted,


s/ Tara L. Goodwin
Tara L. Goodwin



Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
James O. Latturner
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, certify that on February 17, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF, which will provide notice to all counsel of record.

                                              s/ Tara L. Goodwin
                                              Tara L. Goodwin