IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| | ) | |
| | ) | Lead Case No. 05-cv-07097 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | (Centralized before The Honorable Marvin |
| | ) | E. Aspen) |
| _____ | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Magistrate Judge Daniel G. Martin |
| ACTIONS | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:** Please see certificate of service.

    **PLEASE TAKE NOTICE** that on February 23, 2017, at 10:30 a.m., we shall appear before the Honorable Judge Aspen in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, and present: **MOTION TO WITHDRAW ATTORNEY**, a copy of which has been filed electronically and served upon you.

                                                             s/ Tara L. Goodwin
                                                             Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, certify that on February 17, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF, which will provide notice to all counsel of record.

                                    s/ Tara L. Goodwin
                                    Tara L. Goodwin