**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | Case No: 05 C 7097 |
| LITIGATION | ) | |
| | ) | |
| | ) | Judge Marvin E. Aspen |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**<u>ORDER</u>**

Motion of  Edelman.Combs, Latturner & Goodwin, LLC  to  withdraw the appearance of
Catherine Ceko Charpie in this proceeding [5751] is granted.  Motion is stricken from the
Court's call of February 23, 2017.

Date:   February 17, 2017

_____
U.S. District Judge Marvin E. Aspen