



**THOMAS G. BRUTON**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

February 10, 2017

David Christian McCormack
McCormack Law
18875 Saratoga Court
Brookfield, WI 53045

RE: Failure to Comply with General Order 14-0024

Dear David Christian McCormack

As you know, the Northern District of Illinois utilizes CM/ECF to provide electronic notices to parties. You are receiving this letter due to a critical concern with your email account. Pursuant to General Order 14-0024 Section IV(G), e-filers must maintain a current and active email account. On 02/09/2017, my office received a report that a notice of electronic filing sent to you at maclaw@execpc.com was returned undeliverable.

In order to resolve this issue, you must access your CM/ECF account by following the applicable steps on the enclosed instructional sheet to update your contact information. If this attorney no longer works at your law firm, you must immediately file the appropriate documents to be in compliance with the local rules. Once you have updated your information, you are required to send an email to the Clerk's office. Please send the email to: docketing_ilnd@ilnd.uscourts.gov and provide your name, the case number referenced on the enclosed document, and an indication that you have updated your account and/or filed a notification of change of address.

Attached to this letter is a copy of the filing that was returned undeliverable to your email address. Again, you must resolve this matter immediately and notify my office once you have corrected the problem.

Sincerely,

*Thomas G. Bruton*

Thomas G. Bruton
Clerk of Court
Northern District of Illinois

Enclosures

APPEAL,CASREF,MARTIN,MDL1715,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:05-cv-07097
#### Internal Use Only

In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation"
Assigned to: Honorable Marvin E. Aspen
Referred to: Honorable Daniel G. Martin
related Cases: 1:08-cv-00258
1:08-cv-02475
Case in other court: 08-04189
Cause: 28:1331 Federal Question

Date Filed: 12/20/2005
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2017 | 5749 | MINUTE entry before the Honorable Daniel G. Martin: At the request of Ameriquest, status hearing set for 2/16/2017 is stricken and reset to 3/23/2017 at 09:30 AM.Mailed notice (lxs, ) (Entered: 02/09/2017) |
| 02/09/2017 | 5750 | NOTICE OF EMAIL NOTIFICATION FAILURE, for document # 5749 sent to Attorney David Christian McCormack returned as: Unknown Address Error. Mailed to attorney David Christian McCormack a Letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerk's Office at Docketing_ILND@uscourts.gov when a Notification of Change of Address has been filed to ensure electronic notification is reset. (ek, ) (Entered: 02/10/2017) |

FAQs

How do I correct my address and email information?

If you have a ECF user account:
1) Login
2) From the blue menu bar select the Utilities option
3) Select one or more of the following options:
    a) Maintain Your Address
    b) Maintain Your Email
4) Enter address or email changes and click the Submit button
5) Follow the prompts
6) For address changes, E-file a Notification of Change of Address in each case an appearance has been filed.

If you have lost or misplaced their login and/or password refer them to the ECF Help Desk at 312-435-5671

If you do not have a ECF account they may file a Notification of Change of Address. The form is located on the website www.ilnd.uscourts.gov under On-line Forms/Attorney tab
Also direct them to register for an ECF account. See reference below.


How do I register for a ECF account?
   a. Refer the caller to the website www.ilnd.uscourts.gov: Attorney Info/Related Links – Electronic Case Filing (ECF) Registration. Select the registration option that applies.

NEF Bounce Back Procedures 629.docx



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click <u>HERE</u> for update instructions.

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____          _____
Signature of Attorney                                          Date

Rev. 01272016