**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR MARCH 23, 2017 STATUS CONFERENCE BEFORE THE HONORABLE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on March 23, 2017 at 9:30 a.m. before the Honorable Daniel G. Martin.

The status report will address the pending issues in the following order:

1.  Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2.  Status of discovery with third-party defendants.

**I.      STATUS OF OPT-OUT PLAINTIFFS' CASES**

**A.      Remaining Case:    1 opt-out case** (involving **2 opt-out plaintiffs**) remains. Below is a breakdown of the remaining case:

> **1.      Arthur and Ethelyn Coleman  v. Ameriquest, et al. N.D. Ill. Case No. 07-cv-2459:**

Ameriquest and the Colemans have agreed to participate in mediation before the Honorable Donald P. O'Connell (ret.) on **May 18, 2017**.  A motion and cross-motion for summary judgment has been filed by the parties and is pending before the Honorable Marvin E. Aspen, and further discovery depends on the outcome of the summary judgment motions.

**B.** **Status Hearing Before the Honorable Marvin E. Aspen:** A general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on July 13, 2017 at 10:30 a.m. [Dkt. 5748].

## II. STATUS OF DISCOVERY REGARDING THIRD-PARTY CLAIMS

**A.** **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. Discovery is ongoing. The parties are attempting to schedule the depositions of key MIS witnesses in May. Accordingly, Ameriquest requests a further extension of the third-party discovery deadline to June 15, 2017.

Respectfully submitted,

Dated: March 20, 2017

By:/s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants*
*and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

2

28188478v1

3

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 20th day of March 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/  Joanne N. Davies

28188478v1