# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                                                                   Case No.: 1:05−cv−07097
                                                                                   Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2017:

      MINUTE entry before the Honorable Daniel G. Martin:Status hearing held and continued to 6/20/2017 at 9:30 a.m. (PLEASE NOTE THIS DATE IS DIFFERENT FROM THE DATE GIVEN IN OPEN COURT). Ameriquest's counsel reported on the status of the remaining opt−out case and discovery regarding the third−party claims against MIS. Oral motion by Ameriquest for extension of the third−party discovery deadline to 6/15/2017 is granted. Final extension. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.