UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Centralized before the Honorable Marvin E. Aspen<br><br>Magistrate Judge Daniel G. Martin |

## MOTION TO WITHDRAW ATTORNEYS

The Law Offices of Daniel Harris respectfully requests that Daniel Harris and Anthony Valach, who represented plaintiffs in actions that are now closed, be withdrawn from the MDL service list and have their appearances withdrawn from the MDL case.

In support of this motion, The Law Offices of Daniel Harris states as follows:

1. Daniel Harris and Anthony Valach were attorneys of record for plaintiffs in multiple individual actions and one class action consolidated before this Court.

2. All of the individual and class cases in which Messrs. Harris and Valach appeared were resolved. They are no longer representing clients in this proceeding.

3. The Law Offices of Daniel Harris requests that this Court withdraw the appearances of Messrs. Harris and Valach in this proceeding and remove their names from the MDL service list.

Date: May 4, 2017         Respectfully Submitted:

                                        s/ Daniel M. Harris

                             Daniel M. Harris
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
lawofficedh@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Harris, hereby certify that on this 4th day of May 2017, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will provide notice to all counsel of record.

                                                s/ Daniel M. Harris  
                                                Daniel M. Harris