**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Centralized before the Honorable Marvin E. Aspen <br><br> Magistrate Judge Daniel G. Martin |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE t**hat on **Thursday, May 11, 2017**, at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present a **MOTION TO WITHDRAW ATTORNEYS**, a copy of which is currently being served upon you.

Date: May 4, 2017        Respectfully Submitted:

                                    s/ Daniel M. Harris

  Daniel M. Harris
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (224) 523-7976
lawofficedh@gmail.com

## **CERTIFICATE OF SERVICE**

  I, Daniel M. Harris, hereby certify that on this 4th day of May 2017, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will provide notice to all counsel of record.


          /s/ Anthony Valach
          Anthony Valach