IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) | Case No: 05 C 7097<br><br>Judge Marvin E. Aspen |

**ORDER**

Motion of the Law Offices of Daniel Harris to withdraw the appearances of Daniel Harris and Anthony Valach as attorneys in this proceeding and to remove their names from the MDL service list [5758] is granted. Motion is stricken from the Court's call of May 11, 2017.

Date: May 8, 2017

_____
U.S. District Judge Marvin E. Aspen