UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| | Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Magistrate Judge Daniel G. Martin |

## MOTION TO WITHDRAW ATTORNEYS

Through undersigned counsel, the law firm of Burke, Warren, MacKay & Serritella, PC respectfully requests that this Court withdraw the appearances of the following attorneys and remove their names from the MDL service list:

| Attorney | Parties Represented |
|---|---|
| Benjamin P. Wieck | EMC Mortgage Corporation; |
| | JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC |
| Susan J. Miller Overbey | America's Servicing Company |
| Stephen Ryan Meinertzhagen | Chase Home Finance, LLC |

These attorneys represented defendants in numerous cases included within the MDL. All of the claims have been resolved in each of those cases, and none of these attorneys are currently representing clients in any case still active in this MDL.

Date: May 24, 2017                           Respectfully submitted,

                                                      By:   */s/ Benjamin P. Wieck*

Benjamin P. Wieck
Susan J. Miller Overbey
Stephen Ryan Meinertzhagen
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:      (312) 840-7000
Facsimile:       (312) 840-7900
Email: bwieck@burkelaw.com
Email: soverbey@burkelaw.com
Email: smeinertzhagen@burkelaw.com

**CERTIFICATE OF SERVICE**

On May 24, 2017, the undersigned caused the foregoing **Motion to Withdraw Attorneys** to be filed electronically with the Northern District of Illinois through the CM/ECF electronic filing system and served on all parties of record.

/s/ *Benjamin P. Wieck*