UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Magistrate Judge Daniel G. Martin |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, June 1, 2017** at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Room 2568 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present the **Motion to Withdraw Attorneys**, a copy of which has been filed electronically and served upon you.

Date:  May 24, 2017

Respectfully submitted,

By: _/s/ Benjamin P. Wieck_

Benjamin P. Wieck
Susan J. Miller Overbey
Stephen Ryan Meinertzhagen
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900
Email: bwieck@burkelaw.com
Email: soverbey@burkelaw.com
Email: smeinertzhagen@burkelaw.com

## **CERTIFICATE OF SERVICE**

On May 24, 2017, the undersigned caused the foregoing **Notice of Motion** to be filed electronically with the Northern District of Illinois through the CM/ECF electronic filing system and served on all parties of record.

/s/ *Benjamin P. Wieck*