# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | Case No: 05 C 7097 |
| LITIGATION | ) | |
| | ) | |
| | ) | Judge Marvin E. Aspen |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Motion of Burke, Warren, MacKay & Serritella, PC to withdraw the following appearances and remove them from the service list [5762] is granted. Motion is stricken from the Court's call of May 24, 2017: Benjamin P. Wieck is withdrawn as counsel for EMC Mortgage Corporation and JPMorgan Chase Bank, National association,as successor by merger to Chase Home Finance, LLC; Susan J. Miller Overbey is withdrawn as counsel for America's Servicing Company; and Stephen Ryan Meinertzhagen is withdrawn as counsel for Chase Home Finance, LLC.


Date: May 24, 2017

_____
U.S. District Judge Marvin E. Aspen