**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR JUNE 22, 2017 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on June 22, 2017 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and
2. Status of claims against third-party defendants.

**I.     STATUS OF OPT-OUT PLAINTIFFS' CASES**

   **A.     One Remaining Case Settled Since Last Status Hearing:** 1 opt-out case (involving **2 opt-out plaintiffs**):

      1.     *Arthur and Ethelyn Coleman v. Ameriquest, et al.*, **N.D. Ill. Case No. 07-cv-2459:**

   Ameriquest and the Colemans participated in mediation before the Honorable Donald P. O'Connell (ret.) on **May 18, 2017**. The mediation was successful and settlement has been documented. Ameriquest anticipates that a stipulation of dismissal will be filed within the next thirty days.

1

B. **Status Hearing Before the Honorable Marvin E. Aspen:** A general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on July 13, 2017 at 10:30 a.m. [Dkt. 5748].

II. **STATUS OF THIRD-PARTY CLAIMS**

A. **Mortgage Information Services Third-Party Defendants:** The final third party discovery deadline passed on June 15, 2017. Ameriquest is in the process of reaching out to third-party *Mortgage Information Services, Inc.* to see if it would be willing to participate in a settlement conference.

                                                Respectfully submitted,

Dated: June 21, 2017                   By: /s/ Joanne N. Davies
                                                *Attorneys for the Ameriquest Defendants and Third-Party Plaintiffs*

                                                Joanne N. Davies, Esq.
                                                BUCHALTER NEMER
                                                18400 Von Karman Avenue, Suite 800
                                                Irvine, CA 92612
                                                Telephone: (949) 760-1121
                                                Facsimile: (949) 720-0182

28982964v1

## CERTIFICATE OF SERVICE

  I, Joanne N. Davies, hereby certify that on this 21st day of June 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By:  /s/ Joanne N. Davies