## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re Ameriquest Mortgage Co., Case Number: 1:05-cv-07097
Mortgage Lending Practices Litig

An appearance is hereby filed by the undersigned as attorney for:

Mortgage Information Services, Inc.

Attorney name (type or print): Charles L. Philbrick

Firm: Rathje & Woodward, LLC

Street address: 300 East Roosevelt Road, Suite 300

City/State/Zip: Wheaton, Illinois 60187

Bar ID Number: 6198405
(See item 3 in instructions)

Telephone Number: (630) 668 - 8500

Email Address: cphilbrick@rathjewoodward.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/22/2017

Attorney signature: S/ Charles L. Philbrick
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015