## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR JULY 13, 2017 STATUS CONFERENCE BEFORE THE HONORABLE MARVIN E. ASPEN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on July 13, 2017 at 10:30 a.m. before the Honorable Marvin E. Aspen.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2. Status of discovery and claims against third-party defendants.

## I. STATUS OF OPT-OUT PLAINTIFFS' CASES

**A.** **Settled and Dismissal To Be Filed**: **1 opt-out case** (involving **2 opt-out plaintiffs**):

1. ***Arthur and Ethelyn Coleman v. Ameriquest, et al.*, N.D. Ill. Case No. 07-cv-2459:**

Ameriquest and the Colemans participated in mediation before the Honorable Donald P. O'Connell (ret.) on **May 18, 2017**. The mediation was successful and settlement has been documented. Ameriquest anticipates that a stipulation of dismissal will be filed within the next thirty days.

1

**B.** **No Remaining Case:** Based on Ameriquest's records, the settlement of the above *Coleman v. Ameriquest* action represents the final resolution of all of the Plaintiffs' cases pending against Ameriquest and its affiliates in the Multi-District Litigation. Ameriquest will be cross-checking its records against the Court's records to ensure that Ameriquest's records match regarding the status of any cases in the Multi-District Litigation. Once that reconciliation has been completed, Ameriquest will submit a supplemental status report.

**C.** **Status Hearing Before Magistrate Judge Daniel G. Martin:** A general MDL status hearing before Magistrate Judge Daniel G. Martin is currently scheduled to take place on August 29, 2017 [Dkt. 5767]. Ameriquest expects to be able to report at the next status hearing before Judge Martin that the *Coleman v. Ameriquest* matter has been dismissed.

## II. STATUS OF DISCOVERY AND CLAIMS REGARDING THIRD-PARTY DEFENDANTS

**A.** **Status of Common Discovery Against Third-Party Defendants:** the cutoff for the parties to complete common discovery regarding third-party claims was June 15, 2017.

**B.** **Mortgage Information Services Third-Party Defendants:** The third-party claims with *Mortgage Information Services, Inc.* involve approximately 70 loans in 11 states. Ameriquest has reached out to third-party *Mortgage Information Services, Inc.* to see if it would be willing to participate in a settlement conference prior to the parties incurring the cost and expense of preparing motion(s) for summary judgment on common issues.

While Mortgage Information Services has indicated that it may move to remand the cases it is involved in back to their originating courts, it would be premature to do so at this time as there are common issues for all 70 loans that should first be decided by this Court, e.g. liability pursuant to the Closing Instructions and Closing Agent Affidavit common to the loans.

Respectfully submitted,

Dated:   June 26, 2017

By: /s/ Joanne N. Davies

*Attorneys for the Ameriquest Defendants*
*and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 26th day of June 2017, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: ____/s/  Joanne N. Davies_____

29070726v1