**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Coleman, et al. v Ameriquest Mortgage Company, et al.*, 07-cv-02459, N.D. Ill. | |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs **ARTHUR COLEMAN** and **ETHELYN COLEMAN** (collectively "Plaintiffs") and Defendants **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION,** and **AMC MORTGAGE SERVICES, INC.** (collectively "Defendants") hereby stipulate that the *Coleman, et al. v. Ameriquest Mortgage Company, et al.*, 07-cv-02459, (N.D. Ill) (transferred into the MDL) matter be dismissed with prejudice as to all defendants. Each party shall bear their own costs and attorneys' fees.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

1

DATED:  July 11, 2017

Respectfully submitted,

By:  /s/ Lloyd J. Brooks
*Attorneys for the Plaintiffs*

THE BROOKS LAW FIRM
Lloyd J. Brooks, Esq.
4747 Lincoln Mall Drive
Suite 410
Matteson, Illinois 60443
Telephone: (708) 841-8000
Facsimile:  (708) 841-8080

DATED:  July 11, 2017

Respectfully submitted,

By:  /s/ Joanne N. Davies
*Attorneys for Defendants Ameriquest Mortgage*
*Company, ACC Capital Holdings Corporation, and*
*AMC Mortgage Services, Inc.*

Joanne N. Davies, Esq.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

**<u>CERTIFICATE OF SERVICE</u>**

I, Joanne N. Davies, hereby certify that on this 11th day of July 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies