UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br> Lead Case No. 05-CV-7097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

## ORDER

MARVIN E. ASPEN, District Judge:

The Clerk of Court has notified the Court that Anthony Campanale has not renewed his membership in the Court's Trial Bar as required under Local Rule 83.11(i). Anthony Campanale is given 14 days from the date of this order to renew his membership or be subject to removal as lead counsel from this matter.

_____
Honorable Marvin E. Aspen
United States District Judge

DATED: October 4, 2017