IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT MORTGAGE INFORMATION SERVICES, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs **AMERIQUEST MORTGAGE COMPANY, ARGENT MORTGAGE COMPANY, LLC,** and **TOWN & COUNTRY CREDIT CORPORATION** (collectively the "AMC Entities") and Third-Party Defendant **MORTGAGE INFORMATION SERVICES, INC.** ("MIS") hereby stipulate to the dismissal, with prejudice, of all the AMC Entities' claims in the Fifth Amended Consolidated Third-Party Complaint against MIS.

All claims by the AMC Entities against other Third-Party Defendants, to the extent there are any, shall remain and are not dismissed. The AMC Entities and MIS shall bear their own costs and attorneys' fees.

DATED:  October 16, 2017             Respectfully submitted,

                                     By:  /s/ Joanne N. Davies
                                     *Attorneys for the AMC Entities*

                                     Joanne N. Davies, Esq.
                                     BUCHALTER
                                     18400 Von Karman Avenue, Suite 800
                                     Irvine, California 92612
                                     Telephone:  (949) 760-1121
                                     Facsimile:  (949) 720-0182

DATED: October 16, 2017              Respectfully submitted,

                                     By:  /s/   *Timothy D. Elliott*
                                     *Attorneys for Mortgage Information Services, Inc.*

                                     Timothy D. Elliott, Esq.
                                     RATHJE & WOODWARD, LLC
                                     300 E. Roosevelt Road, Suite 300
                                     Wheaton, IL 60187
                                     Telephone:  (630) 668-8500
                                     Facsimile:  (630) 668-7350

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 16th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies