**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR OCTOBER 19, 2017 STATUS CONFERENCE BEFORE MAGISTRATE JUDGE DANIEL G. MARTIN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on October 19, 2017 at 9:30 a.m. before Magistrate Judge Daniel G. Martin.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2. Status of claims against third-party defendants.

**I.      STATUS OF OPT-OUT PLAINTIFFS' CASES**

**A.      Last Case Settled and Dismissal Entered:  1 opt-out case** (involving **2 opt-out plaintiffs**):

1. ***Arthur and Ethelyn Coleman  v. Ameriquest, et al.*, N.D. Ill. Case No. 07-cv-2459:**

Ameriquest and the Colemans participated in mediation before the Honorable Donald P. O'Connell (ret.) on May 18, 2017.  The mediation was successful and settlement was documented.  On July 11, 2017, a Joint Stipulation of Dismissal of Claims Against Defendants was filed in the main MDL docket [Dkt. 5770] and individual case [Dkt. 82].  On July 12, 2017, the Court entered the dismissal in the individual case [Dkt. 83] and on July 17, 2017 entered the same in the main MDL docket [Dkt. 5771].

**B.**     **No Remaining Case:**   Based on Ameriquest's records, the settlement of the above *Coleman v. Ameriquest* action represents the final resolution of all of the Plaintiffs' cases pending against Ameriquest and its affiliates in the Multi-District Litigation.

**C.**     **Status Hearing Before the Honorable Marvin E. Aspen:**   A general MDL status hearing before the Honorable Marvin E. Aspen is currently scheduled to take place on November 30, 2017 at 10:30 a.m. [Dkt. 5778].

**II.**     **STATUS OF THIRD-PARTY CLAIMS**

**A.**     **Mortgage Information Services Third-Party Defendants:**   A Joint Stipulation of Dismissal of Claims Against Third-Party Defendant *Mortgage Information Services, Inc.* was filed on October 16, 2017 [Dkt. 5779].  Entry of the Joint Stipulation of Dismissal is pending.

Respectfully submitted,

Dated:   October 16, 2017

By:/s/ Joanne N. Davies
*Attorneys for the Ameriquest Defendants
and Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 16th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/   Joanne N. Davies

30345696v2