# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM PINTSAK and SANDRA PINTSAK, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, WASHINGTON MUTUAL BANK, FA, WM SPECIALTY MORTGAGE, LLC, and CITI RESIDENTIAL LENDING, INC. <br><br> Defendants. | Case No. 05-C-5035 <br><br> Assigned to the *Honorable Ronald A. Guzman* |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT SPECIALTY TITLE SERVICES, INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendant Specialty Title Services, Inc. ("Third-Party Defendant") hereby stipulate to the voluntary dismissal, without prejudice, of Ameriquest's claims in the Fifth Amended Consolidated Third-Party Complaint (asserted in MDL 1715) against Third-Party Defendant with respect to the claims asserted by William and Sandra Pintsak, plaintiffs in the above-referenced action, each party to bear their own costs and attorney's fees. All other claims by Ameriquest in the Fifth Amended Consolidated Third-Party Complaint against Third-Party Defendant, to the extent there are any, shall remain and are not dismissed.

DATED: January 31, 2011    Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies, Esq.
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

DATED: January 31, 2011    Respectfully submitted,

By: /s/ Kevin J. Clancy
*Attorneys for Specialty Title Services, Inc.*

Kevin J. Clancy, Esq.
Lowis & Gellen
200 West Adams, Suite 1900
Chicago, IL 60606
Telephone: (312) 364-2500

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 31st day of January, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies