**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

## MOTION TO WITHDRAW AS COUNSEL

Kevin J. Clancy, of the law firm Lowis & Gellen LLP, who represented a third-party defendant in this action in claims that have been dismissed, moves this Honorable Court to withdraw his appearance in the MDL case and to be withdrawn from the MDL service list. In support of this motion, movant states as follows:

1.    I was previously counsel of record for Third-Party Defendant, Specialty Title Services, Inc. ("Specialty Title").

2.    AmeriQuest Mortgage Company ("AmeriQuest") was named as a defendant in Pintsak, et al. v. AmeriQuest Mortgage Company, et al., Case No. 05-5035 (N.D. Ill.) ("*Pintsak v. Ameriquest*").

3.    Argent Mortgage Company, LLC ("Argent") was named as a defendant in the case of *Salazar et al v. Argent Mortgage Company, LLC*, Case No. 08-cv-3875 (N.D. Ill.) on July 8, 2008 ("*Salazar v. Argent*").

4.    On June 23, 2009, both Ameriquest and Argent filed a Fifth Amended Consolidated Third Party Complaint in MDL No. 1715 (Dkt. 2913).

5.    The only claims asserted against Specialty title related to Pintsak v. Ameriquest (Dkt. 2913, p. 112) and Argent v. Salazar (Dkt. 2913, p. 146).

5.      The parties in Argent v. Salazar entered into a Stipulation of Dismissal ("Salazar Stipulation") as to all claims against Specialty Title on October 14, 2010. (Dkt. No. 3764).

6.      Pursuant to the Salazar Stipulation, this Court entered the dismissal of all claims against Specialty Title on September 30, 2011 (Dkt. No. 4476).

7.      The parties in Pintsak v. AmeriQuest entered into a Stipulation of Dismissal ("Pintsak Stipulation") as to all claims against Specialty Title on January 31, 2011. That Pintsak Stipulation was filed in Case No. 05-cv-5035 (Dkt. No. 118). By oversight, it was apparently not however, filed in the lead case.

8.      To correct that omission, the undersigned filed the Pintsak Stipulation in this lead case on October 16, 2017. (Dkt. No. 5781).

9.      All claims against Specialty Title have been dismissed, and undersigned counsel does not represent any other parties to this action.

WHEREFORE, undersigned counsel respectfully requests that this Court withdraw his appearance, remove him from the MDL service list, and grant such further relief as the Court deems just.

DATED: October 16, 2017

Respectfully submitted,

By:  /s/ Kevin J. Clancy
*Attorneys for Specialty Title Services, Inc.*
Kevin J. Clancy
Lowis & Gellen LLP
200 W. Adams, Ste. 1900
Chicago, IL 60606
(312) 364-2500
kclancy@lowis-gellen.com

2

## CERTIFICATE OF SERVICE

I, Kevin J. Clancy, hereby certify that on this 16th day of October, 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Kevin J. Clancy