# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-7097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Daniel G. Martin |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE t**hat on **Thursday, October 26, 2017**, at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present a **MOTION TO WITHDRAW AS COUNSEL**, a copy of which is currently being served upon you.

DATED: October 16, 2017

Respectfully submitted,

By: /s/ Kevin J. Clancy
*Attorneys for Specialty Title Services, Inc.*
Kevin J. Clancy
Lowis & Gellen LLP
200 W. Adams, Ste. 1900
Chicago, IL 60606
(312) 364-2500
kclancy@lowis-gellen.com

1

## CERTIFICATE OF SERVICE

I, Kevin J. Clancy, hereby certify that on this 16th day of October, 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Kevin J. Clancy