IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 05 C 7097 <br><br> Judge Marvin E. Aspen |

### ORDER

Motion of Kevin J. Clancy to withdraw as counsel for Specialty Title Services, Inc. and to remove his name from the case service list [5782] is granted. Motion is stricken from the Court's call of 10/26/2017.

Date: October 17, 2017

_____
U.S. District Judge Marvin E. Aspen