**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                              Plaintiff,

v.                                                         Case No.: 1:05−cv−07097
                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 19, 2017:

       MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Joint Stipulation of Dismissal of Claims Against Third−Party Defendant Mortgage Information Services, Inc. [5779], all of the claims of Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town & Country Credit Corporation, in the Fifth Amended Consolidated Third−Party Complaint against Mortgage Information Services, Inc. are dismissed with prejudice, with these parties to bear their own costs and attorneys fees. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.