**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                               Plaintiff,

v.                                                       Case No.: 1:05–cv–07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 19, 2017:

      MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Joint Stipulation of Dismissal of Claims Against Third–Party Defendant Specialty Title Services, Inc. [5781], the claims of Ameriquest Mortgage Company in the Fifth Amended Consolidated Third–Party Complaint (asserted in MDL 1715) against Third–Party Defendant with respect to the claims asserted by William and Sandra Pintsak, plaintiffs in the above–referenced action, are voluntarily dismissed without prejudice, each party to bear their own costs and attorney's fees. All other claims by Ameriquest in the Fifth Amended Consolidated Third–Party Complaint against Third–Party Defendant, to the extent there are any, shall remain and are not dismissed. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.