## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                          Plaintiff,

v.                                              Case No.: 1:05–cv–07097
                                              Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2017:

        MINUTE entry before the Honorable Daniel G. Martin:Status hearing held. Counsel for Ameriquest reported that all the opt–out plaintiffs cases against the Ameriquest Defendants and third–party claims have been resolved. All matters relating to the referral of this action having been resolved, the referral is closed and the case is returned to the assigned district judge. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.