

**FILED**
AUG 6 - 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MAGISTRATE JUDGE MORTON DENLOW**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Holt v. Ameriquest Mortgage Company, et al.*, 1:07-CV-3843 | (Centralized before the Honorable Marvin E. Aspen) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff **GERALDINE HOLT** ("Plaintiff") and defendants **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP, AMC MORTGAGE SERVICES**, and their successors and assigns ("Defendants") hereby stipulate that the *Holt v. Ameriquest Mortgage Company, et al.,* Case No. 1:07-CV-03843 (N.D. Ill.) (transferred into the MDL) matter be dismissed with prejudice as to all defendants subject to the reimbursement of Ameriquest by Plaintiff in an amount not to exceed $1200.00, to be agreed upon by the parties within fourteen (14 days) or resolved by Judge Denlow.

Defendants expressly reserve all of their Third-Party claims in connection with the case being dismissed through this stipulation included, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

DATED: August 6, 2012

_____  _____
Counsel for Plaintiff                                Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 27th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies