IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: *Holt. v Ameriquest Mortgage Company*, 07-cv-03843, N.D. Ill. | (Centralized before The Honorable Marvin E. Aspen) |

**AMERIQUEST'S WAIVER OF CLAIM TO REIMBURSEMENT PROVIDED FOR IN JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

On August 6, 2012 [Dkt. 5047] and October 27, 2012 [Dkt. 5788] the Joint Stipulation of Dismissal of Claims Against Defendants was filed in the main Ameriquest MDL docket. On October 27, 2017 [Dkt. 16] the Joint Stipulation of Dismissal of Claims Against Defendants was also filed in the individual docket for the matter *Holt v. Ameriquest Mortgage Company, et al.*, 07-cv-03843, (N.D. Ill) (transferred into the MDL).

The Joint Stipulation of Dismissal of Claims Against Defendants includes a provision wherein Plaintiff Holt was to reimburse Defendant Ameriquest "in an amount not to exceed $1200.00, to be agreed upon by the parties within fourteen (14) days or resolved by Judge Denlow." Ameriquest has agreed to waive the requirement that Plaintiff Holt reimburse Ameriquest. Accordingly, Ameriquest is agreeable a dismissal with prejudice as to all defendants with each party to bear their own costs and attorneys' fees and respectfully requests that such dismissal be entered by the Court.

DATED:  October 27, 2017 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Joanne N. Davies
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　Joanne N. Davies, Esq.
　　　　　　　　　　　　　　　　　　　　BUCHALTER
　　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　　　　Telephone: (949) 760-1121
　　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 720-0182

## **CERTIFICATE OF SERVICE**

    I, Joanne N. Davies, hereby certify that on this 27th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                   By: /s/ Joanne N. Davies