# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Daniel G. Martin |

## MOTION TO VOLUNTARILY DISMISS REMAINING THIRD-PARTY DEFENDANTS WITHOUT PREJUDICE

Third-Party Plaintiffs Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC ("Third-Party Plaintiffs") respectfully submit the following Motion to Voluntarily Dismiss Remaining Third-Party Defendants Without Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and 41(a)(2). In support of their motion, Third-Party Plaintiffs state as follows:

1. On June 23, 2009, Third-Party Plaintiffs filed their Fifth Amended Consolidated Third-Party Complaint against dozens of Third-Party Defendants ("Third-Party Complaint") [Dkt. 2913].

2. Third-Party Plaintiffs have worked diligently to resolve their claims against Third-Party Defendants as reflected by the numerous Joint Stipulations of Dismissals that have been filed and entered in the action. However, there remain a number of Third-Party Defendants who were named in the Third-Party Complaint but were never served or were served but failed to appear in the action. Additionally, there are other Third-Party Defendants who may have appeared in the action but subsequently went out of business, became insolvent, or have otherwise not participated in the action.

1

3.  In the interest of bringing the Third-Party Complaint to resolution, Third-Party Plaintiffs seek to voluntary dismiss the claims in the Third-Party Complaint against any remaining Third-Party Defendants pursuant to: (a) Federal Rules of Civil Procedure 41(a)(1)(i) which provides that a plaintiff can dismiss an action without a court order where the defendant has not filed an answer or motion for summary judgment; and (b) under Federal Rules of Civil Procedure 41(a)(2) which provides that a plaintiff may voluntarily dismiss an action by obtaining an order of the court on terms the court considers proper.

WHEREFORE, for the foregoing reasons, Third-Party Plaintiffs respectfully request this Honorable Court dismiss, without prejudice, Third-Party Plaintiffs' claims against any remaining Third-Party Defendants with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: October 30, 2017

By: /s/ Joanne N. Davies
*Attorneys for Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies