# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen)<br><br>(Assigned to Magistrate Judge Daniel G. Martin) |

## NOTICE OF MOTION TO VOLUNTARILY DISMISS REMAINING THIRD-PARTY DEFENDANTS WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that on Thursday, November 30, 2017, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and will present Third-Party Plaintiffs' **Motion to Voluntarily Dismiss Remaining Third-Party Defendants Without Prejudice**. A copy of the Motion to Voluntarily Dismiss Remaining Third-Party Defendants Without Prejudice is concurrently served upon you.

Dated: October 30, 2017

By: /s/ Joanne N. Davies
*Attorneys for Third-Party Plaintiffs*

Joanne N. Davies, Esq.
BUCHALTER,
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

1

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 30th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies

BN 31263307v1