**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before The Honorable Marvin E. Aspen) Magistrate Judge Daniel G. Martin |

**STATUS REPORT OF THE AMERIQUEST PARTIES FOR NOVEMBER 30, 2017 STATUS CONFERENCE BEFORE THE HONORABLE MARVIN E. ASPEN**

The Ameriquest Parties respectfully submit the following Status Report in connection with the status conference scheduled to take place on November 30, 2017 at 10:30 a.m. before the Honorable Marvin E. Aspen.

The status report will address the pending issues in the following order:

1. Status of opt-out plaintiffs' cases against the Ameriquest Parties; and

2. Status of claims against third-party defendants.

**I.**     **STATUS OF OPT-OUT PLAINTIFFS' CASES**

**A.**     **Entry of Dismissal Pending: 1 opt-out case** (involving **1 opt-out plaintiff**):

**1.**     *Geraldine Holt  v. Ameriquest, et al.*, **N.D. Ill. Case No. 07-cv-3843:**

Ameriquest has reviewed its records and the Court's Multi District Litigation records found online for MDL 1715 at https://www.ilnd.uscourts.gov/mdl.aspx and based on its reviewed has identified only one opt-out case that remains open which is the case of *Geraldine Holt v. Ameriquest, et al.*, Case No. 1:07-cv-03843, (N.D. Ill)  In *Holt* the parties filed a Joint Stipulation of Dismissal of Claims Against Defendants in the main Ameriquest MDL docket [Dkts. 5047 and 5788] and in the docket for Holt's individual case [Dkt. 16].  While the Joint

1

Stipulation of Dismissal of Claims Against Defendants provided that dismissal was subject to Plaintiff Holt's reimbursement to Ameriquest in an amount not to exceed $1200.00, Ameriquest has waived any requirement for Holt to reimburse Ameriquest for its fees. On October 27, 2017, Ameriquest's Waiver of Claim to Reimbursement Provided for in Joint Stipulation of Dismissal of Claims Against Defendants was filed in the main Ameriquest MDL docket [Dkt. 5789] and in the docket for Holt's individual case [Dkt. 17]. Entry of the dismissal is pending.

      **B.**    **Status Hearing Before Magistrate Judge Daniel G. Martin:** A general MDL status hearing before Magistrate Judge Daniel G. Martin was held on October 19, 2017 and as a result of the resolution of all claims brought by opt-out plaintiffs and claims brought by third-party plaintiffs against Mortgage Information Services, the remaining third-party defendant who was actively engaged in the litigation, the referral was closed with the case being returned to the assigned district judge [Dkt. 5787].

## II.   STATUS OF THIRD-PARTY CLAIMS

      **A.**    **Mortgage Information Services Third-Party Defendants:** On October 16, 2017, a Joint Stipulation of Dismissal of Claims Against Third-Party Defendant *Mortgage Information Services, Inc.* was filed in the main MDL docket [Dkt. 5779]. On October 19, 2017 the Court entered the dismissal [Dkt. 5785].

      **B.**    **Motion to Voluntarily Dismiss Remaining Third-Party Defendants Without Prejudice:** On October 30, 2017, Third-Party Plaintiffs filed their Motion to Voluntarily Dismiss Remaining Third-Party Defendants Without Prejudice [Dkt. 5790]. This motion to dismiss relates to those third-party defendants who were never served, were served but failed to appear, or who appeared but subsequently went out of business, became insolvent, or otherwise have not actively participated in the action. The motion is scheduled for presentment before this Court on November 30, 2017 at 10:30 a.m. The motion, if granted, would dismiss Third-Party Plaintiffs' claims against any remaining Third-Party Defendants.

31283699v1

Respectfully submitted,

Dated: October 30, 2017     By:/s/ Joanne N. Davies
                             *Attorneys for Third-Party Plaintiffs*

                             Joanne N. Davies, Esq.
                             BUCHALTER
                             18400 Von Karman Avenue, Suite 800
                             Irvine, CA 92612
                             Telephone: (949) 760-1121
                             Facsimile: (949) 720-0182

**CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 30th day of October 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: ___/s/  Joanne N. Davies_____

31283699v1