**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Ameriquest Mortgage Company, et al.
            Plaintiff,

v.                  Case No.: 1:05−cv−07097
                  Honorable Marvin E. Aspen

America's Servicing Company, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2017:

   MINUTE entry before the Honorable Marvin E. Aspen:Motion of Third−Party Plaintiffs to Voluntarily Dismiss Remaining Third−Party Defendants Without Prejudice [5790] is continued from 11/30/2017 to 2/22/2018 at 10:30 AM. Status hearing of 11/30/2017 is stricken and reset for 2/22/2018 at 10:30 AM. Court date of 11/30/2017 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.