UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before the Hon. Marvin E. Aspen |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

Currently pending before us is Third Party Plaintiffs Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC's motion to voluntarily dismiss the claims in the Fifth Amended Consolidated Third-Party Complaint against any remaining third-party defendants, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(2). (Dkt. No. 5790.) The motion is hereby granted. All remaining claims against third-party defendants are dismissed, without prejudice, with the parties to bear their own costs and attorneys' fees. It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: January 10, 2018
       Chicago, Illinois