UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO<br>*Holt v. Ameriquest Mortgage Co.*, et al.<br>(Indiv. Case No. 07 C 3843) | Centralized before the<br>Hon. Marvin E. Aspen |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

Pursuant to the Joint Stipulation of Dismissal of Claims Against Defendants (Dkt. No. 5788) and Ameriquest's Waiver of Claim to Reimbursement (Dkt. No. 5789), the matter of *Holt v. Ameriquest Mortgage Company, et al.*, 07 C 3843, is hereby dismissed with prejudice as to all defendants, with each party to bear their own costs and attorneys' fees. It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: January 10, 2018
Chicago, Illinois