# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before the Hon. Marvin E. Aspen |

## ORDER RECOMMENDING TERMINATION OF MULTIDISTRICT LITIGATION

MARVIN E. ASPEN, District Court Judge:

In December 2005, the Judicial Panel on Multidistrict Litigation ("JPML") assigned these proceedings to this Court. We have entered final orders of dismissal between the various plaintiffs and defendants, as well as dismissed all remaining third party claims. No appeals are pending. Accordingly, this Court recommends the JPML terminate this multidistrict litigation proceeding.

The Clerk of Court shall terminate Lead Case No. 05 C 7097, subject to this Court's continuing jurisdiction to enforce its orders or address any miscellaneous issues necessary to complete the administration of these cases. It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: January 16, 2018
       Chicago, Illinois