**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

S SUBURBAN
IL 604
22 JAN '18
PM 2 L

RECEIVED
2018 FEB -2 AM 8:33



neopost
01/22/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

05cv7097
#5796

Kellie Allgood
Ozark, AL 36361

NIXIE        352   DE 1           0001/29/18
            RETURN TO SENDER
          INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 60604180099      *1261-06427-22-41