OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
2018 FEB -6 AM 8:57



neopost
01/22/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

05-CV-7097
#5796

Dwight Hewatt
2692 Church Street
Snelleville, GA 30078

NIXIE         300    4E  1          8601/30/18
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 60604180099        *0761-11531-22-41