**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
2018 FEB -7 AM 9: 36

neopost
01/22/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

VTF   Sup

05-CV-7097
#5796

Gail Myers
3016 Williams Road
Knoxville, TN 37932

NIXIE        372  FE 1        0001/31/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604129099        *1161-05611-22-41

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
2018 FEB -7 AM 9: 37



IL 604
22 JAN '18
PM 4 L

neopost
01/22/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

Sup

05-CV-7097
#5796

Janice Long
2400 Scarlette Lane, Southeast
Conyers, GA 30013

NIXIE            300    5C  1            8601/28/18
                    RETURN TO SENDER
              NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD
BC: 60604180099            *1461-08134-22-45