**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Return to sender

05-CV-7097
#5796

RECEIVED

FEB 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

NIXIE        015    7E 1        7202/04/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 60604180099        *0286-07373-19-43

**OFFICE OF**
**CLERK OF THE U.S. DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

05-CV-7097
# 5796



FIRST-CLASS MAIL

neopost
01/22/2018
US POSTAGE $000.47⁰

ZIP 60604
041M11270962

RECEIVED
2018 FEB 12 AM 8: 51

Sup

Matthew J. Dunn
The Dunn Law Group
15 Broad Street
Fifth Floor
Boston, MA 02108

NIXIE          015   FE 1          0002/01/18
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 60604180099        *1561-07139-22-41