Case: 1:05-cv-07097 Document #: 5802 Filed: 02/20/18 Page 1 of 1 PageID #:52735

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2018 FEB 20 AM 8:50  Supervisors



neopost
01/22/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 60604
041M11270962

05-CV-7097 #5796

Veronica McNab
601 Harry South Truman Drive
Apartment 201
Upper Marlboro, MD 20774−2083

NIXIE    207    FE 1        0002/09/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604180099    *0686-10006-22-41

20774-2083
60604>1800