**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

IL 604
19 JAN '18
PM 4 L

RECEIVED
2018 FEB 21 AM 9: 13



neopost
01/19/2018
US POSTAGE $000.46⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

05-CV-7097
# 5796

Jonathan Lee Riches
#40948−018 :
Lexington
P. O. Box 14500
Lexington, KY 40512

**RETURN TO SENDER**

NIXIE          402   FZ 1          0003/16/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 60604180099    *1461-08157-19-43



02/21/2018-49